```
 1  GOLD BENNETT CERA & SIDENER LLP
    PAUL F. BENNETT (State Bar No. 63318)
 2  STEVEN O. SIDENER (State Bar No. 121062)
    JOSEPH M. BARTON (State Bar No. 188441)
 3  595 Market Street, Suite 2300
    San Francisco, California 94105-2835
 4  Telephone: (415) 777-2230
    Facsimile: (415) 777-5189
 5  E-Mail: pfb@gbcslaw.com
    E-Mail: ssidener@gbcslaw.com
 6  E-Mail: jbarton@gbcslaw.com

 7  Attorneys for Plaintiff Chip-Tech, Ltd.
    And All Others Similarly Situated
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST LITIGATION | MDL Docket No. C-07-1819-CW |
| THIS DOCUMENTS RELATES TO: | |
| *Alexander Ma vs. Alliance Semiconductor Corporation, et al.* | Case No. C-06-6511-CW |
| *Westell Technologies Inc. v. Alliance Semiconductor Corporation, et al.* | Case No. C-06-6652-CW |
| *Chip-Tech, Ltd. v. Cypress Semiconductor Corporation, et al.* | Case No. C-06-6698-CW |
| *Telular Corporation v. Alliance Semiconductor Corporation, et al.* | Case No. C-06-7637-CW |
| *Autotime Corporation v. Samsung Electronics Company, Ltd., et al.* | Case No. C-06-7851-CW |
| *Alec Berezin v. Alliance Semiconductor Corporation, et al.* | Case No. C-07-1037-CW |

**PROOF OF SERVICE**

116828

## PROOF OF SERVICE

I, Candy G. Windsor, declare under penalty of perjury as follows:

I am employed by Gold Bennett Cera & Sidener LLP, 595 Market Street, Suite 2300, San Francisco, California, 94105-2835. I am over the age of eighteen years and am not a party to this action.

On April 12, 2007, I electronically filed the following:

1. PLAINTIFF CHIP-TECH, LTD.'S MEMORANDUM IN OPPOSITION TO MOTION OF PLAINTIFF ALEXANDER MA FOR THE APPOINTMENT OF INTERIM LEAD CLASS COUNSEL AND IN SUPPORT OF CHIP-TECH, LTD.'S CROSS-MOTION FOR APPOINTMENT OF INTERIM LEAD COUNSEL AND ENTRY OF PRETRIAL ORDER NO. 1;

2. DECLARATION OF STEVEN O. SIDENER IN SUPPORT OF PLAINTIFF CHIP-TECH, LTD.'S CROSS-MOTION FOR APPOINTMENT OF INTERIM LEAD COUNSEL;

3. [PROPOSED] PRETRIAL ORDER NO. 1;

4. PLAINTIFF CHIP-TECH, LTD.'S APPLICATION TO SHORTEN TIME;

5. DECLARATION OF JOSEPH M. BARTON IN SUPPORT OF APPLICATION TO SHORTEN TIME;

6. [PROPOSED] ORDER GRANTING APPLICATION TO SHORTEN TIME;

together with this Proof of Service with the Clerk of the Court using the CM/ECF system which sent notification of such filings to all counsel of record. True and correct copies of same will be enclosed in sealed envelopes and deposited in the United States mail, or delivered via courier, facsimile transmission, or other service, to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing attached hereto.

//
//
//

1  Executed on April 12, 2007, at San Francisco, California.

_____
Candy G. Windsor

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Allan Steyer*     asteyer@steyerlaw.com, lrorem@steyerlaw.com; jmanning@steyerlaw.com

*Peter M. Stone*     peterstone@paulhastings.com

*Anita Fern Stork , Esq*     astork@cov.com, malcantara@cov.com

*Julia B. Strickland*     jstrickland@stroock.com

*Jonathan E. Swartz*     jswartz@thelen.com, ndelich@thelen.com

*Mark J. Tamblyn*     mjt@wtwlaw.us, eaw@wtwlaw.us

*Daniel M. Wall*     dan.wall@lw.com

*Daniel L. Warshaw*     dwarshaw@psswplaw.com, nhalpern@psswplaw.com

*Steven Noel Williams*     swilliams@cpmlegal.com, lclark@cpmlegal.com; jverducci@cpmlegal.com; dburwell@cpmlegal.com

*Adam Daley Wilson*     adamwilson@gibsondunn.com

*Judith A. Zahid*     jzahid@zelle.com

*Cadio Zirpoli*     zirpoli@saveri.com,

**M:07-cv-1819 Notice will be delivered by other means to:**

Scott Ames
Serratore & Ames
9595 Wilshire Blvd. Suite 201
Beverly Hills, CA 90212

Christopher S. Arnold
Allen Guthrie McHugh & Thomas
P.O. Box 3394
Charleston, WV 25333-3394

Jacquelyn D. Austin
Womble Carlyle Sandridge and Rice
PO Box 10208
Greenville, SC 29603

Bryan F. Aylstock
Aylstock Witkin & Sasser, P.L.C.
4400 Bayou Boulevard, Suite 58
Pensacola, FL 32503

W. Gordon Ball
Ball & Scott
Bank of America

550 West Main Avenue
Suite 750
Knoxville, TN 37902

Jeffrey A. Bartos
Guerrieri Edmond & Clayman PC
1625 Massachusetts Avenue, N.W.
Washington, DC 20036

Andrew Beirne
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

Rebecca A. Betts
Allen Guthrie McHugh & Thomas
P.O. Box 3394
Charleston, WV 25333-3394

Charles J. Bloom
Stevens & Lee
620 Freedom Business Center
Suite 200
King of Prussia, PA 19406

Stephen V. Bomse
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104-2878

Garrett J. Bradley
Thronton & Naumes LLP
100 Summer Street
30th Floor
Boston, MA 02110

Seth W. Brewster
Verrill & Dana
1 Portland Square
PO Box 586
Portland, ME 04112-0586

Michael T. Brody
Jenner & Block LLP
330 N Wabash Ave.
Chicago, IL 60611

Elisabeth Rebecca Brown
Heller Ehrman LLP
333 Bush St

San Francisco, CA 94104-2878

Jaclyn Ann Bryk
Flaherty, Sensabaugh & Bonasso, PLLC
P.O. Box 3843
Charleston, WV 25338-3843

Stephen C. Bullock
Bullock Law Firm
30 West 14th St., Ste 204
P.O. Box 1330
Helena, MT 59624

Eric R. Burris
Brownstein Hyatt Farber Schreck
201 Third St. NW, Ste. 1700
Albuquerque, NM 87102

Chip-Tech, Ltd.
,

Nathan Cihlar
Straus & Boies, LLP
4041 University Drive
Fifth Floor
Fairfax, VA 22030

Brent O E Clinkscale
Womble Carlyle Sandridge and Rice
PO Box 10208
Greenville, SC 29603

James F. Conway, III
Attorney at Law
1690 Williston Road
P.O. Box 2305
South Burlington, VT 05403

John R. Cooney
Modrall Sperling Roehl Harris & Sisk PA
P.O. Box 2168
Albuquerque, NM 87103

William J. Cooper
Flaherty Sensabaugh & Bonasso, PLLC
P.O. Box 3843
Charleston, WV 25338-3843

Kevin A. Crass
Friday Eldredge & Clark LLP - Little Rock
400 West Capitol Avenue

*Suite 2000*
*Little Rock, AR 72201-3493*

*David R. Cross*
*Quarles & Brady*
*411 E Wisconsin Ave*
*Suite 2040*
*Milwaukee, WI 53202*

*Carlos Jose Cuevas*
*Carlos J. Cuevas, Esq.*
*1250 Central Park Avenue*
*Yonkers, NY 10704*

*David F. Cunningham*
*Rubin Katz Law Firm PC*
*P.O. Drawer 250*
*Santa Fe, NM 87504-0250*

*Douglas P. Dehler*
*Shepard Findelman Miller & Shah LLC*
*111 E Wisconsin Ave., Ste 1750*
*Milwaukee, WI 53202*

*Isaac L. Diel*
*Sharp McQueen*
*135 Oak Street*
*Bonner Springs, KS 66012*

*Angela K. Drake*
*Lowther Johnson, Attorneys at Law, LLC*
*901 St. Louis St.*
*20th Floor*
*Springfield, MO 65806*

*John G. Emerson*
*Emerson Poynter LLP*
*830 Apollo Lane*
*Houston, TX 77058*

*Gregory James Erlandson*
*Bangs McCullen Butler Foye & Simmons*
*P.O. Box 2670*
*Rapid City, SD 57709*

*John Gressette Felder, Jr*
*McGowan Hood Felder and Johnson*
*1405 Calhoun Street*
*Columbia, SC 29201*

*David A. Freedman*

*Freedman Boyd Daniels Daniels Hollander Goldberg & Ives P.Al*
*20 First Plaza*
*Suite 700*
*Albuquerque, NM 87102*

*Mark D. Fullerton*
*Martin Hart & Fullerton PC*
*1839 S Alma School Rd*
*Suite 354*
*Mesa, AZ 85210-3028*

*Brian A. Glasser*
*Bailey & Glasser, LLP*
*227 Capitol Street*
*Charleston, WV 25301*

*Kenneth J. Gogel*
*Gogel & Gogel*
*2 Mattoon St.*
*Springfield, MA 01105-1716*

*Joseph Goldberg*
*Freedman Boyd Daniels Hollander Goldberg & Ives, P.A.*
*20 First Plaza*
*Suite 700*
*Albuquerque, NM 87102*

*R. Dale Grimes*
*Bass Berry & Sims PLC*
*Amsouth Center*
*315 Deaderick Street*
*Suite 2700*
*Nashville, TN 37238-3001*

*Steven E. Grubb*
*Goldberg, Katzman & Shipman*
*320 Market St., Strawberry Square*
*P.O. Box 1268*
*Harrisburg, PA 17108-1268*

*Dana K. Grubesic*
*Freedman Boyd Daniels Hollander Goldberg & Ives P.A.*
*20 First Plaza*
*Suite 700*
*Albuquerque, NM 87102*

*Sarina M. Hinson*
*The Garcia Law Firm*
*1 World Trade Center*
*Suite 1950*
*Long Beach, CA 90831*

*shinson@lawgarcia.com, jmobley@lawgarcia.com*

Bruce B. Hochman
Lambert Coffin
477 Congress Street
14th Floor
P.O. Box 15215
Portland, ME 04112-5215

August T. Horvath
Heller Ehrman LLP
Times Square Tower
7 Time Square
New York, NY 10036

Parker Sanders Huckabee
Huckabee Law Firm
213 West Main Street
Post Office Box 1323
Cabot, AR 72023-1323

Joseph Ianno , Jr
Carlton Fields, P.A.
222 Lake View Ave., Ste 1400
P.O. Box 150
West Palm Beach, FL 33402-0150

G. Patrick Jacobs
Bickley & Jacobs
7020 MacCorkle Avenue, SE
Charleston, WV 25304

Christopher D. Jennings
Emerson Poynter LLP - Little Rock
The Museum Center
500 President Clinton Avenue
Suite 305
Little Rock, AR 72201

Tracy R. Kirkham
Cooper & Kirkham, P.C.
655 Montgomery Street, 17th Floor
San Francisco, CA 94111

Alvin H. Kriger
Attorney at Law
150 North Sunnyslope Road
Suite 270
Brookfield, WI 53005

Susan LaCava

Susan LaCava.SC
23 North Pinckney
Suite 300
Madison, WI 53703

Michael Paul Lehmann
Furth Lehmann & Grant LLP
225 Bush St 15FL
San Francisco, CA 94104-4249

Irwin Levin
Cohen & Malad LLP
One Indiana Squiare
Suite 1400
Indianapolis, IN 46206

Adam E. Lyons
Brownstein Hyatt Farber Schreck
201 Third St. NW, Ste 1700
Albuquerque, NM 87102

Peter J. Maassen
Ingaldson Maassen & Fitzgerald
813 W 3rd Avenue
Anchorage, AK 99501

Andrea C. Marino
Thornton & Naumes LLP
100 Summer Street
30th Floor
Boston, MA 02110

Zachary L. McCormick
Modrall Sperling Roehl Harris & Sisk PA
P.O. Box 2168
Albuquerque, NM 87103

Chad A. McGowan
McGowan Hood Felder and Johnson
1539 Healthcare Drive
Rock Hill, SC 29732

Peter M. Meloy
Meloy Law Firm
PO Box 1241
80 South Warren
Helena, MT 59624

Robert Edmond Mittel
Mittel Aseu Hunter & Cary
P O Box 427

*Portland, ME 04112*

*Michael S. Montgomery*
*Montgomery, Goff & Bullis*
*P.O. Box 9199*
*Fargo, ND 58106*

*Krishna B. Narine*
*7893 Montgomery Ave., #300*
*Elkins Park, PA 19027*

*Marc L. Newman*
*Miller Law Firm PC*
*950 W University Dr.*
*Suite 300*
*Rochester, MI 48307*

*Andrew A. Nickelhoff*
*Sachs Waldman*
*1000 Farmer Street*
*Detroit, MI 48226*

*Brian K. O'Bleness*
*1201 Walnut Street*
*Suite 2900*
*Kansas City, MO 64106-2150*

*Kevin M. Pearl*
*Frankovitch, Anetakis, Colantonio & Simon*
*337 Penco Rd.*
*Weirton, WV 26062-3828*

*LeRoy Davis Percy*
*Tollison Law Firm P.A.*
*P.O. Box 1216*
*Oxford, MS 38655-1216*

*Eric J. Pickar*
*Bangs McCullen Butler Foye & Simmons*
*P.O. Box 2670*
*Rapid City, SD 57709*

*Courtney Stevens Plyler*
*Womble Carlyle Sandridge and Rice*
*PO Box 10208*
*Greenville, SC 29603*

*Scott E. Poynter*
*Emerson Poynter LLP*
*The Museum Center*
*500 President Clinton Avenue*

Suite 305
Little Rock, AR 72202-2037

Richard Quintus
Roberts Law Firm, PA
20 Rahling Circle
P.O. Box 241790
Little Rock, AR 72223

Steven Allen Riley
Bowen Riley Warnock & Jacobson PLC
1906 West End Avenue
Nashville, TN 37203

Michael L. Roberts
Roberts Law Firm
20 Rahling Circle
P.O. Box 241790
Little Rock, AR 72223-1790

Mike Roberts
Roberts Law Firm, P.A.
P.O. Box 241790
Little Rock, AR 72223

Brent N. Rushforth
Heller Ehrman LLP
1717 Rhode Island Ave.
Washington, DC 20036

R. Andrew Santillo
Trujillo Rodriguez & Richards LLC
1717 ARch St.
Suite 3838
Philadelphia, PA 19103

Douglas G. Schneebeck
Modrall Sperling Roehl Harris & Sisk PA
P.O. Box 2168
Albuquerque, NM 87103

Craig Seebald
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, DC 20005-3096

Steven J. Serratore
Serratore & Ames
9595 Wilshire Blvd. Suite 201
Beverly Hills, CA 90212

James Edward Sherman
Sherman & Sherman
1503 Avenida Sirio
Tucson, AZ 85710

Jeffrey Mark Shohet
DLA Piper Rudnick Gray Cary US LLP
401 B St #1700
San Diego, CA 92101

Michael Simon
Frankovitch, Anetakis, Colantonio & Simon - Weirton
337 Penco Rd.
Weirton, WV 26062

James M. Simpson , Jr
Friday, Eldredge & Clark, LLP - Little Rock
400 West Capitol Avenue
Suite 2000
Little Rock, AR 72201

Eric B. Snyder
Bailey & Glasser LLP
227 Capital St.
Charleston, WV 25301

Kristen Isaacson Spano
Miller Canfield
150 W. Jefferson Avenue
Suite 2500
Detroit, MI 48226-4415

David W. Sufrin
Sufrin, Zucker, Steinberg, Sonstein & Wixted, PC
Parkade Building
519 Federal St., Ste. 503
Camden, NJ 08103-1147

Grady F. Tollison , Jr
Tollison Law Firm, P.A.
100 Courthouse Square
P.O. Box 1216
Oxford, MS 38655

Thomas E. Towe
Towe Ball Enright MacKey & Sommerfield, PLLP
2525 Sixth Avenue North
P.O. Box 30457
Billings, MT 58107-0457

Jonathan K. Tycko

*Tycko & Zavareei LLP*
*2000 L Street, NW*
*Suite 808*
*Washington, DC 20036*

*James A. Walker*
*Triplett, Woolf & Garretson, LLC - Wichita*
*2959 North Rock Road*
*Suite 300*
*Wichita, KS 67226*

*Danielle M. Waltz*
*Flaherty Sensabaugh & Bonasso*
*P.O. Box 3843*
*Charleston, WV 25338-3843*

*Timony P. Wasyluka , Jr*
*Wasyluka Law LLC*
*1100 East Park Drive*
*Suite 409*
*Birmingham, AL 35235*

*Charles R. Watkins*
*Futterman Howard Watkins Wylie & Ashley, Chtd.*
*122 S. Michigan Avenue*
*Suite 1850*
*Chicago, IL 60603*

*Morris Weinberg , Jr*
*Zuckerman Spaeder*
*1010 East Kennedy Blvd.*
*Suite 1200*
*Tampa, FL 33602-5838*

*Edward J. Westlow*
*DurretteBradshaw, PLC*
*600 East Main Street*
*20th Floor*
*Richmond, VA 23219-2430*

*Gary D. White , Jr*
*Palmer Leatherman & White, LLP*
*627 SW Topeka Blvd, Ste. A*
*Topeka, KS 66603-3287*

*Marshall J. Widick*
*Sach Waldman*
*1000 Farmer Street*
*Detroit, MI 48226*

*Christine A. Williams*

DurretteBradshaw PLC
600 E. Main Street
20th Floor
Richmond, VA 23219

Justin Graem Witkin
Alystock Witkin & Sasser PLC
4400 Bayou Blvd.
Suite 58
Pensacola, FL 32503

John Richard Wylie
Futterman Howard Watkins Wylie & Ashley
122 S Michigan Ave
Suite # 1850
Chicago, IL 60603

Shane C. Youtz
Youtz & Valdez, PC
900 Gold Ave. SW
Albuquerque, NM 87102

Nathan Zipperian
Shepherd Finkleman Miller & Shah, LLC
35 East State Street
Media, PA 19063

Carl H. von Ende
Miller Canfield
150 W. Jefferson Avenue
Suite 2500
Detroit, MI 48226-4415