## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2007, I caused true and correct copies of the following documents to be served via this Court's ECF system on counsel of record, as listed on the electronic dockets for *Ma v. Alliance Semiconductor Corp.*, et al., 4:06-cv-06511-CW and *In re Static Random Access Memory Antitrust Litigation*, M:07-cv-01819-CW.  Additional counsel appearing on the attached Service List will be served via First Class U.S. Mail.

1. Notice of Cross-Motion and Freed Kanner London & Millen LLC's Cross-Motion to Appoint Interim Lead Class Counsel

2. Declaration of Steven A. Kanner in Support of Freed Kanner London & Millen LLC's Cross-Motion to Appoint Interim Lead Class Counsel

3. [Proposed] Order Granting Freed Kanner London & Millen LLC's Cross-Motion to Appoint Interim Lead Class Counsel

4. [Proposed] Pretrial Order No. 1

5. Certificate of Service

In addition, pursuant to General Order 45.VI.G, courtesy copies of the above documents were sent via Federal Express to the Honorable Claudia Wilken, United States District Court, Northern District of California, Courtroom 2, 4th Floor, 1301 Clay Street, #400 South, Oakland, CA  94612.

/s/ Robert J. Wozniak
Robert J. Wozniak

## PLAINTIFFS

| | |
|---|---|
| Michael D. Hausfeld<br>**COHEN MILSTEIN HAUSFELD & TOLL, PLLC**<br>1100 New York Avenue NW<br>Suite 500, West Tower<br>Washington, D.C.  20005 | *Attorneys for Plaintiffs Telular Corp., Westell Technologies, Inc., Jamie Maites, Stephanie Truong, Arthur Madsen, Henry Truong, Reclaim Center Inc., Kym Masters, Todd Berf, Judd Eliasoph, Jo Nash, Bekah Zietz, Trong H. Nguyen, Chad Klebs, and Jaimie Thompson* |
| Steven J. Greenfogel<br>**MEREDITH COHEN GREENFOGEL & SKIRMICK, P.A.**<br>22nd Floor, Architects Bldg.<br>117 S. 17th Street<br>Philadelphia, PA  19103 | *Attorneys for Plaintiffs Alec Berezin and Westell Technologies, Inc.* |
| Anthony J. Bolognese<br>**BOLOGNESE & ASSOCIATES**<br>1617 JFK Boulevard<br>Philadelphia, PA  19103<br><br>Steven A. Asher<br>**WEINSTEIN KITCHENOFF & ASHER**<br>1845 Walnut Street, Suite 1100<br>Philadelphia, PA  19103<br><br>Vincent J. Esades<br>**HEINS MILLS & OLSON**<br>3550 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN  55402 | *Attorneys for Plaintiff Westell Technologies, Inc.* |
| Eugene A. Spector<br>**SPECTOR ROSEMAN & KODROFF, P.C.**<br>1818 Market Street, Ste. 2500<br>Philadelphia, PA  19103<br><br>Andrew B. Sacks<br>**SACKS & WESTON**<br>114 Old York Road<br>Jenkintown, PA  19046 | *Attorneys for Plaintiff Telular Corp.* |

| | |
|---|---|
| Joseph M. Barton<br>**GOLD BENNETT CERA & SIDENER LLP**<br>595 Market Street, Suite 2300<br>San Francisco, CA  94105 | *Attorneys for Chip-Tech, Ltd. and David Takeda* |
| Susan G. Kupfur<br>**GLANCY BINKOW & GOLDBERG LLP**<br>455 Market Street, Suite 1810<br>San Francisco, CA  94105<br><br>Lionel Z. Glancy<br>Michael M. Goldbert<br>**GLANCY, BINKOW & GOLDBERG, LLP**<br>1801 Avenue of the Stars, Suite 31<br>Los Angeles, CA  90067 | *Attorneys for Plaintiff David Takeda* |
| Joseph M. Patane<br>**TRUMP ALIOTO TRUMP & PRESCOTT**<br>2280 Union Street<br>San Francisco, CA  94123<br><br>Lawrence Papale<br>**LAW OFFICES OF LAWRENCE G. PAPALE**<br>1308 Main Street, Suite 117<br>St. Helena, CA  94574 | *Attorneys for Plaintiff Karol Juskiewicz* |
| Mary G. Kirkpatrick<br>**LISMAN WEBSTER KIRKPATRICK & LECKERLING, P.C.**<br>84 Pine Street, 5th Floor<br>Burlington, VT  05402-0728<br><br>Ilan Chorowsky<br>**CHOROWSKY LAW OFFICES**<br>1130 North Dearborn Street, Suite 3110<br>Chicago, IL  60610 | *Attorneys for Plaintiff Tabbatha Benson, Scott Friedson, Michael Brooks, Joe Solo, Joseph Englander, Scott Redpath, Sharon Defren, Laura Magnuson, Brittany Chung, Allen Nassiff, and Sherry Choi* |
| Dennis Stewart<br>Blake Muir Harper<br>**HULLETT, HARPER & STEWART, LLP**<br>550 West C Street, Suite 1600<br>San Diego, CA  92101<br><br>Robert Gralewski, Jr.<br>**GERGOSIAN & GRALEWSKI LLP**<br>550 West C Street, Suite 1600<br>San Diego, CA  92101 | *Attorneys for Plaintiff Roman Munoz* |

| | |
|---|---|
| Don Perelman<br>**FINE, KAPLAN AND BLACK, R.P.C.**<br>1835 Market Street, 28th Floor<br>Philadelphia, PA  19103<br><br>Michael J. Flannery<br>**CAREY & DANIS, LLC**<br>8235 Forsyth Blvd., Suite 1100<br>St. Louis, MO  63105 | *Attorneys for Plaintiff Henry Kornegay* |
| Adam C. Belsky<br>**GROSS & BELSKY LLP**<br>180 Montgomery Street, Suite 2200<br>San Francisco, CA  94104 | *Attorneys for Plaintiffs Don Thompson, Daniel Yohalem, Andrew Ditton* |
| Melissa Meeker Harnett<br>**WASSERMAN, COMDEN & CASSELMAN LLP**<br>5567 Reseda Boulevard, Suite 330<br>P.O. Box 7033<br>Tarzana, CA  91357-7033 | *Attorneys for Plaintiff Stargate Films, Inc.* |
| L. Kendall Satterfield<br>**FINKELSTEIN, THOMPSON & LOUGHRAN**<br>1050 30t Street NW<br>Washington, D.C. 20007 | *Attorneys for Plaintiff Ward Cater* |
| Joseph R. Saveri<br>**LIEFF, CABRASER, HEIMAN & BERNSTEIN, LLP**<br>275 Battery Street, 30th Floor<br>San Francisco, CA  94111-3339 | *Attorneys for Plaintiff Michael Katz* |
| Aaron M. Sheanin<br>**GIRARD GIBBS LLP**<br>601 California Street, 14th Floor<br>San Francisco, CA  94108<br><br>Lindy Kristine Lucero<br>Attorney at Law<br>601 California Street, 14th Floor<br>San Francisco, CA  94108 | *Attorneys for Plaintiff Lawrence Markey* |

| | |
|---|---|
| Mike Roberts<br>Richard Quintus<br>**ROBERTS LAW FIRM, P.A.**<br>P.O. Box 241790<br>Little Rock, AR  72223 | *Attorneys for Plaintiff Richard Romero* |
| Marwa Elzankaly<br>Colleen Smith<br>**McMANIS, FAULKNER & MORGAN**<br>A Professional Corporation<br>50 W. San Fernando Street, 10th Floor<br>San Jose, CA  95113 | *Attorneys for Plaintiffs David Reedy, Brian Kreitzer, Ryan Edwards, Leslie Lighty, Robert Bedore, Joseph Hastings Bradley Chase, Jason Smith, Javier Alemany, Karl Johnson, Nicholas Kane* |
| C. Donald Amamgbo<br>**AMAMGBO & ASSOCIATES, APC**<br>7901 Oakport Street, Suite 4900<br>Oakland, CA  94621<br><br>Reginald Von Terrell, Esq.<br>**THE TERRELL LAW GROUP**<br>223 25th Street<br>Richmond, CA  94804 | *Attorneys for Plaintiffs Jacob Greenwell and Pator Romney Darkins* |
| Dan Mogin<br>**THE MOGIN LAW FIRM, P.C.**<br>110 Juniper St<br>San Diego, CA  92101<br><br>Michael Kirby<br>**KIRBY NOONAN LANCE & HOGE, LLP**<br>One America Plaza<br>600 West Broadway<br>Suite 1100<br>San Diego, CA  92101-3387 | *Attorneys for Plaintiff Michael Baranic* |
| Brian Mark Fong<br>**MINAMI TAMAKI LLP**<br>360 Post Street<br>8th Floor<br>San Francisco, CA  94108-4903 | *Attorneys for Plaintiff James W. Barnes* |

| | |
|---|---|
| Derek G. Howard<br>Gilmur R. Murray<br>Scott Justin Yundt<br>**MURRAY & HOWARD, LLP**<br>436 14TH Street<br>Suite 1413<br>Oakland, CA  94612 | *Attorneys for Plaintiff David Perez* |
| Jose R. Gonzalez, Esq.<br>**JIMENEZ GRAFFAM & LAUSELL**<br>P.O. Box 366104<br>San Juan, PR  00936-6104<br><br>Andrew C. Skinner<br>**NICHOLS & SKINNER, L.C.**<br>115 East Washington Street<br>Charles Town, WV  25414-0487 | *Attorneys for Plaintiff Brian<br>Kreitzer, Ryan Edwards, Leslie<br>Lighty, Robert Bedore, Joseph<br>Hastings Bradley Chase, Jason<br>Smith, Javier Alemany, Karl<br>Johnson, Nicholas Kane* |
| Lee Albert<br>**MAGER & GOLDSTEIN LLP**<br>One Liberty Place<br>1650 Market Street, 21st Floor<br>Philadelphia, PA  19103 | *Attorneys for Plaintiff Stacy and<br>Mitchell Salzman* |
| Garrett D. Blanchfield, Jr.<br>**REINHARDT WENDORF & BLANCHFIELD**<br>332 Minnesota St., Ste E-1250<br>St. Paul, MN  55101 | *Attorneys for Plaintiff Patricia<br>Fitzsimmons* |
| Robert S. Green<br>Elizabeth C. Guarnieri<br>**GREEN WELLING LLP**<br>595 Market Street<br>Suite 2750<br>San Francisco, CA  94105 | *Attorneys for Plaintiff Autotime<br>Corporation* |

# **DEFENDANTS**

| | |
|---|---|
| Susan Aledort<br>Senior Lead Counsel<br>**EPSON AMERICA, INC.**<br>3840 Kilroy Airport Way<br>Long Beach, CA  90806 | *Attorney for Defendant Epson America, Inc.* |
| Etron Technology America<br>3375 Scott Boulevard, Suite 128<br>Santa Clara, CA  95054 | *Defendant Etron Technology America, Inc.* |
| Fujitsu America, Inc.<br>1250 Arques Avenue<br>M/S 124<br>Sunnyvale, CA  94035 | *Agent for Service of Process for Defendant Fujitsu America, Inc.* |
| Stephen R. Neuwirth<br>**QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP**<br>51 Madison Ave., 22nd Floor<br>New York, NY  10010 | *Attorney for Defendant IBM Corporation* |
| Scott D. Howarth<br>2231 Lawson Lane<br>Santa Clara, CA  95054 | *Agent for Service of Process for Defendant Integrated Silicon Solution, Inc.* |
| Gary Halling<br>Mona Solouki<br>**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA  94111-2228 | *Attorney for Defendant Samsung Electronics America, Inc. and Samsung Semiconductor, Inc..* |
| Roxane A. Polidora<br>**PILLSBURY, WINTHROP, SHAW & PITMAN, LLP**<br>50 Fremont Street<br>San Francisco, CA  94105-2228 | *Attorney for Defendant Sharp Electronics Corporation* |
| STMicroelectronics<br>1310 Electronics Drive<br>M/S 2308<br>Carrollton, TX  75006 | *Agent for Service of Process for Def3endant STMicroelectronics, Inc.* |

| Daniel Wall, Esq.<br>**LATHAM & WATKINS LLP**<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111 | *Attorney for Defendant Toshiba America Corp., Toshiba Corp., and Toshiba Electronic Components, Inc.* |
|---|---|
| Steven Morrissett<br>**FINNEGAN HENDERSON FARABOW GARRETT & DUNNER LLP**<br>Stanford Research Park<br>3300 Hillview Avenue<br>Palo Alto, CA 94304-1203 | *Attorney for Defendant Winbond Electronics Corporation America* |