1  Robert B. Pringle, CA State Bar No. 051365
   Paul R. Griffin, CA State Bar No. 083541
2  Jonathan E. Swartz, CA State Bar No. 203624
   THELEN REID BROWN RAYSMAN & STEINER LLP
3  101 Second Street, Suite 1800
   San Francisco, CA  94105-3606
4  Tel:    415.371.1200
   Fax:    415.371.1211
5
   Attorneys for Defendant
6  NEC ELECTRONICS AMERICA, INC.

7

8                       UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

12 | **IN RE STATIC RANDOM ACCESS** | **Case No.:  4:06-CV-06511-CW**
   | **MEMORY (SRAM) ANTITRUST** |
13 | **LITIGATION** | **MDL No.  1819**

14 |  |
   | **This Document Relates To:** | **DECLARATION OF SERVICE**
15 |
   | **ALL DIRECT PURCHASER ACTIONS** |
16

17

18

19

20

21

22

23

24

25

26

27

28

I, Camellia Gamble, declare as follows:

I am over the age of 18 and not a party to the within action. I am employed in the County of San Francisco, State of California by Thelen Reid Brown Raysman & Steiner LLP. My business address is 101 Second Street, Suite 1800, San Francisco, California 94105-3606. On April 16, 2007, I served the following entitled document:

**NEC ELECTRONICS AMERICA, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 3-16**

to each of the persons named below at the addresses shown as follows:

**SEE ATTACHED SERVICE LIST**

☒ **BY ELECTRONIC MAIL (E-MAIL):** As indicated on the attached service list, I caused such document to be sent by electronic mail for instantaneous transmittal via telephone line.

☒ **BY ECF (ECTRONIC CASE FILING):** As indicated on the attached service list, I e-filed the above-detailed document utilizing the United States District Court, Northern District of California's mandated ECF (Electronic Case Filing) service on April 13, 2007. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

☒ **BY MAIL:** As indicated on the attached service list, I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date. I am readily familiar with the firm's business practice for collection and processing of correspondence for mailing with the United States Postal Service. On this day, I placed for collection and processing the above document to be deposited with the United States Postal Service in the ordinary course of business. And in the ordinary course of the firm's business, such correspondence is deposited with the United States Postal Service the same day that it is collected.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 16, 2007, at San Francisco, California.

_Camellia Gamble_
Camellia Gamble

SF #1257210 v1                    -2-                    Case No. 06-6511 CW (07-1819 CW)
DECLARATION OF SERVICE

1

**DEFENDANTS**

2

**Attorneys for Micron Technology, Inc. and Micron Semiconductor Products, Inc.**

3    Joel S. Sanders
           G. Charles Nierlich

4    Adam Wilson
           Gibson, Dunn & Crutcher LLP

5    One Montgomery Street
           Suite 3100

6    San Francisco, CA 94104
           Tel:    415-393-8200

7    Fax:    415-986-5309
           Email: JSsanders@gibsondunn.com;

8    GNnierlich@gibsondunn.com;
           adamwilson@gibsondunn.com

Ronald C. Redcay
Arnold & Porter LLP
777 South Figueroa Street
44th Floor
Los Angeles, CA 90017-2513
Tel:    213-243-4002
Fax:    213-243-4199
Email: ronald_redcay@aporter.com

9

10

**DEFENDANTS**

11

**Attorneys for Defendant Alliance Semiconductor Corporation**

12    Kevin C. McCann

13    Shinyung Oh
           PAUL HASTINGS JANOFSKY & WALKER

14    LLP
           55 Second St., 24th Floor

15    San Francisco, CA 94105
           Facsimile: (415) 856-7100

16    E-Mail: kevinmccann@paulhastings.com;
           shinyungoh@paulhastings.com

17

Peter M. Stone
PAUL HASTINGS JANOFSKY & WALKER
LLP
695 Town Center Dr., 17th Floor
Costa Mesa, CA 92626-1924
Facsimile: (714) 979-1921
E-Mail: peterstone@paulhastings.com

18

19

20

21

22

**VIA E-MAIL**
David R. Cross
QUARLES & BRADY
411 E Wisconsin Ave., Ste 2500
Milwaukee, WI 53202
Facsimile: (414) 978-8669
E-Mail: drc@quarles.com

23    **VIA E-MAIL**

24    R. Dale Grimes
           BASS BERRY & SIMS PLC

25    Amsouth Center
           315 Deaderick St., Ste. 2700

26    Nashville, TN 37238-3001
           Facsimile: (615) 742-2744

27    E-Mail: dgrimes@bassberry.com

**VIA E-MAIL**
Christopher S. Arnold
Rebecca A. Betts
ALLEN GUTHRIE MCHUGH & THOMAS
P.O. Box 3394
Charleston, WV 25333-3394
Facsimile: (304) 345-9941
E-Mail: csarnold@agmtlaw.com

28

DECLARATION OF SERVICE

1    **VIA E-MAIL**
     Joseph Ianno, Jr.
2    CARLTON FIELDS, P.A.
     222 Lake View Ave., Ste 1400
3    P.O. Box 150
     West Palm Beach, FL 33402-0150
4    Facsimile: (561) 659-7368
     E-Mail: jianno@carltonfelds.com
5

6              **Attorneys for Defendants Integrated Device Technology, Inc.**

7    Anita Fern Stork
     James R. Atwood
8    Tara M. Steeley
     COVINGTON & BURLING LLP
9    One Front St., 35th Floor
     San Francisco, CA 94111
10   Facsimile: (415) 591-6091
     E-Mail: storkaf@cov.com; jatwood@cov.com;
11   tsteeley@cov.com.com
12

13    **Attorneys for Defendants Sony Corporation, Sony Corporation of America &**
                    **Sony Electronics, Inc.**
14
     David Mark Goldstein                    **VIA E-MAIL**
15   Elisabeth Brown                         Adam E. Lyons
     Stephen V. Bomse                        BROWNSTEIN HYATT FARBER SCHRECK
16   HELLER EHRMAN WHITE & MCAULIFFE         201 Third St. NW, Ste 1700
     LLP                                     Albuquerque, NM 87102
17   333 Bush St.                            Facsimile: (505) 244-9266
     San Francisco, CA 94104                 E-Mail: alyons@bhfs.com
18   Facsimile: (415) 772-6268
     E-Mail: david.goldstein@hellerehrman.com;
19   elisabeth.brown@hellerehrman.com;
     steve.bomse@hellerehrman.com
20

21   **VIA E-MAIL**                          **VIA E-MAIL**
     August T. Horvath                       Brent N. Rushforth
22   HELLER EHRMAN LLP                       HELLER EHRMAN LLP
     Times Square Tower                      1717 Rhode Island Ave.
23   7 Times Square                          Washington, DC 20036
     New York, NY 10036                      Facsimile: (202) 912-2020
24   Facsimile: (212) 763-7600               E-Mail: brent.rushforth@hellerehrman.com
     E-Mail: august.horvath@hellerehrman.com
25

26

27

28

SF #1257210 v1                    -4-              Case No. 06-6511 CW (07-1819 CW)

**VIA U.S. MAIL**
Brian K. O'Bleness
ATTORNEY AT LAW
1201 Walnut St., Ste. 1900
Kansas City, MO  64106-2150
Facsimile:  (816) 691-3495
E-Mail:  n/a

**VIA E-MAIL**
Bruce B. Hochman
LAMBERT COFFIN
477 Congress St., 14th Floor
P.O. Box 15215
Portland, ME 04112-5215
Facsimile:  (207) 874-4040
E-Mail:  bhochman@lambertcoffin.com

**VIA E-MAIL**
Jaclyn Ann Bryk
Danielle M. Waltz
William J. Cooper
FLAHERTY, SENSABAUGH & BONASSO, PLLC
P.O. Box 3843
Charleston, WV  25338-3843
Facsimile:  (304) 345-0260
E-Mail:  ibryk@fsblaw.com

**VIA U.S. MAIL**
Morris Weinberg, Jr.
ZUCKERMAN SPAEDER
1010 East Kennedy Blvd., Ste. 1200
Tampa, FL  33602-5838
Facsimile:  (813) 332-7961
E-Mail:  n/a

**VIA E-MAIL**
Eric R. Burris
BROWNSTEIN HYATT FARBER SCHRECK
201 Third St. NW, Ste 1700
Albuquerque, NM 87102
Facsimile:  (505) 244-9266
E-Mail:  eburris@bhfs.com

**Attorneys for Defendant GSI Technology, Inc.**

Alice W. Detwiler
Jeffrey M. Shohet
Mark H. Hamer
DLA PIPER US LLP
401 B Street, Ste. 1700
San Diego, CA  92101-4297
Facsimile:  (619) 699-2701
E-Mail:  alice.detwiler@dlapiper.com;
jeffrey.shohet@dlapiper.com;
mark.hamera@dlapiper.com

Noelle Dunn
DLA PIPER US LLP
2000 University Avenue
East Palo Alto, CA  94303
Facsimile:  (650) 833-2001
E-Mail:  noelle.dunn@dlapiper.com

1

**Attorneys for Defendant Samsung Semiconductor, Inc.**

2

**VIA E-MAIL**
Ted Lindquist
3  Gary L. Halling
James L. McGinnis
4  Mona Solouki
Tiffany Lee
5  SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP
6  Four Embarcadero Center, 17th Floor
7  San Francisco, CA 94111
Facsimile: (415) 434-3947
8  E-Mail: ghalling@sheppardmullin.com;
9  jmcginnis@sheppardmullin.com;
msolouki@sheppardmullin.com;
10  tilee@sheppardmullin.com;
tlindquist@sheppardmullin.com
11

**VIA E-MAIL**
12  Douglas G. Schneebeck
John R. Cooney
13  Zachary L. McCormick
14  MODRALL SPERLING ROEHL HARRIS &
SISK PA
15  P.O. Box 2168
Albuquerque, NM 87103
16  Facsimile: (505) 848-1842
17  E-Mail: dschneebeck@modrall.com

18

**Attorneys for Defendant Samsung Electronics America, Inc.**

19

**VIA E-MAIL**
20  Gary L. Hailing
Mona Solouki
21  SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP
22  Four Embarcadero Center, 17th Floor
23  San Francisco, CA 94111
Facsimile: (415) 434-3947
24  E-Mail: ghalling@sheppardmullin.com;
msolouki@sheppardmullin.com

**VIA E-MAIL**
Joseph Ianno, Jr.
CARLTON FIELDS, P.A.
222 Lake View Ave., Ste 1400
P.O. Box 150
West Palm Beach, FL 33402-0150
Facsimile: (561) 659-7368
E-Mail: jianno@carltonfields.com

25

26

27

28

**Attonreys for Defendant Hynix Semiconductor America, Inc.**

**VIA E-MAIL**
Kenneth O'Rourke
O'MELVENY & MYERS LLP
400 S. Hope St.
Los Angeles, CA  90071
Facsimile:  (213) 430-6407
E-Mail:  korourke@OMM.com

Stephen D. Bell
DORSEY & WHITNEY LLP
370 Seventeenth Street, Ste. 4700
Denver, CO  80202
Fax:  (303) 629-3450
E-Mail:  bell.steven@dorseylaw.com

**VIA E-MAIL**
Brent O. E. Clinkscale
Courtney S. Plyler
Jacquelyn D. Austin
WOMBLE CARLYLE SANDRIDGE AND
RICE
P.O. Box 10208
Greenville, SC  29603
Facsimile:  (864) 255-5488
E-Mail:  BClinkscale@wcsr.com

**VIA E-MAIL**
James M. Simpson, Jr.
FRIDAY, ELDREDGE & CLARK, LLP -
LITTLE ROCK
400 West Capitol Ave., Ste. 2000
Little Rock, AR  72201
Facsimile:  (501) 376-2147
E-Mail:  simpson@fec.net

**VIA E-MAIL**
Seth W. Brewsterb
VERRILL & DANA
1 Portland Square
PO Box 586
Portland, ME  04112-0586
Facsimile:  n/a
E-Mail:  sbrewster@verrilldana.com

**VIA E-MAIL**
Joseph Ianno, Jr.
CARLTON FIELDS, P.A.
222 Lake View Ave., Ste 1400
P.O. Box 150
West Palm Beach, FL  33402-0150
Facsimile:  (561) 659-7368
E-Mail:  jianno@carltonfields.com

**VIA E-MAIL**
Andrew Beirne
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY  10036
Facsimile:  (212) 326-2061
E-Mail:  abeirne@omm.com

**VIA E-MAIL**
Carl H. von Ende
Kristen I. Spano
MILLER CANFIELD
150 W. Jefferson Ave., Ste. 2500
Detroit, MI  48226-4415
Facsimile:  (313) 496-8454
E-Mail:  vonende@millercanfield.com

**VIA E-MAIL**
James A. Walker
TRIPLETT, WOOLF & GARRETSON, LLC -
WICHITA
2959 North Rock Road, Ste. 300
Wichita, KS  67226
Facsimile:  (316) 630-8101
E-Mail:  jawalker@twgfrm.com

**VIA E-MAIL**
Steven Allen Riley
BOWEN RILEY WARNOCK & JACOBSON
PLC
1906 West End Ave.
Nashville, TN  37203
Facsimile:  (615) 320-3737
E-Mail:  sriley@bowenriley.com

1   **VIA E-MAIL**
    Christopher S. Arnold
2   Rebecca A. Betts
    ALLEN GUTHRIE MCHUGH & THOMAS
3   P.O. Box 3394
    Charleston, WV  25333-3394
4   Facsimile:  (304) 345-9941
    E-Mail:  csarnold@agmtlaw.com
5
6
7            **Attorneys for Defendant Hynix Semiconductor, Inc.**

8   Stephen D. Bell
    DORSEY & WHITNEY LLP
9   370 Seventeenth Street, Ste. 4700
    Denver, CO  80202
10  Fax:  (303) 629-3450
    E-Mail:  bell.steve@dorseylaw.com
11
12           **Attorneys for Defendant Cypress Semiconductor, Inc.**
13
14  Robert P. Feldman                          **VIA E-MAIL**
    Maura Rees                                 Joseph Ianno, Jr.
15  WILSON SONSINI GOODRICH & ROSATI           CARLTON FIELDS, P.A.
    650 Page Mill Rd.                          222 Lake View Ave., Ste 1400
16  Palo Alto, CA  94304                       P.O. Box 150
    Facsimile:  (650) 493-6811                 West Palm Beach, FL  33402-0150
17  E-Mail:  rfeldman@wsgr.com;                Facsimile:  (561) 659-7368
    mrees@wsgr.com                             E-Mail:  jianno@carltonfields.com
18
19           **Attorneys for Defendants Hitachi America, Ltd.**
20
    **VIA E-MAIL**                             **VIA E-MAIL**
21  Daniel E. Alberti                          Douglas G. Schneebeck
    MCDERMOTT WILL & EMERY LLP                 John R. Cooney
22  3150 Porter Dr.                            Zachary L. McCormick
    Palo Alto, CA  94304                       MODRALL SPERLING ROEHL HARRIS &
23  Facsimile:  (650) 813-5100                 SISK PA
    E-Mail:  dalberti@mwe.com                  P.O. Box 2168
24                                             Albuquerque, NM  87103
                                               Facsimile:  (505) 848-1842
25                                             E-Mail:  dschneebeck@modrall.com
26
27
28

SF #1257210 v1                    -8-                Case No. 06-6511 CW (07-1819 CW)
                          DECLARATION OF SERVICE

**VIA E-MAIL**
Joseph Ianno, Jr.
CARLTON FIELDS, P.A.
222 Lake View Ave., Ste 1400
P.O. Box 150
West Palm Beach, FL  33402-0150
Facsimile: (561) 659-7368
E-Mail: jianno@carltonfields.com

**VIA E-MAIL**
Charles J. Bloom
STEVENS & LEE
620 Freedom Business Center, Ste. 200
King of Prussia, PA  19406
Facsimile: (610) 371-7964
E-Mail: cjb@stevenslee.com

**VIA E-MAIL**
Craig P. Seebald
McDERMOTT, WILL & EMERY, LLP
600 - 13th St., N.W.
Washington, D.C.  20005
Facsimile: (202) 756-8087
E-Mail: cseebald@mwe.com

**VIA E-MAIL**
Craig P. Seebald
McDERMOTT, WILL & EMERY, LLP
600 - 13th St., N. W.
Washington, D.C.  20005
Facsimile: (202) 756-8087
E-Mail: cseebald@mwe.com

**VIA E-MAIL**
Douglas G. Schneebeck
John R. Cooney
Zachary L. McCormick
MODRALL SPERLING ROEHL HARRIS &
SISK PA
P.O. Box 2168
Albuquerque, NM  87103
Facsimile: (505) 848-1842
E-Mail: dschneebeck@modrall.com

**Attorneys for Defendant Renesas Technology Corp.**

**VIA E-MAIL**
Craig P. Seebald
McDERMOTT, WILL & EMERY, LLP
600 -13th St., N.W.
Washington, D.C.  20005
Facsimile: (202) 756-8087
E-Mail: cseebald@mwe.com

SF #1257210 v1

DECLARATION OF SERVICE

Case No. 06-6511 CW (07-1819 CW)

**Attorneys for Defendants Epson America, Inc. and Epson Elecctronics America, Inc.**

Daniel A. Rozansky
Lucas Andrew Messenger
Julia B. Strickland
STROOCK & STROOCK & LA VAN LLP
2029 Century Park East, #18
Los Angeles, CA  90067
Facsimile:  (310) 556-5959
E-Mail:  drozansky@stroock.com;
lmessenger@stroock.com;
jstrickland@stroock.com

**Attorneys for Defendants Mitsubshi Electric & Electronics USA, Inc.**

| | |
|---|---|
| Michael D. Lisi | **VIA E-MAIL** |
| Kenneth Keller | Terrence J. Truax |
| KRIEG, KELLER, SLOAN, REILLEY & | JENNER & BLOCK, LLC |
| ROMAN LLP | 330 N. Wabash Ave. |
| 114 Sansome St., Ste. 400 | Chicago, IL  60611 |
| San Francisco, CA  94104 | Facsimile:  (312) 840-7738 |
| Facsimile:  (415) 249-8333 | E-Mail:  ttruax@jenner.com |
| E-Mail:  mlisi@kksrr.com; kkeller@kksrr.com | |
| | |
| **VIA U.S. MAIL** | **VIA E-MAIL** |
| David F. Cunningham | Joseph Ianno, Jr. |
| RUBIN KATZ LAW FIRM PC | CARLTON FIELDS, P.A. |
| P.O. Drawer 250 | 222 Lake View Ave., Ste 1400 |
| Santa Fe, NM  87504-0250 | P.O. Box 150 |
| Facsimile:  (505) 988-1286 | West Palm Beach, FL  33402-0150 |
| E-Mail:  n/a | Facsimile:  (561) 659-7368 |
| | E-Mail:  jianno@carltonfields.com |

**Attorneys for Defendants STMicroelectronics, Inc.**

Teague I. Donahey
Edward V. Anderson
Russell L. Johnson
Patrick Lonergan
SIDLEY AUSTIN LLP
555 California St., Ste. 2000
San Francisco, CA  94104
Facsimile:  (415) 772-7400
E-Mail:  rjiohnson@sidley.com;
tdonahey@sidley.com;
evanderson@sidlev.com;
plonergan@sidley.com

DECLARATION OF SERVICE

1

**Attorneys for Defendants Toshiba America Electronic Components, Inc.**

2

**VIA E- MAIL**
Belinda Lee
Andrea Yamamoto
LATHAM & WATKINS
633 W. Fifth St., Ste. 4000
Los Angeles, CA  90071
Facsimile: (213) 891-8763
E-Mail:  Andrea.Yamamoto@lw.com;
Belinda.Lee@lw.com

**VIA E-MAIL**
Kevin A. Crass
FRIDAY, ELDREDGE & CLARK, LLP -
LITTLE ROCK
400 West Capitol Ave., Ste. 2000
Little Rock, AR  72201
Facsimile: (501) 376-2147
E-Mail:  crass@fec.net

**VIA E-MAIL**
Joseph Ianno, Jr.
CARLTON FIELDS, P.A.
222 Lake View Ave., Ste 1400
P.O. Box 150
West Palm Beach, FL  33402-0150
Facsimile: (561) 659-7368
E-Mail:  jianno@carltonfields.com

**VIA E-MAIL**
David R. Cross
QUARLES & BRADY
411 E Wisconsin Ave., Ste 2500
Milwaukee, WI  53202
Facsimile: (414) 978-8669
E-Mail:  drc@quarles.com

**Attorneys for Defendants Toshiba America Corp., Toshiba Corp., and
Toshiba Electronic Components, Inc.**

Daniel Wall
LATHAM & WATKINS
555 Montgomery St., Ste. 2000
San Francisco, CA  94111
Facsimile:  (415)
E-Mail:  Daniel.Wall@lw.com

**Attorneys for Defendant Micron Technology Inc. & Micron Semiconductor Products, Inc.**

**VIA E-MAIL**
Douglas G. Schneebeck
John R. Cooney
Zachary L. McCormick
MODRALL SPERLING ROEHL HARRIS &
SISK PA
P.O. Box 2168
Albuquerque, NM  87103
Facsimile: (505) 848-1842
E-Mail: dschneebeck@modrall.com

**VIA E-MAIL**
Joseph Ianno, Jr.
CARLTON FIELDS, P.A.
222 Lake View Ave., Ste 1400
P.O. Box 150
West Palm Beach, FL  33402-0150
Facsimile: (561) 659-7368
E-Mail:  jianno@carltonfelds.com

1

**Attorneys for Defendant Epson America, Inc.**

2

**VIA E-MAIL**

3

Susan Aledort
EPSON AMERICA, INC.

4

3840 Kilroy Airport Way
Long Beach, CA  90806

5

Facsimile:  (562) 290-4313
E-Mail:  susan_aledort@ea.epson.com

6

7

**Attorneys for Defendant IBM Corporation & International Business Machines Corp.**

8

**VIA E-MAIL**

9

Stephen R. Neuwirth
QUINN EMANUEL URQUHART OLIVER &

10

HEDGES, LLP
51 Madison Ave., 22nd Floor

11

New York, NY  10010
Facsimile:  (212) 849-7100

12

E-Mail:  stephenneuwirth@quinnemanuel.com

13

**Attorneys for Defendant Sharp Electronics Corp.**

14

**VIA E-MAIL**

15

Roxane A. Polidora
PILLSBURY, WINTHROP, SHAW &

16

PITTMAN, LLP
50 Fremont St.

17

San Francisco, CA  94105
Facsimile:  (415) 983-1200

18

E-Mail:  roxane.polidora@pillsburylaw.com

19

**Defendant Integrated Silicon Solution, Inc.**

20

**VIA U.S. MAIL**

21

Scott D. Howarth
INTEGRATED SILICON, INC.

22

2231 Lawson Lane
Santa Clara, CA  95054

23

24

**Defendant Etron Technology Amercia, Inc.; Etron Technology, Inc.**

25

**VIA U.S. MAIL**

26

ETRON TECHNOLOGY AMERICA
3375 Scott Blvd., Ste. 128

27

Santa Clara, CA  95054

28

1

### Defendant Fujitsu Ltd., Fujitsu American, Inc.

2

**VIA U.S. MAIL**
FUJITSU AMERICA, INC.

3

1250 Arques Ave.
M/S 124

4

Sunnyvale, CA  94035

5

### Defendant STMicroelectronics N.V., STMicroelectronics, Inc.

6

**VIA U.S. MAIL**

7

STMICROELECTRONICS
1310 Electronics Dr.

8

M/S 2308

9

Carrollton, TX  75006

10

### Attorneys for Defendant Winbond Electronics Corporation America

11

**VIA E-MAIL**
Steven Morrissett

12

FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER LLP

13

Stanford Research Park

14

3300 Hillview Ave.
Palo Alto, CA  94304

15

Facimile:  (650) 849-6666
E-Mail:  morrissett@finnegan.com

16

### PLAINTIFFS

17

### Attorneys for Plaintiff Yoni Ribo

18

19

Brian Joseph Barry
LAW OFFICES OF BRIAN BARRY

20

1801 Avenue of The Stars
Suite 307

21

Los Angeles, CA  90067
Facsimile:  (310) 788-0841

22

E-Mail:  bribarry1@yahoo.com

23

24

25

26

27

28

1

<u>**Attorneys for Plaintiffs Reclaim Center, Inc., Bekah Zieetz, Chad Klebs, J.O. Nash,**</u>
<u>**Jaimie Thompson, Judd Eliasoph, Kym Masters, Todd Berg & Trong H. Nguyen**</u>

2

3    Francis O. Scarpulla                          Michael P. Lehmann
     Craig C. Corbitt                             Christopher Lebsock

4    Matthew Rutledge Schultz                     Thomas P. Dove
     Judith A. Zahid                              FURTH LEHMANN & GRANT LLP

5    ZELLE HOFMANN VOELBEL MASON &                225 Bush Street, Suite 1500
     GETTE, LLP                                   San Francisco, CA  94104

6    44 Montgomery Street, Suite 3400             Facsimile:  (415) 982-2076
     San Francisco, CA  94104                     E-Mail:  mplehmann@furth.com;

7    Facsimile:  (415) 693-0770                   clebsock@furth.com; tdove@furth.com

8    E-Mail: fscarpulla@zelle.com;
     ccorbitt@zelle.com; mschultz@zelle.com;

9    jzahid@zelle.com

10   Josef D. Cooper                              Allan Steyer
     Tracy R. Kirkham                             STEYER LOWENTHAL BOODROOKAS

11   COOPER & KIRKHAM, P.C.                        ALVAREZ & SMITH, LLP
     655 Montgomery Street, 17th Floor            One California Street

12   San Francisco, CA  94111                     Third Floor, Suite 300
                                                  San Francisco, CA  94111

13   Facsimile:  (415) 882-7040                   Facsimile:  (415) 421-2234
     E-Mail:  jdc@coopkirk.com                    E-Mail:  asteyer@steyerlaw.com

14

15

16   <u>**Attorneys for Plaintiff Westell Technologies, Inc.**</u>

17   **VIA E-MAIL**                               Joseph W. Cotchett
     Steven A. Kanner                             Steven N. Williams

18   Douglas A. Millen                            COTCHETT, PITRE & MCCARTHY
     William H. London                            San Francisco Airport Office Center

19   Marvin N. Benn                               840 Malcolm Road, Suite 200
     MUCH, SHELIST, FREED, DENENBERG,             Burlingame, CA  94010

20   AMENT & RUBENSTEIN PC                        Facsimile:  (650) 697-0577
     191 North Wacker Drive, Suite 1800           E-Mail:  icotchett@cpmleaal.com;

21   Chicago, IL  60606                           swilliams@cpmlegal.com

22   Facsimile:  (312) 521-2100
     E-Mail:  skanner@muchshelist.com;

23   dmillen@muchshelist.com;
     wlondon@muchshelist.com;

24   mbenn@muchshelist.com

25

26

27

28

DECLARATION OF SERVICE

**VIA E-MAIL**
Michael D. Hausfeld
Charles E. Tompkins
Andrew B. Bullion
Hilary K. Ratway
COHEN, MILSTEIN, HAUSFELD & TOLL,
P.L.L.C.
1100 New York Ave., N.W
West Tower, Ste. 500
Washington, D.C. 20005-3964
Facsimile: (202) 408-4699
E-Mail: mhausfeld@cmht.com;
ctompkins@cmht.com; abullion@cmht.com

**VIA E-MAIL**
Steven J. Greenfogel
MEREDITH, COHEN, GREENFOGEL &
SKIRNICK PC
22nd Floor, Architects Building
117 S. 17th St.
Philadelphia, PA 19103
Facsimile: (215) 569-0958
E-mial: greenfogel@mcgslaw.com

**VIA E-MAIL**
Vincent J. Esades
HEINS, MILLS & OLSON, P.L.C.
3550 IDS Center
80 S. Eighth St.
Minneapolis, MN 55402
Facsimile: (612) 338-4692
E-Mail: vesades@heinsmills.com

Bruce L. Simon
Esther L. Klisura
PEARSON, SIMON, SOTER, WARSHAW &
PENNY, LLP
44 Montgomery St., Ste. 1200
San Francisco, CA 94104
Facsimile: (415) 433-9008
E-Mail: brucelsimon@comcast.net;
eklisura@comcast.net

**VIA E-MAIL**
Anthony J. Bolognese
Joshua H. Grabar
BOLOGNESE & ASSOCIATES, LLC
1617 JFK Blvd., Ste. 650
Philadelphia, PA 19103
Facsimile: (215) 814-6764
E-Mail: abolognese@bolognese-law.com;
jgrabar@bolognese-law.com

**VIA E-MAIL**
Steven A. Asher
WEINSTEIN, KITCHENOFF & ASHER, L.L.C.
1845 Walnut St., Ste. 1100
Philadelphia, PA 19103
Facsimile: (215) 545-6535
E-Mail: asher@wka-law.com

Harry Shulman
THE MILLS LAW FIRM
145 Marina Blvd.
San Rafael, CA 94901
Facsimile: (415) 455-1327
E-Mail: harry@millslawfirm.com

1

**Attorneys for Plaintiff David Takeda**

2

3    **VIA E-MAIL**                          **VIA E-MAIL**
     Lionel Z. Glancy                        Susan G. Kupfer
4    Michael Goldberg                        GLANCY BINKOW & GOLDBERG LLP
     GLANCY BINKOW & GOLDBERG LLP            455 Market St., Ste. 1810
5    1801 Avenue of the Stars, Ste. 311      San Francisco, CA  94105
     Los Angeles, CA  90067                  Facsimile: (415) 972-8166
6    Facsimile: (310) 201-9160               E-Mail: skupfer@glancylaw.com
     E-Mail: info@glancylaw.com
7

8    **VIA E-MAIL**
     Steven O. Sidener
9    Joseph M. Barton
     C. Andrew Dirksen
10   GOLD BENNETT CERA & SIDENER LLP
     595 Market St., Ste. 2300
11   San Francisco, CA  94105-2835
     Facsimile: (415) 777-5189
12   E-Mail: ssidener@gbcslaw.com;
13   jbarton@gbcslaw.com

14

**Attorneys for Plaintiff Karol Juskiewicz**

15

16   **VIA E-MAIL**                          **VIA E-MAIL**
     Mario N. Alioto                         Joseph M. Patane
17   Lauren C. Russell                       LAW OFFICE OF JOSEPH M. PATANE
     TRUMP, ALIOTO, TRUMP & PRESCOTT,        2280 Union Street
18   LLP                                     San Francisco, CA  94123
     2280 Union Street                       415-563-7200
19   San Francisco, CA  94123                Facsimile: (415) 346-0679
     Facsimile: (415) 346-0679               E-Mail: jpatane@tatp.com
20   E-Mail: malioto@tatp.com;
     laurenrussell@tatp.com
21

22   **VIA E-MAIL**
23   Lawrence G. Papale
     LAW OFFICES OF LAWRENCE G. PAPALE
24   1308 Main St. #117
     St. Helena, CA  94574
25   Facsimile: (707) 963-0706
     E-Mail: lgpapale@papalelaw.com
26

27

28

SF #1257210 v1                                                          Case No. 06-6511 CW (07-1819 CW)
DECLARATION OF SERVICE

**Attorneys for Plaintiff Chip-Tech, Ltd.**

**VIA E-MAIL**
Steven O. Sidener
Joseph M. Barton
C. Andrew Dirksen
GOLD BENNETT CERA & SIDENER LLP
595 Market St., Ste. 2300
San Francisco, CA 94105-2835
Facsimile: (415) 777-5189
E-Mail: ssidener@gbcslaw.com;
jbarton@gbcslaw.com

**Attorneys for Plaintiff Michael Francis Ayres, Frederick Rozo, Susan Juiles, Candace Rowlette, Mark Pierce and Craig Friedson**

Francis O. Scarpulla
Craig C. Corbitt
Matthew Rutledge Schultz
Judith A. Zahid
ZELLE HOFMANN VOELBEL MASON &
GETTE, LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Facsimile: (415) 693-0770
E-Mail: fscarpulla@zelle.com;
ccorbitt@zelle.com; mschultz@zelle.com;
jzahid@a,zelle.com

Michael P. Lehmann
Thomas P. Dove
Christopher Lee Lebsock
FURTH LEHMANN & GRANT LLP
225 Bush Street, Suite 1500
San Francisco, CA 94104
Facsimile: (415) 982-2076
E-Mail: mplehmann@furth.com;
tdove@furth.com; clebsock@furth.com

Josef D. Cooper
Tracy R. Kirkham
COOPER & KIRKHAM, P.C.
655 Montgomery Street, 17th Floor
San Francisco, CA 94111
Facsimile: (415) 882-7040 Third Floor
E-Mail: jdc@coopkirk.com

Allan Steyer
STEYER LOWENTHAL BOODROOKAS
ALVAREZ & SMITH, LLP
One California Street, Suite #300
San Francisco, CA 94111
E-Mail: asteyer@steyerlaw.com
Facsimile: (415) 421-2234

1

**Attorneys for Plaintiffs Don Thompson, Andrew Ditton and Daniel Yohalem**

2

**VIA E-MAIL**

Terry Gross

3   Adam C. Belsky

Monique Alonso

4   GROSS & BELSKY LLP

5   180 Montgomery Street, Suite 2200

San Francisco, CA 94104

6   Facsimile: (415) 544-0201

E-Mail: terry@grossbelsky.com;

7   adam@grossbelsky.com

8

9

**Attorneys for Plaintiffs Stargate Films, Inc.**

10   **VIA U.S. MAIL**

Melissa Meeker Harnett

11   WASSERMAN, COMDEN & CASSELMAN

LLP

12   5567 Reseda Boulevard

Suite 330

13   P.O. Box 7033

14   Tarzana, CA 91357-7033

Facsimile: (818) 345-0162

15

16

**Attorneys for Plaintiff Michael Katz**

17   **VIA E-MAIL**

18   Joseph R. Saveri

Michele Chickerell Jackson

19   Peter Edwin Leckman

William Bernstein

20   LIEFF CABRASER HEIMANN &

BERNSTEIN LLP

21   275 Battery St., 30th Floor

22   San Francisco, CA 94111

Facsimile: (415) 956-1008

23   E-Mail: jsaveri@lchb.com;

mjackson@lchb.com; pleckman@lchb.com

24

25

26

27

28

1

**Attorneys for Plaintiff Lawrence Markey**

2

**VIA E-MAIL**

3
Aaron M. Sheanin
Elizabeth C. Pritzker

4
Lindy Kristine Lucero
GIRARD GIBBS LLP

5
601 California Street, 14th Floor
San Francisco, CA 94108

6
Facsimile: 415-981-4846
E-Mail: ams@girardgibbs.com;

7
ecp@girardgibbs.com; lkl@girardgibbs.com

8

9

**Attorneys for Plaintiffs Jacob Greenwell & Pastor Romney Darkins**

10

**VIA E-MAIL**
C. Donald Amamgbo

**VIA E-MAIL**
Reginald Terrell

11
Alieu Iscandari
TERRELL LAW GROUP

12
Dr. Remigius Chibueze, Ph.D
Daniel Etoh
223 - 25th St.
Richmond, CA 94804

13
Nick Agbo
AMAMGBO & ASSOCIATES, APC
Facsimile: (510) 237-4616
E-Mail: reggiet2@aol.com

14
7901 Oakport St., Ste. 4900
Oakland, CA 94621

15
Facsimile: (510) 615-6024

16
E-Mail: Donald@Amamgbolaw.com

17

**Attorneys for Plaintiff Elena Ralik**

18

19
Allan Steyer
Bryan M. Kreft
David Boies, III
Timothy D. Battin

20
STEYER LOWENTHAL BOODROOKAS
ALVAREZ & SMITH, LLP
Ian Otto
Nathan Cihlar

21
One California Street
Third Floor, Suite 300
STRAUS & BOLES, LLP
4041 University Dr., Fifth Floor

22
San Francisco, CA 94111
Fairfax, VA 22030

23
Facsimile: (415) 421-2234
E-Mail: asteyer@steyerlaw.com;
Facsimile: (703) 764-8704
E-Mail: ncihlar@straus-boies.com

24
bkreft@steyerlaw.com

25

26

27

28

SF #1257210 v1

-19-

Case No. 06-6511 CW (07-1819 CW)

DECLARATION OF SERVICE

**Attorneys for Plaintiff David Perez**

**VIA E-MAIL**
Scott J. Yundt
Derek G. Howard
Gilmur R. Murray
MURRAY & HOWARD, LLP
436 14th Street, Ste. 1413
Oakland, CA 94612
Facsimile: (510) 444-2522
E-Mail: syundt@mandhllp.com;
dhoward@mandhllp.com;
gmurray@mandhllp.com

**Attorneys for Plaintiffs Brian Kreitzer, Ryan Edwards, Leslie Lighty, Robert Bedore, Joseph Hastings, Bradley Chase, Jason Smith, Javier Alemany, Karl Johnson & Nicholas Kane**

**VIA E-MAIL**
James M. McManus
Colleen Duffy Smith
Marwa Elzankaly
McMANIS FAULKNER & MORGAN
50 W. San Fernando St., 10th Floor
San Jose, CA 95113
Facsimile: (408) 279-3244
E-Mail: cduffysmith@mfmlaw.com;
melzankaly@mfmlaw.com

Edward J. Westlow
Wyatt B. Durrette, Jr.
Christine A. Williams
DURRETTEBRADSHAW, PLC
600 East Main St., 20th Floor
Richmond, VA 23219-2430
Facsimile: (804) 775-6911
E-Mail: ewestlow@durrettebradshaw.com;
wdurrette@durrettebradshaw.com

Richard L. Coffman
THE COFFMAN LAW FIRM
1240 Orleans St., Ste. 200
Beaumont, TX 77701
Facsimile: (409) 832-4768
E-Mail: admin@cofflaw.com

Kevin Bruce Love
HANZMAN CRIDEN & LOVE, P.A.
7301 SW 57th Court, Ste. 515
South Miami, FL 33143
Facsimile: (305) 357-9050
E-Mail: klove@hanzmancriden.com

**VIA E-MAIL**
Gary D. White, Jr.
PALMER LEATHERMAN & WHITE, LLP
627 SW Topeka Blvd
Topeka, KS 66603-3287
Facsimile: (785) 233-3703
E-Mail: gwhite@ipalmerlaw.com

Samuel W. Lanham, Jr.
CUDDY & LANHAM
470 Evergreen Woods
Bangor, ME 04401
Facsimile: (207) 941-8818
E-Mail: slanham@cuddylanham.com

SF #1257210 v1

Case No. 06-6511 CW (07-1819 CW)

DECLARATION OF SERVICE

**VIA E-MAIL**
Thomas E. Towe
TOWE BALL ENRIGHT. MACKEY &
SOMMERFIELD, PLLP
2525 Sixth Ave. North
P.O. Box 30457
Billings, MT 58107-0457
Facsimile: (406) 248-2647
E-Mail: towe@tbems.com

**VIA U.S. MAIL**
Grady F. Tollison, Jr.
LeRoy D. Percy
TOLLISON LAW FIRM, P.A.
100 Courthouse Square
P.O. Box 1216
Oxford, MS 38655
Facsimile: (662) 234-7095

**VIA E-MAIL**
Steven E. Grubb
GOLDBERG KATZMAN P.C.
320 Market St.
P.O. Box 1268
Harrisburg, PA 17108-1268
Facsimile: (717) 234-6808
E-Mail: seg@goldberghatzman.com

**VIA E-MAIL**
Steven C. Lausell
Jose R. Gonzalez
JIMENEZ GRAFFAM & LAUSELL
P.O. Box 366104
San Juan, PR 00936-6104
Facsimile: (787) 751-4068
E-Mail: slausell@jgl.com

**VIA E-MAIL**
Andrew C. Skinner
NICHOLS & SKINNER L.C.
115 East Washington St.
Charles Town, WV 25414-0487
Facsimile: n/a
E-Mail: acs@nicholsandskinner.com

**VIA E-MAIL**
Alvin H. Kriger
Attorney at Law
150 North Sunnyslope Road, Ste. 270
Brookfield WI 53005
Facsimile: (262) 641-0401
E-Mail: ahk@krigerlaw.com

**Attorneys for Plaintiff James Barnes**

**VIA E-MAIL**
Brad Yamauchi
B. Mark Fong
Jack W. Lee
MINAMI TAMAKI LLP
360 Post St., 8th Floor
San Francisco, CA 94108
Facsimile: (415) 398-3887
E-Mail: byamauchi@minamitamaki.com;
mfong@minamitamaki.com;
jlee@minamitamaki.com

DECLARATION OF SERVICE

1

**Attorneys for Plaintiffs Mitchell Salzman & for Plaintiff Stacy Salzman**

2   Michael P. Lehmann                    **VIA E-MAIL**
    Thomas P. Dove                        Lee Albert
3   Christopher Lee Lebsock               Amir Stark
    John T. King                          MAGER & GOLDSTEIN LLP
4   FURTH LEHMANN & GRANT LLP             One Liberty Place
5   225 Bush Street, Suite 1500           1650 Market St., 21st Floor
    San Francisco, CA  94104              Philadelphia, PA  19103
6   Facsimile:  (415) 982-2076            Facsimile:  (215) 640-3281
    E-Mail:  mplehmann@furth.com;         E-Mail:  lalbert@magergoldstein.com;
7   tdove@furth.com; king@furth.com;
8   clebsock@furth.com

9   **VIA E-MAIL**
    Jayne A. Goldstein
10  MAGER & GOLDSTEIN LLP
    1640 Town Center Circle, Ste. 216
11  Weston, FL  33326
12  Facsimile:  (954) 515-0124
    E-Mail:  joldstein@magergoldstein.com

13
                    **Attorneys for Plaintiffs Dan Rempe**
14
    Allan Steyer                          Daniel E. Gustafson
15  Jill Manning                          Jason S. Kilene
    STEYER LOWENTHAL BOODROOKAS            Renae D. Steiner
16  ALVAREZ & SMITH, LLP                  GUSTAFSON GLUEK PLLC
    One California Street                  650 Northstar East
17  Third Floor, Suite 300                608 Second Ave. South
18  San Francisco, CA  94111              Minneapolis, MN  55402
    Facsimile:  (415) 421-2234            Facsimile:  (612) 339-6622
19  E-Mail:  asteyer@steverlaw.com;       E-Mail:  dgustafson@ustafsongluek.com;
    jmanning@steverlaw.com                rsteiner@gustafsongluek.com
20
21  **VIA U.S. MAIL**
    Gene Sununerlin
22  Justin Firestone
    OGBORN, SUMMERLIN & OGBORN, P.C.
23  610 J St., Ste. 200
    Lincoln, NE  68508
24  Facsimile:  (402) 434-8044

25

26

27

28

SF #1257210 v1                    -22-                Case No. 06-6511 CW (07-1819 CW)
                         DECLARATION OF SERVICE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Attorneys for Plaintiffs Patricia Fitzsimmons**

**VIA E-MAIL**
Garrett D. Blanchfeld, Jr.
Roberta A. Yard
REINHARDT WENDORF & BLANCHFIELD
E-1250 First National Bank Building
332 Minnesota Street
St. Paul, MN 55101
Facsimile: (651) 287-2103
E-Mail: g.blanchfield@rwblawfirm.com;
r.yard@rwblawfirm.com

**Attorneys for Plaintiff Telular Corporation**

Joseph W. Cotchett
Steven N. Williams
COTCHETT, PITRE & MCCARTHY
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Facsimile: (650) 697-0577
E-Mail: jcotchett@cpmleaal.com;
swilliams@cpmlegal.com

**VIA E-MAIL**
Steven A. Kanner
Douglas A. Millen
William H. London
Marvin N. Benn
MUCH, SHELIST, FREED, DENENBERG,
AMENT & RUBENSTEIN PC
191 North Wacker Drive, Suite 1800
Chicago, IL 60606
Facsimile: (312) 521-2100
E-Mail: skanner@muchshelist.com;
dmillen@muchshelist.com;
wlondon@muchshelist.com;
mbenn@muchshelist.com

**VIA E-MAIL**
Michael D. Hausfeld
Charles E. Tompkins
Andrew B. Bullion
Hilary K. Ratway
COHEN, MILSTEIN, HAUSFELD & TOLL,
P.L.L.C.
1100 New York Ave., N. W
West Tower, Ste. 500
Washington, D.C. 20005-3964
E-Mail: mhausfeld@cmht.com;
compkins@cmht.com; abullion@cmht.com

**VIA E-MAIL**
Andrew B. Sacks
John K. Weston
LAW OFFICES OF ANDREW B. SACKS &
ASSOCIATES
114 Old York Rd.
Jenkintown, PA 19046
Facsimile: (215) 925-0508
E-Mail: asacks@sacklaw.com
Facsimile: (202) 408-4699

SF #1257210 v1

-23-

Case No. 06-6511 CW (07-1819 CW)

DECLARATION OF SERVICE

1  **Attorneys for Autotime Corporation**

2  **VIA E-MAIL**
   Robert S. Green
3  Elizabeth C. Guarnieri
   Brian S. Umpierre
4  GREEN WELLING LLP
5  595 Market St., Ste. 2750
   San Francisco, CA 94105
6  Facsimile: (415) 477-6710 E-Mail:
   ecg@classcounsel.com; bsu@classcounsel.com
7

8  **Attorneys for Alec Berezin**

9  Steve W. Berman                      **VIA E-MAIL**
   Anthony D. Shapiro                   Elaine T. Byszewski
10 Craig R. Spiegel                     HAGENS BERMAN SOBOL SHAPIRO LLP
   HAGENS BERMAN SOBOL SHAPIRO LLP      700 S. Flower St., Ste. 2940
11 Seattle, WA 98101                    Los Angeles, CA 90017-4101
12 Facsimile: (206) 623-0594            1301 Fifth Avenue, Suite 2900
   E-Mail: steve@hbsslaw.com;           Facsimile: (213) 330-7152
13 tony@hbsslaw.com                     E-Mail: elaine@hbsslaw.com
14
   **VIA E-MAIL**                       **VIA E-MAIL**
15 Steven J. Greenfogel                 Bryan L. Clobes
   Daniel B. Allanoff                   CAFFERTY FAUCHER LLP
16 MEREDITH, COHEN, GREENFOGEL &        1717 Arch St., 36th Floor
   SKIRNICK PC                          Philadelphia, PA 19103
17 117 S. 17th St.                      Facsimile: (215) 864-2810
18 22nd Floor, Architects Bldg.         E-Mail: bclobes@caffertyfaucher.com
   Philadelphia, PA 19103
19 Facsimile: (215) 569-0958
   E-Mail: sgreenfogel@mcgslaw.com
20
   **VIA E-MAIL**                       **VIA E-MAIL**
21 James R. Malone, Jr.                 Ronen Sarraf
   Michael D. Gottsch                   Joseph Gentile
22 Joseph G. Sauder                     SARRAF GENTILE LLP
   CHIMCLES & TIKELLIS. LLP             485 Seventh Ave., Ste. 1005
23 361 West Lancaster Ave.              New York, NY 10018
24 Haverford, PA 19041                  Facsimile: (610) 649-3633
   Facsimile: (212) 918-7967           E-Mail: ronen@a,sarrafgentile.com;
25 E-Mail: michaelaottsch@chimicles.com;  joseph@sarrahgentile.com
   josephsauder@chimicles.corn
26

27

28

1   **VIA U.S. MAIL**                          **VIA E-MAIL**
    Marvin A. Miller                           Bernard M. Persky
2   MILLER LAW LLC                             LABATON SUCHAROW & RUDOFF LLP
    101 North Wacker Dr., Ste. 2010            100 Park Ave., 12th Floor
3   Chicago, IL  60606                         New York, NY  10017
                                               Facsimile:  (212) 818-0477
4                                              E-Mail:  bpersky@labaton.com

5                                              Steve W. Berman
    Guido Saveri                               Anthony D. Shapiro
6   Cadio Zirpoli                              Craig R. Spiegel
    R. Alexander Saveri                        HAGENS BERMAN SOBOL SHAPIRO LLP
7   SAVERI & SAVERI, INC.                      1301 Fifth Avenue, Suite 2900
8   111 Pine Street, Suite 1700                Seattle, WA  98101
    San Francisco, CA  94111                   Facsimile:  (206) 623-0594
9   Facsimile:  (415) 217-6813                 E-Mail:  steve@hbsslaw.com ;
    E-Mail:  guido@saveri.com; rick@saveri.com;  tony@hbsslaw.com ;
10  zirpoli@saveri.com

11  Daniel S. Gruber                           Joseph W. Cotchett
    GRUBER & GRUBER                            Steven N. Williams
12  15165 Ventura Boulevard, Suite 400         COTCHETT, PITRE & MCCARTHY
    Sherman Oaks, CA  91403                    San Francisco Airport Office Center
13  Facsimile:  (818) 981-2122                 840 Malcolm Road, Suite 200
14  E-Mail:  dgruber@gruberlawfirm.com         Burlingame, CA  94010
    Facsimile:  (650) 697-0577                 E-Mail:  jcotchett@cpmlegal.com;
15                                             swilliams@cpmlegal.com

16  Bruce L. Simon
17  Esther L. Klisura
    PEARSON, SIMON, SOTER, WARSHAW &
18  PENNY, LLP
    44 Montgomery St., Ste. 1200
19  San Francisco, CA  94104
20  Facsimile:  (415) 433-9008
    E-Mail:  brucelsimon@comcast.net;
21  eklisura@comcast.net

22                         **Attorneys for Greg Proiette**

23
    Randy Renick
24  LAW OFFICES OF RANDY RENICK
    The Marine Building
25  128 North Fair Oaks Avenue
26  Suite 204
    Pasadena, CA  91103
27  Facsimile:  (626) 577-7079
    E-Mail:  rrr@renicklaw.com
28

1

**Attorneys for Plaintiff Robert S. Harmon**

2

**VIA E-MAIL**                                    **VIA E-MAIL**
Christopher D. Jennings                            John G. Emerson
3   Scott E. Poynter                               EMERSON POYNTER LLP
EMERSON POYNTER LLP - LITTLE ROCK                  830 Apollo Lane
4   The Museum Center                              Houston, TX 77058
500 President Clinton Ave., Ste. 305               Facsimile: (501) 682-1892
5   Little Rock, AR 72201                          E-Mail: john@emersonpoynter.com
Facsimile: (501) 907-2556
6   E-Mail: scott@emersonfirm.com

7

**VIA E-MAIL**                                    Gordon Ball
8   Sandy Huckabee                                 BALL & SCOTT
HUCKABEE LAW FIRM                                  550 W. Main Ave., Ste. 750
9   213 West Main St.                              Bank of America Center
Post Office Box 1323                               Knoxville, TN 37902
10   Cabot, AR 72023-1323                          Facsimile: (865) 525-4679
Facsimile: (501) 941-5600                          E-Mail: gball@ballandscott.com
11   E-Mail: shuckabee@huckabeelawfirm.com

12

13

**Attorneys for Plaintiff Mark Miles**

14

Dianne M. Nast                                     **VIA E-MAIL**
15   RODANAST PC                                   Michael L. Roberts
801 Estelle Drive                                  Richard Quintus
16   Lancaster, PA 17601                           ROBERTS LAW FIRM
Facsimile: (717) 892-1200                          20 Rahling Circle
17   E-Mail: dnast@rodanast.com                    P.O. Box 241790
Little Rock, AR 72223-1790
18                                                  Facsimile: (501) 821-4474
E-Mail: mikeroberts@aristotle.net ;
19                                                  robertslawfirm@aristotle.com

20

21

**Attorneys for Plaintiff Catherine L. Morgan**

22

**VIA E-MAIL**                                    Gordon Ball
23   Timothy P. Wasyluka, Jr.                      BALL & SCOTT
WASYLUKA LAW LLC                                   550 W. Main Ave., Ste. 750
24   1100 East Park Dr., Ste. 409                  Bank of America Center
Birmingham, AL 35235                               Knoxville, TN 37902
25                                                  Facsimile: (865) 525-4679
Facsimile: (205) 838-2211                          E-Mail: gball@ballandscott.com
26   E-Mail: wasylukalaw@gmail.com

27

28

SF #1257210 v1                                     **-26-**                    Case No. 06-6511 CW (07-1819 CW)
DECLARATION OF SERVICE

1

**Attorneys for Plaintiff Janet Hall**

2

Mark Goldman
Daniel Karon

3

GOLDMAN SCARLATO & KARON

4

101 W. Elm St., Ste. 360
W. Conschohocken, PA  19428

5

Facsimile:  (484) 342-0701
E-Mail:  karon@gsk-law.com

6

Gordon Ball
BALL & SCOTT
550 W. Main Ave., Ste. 750
Bank of America Center
Knoxville, TN  37902
Facsimile:  (865) 525-4679
E-Mail:  gball@ballandscott.com

**VIA E-MAIL**

7

Peter J. Maassen

8

INGALDSON MAASSEN & FITZGERALD
813 W 3rd Ave.

9

Anchorage, AK  99501
Facsimile:  (907) 258-8751

10

E-Mail:  peter@impclaw.com

**VIA E-MAIL**
Isaac L. Diel
SHARP MCQUEEN
135 Oak St.
Bonner Springs, KS  66012
Facsimile:  (913) 422-0307
E-Mail:  dslawkc@aol.com

11

**VIA E-MAIL**

12

Krishna B. Narine
LAW OFFICE OF KRISHNA B. NARINE

13

7893 Montgomery Ave., Ste. 300
Elkins Park, PA  19027

14

Facsimile:  (215) 782-3241
E-Mail:  knarine@kbnlaw.com

15

16

17

**Attorneys for Plaintiffs E. Carol Vinson, Robert Vinson, Nuja Show & Timothy Show**

18

**VIA E-MAIL**

19

James Edward Sherman
SHERMAN & SHERMAN

20

503 Avenida Sirio
Tucson, AZ  85710

21

Facsimile:  (520) 750-0168
E-Mail:  jes0825@cox.net

22

23

**Attorneys for Plaintiff Lara Sterenberg**

24

**VIA E-MAIL**

25

Mark D. Fullerton
MARTIN HART & FULLERTON PC

26

1839 S Alma School Rd., Ste. 354
Mesa, AZ  85210-3028

27

Facsimile:  (480) 838-9002
E-Mail:  fullerton@mhf.cc

28

1

**Attorneys for Plaintiff CMP Consulting, Inc.**

2   Kevin Bruce Love
    HANZMAN CRIDEN & LOVE, P.A.
3   7301 SW 57th Court, Ste. 515
    South Miami, FL 33143
4   Facsimile: (305) 357-9050
    E-Mail: klove@hanzmancriden.com
5

6

7                   **Attorneys for Plaintiff Ronnie Barnes**

8   **VIA U.S. MAIL**                          Mark J. Tamblyn
    Bryan F. Aylstock                          WEXLER TORISEVA WALLACE, LLP
9   Justin G. Witkin                           1610 Arden Way, Ste. 290
    AYLSTOCK WITKIN & SASSER, P.L.C.           Sacramento, CA 95815
10  4400 Bayou Blvd., Ste. 58                  Facsimile: (916) 568-7890
    Pensacola, FL 32503                        E-Mail: mjt@wtwlaw.us
11  Facsimile: (850) 916-7449
    E-Mail: n/a
12

13  **VIA E-MAIL**                             Renae Steiner
    Kenneth A. Wexler                          GUSTAFSON GLUEK PLLC
14  WEXLER TORISEVA WALLACE, LLP               650 Northstar East Chicago, IL 60602
    One North LaSalle St., Ste. 2000           608 Second Avenue South
15  Facsimile: (312) 346-0022                  Minneapolis, MN 55402
    E-Mail: kaw@wtwlaw.us                      Facsimile: (612) 339-6622
16                                             E-Mail: rsteiner@austafsongluek.com
17

18

19                   **Attorneys for Plaintiff Reuben Canada**

20  **VIA E-MAIL**
    Jonathan K. Tycko
21  TYCKO & ZAVAREEI LLP
    2000 L Street, NW, Ste. 808
22  Washington, DC 20036
    Facsimile: (202) 973-0950
23  E-Mail: jtycko@tzlegal.com

24

25

26

27

28

SF #1257210 v1                  -28-                   Case No. 06-6511 CW (07-1819 CW)
                        DECLARATION OF SERVICE

1

**Attorneys for Plaintiff Rebecca Bly**

2
Gary E. Mason

3
THE MASON LAW FIRM, LLP
1225 19th Street, NW, Ste. 500

4
Washington, DC  20036
Facsimile:  (202) 429-2294

5
E-Mail:  gmason@masonlawdc.com

6

7

**Attorneys for Plaintiff Terry Bixel**

8
Stephen M. Garcia
Sarina M. Hinson

9
THE GARCIA LAW FIRM

10
One World Trade Center, Ste. 1950
Long Beach, CA  90831

11
Facsimile:  (562) 216-5271
E-Mail:  sgarcia@lawgarcia.com ;

12
shinson(@lawgarcia.com

13

14

**Attorneys for Plaintiff Roman Munoz**

15
Mark J. Tamblyn
WEXLER TORISEVA WALLACE, LLP

16
1610 Arden Way, Ste. 290
Sacramento, CA  95815

17
Facsimile:  (916) 568-7890
E-Mail:  mjt@wtwlaw.us

18

19

**VIA U.S. MAIL**

20
Robert Gralewsky, Jr.
GERGOSIAN & GRALEWSKI LLP

21
550 W. C Street, Ste. 1600
San Diego, CA  92101

22
Facsimile:  (619) 230-0124

23

24

25

26

27

28

**VIA E-MAIL**
Kenneth A. Wexler
WEXLER TORISEVA WALLACE, LLP
One North LaSalle St., Ste. 2000
Chicago, IL  60602
Facsimile:  (312) 346-0022
E-Mail:  kaw@wtwlaw.us

Daniel E. Gustafson
Renae Steiner
Jason Kilene
Gustafson Gluek PLLC
650 Northstar East
608 Second Avenue South
Minneapolis, MN  55402
Facsimile:  (612) 339-6622
E-Mail:  dustafson@gustafsongluek.com ;
rsteiner@gustafsongluek.com

1

**VIA E-MAIL**
Dennis Stewart

2

Blake Muir Harper

3

HULLETT, HARPER & STEWART, LLP
550 W. C Street, Ste. 1600

4

San Diego, CA 92101
Facsimile: (619) 338-1139

5

E-Mail: BMH@hulettharper.com

6

7

**Attorneys for Plaintiff Mark Alon Davis & Kevin W. Hebert**

8

Philip Howard Gordon

9

GORDON LAW OFFICES CHARTERED
623 W. Hays

10

Boise, ID 83702-5512
Facsimile: (208) 345-0050

11

E-Mail: pgordon@gordonlawoffices.com

12

13

**Attorneys for Plaintiff Cristi Ferguson**

14

**VIA E-MAIL**

15

Angela K. Drake
LOWTHER JOHNSON, ATTORNEYS AT

16

LAW, LLC
901 St. Louis St., 20th Floor

17

Springfield, MO 65806
Facsimile: (417) 866-1752

18

E-Mail: adrake@lowtherjohnson.com

19

20

**Attorneys for Plaintiff Heather Hawk**

21

22

**VIA E-MAIL**                         David Boies, III
Joseph Goldberg                        Timothy D. Battin

23

Dana K. Grubesic                       Ian Otto
David A. Freedman                      Nathan Cihlar

24

GOLDBERG & IVES, P.A.                  STRAUS & BOIES, LLP
20 First Plaza, Ste. 700               4041 University Dr., Fifth Floor

25

Albuquerque, NM 87102                  Fairfax, VA 22030
Facsimile: (505) 842-0761   E-Mail:    Facsimile: (703) 764-8704

26

jg@fbdlaw.com                          E-Mail: ncihlar@straus-boies.com

27

28

1  **VIA U.S. MAIL**
   Jeffrey A. Bartos
2  GUERRIERI EDMOND & CLAYMAN PC
   1625 Massachusetts Avenue, N.W.
3  Washington, DC 20036
4  Facsimile: (202) 6247420

5

6                        **Attorneys for Plaintiff Dustin Van Dyk**

7  **VIA E-MAIL**
   Gary D. White, Jr.
8  PALMER LEATHERMAN & WHITE, LLP
9  627 SW Topeka Blvd, Ste. A
   Topeka, KS 66603-3287
10 Facsimile: (785) 233-3703
   E-Mail: gwhite@inalmerlaw.com
11

12

13                       **Attorneys for Plaintiff Stephanie Luekel**

14 **VIA E-MAIL**
   Andrea C. Marino
15 Garrett J. Bradley
   THORNTON & NAUMES LLP
16 100 Summer St., 30th Floor
   Boston, MA 02110
17 Fax: 617-720-2445
18 E-Mail: gbradlev@tenlaw.com

19

20                       **Attorneys for Plaintiff Ronald A. Kramer**

21 **VIA E-MAIL**
   Robert Edmond Mittel
22 MITTEL ASEN, LLC
   P.O. Box 427
23 85 Exchange St.
24 Portland, ME 04112
   Facsimile: (207) 871-0683
25 E-Mail: rmittel@mittelasen.com

26

27

28

1

**Attorneys for Plaintiff Terrence Martin**

2

**VIA E-MAIL**
Andrew A. Nickelhoff

3

Marshall J. Widick
SACHS WALDMAN

4

1000 Farmer St.

5

Detroit, MI 48226
Facsimile:

6

E-Mail: anickelhoff@sachswaldman.com;
mwidick@sachswaldman.com

7

8

**Attorneys for Plaintiff Christopher C. Crawford**

9

10

**VIA U.S,. MAIL**
Eric J. Pickar

11

Gregory J. Erlandson
BANGS MCCULLEN BUTLER FOYE &

12

SIMMONS
P.O. Box 2670

13

Rapid City, SD 57709

14

Facsimile: (605) 343-1503

15

16

**Attorneys for Plaintiff Fairmont Orthopedics & Sports Medicine, PA**

17

Daniel E. Gustafson                              Dianne M. Nast

18

Renae Steiner                                        RODANAST PC
Jason Kilene                                          801 Estelle Drive

19

GUSTAFSON GLUEK PLLC                     Lancaster, PA 17601
650 Northstar East                                 Facsimile: (717) 892-1200

20

608 Second Avenue South                       E-Mail: dnast@rodanast.com
Minneapolis, MN 55402

21

Facsimile: (612) 339-6622

22

E-Mail: dgustafson@gustafsongluek.com ;
rsteiner@gustafsongluek.com

23

**VIA E-MAIL**                                      W. Joseph Bruckner

24

Irwin Levin                                            LOCKRIDGE GRINDAL NAUEN P.L.L.P
COHEN & MALAD LLP                          100 Washington Ave. S., Ste. 2200

25

One Indiana Square, Ste. 1400                Minneapolis, MN 55401
Indianapolis, IN 46206                          Facsimile: (612) 339-0981

26

Facsimile: (317) 636-2593                       Email: wjbruckner@locklaw.com

27

E-Mail: ilevin@cohenandmalad.com

28

SF #1257210 v1                              **-32-**                    Case No. 06-6511 CW (07-1819 CW)

DECLARATION OF SERVICE

1  **Attorneys for Plaintiffs Tabbatha Benson, Scott Freidson, Michael Brooks, Joe Solo, Joseph**
   **Englander, Scott Redparth, Sharon Defren, Laura Magnuson, Brittany Chung, Allen Nassiff**
2                                    **and Sherry Choi**

3  Gordon Ball                                    Daniel Karon
   BALL & SCOTT                                   GOLDMAN SCARLATO & KARON
4  550 W. Main Ave., Ste. 750                     101 W. Elm St., Ste. 360
5  Bank of America Center                         W. Conschohocken, PA  19428
   Knoxville, TN  37902                           Facsimile:  (484) 342-0701
6  Facsimile:  (865) 525-4679                     E-Mail:  karon@gsk-1aw.com
   E-Mail:  gball@ballandscott.com
7
   **VIA E-MAIL**                                 **VIA E-MAIL**
8  Krishna B. Narine                              Isaac L. Diel
9  LAW OFFICE OF KRISHNA B. NARINE                SHARP MCQUEEN
   7893 Montgomery Ave., Ste. 300                 135 Oak St.
10 Elkins Park, PA  19027                         Bonner Springs, KS  66012
   Facsimile:  (215) 782-3241                     Facsimile:  (913) 422-0307
11 E-Mail:  knarine@kbnlaw.com                    E-Mail:  dslawkc@aol.com

12 **VIA E-MAIL**                                 **VIA E-MAIL**
   Ivan Cherovsky                                 Mary G. Kirkpatrick
13 CHEROVSKY LAW OFFICES                          LISMAN WEBSTER KIRKPATRICK &
14 1130 N. Dearborn St., Ste. 3110                LECKERLING, P.C.
   Chicago, IL  60610                             84 Pine St., 5th Floor
15 Facsimile:  (312) 643-5894                     P.O. Box 728
   E-Mail:  classlaw@rcn.com                      Burlington, VT  05402
16                                                Facsimile:  (802) 864-3629
17                                                E-Mail:  mkirk@vtlawfirm.com

18

19                    **Attorneys for Plaintiff Alfred Livingston**

20 **VIA E-MAIL**
   LeRoy Davis Percy
21 Grady F. Tollison, Jr.
22 TOLLISON LAW FIRM P.A.
   P.O. Box 1216
23 Oxford, MS  38655-1216
   Facsimile:  (662) 234-7095
24 E-Mail:  roy@tollisonlaw.com

25

26

27

28

1

**Attorneys for Plaintiff Scott L. Clarke**

2

Samuel W. Lanham, Jr.
CUDDY & LANHAM

3

470 Evergreen Woods
Bangor, ME  04401

4

Facsimile:  (207) 941-8818
E-Mail:  slanham@cuddylanham.com

5

6

7

**Attorneys for Plaintiff Joshua A. Belke**

8

**VIA E-MAIL**                                      **VIA E-MAIL**
Alvin H. Kriger                                      Charles R. Watkins

9

Attorney at Law                                     John R. Wylie

10

150 North Sunnyslope Road, Ste. 270    FUTTERMAN HOWARD WATKINS
Brookfield, WI  53005                       WYLIE & ASHLEY

11

Facsimile: (262) 641-0401                    122 S. Michigan Ave., Ste. 1850
E-Mail: ahk@krigerlaw.com                 Chicago, IL  60603

12

Facsimile:  (312) 427-1850
E-Mail:  cwatkins@futtermanhoward.com

13

14

**VIA E-MAIL**                                      Edward J. Westlow
James M. McManus                              Wyatt B. Durrette, Jr.

15

Colleen Duffy Smith                            Christine A. Williams
Marwa Elzankaly                                DURRETTE BRADSHAW, PLC

16

McMANIS FAULKNER & MORGAN       600 East Main St., 20th Floor
50 W. San Fernando St., 10th Floor       Richmond, VA  23219-2430

17

San Jose, CA  95113                           Facsimile:  (804) 775-6911
E-Mail:  ewestlow@durrettebradshaw.com;

18

Facsimile: (408) 279-3244                    wdurrette@durrettebradshaw.com
E-Mail:  cduffysmith@mfmlaw.com;

19

melzankaly@mfmlaw.com

20

Richard L. Coffman
THE COFFMAN LAW FIRM

21

1240 Orleans St., Ste. 200
Beaumont, TX  77701

22

Facsimile:  (409) 832-4768
E-Mail:  admin@cofflaw.com

23

24

25

26

27

28

DECLARATION OF SERVICE

1

**Attorneys for Plaintiff Henry Kornegay**

2   **VIA E-MAIL**                                Daniel E. Gustafson
    Stephen C. Bullock                            Renae Steiner
3   BULLOCK LAW FIRM                              Jason Kilene
    30 West 14th St., Ste 204                     GUSTAFSON GLUEK PLLC
4   Helena, MT  59624                             650 Northstar East
                                                  608 Second Avenue South
5   Facsimile:  (406) 457-8202                    Minneapolis, MN 55402
    E-Mail:  sbullock@bullocklawfirm.com          Facsimile:  (612) 339-6622
6                                                 E-Mail:  dgustafson@gustafsongluek.com;
7                                                 rsteiner@gustafsongluek.com

8   **VIA E-MAIL**                                **VIA E-MAIL**
9   Joseph Goldberg                               Kenneth A. Wexler
    Dana K. Grubesic                              WEXLER TORISEVA WALLACE, LLP
10  David A. Freedman                             One North LaSalle St., Ste. 2000
    FREEDMAN BOYD DANIELS                         Chicago, IL  60602
11  HOLLANDER GOLDBERG & IVES, P.A.               Facsimile:  (312) 346-0022
                                                  E-Mail:  kaw@wtwlaw.us
12  20 First Plaza, Ste. 700
    Albuquerque, NM  87102
13  Facsimile:  (505) 842-0761
    E-Mail:  ig@fbdlaw.com
14

15  **VIA U.S. MAIL**                             **VIA E-MAIL**
    Don Perelman                                  Michael J. Flannery
16  FINE, KAPLAN AND BLACK, R.P.C.                CAREY & DANIS, LLC
    1835 Market St., 28th Floor                   8235 Fors Blvd., Ste. 1100
17  Philadelphia, PA  19103                       St. Louis, MO  63105
    Facsimile:  (215) 568-5872                    Facsimile:  (314) 721-0905
18                                                E-Mail:  mflannery@careydanis.com

19

20                          **Attorneys for Plaintiff Paul Hickman**

21  **VIA E-MAIL**
    Thomas E. Towe
22  TOWE BALL ENRIGHT MACKEY &
    SOMMERFIELD, PLLP
23  2525 Sixth Ave. N.
24  P.O. Box 30457
    Billings, MT  58107-0457
25  Facsimile:  (406) 248-2647
    E-Mail:  towe@tbems.com
26

27

28

1

**Attorneys for Plaintiff Ward Cater**

2

**VIA U.S. MAIL**
Michael S. Montgomery
MONTGOMERY, GOFF & BULLIS
P.O. Box 9199
Fargo, ND 58106
Facsimile: (701) 281-8007

Daniel E. Gustafson
Renae Steiner
Jason Kilene
GUSTAFSON GLUEK PLLC
650 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
Facsimile: (612) 339-6622
E-Mail: dgustafson@gustafsongluek.com;
rsteiner@gustafsongluek.com

**VIA E-MAIL**
Christine Bartholomew
FINKELSTEIN, THOMPSON &
LOUGHRAN
601 Montgomery St., Ste. 665
San Francisco, CA 94111
Facsimile: 415) 398-8704
E-Mail:
cbartholomew@finkelsteinthompson.com

**VIA E-MAIL**
L. Kendall Satterfield
FINKELSTEIN, THOMPSON &
LOUGHRAN
1050 30th St. N.W.
Washington, DC 20007
Facsimile: (202) 337-8090
E-Mail: mbartos@finkelsteinthompson.com

**Attorneys for Plaintiff Renee Steinberg**

**VIA E-MAIL**
David W. Suin
SUFRIN, ZUCKER, STEINBERG,
SONSTEIN & WIXTED, PC
Parkade Building
519 Federal St., Ste. 503
Camden, NJ 08103-1147
Facsimile: (856) 338-0217
E-Mail: dsufrin@sufrinzucker.com

**Attorneys for Plaintiff Robert Schuyler Watson**

Dennis Johnson
James F. Conway, III
JOHNSON & PERKINSON
1690 Williston Road
P.O. Box 2305
South Burlington, VT 05403
Facsimile: (802) 862-0060
E-Mail: email(@ipclasslaw.com

Case No. 06-6511 CW (07-1819 CW)

**Attorneys for Plaintiff Kenneth Bagwell**

**VIA E-MAIL**
Marc L. Newman
MILLER LAW FIRM PC
950 W University Dr., Ste. 300
Rochester, MI 48307
Facsimile: (248) 652-2852
E-Mail: mln@millerlawpc.com

**Attorneys for Plaintiff Ron Birdsong**

Dianne M. Nast                        **VIA U.S. MAIL**
RODANAST PC                       Richard Quintus
801 Estelle Drive                       ROBERTS LAW FIRM
Lancaster, PA 17601                 20 Rahling Circle
Facsimile: (717) 892-1200         P.O. Box 241790
E-Mail: dnast@rodanast.com     Little Rock, AR 72223
E-Mail: robertslawfirm@aristotle.net   Facsimile: (501) 821-4474

**Attorneys for Plaintiff Blaine Olson**

**VIA E-MAIL**
Peter M. Meloy
MELOY LAW FIRM
PO Box 1241
80 South Warren
Helena, MT 59624
Facsimile: (406) 442-4953
E-Mail: meloylaw@gwest.net

**Attorneys for Plaintiff Christopher Stawski**

**VIA E-MAIL**                         **VIA E-MAIL**
Brian A. Glasser                        Douglas P. Dehler
Eric B. Snyder                          SHEPARD FINKELMAN MILLER & SHAH
BAILEY & GLASSER, UP            LLC
227 Capitol Street                      111 E Wisconsin Ave., Ste 1750
Charleston, WV 25301              Milwaukee, WI 53202
Facsimile: (303)                          Facsimile: (414) 226-9905
E-Mail: bglasser@baileyglasser.com   E-Mail: ddehler@sftnslaw.com

1   Ira Neil Richards

2   R. Andrew Santillo
    Trujillo Rodriguez & Richards LLC

3   1717 Arch Street, Suite 3838
    Philadelphia, PA 19103

4   Facsimile: (215) 731-9044
    E-Mail: irichards@trrlaw.com

5

6   Natalie Finkelman Bennett
    Nathan Zipperian

7   35 E. State Street
    Media, PA 19063

8   Facsimile: (610) 891-9883
    E-Mail: nfinkelman@classactioncounsel.com

9

10

**VIA E-MAIL**
Kenneth J. Gogel
GOGEL & GOGEL
2 Mattoon Street
Springfield, MA 01105-1716
Facsimile: (413) 737-3382
E-Mail: kgogel@gogel-gogel.com

Renae Steiner
GUSTAFSON GLUEK PLLC SHEPHERD
FINKELMAN MILLER & SHAH, 650
Northstar East LLC
608 Second Avenue South
Minneapolis, MN 55402
Facsimile: (612) 339-6622
E-Mail: rsteiner@gustafsongluek.com

11                    **<u>Attorneys for Plaintiff  Jai Paguirigan</u>**

12  **VIA E-MAIL**

13  Susan LaCava
    SUSAN LACAVA SC

14  23 North Pinckney, Ste. 300
    Madison, WI 53703

15  Facsimile: (608) 258-1669
    E-Mail: sl@susanlacava.com

16

17

18                 **<u>Attorneys for Plaintiff Donna & Thomas Hark</u>**

19  **VIA E-MAIL**
    Brian A. Glasser

20  Eric B. Snyder
    BAILEY & GLASSER, LLP

21  2 Mattoon St.
    Charleston, WV 25301

22  Facsimile: (303)
    E-Mail: bglasser@baileyglasser.com

23

24

25

26

27

28

**VIA E-MAIL**
Kenneth J. Gogel
GOGEL & GOGEL
227 Capitol Street
Springfield, MA 01105-1716
Facsimile: (413) 737-3382
E-Mail: kgogel@gogel-gogel.com

SF #1257210 v1                      -38-                    Case No. 06-6511 CW (07-1819 CW)
                              DECLARATION OF SERVICE

1   Natalie Finkelman Bennett          Ira Neil Richards
    Nathan Zipperian                   R. Andrew Santillo
2   SHEPHERD FINKELMAN MILLER &        1717 Arch St., Ste. 3838
    SHAH, TRUJILLO RODRIGUEZ &         Philadelphia, PA 19103
3   RICHARDS LLC                       Facsimile: (215) 731-9044
    35 E. State Street                 E-Mail: irichards@trrlaw.com
4   Media, PA 19063
5   Facsimile: (610) 891-9883
    E-Mail: nfinkelman@classactioncounsel.com
6

7

8                    **Attorneys for Plaintiff Paul Lauttamus**

9   David Boies, III                   **VIA U.S. MAIL**
    Timothy D. Battin                  Jeffrey A. Bartos
10  Ian Otto                           GUERRIERI EDMOND & CLAYMAN PC
    Nathan Cihlar                      1625 Massachusetts Avenue, N.W.
11  STRAUS & BOLES, LLP                Washington, DC 20036
    4041 University Dr., Fifth Floor   Facsimile: (202) 6247420
12  Fairfax, VA 22030                  E-Mail: n/a Facsimile: (703) 764-8704
13  E-Mail: ncihlar@straus-boies.com

14  **VIA E-MAIL**
    Kevin M. Pearl
15  Michael Simon
    FRANKOVITCH, ANETAKIS,
16  COLANTONIO & SIMON
    337 Penco Rd.
17  Weirton, WV 26062-3828
18  Facsimile: (304) 723-5892
    E-Mail: msimon@facslaw.com
19

20

21                   **Attorneys for Plaintiff Rhonda I. Jacobs**

22  **VIA E-MAIL**
    G. Patrick Jacobs
23  BICKLEY & JACOBS
    7020 MacCorkle Avenue, SE
24  Charleston, WV 25304
    Facsimile: (304) 926-8336
25  E-Mail: piacobs@biblaw.com

26

27

28

1

**Attorneys for Plaintiff Mark Lambert**

2   | **VIA E-MAIL**                              Ira Neil Richards

3   Brian A. Glasser                          R. Andrew Santillo
    Eric B. Snyder                            TRUJILLO RODRIGUEZ & RICHARDS

4   BAILEY & GLASSER, LLP                     LLC 227 Capitol Street
    Charleston, WV 25301                      Facsimile: (215) 731-9044

5   1717 Arch St., Ste. 3838                  E-Mail: irichards@trrlaw.com
    Facsimile: (303) Philadelphia, PA 19103

6   E-Mail: bglasser@baileyglasser.com

7

8   | **VIA E-MAIL**                              Natalie Finkelman Bennett
    Kenneth J. Gogel                          Nathan Zipperian

9   GOGEL & GOGEL                             SHEPHERD FINKELMAN MILLER &
    2 Mattoon St.                             SHAH, LLC

10  Springfield, MA 01105-1716                35 E. State Street
    Facsimile: (413) 737-3382                 Media, PA 19063

11  E-Mail: kgogel@gogel-gogel.com            Facsimile: (610) 891-9883
                                              E-Mail: nfinkelman@classactioncounsel.com

12

13

14              **Attorneys for Plaintiff Frank Gertzen**

15  Richard L. Coffman                        Edward J. Westlow
    THE COFFMAN LAW FIRM                      Wyatt B. Durrette, Jr.

16  1240 Orleans St., Ste. 200                Christine A. Williams
    Beaumont, TX 77701                        DURRETTE BRADSHAW, PLC

17  Facsimile: (409) 832-4768                 600 East Main St., 20th Floor
    E-Mail: admin@cofflaw.com                 Richmond, VA 23219-2430

18                                            Facsimile: (804) 775-6911

19                                            E-Mail: ewestlow@durrettebradshaw.com;
                                              wdurrette@durrettebradshaw.com

20

21  | **VIA E-MAIL**
    Steven E. Grubb

22  GOLDBERG, KATZMAN & SHIPMAN
    320 Market St., Strawberry Square P.O. Box

23  1268
    Facsimile: (717) 234-6808

24  E-Mail: seg@goldbergkatzman.com

25

26

27

28

DECLARATION OF SERVICE

1

**Attorneys for Plaintiff Martha M. McDonald**

2 **VIA E-MAIL**

3 John G. Felder, Jr.
Chad A. McGowan

4 MCGOWAN, HOOD, FELDER & JOHNSON
1405 Calhoun Street

5 Columbia, SC 29201
Facsimile: (803) 787-0750

6 E-Mail: jfelder@mcgowanhood.com;
cmcgowan@mcgowanhood.com

7

8

**Attorneys for Plaintiff Richard Romero**

9

Gordon Ball
10 BALL & SCOTT
550 W. Main Ave., Ste. 750
11 Knoxville, TN 37902
Facsimile: (865) 525-4679
12 E-Mail: gball@ballandscott.com

13

Daniel Karon
GOLDMAN SCARLATO & KARON
101 W. Elm St., Ste. 360
Bank of America Center
W. Conschohocken, PA 19428
Facsimile: (484) 342-0701
E-Mail: karon@gsk-law.com

14 **VIA E-MAIL**
Isaac L. Diel
15 SHARP MCQUEEN
135 Oak St.
16 Bonner Springs, KS 66012
Facsimile: (913) 422-0307
17 E-Mail: dslawkc@aol.com

**VIA E-MAIL**
Krishna B. Narine
LAW OFFICE OF KRISHNA B. NARINE
7893 Montgomery Ave., Ste. 300
Elkins Park, PA 19027
Facsimile: (215) 782-3241 E-Mail:
knarine@kbnlaw.com

18

19 **VIA E-MAIL**
Shane C. Youtz
YOUTZ & VALDEZ, PC
20 900 Gold Ave. SW
Albuquerque, NM 87102
21 Facsimile: (505) 244-9700
22 E-Mail: shane@voutzvaldez.com

23

**Attorneys for Plaintiff Marc Cuevas**

24 **VIA E-MAIL**
Carlos Jose Cuevas
25 LAW OFFICE OF CARLOS J. CUEVAS
1250 Central Park Avenue
26 Yonkers, NY 10704
Facsimile: (914) 964-7064
27 E-Mail: CCuevas576@aol.com

28

-41-

1

**VIA U.S. MAIL**
Kevin O'Connor
2   LaFollette Godfrey & Kahn, SC
One East Main Street
3   P.O. Box 2719
Madison, WI  53701
4

**VIA U.S. MAIL**
Scott Ames
Steven J. Serratore
Serratore & Ames
9595 Wilshire Boulevard, Suite 201
Beverly Hills, CA  90212

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SF #1257210 v1

Case No. 06-6511 CW (07-1819 CW)
DECLARATION OF SERVICE