Francis O. Scarpulla (SB No. 41059)
Craig C. Corbitt (SB No. 83251)
Pamela E. Woodside (SB No. 226212)
Qianwei Fu (SB No. 242669)
**ZELLE HOFMANN VOELBEL**
**MASON & GETTE, LLP**
44 Montgomery Street, Suite 3400
San Francisco, CA  94104
Telephone:     (415) 693-0700
Facsimile:      (415) 693-0770

Michele C. Jackson (SB No. 90807)
Joseph R. Saveri (SB No. 130064)
**LIEFF CABRASER HEIMANN**
**& BERNSTEIN, LLP**
Embarcadero Center West
275 Battery Street, Suite 3000
San Francisco, CA  94111
Telephone:     (415) 956-1000
Facsimile:      (415) 956-1008

Natalie Finkelman Bennett
**SHEPHERD FINKELMAN MILLER &**
**SHAH, LLC**
35 East State Street
Media, PA  19063
Telephone:     (610) 891-9880
Facsimile:      (610) 891-9883

Wyatt B. Durrette, Jr.
Christine A. Bradshaw
**DURRETTEBRADSHAW PLC**
Main Street Centre, 20th Floor
600 East Main Street
Richmond, VA  23219
Telephone:     (804) 775-6900
Facsimile:      (804) 775-6911

*Attorneys for Plaintiffs and Proposed Interim*
*Class Counsel for Indirect Purchasers*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST LITIGATION<br><br>_____<br><br>This Order Relates to:<br><br>ALL INDIRECT-PURCHASER ACTIONS | Case No. M:07-cv-01819-CW<br><br>MDL No. 1819<br><br>**ORDER GRANTING MOTION TO SHORTEN TIME ON HEARING DATE FOR MOTION TO APPOINT INTERIM CLASS COUNSEL** |

---

1

[PROPOSED] ORDER GRANTING MOTION TO SHORTEN TIME ON HEARING DATE FOR
MOTION TO APPOINT INTERIM CLASS COUNSEL

1	The Court having received and considered the motion by counsel for Indirect Purchaser Plaintiffs for an Order shortening the time for this Court to hear their Motion to Appoint Interim Class Counsel simultaneously with the Direct Purchaser Plaintiffs' Motion to Appoint Lead Class Counsel;

IT IS HEREBY ORDERED that the motion is GRANTED.  Any opposition to Indirect Purchaser Plaintiffs' Motion to Appoint Class Counsel shall be filed and served on all parties no later than April 19, 2007.   Indirect Purchaser Plaintiffs' reply, if any, shall be filed and served on all parties no later than April 25, 2007.  This motion will be heard on May 3, 2007 at 2:00 p.m.

Dated: April 16, 2007    _____
		Judge Claudia Wilken
		United States District Court Judge

#3168313v1