A CERTIFIED TRUE COPY

APR 1 0 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 2 3 2007

FILED
CLERK'S OFFICE

## DOCKET NO. 1819

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-3)

On February 9, 2007, the Panel transferred one civil action to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ____F.Supp.2d____ (J.P.M.L. 2007). Since that time, 42 additional actions have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Claudia Wilken.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Wilken.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of February 9, 2007, and, with the consent of that court, assigned to the Honorable Claudia Wilken.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

APR 1 0 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

## SCHEDULE CTO-3 - TAG-ALONG ACTIONS
## DOCKET NO. 1819
## IN RE STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST LITIGATION

| DIST. DIV. C.A.# | CASE CAPTION | CAND NUMBER |
|---|---|---|
| MASSACHUSETTS | | |
| MA 1 07-10460 | James Allen v. Cypress Semiconductor Corp., et al. | 4:07-cv-2134 CW |
| MICHIGAN EASTERN | | |
| MIE 2 07-10969 | Mark Stephen Karadsheh v. Cypress Semiconductor Corp., et al. | 4:07-cv-2135 CW |
| NEW YORK SOUTHERN | | |
| NYS 1 07-1848 | Rachael Zaas v. Samsung Electronics Co., Ltd., et al. | 4:07-cv-2136 CW |
| NYS 1 07-1851 | Justin Austin, III v. Samsung Electronics Co., Ltd., et al. | 4:07-cv-2137 CW |
| PUERTO RICO | | |
| PR 3 07-1179 | Carlos R. Carrillo v. Cypress Semiconductor Corp., et al. | 4:07-cv-2138 CW |

# INVOLVED COUNSEL LIST (CTO-3)
## DOCKET NO. 1819
# IN RE STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST LITIGATION

Jose R. Gonzalez-Nogueras
Jimenez, Graffam & Lausell
PO Box 366104
San Juan, PR 00936-6104

Christopher Lovell
Lovell Stewart Halebian LLP
500 Fifth Avenue
New York, NY 10110

William M. Straus
15 Hamilton Street
New Bedford, MA 02740

S. Thomas Wienner
Weinner, Gould
950 West University Drive
Suite 350
Rochester, MI 48307

# INVOLVED JUDGES LIST (CTO-3)
## DOCKET NO. 1819
## IN RE STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST LITIGATION

Hon. Carmen C. Cerezo
U.S. District Judge
C-131 Clemente Ruiz Nazario U.S. Courthouse
150 Carlos Chardon Ave.
San Juan, PR 00918

Hon. Denny Chin
U.S. District Judge
1020 Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. David M. Lawson
U.S. District Judge
802 Theodore Levin U.S. Courthouse
231 West Lafayette Blvd.
Detroit, MI 48226

Hon. Robert P. Patterson, Jr.
Senior U.S. District Judge
2550 U.S. Courthouse
500 Pearl Street
New York, NY 10007

Hon. Richard G. Stearns
U.S. District Judge
7130 John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210-3002

# INVOLVED CLERKS LIST (CTO-3)
## DOCKET NO. 1819
## IN RE STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST LITIGATION

David J. Weaver, Clerk
814 Theodore Levin U.S. Courthouse
231 West Lafayette Boulevard
Detroit, MI 48226

Frances Rios de Moran, Clerk
150 Federico Degetau Federal Building
150 Carlos Chardon Avenue
Hato Rey, PR 00918-1767

J. Michael McMahon, Clerk
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Sarah Thornton, Clerk
Clerk's Office - Attn: Sherry Jones
U.S. District Court
595 Main Street
Worcester, MA 01608