A CERTIFIED TRUE COPY

MAR 29 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED    MAR 13 2007

2007 APR 10 PM 12: 14

FILED
CLERK'S OFFICE

DOCKET NO. 1819

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST LITIGATION

*Craig Sparks v. Cypress Semiconductor Corp., et al.,* S.D. Iowa, C.A. No. 3:07-8
*David Loomis v. Cypress Semiconductor Corp., et al.,* N.D. West Virginia, C.A. No. 3:07-19

CAND NUMBER
4:07-cv-1999CW
4:07-cv-2000CW

### CONDITIONAL TRANSFER ORDER (CTO-2)

On February 9, 2007, the Panel transferred one civil action to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See ___ F.Supp.2d ___ (J.P.M.L. 2007). With the consent of that court, all such actions have been assigned to the Honorable Claudia Wilken.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Wilken.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of February 9, 2007, and, with the consent of that court, assigned to the Honorable Claudia Wilken.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAR 29 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# INVOLVED COUNSEL LIST (CTO-2)
## DOCKET NO. 1819
## IN RE STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST LITIGATION

Donovan S. Robertson
Coyle, Gilman, Stengel, Bailey & Robertson
100 17th Street
Suite 405
Rock Island, IL 61201

Andrew C. Skinner
Nichols & Skinner, LC
P.O. Box 487
Charles Town, WV 25414