Harry Shulman, Esq.  (209908; harry@themillslawfirm.com)
THE MILLS LAW FIRM
145 Marina Boulevard
San Rafael, California 94901
Telephone:	(415) 455-1326
Facsimile:	(415) 455-1327

Michael J. Freed (*pro hac vice*)
Steven A. Kanner *(pro hac vice)*
William H. London
Douglas A. Millen
FREED KANNER LONDON & MILLEN LLC
2201 Waukegan Road, Suite 130
Bannockburn, IL  60015
Telephone:	(224) 632-4500
Facsimile:	(224) 632-4519

*Counsel for Plaintiffs Westell Technologies, Inc.,
Telular Corporation and the Proposed Class*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST LITIGATION | Case No. 4:06-CV-06511-CW<br><br>MDL No. 1819 |
| **This Document Relates To:**<br><br>ALL DIRECT PURCHASER ACTIONS | **ORDER GRANTING FREED KANNER LONDON & MILLEN LLC'S MOTION TO SHORTEN TIME** |

For good cause shown, Freed Kanner London & Millen LLC's Motion to Shorten Time is GRANTED and IT IS HEREBY ORDERED that the hearing on Freed Kanner London & Millen LLC's Cross-Motion to Appoint Interim Lead Class Counsel shall be on May 3, 2007 at 2:00 p.m.

Dated:  April 20, 2007

_____
HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE