1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                             OAKLAND DIVISION

| | |
|---|---|
| IN RE STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST LITIGATION | ) MDL Docket No. C-07-1819-CW ) ) ) ) |
| THIS DOCUMENTS RELATES TO: | ) ) ) |
| *Alexander Ma vs. Alliance Semiconductor Corporation, et al.* | ) Case No. C-06-6511-CW ) ) |
| *Westell Technologies Inc. v. Alliance Semiconductor Corporation, et al.* | ) Case No. C-06-6652-CW ) ) |
| *Chip-Tech, Ltd. v. Cypress Semiconductor Corporation, et al.* | ) Case No. C-06-6698-CW ) ) |
| *Telular Corporation v. Alliance Semiconductor Corporation, et al.* | ) Case No. C-06-7637-CW ) ) |
| *Autotime Corporation v. Samsung Electronics Company, Ltd., et al.* | ) Case No. C-06-7851-CW ) ) |
| *Alec Berezin v. Alliance Semiconductor Corporation, et al.* | ) Case No. C-07-1037-CW ) ) Date:    submitted ) Time:    submitted ) Place:   submitted ) |

**ORDER GRANTING APPLICATION TO SHORTEN TIME**

#116816

1     For good cause shown, Plaintiff Chip-Tech's Application To Shorten Time is hereby

2 GRANTED.

3     Responses to Plaintiff Chip-Tech's Cross-Motion For Appointment Of Interim Lead

4 Counsel And Entry Of Pretrial Order No. 1, if any, shall be filed on or before April 19, 2007.

5     Chip-Tech's reply in support of its motion, if any, shall be filed on or before April 26,

6 2007.

7     The hearing on Plaintiff Chip-Tech's Cross-Motion For Appointment Of Interim Lead

8 Counsel And Entry Of Pretrial Order No. 1 shall be on May 3, 2007 at 2:00 p.m. at the same

9 time as the pending motion filed by Plaintiff Alexander Ma.

10     IT IS SO ORDERED.

11 Dated: April 24, 2007

12                                            HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

#116816     [PROPOSED] ORDER GRANTING APPLICATION TO SHORTEN TIME - MDL Docket No. C-07-1819-CW   - 1 -