UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: STATIC RANDOM ACCESS (SRAM) ANTITRUST LITIGATION,

NO. C 07-01819 CW

**MINUTE ORDER**
Date: 5/3/07

**The Honorable Claudia Wilken, Presiding**
**Clerk:** Sheilah Cahill     **Court Reporter:** David Disbrow, pro tem

**Appearances for Plaintiff:**
see attached

**Appearances for Defendant:**
see attached

## Motions:

| | | |
|---|---|---|
| Direct Purchaser Class | Mo. to appoint interim lead class counsel | Granted in part |
| Plaintiff Chip-Tech Ltd. | Cross-mo. for appointment of interim lead counsel and entry of pretrial order no. 1 | Granted in part |
| Plaintiffs Westell Technologies, Inc. and Telular Corp. | Cross-mo. to appoint interim lead class counsel | Granted in part |
| Indirect Purchaser Plaintiffs | Mo. for appointment of interim class counsel | Granted in part |

Order to be prepared by:  Counsel to submit proposed Pretrial Order No. 1

Notes:   Motions to appoint interim lead class counsel are granted in part.  Court appoints Joseph Cotchett and his firm as lead and liaison counsel for direct purchasers; Court will also appoint steering committee with one chairperson; Court appoints Joseph Cotchett as Chairperson.  Committee will be made up of firms representing direct purchasers.  Court will appoint one firm as lead counsel for indirect purchasers; Mr. Scarpulla will be lead counsel for indirect purchasers.  Court inclined to sign

Pretrial Order No. 1 with paragraph 9 included; any opposition will be referred to a Magistrate Judge. **The Case Management Conference presently set for 6/1/07 at 2:00 p.m. will apply to all cases including cases transferred by the MDL Panel from other districts and cases directly filed in this district.** Counsel to submit joint CMC statement with table; defense counsel to include liaison counsel for defendants in CMC statement. Department of Justice will have to file a motion for any discovery.

Copies to:  Chambers

Appearances by Plaintiffs:

Frances Scarpulla and Craig Corbitt for indirect purchaser plaintiffs
Terry Gross for indirect purchaser plaintiffs
Natalie Finkelman Bennett for indirect purchaser plaintiffs
Michael P. Lehmann for indirect purchaser plaintiffs
Daniel C. Girard for indirect purchaser plaintiff Lawrence Markey
Susan G. Kupfer for indirect purchaser plaintiffs
Scott J. Yundt and Derek G. Howard for plaintiff David Perez
B. Mark Fong for plaintiff James Barnes
Michele C. Jackson for plaintiff Katz (indirect plaintiff)
Colleen Duffy Smith for indirect plaintiffs Reedy and Krietzer
Bruce L. Simon for Alexander Ma/Direct Purchaser Action
Steven J. Greenfogel for direct plaintiff Berezin
Guido Saveri and Lisa Saveri for plaintiff Alexander Ma
Michael Freed and Steven A. Kanner for Westell and Telular
Joseph W. Cotchett and Steven N. Williams for plaintiff Alexander
     Ma and indirect purchaser class
Steven Sidener and Paul Bennett for plaintiff Chip-Tech (direct
     purchaser cases)
Anthony D. Shapiro for plaintiffs Alexander Ma and Berezin
Robert S. Green for plaintiff Autotime


Appearances by Defendants:

Roxane A. Polidora for Sharp Electronics Corp.
Stuart c. Plunkett for Fujitsu Ltd.
James AL. McGinnis for Samsung
Maura L. Rees for Cypress Semiconductor
Edward V. Anderson for ST Microelectronics
Stephen V. Bomse for Sony Electronics
Robert Pringle and Paul Griffin for NEC Electronics
Steven H. Morrissett for Winbond Electronics
Michael F. Tubach for Hynix
G. Charles Nierlich for Micron Technology
Lucas A. Messenger for Epson Electronics
Kevin C. McCann for Alliance Semiconductor
Belinda S. Lee for Toshiba America