NIALL E. LYNCH (State Bar No. 157959)
LARA M. KROOP (State Bar No. 239512)
IRENE I. LIU (State Bar No. 244880)
LIDIA MAHER (State Bar No. 222253)
Antitrust Division
U.S. Department of Justice
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA  94102
Telephone:  (415) 436-6660

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

|  |  |
|---|---|
| IN RE STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST LITIGATION | No. CV-07-01819-CW<br>No. MDL 1819-CW |

STIPULATION AND [PROPOSED] ORDER TO STAY
ALL DEPOSITION AND INTERROGATORY DISCOVERY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST LITIGATION | No. CV-07-01819-CW<br>No. MDL 1819-CW |

### STIPULATION AND [PROPOSED] ORDER TO STAY ALL DEPOSITION AND INTERROGATORY DISCOVERY

On this date, the Court considered the MOTION BY THE UNITED STATES TO STAY ALL DEPOSITION AND INTERROGATORY DISCOVERY. The Court finds that the public's interest in an ongoing related criminal grand jury investigation outweighs the interests of the parties in deposition and interrogatory discovery in this civil matter at this time.

It is therefore Ordered that the Motion be GRANTED. Deposition and interrogatory discovery are stayed until June 1, 2008, subject to a request by the United States to extend the stay. This order to stay does not apply to discovery by defendants in connection with class certification proceedings; provided, however, that defendants shall not be allowed to take

///

///

///

///

PROPOSED ORDER RE: MOTION TO STAY
CV-07-01819-CW
MDL 1819-CW

2

discovery of co-defendants.

Date: June 11, 2007

By _____/s/_____
Steven N. Williams

Joseph W. Cotchett (SB No. 36324)
Philip L. Gregory (SB No. 95217)
Barbara L. Lyons (SB No. 173548)
Douglas Y. Park (SB No. 233398)
COTCHETT, PITRE & McCARTHY
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

Interim Lead Counsel and Liaison Counsel for the Direct-Purchaser Plaintiffs and the Proposed Class

By _____/s/_____
Francis R. Scarpulla

Craig C. Corbitt (SB No. 83251)
Pamela E. Woodside (SB No. 226212)
Qianwei Fu (SB No. 242669)
ZELLE HOFMANN VOELBEL
MASON & GETTE, LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770

Interim Lead Counsel and Liaison Counsel for the Indirect-Purchaser Plaintiffs and the Proposed Class

By _____/s/_____
Michael F. Tubach
O'MELVENY & MYERS LLP
275 Battery Street, Suite 2600
San Francisco, CA 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Kenneth R. O'Rourke
Steven H. Bergman
Kristina M. Hersey
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

Attorneys for Hynix Semiconductor America, Inc., and signing on behalf of all of the following defendants who have entered an appearance in this action, with express permission from their counsel: Alliance Semiconductor Corporation, Cypress Semiconductor Corporation, Epson America, Inc., Epson Eletronics America, Inc., Etron Technology, Inc., Etron Technology America, Inc., Integrated Silicon Solution, Inc., Fujitsu Ltd.,

U. S. DEPARTMENT OF JUSTICE

By _____/s/_____
Niall E. Lynch (SB No. 157959)
Lara M. Kroop (SB No. 239512)
Irene I. Liu (SB No. 244880)
Lidia Maher (SB No. 222253)
Antitrust Division
U.S. Department of Justice
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
Telephone: (415) 436-6660
Facsimile: (415) 436-6687

Attorneys for the United States Department Of Justice

PROPOSED ORDER RE: MOTION TO STAY
CV-07-01819-CW
MDL 1819-CW

3

1  GSI Technology, Inc., Hitachi America, Ltd.,
   Integrated Device Technology, Inc., Micron
2  Technology, Inc., Micron Semiconductor
   Products, Inc. (including Crucial Technology,
3  an unincorporated division), Mitsubishi Electric
   & Electronics USA, Inc., NEC Electronics
4  America, Inc., Renesas Technology America,
   Inc., Samsung Semiconductor, Inc., Sharp
5  Electronics Corporation, Sony Corporation of
   America and Sony Electronics Inc.,
6  STMicroelectronics, Inc., Toshiba America,
   Inc., Toshiba America Electronic Components,
7  Inc., and Winbond Electronics Corporation
   America
8

9  IT IS SO ORDERED

10          June 12
11 Date: _____, 2007

United States District Court Judge

28 PROPOSED ORDER RE: MOTION TO STAY
   CV-07-01819-CW
   MDL 1819-CW                              4