1
2
3
4
5
6
7
8
9
10
11
12
13

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST LITIGATION ) ) ) ) | Master File No. M:07-CV-01819-CW  MDL No. 1819 |
| _____ ) | |
| This Document Relates to: ) ) | [PROPOSED] SUPPLEMENTAL CASE MANAGEMENT ORDER NO. 1 |
| ALL ACTIONS ) ) ) _____ ) | Date:  June 1, 2007 Time:  1:30 p.m. Ctrm:  2 Hon. Claudia Wilken |

Pursuant to Federal Rule of Civil Procedure 16 and Civil L.R. 16-10, the Court conducted a case management conference on June 1, 2007 and issued an amended case management order and minute order dated June 8, 2007. This supplemental case management order addresses additional matters ordered by the Court or agreed to by the parties:

**A.      Standing Order**

All parties shall abide by this Court's Standing Order.

**B.      Service of Documents**

Efiling through the Court's ECF system shall constitute service for all documents required to be served with the exception of initial service of process on a party.

**C.      Initial Disclosures Waived**

The parties are not required to make the initial disclosures provided by Fed. R. Civ. Proc. 26.

**D.      Case Management Schedule**

1.      <u>Defendants' Document Production</u>: All charges for copying documents produced by the defendants to the Department of Justice or any Grand Jury for the purposes of making copies available to plaintiffs shall be paid by the plaintiffs. Should any Defendant produce any documents to the Department of Justice or any Grand Jury in connection with the investigation of SRAM chips after June 15, 2007, such defendant shall produce such documents to plaintiffs within 45 days of their production to the Department of Justice and/or any Grand Jury. Documents produced, or deemed produced, in this action shall be treated as outside counsel attorneys'-eyes-only until entry of a stipulated protective order governing production of the documents.

2.      <u>Service of Defendants</u>: Plaintiffs shall complete service of the named domestic defendants on or before **June 29, 2007**.

3.      <u>Oppositions to Motions Challenging Consolidated Amended Complaints</u>: Oppositions to motions challenging the Consolidated Amended Complaints shall be filed by **November 13, 2007**.

4. <u>Reply in Support of Motions Challenging Consolidated Amended Complaints</u>: The reply briefs in support of motions challenging the Consolidated Amended Complaints shall be filed by **December 4, 2007**.

5. <u>Full Fact Discovery Commences</u>: Full fact discovery, including but not limited to written discovery and depositions, shall begin on **June 8, 2008**. The parties reserve all rights to seek protective orders in the event any party serves Requests for Admission.

6. <u>Opt-Outs</u>. In the event one or more classes are certified in these actions, the Court sets a tentative deadline of **July 15, 2009** for any class member to opt out of the class. However, that date may change, and the actual deadline for class members to opt out of any class will be contained in the notice provided to class members.

Dated: June _____, 2007

_____
HON. CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

**Approved as to form:**

Dated: June 14, 2007

By _____/s/_____
      Steven N. Williams

**Cotchett, Pitre & McCarthy**
Joseph W. Cotchett (SB No.36324)
Steven N. Williams (SB No. 175489)
Philip L. Gregory (SB No. 95217)
Barbara L. Lyons (SB No. NO. 173548)0
Douglas Y. Park (SB No. 233398)
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone:    (650) 697-6000
Facsimile:    (650) 697-0577

*Interim Lead Counsel and Liaison Counsel for the Direct-Purchaser Plaintiffs and the Proposed Class*

Dated: June 14, 2007

By _____/s/_____
      Francis O. Scarpulla

**Zelle Hofmann Voelbel Mason & Gette, LLP**
Francis O. Scarpulla (SB No. 41059)
Craig C. Corbitt (SB No. 83251)
Pamela E. Woodside (SB No. 226212)
Qianwei Fu (SB No. 242669*)*
44 Montgomery Street, Suite 3400
San Francisco, CA  94104
Telephone:    (415) 693-0700
Facsimile:    (415) 693-0770

*Interim Lead Counsel and Liaison Counsel for the Indirect-Purchaser Plaintiffs And the Proposed Class*

Dated: June 14, 2007

By _____/s/_____
      Michael F. Tubach

**O'Melveny & Myers LLP**
Kenneth R. O'Rourke
Steven H. Bergman
Kristina M. Hersey
400 South Hope Street
Los Angeles    CA 90071
Tel: (213) 430-6000
Fax: (213) 430-6407

**O'Melveny & Myers LLP**
Michael F. Tubach
275 Battery Street    Suite 2600
San Francisco   CA 94111
Tel: (415) 984-8700
Fax: (415) 984-8701

*Attorneys for Hynix Semiconductor America Inc. and signing on behalf of all of the following defendants who have entered an appearance in this action, with express permission from their counsel: Alliance Semiconductor Corporation, Cypress Semiconductor Corporation, Epson America, Inc., Epson Electronics America, Inc., Etron Technology, Inc., Etron Technology America, Inc., Integrated Silicon Solution, Inc., Fujitsu Ltd., GSI Technology, Inc., Hitachi America, Ltd., Integrated Device Technology, Inc., Micron Technology, Inc., Micron Semiconductor Products, Inc. (including Crucial Technology, an unincorporated division), Mitsubishi Electric & Electronics USA, Inc., NEC Electronics America, Inc., Renesas Technology America, Inc., Samsung Semiconductor, Inc., Sharp Electronics Corporation, Sony Corporation of America and Sony Electronics Inc., STMicroelectronics, Inc., Toshiba America, Inc., Toshiba America Electronic Components, Inc., and Winbond Electronics Corporation America*