IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST LITIGATION _____/ | No. M:07-cv-01819 CW MDL No. 1819 SUPPLEMENTAL CASE MANAGEMENT ORDER NO. 1 |

A case management conference was held on June 1, 2007. The Court filed an amended minute order and case management order on June 8, 2007. This supplemental case management order addresses additional matters ordered by the court or agreed to by the parties:

I.  Standing Order

All parties shall abide by the Court's Standing Order.

II. Service of Documents

E-filing through the Court's ECF system shall constitute service for all documents required to be served with the exception of initial service of process on a party.

III. Initial Disclosures Waived

The parties are not required to make the initial disclosures provided for by Federal Rule of Civil Procedure 26.

IV. Case Management Schedule

The parties shall abide by the schedule set in the Court's June 8, 2007 amended minute order and case management order. If a party seeks to change any previously set dates, it may do so pursuant to Civil Local Rule 16-2(d) and (e).

A. Defendants' Document Production

All charges for copying documents produced by Defendants to the Department of Justice or any Grand Jury for the purposes of making copies available to Plaintiffs shall be paid by Plaintiffs. All documents already produced in the DRAM litigation shall be deemed produced in this case. Defendants shall produce to Plaintiffs all documents they have produced to the Department of Justice by June 15, 2007. Should any Defendant produce any documents to the Department of Justice or any Grand Jury in connection with the investigation of SRAM chips after June 15, 2007, such Defendant shall produce such documents to Plaintiffs within 45 days of their production to the Department of Justice and/or any Grand Jury. Documents produced, or deemed produced, in this action shall be treated as outside counsel attorneys'-eyes-only until entry of a stipulated protective order governing production of the documents.

B. Service of Defendants

Plaintiffs shall complete service of the named domestic defendants on or before June 29, 2007. Plaintiffs shall complete service of the named non-domestic defendants on or before October 1, 2007, unless they can show good cause for failing to do so in spite of their diligence.

2

  C. Class Certification Discovery

  Defendants may begin to take limited discovery from Plaintiffs in preparation for drafting their oppositions to Plaintiffs' motions for class certification.

  D. Full Document Discovery

  Full document discovery shall begin after the Court rules on any motions to dismiss.

  E. Full Fact Discovery

  Full fact discovery, including but not limited to written discovery and depositions, shall begin on June 8, 2008. The parties reserve all rights to seek protective orders in the event any party serves Requests for Admission.

  F. Opt-Outs

  In the event one or more classes are certified in these actions, the Court sets a tentative deadline of July 15, 2009 for any class member to opt out of the class. However, that date may change, and the actual deadline for class members to opt out of any class will be contained in the notice provided to class members.

V. Consolidated Motions

  To the extent possible, Defendants shall file consolidated motions. If necessary, individual Defendants may file supplemental motions which do not repeat in any way the joint motions, but which address only facts and law particular to a given Defendant. To the extent possible, Plaintiffs shall do the same when filing their oppositions to Defendants' motions.

VI. Protective Order

  The model stipulated protective order found on the Court's

website is hereby entered in this case.

VII. Special Master for Discovery

The parties shall meet and confer regarding selection of a special master to oversee discovery in this case, and report to the Court.

VIII. Special Settlement Master

The parties shall meet and confer regarding selection of a special master to oversee settlement efforts in this case, and report to the Court. An initial settlement conference shall be held on or before February 28, 2008.

IT IS SO ORDERED.

Dated: ___6/21/07_____     _____
                                          CLAUDIA WILKEN
                                          United States District Judge