

FILED
SEP 14 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RELATED CASE ORDER AND ORDER CONSOLIDATING CASES

A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to the earliest filed case below that bears my initials, I find that the more recently filed case that I have initialed below is related to the case assigned to me, and such case shall be reassigned to me.

**M-07-01819 CW**     In re: Static Random Access Memory (SRAM) Antitrust Litigation

**C 07-01152 EDL**     Rempe v. Samsung Electronics Co., Ltd., et al

I find that the above case is related to the case assigned to me.  _____

## ORDER

**IT IS ORDERED that the above-captioned cases are related and are hereby consolidated for pretrial purposes pursuant to First Pretrial Order filed 5/17/07.** Counsel are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge ("CW") immediately after the case number. **Counsel shall comply with the First Pretrial Order filed 5/15/07 (docket no. 122), Amended Minute Order and Case Management Order filed 6/8/07 (docket no. 206), and Supplemental Case Management Order No. 1 filed 6/21/07 (docket no. 217) filed in M-07-01819 CW, In re: Static Random Access Memory (SRAM) Antitrust Litigation.**

Dated: SEP 14 2007     _____
Judge Claudia Wilken

## CERTIFICATE OF SERVICE

I certify that on the date stated below, I lodged a copy of this order with each judicial officer and I mailed a copy to each counsel of record or *pro se* party in the cases listed above.

DATED: 9/17/07

Richard W. Wieking, Clerk

By: _____
Deputy Clerk

Copies to: Courtroom Deputies
Case Systems Administrators
Counsel of Record
Entered into Assignment Program: 9/17/07 (date)