UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. M:07-CV-01819-CW<br><br>MDL No. 1819<br><br>**ORDER DENYING STIPULATION MODIFYING BRIEFING SCHEDULE CONCERNING RESPONSES TO CONSOLIDATED AMENDED COMPLAINTS** |

WHEREAS, a case management conference was held on June 1, 2007,

WHEREAS, on June 8, 2007, the Court adopted the parties' Case Management Statement and Proposed Order with certain modifications to the Case Management Schedule;

WHEREAS, Direct-Purchaser and Indirect-Purchaser Plaintiffs filed and served on Defendants their respective Consolidated Amended Complaints on August 31, 2007;

WHEREAS, Defendants anticipate filing motions to dismiss the Consolidated Amended Complaints and such motions and/or other responses are due on October 22, 2007;

1  WHEREAS, the Indirect-Purchaser Plaintiffs wish to extend the time for filing their respective responses to the motions challenging the Consolidated Amended Complaints;

WHEREAS, Defendants do not object to this extension provided Defendants receive the extension for their reply brief set forth below and the same schedule applies to both Indirect-Purchaser Plaintiffs and Direct-Purchaser Plaintiffs;

WHEREAS, the Direct-Purchaser Plaintiffs do not object to this extension; and

WHEREAS, the hearing date for motions challenging the complaints will remain as scheduled as December 20, 2007 at 2:00 p.m.

IT IS HEREBY STIPULATED by the undersigned counsel on behalf of the parties identified below, subject to the Court's approval, that the deadlines for filing oppositions and replies to any motions challenging the Consolidated Amended Complaints are amended as follows:

1. Direct-Purchaser and Indirect-Purchaser Plaintiffs' Oppositions to motions challenging the Consolidated Amended Complaints will be due on November 16, 2007;

2. Defendants' Replies in support of motions challenging the Consolidated Amended Complaints will be due on December 6, 2007.

Dated:  October 11, 2007

ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP

By: _____
Craig C. Corbitt

*Interim Lead and Liaison Class Counsel for Indirect-Purchaser Plaintiffs*

COTCHETT, PITRE & MCCARTHY

By: _____
Steven N. Williams

*Interim Lead and Liaison Class Counsel for the Direct-Purchaser Plaintiffs*

-2-
STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE CONCERNING RESPONSES TO CONSOLIDATED AMENDED COMPLAINTS
Case No. M:07-CV-1819-CW

-3-

THELEN REID BROWN RAYSMAN &
STEINER LLP

By: _____
        Paul R. Griffin

*Liaison Counsel for Defendants*

**THE COURT DECLINES THE STIPULATION.**

IT IS SO ORDERED this 23RD day of October, 2007.

_____
The Honorable Claudia Wilken
United States District Court Judge
Northern District of California

#3170806v1B

---

STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE CONCERNING RESPONSES TO
CONSOLIDATED AMENDED COMPLAINTS
Case No. M:07-CV-1819-CW