FRANCIS O. SCARPULLA (41059)
CRAIG C. CORBITT (83251)
PAMELA E. WOODSIDE (226212)
TRAVISS L. GALLOWAY (234678)
QIANWEI FU (242669)
ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone:     (415) 693-0700
Facsimile:     (415) 693-0770
fscarpulla@zelle.com
ccorbitt@zelle.com

*Interim Lead and Liaison Counsel for
Indirect Purchaser Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST LITIGATION | Case No. M:07-CV-01819-CW<br><br>MDL No. 1819 |
| This Document Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS | **STIPULATION & ORDER EXTENDING TIME TO FILE MOTION FOR CLASS CERTIFICATION** |

WHEREAS, on June 1, 2007, a Case Management Conference was held before the Court in the coordinated proceedings *In re Static Random Access Memory (SRAM) Litigation*, Case No. M:07-cv-1819-CW;

WHEREAS, the Court's CMC order dated June 8, 2007, requires the Indirect-Purchaser Plaintiffs to file their Motion for Class Certification and Expert Reports in support thereof on *February 15, 2008* with Defendants' Opposition to be filed on *April 17, 2008*, and the Indirect-Purchaser Plaintiffs' Reply to be filed on *May 1, 2008*;

STIPULATION & [PROPOSED] ORDER EXTENDING TIME TO FILE MOTION FOR
CLASS CERTIFICATION

WHEREAS, Indirect-Purchaser Plaintiffs filed their First Amended Consolidated Class Action Complaint ("CAC") on August 31, 2007, and Defendants filed their Motions to Dismiss the CAC on October 22, 2007;

WHEREAS, a hearing was held before this Court regarding Defendants' Motions to Dismiss on December 20, 2007;

WHEREAS, the Court's December 20, 2007 Minute Order from the Motion to Dismiss hearing stated, "After Court issues order on motions [to dismiss], counsel to meet and confer re adjusting CMC dates for class certification;"

WHEREAS, on February 14, 2008, the Court issued an Order granting in part and denying in part the Defendants' Motion to Dismiss the CAC and provided that the Indirect-Purchaser Plaintiffs may file an amended complaint;

WHEREAS the Indirect-Purchaser Plaintiffs intend to file a second amended complaint within twenty-one (21) days of this Court's Order;

NOW THEREFORE, it is hereby stipulated by the undersigned counsel on behalf of the Parties identified below, and subject to the Court's approval, that the deadline for the Indirect Purchaser Plaintiffs to file a Motion for Class Certification, Expert Reports in support thereof, as well as Oppositions and Replies to such a Motion, are amended as follows:

1. Indirect-Purchaser Plaintiffs shall file their Motion for Class Certification and Expert Reports in support thereof ninety (90) days after the pleadings are settled between the Indirect-Purchaser Plaintiffs and the Defendants[1], without prejudice to Indirect-Purchaser Plaintiffs' ability to request additional time to file their Motion for Class Certification and Expert Report(s) in support thereof and Defendants' right to oppose such request

2. Defendants' Oppositions to the Indirect-Purchaser Plaintiffs' Motion for Class Certification shall be filed sixty (60) days after the filing of the Indirect-Purchaser Plaintiffs'

---

[1] Defendants, as the term is used here, includes only those domestic Defendants who had been served with the CAC and/or filed or joined any of the pending Motions to Dismiss. The term does not include foreign Defendants, so any challenge any foreign Defendant may raise to any Indirect-Purchaser Plaintiffs' complaint does not, by this stipulation, effect the date for filing the Motion for Class Certification.

STIPULATION & [PROPOSED] ORDER EXTENDING TIIME TO FILE MOTION FOR CLASS CERTIFICATION

Motion for Class Certification.

3. Indirect-Purchaser Plaintiffs' Reply shall be filed twenty-one (21) days after filing of the Defendants' Oppositions to the Indirect-Purchaser Plaintiffs' Motion for Class Certification.

Dated: February 15, 2008  By:  /s/ Craig C. Corbitt
                               Craig C. Corbitt

FRANCIS O. SCARPULLA (41059)
CRAIG C. CORBITT (83251)
PAMELA E. WOODSIDE (226212)
TRAVISS L. GALLOWAY (234678)
QIANWEI FU (242669)
ZELLE, HOFMANN, VOELBEL,
MASON & GETTE LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone:     (415) 693-0700
Facsimile:     (415) 693-0770
fscarpulla@zelle.com
ccorbitt@zelle.com

*Interim Lead and Liaison Counsel for Indirect-Purchaser Class*

By:  /s/ Paul R. Griffin
     Paul R. Griffin

ROBERT B. PRINGLE (051365)
PAUL R. GRIFFIN (083541)
JONATHAN E. SWARTZ (203624)
THELEN REID BROWN RAYSMAN
& STEINER LLP
101 Second Street, Suite 1800
San Francisco, CA  94105-3606
Telephone:     (415) 371-1200
Facsimile:     (415) 371-1211

*Liaison Counsel for Defendants*

1 | **IT IS SO ORDERED.**

Dated 3/10, 2008

*[signature: Claudia Wilken]*

The Honorable Claudia Wilken
United States District Judge

Northern District of California