JOSEPH W. COTCHETT (36324)
STEVEN N. WILLIAMS (175489)
NEIL SWARTZBERG (215133)
COTCHETT, PITRE & MCCARTHY
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone:    (650) 697-6000
Facsimile:    (650) 697-0577
jcotchett@cpmlegal.com
swilliams@cpmlegal.com
nswartzberg@cpmlegal.com

*Interim Lead Counsel for
Direct Purchaser Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST LITIGATION | Case No. M:07-CV-01819-CW <br><br> MDL No. 1819 <br><br> **STIPULATION AND [PROPOSED] ORDER REGRADING PROCEDURES GOVERNING EXPERT DISCOVERY** |
| This Document Relates to: <br><br> ALL ACTIONS | |

       The Direct Purchaser Plaintiffs, Indirect Purchaser Plaintiffs and Defendants agree as follows regarding the timing and scope of any expert discovery in this case, and hereby agree and submit this stipulation and proposed order to the Discovery Master, the Honorable Fern M. Smith (pursuant to F.R.C.P. 53), and the presiding Judge in this case, the Honorable Claudia Wilken:

       1. Within 3 business days of any party serving any expert reports and/or expert declarations in this case pursuant to Fed. R. Civ. P. 26(a)(2)(B), the party or parties proffering the expert witness shall produce all other documents and/or information required by Rule 26(a)(2)(B), namely "the data or other information considered by the witness in forming the [expert's] opinions; any exhibits to be used as a summary of or support for the

STIP & [PROPOSED] ORDER RE: EXPERT DISCOVERY

opinions; the qualifications of the witness, including a list of all publications authored by the witness within the preceding ten years; the compensation to be paid for the study and testimony; and a listing of any other cases in which the witness has testified as an expert at trial or by deposition within the preceding four years." "[D]ata or other information considered" shall include, but is not limited to, raw data, spreadsheets, computerized regression analyses and/or other underlying reports and schedules sufficient to reconstruct the expert's work, calculations, and/or analyses. Information can be produced electronically (via email or disc) where appropriate. Where documents have previously been produced as part of the discovery in this case, a list of such documents by Bates number is sufficient. As to other documents considered by the expert, those documents should be produced except where widely-available publicly without undue expense (such as on the internet, or in major university libraries).

2. The following types of information shall not be the subject of discovery: (1) the content of communications among and between: (a) counsel and expert; (b) experts and other experts or consultants; and/or (c) experts and their respective staff, and (2) notes, drafts, written communications or other types of preliminary work created by, or for, experts. The foregoing exclusions from discovery will not apply to any communications or documents upon which the experts rely as a basis for their opinions/reports.

3. This Stipulation shall be effective only upon agreement of both the Direct Purchaser Plaintiffs and the Indirect Purchaser Plaintiffs, as well as the Defendants.

Dated: February 29, 2008                COTCHETT, PITRE & McCARTHY

                                        By: ___/s/ Neil Swartzberg___
                                            Steven N. Williams

                                        *Interim Lead Counsel for Direct
                                        Purchaser Class*

Dated: February 29, 2008                ZELLE, HOFMAN, VOLBEL, MASON
                                        & GETTE LLP

                                        By: ___/s/ Craig C. Corbitt___

|     |                                    |                                                      |
| --- | ---------------------------------- | ---------------------------------------------------- |
|     |                                    | Craig C. Corbitt                                     |
|     |                                    | *Interim Lead Counsel for Indirect Purchaser Class*  |
|     | Dated: February 29, 2008           | THELEN, REID, BROWN, RAYSMAN & STEINER LLP           |
|     |                                    | By: /s/ Paul R. Griffin<br>Paul R. Griffin           |
|     |                                    | *Liaison Counsel for Defendants*                     |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: ~~February~~ March 3, 2008

/s/ Fern M. Smith
Hon. Fern M. Smith

*Discovery Master*

Dated: ~~February~~ March 10, 2008

/s/ Claudia Wilken
Hon. Claudia Wilken

*United States District Judge*
*Northern District of California*

ATTESTATION OF FILING

Pursuant to N.D. Cal. General Order No. 45, section 45 X(B), I, Neil Swartzberg, hereby attest that concurrence in the filing of this stipulation and proposed order has been obtained from: Lead Counsel for the Indirect-Purchaser Plaintiffs and the Proposed Class, and Liaison Counsel for Defendants who have provided the conformed signatures above.

COTCHETT, PITRE & MCCARTHY

By: /s/ Neil Swartzberg
Neil Swartzberg

*Interim Lead Counsel for Direct Purchaser Class*