Robert B. Pringle, CA State Bar No. 051365
Paul R. Griffin, CA State Bar No. 083541
Jonathan E. Swartz, CA State Bar No. 203624
THELEN REID BROWN RAYSMAN & STEINER LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3606
Tel:   415.371.1200
Fax:  415.371.1211

Attorneys for Defendant
NEC ELECTRONICS AMERICA, INC.
    and
Defense Liaison Counsel

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST LITIGATION | Case No.: M:07-CV-01819-CW<br><br>MDL No. 1819 |
| This Document Relates To:<br><br>ALL ACTIONS | STIPULATION AND [PROPOSED] ORDER RE RESPONSES TO COMPLAINTS |

Pursuant to the Court's request at the December 20, 2007 hearing, the Direct Purchaser Plaintiffs, Indirect Purchaser Plaintiffs, and properly served Defendants hereby stipulate to, subject to the Court's approval, the following deadlines:

1.      Domestic Defendants will answer, move, or otherwise respond to the Direct Purchasers' Consolidated Complaint and the Indirect Purchasers' Second Amended Consolidated Class Action Complaint by April 7, 2008.

2.      Foreign Defendants will answer, move, or otherwise respond to the Direct Purchasers' Consolidated Complaint and Indirect Purchasers' Second Amended Consolidated Class Action Complaint by April 28, 2008.[1]

---

[1] All Foreign Defendants named by the Direct Purchasers and the Indirect Purchasers have now been served or have agreed to accept service.

-2-

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: March 14, 2008        COTCHETT, PITRE & McCARTHY

By: ___/s/ Neil Swartzberg___
Steven N. Williams

*Interim Lead Counsel for Direct Purchaser Class*

Dated: March 14, 2008        ZELLE, HOFMAN, VOLBEL, MASON & GETTE LLP

By: ___/s/ Pamela Woodsidet___
Pamela Woodside

*Interim Lead Counsel for Indirect Purchaser Class*

Dated: March 14, 2008        THELEN, REID, BROWN, RAYSMAN & STEINER LLP

By: ___/s/ Paul R. Griffin___
Paul R. Griffin

*Liaison Counsel for Defendants*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 20, 2008

Hon. Claudia Wilken

*United States District Judge*
*Northern District of California*

## ATTESTATION OF FILING

Pursuant to N.D. Cal. General Order No. 45, section 45 X(B), I, Paul R. Griffin, hereby attest that concurrence in the filing of this stipulation and proposed order has been obtained from: Lead Counsel for the Indirect-Purchaser Plaintiffs, Lead Counsel for the Direct-Purchaser Plaintiffs and for Defendants who have provided the conformed signatures above.

THELEN REID BROWN RAYSMAN & STEINER LLP

By: */s/ Paul R. Griffin*
Paul R. Grifffin

*Defense Liaison Counsel*

IN RE STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST LITIGATION
Case No. M:07-cv-01819-CW
MDL No. 1819

## CERTIFICATE OF SERVICE

I, Camellia Gamble, certify and declare under penalty of perjury that I: am a citizen of the United States; am over the age of 18 years; am employed by Thelen Reid Brown Raysman & Steiner, LLP, at the address indicated, whose members are members of the State Bar of California and at least one of whose members is a member of the Bar of each Federal District Court within California; am not a party to or interested in the cause entitled upon the document to which this Certificate of Service is affixed; and that I served a true and correct copy of the following document(s) in the manner indicated below:

**STIPULATION AND [PROPOSED] ORDER RE RESPONSES TO COMPLAINTS**

by today depositing, at San Francisco, California, the said document(s) in the United States mail in a sealed envelope, with first-class postage thereon fully prepared; (and/or)

by facsimile transmission to the parties listed below;

by overnight mail to the parties listed below;

by today personally delivering said document(s) to the person(s) indicated below in a manner provided by law, by handing them the document(s) or by leaving the said document(s) at the office(s) or usual place(s) of business, during usual business hours, of the said person(s) with a clerk or other person who was apparently in charge thereof and of at least 18 years of age, whom I informed of the contents.

(BY ELECTRONIC MAIL.) I caused such document(s) to be emailed to the offices and/or to attorneys of offices of the above-named addressee(s).

☒ **BY USDC Live System-Document Filing System**: on all interested persons registered for e-filing.

Dated: March 14, 2008

Signed /s/ *Camellia Gamble*
Camellia Gamble

SF #1442682 v1

CERTIFICATE OF SERVICE