1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

10

11 | **IN RE STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST LITIGATION** | **Case No. M:07-CV-01819-CW**

12 | | **MDL No. 1819**

13 | | **STIPULATION & ORDER EXTENDING TIME TO OBJECT AND SEEK MODIFICATION OF MAY 20, 2008 DISCOVERY ORDER REGARDING TRANSACTIONAL DATA**

**[Civ. L.R. 6-2]**

**This Document Relates To:**

**ALL ACTIONS**

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

---

STIP. & [PROPOSED] ORDER RE: TIME TO OBJECT/MODIFY – Master File No. M:07-CV-01819-CW

1   WHEREAS, on May 20, 2008, the Discovery Master, Judge (Ret.) Fern M. Smith, issued
2   the SRAM Discovery Order Regarding Transactional Data (Docket No. 442; referred to herein as
3   "Transactional Data Discovery Order");
4   WHEREAS, pursuant to Federal Rule of Civil Procedure 72, and the terms of the
5   September 26, 2007 Stipulation and Order Appointing Discovery Master (Docket No. 302), **the**
6   **deadline for a party to object and/or seek modification of the Transactional Data Discovery**
7   **Order is June 4, 2008**;
8   WHEREAS, the Direct Purchaser Plaintiff and the Indirect Purchaser Plaintiffs
9   (collectively, "Plaintiffs") have informed Defendants that they wish to modify paragraph III on
10  page 2 of the Transactional Data Discovery Order (which currently reads: "Plaintiffs are premature
11  in seeking discovery of PSRAM data, absent a finding that PSRAM does in fact qualify as SRAM,
12  rather than DRAM.");
13  WHEREAS, the Plaintiffs and Defendants (collectively "Parties") are currently seeking and
14  hope to reach agreement on such a modification;
15  WHEREAS, no prior time modifications relating to the Transactional Data Discovery Order
16  have previously been sought or granted;
17  WHEREAS, the below-requested two-day time extension will have virtually no impact on
18  the case schedule;
19  **THE PARTIES HEREBY STIPULATE AND AGREE, PURSUANT TO CIVIL**
20  **LOCAL RULE 6-2, AS FOLLOWS:**
21  **The deadline for any party to object and/or seek modification of paragraph III on**
22  **page 2 of the Transactional Data Discovery Order shall be extended by two days to June 6,**
23  **2008.**
24  Dated: June 4, 2008                    COTCHETT, PITRE & McCARTHY
25                                          By:  */s/ Neil Swartzberg*
26                                               Neil Swartzberg
                                                 *Interim Lead Counsel for Direct*
27                                               *Purchaser Class*
28

STIP. & [PROPOSED] ORDER RE: TIME TO OBJECT/MODIFY – Master File No. M:07-CV-01819-CW
- 1 -

| | |
|---|---|
| Dated: June 4, 2008 | ZELLE, HOFMAN, VOLBEL, MASON & GETTE LLP |
| | By: ____*/s/ Craig C. Corbitt*_____ |
| | Craig C. Corbitt |
| | *Interim Lead Counsel for Indirect Purchaser Class* |
| Dated: June 4, 2008 | LATHAM AND WATKINS LLP |
| | By:____*/s/ Belinda S. Lee*_____ |
| | Belinda S. Lee |
| | *Acting Liaison Counsel for Defendants on this Matter* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  June 4, 2008                    _____
                                                            Hon. Claudia Wilken
                                                            *United States District Judge*
                                                            *Northern District of California*

ATTESTATION OF FILING

Pursuant to N.D. Cal. General Order No. 45, section 45 X(B), I, Neil Swartzberg, hereby attest that concurrence in the filing of this stipulation and proposed order has been obtained from: Lead Counsel for the Indirect-Purchaser Plaintiffs and the Proposed Class, and Acting Liaison Counsel for Defendants on this Matter who have provided the conformed signatures above.

                                                            COTCHETT, PITRE & MCCARTHY

                                            By:     ____*/s/ Neil Swartzberg*_____
                                                                Neil Swartzberg

*SUBMITTED BY:*
JOSEPH W. COTCHETT (36324)
jcotchett@cpmlegal.com
STEVEN N. WILLIAMS (175489)
swilliams@cpmlegal.com
NEIL SWARTZBERG (215133)
nswartzberg@cpmlegal.com
COTCHETT, PITRE & McCARTHY
San Francisco Airport Center, 804 Malcolm Road
Burlingame, CA 94010
Telephone:     (650) 697-6000
Facsimile:       (650) 697-0577