Joseph W. Cotchett (SB No.36324)
jcotchett@cpmlegal.com
Steven N. Williams (SB No. 175489)
swilliams@cpmlegal.com
Nancy L. Fineman (SB No. 124870)
nfineman@cpmlegal.com
Neil Swartzberg (SB No. 215133)
nswartzberg@cpmlegal.com
**COTCHETT, PITRE & McCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone:  (650) 697-6000
Facsimile:  (650) 697-0577

*Interim Lead Counsel and Liaison Counsel for the Direct-Purchaser Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**(OAKLAND DIVISION)**

| | |
|---|---|
| **IN RE STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST LITIGATION** | Case No.  M:07-CV-01819-CW<br><br>MDL No. 1819 |
| **This Document Relates To:**<br><br>**ALL DIRECT PURCHASER ACTIONS** | **STIPULATION & [PROPOSED] ORDER EXTENDING TIME TO FILE REPLY MEMORANDUM IN SUPPORT OF CLASS CERTIFICATION**<br>**[CIVIL LOCAL RULE 6-2]** |

WHEREAS, Direct Purchaser Plaintiffs filed a Motion for Class Certification with this Court on May 15, 2008 in the coordinated proceedings *In re Static Random Access Memory (SRAM) Antitrust Litigation*, Case No. M:07-cv-1819-CW;

---

**STIPULATION AND [PROPOSED] ORDER**
**Master Docket No. M:07-cv-01819-CW**

1

WHEREAS, Defendants' Oppositions to Direct Purchaser Plaintiffs' Motion for Class Certification is currently set to be filed on **July 14, 2008**;

WHEREAS, Direct Purchaser Plaintiffs' Reply Memorandum in Support of Direct Purchaser Plaintiffs' Motion for Class Certification is currently set to be filed on **August 4, 2008**;

WHEREAS, the hearing on the Direct Purchaser Plaintiffs' Motion for Class Certification is currently set to be heard before this Court on **September 18, 2008**;

WHEREAS, Defendants acknowledge that their Opposition to Direct Purchaser Plaintiffs' Motion to Compel will include expert information and materials that will require the Plaintiffs to expend considerable time and resources to review and respond to;

WHEREAS, there has been one prior extension of time regarding the Direct Purchaser Plaintiffs' Motion for Class Certification that was granted by this Court.  The original date for filing Direct Purchasers Plaintiffs' Motion for Class Certification was **February 15, 2008** with Defendants' Opposition to be filed on **April 17, 2008,** and the Direct Purchaser Plaintiffs' Reply to be filed on **May 1, 2008.**  Those dates were extended to Direct Purchaser Plaintiffs' Motion for Class Certification to be filed **ninety (90) days** after the pleadings are settled between the Direct Purchaser Plaintiffs and the Defendants, with Defendants' Oppositions to be filed **sixty (60) days** after filing of the Direct Purchaser Plaintiffs' Motion for Class Certification, and the Direct Purchaser Plaintiffs' Reply to be filed **twenty-one (21) days** after filing of the Defendants' Oppositions to the Direct Purchaser Plaintiffs' Motion for Class Certification.

WHEREAS, the requested extension is only for four (4) days and will not have any other effect on the schedule for this case;

**STIPULATION AND [PROPOSED] ORDER**
**Master Docket No. M:07-cv-01819-CW**

2

WHEREAS, the Parties identified below agree to an extension as follows:

**Direct Purchaser Plaintiffs shall have an additional four (4) days to file their Reply Memorandum in Support of Class Certification and shall file their Reply Memorandum no later than August 8, 2008;**

NOW THEREFORE, pursuant to Civil Local Rule 6-2, it is hereby stipulated by the undersigned counsel on behalf of the Parties identified below, and subject to the Court's approval, that the deadline for the Direct Purchaser Plaintiffs' to file a Reply Memorandum in Support of Motion for Class Certification **be extended four (4) days from August 4, 2008 to August 8, 2008.**

Dated: July 11, 2008                    COTCHETT, PITRE & McCARTHY

By: _____/s/_____
        Steven N. Williams

*Lead Counsel and Liaison Counsel for the Direct-Purchaser Plaintiffs and the Proposed Class*

THELEN REID BROWN RAYSMAN & STEINER LLP

By: _____/s/_____
        Paul R. Griffin

*Liaison Counsel for Defendants*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 17, 2008                    _____
                                        Hon. Claudia Wilken
                                        United States District Judge
                                        Northern District of California

**STIPULATION AND [PROPOSED] ORDER**
**Master Docket No. M:07-cv-01819-CW**

3

ATTESTATION OF FILING

Pursuant to N.D. Cal. General Order No. 45, section 45 X(B), I, Steven N. Williams, hereby attest that concurrence in the filing of this stipulation and proposed order has been obtained from Liaison Counsel for Defendants who has provided the conformed signature above.

COTCHETT, PITRE & McCARTHY

By: _____/s/_____
         Steven N. Williams

*Lead Counsel and Liaison Counsel for the
Direct-Purchaser Plaintiffs and the Proposed Class*
