CRAIG P. SEEBALD (*pro hac vice*)
cseebald@mwe.com
PAMELA J. MARPLE (*pro hac vice*)
pmarple@mwe.com
VINCENT C. VAN PANHUYS (*pro hac vice*)
vvanpanhuys@mwe.com
**McDERMOTT WILL & EMERY LLP**
600 Thirteenth Street, N.W.
Washington, D.C. 20005-3096
Telephone:    202.756.8000
Facsimile:     202.756.8087

DANIEL E. ALBERTI (68620)
dalberti@mwe.com
**McDERMOTT WILL & EMERY LLP**
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone:    650.813.5000
Facsimile:     650.813.5100

Attorneys for Defendants
RENESAS TECHNOLOGY CORP.,
RENESAS TECHNOLOGY AMERICA, INC.,
HITACHI, LTD. AND HITACHI AMERICA, LTD.

[ADDITIONAL DEFENDANTS AND COUNSEL
LISTED ON FINAL PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST LITIGATION | Case No. M:07-CV-01819-CW<br><br>MDL No. 1819 |
| This Document Relates to:<br><br>ALL DIRECT PURCHASER ACTIONS | **JOINT STIPULATION AND ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO SUBMIT SUPPLEMENTAL BRIEF EXPLAINING RELEVANCE OF THE *GPU* ORDER TO DEFENDANTS' OPPOSITION TO DIRECT PURCHASER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND TO ALLOW PLAINTIFFS TWO PAGE TO RESPOND** |

1  WHEREAS, Civil Local Rule 7-11 permits a party to file an administrative motion with
2  respect to miscellaneous administrative matters, not otherwise governed by federal statute,
3  Federal or local rule or standing order of the assigned judge.

4  WHEREAS, Defendants seek to submit a brief of no more than two pages explaining the
5  relevance of Honorable William H. Alsup's Order Certifying Limited Direct-Purchaser Class and
6  Denying Indirect Purchaser in *In Re Graphics Processing Units Antitrust Litigation,* MDL No.
7  1826 (N.D. Cal. July 18, 2008) ("*GPU* Order"), to Defendants' Opposition to Direct Purchaser
8  Plaintiffs' Motion for Class Certification ("Opposition").

9  WHEREAS, Plaintiff requests two additional pages to respond to Defendants
10 supplemental memorandum.

11 WHEREAS, the *GPU* Order was filed four days after Defendants filed their Opposition.
12 Consequently, Defendants did not have an opportunity to explain the relevance of the *GPU*
13 Order.

14 NOW THEREFORE, DEFENDANTS AND PLAINTIFFS, THROUGH THEIR
15 RESPECTIVE COUNSEL, HEREBY STIPULATE to the Court entering the attached Proposed
16 Order.

17 July 31, 2008                                      Respectfully Submitted,

                                                     McDERMOTT WILL & EMERY LLP


                                                     By:    /s/ Daniel E. Alberti
                                                            Daniel E. Alberti

                                                     Attorneys for Defendants
                                                     RENESAS TECHNOLOGY CORP.,
                                                     RENESAS TECHNOLOGY AMERICA, INC.,
                                                     HITACHI, LTD. AND HITACHI AMERICA,
                                                     LTD.

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
PALO ALTO

JT STIP & [PROPOSED] ORDER GRANTING DEFS'             - 2 -              CASE NO. M:07-CV-01819-CW
ADMIN MTN TO SUBMIT SUPPL BRIEF                                                        MDL NO. 1819

| | | |
|---|---|---|
| 1 | July 31, 2008 | COTCHETT, PITRE & McCARTHY |
| 2 | | |
| 3 | | By: /s/Steven N. Williams |
| 4 | | Steven N. Williams |
| 5 | | Class Counsel for DIRECT PURCHASER PLAINTIFFS |

# **ORDER**

Upon stipulation of the parties, and good cause appearing the Court hereby ORDERS:

1. Defendants' may submit a supplemental brief of no more than two pages explaining the relevance of Honorable William H. Alsup's Order Certifying Limited Direct-Purchaser Class and Denying Indirect Purchaser in *In Re Graphics Processing Units Antitrust Litigation,* MDL No. 1826, Case No. C. 06-07417 WHA (N.D. Cal. July 18, 2008).

2. Plaintiff may submit two pages in response to Defendants' supplemenatl brief – in either its Reply in Support of Class Certification, or in a separate supplemental brief.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 8/4/08

The Honorable Claudia Wilken
United States District Court Judge

WDC99 1598632-3.017575.0722

JT STIP & [PROPOSED] ORDER GRANTING DEFS'
ADMIN MTN TO SUBMIT SUPPL BRIEF
- 4 -
CASE NO. M:07-CV-01819-CW
MDL NO. 1819