UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| IN RE STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST LITIGATION | ) ) ) ) | Case No. M:07-CV-01819-CW<br><br>MDL No. 1819 |
| This Document Relates To:<br><br>ALL ACTIONS | ) ) ) ) ) | ORDER RE:<br>CASE MANAGEMENT CONFERENCE |

1   The Court, HEREBY ORDERS THAT:

2   (1) A Case Management Conference will take place at 2:00 p.m. on September 18,
3   2008; and,

4   (2) The Parties will file a Joint Case Management Statement by September 8, 2008.

6   8/28/08

7   Date: _____

Honorable Claudia Wilken, United States District Judge

*Submitted by*:
JOSEPH W. COTCHETT (#36324)
NANCY L. FINEMAN (#124870)
STEVEN N. WILLIAMS (#175489)
NEIL SWARTZBERG (#215133)
DOUGLAS Y. PARK (#233398)
MATTHEW K. EDLING (#250940)
**COTCHETT, PITRE & McCARTHY**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: 650-697-6000
Fax: 650-697-0577

*Interim Lead Counsel for Direct Purchaser Class*