MICHAEL F. TUBACH (S.B. #145955) mtubach@omm.com
KATHERINE M. ROBISON (S.B. #221556) krobison@omm.com
CHRISTOPHER S. HALES (S.B. #233349) chales@omm.com
CHRISTINA J. BROWN (S.B. #242130) cjbrown@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA  94111-3823
Telephone:   (415) 984-8700
Facsimile:    (415) 984-8701

KENNETH R. O'ROURKE (S.B. #120144) korourke@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA  90071-2899
Telephone:   (213) 430-6000
Facsimile:    (213) 430-6407

Attorneys for Defendants
HYNIX SEMICONDUCTOR, INC. AND HYNIX SEMICONDUCTOR AMERICA, INC.

**[ADDITIONAL PARTIES AND COUNSEL LISTED ON SIGNATURE PAGE]**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST LITIGATION | Case No. M:07-CV-01819-CW<br><br>MDL No. 1819<br><br>**STIPULATION AND ORDER REGARDING DEFENDANTS' LIST OF CLASS MEMBERS  AS MODIFIED** |
| THIS DOCUMENT RELATES TO: DIRECT PURCHASER ACTIONS | |

1     WHEREAS this Court's September 29, 2008 Order Granting Plaintiffs' Motion for Class Certification ("Certification Order") excludes purchases of "custom" SRAM from the definition of the class;

4     WHEREAS the Certification Order directed Direct Purchaser Plaintiffs to submit to Defendants a proposed definition of custom SRAM, and for the parties to meet and confer in an effort to agree on a definition of custom SRAM;

7     WHEREAS the Certification Order requires Direct Purchaser Plaintiffs to file, by October 29, 2008, a "proposed form of notice to be sent to members of the Class";

9     WHEREAS the Certification Order ordered Defendants to submit to the Court and Direct Purchaser Plaintiffs "a list of names and addresses of all Class Members who can be identified with diligent effort" by October 29, 2008;

12     WHEREAS Direct Purchaser Plaintiffs will provide Defendants with their proposed definition of custom SRAM when they file the proposed form of notice with the Court on October 29, 2008;

15     WHEREAS the parties agree that they will meet and confer on the definition of custom SRAM, and that Defendants cannot compile a list of all Class Members until the definition of custom SRAM is settled;

18     NOW THEREFORE, the Direct Purchaser Plaintiffs and Defendants stipulate and agree:

19     1.     On October 29, 2008, Direct Purchaser Plaintiffs will submit a proposed form of class notice, which will contain Direct Purchaser Plaintiffs' proposed definition of custom SRAM;

22     2.     Direct Purchaser Plaintiffs and Defendants will thereafter meet and confer regarding the definition of custom SRAM and, on or before December 4, 2008, either (a) submit to the Court by stipulation a final proposed form of class notice containing an agreed-upon definition of custom SRAM, or (b) submit to the Court their proposed definitions of custom SRAM, along with briefs not to exceed ten (10) pages each explaining the reasons for their proposed definition;  the parties request that, subject to the Court's availability, the Court set a hearing on December 16, 2008 at 2:00 p.m. to address any outstanding issues relating to the

definition of custom SRAM or class notice.

3. Within three (3) weeks of the date when the definition of custom SRAM is settled (either by stipulation of the parties or by Court order), Defendants will provide a list of names and addresses of all Class Members who can be identified with diligent effort in order to permit Lead Counsel for the Direct Purchaser Class to send notice to Class Members.

SO STIPULATED:

Dated: October 28, 2008          O'MELVENY & MYERS LLP

                                 By:   */s/ Michael F. Tubach*
                                        Michael F. Tubach

                                 Attorneys for Defendants
                                 HYNIX SEMICONDUCTOR, INC. AND
                                 HYNIX SEMICONDUCTOR AMERICA,
                                 INC.

Dated: October 28, 2008          COTCHETT, PITRE & McCARTHY

                                 By:   */s/ Steven N. Williams*
                                        Steven N. Williams

                                 Class Counsel for
                                 DIRECT PURCHASER PLAINTIFFS

PURSUANT TO STIPULATION, IT IS SO ORDERED: **except that the hearing will be on December 18, 2008, at 2:00 p.m.**

Dated: October 31, 2008          _____
                                 Hon. Claudia Wilken
                                 *United States District Court Judge*
                                 *Northern District of California*