IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: STATIC RANDOM ACCESS (SRAM) ANTITRUST LITIGATION, _____/ | No. C 07-01819 CW<br><br>ORDER GRANTING PLAINTIFFS' REQUEST FOR HEARING |

Pursuant to the Court's September 29, 2008 Order Granting Plaintiff's Motion for Class Certification, Plaintiff submitted a proposed notice of class action on October 29, 2008. Defendant may file any comments to the notice within fifteen days and Plaintiff may reply fifteen days after. The Court will hear this matter on December 18, 2008 at 2:00 p.m.

IT IS SO ORDERED.

Dated: 10/31/08

_____
CLAUDIA WILKEN
United States District Judge