[Counsel listed after signature block]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST LITIGATION | Case No. M:07-CV-01819-CW <br><br> MDL No. 1819 <br><br> **STIPULATION AND ORDER RE: VOLUNTARY DISMISSAL OF TOSHIBA AMERICA, INC.** <br> **[Fed. R. Civ. Proc. 23(e) & 41(a)(2)]** |
| This Document Relates to: <br><br> ALL DIRECT PURCHASER ACTIONS | |

1    WHEREAS, counsel for Defendant Toshiba America, Inc. ("TAI") and counsel for the
2 Direct Purchaser Class have entered into a Tolling Agreement for reasons including the
3 representation by Counsel for TAI that TAI did not manufacture or sell SRAM; and
4    WHEREAS, pursuant to the Tolling Agreement, counsel for the Direct Purchaser
5 Class seeks to voluntarily dismiss without prejudice the claims against Defendant TAI.
6    WHEREAS, the Court's approval of a voluntary dismissal without prejudice is
7 required pursuant to Fed. R. Civ. Proc. 23(e) and 41(a)(2) because of the Court's Order of
8 September 29, 2009 certifying a class of Direct Purchaser Plaintiffs against Defendants,
9 including TAI; and
10    WHEREAS, pursuant to the terms of the Tolling Agreement, TAI can be again named
11 as a defendant if, during the Tolling Period, facts warranting such re-naming are discovered;
12 and
13    WHEREAS, the rights of the Direct Purchaser Class will not be prejudiced by such a
14 dismissal without prejudice; and
15    WHEREAS, all Parties to the Direct Purchaser Action stipulate and agree to the
16 requested dismissal;
17    NOW, THEREFORE, the Parties to the Direct Purchaser Action hereby stipulate that
18 the claims against Defendant TAI should be voluntarily dismissed without prejudice and
19 notice of such voluntary dismissal should be provided to class members by including the
20 following language on the final page of the Mailed Notice:

> Defendant Toshiba America, Inc. was included as a Defendant in the Class certified by the Court.  However, Counsel for Defendant Toshiba America, Inc. and Lead Counsel for the Class have entered into a Tolling Agreement for reasons including the representation by Counsel for Toshiba America, Inc. that Toshiba America, Inc. did not manufacture or sell SRAM.  Pursuant to the terms of the Tolling Agreement, the claims against Toshiba America, Inc. are to be voluntarily dismissed without prejudice.  Therefore, unless you or another class member files an objection (by the same date and in the same manner as a request for exclusion from the Class – see above), and the Court finds that such objection has merit, the Court will voluntarily dismiss without prejudice the claims against Defendant Toshiba America, Inc.

-1-
STIPULATION AND [PROPOSED] ORDER RE: VOLUNTARY DISMISSAL OF TOSHIBA AMERICA, INC.
CASE NO. M:07-CV-1819-CW

IT IS SO STIPULATED this 17th day of December, 2008.

Dated:  December 17, 2008

        COTCHETT, PITRE & McCARTHY

By:    */s/ Steven N. Williams*
       Steven N. Williams

*Lead Counsel for the Direct Purchaser Class*

LATHAM & WATKINS LLP

By:   /s/ Belinda S Lee
      Belinda S Lee
Attorneys for Defendant Toshiba Corporation, Toshiba America Electronic Components, Inc., and Toshiba America, Inc.

| MAYER BROWN LLP | WHITE & CASE LLP |
|---|---|
| By    /s/ Robert E. Bloch<br>     Robert E. Bloch (*pro hac vice*) | By    /s/ Matthew S. Leddicotte<br>     Matthew S. Leddicotte (*pro hac vice*) |
| Attorneys for Petitioner Cypress Semiconductor Corporation | Attorneys for Petitioners Etron Technology America, Inc., Etron Technology, Inc. and Integrated Silicon Solution, Inc. |
| McDERMOTT WILL & EMERY LLP | O'MELVENY & MYERS LLP |
| By    /s/ Craig P. Seebald<br>     Craig P. Seebald (*pro hac vice*) | By    /s/ Michael F. Tubach<br>     Michael F. Tubach |
| Attorneys for Petitioners Hitachi, Ltd., Hitachi America, Ltd., Mitsubishi Electric Corporation, Mitsubishi Electric & Electronics USA, Inc., Renesas Technology Corp., and Renesas Technology America, Inc. | Attorneys for Petitioners Hynix Semiconductor Inc. and Hynix Semiconductor America, Inc. |
| GIBSON, DUNN & CRUTCHER LLP | WINSTON & STRAWN LLP |
| By    /s/ Joel S. Sanders<br>     Joel S. Sanders | By    /s/ Paul R. Griffin<br>     Paul R. Griffin |
| Attorneys for Petitioners Micron Technology, Inc. and Micron Semiconductor Products, Inc. | Attorneys for Petitioners NEC Electronics Corporation and NEC Electronics America, Inc. |

SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP

By     /s/ James L. McGinnis
          James L. McGinnis

Attorneys for Petitioners Samsung Electronics America, Inc., Samsung Semiconductor, Inc., and Samsung Electronics Company, Ltd.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: December 19, 2008

_____
Hon. Claudia Wilken

*United States District Judge*
*Northern District of California*

**ATTESTATION OF FILING**

Pursuant to N.D. Cal. General Order No. 45, section 45 X(B), I, Steven N. Williams, hereby attest that concurrence in the filing of this stipulation and proposed order has been properly obtained.

COTCHETT, PITRE & MCCARTHY

By:    */s/ Steven N. Williams*
          Steven N. Williams

*Lead Counsel for the Direct Purchaser Class*

Submitted by:

JOSEPH W. COTCHETT (36324)
STEVEN N. WILLIAMS (175489)
NEIL SWARTZBERG (215133)
COTCHETT, PITRE & MCCARTHY
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone:    (650) 697-6000
Facsimile:    (650) 697-0577
jcotchett@cpmlegal.com
swilliams@cpmlegal.com
nswartzberg@cpmlegal.com

*Lead Counsel for the Direct Purchaser Class*

-3-