**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: STATIC RANDOM ACCESS (SRAM) ANTITRUST LITIGATION, | No. C 07-01819 CW |
| | ORDER APPROVING CLASS REPRESENTATIVE'S NOTICE OF CLASS ACTION FOR MAILING |
| _____/ | |

On September 29, 2008, the Court issued an order granting Plaintiff's motion for class certification.  In the Order, the Court required Plaintiff to submit a proposed form of notice to be sent to Class members.  Plaintiff complied, Defendants submitted comments to the notice, and Plaintiff replied.  The matter was heard on December 18, 2008.  At the hearing the parties notified the Court that they resolved all but two of their conflicts about the notice.  The Court resolves the two remaining issues as follows: (1) The notice shall include the reference to Defendants' "subsidiaries and affiliates," and (2) The notice shall not include the phrase, "If you only purchased SRAM outside the United States, you are not a class member."

IT IS SO ORDERED.

Dated: 12/19/08

_____
CLAUDIA WILKEN
United States District Judge