[Counsel listed after signature block]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST LITIGATION | Case No. M:07-CV-01819-CW |
| | MDL No. 1819 |
| | **STIPULATION AND ORDER RE: CLASS NOTICE** |
| This Document Relates to:<br><br>ALL DIRECT PURCHASER ACTIONS | |

1    WHEREAS, the Court issued an Order on December 19, 2008 regarding certain issues
2 relating to the contents of the notice of this class action to potential members of the Class; and
3    WHEREAS, all Parties to the Direct Purchaser Action ("the Parties") have agreed to
4 the form, manner, dates, and other matters related to providing notice of this class action to
5 potential members of the Class that were not addressed by the Court's December 19, 2008
6 Order; and
7    WHEREAS, the form of such notice is reflected in the attached Exhibit A, Notice of
8 Class Action for Mailing ("Mailed Notice"), and the attached Exhibit B, Notice of Class
9 Action for Publication ("Published Notice"); and
10    WHEREAS, each Defendant will no later than **January 22, 2009** provide Lead
11 Counsel for the Class with the best available contact information, including mail and email
12 addresses, for each direct purchaser defined by the Class, including direct purchasers from
13 each Defendant's subsidiaries and affiliates, and such contact information will be provided in
14 an electronic format that will facilitate notice via mail and email; and
15    WHEREAS, each Defendant's search for the best available contact information for
16 each direct purchaser will be based on a search for such purchasers who can be identified
17 "with diligent effort" (Dkt# 566 ("Certification Order") at 14), however, each Defendant's
18 search for email addresses for such purchasers need only include a reasonable search of its
19 sales or customer contacts databases, contact management software and similar computer
20 systems (but not a search of individual emails within such databases, contact management
21 software and similar computer systems); and
22    WHEREAS, Lead Counsel for the Class will mail and email the Mailed Notice (or
23 email a link to the Mailed Notice) to the direct purchasers identified by Defendants no later
24 than **February 6, 2009**; and
25    WHEREAS, Lead Counsel for the Class will publish the Published Notice in an
26 appropriate nationwide publication no later than **February 6, 2009**; and
27    WHEREAS, the deadline for class members to exclude themselves from the Class will
28

-1-

1  be **April 6, 2009**; and

2  WHEREAS, the deadline for class members to object to the dismissal of Toshiba
3  America, Inc. will be **April 6, 2009**; and

4  WHEREAS, Lead Counsel for the Class will submit to the Court a list of class
5  members seeking exclusion no later than **April 20, 2009**.

6  WHEREAS, Lead Counsel for the Class will submit to the Court a list of class
7  members objecting to the dismissal of Toshiba America, Inc. no later than **April 20, 2009**.

8  NOW, THEREFORE, the Parties hereby stipulate that they agree to and will perform
9  the above-identified matters related to class notice.

10
11  IT IS SO STIPULATED this 30th day of December, 2008.

12  COTCHETT, PITRE & McCARTHY

13  By:   */s/ Steven N. Williams*
14         Steven N. Williams

15  *Lead Counsel for the Direct Purchaser Class*

16  LATHAM & WATKINS LLP

17  By:   /s/ Belinda S Lee
           Belinda S Lee
18  Attorneys for Defendant Toshiba Corporation,
    Toshiba America Electronic Components, Inc.,
19  and Toshiba America, Inc.

20  MAYER BROWN LLP                                WHITE & CASE LLP

21  By      /s/ Robert E. Bloch                    By      /s/ Matthew S. Leddicotte
22         Robert E. Bloch (*pro hac vice*)               Matthew S. Leddicotte (*pro hac vice*)

23  Attorneys for Petitioner Cypress               Attorneys for Petitioners Etron Technology
    Semiconductor Corporation                      America, Inc., Etron Technology, Inc. and
24                                                 Integrated Silicon Solution, Inc.

25  McDERMOTT WILL & EMERY LLP                     O'MELVENY & MYERS LLP

26  By      /s/ Craig P. Seebald                   By      /s/ Michael F. Tubach
27         Craig P. Seebald (*pro hac vice*)              Michael F. Tubach

28                                      -2-
                                         STIPULATION AND [PROPOSED] ORDER RE: CLASS NOTICE
                                                             CASE NO. M:07-CV-1819-CW

| | |
|---|---|
| Attorneys for Petitioners Hitachi, Ltd., Hitachi America, Ltd., Mitsubishi Electric Corporation, Mitsubishi Electric & Electronics USA, Inc., Renesas Technology Corp., and Renesas Technology America, Inc. | Attorneys for Petitioners Hynix Semiconductor Inc. and Hynix Semiconductor America, Inc. |
| GIBSON, DUNN & CRUTCHER LLP | WINSTON & STRAWN LLP |
| By   /s/ Joel S. Sanders<br>         Joel S. Sanders | By   /s/ Paul R. Griffin<br>         Paul R. Griffin |
| Attorneys for Petitioners Micron Technology, Inc. and Micron Semiconductor Products, Inc. | Attorneys for Petitioners NEC Electronics Corporation and NEC Electronics America, Inc. |
| SHEPPARD, MULLIN, RICHTER & HAMPTON LLP | |
| By   /s/ James L. McGinnis<br>         James L. McGinnis | |
| Attorneys for Petitioners Samsung Electronics America, Inc., Samsung Semiconductor, Inc., and Samsung Electronics Company, Ltd. | |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

1/7/09

Dated: _____                    _____
                                                                          Hon. Claudia Wilken

                                                                          *United States District Judge*
                                                                          *Northern District of California*

**ATTESTATION OF FILING**

Pursuant to N.D. Cal. General Order No. 45, section 45 X(B), I, Steven N. Williams, hereby attest that concurrence in the filing of this stipulation and proposed order has been properly obtained.

COTCHETT, PITRE & MCCARTHY

By:   */s/ Steven N. Williams*
         Steven N. Williams

*Lead Counsel for the Direct Purchaser Class*

-3-

Submitted by:

JOSEPH W. COTCHETT (36324)
STEVEN N. WILLIAMS (175489)
NEIL SWARTZBERG (215133)
COTCHETT, PITRE & MCCARTHY
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone:    (650) 697-6000
Facsimile:     (650) 697-0577
jcotchett@cpmlegal.com
swilliams@cpmlegal.com
nswartzberg@cpmlegal.com

*Lead Counsel for the Direct Purchaser Class*

-4-