1 [Counsel Listed Below]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **IN RE STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST LITIGATION** | Case No. M:07-cv-01819-CW |
| | MDL No. 1819 |
| | **STIPULATION AND ORDER REGARDING REVISED CASE MANAGEMENT SCHEDULE** |
| **This Document Relates to:** | |
| **ALL ACTIONS** | |

-1-
STIPULATION AND [PROPOSED] ORDER REGARDING REVISED CASE MANAGEMENT SCHEDULE

1   WHEREAS, fact discovery for both the Direct-Purchaser and Indirect-Purchaser actions
2  is ongoing, foreign Defendant documents are still being produced, and depositions are in
3  progress;

4   WHEREAS, all Parties are in agreement on the proposed modifications to the case
5  management schedule; and,

6   WHEREAS, the following case management schedule modifications will not have an
7  effect on previously ordered court hearing dates;

8   IT IS HEREBY STIPULATED by the undersigned counsel on behalf of the Parties
9  identified below, that the case management schedule is amended as outlined in Exhibit A,
10 attached hereto, which changes the case management schedule as follows:

(1) All fact discovery will close on September 4, 2009;

(2) The last day for Plaintiffs to serve expert reports on merits is moved to October 14, 2009;

(3) The last day for Defendants to serve expert reports on merits is moved to December 4, 2009;

(4) The last date for Plaintiffs to serve expert reply reports on merits is moved to December 23, 2009;

(5) Expert discovery will close on January 22, 2010;

(6) The last day to file dispositive motions is moved to February 11, 2010;

(7) The last day to file oppositions to dispositive motions is moved to March 25, 2010; and,

(8) The last day to file replies to dispositive motions is moved to April 22, 2010.

Dated: April 6, 2009                    By:  */s/ Neil Swartzberg*
                                             Neil Swartzberg

                                        Joseph W. Cotchett
                                        jcotchett@cpmlegal.com
                                        Steven N. Williams
                                        swilliams@cpmlegal.com
                                        Neil Swartzberg
                                        nswartzberg@cpmlegal.com

**COTCHETT, PITRE & McCARTHY**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Interim Lead Counsel for the Direct-Purchaser Class*

Dated: April 6, 2009                    By: */s/ Christopher Micheletti*____
                                              Christopher Micheletti

Francis O. Scarpulla
fscarpulla@zelle.com
Craig C. Corbitt
ccorbitt@zelle.com
Christopher Micheletti
cmicheletti@zelle.com
**ZELLE HOFMANN VOELBEL & MASON**
44 Montgomery Street, Suite 3400
San Francisco, CA  94104
Telephone:     (415) 693-0700
Facsimile:     (415) 693-0770

*Interim Lead Counsel for the Indirect-Purchaser Class*

Dated: April 6, 2009                    By: */s/ Paul R. Griffin*_____
                                              Paul R. Griffin

Robert Pringle
rpringle@winston.com
Paul R. Griffin
pgriffin@winston.com
Jonathan Swartz
jswartz@winston.com
**WINSTON & STRAWN, LLP**
101 California Street
San Francisco, CA 94111
Telephone:     (415) 591-1000
Facsimile:     (415) 591-1400

*Liaison Counsel for Defendants*

**IT IS SO ORDERED.**

**DATED: ___4/16____, 2009**

_____
Hon. Claudia Wilken

*United States District Judge*
*Northern District of California*

**ATTESTATION OF FILING**

1  Pursuant to N.D. Cal. General Order No. 45, section 45 X(B), I, Neil Swartzberg, hereby

2 attest that concurrence in the filing of this stipulation and proposed order has been obtained from

3 the individuals from whom I have provided the conformed signatures above.

**COTCHETT, PITRE & McCARTHY**

By:  _____*/s/ Neil Swartzberg*_____
                Neil Swartzberg

*Lead Counsel for the Direct-Purchaser Class*

STIPULATION AND [PROPOSED] ORDER REGARDING REVISED CASE MANAGEMENT SCHEDULE

# EXHIBIT A

## Case Management Schedule

| Event | Current Date (Source) | Stipulated and Agreed Date | Ordered Date |
|---|---|---|---|
| Last date for Defendants to file opposition to Indirect-Purchaser Plaintiffs motion for class certification. | 4/30/09 (See 2/27/09 Stip & Order) | No Change | **4/30/09** |
| Last date for Indirect-Purchaser Plaintiffs to file reply to Defendants' opposition to class certification. | 5/28/09 (See 2/27/09 Stip & Order) | No Change | **5/28/09** |
| Hearing on motion for Indirect-Purchaser Plaintiff motion for class certification And Further Case Management Conference | 6/11/09 @ 2:00 p.m. (See 2/27/09 Stip & Order) | No Change | **6/11/09 @ 2:00 p.m.** |
| All fact discovery closes. | 7/01/09 (See 9/29/08 Case Mgmt. Order) | **9/04/09** | |
| Last date for Plaintiffs to serve expert reports on merits | 8/03/09 (See 9/29/08 Case Mgmt. Order) | **10/14/09** | |
| Last date for Defendants to serve expert reports on merits | 10/05/09 (See 9/29/08 Case Mgmt. Order) | **12/04/09** | |

| Event | Current Date (Source) | Stipulated and Agreed Date | Ordered Date |
|---|---|---|---|
| Last date for Plaintiffs to serve expert reply reports on merits | 11/13/09 (See 9/29/08 Case Mgmt. Order) | **12/23/09** | |
| Close of expert discovery | 12/18/09 (See 9/29/08 Case Mgmt. Order) | **1/22/10** | |
| Last date to file dispositive motions. (Parties to file joint motions to the extent possible.) | 2/04/10 (See 9/29/08 Case Mgmt. Order) | **2/11/10** | |
| Last date to file oppositions to dispositive motions. | 3/18/10 (See 9/29/08 Case Mgmt. Order) | **3/25/10** | |
| Last date to file replies to dispositive motions. | 4/15/10 (See 9/29/08 Case Mgmt. Order) | **4/22/10** | |
| Hearing on dispositive motions and Further Case Management Conference | 5/13/10 at 2:00 p.m. (See 9/29/08 Case Mgmt. Order) | No Change | **5/13/10 at 2:00 p.m**. |
| Pre-trial Conference | 8/03/10 @ 2:00 p.m. (See 9/29/08 Case Mgmt. Order) | No Change | **8/03/10 at 2:00 p.m**. |

STIPULATION AND [PROPOSED] ORDER REGARDING REVISED CASE MANAGEMENT SCHEDULE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| Event | Current Date (Source) | Stipulated and Agreed Date | Ordered Date |
|---|---|---|---|
| Trial Date | 9/07/2010 @ 8:30 a.m. (2 months) (See 9/29/08 Case Mgmt. Order) | No Change | **9/07/2010 @ 8:30 a.m.** **(2 months)** |