IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST LITIGATION _____/ | No. C 07-01819 CW<br><br>ORDER ON FILING A RESPONSE TO PLAINTIFFS' OBJECTIONS TO SPECIAL MASTER'S REPORT AND RECOMMENDATION FOR ALLEGED DISCOVERY VIOLATIONS BY INDIRECT PURCHASER PLAINTIFFS |

Any response to the Indirect Purchaser Plaintiffs' Objections to the Special Discovery Master's Report and Recommendation must be filed by the close of business, Friday, May 15, 2009.

IT IS SO ORDERED.

Dated: 5/13/09

_____
CLAUDIA WILKEN
United States District Judge