Robert B. Pringle (CA Bar No. 051365)
Paul R. Griffin (CA Bar No. 083541)
Patrick M. Ryan (CA Bar No. 203215)
Jonathan E. Swartz (CA Bar No. 203624)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA  94111-5894
Telephone:     415-591-1000
Facsimile:     415-591-1400
rpringle@winston.com
pgriffin@winston.com
pryan@winston.com
jswartz@winston.com

Attorneys for Defendants
NEC ELECTRONICS CORPORATION and
NEC ELECTRONICS AMERICA, INC.

[*Other Counsel and Defendants Appear on Signature Page*]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS | Case No. M:07-CV-01819-CW<br><br>MDL No. 1819<br><br>**AMENDED STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFFS TO FILE REPLY PAPERS IN SUPPORT OF THEIR MOTION FOR CLASS CERTIFICATION; FOR DEFENDANTS TO RESPOND TO SAME; AND CHANGE HEARING DATE** |

WHEREAS, on February 17, 2009, the parties reached agreement, in order to facilitate discovery with respect to 13 new party plaintiffs that plaintiffs sought to substitute into the case, contingent on the Court's approval of the following dates: April 30, 2009, due date for defendants' opposition for class certification; May 28, due date for plaintiffs' reply to defendants' opposition; June 11, hearing date on Indirect Purchaser Plaintiffs' Motion for Class Certification;

WHEREAS, a stipulation codifying this agreement was approved by the Court and filed on February 27, 2009;

WHEREAS, on April 30, 2009, Defendants filed their Opposition to Class Certification along with declaration of Michelle M. Burtis, Ph.D, an economist on the issue of, among other things, whether pass-through of any overcharge can be proven with common proof in this case. Defendants also filed declarations from third-party firms on the issue of whether pass-through actually occurs;

WHEREAS, Plaintiffs' Reply papers are currently due on May 28, 2009, and the hearing on class certification is scheduled for June 11, 2009;

WHEREAS, Plaintiffs desire an additional 35 days to prepare their Reply papers, to depose third-party witnesses, and take the deposition of Defendants' expert;

WHEREAS, Plaintiffs agree that Defendants may file a Surreply brief and Surrebuttal expert report(s) in response to Plaintiffs' Reply papers, and that Defendants may do so within 35 days after Plaintiffs' Reply papers are filed;

WHEREAS, Plaintiffs agree that Defendants may depose Plaintiffs' experts within 20 days following the filing of Plaintiffs' Reply papers;

WHEREAS, Defendants agree to submit their expert for deposition some time prior to June 12, 2009;

WHEREAS, the statements made in this stipulation, agreements made herein, or the fact of this stipulation and order may not be used with regard to any possible appeal of Judge Smith's Report and Recommendation entered on April 17, 2009, docket entry 677;

WHEREAS, the parties agree to class certification hearing no earlier than September 3, 2009, subject to the Court's availability;

WHEREAS, in return, and expressly contingent on the Court's approval of this entire stipulation as an order, Defendants are willing to stipulate hereto; and

NOW THEREFORE, it is hereby stipulated by the undersigned counsel on behalf of the parties identified below, and subject to the Court's approval, that:

A. Plaintiffs' Reply in their Motion for Class Certification shall be filed no later than July 2, 2009.

B. Defendants will make its expert available for deposition on a date agreed to by

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

1  Plaintiffs and no later than June 12, 2009.

2      B.    Defendants may file a Surreply brief and Surrebuttal expert report(s) in response to

3  Plaintiffs Reply papers, and Defendants may do so no later than August 6, 2009.

4      C.    Defendants may depose Plaintiffs' experts following the filing of Plaintiffs' reply

5  papers and Plaintiffs' shall make its experts available for such depositions on dates agreed to by

6  Defendants and no later than July 22, 2009.

7      D.    The hearing on Indirect-Purchaser Plaintiffs' Motion for Class Certification shall be

8  held on September 3, 2009 at 2:00 pm. in Courtroom 2, 4th Floor.

Dated: May 7, 2009        By:    */s/ Patrick M. Ryan*
                                                PATRICK M. RYAN
                                                WINSTON & STRAWN LLP

*Liaison Counsel for Defendants*

Dated: May 7, 2009        By:    */s/ Francis O. Scarpulla*
                                                FRANCIS O. SCARPULLA
                                                CRAIG C. CORBITT
                                                PAMELA E. WOODSIDE
                                                QIANWEI FU
                                                JANE YI
                                                ZELLE, HOFFMANN, VOELBEL
                                                  & MASON LLP

*Interim Lead and Liaison Counsel for Indirect-Purchaser Class*

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

*Additional Defendants and Counsel:*

| | |
|---|---|
| **LATHAM & WATKINS LLP** | **WHITE & CASE LLP** |
| By */s/ Belinda Lee* <br>     Belinda Lee <br>     Attorneys for Defendants <br>     Toshiba Corporation and Toshiba <br>     America Electronic Components, Inc. | By */s/ Matthew S. Leddicotte* <br>     Matthew S. Leddicotte (*pro hac vice*) <br>     Attorneys for Defendant Etron Technology <br>     America, Inc. |
| **MAYER BROWN LLP** | **O'MELVENY & MYERS LLP** |
| By */s/ Robert E. Bloch* <br>     Robert E. Bloch (*pro hac vice*) <br>     Attorneys for Defendant <br>     Cypress Semiconductor, Inc. | By */s/ Michael F. Tubach* <br>     Michael F. Tubach <br>     Attorneys for Defendants <br>     Hynix Semiconductor Inc., and <br>     Hynix Semiconductor America Inc. |
| **McDERMOTT WILL & EMERY LLP** | **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP** |
| By */s/ Craig P. Seebald* <br>     Craig P. Seebald (*pro hac vice*) <br>     Vincent van Panhuys (*pro hac vice*) <br>     Attorneys for Defendants Renesas <br>     Technology Corp., Renesas Technology <br>     America, Inc., Mitsubishi Electric <br>     Corporation, and Mitsubishi Electric & <br>     Electronics USA, Inc. | By */s/ James L. McGinnis* <br>     James L. McGinnis <br>     Attorneys for Defendants <br>     Samsung Electronics America, Inc., <br>     Samsung Electronics Company, Ltd., and <br>     Samsung Semiconductor, Inc |

I, Patrick M. Ryan, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

                                                */s/ Patrick M. Ryan* <br>
                                                 Patrick M. Ryan

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

**IT IS SO ORDERED.** The Further Case Management Conference is also continued to 9/3/09 at 2:00 p.m.

Dated:___May 14, 2009

_____
THE HONORABLE CLAUDIA WILKEN
United States District Judge
Northern District of California