1  Robert B. Pringle (CA Bar No. 051365)
   Paul R. Griffin (CA Bar No. 083541)
2  Patrick M. Ryan (CA Bar No. 203215)
   Jonathan E. Swartz (CA Bar No. 203624)
3  WINSTON & STRAWN LLP
   101 California Street
4  San Francisco, CA 94111-5894
   Telephone:    415-591-1000
5  Facsimile:    415-591-1400
   rpringle@winston.com
6  pgriffin@winston.com
   pryan@winston.com
7  jswartz@winston.com

8  Attorneys for Defendants
   NEC ELECTRONICS CORPORATION and
9  NEC ELECTRONICS AMERICA, INC.

10 [*Other Counsel and Defendants Appear on Signature Page*]

**UNITED STATES DISTRICT COURT**

11

**NORTHERN DISTRICT OF CALIFORNIA**

12

**OAKLAND DIVISION**

13

14

15 | IN RE STATIC RANDOM ACCESS | ) | **Case No. M:07-CV-01819-CW** |

MEMORY (SRAM) ANTITRUST
LITIGATION

)
)
)

**MDL No. 1819**

16

)

17 _____

)
)

**STIPULATION AND ORDER TO EXTEND
TIME FOR DEFENDANTS TO FILE
UNREDACTED DOCUMENTS
PURSUANT TO THE COURT'S JUNE 5,
2009 ORDER**

This Document Relates to:

)

18

ALL INDIRECT PURCHASER ACTIONS

)
)

19

)

20 _____

)
)

21

22          WHEREAS, on April 30, 2009, Defendants filed their Opposition to Class Certification

23 ("Opposition Brief") along with the declaration of Patrick M. Ryan, and exhibits thereto ("Ryan

   Exhibits"), and the declaration of Michelle M. Burtis, Ph.D ("Burtis Declaration"), and exhibits

24
   thereto ("Burtis Exhibits").

25
           WHEREAS, Defendants filed their Opposition Brief, the Burtis Declaration, and certain

26
   Ryan Exhibits and Burtis Exhibits under seal because these documents contain nonpublic,

27
   confidential, proprietary and competitively sensitive information of the Defendants and third parties.

28

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

WHEREAS, on May 1, 2009, Defendants filed an Amended Administrative Motion to Seal Portions of Documents Pursuant to Local Rule 7-11 and 79-5 ("Motion to Seal"), and the declaration of Eva Chan in support thereof;

WHEREAS, the declaration of Eva Chan filed in support of Defendants' Motion to Seal attached as Exhibit A lists of confidential third-party information in the Opposition Brief, Burtis Declaration, Burtis Exhibits, and Ryan Exhibits;

WHEREAS, certain third parties filed declarations and proposed orders in support of the Motion to Seal;

WHEREAS, on May 7, 2009, third-party Avnet filed its own motion to seal and the declaration of Claire M. Korenblit in support thereof;

WHEREAS, on June 5, 2009, the Court granted in part and denied in part Defendants' Motion to Seal and did not set forth a deadline within which Defendants shall file the unredacted portions of documents the Court ordered to be filed in the public record;

WHEREAS, the Court has not ruled specifically on third-party Avnet's motion to seal;

WHEREAS, on June 10, 2009, the Defendants filed an Errata to the Motion to Seal to correct the inadvertent omission of Burtis Exhibit 50 from the Motion to Seal, and requested that the exhibit be sealed in its entirety;

WHEREAS, certain third parties whose data and information was ordered to be filed in the public record in the Court's June 5, 2009 Order have communicated to Defendants that they wish to file additional support with the Court to maintain certain of their confidential data and information under seal;

WHEREAS, in order to allow the Court time to rule on Defendants' request to keep Burtis Exhibit 50 under seal in its entirety, to allow third parties sufficient time to file additional support with the Court, and to allow the Court time to rule on the Avnet motion to seal, the parties agree that Defendants may have up until June 26, 2009 to file in the public record unredacted versions of portions of the Opposition Brief, Burtis Declaration, Burtis Exhibits, and Ryan Exhibits pursuant to the Court's June 5, 2009 Order or any superseding subsequent Orders.

NOW THEREFORE, it is hereby stipulated by the undersigned counsel on behalf of the

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

1  parties identified below, and subject to the Court's approval, that:

2        Defendants shall file in the public record, by June 26, 2009, unredacted versions of all

3  portions of the Opposition Brief, Burtis Declaration, Burtis Exhibits, and Ryan Exhibits not sealed

4  by the Court in its June 5, 2009 Order or any superseding subsequent Orders.

5

6

7

8  Dated: June 10, 2009        By:   /s/ Patrick M. Ryan
                                      PATRICK M. RYAN
9                                     WINSTON & STRAWN LLP

10                                    Liaison Counsel for Defendants

11

12

13  Dated: June 10, 2009       By:   /s/ Francis O. Scarpulla
                                      FRANCIS O. SCARPULLA
14                                    ZELLE, HOFFMANN, VOELBEL
                                       & MASON LLP
15
                                      Interim Lead and Liaison Counsel for
16                                    Indirect-Purchaser Class

17  Additional Defendants and Counsel:

18  **LATHAM & WATKINS LLP**                    **WHITE & CASE LLP**

19  By  /s/ Belinda Lee                         By  /s/ Matthew S. Leddicotte
        Belinda Lee                                 Matthew S. Leddicotte (pro hac vice)
20      Attorneys for Defendants                    Attorneys for Defendant Etron Technology
        Toshiba Corporation and Toshiba            America, Inc.
21      America Electronic Components, Inc.

22
    **MAYER BROWN LLP**                         **O'MELVENY & MYERS LLP**
23

24  By  /s/ Robert E. Bloch                     By  /s/ Michael F. Tubach
        Robert E. Bloch (pro hac vice)              Michael F. Tubach
25      Attorneys for Defendant                     Attorneys for Defendants
        Cypress Semiconductor, Inc.                 Hynix Semiconductor Inc., and
26                                                  Hynix Semiconductor America Inc.

27  **McDERMOTT WILL & EMERY LLP**              **SHEPPARD, MULLIN, RICHTER &
                                                HAMPTON LLP**
28

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE
UNREDACTED DOCUMENTS PURSUANT TO THE COURT'S JUNE 5, 2009 ORDER

*Winston & Strawn LLP*
*101 California Street*
*San Francisco, CA 94111-5802*

By */s/ Craig P. Seebald*
    Craig P. Seebald *(pro hac vice)*
    Vincent van Panhuys *(pro hac vice)*
    Attorneys for Defendants Renesas
    Technology Corp., Renesas Technology
    America, Inc., Mitsubishi Electric
    Corporation, and Mitsubishi Electric &
    Electronics USA, Inc.

By */s/ James L. McGinnis*
    James L. McGinnis
    Attorneys for Defendants
    Samsung Electronics America, Inc.,
    Samsung Electronics Company, Ltd., and
    Samsung Semiconductor, Inc

I, Patrick M. Ryan, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

                                        */s/ Patrick M. Ryan*
                                          Patrick M. Ryan

**Winston & Strawn LLP**
**101 California Street**
**San Francisco, CA 94111-5802**

Case No.: M:07-CV-01819-CW, MDL No. 1819

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE UNREDACTED DOCUMENTS PURSUANT TO THE COURT'S JUNE 5, 2009 ORDER

**IT IS SO ORDERED.**

Dated:_____6/12_____, 2009

_____
THE HONORABLE CLAUDIA WILKEN
United States District Judge
Northern District of California

Case No.: M:07-CV-01819-CW, MDL No. 1819

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE
UNREDACTED DOCUMENTS PURSUANT TO THE COURT'S JUNE 5, 2009 ORDER

Winston & Strawn LLP
101 California Street
San Francisco, CA  94111-5802