Robert B. Pringle (CA Bar No. 051365)
Paul R. Griffin (CA Bar No. 083541)
Patrick M. Ryan (CA Bar No. 203215)
Jonathan E. Swartz (CA Bar No. 203624)
Laura A. Guillen (CA Bar No. 248874)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA  94111-5894
Telephone:     415-591-1000
Facsimile:      415-591-1400
rpringle@winston.com
pgriffin@winston.com
pryan@winston.com
jswartz@winston.com

Attorneys for Defendants
NEC ELECTRONICS CORPORATION and
NEC ELECTRONICS AMERICA, INC.

[*Other Counsel and Defendants Appear on Signature Page*]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS | Case No. M:07-CV-01819-CW<br><br>MDL No. 1819<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE UNREDACTED DOCUMENTS PURSUANT TO THE COURT'S ORDER(S) ON DEFENDANTS' MOTION TO SEAL** |

WHEREAS, on April 30, 2009, Defendants filed their Opposition to Class Certification ("Opposition Brief"), along with the declaration of Patrick M. Ryan and exhibits thereto ("Ryan Exhibits"), and the declaration of Michelle M. Burtis, Ph.D ("Burtis Report") and exhibits thereto ("Burtis Exhibits");

WHEREAS, Defendants filed their Opposition Brief, the Burtis Report, and certain Ryan

Exhibits and Burtis Exhibits under seal because these documents contain nonpublic, confidential, proprietary and competitively sensitive information of the Defendants and third parties;

WHEREAS, on May 1, 2009, Defendants filed an Amended Administrative Motion to Seal Portions of Documents Pursuant to Local Rule 7-11 and 79-5 ("Motion to Seal"), and the declaration of Eva C. Chan in support thereof;

WHEREAS, the declaration of Eva C. Chan filed in support of Defendants' Motion to Seal attached as Exhibit A lists of confidential third-party information in the Opposition Brief, Burtis Report, Burtis Exhibits, and Ryan Exhibits;

WHEREAS, certain third parties, including Kyocera Wireless Corporation ("Kyocera"), filed declarations and proposed orders in support of the Motion to Seal;

WHEREAS, on June 5, 2009, the Court granted in part and denied in part Defendants' Motion to Seal and did not set forth a deadline within which Defendants shall file the unredacted portions of documents the Court ordered to be filed in the public record;

WHEREAS, on June 10, 2009, the Defendants filed an Errata to the Motion to Seal to correct the inadvertent omission of Burtis Report Exhibit 50 from the Motion to Seal, and requested that the exhibit be sealed in its entirety;

WHEREAS, on June 10, 2009, the parties filed a Stipulation and Proposed Order to Extend the Time For Defendants to File Unredacted Documents Pursuant to the Court's June 5, 2009 Order;

WHEREAS, on June 12, 2009, the Court signed the Proposed Order and ordered that "Defendants shall file in the public record, by June 26, 2009, unredacted versions of all portions of the Opposition Brief, Burtis Declaration, Burtis Exhibits, and Ryan Exhibits not sealed by the Court in its June 5, 2009 Order or any superseding subsequent Orders.";

WHEREAS, on June 22, 2009, Kyocera filed a Request to Modify the Court's Sealing Order to request that certain of its confidential information be kept under seal;

WHEREAS, on June 23, 2009, the Defendants lodged a proposed order granting Defendants' request to seal Burtis Report Exhibit 50;

WHEREAS, on June 24, 2009, Kyocera lodged a proposed order granting its Request to

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

Modify the Court's Sealing Order;

WHEREAS, the Court has not had the opportunity to rule on Defendants' request to seal Burtis Report Exhibit 50 or Kyocera's Request to Modify the Court's Sealing Order;

WHEREAS, in order to allow the Court time to rule on Defendants' request to seal Burtis Report Exhibit 50 and Kyocera's Request to Modify the Court's Sealing Order, the parties agree that Defendants may have until three Court days after the Court rules on both Defendants' request to seal Burtis Report Exhibit 50 and Kyocera's Request to Modify the Court's Sealing Order to file in the public record unredacted versions of portions of the Opposition Brief, Burtis Report, Burtis Exhibits, and Ryan Exhibits not sealed by Court Order.

NOW THEREFORE, it is hereby stipulated by the undersigned counsel on behalf of the parties identified below, and subject to the Court's approval, that:

Defendants shall file in the public record, no later than three Court days after the Court rules on both Defendants' request to seal Burtis Report Exhibit 50 and Kyocera's Request to Modify the Court's Sealing Order, unredacted versions of all portions of the Opposition Brief, Burtis Report, Burtis Exhibits, and Ryan Exhibits not sealed by Court Order.

Dated: June 26, 2009   By:   */s/ Patrick M. Ryan*
PATRICK M. RYAN
WINSTON & STRAWN LLP

*Liaison Counsel for Defendants*

Dated: June 26, 2009   By:   */s/ Christopher T. Micheletti*
CHRISTOPHER T. MICHELETTI
ZELLE, HOFFMANN, VOELBEL
 & MASON LLP

*Interim Lead and Liaison Counsel for Indirect-Purchaser Class*

*Additional Defendants and Counsel:*
**LATHAM & WATKINS LLP**            **WHITE & CASE LLP**

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

3

Case No.: M:07-CV-01819-CW, MDL No. 1819
STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE UNREDACTED DOCUMENTS PURSUANT TO THE COURT'S ORDER(S) ON DEFENDANTS' MOTION TO SEAL

By */s/ Belinda Lee*
   Belinda Lee
   Attorneys for Defendants
   Toshiba Corporation and Toshiba
   America Electronic Components, Inc.

By */s/ Matthew S. Leddicotte*
   Matthew S. Leddicotte (*pro hac vice*)
   Attorneys for Defendant Etron Technology
   America, Inc.

**MAYER BROWN LLP**

**O'MELVENY & MYERS LLP**

By */s/ Robert E. Bloch*
   Robert E. Bloch (*pro hac vice*)
   Attorneys for Defendant
   Cypress Semiconductor, Inc.

By */s/ Michael F. Tubach*
   Michael F. Tubach
   Attorneys for Defendants
   Hynix Semiconductor Inc., and
   Hynix Semiconductor America Inc.

**McDERMOTT WILL & EMERY LLP**

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

By */s/ Craig P. Seebald*
   Craig P. Seebald (*pro hac vice*)
   Vincent van Panhuys (*pro hac vice*)
   Attorneys for Defendants Renesas
   Technology Corp., Renesas Technology
   America, Inc., Mitsubishi Electric
   Corporation, and Mitsubishi Electric &
   Electronics USA, Inc.

By */s/ James L. McGinnis*
   James L. McGinnis
   Attorneys for Defendants
   Samsung Electronics America, Inc.,
   Samsung Electronics Company, Ltd., and
   Samsung Semiconductor, Inc

    I, Patrick M. Ryan, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

    */s/ Patrick M. Ryan*
    Patrick M. Ryan

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

4

Case No.: M:07-CV-01819-CW, MDL No. 1819
STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE UNREDACTED DOCUMENTS PURSUANT TO THE COURT'S ORDER(S) ON DEFENDANTS' MOTION TO SEAL

**IT IS SO ORDERED.**

Dated:_____6/29_____, 2009

_____
THE HONORABLE CLAUDIA WILKEN
United States District Judge
Northern District of California

Winston & Strawn LLP
101 California Street
San Francisco, CA  94111-5802

5

Case No.: M:07-CV-01819-CW, MDL No. 1819
STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE UNREDACTED DOCUMENTS PURSUANT TO THE COURT'S ORDER(S) ON DEFENDANTS' MOTION TO SEAL