Robert B. Pringle (SBN: 51365)
Paul R. Griffin (SBN: 83541)
Patrick M. Ryan (SBN: 203215)
Jonathan E. Swartz (SBN: 203624)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA  94111-5802
Telephone:     (415) 591-1000
Facsimile:      (415) 591-1400

Attorneys for Defendants
NEC ELECTRONICS AMERICA, INC; and
NEC ELECTRONICS CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST LITIGATION <br><br> This Document Relates to: <br> ALL INDIRECT PURCHASER ACTIONS | **Case No.:  M:07-cv-1819 CW** <br><br> **MDL No. 1819** <br><br> **ORDER GRANTING DEFENDANTS' REQUEST TO SEAL EXHIBIT 50 TO THE DECLARATION OF MICHELLE M. BURTIS, PH.D.** <br><br> Judge:  Hon. Claudia Wilken |

Having reviewed Defendants' Amended Administrative Motion to Seal Portions of Documents Pursuant to Civil Local Rules 7-11 and 79-5 ("Motion to Seal"), the Declaration of Eva C. Chan related thereto, the Errata to Defendants' Motion to Seal filed June 10, 2009 as Docket Entry no. 726, and good cause appearing therefore, it is hereby ORDERED that:

In addition to the designated portions of the documents listed in the Court's Order dated June 5, 2009, Docket Entry no. 722, Granting in Part Defendants' Administrative Motion to Seal, Defendants' request to seal Exhibit 50 to the Declaration of Michelle M. Burtis, Ph.D. ("Burtis Report") **IS GRANTED.**

Exhibit 50 to the Burtis Report is a nonpublic, confidential, proprietary document of defendant Toshiba America Electronics Components, Inc. that contains competitively sensitive information about its specific strategy, sales and pricing of SRAM to its customers. If this information were revealed to customers and competitors, Toshiba America Electronics Components, Inc. would likely be harmed in future pricing and contract negotiations with customers. Defendants have established good cause to seal this document.

**IT IS SO ORDERED.**

Dated: 6/29/09

The Honorable Claudia Wilken
United States District Court Judge
Northern District of California

1
[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST TO SEAL EXHIBIT 50 TO THE DECLARATION OF MICHELLE M. BURTIS, PH.D.
Case No. M:07-cv-1819 CW; MDL No. 1819