1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   IN RE STATIC RANDOM ACCESS            Case Nos.        M:07-cv-1819 CW
     MEMORY (SRAM) ANTITRUST
12   LITIGATION,                           MDL No. 1819

13                                         **MODIFIED ORDER GRANTING IN
                                           PART DEFENDANTS'**
14                                         **ADMINISTRATIVE MOTION TO SEAL**
     This Document Relates to:
15   ALL INDIRECT PURCHASER ACTIONS,

16

17

18

19

20

21

22

23

24

25

26

27

28

---

[PROPOSED] MODIFIED ORDER GRANTING IN PART DEFENDANTS' ADMINISTRATIVE MOTION TO
SEAL

109934/000208/1066658.01

1    Having reviewed Third Party Kyocera Wireless Corporation's Request for Modification

2    to Sealing Order and the Declaration of Donald Timms in Support thereof, and good cause

3    appearing, the Court hereby FINDS good cause to file under seal the following portions of

4    Defendants' documents:

5    1.    The last sentence of Footnote 27 of the Burtis report, beginning with "Kyocera's"

6          and ending with "data they provided."

7    2.    Footnote 60 of the Burtis Report in its entirety.

8    3.    Footnote 61 of the Burtis Report in its entirety.

9    4.    Footnote 62 of the Burtis Report in its entirety.

10   5.    Footnote 63 of the Burtis Report in its entirety.

11   6.    Footnote 64 of the Burtis Report in its entirety.

12   7.    Paragraph 67, lines 12-16 of the Burtis Report, beginning with "Kyocera Wireless

13         Corporation" and ending with "shown in Exhibit 12."

14   8.    Footnote 96 of the Burtis Report in its entirety.

15   9.    Paragraph 68, lines 9-14 of the Burtis Report, beginning with "According to

16         Kyocera" and ending with "the cost of SRAM."

17   10.   Footnote 99 of the Burtis Report in its entirety.

18   11.   Paragraph 124, lines 2-6, of the Burtis Report, beginning with "Kyocera, a smart

19         phone" and ending with "of its products."

20   12.   Footnote 179 of the Burtis Report in its entirety.

21   13.   Paragraph 137, lines 4-5, of the Burtis Report, beginning with "As described" and

22         ending with "their customers."

23   14.   Paragraph 137, lines 9-12, of the Burtis Report, beginning with "Also described"

24         and ending with "SRAM cost."

25   15.   Paragraph 168, lines 14-17, of the Burtis Report, beginning with "Similarly" and

26         ending with "(as described above)."

27   16.   Paragraph 180, lines 10-16 of the Burtis Report, beginning with, "Information

28         obtained" and ending with, "depend on cost."

2

[PROPOSED] MODIFIED ORDER GRANTING IN PART DEFENDANTS' ADMINISTRATIVE MOTION TO
SEAL

109934/000208/1066658.01

1  17. Exhibit 12 of the Burtis Report, the last line of the chart, beginning with

2    "Kyocera" and ending with "%".

3  18. Class Certification Opposition, page 6, line 4, beginning with "Many intermediate

4    resellers," and ending with "¶7.)"

5  19. Class Certification Opposition, page 6, line 11, beginning with "(Burtis ¶124.)"

6  20. Class Certification Opposition, page 6, line 4, beginning with "Products sold by

7    US Cellular" through page 8, line 1, ending with "used for some phones."

8  21. Class Certification Opposition, page 6, line 11, beginning with "(Burtis ¶124.)"

9    and ending with "¶¶7-11.)"

10  22. Class Certification Opposition, page 6, line 20, beginning with "For example,

11    the," and ending with "¶8.)"

12  23. Class Certification Opposition, page 6, line 24, beginning with "Because SRAM"

13    through page 7 line 1, ending with "¶15.)"

14  24. Class Certification Opposition, page 7, line 12, beginning with "As an Original,"

15    and ending with "(emphasis added).)"

16  25. Class Certification Opposition, page 29, line 5, beginning with "Information

17    obtained" and ending with "actual cost."

18  26. Class Certification Opposition, page 38, line 1, beginning with "Additionally,

19    some" and ending with "¶7-10.)"

20  27. Class Certification Opposition, page 38, line 17, beginning with "Some carriers"

21    through Page 39, line 15, ending with "¶7-10.)"

22  28. Class Certification Opposition, page 39, line 16, beginning with "In these

23    instances" and ending with "in SRAM price."

24  29. Class Certification Opposition, page 40, line 2, beginning with "Ex" and ending

25    with "¶8.)"

26  30. Class Certification Opposition, page 40, line 6-8, beginning with "Ex" and ending

27    with "done so.").)"

28  31. Class Certification Opposition, page 40, line 24, beginning with "(Ex." through

[PROPOSED] MODIFIED ORDER GRANTING IN PART DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL

109934/000208/1066658.01

1      Page 41, line 2, ending with "(emphasis added).)"

2    32.   The Declaration of Steve Watts,[1] the entire ¶4 on Page 1, beginning with "When

3      purchasing mobile" and ending with "target prices."

4    33.   Watts Declaration, the entire ¶5 on Page 1, beginning with "Under the

5      arrangements" and ending with "for carriers/customers."

6    34.   Watts Declaration, the entire ¶6 on Page 1, beginning with "Generally, during"

7      and ending with "prices of its components."

8    35.   Watts Declaration, the entire ¶7 on Pages 1-2, beginning with "Because price" and

9      ending with "sold to carriers."

10   36.   Watts Declaration, the entire ¶8 on Page 2, beginning with "If a component" and

11      ending with "increase in price."

12   37.   Watts Declaration, the entire ¶9 on Page 2, beginning with "For mobile phones"

13      and ending with "by the carriers/customers."

14   38.   Watts Declaration, the entire ¶10 on Page 2, beginning with "For mobile phones"

15      and ending with "by the carriers/customers."

16   39.   Watts Declaration, the first sentence of ¶11 on Page 2, beginning with "The

17      pricing arrangement" and ending with "same period of time."

18   40.   Watts Declaration, the entire ¶13 on Page 2, beginning with "During the subpoena

19      period" and ending with "its carriers/customers."

20   41.   Watts Declaration, the entire ¶14 on Page 2, beginning with "At no time" and

21      ending with "SRAM increased."

22   42.   Watts Declaration, the entire ¶15 on Page 3, beginning with "The SRAM

23      component" and ending with "not have done so."

24   43.   Watts Declaration, the entire ¶16 on Page 3, beginning with "This is due" and

25      ending with "cost of SRAM."

26   44.   The Declaration of Mark Lieberman,[2] the entire ¶3 on Page 1, beginning with

27      "Only some" and ending with "contain SRAM."

28

[1] Filed as Exhibit C to the Declaration of Patrick M. Ryan in support of Defendants' Class Certification Opposition.
[2] Filed as Exhibit D to the Declaration of Patrick M. Ryan in support of Defendants' Class Certification Opposition.

4

[PROPOSED] MODIFIED ORDER GRANTING IN PART DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL

109934/000208/1066658.01

1    45.   Lieberman Declaration, the entire ¶4 on Page 1, beginning with "Kyocera

2          purchased" and ending with "contained SRAM."

3    46.   Lieberman Declaration, the entire ¶6 on Page 1, beginning with "If the price" and

4          ending with "in response thereto."

5    47.   Lieberman Declaration, the entire ¶7 on Page 1, beginning with "During the

6          subpoena period" and ending with "to its carrier/customers."

7    48.   Lieberman Declaration, the entire ¶8 on Pages 1-2, beginning with "Typically, the

8          SRAM" and ending with "the Subpoena Period."

9

10        Accordingly, Kyocera Wireless Corporation's Request for Modification to Sealing

11   Order is GRANTED.  Defendants may file under seal the designated portions of the documents

12   listed above.

13   **IT IS SO ORDERED.**

14

15        **6/29/09**

16   Dated: _____

          The Honorable Claudia Wilken
17        United States District Court Judge
          Northern District of California
18

19

20

21

22

23

24

25

26

27

28

---

5

[PROPOSED] MODIFIED ORDER GRANTING IN PART DEFENDANTS' ADMINISTRATIVE MOTION TO
SEAL