


FRANCIS O. SCARPULLA (41059)
CRAIG C. CORBITT (83251)
CHRISTOPHER T. MICHELETTI (136446)
JANE YI (257893)
ZELLE HOFMANN VOELBEL & MASON LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone:     (415) 693-0700
Facsimile:      (415) 693-0770
fscarpulla@zelle.com
ccorbitt@zelle.com

*Interim Lead and Liaison Counsel for
Indirect Purchaser Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST LITIGATION | Case No. M:07-CV-01819-CW<br><br>MDL No. 1819<br><br>**ERRATA TO DECLARATION OF CHRISTOPHER T. MICHELETTI IN SUPPORT OF INDIRECT PURCHASER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Hearing Date: September 3, 2009<br>Time: 2:00 p.m.<br>Courtroom: 2, 4th Floor<br>Judge: Hon. Claudia Wilken |
| This Document Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS | |

---

ERRATA TO DECLARATION OF CHRISTOPHER T. MICHELETTI IN SUPPORT OF INDIRECT PURCHASER
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION
Case No. M:07-cv-1819 CW; MDL No. 1819

# ERRATA

The Declaration of Christopher T. Micheletti In Support of Indirect Purchaser Plaintiffs' Motion For Class Certification ("Micheletti Declaration"), filed on July 2, 2009, included certain typographical errors and inadvertently omitted certain pages from the Exhibits thereto. Attached hereto as Exhibit A is a corrected version of the Micheletti Declaration along with corrected versions of Exhibits 18, 19, 94, 105 and 106 thereto.

The following typographical errors have been corrected in the Micheletti Declaration:

- Paragraph 61 has been corrected to read: "Attached as Exhibit 60 hereto is a true and correct copy of a document produced in this litigation with Bates number CYP060172 - 060175."
- Paragraph 64 has been corrected to read: "Attached as Exhibit 63 hereto is a true and correct copy of a document produced in this litigation with Bates number CYP052066 - 052068."
- Paragraph 67 has been corrected to read: "Attached as Exhibit 66 hereto is a true and correct copy of a document produced in this litigation with Bates number eCYP0243305-0243306, eCYP0243311-0243312."
- Paragraph 94 has been corrected to read: "Attached as Exhibit 93 hereto is a true and correct copy of excerpts of the deposition of Michelle M. Burtis, Ph.D., in the *SRAM* litigation, dated June 5, 2009, and Exhibit 10 thereto."

The following Exhibits to the Micheletti Declaration were missing certain pages and have been corrected:

- Exhibit 18 to the Micheletti Declaration (adding page 46 of the nXio deposition).
- Exhibit 19 to the Micheletti Declaration (adding page 58 of the Penobscot Eye Care deposition).
- Exhibit 94 to the Micheletti Declaration (adding pages 120, 162 of the Mark Dwyer deposition).

- Exhibit 105 to the Micheletti Declaration (submitted under seal version) (adding pages 202-204 of the O.S. Kwon deposition).
- Exhibit 106 to the Micheletti Declaration (submitted under seal version) (replacing contents with correct Exhibit 150 to the deposition of O.S. Kwon of Samsung in the *SRAM* litigation).

Dated: July 8, 2009                                    Respectfully submitted,

          */s/ Christopher T. Micheletti*
          Christopher T. Micheletti

FRANCIS O. SCARPULLA (41059)
CRAIG C. CORBITT (83251)
CHRISTOPHER T. MICHELETTI (136446)
JANE YI (257893)
ZELLE HOFMANN VOELBEL &
MASON LLP
44 Montgomery Street, Suite 3400
San Francisco, CA  94104
Telephone:     (415) 693-0700
Facsimile:      (415) 693-0770
fscarpulla@zelle.com
ccorbitt@zelle.com

*Interim Lead and Liaison Counsel for Indirect Purchaser Class*

#3217983

3

ERRATA TO DECLARATION OF CHRISTOPHER T. MICHELETTI IN SUPPORT OF INDIRECT PURCHASER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION
Case No. M:07-cv-1819 CW; MDL No. 1819

3217983v1