SCOTT A. SHER, State Bar No. 190053
Email: ssher@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street, N.W., 5th Floor
Washington, DC 20006
Telephone: (202) 973-8800
Facsimile: (202) 973-8899

LISA A. DAVIS, State Bar No. 179854
Email: ldavis@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 493-6811

Counsel for Defendant
Integrated Silicon Solution, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| In re STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST LITIGATION | Case No. M:07-CV-01819-CW<br><br>MDL No. 1819 |
|---|---|
| This Document Relates To:<br>    ALL ACTIONS | **STIPULATION REGARDING SUBSTITUTION OF COUNSEL AND ORDER** |

# STIPULATION

The undersigned party and counsel hereby stipulate that Defendant Integrated Silicon Solution, Inc. ("ISSI") has decided to engage Scott A. Sher, Lisa A. Davis, Franklin M. Rubinstein, and the law firm of Wilson Sonsini Goodrich & Rosati PC ("Wilson Sonsini") to represent ISSI in the above-captioned matter in the place of Matthew S. Leddicotte, Douglas M. Jasinski, Mark F. Lambert, Ellen McGinty King, and the law firm of White & Case LLP.  White & Case LLP's addresses of record are 701 Thirteenth Street, NW, Washington, DC, 20005, telephone (202) 626-3600, facsimile (202) 639-9355; and 3000 El Camino Real, 5 Palo Alto Square, 10th Floor, Palo Alto, CA 94306, telephone (650) 213-0300, facsimile (650) 213-8158.

On June 3, 2009, Wilson Sonsini appeared as counsel on behalf of ISSI, *see* Docket Entry #720, and has begun receiving all papers, pleadings, and notices in the litigation at Wilson Sonsini's addresses of record:  1700 K Street, N.W., 5th Floor, Washington, DC 20006, telephone (202) 973-8800, facsimile (202) 973-8899, and 650 Page Mill Road, Palo Alto, CA 94304-1050, telephone (650) 493-9300, facsimile (650) 493-6811.  *See* Civil L.R. 11-5(b).

Defendant ISSI hereby requests the Court to permit Wilson Sonsini to substitute as counsel of record for White & Case LLP on ISSI's behalf.

I consent to the above substitution of counsel:

Dated:  July 16, 2009                **INTEGRATED SILICON SOLUTION, INC.**

By: /s/ John M. Cobb
JOHN M. COBB
Vice President and Chief Financial Officer
Integrated Silicon Solution, Inc.

I consent to the above substitution of counsel and am admitted to the bar of this Court:

Dated:  July 16, 2009                **WILSON SONSINI GOODRICH & ROSATI PC**

By: /s/ Lisa A. Davis
SCOTT A. SHER
LISA A. DAVIS
FRANKLIN M. RUBINSTEIN
Counsel for Defendant
Integrated Silicon Solution, Inc.

1 | I consent to the above substitution of counsel:

2 | Dated: July 16, 2009

**WHITE & CASE**LLP

By: /s/ Matthew S. Leddicotte
  MATTHEW S. LEDDICOTTE
  DOUGLAS M. JASINSKI
  MARK F. LAMBERT
  ELLEN MCGINTY KING
  Former Counsel for Defendant
  Integrated Silicon Solution, Inc.

### ATTESTATION OF FILING

Pursuant to N.D. Cal. General Order 45, Section 45(X)(B), I, Lisa A. Davis, attest that concurrence in the filing of this document has been obtained by all the signatories hereto.

Dated: July 16, 2009

**WILSON SONSINI GOODRICH & ROSATI PC**

By: /s/ Lisa A. Davis
  LISA A. DAVIS
  Counsel for Defendant
  Integrated Silicon Solution, Inc.

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  7/21 , 2009

_____
Claudia Wilken
United States District Judge

- 2 -

STIPULATION RE SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER
CASE NO. M:07-CV-01819-CW, MDL NO. 1819