Robert B. Pringle (CA Bar No. 051365)
Paul R. Griffin (CA Bar No. 083541)
Patrick M. Ryan (CA Bar No. 203215)
Jonathan E. Swartz (CA Bar No. 203624)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA  94111-5894
Telephone:     415-591-1000
Facsimile:     415-591-1400
rpringle@winston.com
pgriffin@winston.com
pryan@winston.com
jswartz@winston.com

Attorneys for Defendants
NEC ELECTRONICS CORPORATION and
NEC ELECTRONICS AMERICA, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST LITIGATION | Case No.:  M:07-cv-1819 CW |
| | MDL No. 1819 |
| This Document Relates To: | **DECLARATION OF PATRICK M. RYAN IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE THE EXPERT REBUTTAL OPINIONS OF MARK DWYER AND MICHAEL J. HARRIS** |
| All Indirect Purchaser Actions | |
| | Date:          September 3, 2009 |
| | Time:          2:00 p.m. |
| | Location:      Courtroom 2, 4th Floor |
| | Judge:         Hon. Claudia Wilken |

Winston & Strawn LLP
101 California Street
San Francisco, CA  94111-5894

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

I, Patrick M. Ryan, declare as follows:

I am a member in good standing of the State Bar of California and a Partner with Winston & Strawn LLP, attorneys for defendants NEC Electronics America, Inc. and NEC Electronics Corporation in the above-entitled action.  I have personal knowledge of the facts set forth herein, except where noted, and, if called to testify, could and would competently testify thereto.

1.  Attached as Exhibit I is a true and correct copy of "*The Theory and the Facts of How Markets Clear*: *Is Industrial Organization Valuable for Understanding Macroeconomics*," Dennis W. Carleton, Handbook of Industrial Organization, in: R. Schmalensee & R. Willig (ed.), Handbook of Industrial Organization, Edition 1, Volume 1.

2.  Attached as Exhibit II is a true and correct copy of "*The Magnitude of Menu Costs: Direct Evidence from Large U.S. Supermarket Chains*," Daniel Levy, et. al., August 1997, *The Quarterly Journal of Economics*, Vol. 112, No. 3 (Aug., 1997).

3.  Attached as Exhibit III is a true and correct copy of "*Loss Leader Pricing and Rain Check Policy*," James, Hess D. and Eitan Gerstner, Fall 1987, *Marketing Science*, Vol 6. No. 4 (1987).

4.  Attached as Exhibit IV is a true and correct copy of "*The Role of Pricing Endings*: *Why Stores May Sell More at $49 than $44*," Eric Anderson and Simester, Duncan, (May 2000), Graduate School of Business University of Chicago Working Paper.

5.  Attached as Exhibit V, is a true and correct copy of "*The Strategy and Tactics of Pricing, A Guide to Growing More Profitably*," (2006), Thomas T. Nagle and John E. Hogan.

6.  Attached as Exhibit VI,  "Estimating Overcharges in Antitrust Cases Using a Reduced-Form Approach:  Methods and Issues," Journal of Applied Economics, Vol IX, No. 2 (Nov 2006), James Nieberding,.

7.  Attached as Exhibit VII is a true and correct copy of an excerpt of Basic Econometrics, 2nd edition, 1988, Damodar N. Gujarati.

8.  Attached as Exhibit. VIII is a true and correct copy of an excerpt of ABA Section of Antitrust Law, Econometrics Legal, Practical, and Technical Issues.

-1-

-2-

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed July 30 2009, in San Francisco, California.

                                    _____/s/ Patrick M. Ryan_____
                                         Patrick M. Ryan

**Winston & Strawn LLP**
**101 California Street**
**San Francisco, CA  94111-5894**

DECLARATION OF PATRICK M. RYAN IN SUPPORT OF DEFENDANTS' MOTION TO
EXCLUDE THE EXPERT REBUTTAL OPINIONS OF MARK DWYER AND MICHAEL J. HARRIS (M:07-CV-1819 CW)