**Ryan Declaration**

**EXHIBIT I (Part 1 of 3)**
**Book:**
*The Theory and the Facts of How Markets Clear*

# HANDBOOK OF INDUSTRIAL ORGANIZATION

## VOLUME I

*Edited by*

**RICHARD SCHMALENSEE**
*Massachusetts Institute of Technology*

and

**ROBERT D. WILLIG**
*Princeton University*

Case 4:07-md-01819-CW   Document 798-1   Filed 07/30/09   Page 3 of 14

ELSEVIER SCIENCE PUBLISHERS B.V.
Sara Burgerhartstraat 25
P.O. Box 1991, 1000 BZ Amsterdam
The Netherlands

*Distributors for the United States and Canada:*
ELSEVIER SCIENCE PUBLISHING COMPANY, INC.
655 Avenue of the Americas
New York, N.Y. 10010
U.S.A.

ISBN North-Holland for this set 0 444 70436 1
ISBN North-Holland for this volume 0 444 70434 5

First edition: 1989
Second impression: 1990



Library of Congress Cataloging-in-Publication Data

Handbook of industrial organization/edited by Richard Schmalensee
    and Robert Willig.
      p. cm. — (Handbooks in economics; 10)
    Includes bibliographies.
      ISBN 0-444-70434-5 (v. 1).   ISBN 0-444-70435-3 (v. 2).   ISBN
    0-444-70436-1 (set)
        1. Industrial organization (Economic theory) — Handbooks, manuals,
    etc.    I. Schmalensee, Richard.   II. Willig, Robert D., 1947-
    III. Series: Handbooks in economics; bk. 10.
    HD2326.H28   1988
    338.6—dc 19
                                                   88-25138
                                                      CIP

© ELSEVIER SCIENCE PUBLISHERS B.V., 1989

All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording or otherwise, without the prior written permission of the publisher, Elsevier Science Publishers B.V./ Physical Sciences and Engineering Division, P.O. Box 1991, 1000 BZ Amsterdam, The Netherlands.

Special regulations for readers in the U.S.A. - This publication has been registered with the Copyright Clearance Center Inc. (CCC), Salem, Massachusetts. Information can be obtained from the CCC about conditions under which photocopies of parts of this publication may be made in the U.S.A. All other copyright questions, including photocopying outside of the U.S.A., should be referred to the publisher, unless otherwise specified.

No responsibility is assumed by the publisher for any injury and/or damage to persons or property as a matter of products liability, negligence or otherwise, or from any use or operation of any methods, products. instructions or ideas contained in the material herein.

PRINTED IN THE NETHERLANDS

INTRODU(

The aim of th
various branch
and teaching
graduate stude
state of a bra
specialists on
marize not or
journal article
but the main
Handbooks ai
professional cc
courses for gra

*J.F. Reinganum*
cago: Rand McNally
er & Row,
points in extensive
petition', *Review of*
70.
ance', *Econometrica*,
out winner-take-all',
rd University Press,
*Economic Review*,
92.
e is a sequence of

*Chapter 15*

# THE THEORY AND THE FACTS OF HOW MARKETS CLEAR: IS INDUSTRIAL ORGANIZATION VALUABLE FOR UNDERSTANDING MACROECONOMICS?

DENNIS W. CARLTON*

*University of Chicago and NBER*

## Contents

1. Introduction
2. Simple theories of how markets clear | 910
   2.1. Competition | 912
   2.2. Oligopoly models | 912
   2.2. Monopoly | 913
3. Empirical evidence on the role of price in allocating goods | 915
   3.1. Casual observation | 916
   3.2. Studies of price statistics | 916
   3.3. Summary of evidence on prices | 917
4. How to explain the evidence | 924
   4.1. Extensions to the simple theory – the introduction of time | 925
   4.2. Fixed costs of changing price | 925
   4.3. Asymmetric information and moral hazard | 931
   4.4. Toward a general theory of allocation | 934
   4.5. Summary of new theories | 936
5. Market structure means more than just the degree of concentration | 940
   5.1. Produce to order versus produce to stock | 941
   5.2. Transmission of shocks in industries with fixed prices | 941
6. Summary | 942
References | 943
| 943

*I thank NSF for research support and Yakov Amihud, Reuven Brenner, Kenneth McLaughlin, Haim Mendelson, Richard Schmalensee, Margaret Sheridan, and George Stigler for helpful comments. The research reported here is part of NBER's research program in Economic Fluctuations. Any opinions expressed are those of the author and not those of NBER.

*Handbook of Industrial Organization, Volume I*, Edited by *R. Schmalensee and R.D. Willig*
© *Elsevier Science Publishers B.V., 1989*

910

*D.W. Carlton*

## 1. Introduction

Industrial organization is the study of how individual industries operate. It attempts to explain how an industry reaches an equilibrium price and output and how the industry behaves over time in response to changes in either supply or demand conditions. As is typical in microeconomics, an important focus of attention has been on how price clears markets. Industrial organization, perhaps more than any other branch of microeconomics, has been well aware that the observed behavior of prices turns out to be different from that predicted by any of the simple models of market clearing. Despite this disparity between the evidence and the theory, industrial organization has not, until quite recently, made great strides toward resolving the conflict. This chapter describes some of the simple as well as more recently developed and more complicated theories of how markets clear, and presents evidence on what industrial organization economists know about how markets clear.

Aside from industrial organization economists, macroeconomists are also deeply interested in the question of how markets clear. In Keynesian macroeconomics it is assumed that for some (often unexplained) reason certain markets, typically the labor market, do not clear because a price is rigid. When prices fail to clear markets, inefficiencies develop, resources are wasted and unemployment can arise. If industrial organization economists find that certain prices are rigid, that fact should be of great interest to Keynesians since their theories depend on these price rigidities. Whether or not one is a Keynesian, understanding how markets clear over time is valuable information to a macroeconomist. If industrial organization economists can indeed predict the time path of prices, output, investments, the employment of factors, and inventories, and the transmission of shocks from one sector of the economy to the other, those predictions would be of interest to macroeconomists attempting to explain business cycles. Recent explanations of business cycles [e.g. Lucas (1981)] stress the importance of intertemporal substitution patterns, either in demand or in supply. It is these intertemporal substitution patterns that industrial organization economists can help describe.

Much of the recent work in macroeconomics emphasizes the importance of information transmission in the economy [e.g. Lucas (1981)]. For example, some current explanations for unemployment and business cycles depend upon individuals having difficulty obtaining information about the economic environment from their own observations of the marketplace. These theories, which stress the role of information, owe a great debt to Stigler's (1961) initial analysis of market behavior when search costs are positive. Recent advances in the theory of finance

have emphasize
market, can faci
and Stiglitz (19
markets are jus
which have diffe
industrial organi
organization wil
market organiza
sectors of the ec
likely to occur.

One possible
industrial organ
answering how t
Although this is
one of many wa
product, variabi
ability to plan
characteristics l
characteristics l
economists thar
effects of differe
tance to macroe
chapter will disc

Although it is
macroeconomist
organization wil
into macroecon
years to provide
sents interactior
reason is that ir
areas of potenti
of these new are
provide a valual
will probably b
economists rathe

This chapter i
of how markets

[1]I do not discus
economists have do
Higinbotham (1977)
[Stigler (1971), Peltz

Case 4:07-md-01819-CW     Document 798-1     Filed 07/30/09     Page 6 of 14

*D.W. Carlton*

ustries operate. It
ce and output and
ι either supply or
ιportant focus of
ιnization, perhaps
ll aware that the
predicted by any
rity between the
il quite recently,
escribes some of
cated theories of
ial organization

ts are also deep-
nacroeconomics
ιrkets, typically
ces fail to clear
ιployment can
are rigid, that
epend on these
ς how markets
If industrial
ιrices, output,
ansmission of
ons would be
ycles. Recent
ιportance of
ι. It is these
ιnomists can

ιportance of
ιmple, some
upon indi-
nvironment
h stress the
ς of market
ι of finance

have emphasized how well-organized competitive auction markets, like a stock market, can facilitate the aggregation of information [see, for example, Grossman and Stiglitz (1980)]. This chapter will explain that auction markets and search markets are just two of many possible types of market organization, each of which have different properties of information transmission. This means that if industrial organization economists have theories to predict which type of market organization will develop and how information gets transmitted in each type of market organization, they could assist macroeconomists in pinpointing those sectors of the economy where information lags and information errors are most likely to occur.

One possible reason why macroeconomics has not paid more attention to industrial organization is that much of industrial organization seems fixated on answering how the behavior of markets differs as industry concentration changes. Although this is certainly an interesting question, industry concentration is only one of many ways in which markets can differ. Market liquidity, heterogeneity of product, variability in demand and supply, the ability to hold inventories, and the ability to plan are also interesting characteristics, and differences in these characteristics lead to different market behavior. Yet the effect of these other characteristics has received much less attention from industrial organization economists than the effect of differences in industry concentration. And the effects of differences in these other characteristics may well be of more importance to macroeconomists than the effects of differences in concentration. This chapter will discuss some of these other characteristics.

Although it is clear that industrial organization does have something to offer macroeconomists, it is unlikely that macroeconomists who study industrial organization will suddenly realize that they have been overlooking key insights into macroeconomics. One reason is that the attempt within the last ten to fifteen years to provide a rigorous micro-foundation for macroeconomics already represents interaction between industrial organization and macroeconomics. Another reason is that industrial organization has only recently been making progress in areas of potential interest to macroeconomists. My own assessment is that some of these new areas of research, which I describe below, do have the potential to provide a valuable contribution to macroeconomics. However, the contributions will probably be better characterized as sharpening the perspective of macroeconomists rather than as fundamentally changing how macroeconomists think.[1]

This chapter is organized as follows. Section 2 discusses some simple theories of how markets clear. These simple theories focus on price as the mechanism

---

[1] I do not discuss the concept of money and credit. Even here, a few industrial organization economists have done some work that might interest macroeconomists. See, for example, Telser and Higinbotham (1977) and Telser (1978, ch. 10). I also do not discuss the political theory of regulation [Stigler (1971), Peltzman (1976)] which might be used to explain fiscal and monetary policy.

912

D.W. Carlton

Ch. 15: How Markets Cle

used to achieve resource allocation and investigate how the price-clearing function is altered depending upon whether the market is a competitive one, an oligopoly or a monopoly. Section 3 provides evidence on what industrial economists know about price behavior. The evidence is sufficiently at variance with any of the predictions of the simple theories that it raises serious questions about the usefulness of these theories for explaining price behavior in many markets. Section 4 investigates a variety of alternative theories that go a good way, though not all the way, toward explaining some of the observed puzzles in the data on price. In particular, I present a general theory of how markets operate without relying upon price as the exclusive market clearing mechanism. In Section 5, I focus on features of market structure other than the degree of market concentration to show how market structure matters in explaining the response of various industries to shocks in either supply or demand. Section 6 presents my conclusions.

## 2. Simple theories of how markets clear

In this section I briefly survey the three most important simple models of how markets operate. These simple models form the background against which I will analyze the evidence on prices in the next section. Although these models are admittedly simple, it is first necessary to understand where the simple models fail in order to develop better models.

### 2.1. Competition

Probably the simplest and most frequently used model to evaluate industry behavior is the standard competitive model in which price adjusts so as to equate supply to demand. This model assumes that there is a well-functioning auction market in which transactions take place. There is no cost to using such a market nor is there uncertainty affecting suppliers or demanders.

The focus of the model is to explain price fluctuations as the mechanism to clear markets. Given the standard assumptions of a perfectly competitive model, it is straightforward to trace out how the market responds to shifts in either supply or demand. For example, we can write in equilibrium that

$$D(P; \alpha) = S(P; \alpha), \tag{1}$$

where $D$ is the demand curve, $S$ is the supply curve, $P$ is the price, and $\alpha$ represents exogenous factors influencing supply or demand or both. We can

rewrite equation (1)
in equation (2)

$$\ln D(\ln P; \ln \alpha)$$

where $\ln \alpha = $ log of
equation (2) to figur
It is straightforward
1 percent change in
of demand and sup

$$\frac{d \ln P}{d \ln \alpha} \propto \frac{1}{E_S - }$$

where $E = $ elasticity
   The insights from
the analyst, once he
uses equation (3) to
not much attention
of $E_S$ or $E_D$, based
   The competitive n
either demand or su
by which price has
There are no unsatis
the good but canno
price changes are pe

### 2.2. Oligopoly mode

It has long been rec
few firms in the n
interdependence. In
equal the summatic
amount one firm is
firm thinks its rivals
behavior that is un
model reflects in pa
bit in their behavic
completely describe
Bertrand, Cournot,
are no unsatisfied de

*D.W. Carlton*

price-clearing func-
ompetitive one, an
on what industrial
iciently at variance
es serious questions
behavior in many
ies that go a good
observed puzzles in
y of how markets
earing mechanism.
than the degree of
in explaining the
demand. Section 6

le models of how
ainst which I will
these models are
imple models fail

valuate industry
s so as to equate
ctioning auction
ig such a market

e mechanism to
npetitive model.
shifts in either
t

(1)

ie price, and $\alpha$
both. We can

rewrite equation (1) in logarithmic form (with the obvious change of variables) as in equation (2)

$$\ln D(\ln P; \ln \alpha) = \ln S(\ln P; \ln \alpha), \tag{2}$$

where $\ln \alpha$ = log of exogenous factors. We can perform comparative statistics on equation (2) to figure out how price will change in response to fluctuations in $\alpha$. It is straightforward to show that the percentage change in price resulting from a 1 percent change in exogenous factors will be related inversely to the elasticities of demand and supply as given by equation (3):

$$\frac{d \ln P}{d \ln \alpha} \propto \frac{1}{E_S - E_D}, \tag{3}$$

where $E$ = elasticity of supply ($E_S$) or demand ($E_D$).

The insights from the competitive model usually stop with (3). This means that the analyst, once he knows the elasticities of supply and demand, is done. He uses equation (3) to predict the price effects using the price elasticities. Typically not much attention is paid to the economic explanations of the likely magnitude of $E_S$ or $E_D$, based upon the economic motivation of firms and individuals.

The competitive model is elegant in its simplicity and in its predictions. When either demand or supply changes, price adjusts to clear the market. The amount by which price has to adjust depends upon the supply and demand elasticities. There are no unsatisfied demanders at any instant nor any sellers who wish to sell the good but cannot. All sellers receive and all buyers pay the same price, and price changes are perfectly correlated across different buyers.

## 2.2. Oligopoly models

It has long been recognized that the competitive model will fail if there are only a few firms in the marketplace and if these few firms recognize their mutual interdependence. In such a situation, the industry supply curve will no longer equal the summation of the marginal cost curves of the firms. Instead, the amount one firm is willing to supply depends, in part, on the reactions that the firm thinks its rivals will take to its actions. There is no one model of oligopoly behavior that is uniformly accepted today. This inability to develop a single model reflects in part ignorance, but also the fact that oligopolies differ quite a bit in their behavior, and therefore it is unrealistic to expect one model to completely describe their behavior. Most simple models of oligopoly (e.g. Bertrand, Cournot, kinked demand curve) assume that however price is set, there are no unsatisfied demanders or sellers at that price, that price changes are passed

Case 4:07-md-01819-CW    Document 798-1    Filed 07/30/09    Page 9 of 14

914  *D.W. Carlton*  *Ch. 15: How Mar*



Figure 15.1. Kinked demand curve.

along to all buyers simultaneously, and that it is not costly to transact in the market.

One common theme of most models of oligopoly is that the behavior of price in an oligopoly is much different than it is in a competitive market. This insight is useless, though, unless it is possible to describe the types of differences one expects. One early attempt was to use the model of the kinked demand curve to explain oligopoly pricing.[2] As shown in Figure 15.1, under the kinked demand curve theory of oligopoly pricing, every firm faces a demand curve that is much more elastic above a price, $p$, and much less elastic below that price. If firms do face such demand curves, it is clear that there will be a tendency for firms to price at $p$ for a range of different marginal costs. The marginal cost curve will go through the gap in the marginal revenue curve (see Figure 15.1). The kinked demand theory of oligopoly behavior therefore predicts that prices will tend to remain unchanged for small changes in costs.

Unfortunately, the theory is silent on how price initially gets set. The kinked demand curve is certainly not a theory to explain price levels. At best, it is a theory to explain why prices do not change in response to modest shifts in cost. (In response to large shifts in cost, the theory predicts that prices should change, although it provides no guidelines as to how the new price level will then be set.)

The property of the kinked demand curve that price is unresponsive to some cost fluctuations is preserved in most discussions of oligopoly theory whether or

---

[2]Other recent models yielding kinked demand curves include Salop (1979) and Schmalensee (1982).

---

not based on t
fluctuate less i
otherwise in o
change occurs
Hence, firms :

### 2.3. Monopoly

The theory of
firm calculate
marginal cost.
how the shaf
influenced by
tion of the th
in the models
the market p
market price
assumed to b
be highly con

It is straigl
monopolist w
marginal cost
of the new m.

It is comm
than it would
upon an exam
marginal cost
change in ma

$$Q = 9 -$$

and marginal
3, the optima
cost increase.

With lineai
if costs are cl
than the vari;
precisely the
demand curv
cost. Then th
Since the ma

not based on the kinked demand curve. The reasoning is that in oligopolies prices fluctuate less in response to cost changes (especially small ones) than they would otherwise in order not to disturb existing oligopolistic discipline. Anytime a price change occurs in an oligopoly, there is a risk that a price war could break out. Hence, firms are reluctant to change price.

## 2.3. Monopoly

The theory of monopoly like the theory of competition is exceedingly simple. The firm calculates its marginal revenue curve and equates marginal revenue to marginal cost. Again, the simple theory of monopoly does not typically analyze how the shapes of either the demand curve or marginal cost curve will be influenced by economic motivations facing consumers or the firm. The implication of the theory of monopoly is that price will exceed marginal cost. Again, as in the models of competition and oligopoly, there are no unsatisfied demanders at the market price, and the cost of allocating goods, that is the cost of using a market price to allocate goods, is assumed to be zero. The demand curve is assumed to be known and price changes across different buyers are expected to be highly correlated.

It is straightforward to use the simple theory of monopoly to explain how a monopolist will react to shifts in either supply or demand. For example, if marginal costs change, then the new price will be determined by the intersection of the new marginal cost curve with the marginal revenue curve.

It is common to see statements that a monopolist will have his price vary less than it would if the market were competitive. This intuition seems to be based upon an example in which demand curves are linear. In such a case any change in marginal costs will be translated into a change in price that is *less* than the change in marginal costs. For example, if the demand curve equals

$$Q = 9 - P, \tag{4}$$

and marginal cost equals 1, the optimal price is 5. If marginal cost rises from 1 to 3, the optimal price goes up from 5 to 6. That is, price rises by one-half of the cost increase.

With linear demand curves and constant marginal cost, it is easy to show that if costs are changing over time, then the resulting variance in cost will be *greater* than the variance in price. However, it is also possible to construct models with precisely the opposite property. For example, suppose a monopolist faces a demand curve with a constant elasticity of demand and has a constant marginal cost. Then the monopolist's price equals a constant mark up above marginal cost. Since the mark up exceeds 1, it follows that the variance of price will exceed the

916

variance in marginal cost. For example, if the elasticity were two, the monopolist would be charging a price of $2 if marginal cost were $1. If marginal cost were to rise by $2 to $3, the optimal price would rise by $4 and become $6. The increase in price would exceed the increase in cost.

The previous examples show that the relationship of price changes to cost changes varies with the shape of the demand curve and therefore it is not possible to make any general statements about the variance of price in relation to the variance of cost based upon whether a market is competitive or monopolized. Moreover, since we know that oligopolies run the spectrum from almost competitive industries to almost monopolized industries, the simple theories do not allow any differential predictions of price flexibility for (large cost changes) that depend solely on the degree of competitiveness of the market.[3]

## 3. Empirical evidence on the role of price in allocating goods

Several types of evidence are available to enlighten economists on the role that price plays in clearing markets. One type of evidence is casual observation which, although not terribly scientific, is better than no observation at all. Another type of evidence relies upon surveys of prices paid, as best they can be measured, for different commodities and across time. We now review the evidence.

### 3.1. Casual observation

Even if an economist has never studied the actual empirical distributions of prices across markets, he has transacted in many markets himself. He knows that it is not unusual for him to go to the supermarket to buy a product and for the supermarket to be out of that product. He knows that if there are three cars ahead of him at the gas station, the price of gasoline at the pump will not rise, but rather he will have to wait to get his car filled up. In fact, for many items he commonly purchases, the price, once set, stays fixed for a while.

Newspaper articles often describe how some companies have difficulty assuring themselves of supply during periods of high demand. Histories of business, such as Alfred Chandler's *The Visible Hand* [Chandler (1977)] described in detail that many firms vertically integrate, not necessarily to get a lower price for the product, but rather simply to get the product on a reliable basis. Waiting for a good and being unable to purchase a good when one wants it are typical rather than atypical experiences in many markets. In periods of tight supply, preferred customers get delivery, while new customers often are unable to assure them-

[3] For small cost changes, the theory of oligopoly suggests that prices may remain unchanged.

selves of a sup
customers may

The notion
markets price
the simple the
demanders, ye

### 3.2. Studies of

#### 3.2.1. Early stu

One of the ear
one by Frederi
by the BLS i
represents an c

In Figure 1
frequency of p
distribution ac
is, there are m
whose prices cl
explain empiri
that in some i
showing reflect
curves. So, for



Figure 15.2. Colur
periods. The horizc
the right. The vert

Case 4:07-md-01819-CW    Document 798-1    Filed 07/30/09    Page 12 of 14

e two, the monopolist
marginal cost were to
ome $6. The increase

rice changes to cost
fore it is not possible
e in relation to the
ive or monopolized.
om almost competi-
heories do not allow
hanges) that depend

ts on the role that
observation which,
t all. Another type
be measured, for
dence.

distributions of
lf. He knows that
duct and for the
re are three cars
mp will not rise,
r many items he

ifficulty assuring
f business, such
ed in detail that
r price for the
. Waiting for a
e typical rather
pply, preferred
o assure them-

in unchanged.

selves of a supply at the same price as the steady customers. In fact, short-term customers may be unable to get the product at all.

The notion that emerges from these types of observations is that in many markets price may not be the sole mechanism used to clear the market. None of the simple theories of Section 2 are able to explain the existence of unsatisfied demanders, yet, that fact appears to be an essential feature of many markets.

### 3.2. Studies of price statistics

### 3.2.1. Early studies

One of the earliest studies regarding the flexibility and behavior of prices is the one by Frederick Mills (1927). Mills examined numerous price statistics gathered by the BLS for frequency of change and amplitude of change. His work represents an outstanding contribution to our knowledge of price behavior.

In Figure 15.2 I have reproduced some of Mills' findings regarding the frequency of price change over various time periods. The diagrams show that the distribution across markets of the frequency of price changes is U-shaped. That is, there are many products whose prices change frequently, and many products whose prices change infrequently. I am unaware of any attempt by economists to explain empirically the shape of these functions. Of course, it is possible to say that in some industries there is no need for price change, and what Mills is showing reflects simply the distribution of shocks to various supply and demand curves. So, for example, there are many markets for which shocks are frequent.



Figure 15.2. Column diagrams showing distributions of measures of frequency of price change, by periods. The horizontal axis measures frequency of price change. Frequency increases as one moves to the right. The vertical axis measures the number of commodities of any given frequency. [*Source*: Mills (1927, p. 371).]

918

while there are also many markets for which shocks are few. While that is one possibility, another is that there are some markets for which prices change frequently and are the exclusive device used to clear markets, while there are other markets for which price does not vary frequently and something else is going on to clear those markets.

It remained for Means (1935) to create turmoil in the profession by suggesting that the Great Depression occurred because in many markets the laws of supply and demand had been repealed and prices no longer fluctuated to clear the market. Whatever one thinks of Means' arguments, they attracted widespread attention. Here was a man claiming that the Great Depression, which was (and is) inexplicable to most economists, was caused by a breakdown in market clearing, which formed the basis for all economists' beliefs. Keynes' general theory soon came along with predictions of economic behavior that resulted from an assumed wage rigidity. Although I have never seen any analyses of wage rigidity comparable to, for example, Mills' work, my suspicion is that wage rigidity is less important than price rigidity, and the reliance by macroeconomists on wage rigidity strikes me as misplaced.[4] In any event, Means' hypotheses challenged the profession and though, as I explain later, his inferences from price rigidity are misguided, they are based on, what I believe, is a correct phenomenon, namely that none of the simple theories explain price behavior very well.

Means' theory was that in many market prices were "administered" – which meant that the laws of supply and demand no longer predicted price behavior, and instead prices were under the control of firms which, for unexplained reasons, chose not to vary prices to clear markets. Means claimed that price changes in "administered" markets were much less frequent, and, when they did occur, much larger in amplitude than those in competitive markets. According to Means, because administered markets had long stretches of rigid prices, prices were failing to clear these markets, and this failure caused the disequilibrium of which the Great Depression is an example.

Means seems to have resisted equating administered prices to prices in markets with high concentration, and there was confusion as to what exactly an administered price was. A voluminous and contentious literature developed to try to give structure to Means' arguments and test them.[5] The result of that literature has, I think, been to confirm that something unusual is going on in the behavior of some prices. [See, for example, Weiss (1977), but see Stigler and Kindahl (1972) for a different point of view.]

Mills' (1927) earlier work, which attracted much less attention than that of Gardiner Means, did not indicate a significant decrease in the frequency of price

---

[4] If prices are stickier than wages, real wages should be procyclical, while if wages are stickier than prices, real wages should be countercyclical. The evidence [see, for example, Zarnowitz (1985)] is that real wages are procyclical.

[5] The interested reader is referred to Beals (1975), Lustgarten (1975), Qualls (1979), Scherer (1980, ch. 13), Weiss (1977), and Weston and Lustgarten (1974), and the references cited therein.

*D.W. Carlton*

hile that is one
prices change
while there are
mething else is

n by suggesting
laws of supply
:d to clear the
ted widespread
vhich was (and
)wn in market
.eynes' general
.t resulted from
alyses of wage
i is that wage
acroeconomists
ns' hypotheses
ices from price
rect phenome-
or very well.
stered" – which
price behavior,
'r unexplained
ned that price
when they did
. According to
. prices, prices
equilibrium of

ces in markets
ly an adminis-
i to try to give
terature has. I
ie behavior of
Kindahl (1972)

than that of
iency of price

s are stickier than
itz (1985) is that

9), Scherer (1980,
herein.

*Ch. 15: How Markets Clear*

919

changes from the 1890s to the mid-1920s (see Figure 15.2). Although I am not aware of any study that has redone Mills' analysis on price flexibility for the period of the Great Depression, my hunch is that prices did not become dramatically more rigid after 1929. That is to say, Gardiner Means may well have been right to point out that economists had inadequate theories to predict the flexibility of prices, but the phenomenon he was talking about was one that was not confined to the period of the Great Depression. Indeed, as we shall soon see, the phenomenon of rigid prices characterizes the U.S. economy today. However, Means did raise the possibility of a link between industrial structure and business cycles – a link that is only now being explored (see Subsection 2.2.3).

### 3.2.2. Later studies

The major criticism of Means' work is that it relies on price statistics gathered by the BLS. A study done by McAllister (1961) for a Congressional Committee on Price Statistics showed that the BLS data typically did not reflect price discounts. Moreover, an examination of the way in which the BLS gathered price statistics showed that the number of reporters relied upon by the BLS varied from market to market. It is a simple statistical exercise to show that the more reporters there are, the more likely it is to observe some flexibility in an average price. This is especially true when products are somewhat heterogeneous. The McAllister study showed that the flexibility of prices, as determined from BLS numbers, was closely linked to the number of reporters taking BLS surveys.

The findings of the McAllister study led to one of the most important contributions to the debate on administered prices – the work by Stigler and Kindahl (1970). Recognizing the inadequacies of BLS price statistics, Stigler and Kindahl collected data on individual transaction prices based on actual transactions between buyers and sellers. Although the Stigler–Kindahl data undoubtedly contain reporting errors, it is probably the best source of information on pricing behavior available to economists today. Stigler and Kindahl constructed indices of prices for individual commodities, and found that their price indices moved much more smoothly than those of the BLS. Price indices, when based upon actual transaction prices, were much more flexible than the price indices based on BLS data. Although Stigler and Kindahl did not explicitly claim that their findings were completely in accord with any of the simple theories of market clearing, they did suggest that their work went a long way towards explaining the unusual findings of price investigations based on BLS data. Their explanation was that the BLS data were simply misleading.

Stigler and Kindahl did recognize that there were some puzzling features even in their own data set. For example, they noted that the typical pattern of buyer–seller behavior was for buyers and sellers to remain in contact with each other for long periods of time even for transactions involving what appear to be homogeneous goods. This suggests that buyers and sellers build up some specific