**Ryan Declaration**

**EXHIBIT I (Part 2 of 3)**
**Book:**
*The Theory and the Facts of How Markets Clear*

Case 4:07-md-01819-CW    Document 798-2    Filed 07/30/09    Page 2 of 13

capital from the transactions and that this capital is valuable and must be preserved over time. As will be seen below, this insight can be used to explain a great deal of what appears to be unusual pricing behavior. Furthermore, the Stigler and Kindahl data produced a price index that was not only more flexible than the BLS index, but also had a different general trend from the BLS index during some time periods. For example, if one believes that the BLS price is more of a spot price than the Stigler–Kindahl price index,[6] which is based on long-term contract prices, then the Stigler–Kindahl data suggest that over the course of the business cycle there are systematic differences between how spot prices behave and how long-term contract prices behave. During booms, spot prices rise relative to long-term contract prices. There have been only a few attempts to explain why such differences exist.[7]

Another interesting feature noted by Stigler and Kindahl is that most of the transactions, although they last a long time and although they may be pursuant to a "contract", seem to specify neither a price nor in many cases a quantity. It is simply wrong to think of contracts as rigidly setting both the price and the quantity terms in a market place. [Williamson (1975) makes this same point.] That is, it is wrong to believe that it is the writing down of a fixed price contract that is causing rigid prices in markets. Even if buyers and sellers had the opportunity to renegotiate after they had entered a deal, it will often be the case that prices would not change in the contracts.

Means (1972) responded to the Stigler–Kindahl study by claiming that their evidence, instead of contradicting his earlier work, actually supported it. Since it is very hard to define exactly what Means' hypotheses were, it is not worth attempting to resolve this dispute here. However, Weiss (1977) did attempt to weigh the evidence of Stigler–Kindahl against the evidence put forward by Means. Although recognizing the difficulty of giving theoretical content to Means' hypothesis, Weiss concluded that the evidence on pricing did appear unusual in the sense that the simple theories do not do a good job of explaining pricing behavior.

The only other study using the Stigler–Kindahl data base is my own [Carlton (1986)]. Unlike Stigler and Kindahl, I did not construct indices of prices to examine how a price index behaved over time because indices can mask interesting behavior. For example, it is possible for an index of prices to be perfectly flexible even if most contracts are characterized by rigid prices. This could occur if new buyers simply paid a different price than old buyers. Yet, it is surely important to know whether price is being used to allocate goods to some buyers while not to others and whether some other mechanism, such as a seller's

knowledge of ea
of examining in
to each other d
price, once set

Table 15.1 p
degree of price
average price c
industries the p
of transactions
well over 5 yea
simple theories
casting doubt o
rigid prices the
while in the ot
tions are chang
prices to indivi
further investig

[6] The BLS index is based on current price quotations for delivery. Therefore, it is reasonable that the BLS index will reflect fewer long-term contracts than the Stigler–Kindahl index [see Stigler and Kindahl (1970, p. 6)].

[7] See Stigler and Kindahl (1970), Carlton (1979), and Hubbard and Weiner (1986).

[8] Rigid prices ar markets. However, from the rigid pric inflation and henc buyers) indicated t

It is also impor when the *marginal* price is *not* a rigid the price of buying the case for the Sti

Case 4:07-md-01819-CW    Document 798-2    Filed 07/30/09    Page 3 of 13

*D.W. Carlton*

aluable and must be
ı be used to explain a
ior. Furthermore, the
not only more flexible
l from the BLS index
the BLS price is more
which is based on
suggest that over the
es between how spot
During booms, spot
ive been only a few

l is that most of the
they may be pursuant
cases a quantity. It is
h the price and the
es this same point.]
ı fixed price contract
and sellers had the
ill often be the case

claiming that their
upported it. Since it
ore, it is not worth
977) did attempt to
ce put forward by
oretical content to
pricing did appear
id job of explaining

s my own [Carlton
adices of prices to
can mask interest-
ces to be perfectly
s. This could occur
s. Yet, it is surely
ods to some buyers
such as a seller's

re, it is reasonable that
l index [see Stigler and

(1986).

Table 15.1
Price rigidity by industry

| Product group | Average duration of price rigidity (months) |
| --- | --- |
| Steel | 17.9 |
| Non-ferrous metals | 7.5 |
| Petroleum | 8.3 |
| Rubber tires | 11.5 |
| Paper | 11.8 |
| Chemicals | 19.2 |
| Cement | 17.2 |
| Glass | 13.3 |
| Truck motors | 8.3 |
| Plywood | 7.5 |
| Household appliances | 5.9 |

*Source*: Carlton (1986, table 1).

knowledge of each buyer's requirements, is being used to allocate goods.[8] Instead of examining indices, I examined how prices to individual buyers change relative to each other during the course of a ten year period. I also analyzed how often a price, once set to an individual buyer, changed.

Table 15.1 presents a summary of some of my findings. It shows that the degree of price rigidity differs greatly across industries. In some industries the average price does not change for periods well over one year, while in other industries the price changes quite frequently. In fact, there are several instances of transactions in which the price paid by a buyer does not change for periods of well over 5 years. Although the evidence in Table 15.1 would conform to the simple theories under some extreme assumptions, I think it is better viewed as casting doubt on them. For example, one could argue that in industries with very rigid prices the supply and demand conditions are virtually stable over time, while in the other industries with flexible prices the supply and demand conditions are changing frequently. I find that the duration of the rigidity in some prices to individual buyers is so long that this explanation is not credible. And, further investigation (described next) reveals that such explanations are wrong.

[8]Rigid prices are troubling to an economist because they suggest that prices may not be clearing markets. However, it is not *rigidity* per se that should bother economists, but rather the inference from the rigid prices that prices are not clearing markets. Even if prices were perfectly indexed to inflation and hence were always changing, it would still be troubling if the evidence (e.g. unsatisfied buyers) indicated that price did not clear markets.

It is also important to understand that the simple models predict inefficient resource allocation when the *marginal* price fails to clear markets. A contract that specifies a fixed quantity at a fixed price is *not* a rigid price that can induce inefficiency since the marginal price of an additional unit is the price of buying that unit in the marketplace. When the quantity term is left open, as appears to be the case for the Stigler–Kindahl data, the contract price is the marginal price.

Case 4:07-md-01819-CW   Document 798-2   Filed 07/30/09   Page 4 of 13

The Stigler–Kindahl data allow one to examine how price changes across different buyers of the identical commodity are correlated. In all of the simple theoretical models of market clearing, the price changes across different buyers of the same commodity should be highly correlated. Although there were some markets for which this was true, there were several markets in which price changes seem to be poorly correlated across buyers. My interpretation of these results is that the simple models which rely exclusively on price to clear markets simply fail to explain how many markets operate. It is an unsolved puzzle to explain why price changes in some markets are highly correlated across buyers, while price changes in other markets are not.

One of the findings of this study is the strong positive relationship between industry concentration and price rigidity. The more highly concentrated an industry is, the greater is the likelihood that the industry has prices that remain unchanged for long periods of time. (Recall that the simple models do not have any prediction relating price rigidity to the amount of concentration in the market.[9])

In summary, detailed examination of the Stigler–Kindahl data uncovers a number of anomalies in price behavior. These anomalies do not support any of the simple models of market clearing. As will be explained in Section 4, I think it wrong to assert that these findings necessarily prove that markets are operating inefficiently. Instead, these findings prove that the simple models of price clearing are inapplicable to certain markets.

### 3.2.3. Other recent studies

There have been numerous empirical investigations of the relationship between price, cost, business cycles, and concentration.[10] Although I will not describe them in great detail here, I would like to call attention to several recent studies that improve on earlier studies by using more comprehensive data.

The work of Domowitz, Hubbard and Peterson (1986a, 1986b, 1986c) examines the behavior of prices in the United States over the period 1958 to 1981 using data at the four digit SIC code level. They reached several interesting conclusions. First, price–cost margins in concentrated industries are pro-cyclical – they rise in booms and fall in recessions.[11] Second, price–cost margins

---

[9]Although the theory of oligopoly can justify price rigidity in the face of small cost changes, notice that as the industry becomes more concentrated and an oligopoly becomes more powerful, the oligopoly should behave more like a monopolist for whom, according to the simple theory of monopoly, prices should not be rigid.

[10]The interested reader is referred to Scherer (1980, chs. 9 and 13) for a survey of some of these studies.

[11]Qualls (1979) also finds this procyclical effect.

in relatively
unionization i
relatively stat
Domowitz
industries by
those indust
experiences a
so that the
explanation
unionization
that the diff
portant expl
industries. A
important th
what one wc
but not cost
different beh
This findi
what it imp
oligopolist t
rise only if
suggest that
explanation
Possible exp
cheat (see
Section 4)].
There ha
Domowitz
concludes tl
This view is
in concentr.
Another
work of B
general, ma
relationship
observation
measure m
et al. are
marginal c

[12]A system
the "adding

*D.W. Carlton*

ice changes across
n all of the simple
different buyers of
ı there were some
ts in which price
rpretation of these
e to clear markets
ınsolved puzzle to
.ted across buyers,

ationship between
concentrated an
prices that remain
odels do not have
ıcentration in the

data uncovers a
ot support any of
ction 4, I think it
ets are operating
s of price clearing

tionship between
will not describe
ral recent studies
ıta.
)86b, 1986c) ex-
iod 1958 to 1981
veral interesting
ıstries are pro-
ice–cost margins

cost changes, notice
more powerful, the
ıe simple theory of

ey of some these

in relatively unconcentrated industries "tend" to be countercyclical. Third, unionization in concentrated industries appears to keep wages in those industries relatively stable over the business cycle.

Domowitz et al. explain their finding of procyclical margins in concentrated industries by showing that costs, in particular real wages, tend to be more rigid in those industries. That is, during a boom, a firm in a concentrated industry experiences a price increase that is accompanied by only a modest cost increase so that the gap between price and (marginal) cost rises. Unions provide one explanation for the greater rigidity of wages in concentrated industries since unionization and concentration are positively correlated. Domowitz et al. find that the differential degree of unionization (not just concentration) is an important explanation for this procyclical behavior of margins in concentrated industries. A corroborating piece of evidence is that local demand effects are less important than aggregate economic activity in explaining margins. This is exactly what one would expect if price changes were relatively similar across industries but not cost changes so that differences in cost were the main variable explaining different behavior of margins across industries during the business cycle.

This finding of procyclical margins in concentrated industries is interesting for what it implies about how concentrated markets work. A monopolist (or an oligopolist trying to behave like a monopolist) will have his price–cost margin rise only if the elasticity of demand changes. I have not seen any evidence to suggest that firm demand elasticities decrease in booms.[12] Therefore, some other explanation is neeeded to explain procyclical margins in concentrated industries. Possible explanations could rely on either oligopolistic behavior [e.g. incentives to cheat (see Section 4) or the long-term relationship of the buyer or seller (see Section 4)].

There has been some work that reaches opposite conclusions to those of Domowitz et al. For example, Scherer (1980, ch. 9), in reviewing the literature, concludes that margins in concentrated industries are likely to be countercyclical. This view is based on studies that find slow adjustment of prices to cost changes in concentrated industries.

Another contradiction to the procyclical nature of margins comes from the work of Bils (1985). He finds that marginal cost is procyclical and that, in general, margins are countercyclical. He finds no effect of concentration on this relationship; however, his investigation of the concentration effect relies on fewer observations than does the work of Domowitz et al. Bils takes special care to measure marginal as opposed to average variable cost. In contrast, Domowitz et al. are forced to use average variable cost in their measure of margins. If marginal cost is rising, then the true margin (which is based on marginal cost)

[12] A systematic tendency for industry demand elasticities to decrease would be unusual because of the "adding up" constraint on the demand elasticities.

could well be unchanging or even falling over the cycle, while Domowitz et al. would measure an increasing margin. Whether this explains the discrepancy between Bils and Domowitz et al. is unclear, but it surely reconciles at least part of the discrepancy.

A final piece of possibly contradictory evidence comes from Mills (1936). Mills studied the behavior of margins during the period before and after the Great Depression and found margins to be strongly countercyclical. Although Mills did not investigate the relationship of margins to concentration, his strong finding across all industries does contrast with Domowitz et al.'s finding of a "tendency" for countercyclical behavior of margins and then only in unconcentrated industries.

Just as it is important to understand how markets in the United States clear, it is also important to understand how markets in different countries clear. There has been some work trying to describe the different price flexibilities among various countries. One of the best is the work by Encaoua and Geroski (1984).[13] They put together a detailed data base that they used to estimate the relationship between price, cost, and concentration across a wide variety of countries and commodities. They find, in general, that the higher the degree of concentration in a market, the slower is the adjustment of price to cost changes.[14] They show that the more an industry is characterized by new entry and competition (measured by imports), the more likely it is that prices rapidly adjust to cost changes. They also find that there is a difference in the flexibility of prices across countries with, for example, Japan having more flexible prices than the United States. Understanding the reasons for the differential flexibility of prices across countries remains an important task.

### 3.3. Summary of evidence on prices

The evidence on price reveals that some markets are well described by the simple models of market clearing, but others are clearly not. Markets differ greatly in how flexible prices are, with the degree of competition being an important determinant of flexibility. In some markets, price changes to one buyer may be uncorrelated with those to another buyer, suggesting that other factors, such as a seller's knowledge of a buyer, are involved. In many markets, long-term relationships between buyers and sellers appear to be important. This suggests that industrial organization must consider arrangements more complicated than those based on impersonal markets in which prices alone allocate goods.

[13]See also Gordon (1983).

[14]The empirical findings of Domberger (1979) for the United Kingdom are precisely opposite. Domberger's explanation of his results is that information should be easier to gather as concentration increases and, so, prices should respond more rapidly to cost changes. See also Eckard (1982).

*D.W. Carlton*

mowitz et al.
discrepancy
at least part

(1936). Mills
er the Great
agh Mills did
trong finding
a "tendency"
centrated in-

tates clear, it
clear. There
lities among
oski (1984).[13]
relationship
ountries and
centration in
ey show that
n (measured
nanges. They
untries with,
ates. Under-
iss countries

y the simple
er greatly in
n important
uyer may be
rs, such as a
rm relation-
uggests that
d than those

cisely opposite.
s concentration
d (1982).

## 4. How to explain the evidence

There are several approaches to developing theories that better explain the observed evidence. [See Tucker (1938) for an early attempt.] One approach is simply to think harder about the simple theories, improve them, and see how far we can get. That approach takes us a good distance and I will describe some of the most useful extensions to the simple theories. However, these extensions to the theories get us only part of the way and in the remainder of this section I explore alternative theories that are useful in explaining some, though perhaps not all, of the evidence. It is the development of new theories of market clearing that should receive priority in explaining the pricing anomalies and that could have some impact on macroeconomic thinking.[15]

### 4.1. Extensions to the simple theory – the introduction of time

The expositions of any of the simple theories stress price as the market-clearing mechanism and ignore the possibility of delaying consumption or production to a later time. However, there is nothing in the theory that prevents it from taking account of such intertemporal substitution. For example, it is a straightforward extension of the simple competitive model to date goods and treat the same good at one date as a different commodity than the same good at a different date [see Debreu (1959, ch. 7)]. Once dynamic elements are introduced in this way, it is clear that the demander faces many substitutes to consuming a product today, not only from other products consumed today, but also from products consumed in the future. Conversely, from the viewpoint of the supplying firm, the firm could substitute production today for production tomorrow by holding inventories; in fact, the supply decisions of the firm across time are based on a complicated decision problem of how to vary inventories of inputs and final output and production in such a way as to satisfy a given stream of consumption. These observations suggest that the intertemporal substitution patterns of both consumers and firms are critical to understanding the extent to which prices today must adjust in order to clear markets.

The introduction of time into any of the three simple models described in Section 2 makes those models more realistic descriptions of the world. The introduction of time emphasizes the importance of intertemporal substitution on

---

[15]I do not explore the importance of risk aversion in explaining price rigidity. My empirical work [Carlton (1986)] indicated it not to be important. The theoretical development of the effect of risk aversion on pricing turns out to be identical to that in my 1979 paper [Carlton (1979)]. See Polinsky (1985) for a detailed study of risk aversion and pricing. I also do not explicitly examine pricing under conditions of natural monopoly [see Hall (1984)].

both the demand side and the supply side. We now describe how each of the three simple theories gets altered by the introduction of time.

### 4.1.1. Competition

By employing the simple device, described above, of dating commodities, it is straightforward to introduce time into the analysis of competition. In this analysis, each commodity at each separate date is regarded as a distinct commodity that is related in both supply and demand to all other commodities. The most important new relations are among the identical physical commodity over time.

The demand curve for a product at a particular point in time depends upon consumers' perceptions about what the price of the product will be in the future. If consumers are not impatient about consuming the product, then the price today cannot deviate very far above the price expected to prevail in the future without inducing consumers to cease purchasing today. That is, the elasticity of demand (ceteris paribus) will be very high. Similarly, on the supply side, intertemporal substitution affects the willingness of firms to supply the product today at a given price. Firms recognize that an alternative to producing and selling today is to produce and sell tomorrow, or perhaps to produce today, hold the good in inventory, and sell it tomorrow. The recognition that a firm can decide on the optimal time path of production and the optimal employment of factors of production, one of which is inventory, affects the shape of the short-run marginal cost curve (ceteris paribus).

A competitive equilibrium involves a separate price for each date at which the commodity will be consumed. Anything that changes either the cost of producing today or in the future or the demand today or in the future will affect the entire vector of prices over time. This means, for example, that a shock to demand might well affect the price of the good not only today but also in the future. This raises the possibility that shocks to supply or demand today will be absorbed primarily by something other than prices today. In fact, it is quite conceivable that in response to only slight changes in the vector of prices in the future, consumers will significantly rearrange their consumption of the good over time. In such a case, increases in demand today may not increase price today by very much, but rather leave most prices today and into the future unchanged, but simply shift consumption from today to the future.

The important insight from this way of viewing competition is that even though prices are clearing markets, the necessary equilibrating price changes can be quite small. It will be quantity shifts among different goods (i.e. the same good consumed at different periods of time) that will bear the brunt of the adjustment and not price.

If there are large shifts in the timing of when goods get consumed as demand and supply conditions change, the data should reveal large swings in delivery lags (the lag between the placement and shipment of an order). Many markets do

D.W. Carlton

: how each of the

commodities, it is
npetition. In this
distinct commod-
1odities. The most
modity over time.
me depends upon
ll be in the future.
:t, then the price
:vail in the future
s, the elasticity of
the supply side,
ipply the product
to producing and
oduce today, hold
ı that a firm can
al employment of
he shape of the

date at which the
cost of producing
ll affect the entire
shock to demand
n the future. This
will be absorbed
quite conceivable
es in the future.
: good over time.
ice today by very
: unchanged, but

ion is that even
price changes can
ie. the same good
f the adjustment

umed as demand
;s in delivery lags
lany markets do

Table 15.2
Price and delivery lag fluctuations

| Industry | Standard deviation of log of price | Standard deviation of log of delivery lag | Median delivery lag (months) |
|---|---|---|---|
| Textile mill products | 0.06 | 0.17 | 1.26 |
| Paper and allied products | 0.05 | 0.08 | 0.46 |
| Steel | 0.03 | 0.25 | 1.95 |
| Fabricated metals | 0.03 | 0.18 | 3.06 |
| Non-electrical machinery | 0.04 | 0.25 | 3.63 |
| Electrical machinery | 0.05 | 0.10 | 3.86 |

*Source*: Carlton (1983b, table 1).

seem to be characterized more by fluctuations in delivery dates than by fluctua-
tions in price. For example, Table 15.2 presents the variability of price and the
variability of delivery lags for several major manufacturing industries. As the
table shows, the variability of delivery lags swamps the variability in price for
many industries. This evidence is consistent with the theory we have just outlined
of competitive market clearing. The insight of the theory is that the price
fluctuations that "one expects" to clear markets may well be lower than that
predicted by the simple model that ignores the importance of the time dimension.

The importance of delivery lags as a market-clearing device, in addition to
price, has not been extensively studied. Zarnowitz (1962, 1973) appears to have
been the first to stress the importance of delivery lags as a market-clearing
phenomenon. [See also Maccini (1973) and Carlton (1983b).] In Carlton (1985b),
I estimated the importance of delivery lags as a determinant of demand. Those
estimates are reproduced in Table 15.3. In conjunction with Table 15.2, the
results imply that for many markets the fluctuations in delivery lags are ap-
proximately as important to the equilibration of demand and supply as are
fluctuations in price.

There have been several studies that estimate the time path by which firms
adjust factors of production in an attempt to meet fluctuations in demand. These
studies [see, for example, Nadiri and Rosen (1973), Haltwanger and Maccini
(1983) and Topel (1982)] explicitly recognize that firms can vary inventories,
labor, price, and other factors of production to achieve their desired sales. These
studies of intertemporal substitution in production provide us with a better
understanding of the shape of the (ceteris paribus) marginal cost curve at any
instant in time. Obviously, if it is costless to store inventories, prices will tend to

928

Table 15.3
Elasticities of demand

| Industry | Price | Delivery lag |
|---|---|---|
| Paper and allied products | −1.37 (7.9) | −0.40 (3.7) |
| Steel | −14.26 (2.8) | −0.78 (3.0) |
| Fabricated metals | −1.75 (1.8) | −0.30 (3.6) |
| Non-electrical machinery | −3.5 (5.4) | −0.35 (3.5) |
| Electrical machinery | −1.60 (2.2) | −0.64 (3.3) |

$t$-ratios in parentheses.
Source: Carlton (1985b).

be stable. If prices were not stable, there would be an incentive to hold inventory to speculate on any expected appreciation in price.

Some recent work by Mills and Schumann (1985) has investigated the determinants of how flexible firms make their production technology. Since the flexibility of production technology is an endogenous decision [see Stigler (1939)], an understanding of this endogenous choice of flexibility will enable the analyst to better predict the likely supply responses that are available in the short run to help meet changes in demand conditions. Mills and Schumann have uncovered what appears to be a systematic difference between small firms and large firms. They found that small firms have more flexible production technologies than large firms. If true, this would suggest that the industries in which entry of small firms is difficult will be less able to expand production during booms than industries with no such difficulties.

In summary, the introduction of time into the simple competitive model goes a good way toward explaining how markets may respond to shocks without the analyst ever observing large changes in current prices. Instead of large price changes, there may be large shifts over time in quantities consumed or produced as either firms or consumers take advantage of intertemporal substitution.[16]

[16]An analysis that recognizes the quality of goods is conceptually the same as one involving time. If goods are described by a vector of characteristics, $q$, then in response to a perturbation in either supply or demand conditions, not only will the price of the good change, but the quality of the good, $q$, will change [see Rosen (1974)]. Again, this raises the possibility that, within the context of a perfectly competitive model, adjustments to demand or supply shocks can occur through changes in $q$ as well as through changes in price. Although it appears that delivery lags are one of the most important quality components of a good that seem to fluctuate, there may well be others, depending upon the particular commodity. For example, in response to an increase in the demand for bus transportation during rush hour, a city may put on more buses, but each bus may be much more crowded than during nonrush hour. That is, a less desirable product has been substituted and prices have remained unchanged.

Ch. 15: How Mark

4.1.2. Oligopol

The introductio
have already di
to substitute a
good across dil
in the underlyi
that the introd
that is lacking
insight is that
They are atten
collusion.

Firms cann
fore, any one
ing their pol
customers. Or
a high price;
cut price as p
refined by Pc
will go throuș
by high and
some industr
caused by ri
from them ar
prices fall di
tion.

As Stigler
more likely
the "noise"
Elwertowski
more comm

Rotember
oligopolies
model, the g
boom. Sinc
oligopolists
The theory
cally, rising

[17]See Carlt
[18]Rotembe
unusual empi

### 4.1.2. Oligopoly

The introduction of time affects oligopoly models for many of the same reasons I have already discussed in the competitive model. That is, the ability of consumers to substitute across time periods as well as the ability of firms to produce the good across different time periods will affect how the market responds to changes in the underlying conditions of supply and demand. Some recent work has shown that the introduction of time adds a new element to the analysis of oligopolies that is lacking in the analysis of static oligopoly or dynamic competition. The key insight is that firms in an oligopoly are playing a game with each other over time. They are attempting to send each other a signal about the likelihood of successful collusion.

Firms cannot communicate directly because of the antitrust laws, and therefore, any one firm has uncertainty about whether his rivals are actually coordinating their policies with him or, instead, are cheating and stealing away his customers. One way for an oligopoly to behave is for all firms to agree to charge a high price; however, whenever cheating is suspected, all firms in the industry cut price as punishment for some fixed period. This type of model, developed and refined by Porter (1983) and Green and Porter (1984), suggests that oligopolies will go through price wars. The oligopoly during good times will be characterized by high and stable prices; however, when demand starts falling for the industry, some industry members will mistakenly think that their downturn in demand is caused by rivals secretly cheating on the cartel price and taking business away from them and will cut their price as punishment. This suggests a theory in which prices fall during downturns because of a breakdown in oligopolistic coordination.

As Stigler (1964) pointed out, a breakdown in oligopolistic coordination is more likely to occur the greater the "noise" in the economy. Inflation increases the "noise" in the economy by making real prices more uncertain [see Vining and Elwertowski (1976)].[17] Therefore breakdowns in oligopolistic discipline should be more common during times of rapid price change.

Rotemberg and Saloner (1986) reach a different conclusion. In their model, oligopolies behave more competitively in booms. The reason is that, in their model, the gains from cheating on any non-competitive price are greater during a boom. Since the gains from cheating can be lowered by a lowering of price, oligopolists consciously choose a relatively low price in booms to deter cheating. The theory suggests that the margins of oligopolists should behave countercyclically, rising in lean years and falling in boom years.[18]

---

[17]See Carlton (1983a) for a discussion of the effects of inflation on market behavior.

[18]Rotemberg and Saloner (1985) have also explored how their model can help explain some unusual empirical facts on inventory holdings over the business cycle.

For these theories of oligopoly to have macroeconomic implications, one must presume that economy-wide fluctuations simultaneously affect many industries and account for significant fluctuations in each industry's fortunes. For example, these theories might be especially relevant during the Great Depression when the common large shock of a downturn in demand simultaneously affected a wide spectrum of the economy. Whether such theories of oligopoly are helpful in explaining cyclical behavior during the more moderate business cycles after World War II remains to be seen.

### 4.1.3. Monopoly

The introduction of dynamic elements into the study of monopoly raises the same issues about intertemporal substitution in demand and supply discussed above for competition. There is one additional element though that arises in the case of monopoly (or perhaps a cooperating oligopoly) but not in the case of competition. A monopolist is concerned not only with the influence of today's prices on demand today, but also with its influence on future demand. For example, an increase in the price of steel scrap may lead some steel producers to alter their plans for building a new steel furnace, and this will, in turn, affect the future demand for steel scrap. To the extent that consumers adjust their future behavior in response to price changes today, a monopolist will take that adjustment into account in setting price. In contrast, a competitive firm has no control over its price today or in the future, and therefore cannot respond to the incentives to influence future demand. This reasoning explains why a monopolist might not want to raise price for fear of inducing substitution away from his product in the long run. This suggests one reason why prices in a monopoly may be more stable over time than in a competitive industry.

To the extent that consumers are uncertain about future prices, a monopolist might use his pricing path as a signal to tell consumers what price they should expect in the future. This means that, if costs rise unexpectedly in the short run but the monopolist knows that the increase will be only temporary, the monopolist might be reluctant to raise his price and pass these temporary cost changes on to consumers for fear that they will mistake the current price increases as being permanent and react to them in the long run by substituting away from the product. Therefore, a monopolist has an incentive to absorb temporary cost changes so that the price charged today might be a good indicator to consumers of the price to be charged in the future.

A monopolist who can hold inventory takes account of the relation between the marginal revenue curves at different points in time in setting his price. By taking account of these interactions. the monopolist is lead to choose a more stable price policy than the simple models of monopoly would suggest. [See, for

example, Amihu Reagan (1982)].

### 4.2. Fixed costs

If there is a fixe firm will not co model under eitl fixed until the n incurring the fix these lines.]

This theory c requires an expl example, it ma remark items products, it mi only a few proc one of which is say regular, to king size, even store differs. C training a clerl would induce differences ter cartons of cig differences on a single transa

Aside from catalogs or pi reluctant to c Some custom a search in wl of the mark customer will change in pri that custome chosen firm

In Carlton wide variety fixed costs o

example, Amihud and Mendelson (1983), Blinder (1982), Philips (1981), and Reagan (1982)].

### 4.2. Fixed costs of changing price

If there is a fixed cost that must be incurred every time a price is changed, the firm will not continuously vary price as predicted by a simple market-clearing model under either competition or monopoly. Instead, price once set will remain fixed until the new price exceeds the old price by an amount sufficient to justify incurring the fixed costs. [See Barro (1972) for a development of a model along these lines.]

This theory clearly accounts for nominal price rigidities, but, to be believable, requires an explanation of the source of these fixed costs of changing price. For example, it may cost money to publish a new catalog, print a new menu, or remark items already on the shelf. In a setting where the firm sells many products, it might well be more costly to change price than in a setting in which only a few products are involved. For example, grocery stores sell many products one of which is cigarettes. It is not uncommon for a pack of cigarettes of one size, say regular, to sell for the same price as a pack of cigarettes of another size, say, king size, even though the wholesale price of the two packages to the individual store differs. One rationale for the common retail price is that the difficulty of training a clerk to recognize different prices for different packages of cigarettes would induce too much error into the process of checking out. Instead, price differences tend to be taken into account only when larger packages, such as cartons of cigarettes, are sold. Therefore, the probability of observing price differences on different sized cigarettes increases when the quantity purchased in a single transaction is larger.

Aside from the cost of having to relabel prices on items or send out new catalogs or print up new menus, there is another reason why a firm might be reluctant to change price and act as if it faced a fixed cost of changing price. Some customers will settle on a firm to buy from only after they have engaged in a search in which they have compared the price of this firm to the price in the rest of the market. As long as the customer believes nothing has changed, the customer will remain with the initially chosen firm. If the customer interprets a change in price by the firm as a signal that market conditions have changed, then that customer may well decide to search in order to investigate whether his chosen firm still remains the optimal supplier for him.

In Carlton (1986), I tabulated the minimum observed price change across a wide variety of products sold at the intermediate level of manufacturing. If the fixed costs of changing price are high, then small price changes will tend not to