**Ryan Declaration**

**EXHIBIT I (Part 3 of 3)**
**Book:**
*The Theory and the Facts of How Markets Clear*

932                                                    *D.W. Carlton*

occur. I have reproduced in Table 15.4 the minimum price changes observed. Table 15.4 shows that for the large majority of commodities examined the minimum price changes are quite small. The evidence is that small price changes occur in many transactions and suggests that, at least for some transactions, the fixed cost of changing price is small.[19] A theory that postulates a uniform fixed cost to change price simply does not square very well with these facts.[20] A theory that predicts a different fixed cost to different customers could, of course, explain the facts but then one would have to explain the source of the differing fixed costs among different customers. This is in fact the approach taken by the recently developed theory of market clearing which is described in Subsection 4.4.

Whether or not there is a common large fixed cost of changing price to individual buyers, the evidence in Section 3 shows that for many markets prices do not change, at least in the short run. In such a setting, the market behavior will deviate considerably from those of any of the simple models. The new feature of models with a temporarily fixed price is that consumers run some risk of not being satisfied in their demand. The notion that consumers may find a product unavailable simply has no counterpart in the standard theory. Yet unavailability of a product is surely a fact of life and is one that our economic theories should deal with.

One of the early contributions to this literature on fixed prices and product availability is the work by Mills (1962). Mills examined the behavior of a monopolist who must set price and produce before he observes demand. The optimal inventory policy for the monopolist is to choose output in such a way that the expected price equals marginal cost. The expected price will equal the price charged times the probability that a customer will come to the firm. It is easy to show that the inventory holding policy of the firm depends on the mark-up of price above cost. The closer is price to cost, the smaller will be the inventory of the firm, and conversely the higher the mark-up of price over cost, the larger will be the inventory of the firm. The reason is that the incentive to hold inventory declines as the mark-up falls because the profit from making a sale falls, while the cost of getting stuck with unsold goods remains unchanged. What is interesting about this relationship is that the probability of stock-outs, that is shortages, increases as the market price falls to marginal cost.

[19] I use the word "suggest" because it is possible that I am observing small price changes only when the new supply and demand conditions are expected to persist for a long time. The evidence could then be consistent with a significant fixed cost of changing price that causes prices to remain rigid for temporary shifts in supply and demand, but not for permanent ones. Although this explanation is possible, I have seen no evidence to suggest it to be true.

[20] It is possible to set a *price policy* that specifies price as a function of certain variables. Price could then change when the underlying variables changed. My evidence cannot be used to determine if there is a substantial fixed cost to changing the price policy.

| Product |
| --- |
| Steel |
| Non-ferrous metals |
| Petroleum |
| Rubber tires |
| Paper |
| Chemicals |
| Cement |
| Glass |
| Trucks, moto |
| Plywood |
| Household appliances |

*Ch. 15: How N*

*Source: Ca*

*D.W. Carlton*

e changes observed.
lities examined the
small price changes
ne transactions, the
tes a uniform fixed
se facts.[20] A theory
, of course, explain
the differing fixed
ach taken by the
bed in Subsection

changing price to
ny markets prices
market behavior
models. The new
ers run some risk
mers may find a
lard theory. Yet
at our economic

ces and product
behavior of a
s demand. The
t in such a way
e will equal the
the firm. It is
epends on the
ller will be the
orice over cost,
he incentive to
rom making a
ns unchanged.
of stock-outs,
st.

langes only when
e evidence could
remain rigid for
is explanation is

variables. Price
ed to determine

*Ch. 15: How Markets Clear*

933

Table 15.4
Frequency of small price changes by product group by contract type

| Product | Contract type | Fraction of price changes less than | | | |
|---|---|---|---|---|---|
| | | 1/4% | 1/2% | 1% | 2% |
| Steel | Annual | 0.04 | 0.08 | 0.11 | 0.27 |
| | Quarterly | 0.05 | 0.11 | 0.17 | 0.24 |
| | Monthly | 0.09 | 0.20 | 0.36 | 0.52 |
| Non-ferrous metals | Annual | 0.02 | 0.05 | 0.09 | 0.27 |
| | Quarterly | 0.02 | 0.05 | 0.12 | 0.25 |
| | Monthly | 0.08 | 0.15 | 0.28 | 0.49 |
| Petroleum | Annual | 0 | 0 | 0.08 | 0.24 |
| | Quarterly | 0 | 0 | 0.02 | 0.17 |
| | Monthly | 0.01 | 0.05 | 0.19 | 0.47 |
| Rubber tires | Annual | 0.12 | 0.21 | 0.30 | 0.44 |
| | Quarterly | 0.07 | 0.11 | 0.18 | 0.34 |
| | Monthly | 0.13 | 0.23 | 0.38 | 0.63 |
| Paper | Annual | 0.04 | 0.09 | 0.08 | 0.27 |
| | Quarterly | 0 | 0.19 | 0.24 | 0.33 |
| | Monthly | 0.13 | 0.23 | 0.43 | 0.62 |
| Chemicals | Annual | 0.04 | 0.08 | 0.13 | 0.24 |
| | Quarterly | 0 | 0.05 | 0.11 | 0.24 |
| | Monthly | 0.05 | 0.14 | 0.30 | 0.42 |
| Cement | Annual | 0.14 | 0.22 | 0.32 | 0.46 |
| | Quarterly | 0 | 0 | 0.01 | 0.19 |
| | Monthly | 0.71 | 0.75 | 0.85 | 0.94 |
| Glass | Annual | 0 | 0 | 0.07 | 0.19 |
| | Quarterly | 0 | 0 | 0.20 | 0.40 |
| | Monthly | 0.03 | 0.20 | 0.45 | 0.67 |
| Trucks, motors | Annual | 0.03 | 0.03 | 0.12 | 0.20 |
| | Quarterly | 0 | 0 | 0 | 0.08 |
| | Monthly | 0.12 | 0.27 | 0.50 | .75 |
| Plywood | Annual | — | — | — | — |
| | Quarterly | 0.01 | 0.02 | 0.06 | 0.19 |
| | Monthly | 0.19 | 0.38 | 0.54 | 0.72 |
| Household appliances | Annual | 0 | 0 | 0 | 0.25 |
| | Quarterly | — | — | — | — |
| | Monthly | 0.22 | 0.44 | 0.70 | 0.95 |

*Source:* Carlton (1986, table 3).

934

Models analyzing the availability of goods in competitive markets have been developed in the work of Carlton (1977, 1978, 1985a, 1988), DeVany and Saving (1977), and Gould (1978). In these models, consumers value a firm not only for its pricing policies but also for its inventory policy. The commodity space now is not simply a good at a particular period of time, but rather a good consumed at a particular point of time with some probability. Inventory policy affects the probability that the firm will have the good available. Some consumers will prefer to shop at high-priced stores that run out of the good infrequently, while other consumers will prefer to shop at stores that charge low prices but may run out of the good more frequently.

Once it is realized that a firm must stock an inventory to satisfy customers, it should be obvious that the variability of consumers' demand for the product will affect the firm's costs. The cost function of the firm depends upon the demand characteristics of consumers. The simple separation between supply curves and demand curves is lost in these more complicated models.

If the consumers' variability of demand influences the firm's cost, firms will want to charge different consumers different prices based on their respective variability of demand. These price differences do not reflect price discrimination, but cost differences. Prices to consumers will differ as long as consumers have a different variability of demand from each other, even though each consumer consumes the physically identical product. This means that prices to one consumer could change at the same time that prices to another consumer remain unchanged. The result would be a low correlation of price changes across consumers – a finding that characterizes many markets (Section 3).

## 4.3. Asymmetric information and moral hazard

It is common in economic transactions that a buyer has different information than a seller. For example, when someone buys a house, the buyer generally knows less about the house than the seller who has lived there for a long time. When someone buys a share of IBM stock, he may know less about IBM than other investors who are employed by IBM. Does the introduction of this kind of asymmetric information affect how markets reach equilibrium? In 1970, George Akerlof showed that the answer to this question was a resounding yes. He showed that with asymmetric information equilibrium no longer requires supply to equal demand. Moreover, not only does asymmetric information affect how prices are set, asymmetric information can also cause markets to vanish completely.

Akerlof used a simple example to illustrate his point. Consider a market in which buyers are purchasing used cars that differ in quality. A buyer knows nothing about the quality of a particular used car and only knows the quality of

the average ca
used car. At a
the car is *less*
are placed on
be valued at
valued to be
shows that n
marketplace
vanish entirel
there is no m
there may be
find it mutua
It is possib
either excess
example, sup
firm obviousl
the firm adve
low quality
quality of the
quality in ad
in order to a
like to pay a
lowers its wa
therefore, in
Akerlof's n
that literatur
principal car
the principal
the constrain
example, the
The seller's
unobservable
a car falls, th
the higher q
Akerlof's
principal–ag
(1981) have
makes a lo
investments

[21]The averag
quality workers

*D.W. Carlton*

markets have been
)eVany and Saving
ı firm not only for
odity space now is
)od consumed at a
policy affects the
.sumers will prefer
ently, while other
ut may run out of

:isfy customers, it
r the product will
ıpon the demand
ıpply curves and

; cost, firms will
their respective
e discrimination,
ınsumers have a
each consumer
ces to one con-
ınsumer remain
changes across
).

nt information
ıuyer generally
)r a long time.
ıout IBM than
n of this kind
um? In 1970,
a resounding
onger requires
rmation affect
:ets to vanish

: a market in
buyer knows
the quality of

the average car sold. The seller on the other hand knows exactly the quality of his used car. At any price, $p$, an owner is willing to sell his car only if the value of the car is *less than or equal to p*. If only cars whose quality is valued at $p$ or *less* are placed on the market, then the average quality of cars offered at price $p$ will be valued at less than $p$. But if the average quality of a car offered at $p$ is not valued to be worth $p$, the price will fall. A simple repetition of the argument shows that no matter how low the price falls, the average quality offered in the marketplace will never be valued at the stated price. This causes the market to vanish entirely. That is, not only does the price mechanism not clear the market, there is no market left to clear. This collapse of the market can occur even though there may be buyers and sellers who, in a world of perfect information, would find it mutually beneficial to transact with each other.

It is possible to extend Akerlof's model to show how equilibrium can involve either excess demand or supply. [See, for example, Stiglitz (1976, 1984).] For example, suppose a firm wishes to hire a worker of a particular skill level. The firm obviously wants to pay as little as possible for such a worker. However, if the firm advertises a low wage, the people who apply for the job are likely to be low quality workers. The higher the wage rate offered, the higher the average quality of the applicant.[21] Therefore, when firms have difficulty measuring worker quality in advance, it might be sensible for the firm to set a sufficiently high wage in order to attract more than one applicant for the job. Although the firm would like to pay a lower wage for a given quality worker, the firm realizes that if it lowers its wage, only lower quality workers will apply for the job. Equilibrium, therefore, involves setting a high wage and having an excess supply of labor.

Akerlof's model can be recast as a problem in the principal–agent literature. In that literature there is a principal who hires an agent to perform some task. The principal can only imperfectly observe the agent's action. The problem that the principal–agent literature addresses is how to design the best contract given the constraints of asymmetric information. For example, in Akerlof's automobile example, the buyer could be regarded as the principal and the seller the agent. The seller's decision to sell the car is based on the car's quality which is unobservable to the buyer. The problem in Akerlof's model is that as the price of a car falls, the agent, that is the seller, is able to respond by choosing to withdraw the higher quality cars from the market.

Akerlof's model has been extended to a variety of circumstances using the principal–agent analogy. For example, Keeton (1979), and Stiglitz and Weiss (1981) have examined the market for loans. They observe that when a bank makes a loan, the bank is unable to perfectly monitor the riskiness of the investments that the borrower puts the money into. One response of a borrower

[21] The average quality rises with the wage because higher quality workers (in addition to the lower quality workers who applied at the lower wage) apply as the wage rises.

to a higher interest rate might be to take on riskier projects. There are instances when a bank is unwilling to raise the interest rate in the face of excess demand for loans for fear that the increased interest rate will drive borrowers to pursue riskier projects to the disadvantage of the bank. Therefore, the bank might be content to refuse to make additional loans rather than raise the interest rate. This is an example in which asymmetric information leads to an equilibrium in which supply does not equal demand and in which there is a rigidity in a price variable, namely the interest rate. In short, asymmetric information creates incentives for adverse selection (only bad workers showing up for a low paying job), and for moral hazard (borrowers choosing riskier investments in response to higher interest rates), and can, as a result, lead to either the disappearance of markets or to market equilibrium in which supply does not equal demand and in which there are rigidities in the relevant price variables.

### 4.4. Toward a general theory of allocation[22]

#### 4.4.1. It is costly to create a market that clears by price alone

The key feature which most theories of market clearing ignore is that it is costly to create a market in which price equates supply to demand. In the standard theory, we usually assume that there is a fictional Walrassian auctioneer adjusting prices to clear markets. But in fact there is no such person. The markets that probably come closest to the textbook model of competitive markets are financial markets, such as futures markets. A moment's thought will reveal that it is costly to run such markets. Aside from the actual physical space that is required, there is the time cost of all the participants who are necessary to run the market. For example, at the Chicago Board of Trade, the floor traders, the employees of the brokerage firms, as well as the members of the associated clearinghouses, are all working together to produce a successful futures exchange. The people who use these futures markets must somehow pay all the people who work either directly or indirectly in making the transactions of customers.[23] These payments from the customer to the market makers can take several forms, such as direct commissions or simply bid–ask spreads.

Another important cost of making markets is the time cost of the actual customers [see Becker (1965)]. It would be very inefficient to have a market in which customers had to spend large amounts of their own time in order to transact. The purpose of a market is not merely to create transactions but rather to create transactions at the lowest cost.

---

[22] The theories in this section are developed in detail by Carlton (1988). See also Okun (1981) and Williamson (1975).

[23] Markets benefit non-users too by providing price information. This creates a free-rider problem.

Once one that consum industry. Th Carlton (198 so too is th New York Chicago Me on.

Lest one only consul failure rate from the U markets fa: activity, an markets wi

Organize Since we k and since a the paucit them.

### 4.4.2. Het will clear

The heter determinin

[24] I use th

*D.W. Carlton*

e are instances
:xcess demand
vers to pursue
)ank might be
erest rate. This
rium in which
price variable,
incentives for
; job), and for
nse to higher
: of markets or
in which there

hat it is costly
i the standard
meer adjusting
: markets that
ts are financial
hat it is costly
required, there
ie market. For
ployees of the
houses, are all
eople who use
either directly
nents from the
lirect commis-

of the actual
ie a market in
ie in order to
ions but rather

Okun (1981) and

ree-rider problem

Table 15.5
Death rates of futures markets

| Age (years) | Probability of dying at the given age or less |
|---|---|
| 1 | 0.16 |
| 2 | 0.25 |
| 3 | 0.31 |
| 4 | 0.37 |
| 5 | 0.40 |
| 10 | 0.50 |

*Source*: Carlton (1984, table 5).

Once one recognizes that the creation of markets is itself a productive activity that consumes resources, it makes sense to regard the "making of markets" as an industry. There has not been much research on the "making of markets" [see Carlton (1984)], but just like there is competition to produce a better mousetrap, so too is there competition to produce better and more efficient markets. The New York Stock Exchange competes with the American Stock Exchange; the Chicago Mercantile Exchange competes with the Chicago Board of Trade, and so on.

Lest one think that it is easy to create a successful futures market, one need only consult the historical record. I have presented in Table 15.5 the average failure rates of new successfully introduced futures markets based on evidence from the United States. The table indicates that about 40 percent of these futures markets fail by their fifth year. The making of successful markets is a risky activity, and as the exchanges themselves well know, it is hard to predict which markets will succeed and which will fail.

Organized[24] spot and futures markets exist for only a handful of commodities. Since we know that there are definitely social benefits to the creation of markets and since at least some of these benefits can probably be privately appropriated, the paucity of organized markets emphasizes that it must be costly to create them.

### 4.4.2. Heterogeneity is an important characteristic of determining how markets will clear

The heterogeneity of the product is perhaps the most critical characteristic in determining whether a market will clear by price alone. If buyers have different

[24] I use the term "organized" to mean auction markets that clear by price alone.

preferences for when they want to transact, what they want to transact (that is, the particular quality of the good), or where they want to transact, it is unlikely that a successful market can be organized that clears by price alone. Attempts to create an organized market in the face of widespread product heterogeneity will simply lead to an illiquid market that cannot support the cost of having the requisite number of traders [Telser and Higgenbotham (1977)].

Since product heterogeneity within an industry is an endogenous characteristic, the industrial organization economist should be able to predict which markets are likely to be sufficiently homogeneous so that an organized market can exist. For example, suppose each buyer is purchasing a standardized product. Each buyer is deciding whether he should continue purchasing the standardized product or whether he should customize the product to his own taste. The advantage of customizing will depend on how idiosyncratic the buyer's needs are. The disadvantage is that the buyer is forced to transact in a less liquid (higher transaction cost) market. The greater the benefits from custom designing a product to one's own specifications, the less likely it will be that a market can be created that will clear by price alone. Indeed, in the extreme case in which every buyer demands a slightly different product, it will be impossible for buyers to trade with each other and the incentive to create an organized market will be small.

### 4.4.3. How do markets clear if there is no organized market?

When an organized market does not exist, it is not possible for the firm to discover (costlessly) the market-clearing price, and the firm must rely on something else to figure out how to allocate its products to buyers. There are a wide variety of mechanisms other than the auction price mechanism that can be used to clear the market. One alternative was discussed by Stigler (1961) in his article on search theory. In Stigler's model, there is no organized market in which price equates supply to demand. Instead, buyers must search across different sellers in order to discover prices. Buyers' search costs become the resource cost of operating the market.

The notion of firms posting prices and consumers searching across firms is only one of many ways in which markets can function. An alternative is for firms to hire salesmen whose task it is to become knowledgeable about the demands of individual customers. Even if it is difficult for the firm to get the market-clearing price, it may be possible to identify those customers who should obtain the goods (i.e. the efficient allocation of goods).[25] The firm could use price to identify those buyers who want the goods the most, and then could use a second screen, based

---

[25]An example may help. Imagine that a firm, with a capacity of 100 units, has only two buyers who are known to be identical. If the firm is supply constrained (i.e. each buyer's demands are high at the stated price), then the efficient allocation is obvious (50–50), but the market-clearing price is not. [See Carlton (1983a, 1988) for more details.]

on the firm':
the remainir
uncommon
while new cu
and sellers
understand
The impo
not be clea
mechanisms
function. In
becomes les
price does i
is the exclu:
price does n
methods firi
A theory
the followin
(a) The l
the better tl
goods efficie
impersonal
(b) The l
becomes a
from anothe
the price me
commodity
different "µ
The eviden
prices do n
evidence tl
product is
(c) The µ
the covaria
characteris1
allocating g
commodity
differently
evidence o1
consistent

[26]Additiona
adjustment, a

D.W. Carlton

ransact (that is,
ct, it is unlikely
ne. Attempts to
terogeneity will
. of having the

s characteristic,
ich markets are
t can exist. For
:. Each buyer is
ted product or
e advantage of
are. The disad-
her transaction
roduct to one's
reated that will
iyer demands a
with each other

or the firm to
rely on some-
ere are a wide
at can be used
.) in his article
in which price
erent sellers in
ource cost of

ss firms is only
is for firms to
ie demands of
iarket-clearing
tain the goods
identify those
screen, based

y two buyers who
ds are high at the
} price is not. [See

on the firm's own internal knowledge of each buyer's needs, to decide which of the remaining buyers should receive the goods. So, for example, it would not be uncommon during tight supply situations for steady customers to obtain delivery while new customers wait for delivery. It would also not be unusual to see buyers and sellers entering long-term relationships so that the sellers could better understand the buyers' needs and vice versa.

The importance of price diminishes once one recognizes that price alone may not be clearing markets and, instead, that price in conjunction with other mechanisms, such as a seller's knowledge of a buyer's needs, is performing that function. Indeed, if price is not the sole mechanism used to allocate goods, it becomes less interesting to observe whether price remains rigid. Although a rigid price does imply inefficiency under any of the simple models in which price alone is the exclusive mechanism used to achieve efficient resource allocation, a rigid price does not imply inefficiency in a world in which price is but one of the many methods firms are using to allocate goods to customers.

A theory that combines price with non-price methods of allocation would have the following implications.[26]

(a) The longer the buyer and seller have dealt with each other, and therefore the better they know each other, the less need there is to rely on price to allocate goods efficiently. A seller's knowledge of a buyer's need can be a substitute for an impersonal (auction) market that clears by price alone.

(b) The length of time a buyer and seller are doing business with each other becomes a characteristic of the transaction and can make one buyer different from another from the viewpoint of the seller. Therefore, observing differences in the price movements to different buyers who are purchasing the identical physical commodity may reveal nothing about allocative efficiency, since prices for different "products" should be expected to move differently from one another. The evidence in Section 3 that indices of spot prices and long-term contract prices do not always move together is consistent with this implication, as is the evidence that the correlation of price movements across buyers of the same product is often low.

(c) The pattern of a buyer's demand over the business cycle or, alternatively, the covariance of one buyer's demands with those of other buyers, will be a characteristic of interest to the seller because it will affect the difficulty of allocating goods efficiently. Again, even though two buyers purchase the identical commodity, they may be charged different prices and have their prices change differently simply because they have different buying patterns over time. The evidence on different price movements for different buyers of the same product is consistent with this observation.

---

[26]Additional implications regarding behavior during periods of price controls, speed of price adjustment, and behavior of price indices are discussed and tested in Carlton (1986, 1988).

940                                                                                    *D.W. Carlton*

(d) Rapid turnover of customers will inhibit the use of long-term relationships in which a seller's knowledge of customers is used to allocate goods. Industries with significant new entry or with customers with little "loyalty" should tend to rely on price as the primary mechanism to allocate goods.

(e) The establishment of a new futures market will distrupt the traditional pricing policies of existing firms in the industry. These firms should be expected to complain about the introduction of the new futures market. If the allocation of goods is a productive activity that requires resources, then a futures market acts as a "competitor" to the marketing department of firms in the industry. Futures markets create marketing information. Without futures markets, other agents, such as brokers or salesmen, must create this marketing information and get compensated for doing so. If a futures market is established, there is increased competition in this marketing arena and the value of marketing skills declines. Therefore, it is natural for those firms who were successfully performing the marketing function, before the introduction of the futures market, to complain about the increased competition in this activity.

There is some evidence of hostility towards the creation of new futures markets from the affected industry's members. For example, the aluminum futures market was established in the late 1970s. Aluminum producers opposed their establishment (*American Metal Market*, Jan. 6, 1978, p. 9). If marketing requires money, one possible interpretation of the complaints of the aluminum companies is that the resources they have invested to market their product are now competing with the resources of a futures market to market the product.

### 4.5. Summary of new theories

The development of theories of allocation that use methods in addition to price alone to clear markets is in its infancy. These theories hold the promise of explaining many of the puzzling features of price behavior.[27] They also may explain why these features of price behavior emerge from what is (at least privately) efficient behavior.

Macroeconomists have studied the properties of information transmission in search markets and have based theories of unemployment and business cycles on these properties [see, for example, Lucas (1981)]. Search markets, as I have described, are just one of many ways to allocate goods. The method chosen to allocate goods will influence how information gets transmitted, as well as how markets respond to various shocks. For this reason, the study of how markets

---

[27]They may also be useful in explaining some of the empirical puzzles associated with purchasing power parity, such as why prices (expressed in a common currency) of identical products in two different countries seem to differ when exchange rates change.

*D.W. Carlton*

n relationships
ods. Industries
should tend to

he traditional
d be expected
e allocation of
es market acts
ustry. Futures
other agents,
ation and get
e is increased
kills declines.
rforming the
to complain

tures markets
tures market
eir establish-
uires money,
panies is that
mpeting with

tion to price
promise of
y also may
is (at least

ismission in
ss cycles on
as I have
d chosen to
vell as how
ow markets

ith purchasing
oducts in two

*Ch. 15: How Markets Clear*

941

clear is one to which both industrial economists and macroeconomists should look for valuable insights into where information lags are likely to occur in the economy and how various industries are likely to respond to shocks.

## 5. Market structure means more than just the degree of concentration

Industrial economists often examine how market behavior differs as concentration in the market changes.[28] However, as the preceding section made clear, there are many other features of market structure that matter a great deal in explaining how markets behave, and, in particular, how markets will respond to shocks in either supply or demand. For example, we saw in the previous section that market operation will be significantly influenced by the ability of consumers and suppliers to substitute over time, and by the reliance the market places on price to allocate goods. Studying the importance of features other than market concentration may lead industrial organization economists to develop insights that are useful to macroeconomists. In this section, I discuss two illustrations of market characteristics that influence an industry's responses to shifts in either supply or demand:[29]

(a) whether an industry holds inventories, and
(b) whether the industry has a fixed price in the face of random demand.

### 5.1. Produce to order versus produce to stock

There are two basic ways an industry can be organized. It can wait for orders to come in (produce to order) and then produce, or it can produce first, hold inventories, and then hope to sell the products (produce to stock).[30] Although I have not seen much research on this topic, I expect that our economy has increased its reliance on industries that produce to order versus produce to stock, especially with the growth of the service sector in recent times.

An industry that produces to stock will be able to satisfy customers quicker, and be able to take advantage of economies of scale more than an industry that produces to order. On the other hand, an industry that produces to order will be

[28]This experiment only makes sense if concentration in a market is an exogenous variable. Recent research has suggested that concentration is an endogenous variable and is influenced by the relative efficiency of firms. [See, for example, Demsetz (1973), Peltzman (1977). See Schmalensee (1985) for a different viewpoint.]
[29]Other illustrations include the incentives the industry has to plan [Carlton (1982)], the degree of vertical integration [Carlton (1983a) and Wachter and Williamson (1978)], the importance of new products [Shleifer (1985)], and the effect of search [Lucas (1981) and Diamond (1982)]. Each of these features affect how an industry responds to shocks.
[30]See Zarnowitz (1973) and Belsley (1969).

942                                                                          *D.W. Carlton*

able to avoid the cost of inventory holdings of the final good (though not necessarily of inputs), will be able to custom design products to closely match the buyer's specifications, and will perhaps be induced to adopt flexible technologies to compensate for its inability to hold inventories of the final output. The need to cut or raise prices significantly in order to clear markets will be greater in produce-to-stock industries than in produce-to-order ones. Moreover, the transmission of shocks will depend on whether the industry produces to stock (i.e. hold inventories). If either firms or final consumers are holding inventories, a temporary increase in demand will be at least partially accommodated by a decrease in inventory which, next period, will lead to an increase in production. If inventory holding is not occurring, the increase in demand may only drive current price up with little, if any, increase in production in the current or subsequent periods. Work by Amihud and Mendelson (1982) has shown how the recognition of inventory holding can justify a Lucas-type aggregate supply equation.

## 5.2. Transmission of shocks in industries with fixed prices

Suppose an industry is organized as described in Subsection 4.2 and that prices once set do not change for some period of time. The production of the goods must occur before demand is observed and therefore there is some risk that firms will run out of the good. It is straightforward to show that the ratio of inventory to average demand will depend on the ratio of price to cost [see, for example, Carlton (1977)]. The reason is that the opportunity cost of a lost sale rises with prices, so that the incentive to hold inventories increases with price. If price exceeds cost by a large amount, the amount of goods produced will exceed the amount demanded on average. A contrasting case would be one where price is close to cost so that inventory on hand is small relative to the average level of demand. In this second case, stock-outs will be frequent.

It is possible to show that in response to a mean-preserving increase in the riskiness of demand, firms will increase their inventory holdings in the first case, while firms will decrease their inventory holdings in the second case. In the second case, stock-outs become more frequent. Firms that operate with little extra inventory will not be able to cushion demand shocks. Therefore, when prices are temporarily unchanging, an economy is more vulnerable to disruption (i.e. stock-outs) from shocks the more competitive it is (i.e. the closer price is to marginal cost).

There has recently been interesting work linking aggregate macroeconomic activity to models involving fixed costs of price changes.[31] [See, for example,

[31]See also Drèze (1975), Fischer (1977), Hall (1978), Malinvaud (1979), Rotemberg (1982), and Phelps and Taylor (1977).

*D.W. Carlton*

I (though not
sely match the
e technologies
t. The need to
be greater in
/er, the trans-
to stock (i.e.
inventories, a
10dated by a
n production.
1y only drive
1e current or
1own how the
egate supply

d that prices
of the goods
sk that firms
of inventory
for example.
1e rises with
ice. If price
1 exceed the
here price is
:age level of

rease in the
1e first case.
:ase. In the
: with little
efore, when
) disruption
r price is to

roeconomic
1r example.

g (1982), and

Akerlof and Yellen (1985), Mankiw (1985) and Blanchard and Kiyotaki (1987).] These papers make the interesting point that the need to adjust prices may be less important for the firm than for the economy as a whole. The reason is that firms are assumed to have market power so that there is a gap between price and marginal cost. Even if a change in price does not raise the firm's profits significantly it could, in this second-best world, significantly raise consumer welfare. This point is related to the one in public finance that in a second-best world, small shifts in one market can have significant welfare effects if price does not equal marginal cost in other markets [see, for example Harberger (1971)]. Therefore, there may be a divergence between a firm's incentive to incur a cost to change price and society's incentive to do so.[32]

## 6. Summary

This chapter has presented a survey of what industrial economists know about how markets clear. The evidence on price behavior is sufficiently inconsistent with the simple theories of market clearing that industrial economists should be led to explore other paradigms. The most useful extensions of the theory will be those that recognize that marketing is a costly activity, that an impersonal price mechanism is not the only device used to allocate goods, and that price methods in conjunction with non-price methods are typically used to allocate goods.

Exactly what macroeconomists can learn from all this is less clear to me. Since both macroeconomists and industrial economists are interested in the same question of how markets clear, I have no doubt that there is the potential for the two groups to influence each other's research. Whether that potential is realized depends in part on how some of the new areas of research in industrial organization develop.

## References

Akerlof, G. (1970) 'The market for lemons: Qualitative uncertainty and the market mechanism', *Quarterly Journal of Economics*, 84(3):488–500.

Akerlof, G. and Yellen, J. (1985) 'A near-rational model of the business cycle with wage and price inertia', *Quarterly Journal of Economics*, 100(5):823–838.

Amihud, Y. and Mendelson, H. (1982) 'The output–inflation relationship: An inventory adjustment approach', *Journal of Monetary Economics*, 9(2):163–184.

Amihud, Y. and Mendelson, H. (1983) 'Price smoothing and inventory', *Review of Economic Studies*, 50(1):87–98.

Barro, R.J. (1972) 'A theory of monopolistic price adjustment', *Review of Economic Studies*, 39(1):17–26.

[32] A closely related point is that in the presence of distortions between price and marginal cost, the value of an output expansion can be greater to society than to the firm [see Harberger (1971)]. Hart (1982) and Hall (1988) apply this principle in a macroeconomic setting.

Beals, R. (1975) 'Concentrated industries, administered prices and inflation: A survey of empirical research', in: *Council on wage and price stability*, Washington.

Becker, G. (1965) 'A theory of allocation of time', *Economic Journal*, 75(299):493–517.

Belsley, D.A. (1969) *Industry production behavior: The order stock distinction*. Amsterdam: North-Holland.

Bils, M. (1985) 'The cyclical behavior of marginal cost of price', working paper no. 30, University of Rochester.

Blanchard, O. and Kiyotaki, N. (1987) 'Monopolistic competition and the effects of aggregate demand', *American Economic Review*, 77(4):647–666.

Blinder, A.S. (1982) 'Inventories and sticky prices: More on the microfoundations of macroeconomics', *American Economic Review*, 72(3):334–348.

Carlton, D.W. (1977) 'Uncertainty, production lags, and pricing', *American Economic Review*, 67(1):244–249.

Carlton, D.W. (1978) 'Market behavior with demand uncertainty and price inflexibility', *American Economic Review*, 68(4):571–587.

Carlton, D.W. (1979) 'Contracts, price rigidity, and market equilibrium', *Journal of Political Economy*, 87(5):1034–1062.

Carlton, D.W. (1982) 'Planning and market structure', in: J.J. McCall, ed., *The economics of information and uncertainty*. Chicago: University of Chicago Press, 47–72.

Carlton, D.W. (1983a) 'The distruptive effect of inflation on the organization of markets', in: Hall, ed., *Inflation*. Chicago: University of Chicago Press, 139–152.

Carlton, D.W. (1983b) 'Equilibrium fluctuations when price and delivery lag clear the market', *Bell Journal of Economics*, 14(2):562–572.

Carlton, D.W. (1984) 'Futures markets: Their purpose, their history, their growth, their successes and failures', *Journal of Future Markets*, 4(3):237–271.

Carlton, D.W. (1985a) *Market behavior under uncertainty*. New York: Garland.

Carlton, D.W. (1985b) 'Delivery lags as a determinant of demand', unpublished.

Carlton, D.W. (1986) 'The rigidity of prices', *American Economic Review*, 76(4):637–658.

Carlton, D.W. (1988) 'The theory of allocation and its implications for marketing and industrial structure', unpublished.

Chandler, A. (1977) *The visible hand: The managerial revolution in American business*. Cambridge. Mass.: Harvard University Press.

Debreu, G. (1959) *Theory of value*. New York: Wiley.

Demsetz, H. (1973) 'Industry structure, market rivalry, and public policy', *Journal of Law and Economics*, 16(1):1–10.

DeVany, A. and Saving, T. (1977) 'Product quality, uncertainty, and regulation: The trucking industry', *American Economic Review*, 67(4):583–594.

Diamond, P. (1982) 'Aggregate demand management in search equilibrium', *Journal of Political Economy*, 90(5):881–894.

Domberger, S. (1979) 'Price adjustment and market structure', *Economic Journal*, 89(353):96–108.

Domowitz, I., Hubbard, R.G. and Petersen, B.C. (1986a) 'Business cycles and the relationship between concentration and price–cost margins', *Rand Journal of Economics*, 17(1):1–17.

Domowitz, I., Hubbard, R.G. and Petersen, B.C. (1986b) 'Intertemproal stability of the concentration–margins relationship', *Journal of Industrial Economics*, 35(1):1–22.

Domowitz, I., Hubbard, R.G. and Petersen, B.C. (1986c) 'Oligopoly supergames: Some empirical evidence', unpublished.

Drèze (1975) 'Existence of an exchange equilibrium under price rigidities', *International Economic Review*, 16(2):301–320.

Eckard, E.W. (1982) 'Firm market share price flexibility, and imperfect information', *Economic Inquiry*, 20(3):388–392.

Encaoua, D. and Geroski, P. (1984) 'Price dynamics and competition in five countries', working paper no. 8414, University of Southampton.

Fischer, S. (1977) 'Long term contracts, rational expectations, and the optimal money supply rule'. *Journal of Political Economy*, 85(1):191–205.

Gordon, R. (1983) 'A century of evidence on wage and price stickiness in the United States, the United Kingdom, and Japan', in: J. Tobin, ed., *Macroeconomics, prices and quantities: Essays in Memory of Arthur M. Oken*. Washington, D.C.: Brookings Institution, 85–134.

Ch. 15: H

Gould, J.
   Journal
Green, E.
   Econom
Grossman
   America
Hall, R.E.
   runs', J
Hall, R.E
   working
Hall, R.E
   Nationa
Haltwang
   unpubli
Harberger
   9(3):78:
Hart, O.
   Econon
Hubbard.
   lished.
Keeton, 1
Lucas, Jr
Lustgarte
Maccini,
Malinvau
Mankiw,
   monop
McAllist
   Statist
Means,
   Congr
Means,
   62(3):
Mills, D
   Revie
Mills, E
Mills, F
Mills, I
   Resea
Nadiri,
   York
Okun, a
   Instit
Peltzma
   19(2)
Peltzma
   Econ
Phelps,
   tions
Phlips,
Polinsl
   pape
Porter.
Qualls
   Busi
Reaga

Gould, J. (1978) 'Inventories and stochastic demand: Equilibrium models of the firm and industry', *Journal of Business*, 51(1):1–42.

Green, E. and Porter, R. (1984) 'Noncooperative collusion under imperfect price information, *Econometrica*, 52(1):1–42.

Grossman, S. and Stiglitz, J. (1980) 'On the impossibility of informationally efficient markets', *American Economic Review*, 70(3): 393–408.

Hall, R.E. (1978) 'The macroeconomic impact of changes in income taxes in the short and medium runs', *Journal of Political Economy*, 86(2):571–585.

Hall, R.E. (1984) 'The inefficiency of marginal cost pricing and the apparent rigidity of prices', working paper no. 1347, National Bureau of Economic Research.

Hall, R.E. (1988) 'A non-competitive equilibrium model of fluctuations', working paper no. 2576, National Bureau of Economic Research.

Haltwanger, J. and Maccini, L. (1983) 'A model of inventory and layoff behavior under uncertainty', unpublished.

Harberger, A. (1971) 'Three basic postulates for cost benefit analysis', *Journal of Economic Literature*, 9(3):785–797.

Hart, O. (1982) 'A model of imperfect competition with Keynesian features', *Quarterly Journal of Economics*, 97(1):109–138.

Hubbard, G. and Weiner, R. (1986) 'Contracting and price flexibility in product markets', unpublished.

Keeton, W. (1979) *Credit rationing*. New York: Garland.

Lucas, Jr., R.E. (1981) *Studies in business-cycle theory*. Cambridge, Mass.: MIT Press.

Lustgarten, S. (1975) 'Administered pricing: A reappraisal', *Economic Inquiry*, 13(2):191–206.

Maccini, L.J. (1973) 'On optimal delivery lags', *Journal of Economic Theory*, 6(2):107–125.

Malinvaud, E. (1979) *The theory of unemployment reconsidered*. New York: Halsted.

Mankiw, N.G. (1985) 'Small menu costs and large business cycles: A macroeconomic model of monopoly', *Quarterly Journal of Economics*, 100(2):329–333.

McAllister, H. (1961) 'Government price statistics', Hearings before the Subcommittee on Economic Statistics of the Joint Economic Committee, 87th Congress, 1st session.

Means, G.C. (1935) 'Industrial prices and their relative inflexibility', Senate document 13, 74th Congress, 1st session. Washington, D.C.: U.S. Government Printing Office.

Means, G.C. (1972) 'The administered price thesis reconfirmed', *American Economic Review*. 62(3):292–307.

Mills, D.E. and Schuman, L. (1985) 'Industry structure with fluctuating demand', *American Economic Review*, 75(4):758–767.

Mills, E. (1962) *Prices, output and inventory policy*. New York: Wiley.

Mills, F.C. (1927) *The behavior of prices*. New York: National Bureau of Economic Research.

Mills, F.C. (1936) *Prices in recession and recovery*. New York: National Bureau of Economic Research.

Nadiri, M.I. and Rosen, S. (1973) *A disequilibrium model of the demand for factors of production*. New York: National Bureau of Economic Research and Columbia University Press.

Okun, A. (1981) *Prices and quantities: A macroeconomic analysis*. Washington, D.C.: The Brookings Institution.

Peltzman, S. (1976) 'Toward a more general theory of regulation', *Journal of Law and Economics*. 19(2):211–240.

Peltzman, S. (1977) 'The gains and losses from industrial concentration', *Journal of Law and Economics*, 20(2):229–263.

Phelps, E.S. and Taylor, J.B. (1977) 'Stabilizing powers of monetary policy under rational expectations', *Journal of Political Economy*, 85(1):163–190.

Phlips, L. (1981) *The economics of price discrimination*, New York: Cambridge University Press.

Polinsky, A.M. (1985) 'Fixed price versus spot price contracts: A study in risk allocation', working paper no. 20, Stanford Law School.

Porter, R. (1983) 'Optimal cartel trigger-price strategies', *Journal of Economic Theory*, 29(2):313–338.

Qualls, P.D. (1979) 'Market structure and the cyclical flexibility of price–cost margins', *Journal of Business*. 52(2):305–325.

Reagan, P. (1982) 'Inventory and price behavior', *Review of Economic Studies*, 49(1):137–142.

Case 4:07-md-01819-CW    Document 798-3    Filed 07/30/09    Page 16 of 16

Rosen, S. (1974) 'Hedonic prices and implicit markets: Product differentiation in pure competition', *Journal of Political Economy*, 82(1):34–55.

Rotemberg, J. (1982) 'Sticky prices in the United States', *Journal of Political Economy*, 90(6):1187–1211.

Rotemberg, J.J. and Saloner, G. (1985) 'Strategic inventories and the excess volatility of production', working paper no. 1650-85, Sloan School of Management, MIT.

Rotemberg, J.J. and Saloner, G. (1986) 'A supergame-theoretic model of business cycles and price wars during booms', *American Economic Review*, 76(3):390–407.

Salop, S. (1979) 'Monopolistic competition with outside goods', *Bell Journal of Economics*, 10(1):141–156.

Scherer, F.M. (1980) *Industrial market structure and economic performance*. Chicago: Rand McNally.

Schmalensee, R. (1982) 'Product differentiation advantage of pioneering brands, *American Economic Review*, 79(3):349–365.

Schmalensee, R. (1985) 'Do markets differ much', *American Economic Review*, 75(3):341–351.

Shleifer, A. (1985) 'Implementation cycles', unpublished, MIT.

Stigler, G. (1939) 'Production and distribution in the short run', *Journal of Political Economy*, 47(3):305–327.

Stigler, G. (1961) 'The economics of information', *Journal of Political Economy*, 69(2):213–225.

Stigler, G. (1964) 'A theory of oligopoly', *Journal of Political Economy*, 72(1):44–61.

Stigler, G. (1971) 'The theory of economic regulation', *Bell Journal of Economics*, 2(1):3–21.

Stigler, G.J. and Kindahl, J.K. (1970) *The behavior of industrial prices*. New York: National Bureau of Economic Research.

Stigler, G.J. and Kindahl, J.K. (1972) 'Industrial prices as administered by Dr. Means', *American Economic Review*, 63(4):717–721.

Stiglitz, J. (1976) 'Prices and queues as screening devices in competitive markets', IMSS technical report no. 212, Stanford University.

Stiglitz, J. (1984) 'Price rigidities and market structure', *American Economic Review*, 74(2):350–355.

Stiglitz, J. and Weiss, A. (1981) 'Credit rationing in markets with imperfect information', *American Economic Review*, 71(3):393–410.

Telser, L. (1978) *Economic theory and the core*. Chicago: University of Chicago Press.

Telser, L. and H. Higinbotham (1977) 'Organized futures markets: The costs and benefits', *Journal of Political Economy*, 85(5):969–1000.

Topel, R.H. (1982) 'Inventories, layoffs, and the short-run demand for labor', *American Economic Review*, 72(4):769–787.

Tucker, R. (1978) 'The reasons for price rigidity', *American Economic Review*, 28(1):41–54.

Vining, D. and Elwertowski, T. (1976) 'The relationship between relative prices and the general price level', *American Economic Review*, 66(4):699–708.

Wachter, M. and Williamson, O. (1978) 'Obligational markets and the mechanics of inflation', *Bell Journal of Economics*, 9(2):549–571.

Weiss, L. (1977) 'Stigler, Kindahl and Means on administered prices', *American Economic Review*, 67(4):610–619.

Weston, F. and Lustgarten, S. (1974) 'Concentration and wage–price changes', in: H. Goldschmidt, ed., *Industrial concentration: The new learning*. Boston: Little, Brown and Co., 307–338.

Williamson, O.E. (1975) *Markets and hierarchies: Analysis and antitrust implications: A study in the economics of internal organization*. New York: Free Press.

Zarnowitz, V. (1962) 'Unfilled orders, price changes and business fluctuations', *Review of Economics and Statistics*, 44(4):367–394.

Zarnowitz, V. (1973) *Orders, production and investment*. New York: National Bureau of Economic Research.

Zarnowitz, V. (1985) 'Recent work on business cycles in historical prospective: A review of theories and evidence', *Journal of Economic Literature*, 23(2):523–580.

**INDEX**

Accountin
Adverse s
Advertisin
    774, 81!
    682–68¢
    free ridi
    retailers
    and, 71¿
Agency, 1
    704; coi
    effort-b;
    vertical
    Moral I
    models
Aggregati
    output
Alchian–I
Anticomp
    Turner
    domina
    governr
    internai
    Klevori
    models,
    586–58
    Posner
    545–56
    policy
    rivals'
    firms, ⁣
    Salop–
    tests fc
    rules, 5
    *also* Cc
    barrier:
Antitrust
    behavic
    176–17
    717–71
    Vertica
Arbitrage
Arbitrati¢
Areeda a
Arrow–[
Asset sp¢
    barrier
    optima
    151, 2]
Auction