**Ryan Declaration**

**EXHIBIT IV**
**Article:**
**The Role of Pricing Endings:**
**Why Stores May Sell More at $49 than at $44**

# The Role of Price Endings:
# Why Stores May Sell More at $49 than at $44

May 2000

Eric Anderson
Graduate School of Business
The University of Chicago
eric.anderson@gsb.uchicago.edu


Duncan Simester
Sloan School of Management
MIT
simester@mit.edu

This paper has benefited from comments by Anil Kashyap, Peter Pashigian, Birger Wernerfelt and seminar participants at Chicago, Duke, MIT, Notre Dame, Purdue, Rochester, Wharton and the University of New South Wales.  We also wish to acknowledge the generous contributions of the mail order company that provided data for this study.

**The Role of Price Endings: Why Stores May Sell More at \$49 than at \$44**

Economists typically assume that demand curves are downward sloping. We present evidence that increasing the price of an item from \$44 to \$49 may increase unit demand by up to 30%. This effect is substantial, has broad application, is easily replicated, and contradicts the downward-sloping property of demand functions. The paper offers a rational-actor explanation for the effect by arguing that price endings may serve an informational role, signaling to customers which prices are low compared to other market prices. In equilibrium customer reliance on price endings is consistent with optimal firm behavior. We explain why firms prefer to use \$9 endings on items with low (relative) prices. As a result, \$9 price endings lead to more favorable customer price perceptions and increased customer demand. Retailers face a trade-off that regulates how many \$9 endings they use. The effect is moderated by proliferation, so that the demand increase is smaller when more products have 9-digit endings. Predictions from the model are tested in three randomized field tests that measure the purchasing behavior of actual customers in two mail order catalogs. Together, the model and data yield three conclusions. First, using a \$9 price ending on a product increases demand for that product. Second, \$9 endings have a smaller effect when more products have them. Third, the \$9 ending effect is further moderated when sale signs also inform customers about relative price levels. A corollary of the second conclusion is that firm profits are concave in the number of items that have \$9 endings, and it is this concavity that makes use of \$9 endings self-regulating.

## I.    Introduction

A standard property of demand functions is that they are downward sloping (Varian 1992), yet we will present evidence that increasing the price of an item from $44 to $49 may increase the number of units purchased. The effect is substantial and easily replicated across product categories and firms. The price increase exceeds 20%, while almost 30% more units are sold. The paper focuses on providing a rational-actor explanation for this demand premium. We argue that price endings may serve an informational role, signaling to customers which prices are low compared to other market prices. Customers often have the options of visiting competing retailers or delaying in the hope of future discounts.  If they do not know prices at other stores, or prices at other times in the season, they can better evaluate whether to make an immediate purchase if cues are available to help resolve their uncertainty.  We present evidence and arguments suggesting that relying on price endings can be an equilibrium strategy.  This signaling role may explain both why $9 price endings increase demand and evidence that retailers do not use these price endings on all of their products.[1]

The signaling explanation is investigated in a series of field tests, in which different versions of a direct mail catalog were mailed to randomly selected customer samples. Catalogs offer an ideal medium for conducting price tests, allowing the measurement of actual purchasing behavior of real customers in a manner that unobtrusively controls for exogenous demand influences. The key finding is replicated in two different women's clothing catalogs, but appears to have far broader application. In particular, evidence of the efficacy of $9 endings may be inferred from their use. Studies in the marketing literature confirm that the use of 9-digit endings is pervasive across a broad variety of consumer markets. For example, Kreul (1982) and Schindler and Kirby (1997) present findings that 9 is easily the most common price ending.

We report the results of three large-scale field tests. In the first study, we mailed three different versions to compare demand when charging $44, $49 and $54 for the same product. Demand was highest in the $49 condition, despite the $5 real price increase over the $44 condition.  The findings are consistent with the signaling explanation but are not consistent with psychological theories proposed in the marketing literature that customers disregard the least important digits due to truncation or rounding.[2]  These psychological theories predict that demand

---

[1] For evidence that demand is higher when using a 9-digit price ending see: Stiving and Winer 1997; Blattberg and Neslin; 1990; Blattberg and Wisniewski 1987; and Nagle 1987.  For evidence that use of 9-digit endings is not universal see: Monroe 1979; Kreul 1982; Schindler and Kirby 1997.

[2] See for example: Nagle 1987; Schindler and Wiman 1989; Schindler and Kibarian 1993; and Stiving and Unnava 1998.

in the $49 condition will be no larger than demand in the $44 condition. In the second study, we mailed two versions of a catalog where we varied the number of $9 endings. We found that demand increases are smaller when more products have $9 endings. It is this moderating effect that yields concavity in the equilibrium model, regulates retailers' use of $9 endings, and makes customer reliance on these cues an equilibrium strategy. In the third study we replicate the findings from the first two tests and investigate the interaction between $9 endings and an explicit claim that an item is discounted (a sale sign). The findings indicate that the $9 demand premium is moderated when a retailer also claims that the item is on sale, which is consistent with our interpretation that $9 endings and sale signs serve a similar signaling role. Together, the three tests confirm that $9 endings increase demand and the increase is moderated by both the proliferation of other $9 endings as well as the co-occurrence of sale signs.

The evidence that the $9 demand premium is moderated when a retailer also places a sale sign on the item raises another issue: why use $9 endings when sale signs offer a seemingly more direct and less ambiguous cue? The use of multiple cues is unsurprising if not all customers observe each cue. In particular, some customers may not notice a sale sign. Spoken and written communication is characterized by repetition and redundancy to ensure that recipients do not overlook important cues. This is perhaps even more important in a retail environment, in which these price cues are passive, and must compete for customer attention with an array of product cues. Consistent with this interpretation, we will present evidence that sale signs and $9 endings tend to co-occur.

**Customers' Use of Price Cues**

A series of behavioral studies investigating customers' price knowledge of grocery products suggest customers are not well informed about prices. Despite a high purchase frequency, these studies reveal that no more than half of customers questioned can recall the prices of grocery products that they have recently purchased (Allen, Harrell and Hutt, 1976; Conover, 1986; Dickson and Sawyer, 1990). In the fashion goods market, where we develop and test our theory, we might expect even less customer price knowledge due to the rapid and unpredictable rate of price and product changes.

Using price endings to resolve this uncertainty can only be an equilibrium strategy if retailers prefer to use $9 endings on products with low prices when customers expect them to do so.[3] Our explanation for why retailers may choose this response focuses on the change in aggregate demand. Willingness to pay increases if customers believe that prices with $9 endings

---

[3] In the context of the fashion clothing example we use "high" and "low" to describe variance in prices throughout a season.

are low, allowing retailers to charge a premium while selling to the same number of customers. Given unit sales are higher when prices are lower, this argues for using $9 endings on products with truly low prices as retailers capture the premium on more units.

By revealing which products have low prices, price endings also implicitly reveal which products have high prices. This may tempt retailers to use $9 endings on products that do not have low prices. However, we argue that customers regulate this temptation by ascribing less credibility to these price endings when they see them used on more products. Concern about credibility introduces concavity to retailers' profit functions: using a $9 ending on a product increases demand for that product but reduces demand for other products that already have $9 endings. In equilibrium retailers resolve this trade-off by using $9 endings on all products with low prices together with some products that do not have low prices. As a result, price endings provide some information but are not completely revealing.

The argument does not require that customers know how many products are truly discounted at each retailer. It is sufficient that customers have prior beliefs about how many products are discounted and that they use these beliefs in their decisions. Moreover, customers' prior beliefs may vary between retailers, product categories, and times of the year. For example, customers may recognize that Wal-Mart has more discounts than Brooks Brothers or that more swimsuits are discounted at the end of summer than at the start of spring.

Although the analysis focuses on fashion products, the findings have application to any market in which customers are uncertain about relative price levels, including prices at competing stores and prices at different times in the season. The model can also explain the apparent effectiveness of other marketing cues, such as "sale signs". Like price endings, sale signs are inexpensive to use and retailers generally make no commitment when using them (Anderson and Simester 1998). The signaling argument is also not specific to $9 endings and does not explain the preference for 9, as opposed to some other digit. Given appropriate customer beliefs any arbitrary price ending could be focal. However, the use of 9 is consistent with psychological theories that customers round or truncate the least important digit (Stiving and Winer, 1997; Schindler and Kirby, 1997).

**Plan of the Paper**

The arguments are illustrated in Section II using a formal model in which competing retailers sell imperfect substitutes in two period overlapping seasons. In our discussion we highlight the information revealed by price endings, including the source of its credibility, its sensitivity to the number of $9 endings that are used, and the resulting shift in customer demand. In Section III we test the demand predictions from the theoretical model in a series of empirical studies and the paper concludes in Section IV with a review of the findings.

## II.    Model

We present an equilibrium model in which customers use price endings as a cue to infer which products have relatively low prices.  To simplify, we distinguish even and odd price endings rather than focussing on specific 9-digit endings such as $9 or 99¢.  We consider fashion goods markets in which prices vary endogenously due to temporal price discrimination.  The reason for price variation is not important to the analysis, and could also be attributed to other factors such as demand uncertainty (Lazear 1986; Pashigian 1988) and supply side effects.  The necessary conditions are the existence of price variation and customer uncertainty about market prices.  Given this uncertainty, the model illustrates how retailers may optimally reveal information to customers through odd price endings.

The model has several interesting features.  First, customers rely on multiple cues, acquiring information from both the price level and the price ending (odd or even).  Second, these cues are informative even though customers often do not have enough information to fully invert firms' profit functions to predict the actions of different firm types.  Finally, in equilibrium firms may intentionally introduce noise to their signals, so that odd price endings only partially reveal which products are discounted.  Previous models have recognized that signals may be noisy (not always accurate), but the noise is typically exogenous, resulting from uncontrolled environmental distortions (Fudenberg and Tirole 1986; Bebchuck and Stole 1993).  This section of the paper begins with a description of the retailers and their customers, followed by a review of customer uncertainty and predictions of customer purchasing behavior.  Finally, we consider how retailers respond to this purchasing behavior and formally summarize the results.

### Retailers

We assume a market in which a large number of competing retailers sell fashion products in overlapping two period seasons over an infinite horizon.  The retailers each introduce $n$ new products each period, so that in any one period they have $n$ new products beginning a season and another $n$ old products finishing their seasons.  We will refer to the period in which a product is first introduced as "the start of its season" and the second period in which it is available as the "end of its season".  After the second period the product is no longer available.  The $2n$ products represent different product categories, so that the products vary in style and design and have independent demand.  The product categories and the timing of product introductions coincide across retailers, but the products sold by different retailers are imperfect substitutes.  Each period begins with retailers simultaneously setting prices for their $2n$ products.  Retailers charge the same price to all customers during the same period, but can vary prices across products and between periods.  Retailers predict demand with certainty and discount future revenue using the discount factor $\delta$.

**Customers**

Customers have demand for just one product category and purchase at most a single unit from that category.[4]  They decide when and where to purchase but visit only one retailer in each period.  If they delay purchasing they can visit the same retailer or a different retailer the next period but incur an additional transportation cost $k$.  Customers vary in their demand, which we formalize by assuming that a customer's product valuation ($V$) is either high or low: $V \in \{L,H\}$ where $H - L = M > 0$.  We assume that customers know their own valuation but do not observe valuations of other customers.  We will later discuss how uncertainty regarding other customers' valuations affects the information revealed by price cues.  Because of heterogeneity across retail product offerings, we assume that if customers choose to delay purchasing and visit a different retailer in the next period they may find a product that better suits their needs.  Formally, we assume that customers who have a low willingness to pay ($V=L$) will, with probability $\eta$, have a higher willingness to pay ($V=H$) at a competing retailer.  The symmetric possibility, that customers for whom $V=H$ may have a lower willingness to pay at a competing retailer, is not relevant to the analysis.

New customers arrive in the market in both periods of a product's season (at both the start and end of each product's season).  Because new customers have no information about differences in retailers' prices, they randomly select which retailer to visit.  A mass of $Y$ high reservation value (for whom $V=H$) and a mass of $X$ low reservation value new customers arrive at each retailer each period.[5]  New customers who do not buy either exit the market, return to the same retailer, or visit a different retailer in the next period (the end of the season).  After two periods any remaining product is removed so that customers who do not buy in the second period of a product's season exit the market without making a purchase (few swimsuits are available in winter, while gloves and woolen sweaters are difficult to purchase in summer).  Note that at the start of a product's season (Period 1 for that product) the mass of $X+Y$ new customers are the only customers who have demand for the product.  End of season demand (Period 2) includes a second mass of $X+Y$ new customers together with (possibly) some of the customers who arrived in the market at the start of the season but did not purchase.  There is no communication between

---

[4] Customers can resolve price uncertainty for substitutes within the store by simply inspecting the posted prices.  Therefore, although we allow for substitution across time and across retailers, we do not consider substitution across categories.

[5] For *each product* retailers have a mass of $X + Y$ new customers arriving in each period.  Customers who purchase at the end of the season may get less use out of the product, so that valuations might be lower at that time.  This suggests an additional reason for why prices are discounted at the end of the season, however, including this feature adds complexity and yields few additional insights.

customers and customers discount future consumption using the same discount factor as the retailers ($\delta$).

**Customer Uncertainty**

Customers' purchasing decisions are complicated by uncertainty about which products will be available in the future. Customers realize that products are available for two periods but are unsure whether their arrival in the market coincides with the start or end of each product's season.[6] Customers have two cues available to resolve this uncertainty: the relative price level and the price ending. We conservatively assume that customers first use the price level and only rely upon the price ending if their uncertainty is not fully resolved.

**A. Relative Price Level**

Customers' price expectations are consistent with actual retailer strategies. Customers expect retailers to start the season with high prices and sell only to customers with high reservation values. At the end of the season, customers expect retailers to discount and sell to all remaining customers at the market-clearing price. If customers can recognize which products are discounted they can infer which products are finishing their seasons. We consider three ways that customers might use the current price to determine whether an item is discounted.

First, if customers can recall historical price levels, a simple comparison of current and historical prices might indicate whether an item is discounted. However, as we discussed, research has shown that consumers generally have poor recollection of historical prices. In addition, variation in styles and materials between seasons make historical price comparisons difficult. For these reasons, we assume that customers cannot recognize initial and discounted price levels and hence cannot directly identify which products have discounted prices.

Second, knowledge of the retailer's profit function may allow customers to predict initial and discounted prices. For example, if customers knew that low reservation customers would pay up to $15, any price higher than $15 could only be an initial price (because it would not clear the market). These inferences require that customers know the distribution of aggregate demand. However, customers cannot observe the valuations of other customers and (unlike retailers) do not have access to data describing historical purchasing behavior. For these reasons, we assume that customers know their own reservation value ($V$) but do not know how it compares with that

---

[6] It is not necessary that *all* customers are uninformed and the proportion of customers that are uninformed may vary across product categories and times of the year.

of other customers. Customers do not know whether their valuation is relatively low ($L$) or high ($H$), but their prior beliefs are that $V$ equals $L$ and $H$ with equal probability.[7]

Third, customers might form inferences about aggregate demand from their own reservation values ($V$). If the current price exceeds a customer's reservation value ($p>V$) then it cannot be discounted as it will not clear the market. Hence, observing $p>V$ implies that the product will be available at a lower price next period. In contrast, a very low price ($p<V\text{-}M$) will clear the market whatever the customer's reservation value, so that observing $p< V\text{-}M$ leads to a conclusion that the price is already discounted and the product will not be available next period.[8] Intermediate prices ($V\text{-}M < p \leq V$) are less informative because these prices only clear the market if the customer's reservation value is low ($V=L$). If the customer's reservation value is high ($V=H$) only high valuation customers purchase at these prices. Because customers do not know whether $V$ equals $H$ or $L$, prices in the range ($V\text{-}M,V]$ do not provide any additional information.[9] For prices in this range, customers must rely upon price endings to infer which products are finishing their seasons and have discounted prices.

Note that we assume customers do not know how their preferences compare with other customers (they do not know whether $V$ equals $H$ or $L$) but do know the variance in other customers' preferences (they know $M$, the difference between $H$ and $L$). More generally, if the distribution of reservation values is given by $g(V) = f(V) + x$, then we assume customers know $f(V)$ but do not know the realization of $x$. In our model, the function $f(V)$ has support $V\text{-}M$ and $V$ and $x$ is equally likely to be 0 or $M$. A more intuitive interpretation is that customers are unsure about initial prices - they recognize that customers differ and so are unsure which initial price will be most profitable for a store. However, they know prices are discounted during the season, and can predict the size of those discounts (determined by $M$, which characterizes the range of customer demand). It is sufficient that customers can anticipate the percentage discount rather than a specific dollar amount, and their expectations may be uncertain.[10]

---

[7] For example, customers may know their own reservation value is equal to $15 ($V=15$). However, because they cannot observe the valuations of other customers, they remain uncertain whether $L=15$ (in which case $H>15$) or $H=15$ ($L<15$).

[8] Recall that $M=H\text{-}L$ so $p<L$ when $p<V\text{-}M$.

[9] The result that customers get no information from observed prices in this situation depends upon customers having prior beliefs that $V$ is equally likely to equal $L$ or $H$. The findings are not sensitive to this result. It might be reasonable to adjust these priors according to the relative masses of each customer type (i.e. $X$ and $Y$). Alternatively, we could include a parameter describing customers' beliefs after observing prices (and could even allow these beliefs to differ from the true probabilities).

[10] When questioned about these assumptions, department store executives raised few objections. They noted that while initial prices vary greatly, discount strategies tend to be very stable across products,

Page 7

### B.  Price Endings

Customers correctly expect that retailers will use odd price endings on all of their discounted products.  Because they also anticipate that retailers discount products that are finishing their seasons, they expect to see odd price endings on at least $n$ products.  If they see odd price endings on more than $n$ products, they infer that not all of them are truly discounted.  In accordance with this inference, and in the absence of any additional information, they rely upon Bayes rule to update their expectations.  In particular, if there are $q$ odd price endings, the probability that any one of these products will be available (at a lower price) in the future is equal to $\Phi(q)$, where $\Phi(q)$ equals $(q-n)/q$ if $q>n$ and zero otherwise.  It is this Bayesian updating that ensures that customers are not simply misled when retailers use odd price endings on products starting the season.  The accuracy of these beliefs and the expectation that retailers will first use odd price endings on all of the products that are finishing their seasons underpins the credibility of the underlying signal and will form the basis of an important equilibrium condition.  Consistent with Bayes rule and equilibrium firm strategies, products without odd price endings are all considered to be starting their season and not yet discounted.[11]  We summarize customers' inferences from price levels and price endings in Table 1.  When inferring which products are finishing their seasons, customers also implicitly update their beliefs about whether their valuations are high or low (whether $V$ corresponds to $H$ or $L$).

For simplicity we assume that customers who return after not purchasing on their first visit cannot recall which products were previously available.  This simplifies the analysis because new and returning customers exhibit the same behavior.  Moreover, it imposes little loss of generality as it can be shown that the equilibrium need not depend upon how many (if any) of these customers are fully informed when they return.

---

product categories and stores.  In particular, products are first discounted by 25%-30%, typically followed by a further reduction to 40%-50% off the original price.

[11] The probability that a product with an even price ending will be available in the future is equal to one, even if fewer than $n$ products have odd price endings.  This is consistent with customers interpreting fewer than $n$ odd price endings as an indication that the firm did not introduce $n$ products in the previous season.

**Table 1**
**Customers' Posterior Beliefs**

| Price Level: p relative to V | Price Ending | Customers' Posterior Beliefs |
|---|---|---|
| $p > V$ | even or odd | Season is starting ($V=L$) |
| $p \leq V\text{-}M$ | even or odd | Season is ending ($V=H$) |
| $p \in (V\text{-}M,V]$ | even | Season is starting ($V=H$) |
| $p \in (V\text{-}M,V]$ | odd | Season is starting ($V=H$) with probability $\Phi(q)$ <br> Season is ending ($V=L$) with probability $1\text{-}\Phi(q)$ |

**Customer Behavior**

Recall that customers have four alternatives after inspecting the product: they may purchase immediately, return to the same retailer in the next period, return to a different retailer, or leave the market.  If customers delay purchasing, they risk that the product will not be available in the following period and incur an additional transportation cost $k$ if they return next period.  Balancing these considerations, if the product is still available in the next period, customers anticipate that the price will be lower.  In particular, customers correctly expect prices to be discounted by $M$ between seasons.[12]  Visiting a different retailer also raises the possibility that they will find a product that better suits their needs (if price and price ending cues suggest their valuation at the current retailer is low).  In deciding how to respond, customers use the price level and price ending cues to update their expectations about which products will be available in the next period.  In Table 2 we summarize customers' responses under each of the four combinations of price endings and price levels.

First, if the price is high ($p>V$) customers believe that the product will be available next period.  Because this also implies that their reservation value at the current retailer is low, if they return they will visit a different retailer where their needs may be better served.  This strategy yields an expected surplus of at least $\delta(\eta M\text{-}k)$, which we assume is positive.[13]  Therefore, if new customers see a price higher than their reservation value, they visit a different retailer in the next

---

[12] For completeness, if the first period price is very high so that $p>V+M$, we assume that customers expect that the retailer will charge $V$ in the next period.  Charging $p>V+M$ in the first period is an out of equilibrium strategy that will result in no demand in that period.

[13] Customers incur the transportation cost $k$ whether or not they purchase on their second visit.  They do not expect the second period price to exceed $L$.

Page 9

period.  Second, when the price is low ($p \leq V$-$M$), customers do not expect the product to be available in the future.  Hence, if $p \leq V$-$M$, customers purchase immediately from the current retailer.

**Table 2**
**Customer Behavior**

| Price Level: $p$ relative to $V$ | Price Ending | Customer Behavior |
|---|---|---|
| $p > V$ | even or odd | Delay and return to a different retailer |
| $p \leq V$-$M$ | even or odd | Purchase |
| $p \in (V$-$M,V]$ | even | Purchase if $V - p \geq \lambda$, else delay and return to the same retailer |
| $p \in (V$-$M,V]$ | odd | Purchase if $V - p \geq \Lambda$, else delay and return to the same retailer |

Third, for prices in the intermediate range $p \in (V$-$M,V]$ <u>with even price endings</u>, customers believe that the product will be available in the next period.  If they do not purchase, they will return to the same retailer where they believe they have a high reservation value.  Expecting that the product will be discounted by $M$, they expect to earn utility $\delta(V$-$p + M - k)$ from returning to the same retailer compared to $V$-$p$ from purchasing immediately.  Rearranging terms we find that customers will purchase immediately iff:

$$V - p \geq \lambda = \frac{\delta(M - k)}{1 - \delta} \tag{1}$$

If this condition is not satisfied they will return to the same retailer in the next period.  We can interpret $\lambda$ as the surplus that a retailer must offer a customer to induce an immediate purchase when a product has an intermediate price (for that customer) and an even price ending.

Finally, for prices in the intermediate range $p \in (V$-$M,V]$ <u>with odd price endings</u>, the expected utility from delaying and returning to the same retailer in the following period is $\delta\Phi(V$-$p+M)$-$\delta k$.  Again, this assumes the product is discounted by $M$ and $\Phi = \Phi(q)$ reflects the probability that the product will be available in the following period.  Note that if the product is available in the next period the customer has a high reservation value at the current retailer, so there is nothing to be gained from returning to a different retailer.  Recall also that customers incur the transportation cost whether or not they purchase on their second visit and if the product

is not available they exit without affecting the demand of other customers or products. We conclude that customers will purchase immediately iff:

$$V - p \geq \Lambda = \frac{\delta(\Phi M - k)}{1 - \delta \Phi} \qquad (2)$$

If this condition is not satisfied these customers will return to the same retailer in the next period. Thus, $\Lambda$ represents the surplus that a retailer must offer a customer to induce an immediate purchase of a product that has an odd price ending.

Given these interpretations, $\lambda - \Lambda$ is the price ending premium, or the additional price that a retailer is able to charge for products that have odd price endings (recall that $\Phi = 0.5$, so $\lambda > \Lambda$). This shift in the demand curve is endogenous. Customers expect that retailers will first use odd price endings on their discounted products, so that no matter how many products have odd price endings, these products are always weakly less likely to be available next period than products without odd price endings. It is helpful to define $q^*$ as the number of products with odd price endings at which the price ending premium is at its maximum ($\Lambda$ is equal to zero):

$$q^* = \frac{Mn}{M - k} \qquad (3)$$

When $\Lambda$ equals zero, a product with an odd price ending is so unlikely to be available next period that customers will pay their full reservation value to purchase it now. Because customers will never pay more than $V$ ($\Lambda \geq 0$) a firm should use at least $q^*$ odd price endings.[14] If a retailer uses more than $q^*$ odd price endings, products with odd price endings are more likely to be available next period ($\Phi > 0$) and so customers will pay less to purchase right now ($\Lambda$ increases with $q$). This illustrates the trade off facing the retailers: using an odd price ending on an additional product increases demand for that product ($\lambda > \Lambda$) but reduces demand for other products that already have odd price endings ($\Lambda$ increases with $q$).

Recall that when customers return to the same retailer or a different retailer after not purchasing in the previous period, they cannot recall which products were available in the previous period and so exhibit the same purchasing behavior as the new customers. Moreover, because these customers cannot observe a retailer's prices prior to visiting, we assume that if they visit a different retailer they randomly distribute themselves among the other retailers.

---

[14] To avoid degenerate solutions we focus on parameters for which $q^* < 2n$.

**Implementing Even and Odd Price Endings**

The customer behavior summarized in Table 2 implies that customers will immediately purchase products with odd price endings as long as the price does not exceed $V\text{-}\lambda$. For products with even price endings they will pay up to $V\text{-}\Lambda$. However, we need to adjust these bounds to account for the implementation of even and odd price endings. If customers will pay up to $4 for a product with an odd price ending, they will really only pay up to $3.99 as $4 has an even ending. Similarly, if customers will pay up to $2.43 for a product with an even ending, the maximum price that the retailer can charge while maintaining the even ending is $2.42. To account for the price changes required to implement the price endings we conservatively assume that $V\text{-}\lambda$ has an odd ending and $V\text{-}\Lambda$ has an even ending. If we let e denote the smallest currency unit distinguishing odd and even prices, the maximum that customers are willing to pay are $V\text{-}\lambda'$ and $V\text{-}\Lambda'$ where $\lambda' = \lambda + \varepsilon$ and $\Lambda' = \Lambda + \varepsilon$.

Because $9 endings may require a small price change to implement, they are somewhat dissipative. However, retailers also incur costs to implement other price cues. For example, using sale signs requires that retailer print and install signs at the point of purchase. The cost of adjusting prices in order to implement even and odd price endings depends upon the size of $\varepsilon$, the currency unit distinguishing the different endings. This in turn may affect which price endings serve as a cue. On items with price levels less than $1, implementing $9 or 99¢ endings is not practical as e is relatively large. Instead retailers may use 9¢ price ending cues or perhaps bundle items into larger quantities such as "2 for 99¢" (increasing the price level and reducing the relative size of $\varepsilon$). In contrast, higher priced products such as used automobiles often have $99 or even $999 price endings.

**Retailer Strategies**

The strategy space for retailers is large. Rather than checking all possible deviations from the proposed equilibrium we provide a series of sufficient conditions that enable us to rule out broad classes of strategies. The first two conditions ensure that each retailer prefers to sell to its high valuation customers at the start of the season, and that low valuation customers return to a different retailer if they do not buy at the start of the season. The remaining conditions focus on the prices that retailers will charge at the start and end of the season, which products they prefer to use odd price endings on, and how many odd price endings they will use. First, to make sure that retailers prefer to sell to customers with high reservation values at the start of the season, we

assume that the price these customers will pay at the start of the season exceeds the maximum discounted price they will pay at the end.[15]

$$H - \lambda' > \delta\left(\text{H-}\Lambda'\right) \tag{I}$$

At the start of a product's season retailers charge no more than $H- \Lambda'$ if the product has an odd price ending and $H-\lambda'$ if it does not. Condition II ensures that retailers prefer to charge more than $L$ when *not* selling to low valuation customers at the start of the season, so that low valuation customers return to a different retailer in the next period (see Table 2).

$$Y\left(H - \lambda'\right) > LY + \delta X\left(L - \Lambda'\right) \tag{II}$$

These first two conditions greatly simplify the analysis by ensuring that none of the first period customers return to the same retailer in the second period – they either purchase or return to a different retailer. This offers some support for our simplifying assumption that returning customers are not sure which products were available in the previous period and, more importantly, any stage game equilibrium is also an equilibrium in the infinite period game.

Condition III determines whether a retailer sells to both customer segments in the first period. Holding constant the number of odd price endings used in any one period, retailers prefer to sell to only their high valuation customers at the start of the season when:

$$Y\left(H - \Lambda'\right) \geq \left(X + Y\right)\left(L - \Lambda'\right) \tag{III}$$

There is a corresponding condition for products with even price endings, however, this corresponding condition is always satisfied whenever (III) is satisfied. Given (I), (II) and (III) the retailers face a mass of $X$ and $Y$ new customers at the end of the season, together with some returning customers who visited another retailer at the start of the season. We introduce an equilibrium condition to ensure that at the end of the season the retailers prefer to sell to all of these customers, charging $L-\Lambda'$ for products with odd price endings and $L-\lambda'$ for products with even price endings.

$$\left(Y + 2X\right)\left(L - \lambda'\right) \geq \left(\eta X + Y\right)\left(H - \lambda'\right) \tag{IV}$$

---

[15] It is sufficient that this condition (and the other equilibrium conditions) holds for all $\Lambda' \in [0, \Lambda^*]$ where $\Lambda^*$ equals $\Lambda'$ evaluated at $\Phi = 0.5$ (recall that $\Phi \leq 0.5$). While for ease of exposition the relevant range is defined over $\Lambda'$, this is actually determined by the number of items with odd price endings.

The corresponding condition for products with odd price endings is dominated by this condition. Condition (IV) is more likely to be satisfied when $\eta$ is low, so that most of the returning customers have low reservation values. It is these additional customers with low reservation values that prompt retailers to lower their prices at the end of the season. Given the previous conditions, retailers sell to $Y$ customers at the start of the season and $Y+2X$ customers at the end of the season. The premium that they can charge when using an odd price ending is $\lambda'-\Lambda'$, which is constant over time. Because more customers purchase at the end of the season, it is always more profitable to take an odd price ending off a product starting its season and use it on a product that is finishing its season. It is this relationship that establishes the credibility of the price-ending signal.

Recall that retailers always use at least $q^*>n$ odd price endings, and because retailers first use these cues on products finishing their seasons, all of these products have odd price endings. We conclude by considering how many products also get odd price endings at the start of their seasons ($\tau$). Retailers face a trade off when using more odd price endings: they can increase demand for the products that receive the additional odd price endings, but demand for the products that already have them will diminish. Retailers resolve this trade-off by selecting $\tau$ to maximize their profits:

$$p = n\tau Y\left(H-\Lambda'\right)+n(1\text{-}\tau)Y\left(H\text{-}\lambda'\right)+n(Y+2X)(L\text{-}\Lambda') \tag{4}$$

Differentiating this function with respect to $\tau$ yields a first-order condition (recall that $\Lambda'$ is a function of $\Phi$, which in turn depends upon $\tau$):

$$\frac{\partial \pi}{\partial \tau}=Y\left(\lambda'\text{-}\Lambda'\right)-\left(2X+Y+\tau Y\right)\frac{\partial \Lambda'}{\partial \tau}=0 \tag{5}$$

The first term captures the increased profit earned from the product that receives the additional odd price ending, while the second term reflects the lost profits from other products that already have odd price endings. In selecting $\tau$, retailers determine how much information they will reveal through their price endings - increasing $\tau$ reduces the accuracy of the signal. In the limit, if every product has an odd price ending, price endings do not provide any information about which products will be available in the future.

Define $\tau^*$ as the value of $\tau$ that maximizes the profit function in Equation 5. We can now formally establish the existence of an equilibrium in which price endings are a credible source of relative price information.

**Result 1:**

If Conditions I through IV are satisfied there exists a static equilibrium in which customers adopt the beliefs in Table 1 and the behavior in Table 2, and retailers:

- Charge L-$\Lambda'$ and use odd price endings on all $n$ products finishing their seasons.

- Charge $H$-$\Lambda'$ and use odd price endings on $n\tau^{*}$ of the products starting their seasons.

- Charge $H$-$\lambda'$ and use even price endings on the remaining products starting their seasons.

**Proof**

By construction.

Demonstrating that there exists a region of parameter space in which each of the parameter restrictions and equilibrium conditions are satisfied is straightforward. For example, when $n=100$, $L=26$, $H=40$, $k=1$, $X=6$, $Y=11.2$, $\eta=0.1$ and $\delta=0.35$ the equilibrium conditions hold and retailers prefer to set $\tau^{*}$ such that $\Lambda$ equals zero. This represents the boundary solution at which the price ending cue is most accurate. Retailers use odd price endings on all of the products finishing their seasons and some of their new products that are not yet discounted ($\tau^{*}$ >0). Although the price endings are informative they are not completely accurate.

Retailers may be also more likely to use price cues accurately if some customers can recognize inaccurate cues. The current model does not reflect these reputation effects. To incorporate them we could assume that a segment of customers is well-informed about equilibrium price levels. If these customers observe odd price endings on products that are not yet discounted they might reasonably place less credence on price endings on other products. This would encourage retailers to only use odd price endings on products that are truly discounted or only use them on products for which price knowledge is particularly poor.

### III.  Empirical Findings

The model suggests that $9 endings prompt customer beliefs that the price is more likely to be low compared to the alternatives of delaying or visiting another store.  Because the signal's credibility depends upon its prevalence, the number of items that have $9 endings moderates the resulting demand premium. This leads to three predictions:

1.  Using a $9 price ending on a product increases demand for that product.

2.  $9 endings have a smaller effect when more products have $9 endings.

3.  $9 endings have a smaller effect when other cues inform customers about relative price levels.

The cooperation of two catalogs that sell women's clothing allowed us to test these hypotheses by measuring the purchasing behavior of actual customers in controlled experiments. Both catalogs sell moderately priced women's clothing but there is little overlap in their target markets.  For confidentiality reasons we are not able to identify the names of the catalogs (we will call them Grace's and Natalie's) nor can we describe their target markets in great detail. Although all of the prices in both catalogs end in 00¢, the catalogs use $9 endings on more than half of their products. Over 52% of prices in Grace's and 68% of prices in Natalie's have $9 endings.  The next most common price ending is 4, with 20% of Grace's prices and 28% of Natalie's prices ending in 4.

As we discuss later, testing in the field imposes some limits on the complexity of the experimental design.  However, measuring purchasing behavior of real customers offers greater external validity than laboratory experiments, and the opportunity to charge different prices for the same products overcomes the potential endogeneity issues that arise when analyzing historical data.  We conducted three separate tests, following well-established standards in the catalog industry. In each test, different versions of a catalog were mailed to separate samples of randomly selected customers distributed throughout the United States.  The first test was conducted in Grace's and was designed to test the prediction that using a $9 ending on a product increases demand for that product (Prediction 1).  The second test was conducted in Natalie's and investigates whether the demand premium (if any) is smaller when more items have $9 endings. The third test was conducted in Grace's and was designed to both replicate the two earlier tests and investigate the interaction between $9 endings and explicit claims that an item is discounted (sale signs).  We compare the demand premium for $9 endings (if any) on products with sale

signs and on products without sale signs.  To the extent that $9 endings and sale signs reveal similar information we would expect sale signs to attenuate the demand premium for $9 endings.

**Test 1**

To investigate whether using a $9 ending increases demand we varied prices on three products located on separate pages spaced throughout an issue of Grace's catalog.  We compared demand under three price conditions; a Test Condition with $9 endings and two Control Conditions with prices $5 higher and $5 lower than the $9 ending price.  The actual prices are summarized in Table 3.  The two Control Conditions were rotated between Versions A and C while the $9 ending condition always appeared in Version B.  The catalog company would not let us rotate the experimental conditions completely across the three catalog versions.  The three versions were each distributed to 42,000 households randomly chosen from households that had purchased from the catalog in the previous two years.

**Table 3**
**Prices in Test 1**

| Test Items | Version A | Version B | Version C |
|---|---|---|---|
| Item 1 | $84 | $79 | $74 |
| Item 2 | $44 | $49 | $54 |
| Item 3 | $44 | $39 | $34 |

Comparing demand in the high and low price conditions provides an estimate of price elasticity against which to evaluate any $9 ending effect.  We used unit sales on pages without experimental manipulations to control for any distribution differences. The differences were negligible and controlling for them did not affect the findings. To disguise demand we aggregated the number of units purchased in each condition across the three items and then indexed the total units to 100 in Version B. Using this index, aggregate demand was 72, 100, and 72 in the low price control, $9 ending, and high price control respectively ($44, $49, $54).[16] While we cannot report the sales of individual items, the pattern of results is consistent across the three items.

The results suggest several interesting conclusions.  First, aggregate demand for the three test items was highest in the $9 ending condition ($p<0.05$, one-tailed test) even though prices

---

[16] On these three items demand was 28% lower in the two Control Conditions than in the Test Condition.

were $5 higher in this condition than in the Low Price Control. This striking result supports our prediction that using a $9 ending on a product increases demand for that product (Prediction 1), and contradicts the downward sloping property of demand functions. The result cannot be easily reconciled with the alternative explanation proposed in the marketing literature that customers disregard the least important digit due to truncation or rounding. This alternative explanation would not predict higher demand in the $9 ending condition compared to the Low Price Control. Second, sales in the high and low price conditions are almost identical despite the $10 price difference. This evidence that demand is inelastic when price endings are held constant is consistent with our claim that customers are poorly informed about relative price levels. We caution that this is only a short-term measure of price elasticity. It is possible (indeed probable) that in the long-term price increases will adversely affect demand after customers observe the prices charged for similar products at competing retailers.

**Test 2**

A limitation of this first test is the use of products from a single product category. We cannot rule out the possibility that the demand premium is limited to this product category. We undertook a second study to address this limitation and to investigate whether the $9 ending demand premium is sensitive to the number of $9 endings that are used. Two versions of a Natalie's catalog, a Test Version and a Control Version, were each distributed to 40,000 households randomly chosen from households that had purchased from Natalie's in the preceding two years. Prices in the Control Version were determined by the catalog's merchandising specialists and could not be varied. In the Test Version we varied price endings on 16 products, which represented approximately 7% of the items in the catalog. The 16 products were all located in two ten-page sections at the start and back of the catalog and all had $9 endings in the Control Version. In the Test Version we used either $0 ($1 higher) or $8 endings on these products, as summarized in Table 4 (together with the results).[17] The 20 pages on which these experimental manipulations occurred also included 46 other products, 23 of which had $9 endings in the Control and 23 that did not have $9 endings in the Control. We did not vary the prices of these 46 products, nor did we vary prices on other pages of the catalog.

Although they did not differ significantly between the two conditions, we used unit sales on other pages to control for possible distribution differences. The findings are reported in Table 4. Demand is disguised by aggregating the number of units purchased across items within each

---

[17] The design called for eight of these products to receive $8 endings and eight to receive $0 endings. Due to implementation difficulties the catalog implemented six $8 endings and ten $0 endings (see Table 4).

product group. As a result, it is not appropriate to compare *between* rows in Table 4. Total units are then indexed to 100 in the Control Version.

There are again several interesting findings. First, the comparisons on Rows B and C replicate our earlier test of Prediction 1. The results reveal a pattern that is almost identical to the results that we reported in Test 1 with the $9 ending yielding a demand increase of almost 30% over both an $8 ending ($1 lower) and a $0 ending ($1 higher). Unfortunately the sample size is relatively small and so these differences are not significant (although pooling the two rows yields significance). Second, the comparison on Row A offers a test of whether $9 endings are more effective when used less frequently. These 23 products had $9 endings in both versions, but in the Test Version they were the only products on the 20 Test Pages that had $9 endings, while in the Control Version a total of 39 products had this price ending. Under Prediction 2 we expect demand for these items to be higher in the Test Version, and the results support this prediction. Aggregate demand was 51% higher in the Test Version than in the Control Version, suggesting that $9 endings are more effective when used less frequently. This difference is statistically significant (p<0.02, 1 tail test) and contrasts with identical demand across the two versions for items on the Test Pages that did not have $9 endings in either version (Row D).

**Table 4**
**Results from Test 2**

| Comparison | Price Ending | | Aggregate Demand | | Number of Items in Comparison |
| :---: | :---: | :---: | :---: | :---: | :---: |
| | Control | Test | Control | Test | |
| **A** | 9 | 9 | 100 | 151[*] | 23 |
| **B** | 9 | 8 | 100 | 73 | 6 |
| **C** | 9 | 0 | 100 | 73 | 10 |
| **D** | $\neq 9$ | $\neq 9$ | 100 | 100 | 23 |

Table 4 describes the number of units purchased in the Test and Control Versions aggregated across the respective groups of products. Demand for each product group is indexed to 100 in the Control Version (it is not appropriate to compare between rows). For example 51% more units of the Row A items were sold in the Test Version than in the Control Version.
[*] Indicates that demand in the Test Version was significantly higher than demand in the Control Version (p<0.02, one-tailed test).

We caution that substitution may yield similar demand predictions. For example, a $9 ending could increase attractiveness relative to other items in a product line. Substitution of

demand to a product that gains a $9 ending would lead to increased sales of this item at the expense of other items. However, for two reasons, we believe that substitution cannot fully explain the findings. First, items are almost always displayed in the catalog as complete outfits, so that the items depicted on each are complements rather than substitutes. The use of complements will tend to bias against substitution between products on the same page. Second, we might expect substitution to result in similar demand differences in Rows A and D, which we did not find.

An important premise in the model is that customers are poorly informed about market prices. As we discussed, when customers are familiar with prices at competing stores or prices at different times in the season, price endings cannot have the same signaling role. For example, if catalog merchants are well-informed about market prices, the model would not predict use of $9 endings in wholesale prices. To investigate this prediction we analyzed the wholesale prices of 219 items featured in a Natalie's catalog and could not reject the hypothesis that price endings were random.[18] In contrast to the retail prices of these items, wholesale prices were most likely to end in $5 rather than $9, and ¢ endings varied widely (55 of the 100 possible ¢ endings were used).

### Test 3

In Test 3 we investigate whether $9 endings serve a similar information role as sale signs. We do so by testing whether the effect of $9 endings is moderated by the presence of sale signs. If the cues provide the same information, then using $9 endings on items with sale signs should lead to a smaller increase in demand than using them on items without sale signs. The test also serves to replicate the results from the first two tests.

The test was conducted in an issue of Grace's catalog containing 261 items. Treatment and Control Versions were each mailed to samples of randomly chosen households. The price descriptions for 35 of the items in the Control Version included an explicit claim that the item was discounted. The prices of these items were presented as follows "Reg $X  SALE $Y" compared to the standard description "$X". In addition a total of 167 items had $9 endings. In the Treatment Version we changed price endings and removed sale signs from a small number of products. We were not able to add sale signs to any of the products. The allocation of sale signs and $9 endings is summarized in Table 5.

---

[18] We compared the frequency of each of the ten possible $ endings and could not reject the hypothesis that the distribution of endings across these digits was uniform ($\chi^2$=4.8, 9 d.f., p>0.80).

Note that sale signs and $9 endings in the Control tended to co-occur on the same items.[19] This is consistent with our earlier conjecture that retailers repeat the same information using both cues to increase the likelihood that the information is overlooked. The co-occurrence of the two cues may also contribute to the formation of customers' equilibrium and out-of-equilibrium beliefs.

**Table 5**
**Design of Test 3**

|  | Number of Items | |
|---|---|---|
|  | **Control** | **Treatment** |
| Sale sign only | 8 | 11 |
| $9 ending only | 140 | 81 |
| Sale sign and $9 ending | 27 | 15 |
| Neither | 86 | 154 |
| **Total** | 261 | 261 |

The size of each sample was approximately 90,000 households, however, the catalog could not confirm that the same number of people received each version of the catalog. To control for possible distribution differences, we investigate how *relative* demand in the Treatment and Control Versions varies according to the use of sale signs and $9 endings. We assume the following demand function:

$$Demand_{ij} = \alpha_j \, \gamma_i \, Price_{ij}{}^{\eta} \, e^{\beta \mathbf{X}_{ij}} \tag{6}$$

The variables $Price_{ij}$ and $Demand_{ij}$ denote the price and units sold for Item $i$ in Version $j$ $\in$ {Treatment, Control}, and the vector $\mathbf{X}_{ij}$ measures the various marketing variables (other than price). The parameter $\alpha_j$ captures any distribution differences and the parameter $\gamma_i$ captures item level effects. The dependent variable is the log of demand in the Treatment Version ($T$) divided by demand in the Control Version ($C$):

$$\ln\left(\frac{Demand_{iT}}{Demand_{iC}}\right) = \hat{\alpha} + \eta \ln\left(\frac{Price_{iT}}{Price_{iC}}\right) + \beta\left(\mathbf{X}_{iT} - \mathbf{X}_{iC}\right) + \varepsilon \tag{7}$$

---

[19] A significantly higher proportion of items with sale signs in the Control Version have $9 endings than items without sale signs (p<0.05, one-tail test).

In this specification the price coefficient ($\eta$) provides a measure of price elasticity, the item effects $\gamma_i$ disappear, and any distribution differences are captured by the intercept. The marketing variables represented by the vector $\mathbf{X}_{ij}$ include the following five variables:

1. $9 Ending
2. Sale Sign
3. $9 Ending $\times$ Sale Sign
4. $9 Ending $\times$ % $9 Endings on the Page
5. Sale Sign $\times$ % Sale Signs on the Page

The *$9 Ending* and *Sale Sign* variables are both dichotomous, reflecting whether or not an item had a $9 ending or sale sign. We expected the coefficients on both variables to be positive. The interaction between *$9 Ending* and *Sale Sign* terms is designed to capture the prediction that the effect of $9 endings is moderated by the presence of sale signs (and vice versa) and so we expect the coefficient on this interaction to be negative. Finally the last two interactions investigate the relationship between each cue and the frequency with which they are used. We expect that both of these coefficients will be negative if the cues are less credible when used more frequently.

The coefficients are reported in Table 6 and they offer support for each of the predictions. The *$9 Ending* coefficient and the interaction term *$9 Ending $\times$ % $9 Endings on the Page* are both significant ($p<0.01$) and in their predicted directions.[20] Reassuringly, this replicates the results of the previous two studies. The interaction between *$9 Ending* and *Sale Sign* is also significant ($p<0.05$) and consistent with our prediction that the demand premium from using a $9 ending is smaller in the presence of a sale sign. The coefficient for this interaction term is similar in absolute magnitude to the *$9 Ending* coefficients and suggests that sale signs and $9 endings serve a similar information role. The other results are less conclusive. Although the signs of the coefficients estimated for *Sale Sign* and *Sale Sign $\times$ % Sale Signs on the Page* are consistent with our predictions, neither coefficient is significant.

---

[20] We caution that the *$9 Ending* coefficient and the two interaction terms jointly describe the effect of adding a $9 ending to an item. The effect is only described by the *$9 Ending* coefficient alone when there are no other $9 endings on the page and the item does not have a sale sign. An analogous interpretation is required for the *Sale Sign* coefficient.

**Table 6**
**Test 3 Results**

| Variables | Coefficients |
|---|---|
| Price | -4.160 |
| | (1.567) |
| $9 Ending | 0.568 |
| | (0.181) |
| Sale Sign | 0.783 |
| | (0.477) |
| $9 Ending × Sale Sign | -0.563 |
| | (0.273) |
| $9 Ending × % $9 Endings on the Page | -0.645 |
| | (0.228) |
| Sale Sign × % Sale Signs on the Page | -0.142 |
| | (0.637) |
| Constant | -0.176 |
| | (0.053) |
| Adjusted $R^2$ | 0.07 |
| Sample size | 261 |

Standard errors are in parentheses.

The findings replicate the results of the first two tests and provide evidence that $9 endings and sale signs serve a similar role. However, there are limitations that should be considered when interpreting the findings. First, we manipulated the presence of sale signs on just nine products. As a result, the coefficients *Sale Sign* and *Sale Sign × % Sale Signs on the Page* are estimated using relatively few observations. This may explain, at least in part, why these two coefficients are not significant. The relatively low proportion of overall variance explained arises for a similar reason. For almost half of the products (124) the price and marketing variables did not vary between the two versions, so that the model cannot explain variance in the relative demand for these products.[21]

Second, the model is silent as to the domain over which customers judge credibility of price cues (either $9 endings or sale signs). In a mail order catalog, the credibility of price cues may depend upon the number of price cues on an individual page, the number on a facing two-

---

[21] Including these variables does not bias the coefficients. To investigate their role we re-estimated the model after omitting randomly selected groups of these products and observed little difference in the results.

page spread, the number within a single product category, or even the number in the entire catalog.  In a grocery store it may depend upon the number of facings or the number of items within or across product categories. The relevant domain is an empirical question, which we address by considering different domains. For this reason we also considered interaction terms describing the percentage of $9 ending and sale sign cues on each facing two-page "spread."  The results for the spread were similar to the page results reported in Table 6, although slightly less significant. We note that any support for the model predictions occurs despite and not because of this complexity.

### IV.  Conclusions

We have investigated the informational role of price endings, arguing that they signal which prices are low compared to other market prices.  The argument is illustrated using a formal model in which we provide a rational-actor explanation for why customers rely on this cue. In equilibrium their reliance is consistent with optimal firm behavior.  Our explanation for the effectiveness of $9 endings departs from behavioral explanations such as price rounding or models with irrational consumers (Akerlof and Yellen, 1985).

The model predictions are tested using three large-scale field tests. Together the model and the data yield three conclusions. First, using a $9 price ending on a product increases demand for that product, which may contradict the downward-sloping property of demand functions. This effect is moderated by at least two influences. We show that $9 endings have a smaller effect when sale signs inform customers about relative price levels, and the effect is also smaller when more products have $9 endings. A corollary of this last finding is that firm profits are concave in the number of $9 endings that retailers use, and this concavity makes the use of $9 endings self-regulating.

While we test the theory with two different clothing firms in the direct mail industry, the results have broader applicability to consumer markets.  In markets where consumers engage in search between stores (or over time) and lack full information about relative prices, price ending cues may have an important informational role.  In contrast, we would not expect these effects where prices are negotiated or where buyers are more informed.  As evidence, wholesale prices for the clothing firms we study had no predominant price ending.

## V.    References

Akerlof, George A. and Janet L. Yellen (1985), "Can Small Deviations from Rationality Make Significant Differences to Equilibria?" *The American Economic Review*, Volume 75, Issue 4, Sep., 708-720.

Allen, J. W., G.D. Harrell, and M. D. Hutt (1976). *Price Awareness Study*.  Washington D.C.: The Food Marketing Institute.

Anderson, Eric T. and Duncan I. Simester (1998). "The Role of Sale Signs," *Marketing Science*, 17(2), 139-155.

Bebchuck, Lucian A. and Lars Stole (1993). "Do Short-Term Objectives Lead to Under- or Overinvestment in Long-Term Projects," *The Journal of Finance*, XLVIII(2), pp. 719-729.

Blattberg, Robert C. and Scott A. Neslin (1990). *Sales Promotion: Concepts, Methods and Strategies*, Englewood Cliffs, NJ: Prentice-Hall.

Blattberg Robert C. and Kenneth J. Wisniewski (1987). "How Retail Price Promotions Work: Empirical Results," Working Paper No. 42, Graduate School of Business, University of Chicago, 60637.

Conover, Jerry (1986). "The Accuracy of Price Knowledge:  Issues in Research Methodology," in *Advances in Consumer Research*, Vol. 13, Ed. Richard Lutz, Ann Arbor, MI: Association for Consumer Research, 589-593.

Dickson, Peter and Alan Sawyer (1990). "The Price Knowledge and Search of Supermarket Shoppers," *Journal of Marketing*, 54 (July), 42-53.Conover, 1986

Fudenberg, Drew and Jean Tirole (1986). "A ASignal-Jamming≅ Theory of Predation," *RAND Journal of Economics*, Vol. 17(3), pp. 366-376.

Kreul, Lee M. (1982). "Magic Numbers: Psychological Aspects of Menu Pricing," *Cornell Hotel and Restaurant Administration Quarterly*, 23 (August), 70-75.

Lazear, Edward P. (1986). "Retail Pricing and Clearance Sales," *American Economic Review*, LXXVI, 14-32.

Monroe, Kent B. (1979). *Pricing: Making Profitable Decisions*, New York: McGraw-Hill.

Nagle, Thomas T. (1987). *The Strategy and Tactics of Pricing: A Guide to Profitable Decision Making*, Englewood Cliffs, NJ: Prentice-Hall.

Pashigian, Peter B. (1988). "Demand Uncertainty and Sales: A Study of Fashion and Markdown Pricing," *American Economic Review*, LXXVIII, 936-953.

Schindler, Robert M. and Kibarian (1993). "Testing for Perceptual Underestimation of 9-ending Prices," in *Advances in Consumer Research*, Vol. 20, Provo UT: Association for Consumer Research, 580-585.

Schindler, Robert M. and Patrick N. Kirby (1997). "Patterns of Rightmost Digits Used in Advertised Prices: Implications for Nine-Ending Effects," *Journal of Consumer Research*, 24 (September), 192-201.

Schindler, Robert M. and Alan R. Wiman (1989). "Effect of Odd Pricing on Price Recall," *Journal of Business Research*, 19 (November), 165-177.

Stiving, Mark and Russel S. Winer (1997). "An Empirical Analysis of Price Endings with Scanner Data," *Journal of Consumer Research*, June, 57-67.

Stiving, Mark and H. Rao Unnava (1998). "How Consumers Process Price Endings: A Cost of Thinking Approach," Working Paper, The Ohio State University, June.

Varian, Hal (1992). *Microeconomic Analysis*, 3rd Edition, New York: Norton.