**Ryan Declaration**

**EXHIBIT VII
Book:
Basic Econometrics**

# BASIC ECONOMETRICS

Second Edition

**Damodar N. Gujarati**

*Bernard M. Baruch College*
*City University of New York*

**McGraw-Hill Book Company**
New York   St. Louis   San Francisco   Auckland   Bogotá   Hamburg
London   Madrid   Mexico   Milan   Montreal   New Delhi
Panama   Paris   São Paulo   Singapore   Sydney   Tokyo   Toronto

determined; their values are not determined by the model in the current time period.

It is up to the model builder to specify which variables are endogenous and which are predetermined. Although (noneconomic) variables, such as temperature and rainfall, are clearly exogenous or predetermined, the model builder must exercise great care in classifying economic variables as endogenous or predetermined: He or she must defend the classification on a priori or theoretical grounds.

The equations appearing in (18.1.1) are known as the *structural*, or *behavioral*, equations because they may portray the structure (of an economic model) of an economy or the behavior of an economic agent (e.g., consumer or producer). The parameters $\beta$'s and $\gamma$'s are known as the *structural parameters or coefficients*.

From the structural equations one can solve for the $M$ endogenous variables and derive the *reduced-form equations* and the associated *reduced-form coefficients*. A reduced-form equation is one which expresses an endogenous variable solely in terms of the predetermined variables and the stochastic disturbances. To illustrate, consider the keynesian model of income determination encountered in Chap. 17:

| | | | |
|---|---|---|---|
| *Consumption function* | $C_t = \beta_0 + \beta_1 Y_t + u_t$ | $0 < \beta_1 < 1$ | (17.2.3) |
| *Income identity* | $Y_t = C_t + I_t$ | | (17.2.4) |

In this model $C$ (consumption) and $Y$ (income) are the endogenous variables and $I$ (investment expenditure) is treated as an exogenous variable. Both these equations are structural equations, (17.2.4) being an identity. As usual, the MPC $\beta_1$ is assumed to lie between 0 and 1.

If (17.2.3) is substituted into (17.2.4), we obtain, after simple algebraic manipulation,

$$Y_t = \Pi_0 + \Pi_1 I_t + w_t \qquad (18.1.2)$$

where

$$\Pi_0 = \frac{\beta_0}{1 - \beta_1}$$

$$\Pi_1 = \frac{1}{1 - \beta_1} \qquad (18.1.3)$$

$$w_t = \frac{u_t}{1 - \beta_1}$$

Equation (18.1.2) is a reduced-form equation; it expresses the endogenous variable $Y$ solely as a function of the exogenous variable $I$ and the stochastic disturbance term $u$. $\Pi_0$ and $\Pi_1$ are the associated reduced-form coefficients. Notice that these reduced-form coefficients are nonlinear combinations of the structural coefficient(s).

This book was set in Times Roman.
The editor was Scott D. Stratford;
the cover was designed by Scott Chelius;
the production supervisor was Friederich W. Schulte.
Project supervision was done by Editing, Design & Production, Inc.
R. R. Donnelley & Sons Company was printer and binder.

**BASIC ECONOMETRICS**

Copyright © 1988 by McGraw-Hill, Inc. All rights reserved.
Printed in the United States of America. Except as permitted under the
United States Copyright Act of 1976, no part of this publication may be
reproduced or distributed in any form or by any means, or stored in a data
base or retrieval system, without the prior written permission of the
publisher.

1234567890      DOCDOC      89210987

ISB N   0-07-025188-6

**Library of Congress Cataloging-in-Publication Data**

Gujarati, Damodar.
     Basic econometrics.

     Includes index.
     Bibliography: p.
     1. Econometrics.   I. Title.
HB139.G84   1988      330'.028      87-9268
ISBN 0-07-025188-6