FRANCIS O. SCARPULLA (41059)
CRAIG C. CORBITT (83251)
CHRISTOPHER T. MICHELETTI (136446)
QIANWEI FU (242669)
JANE YI (257893)
ZELLE HOFMANN VOELBEL & MASON LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770
fscarpulla@zelle.com
ccorbitt@zelle.com

*Interim Lead and Liaison Counsel for Indirect Purchaser Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST LITIGATION | Case No. M:07-CV-01819-CW<br><br>MDL No. 1819<br><br>**DECLARATION OF JANE N. YI IN SUPPORT OF INDIRECT PURCHASER PLAINTIFFS' MOTION TO EXCLUDE THE EXPERT OPINION OF MICHELLE M. BURTIS**<br><br>Date: September 3, 2009<br>Time: 2:00 p.m.<br>Courtroom: 2, 4th Floor<br>Judge: Hon. Claudia Wilken |
| This Document Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS | |

I, Jane N. Yi, declare:

1. I am a member in good standing of the State Bar of California and am an associate of the firm Zelle Hofmann Voelbel & Mason LLP. I am duly licensed to practice before the Supreme Court of the State of California and all other inferior courts of this State. I am admitted to practice before the Court of Appeals for the Ninth Circuit and the Federal District Court for the Northern District of California. This Declaration is based on personal knowledge, except where specified that information is based on information and belief, and if called to testify, I could and would do so

competently as to the matters set forth herein.

2. Attached as Exhibit 1 hereto are true and correct copies of excerpts of the deposition of Michelle M. Burtis, Ph.D., in the *SRAM* litigation, dated June 5, 2009.

3. Attached as Exhibit 2 hereto are true and correct copies of excerpts of the deposition of Mark Dwyer, Ph.D., in the *SRAM* litigation, dated April 2, 2009.

4. Attached as Exhibit 3 hereto are true and correct copies of L.J. Bachmeier, and J.M. Griffin, *New Evidence on Asymmetric Gasoline Price Responses*, REVIEW OF ECONOMICS AND STATISTICS, Vol. 85(3) (2003).

5. Attached as Exhibit 4 hereto are true and correct copies of R.W. Bacon, *Rockets and Feathers: The Asymmetric Speed of Adjustment of UK Retail Gasoline Prices to Cost Changes*, ENERGY ECONOMICS (July 1991).

6. Attached as Exhibit 5 hereto are true and correct copies of excerpts of L. Beetendorf, S.A.Van Der Geest, and M. Varkevisser, *Price Asymmetries in the Dutch Gasoline Market*, ENERGY ECONOMICS, Vol. 25 (2003).

7. Attached as Exhibit 6 hereto are true and correct copies of excerpts of Timothy Besley and Harvey Rosen, *Sales Taxes and Prices: An Empirical Analysis*, NATIONAL TAX JOURNAL, Vol. 52, pp. 157-78 (June 1999).

8. Attached as Exhibit 7 hereto are true and correct copies of excerpts of John F. Due, *The Effect of the 1954 Reduction in Federal Excise Taxes on the List Prices of Electrical Appliances*, NATIONAL TAX JOURNAL, Vol. 7(3), pp. 222-226 (September 1954).

9. Attached as Exhibit 8 hereto are true and correct copies of excerpts of Jeffrey E. Harris, *The 1983 Increase in the Federal Cigarette Excise Tax*, in TAX POLICY AND THE ECONOMY, Vol. 1, Lawrence H. Summers, ed., MIT Press: Cambridge, pp. 87-1l1 (1987).

10. Attached as Exhibit 9 hereto are true and correct copies of excerpts of G. Kirchgassner, and K. Kubler, *Symmetric or Asymmetric Price Adjustments*, ENERGY ECONOMICS (July 1992).

11. Attached as Exhibit 10 hereto are true and correct copies of excerpts of Oswald Brownlee and George Perry, *The Effects of the 1965 Federal Excise Tax Reduction on Prices*, NATIONAL TAX JOURNAL, Vol. 20(3), pp. 235-49 (1967).

12. Attached as Exhibit 11 hereto are true and correct copies of excerpts of Jim Poterba, *Retail Price Reactions to Changes in State and Local Sales Taxes*, NATIONAL TAX JOURNAL, Vol. 49(2), pp. 165-76 (June 1996).

13. Attached as Exhibit 12 hereto are true and correct copies of excerpts of Nancy D. Sidhu, *The Effects of Changes in Sales Tax Rates on Retail Prices*, in Proceedings of the Sixty-Fourth Annual Conference on Taxation, National Tax Association-Tax Institute of America: Columbus, pp. 720-33 (1971).

14. Attached as Exhibit 13 hereto are true and correct copies of excerpts of Kosicki, George and Miles B. Cahill, *Economics of Cost Pass Through and Damages in Indirect Purchaser Antitrust Cases*, ANTITRUST BULLETIN Vol. 51(3), pp. 599-630 (2006).

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing statements of fact are true and correct.

Executed this 30th day of July, 2009 in San Francisco, California.

*/s/ Jane N. Yi*
Jane N. Yi

#3218315