# EXHIBIT 7

# NATIONAL TAX JOURNAL

UNIVERSITY OF MICHIGAN
PERIODICAL READING ROOM

Volume VII, No. 3 September 1954

Unemployment Benefits, Experience Rating, and Employment Stability *William A. Andrews and Taulman A. Miller* 193

Measuring the Optimum Size of a Field Audit Staff .... *Ronald B. Welch* 210

The Effect of the 1954 Reduction in Federal Excise Taxes Upon the List Prices of Electrical Appliances—A Case Study ........ *John F. Due* 222

The Role of Corporate Income Taxation ........... *Richard E. Slitor* 227

The Corporate Income Tax in the Short Run .......... *E. Cary Brown* 240

The Influence of the Excess Profits Tax on Business Decisions to Invest *James E. Dugan and Reuben A. Zubrow* 242

The Influence of Tax Revisions on Stock Prices ....... *James E. Walter* 252

A Practical Averaging Proposal ................. *Joseph A. Pechman* 261

Tax Problems of Export Economies—Taxation of Coffee in El Salvador *Joseph N. Froomkin and Herrick K. Lidstone* 264

(*Continued inside cover*)

PUBLISHED QUARTERLY BY THE NATIONAL TAX ASSOCIATION

ptroller

# THE EFFECT OF THE 1954 REDUCTION IN FEDERAL EXCISE TAXES UPON THE LIST PRICES OF ELECTRICAL APPLIANCES—A CASE STUDY

JOHN F. DUE *

ON April 1, 1954, the federal manufacturers' excise tax on a number of household electrical and gas appliances, such as electric and gas ranges, refrigerators, water heaters, freezers, irons, toasters, etc., was reduced from 10 per cent to 5 per cent. This reduction was made without the usual lengthy debate; it was not included in the original House bill reducing excises but was added in the Senate and accepted by the House. The 10 per cent tax dated back to the Revenue Act of 1941.

Since manufacturers of appliances typically establish retail prices, either on a suggested or enforced basis, this tax reduction provided an opportunity for a study of the reactions of prices to a tax change without the difficult task of assembling large numbers of price changes made by numerous retailers. It is recognized, of course, that the appliances by no means always sell for the list prices. But these list figures are of sufficient importance in the pricing structure in these markets that changes made in them throw substantial light on the general reaction of the prices to the tax change.

Accordingly, manufacturers' suggested retail list prices before and after the April 1 tax change were obtained on a total of 274 models of various appliances from 37 manufacturers.[1] This sample is representative of a much larger number of models, since the prices on only a selected number of models, showing the typical adjustment pattern of the firm, were utilized. In addition to these manufacturers' list prices, price changes on the same groups of appliances made by the two largest mail-order houses were obtained from the printed notices sent out by these firms to their local catalog order offices.

## *Results of the Study*

In Table I, the results of the tabula- tion of the price changes are shown by type of appliance and in total. The ap- pliances were grouped into two classes the first containing the large applianc (those selling typically over $100, al- though some cheap models are slightly under this figure), and the second con- taining the small appliances, those sell- ing under $100, and typically und $50. A substantially different type price reaction was discovered for t two classes. Data of the manufactur suggested retail prices are present

* The author is Professor of Economics at the University of Illinois.

[1] Most of the firms produce more than one of appliance affected by the tax change. The obtained from the manufacturers were supplem by some information from local retail outlets fo appliances.

After this article was set in type, data on 1 ditional models of 5 types of large appliances of firms were obtained. Since changes in these followed the same general pattern, Table I wa revised to include these.





separately from those houses. The price re ured as percentages of ing prior to April amount of the price This procedure was fo figure the percentage r as possible on the basis would be if there w only half of the tax v

PERCENTAGE CHANGES SUBSEQUENT

| Appliance | No. of Firms |
|---|---|
| Refrigerators | |
| Mfr. List Price | 11 |
| Mail Order .. | 2 |
| Ranges | |
| Mfr. List Price | 13 |
| Mail Order .. | 2 |
| Water Heaters | |
| Mfr. List Price | 6 |
| Mail Order .. | 2 |
| eezers | |
| Mfr. List Price | 8 |
| Mail Order .. | 1 |
| humidifiers | |
| Mfr. List Price | 5 |
| posals, dish- hers, dryers | |
| Mfr. List Price | 6 |
| Mail Order .. | 2 |
| ge Appliances tal Cases | |
| Mfr. List Price | 29 |
| Mail Order .. | 2 |
| ll Appliances* | |
| Mfr. List Price | 8 |
| Mail Order .. | 2 |

asters, irons, coffee m

he major conclu data can be summ The tax cut pr manufacturers, a houses, to mak ctions.[2] One m

ny of the reductions April 1, the day the ta I am indebted to my ing retail stores imm

ely from those of the mail-order . The price reductions were fig- percentages of the price prevail- ior to April 1, less twice the t of the price reduction made. ocedure was followed in order to he percentage reduction as closely ble on the basis of what the price be if there were no tax at all; lf of the tax was removed.

of large appliances, however, has made no reductions to date (June 10), and other firms failed to change on some items. The sample, especially on smaller appliances, may be biased slightly in the direction of understating the number of cases in which no reduction was made since these firms may have been reluctant to provide this information. On the large appliances the coverage of the

TABLE I

NTAGE CHANGES IN RETAIL LIST PRICES OF ELECTRICAL AND GAS HOUSEHOLD APPLIANCES SUBSEQUENT TO APRIL 1, 1954 REDUCTION IN THE FEDERAL EXCISE TAXES

| ance | No. of Firms | No. of Models | Percentage Change in Price 0 | .1–2.4 | 2.5–3.4 | 3.5–4.4 | 4.5–5.4 | 5.5–6.4 | 6.5–7.4 | 7.5–9.9 | 10 and over |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ators | | | | | | | | | | | |
| ist Price | 11 | 60 | 5 | 2 | 1 | 7 | 34 | 3 | 3 | 4 | 1 |
| Order .. | 2 | 21 | 0 | 1 | 2 | 4 | 2 | 7 | 2 | 0 | 3 |
| ist Price | 13 | 84 | 6 | 0 | 3 | 12 | 43 | 12 | 2 | 4 | 2 |
| Order .. | 2 | 42 | 0 | 0 | 8 | 10 | 11 | 11 | 0 | 0 | 2 |
| eaters | | | | | | | | | | | |
| ist Price | 6 | 32 | 0 | 1 | 8 | 3 | 20 | 0 | 0 | 0 | 0 |
| Order .. | 2 | 22 | 0 | 0 | 0 | 8 | 6 | 7 | 1 | 0 | 0 |
| ist Price | 8 | 30 | 1 | 1 | 4 | 8 | 10 | 3 | 1 | 1 | 1 |
| Order .. | 1 | 10 | 0 | 0 | 1 | 2 | 2 | 1 | 1 | 2 | 1 |
| ifiers | | | | | | | | | | | |
| ist Price | 5 | 6 | 0 | 0 | 0 | 0 | 5 | 0 | 0 | 0 | 1 |
| , dish- dryers | | | | | | | | | | | |
| ist Price | 6 | 12 | 0 | 1 | 1 | 2 | 6 | 2 | 0 | 0 | 0 |
| Order .. | 2 | 5 | 0 | 0 | 0 | 1 | 2 | 1 | 0 | 1 | 0 |
| pliances | | | | | | | | | | | |
| ist Price | 29 | 224 | 12 | 5 | 17 | 32 | 118 | 20 | 6 | 9 | 5 |
| Order .. | 2 | 100 | 0 | 1 | 11 | 25 | 23 | 27 | 4 | 3 | 6 |
| pliances* | | | | | | | | | | | |
| ist Price | 8 | 50 | 3 | 20 | 11 | 4 | 8 | 4 | 0 | 0 | 0 |
| Order .. | 2 | 14 | 0 | 0 | 2 | 0 | 7 | 5 | 0 | 0 | 0 |

, irons, coffee makers, etc.

major conclusions suggested by can be summarized briefly:

he tax cut prompted almost all ufacturers, as well as the mail- ouses, to make immediate price ns.[2] One major manufacturer

sample is sufficiently great, by firm, that little understatement of this tendency is possible.

2. The median of the percentage reduction in the manufacturers' suggested retail list prices on the large appliances

of the reductions were effective at the retail 1, the day the tax reduction became effec- indebted to my wife, Jean Mann Due, for retail stores immediately after April 1 to determine the changes which had taken place at that time, as well as for additional assistance in the preparation of the study.

was 4.8; 76 per cent of the percentage reductions fell within the range from 3.5 to 6.4, and 53 per cent in the 4.5 to 5.4 range alone. This pattern of adjustment strongly suggests that the tax reduction (and thus in all probability the original tax) was pyramided on the way to the consumer. The manufacturer typically reduced the retail price not by the amount of the tax but by this sum blown up by the application of the markup percentages used in calculating the appropriate spread between the manufacturers' price and the retail list price. Samples of changes in the prices charged by manufacturers on sale to distributors showed that on the whole these were reduced by roughly the amount of the tax. Margins on these appliances approximate roughly 50 per cent of the retail price; if there were no pyramiding, and the retail prices were cut merely by the amount of the tax, the percentage reduction would be about 2.5 per cent.

3. The median of the reductions in the manufacturers' list prices on the smaller appliances (primarily irons, toasters, electric coffee makers, etc.) was only 2.5 per cent, 68 per cent of the changes falling within the 0 to 3.4 group. If toasters were eliminated from the group, the concentration in the lower ranges was still more striking. In general, therefore, little downward pyramiding of the tax reduction occurred on these appliances; trade sources report that there was no upward pyramiding when the tax was originally imposed. As indicated above, the sample likely understates the number of firms making no reduction at all.

The large number of small reductions in the prices of these smaller appliances suggests that the tax change may have been the occasion for some manufacturers to increase distributors' margins. The retailers had apparently sought such an increase for some time, and the tax reduction allowed the manufacturers to meet this demand without actually increasing retail prices. This hypothesis is highly tentative because of the limited size of the sample of small appliances.

4. The median of the reduction by the mail-order houses was 4.9 per cent on the large appliances (but with a wider dispersion; only 23 per cent of the changes fell within the 4.5 to 5.4 per cent range). The median on the small appliances was 5.0—in sharp contrast to the pattern of reductions by the manufacturers. In this case pyramiding of the changes occurred on all types of appliances, but with a wide variety of percentage changes.

Further analysis of the data of price changes reveals certain other features of interest.

Various manufacturers of particular appliances followed substantially different price adjustment policies. Several firms reduced all of their prices by a certain percentage—4.8, 4.7, 5.0, for example. Others rounded out the changes obtained from a percentage basis in order to retain price lines. Some other firms, and especially the mail-order houses, reduced their prices by fixed dollar sums within very wide price ranges; all refrigerators selling between $200 and $300 might be reduced $10, for example. This policy resulted in a widely varying set of percentage changes.

There was no noticeable tendency to make greater or lesser percentage a...



...justments on more than on cheaper ones tent that this res through the use of ductions.

It is obvious that s vantage of the nee prices in response to make additional adj reasons. The impossi tax-induced changes ways a limitation to shifting of taxes. These changes were m at a time of the year not frequently made, portance of the nont

*Limitations to the St*

A study of this ty herent limitations; not appear to destroy the conclusions, they major limitations ca briefly:

1. The sample cou cally selected, and could not be weight sary, in view of lim sources, to use those obtainable through manufacturers involv stance from retaile was possible because of sales of various total sales of the appl ies, the sample is suff the results should The greatest danger the possible failure manufacturers makir to provide informatio

2. The price chang quickly; some firms

Case 4:07-md-01819-CW Document 799-8 Filed 07/30/09 Page 6 of 7 PageID #: 18215



tments on more expensive models an on cheaper ones, except to the ex-nt that this result was attained rough the use of flat dollar sum re-ctions.

It is obvious that some firms took ad-antage of the need for readjusting ices in response to the tax change to ke additional adjustments for other sons. The impossibility of separating x-induced changes from others is al-ays a limitation to empirical studies of ifting of taxes. But the fact that se changes were made on short notice, a time of the year when changes are t frequently made, minimizes the im-rtance of the nontax factors.

*mitations to the Study*

A study of this type is subject to in-rent limitations; while these would t appear to destroy the significance of e conclusions, they do lessen it. The ajor limitations can be summarized iefly:

1. The sample could not be scientifi-lly selected, and the various models uld not be weighted. It was neces-ry, in view of limited time and re-urces, to use those data which were tainable through cooperation of the anufacturers involved (with some as-tance from retailers); no weighting as possible because of the lack of data f sales of various models, relative to tal sales of the appliances. Neverthe-s, the sample is sufficiently broad that e results should be representative. he greatest danger of bias is that of e possible failure of small-appliance anufacturers making no price changes provide information to this effect.

2. The price changes were made very ickly; some firms indicated that they did not have time to consider the changes carefully and would make fur-ther readjustments in the next several months, primarily to restore accustomed price lines. The changes actually made resulted in substantial departure from the use of prices ending in 95 cents, a practice extremely common in the in-dustry prior to April 1. If there is real merit, from a selling standpoint, in the use of this figure, it is likely that the firms will return to it. This adjust-ment, however, will not affect the over-all results significantly.

3. Despite the widespread policy of the manufacturers of suggesting retail prices, many sales are made at less than list prices. Any attempt to take these into consideration would be an almost impossible task. One type of below-list sale, that through the discount houses selling at a standard percentage reduc-tion below list price, would not alter the results so far as the adjustment to the tax is concerned, since the list price is the basis for figuring the actual sale price, both before and after tax. The absolute amount of pyramiding would, however, be less.

It is also possible that some retailers may continue to sell at the old list prices and thus fail to pass the reduc-tion recommended by the manufacturer on to the consumer. Competition, how-ever, should prevent this practice from being widespread.

4. The fact that the tax reduction tended to pyramid in this case does not necessarily show that the same results would be found under other conditions. The original tax increase came at a time when upward adjustments in prices were easy because of growing demand and threatened shortages; the reduction

came at a time when the market was weaker and manufacturers were anxious to stimulate sales. If the reduction had come in a period of shortages, the price reductions might have been less common, and with less pyramiding.

5. The case studied was one in which the basic retail prices are established by the manufacturers, rather than being set independently by the retailers by use of their own markup percentages. The degree of pyramiding is likely to be different in the two cases; it is likely, however, to be greater when the retailers use their own markup formulae.

*Conclusion*

The study of the changes in electrical appliance prices in response to the April 1 tax changes offers strong support to the argument that excise taxes tend to pyramid and remain pyramided over a long period. Wide differences were noted, however, in the behavior of individual firms, and thus the study indicates that pyramiding is by no means universal. The study also clearly points out the fact that a change in a manufacturers' excise tax does not, in typical cases, result in a change in the price to the consumer of the exact amount of the tax change. This fact is of considerable importance for evaluation of the use of such excises, or changes in them, as weapons of fiscal policy.

TH

*Introducti*

AT a ti
the c
once preva
objectives
can speak
role or fun
let alone t
corporate i
elements of
retained ear
income di
processes wh
of the most
fiscal arm
various dive
spect to its
imposed on
cleavages ove
taxation.
It is not th
take firm the
on the difficu
which vex the
taxation. Ra
gest tentative
lines of develo
The tax trea
is something r
about, since i
heart of the
But where so

* The author is
taff, Tax Division
he views expressed
rily reflect those o