# EXHIBIT 9

# Symmetric or asymmetric price adjustments in the oil market

## An empirical analysis of the relations between international and domestic prices in the Federal Republic of Germany, 1972–89

**Gebhard Kirchgässner and Knut Kübler**

*This paper investigates how German consumer and wholesale prices for gasoline and light heating oil react to changes in the corresponding Rotterdam prices. Monthly data from 1972 to 1989 are employed, and the subperiods of the 1970s (1972 to 1979) and 1980s (1980–1989) are distinguished. Error correction models are estimated to separate long-run equilibrium relations and short-run adjustment processes. For the 1980s, we find rapid, symmetric and full adjustment of the German prices to the Rotterdam prices, whereas during the 1970s we find some asymmetries, and at least for gasoline the adjustment processes took considerably more time.*

*Keywords:* Rotterdam prices; Adjustment costs; Error correction models

After a long period of rising prices for crude oil and oil products, 1986 saw a tremendous downturn. Although the price of crude oil had come down from its historical peak at about $42/bbl in November 1980 to $26/bbl at the end of 1985, it continued to decline to a level of around $10/bbl in July 1986. According to the depreciation of the US dollar with respect to the German mark, this price reduction was even more visible in Europe, especially in the Federal Republic of Germany. Since then, for the rest of the 1980s, international oil prices and the US dollar/German mark exchange rate fluctuated on relatively low levels compared to the first half of the 1980s.

Periods of fluctuating prices offer the opportunity to shed some light on the price setting behaviour of oil companies. In this context, it is of special interest to focus upon the often heard assumption that these companies adjust their domestic prices asymmetrically to the international development: they react fast when prices on the world market go up, and slowly when the relevant prices go down. Behind this assumption, which at least in Germany is part of the common politico-economic folklore today, is the suspicion that oil companies try to make extra profits by this way of adjustment. This opinion is supported by the fact that a few large companies have a market share of over 70% in the German markets for gasoline and heating oil,[1] and it is assumed that they form a cartel and, therefore, have price setting power like a monopoly.

The major objective of this paper is to confront these hypotheses with the available data and to give an answer to the question of symmetric or asymmetric price-setting in the oil market. Using modern econometric (time series) methods, we investigate the development of prices for gasoline and (light) heating oil. Obviously, the noted assumptions are most relevant for exactly these products. In addition, this selection makes sure that we cover nearly 60% of the demand for oil products in the Federal Republic of Germany.[2]

Gebhard Kirchgässner is with the Department of Economics and Econometrics, St Gallen University for Business Administration, Economics, Law and Social Sciences, Dufourstrasse 48, CH-900 St Gallen. Knut Kübler is with the Division for Long-Term Energy Policy, Ministry of Economics, PO Box 140260, D-5300 Bonn 1, Germany

Final manuscript received 6 December 1991.

[1]See, eg, Schiffer [18], pp 7ff.

[2]See Schiffer [18], pp 22ff. If we add diesel fuel, which is physically nearly identical to light heating oil and whose price is – apart from different taxes – closely connected with its price, we cover about 75% of the market for oil products.

Our investigation period runs from January 1972 to December 1989. However, the relation between domestic and international oil prices might have been quite different during the 1980s compared to the 1970s. The importance of the international spot markets and, what is relevant for Germany, especially the Rotterdam market, grew greatly during the 1970s, and the share of spot contracts compared to long-run contracts was much larger in the 1980s than in the 1970s.[3] Together with stronger national and international competition on the oil markets, this might have increased the speed of adjustment of the national prices to the international conditions.

How the dependence of Germany on international oil prices is represented in statistical terms depends heavily on whether or not the time series considered are stationary and, if they are non-stationary, whether they are cointegrated or not. According to Engle and Granger [6], time series are said to be integrated of order $d(I(d))$ if they have a stationary, invertible ARMA representation after differencing $d$ times. According to this definition and the results presented below, the oil price series used in this paper can be considered as $I(1)$. A vector of $n$ time series which are $I(1)$ is said to be cointegrated if there exists at least one non-trivial linear combination of these times series which is (weakly) stationary, ie integrated of order zero $(I(0))$. The meaning of cointegration is the existence of a long-run (statistical) equilibrium relation between the variables considered, which very often can be interpreted economically.

On the other hand, if the variables considered are non-stationary and cointegrated, besides instantaneous relations there have to exist simple Granger causal relations, and they can be used to identify the direction of the instantaneous relation. Thus, when looking at the relations between Rotterdam and German prices, it is important to test not only for Granger causality, but also for cointegration.

## Some theoretical considerations

Starting point is the simple partial microeconomic market model for a good, $x$, as shown in Figure 1. $D$ denotes the demand function, $MR$ marginal revenue and $MC$ marginal costs. To simplify the argument, we have assumed constant marginal costs and a linear demand function. If there is perfect competition on this market, it is well known that the price is to be equal to marginal costs, ie we get $p=p_c$ and $x=x_c$. If marginal costs are increased to $MC'$, we get the higher price $p=p_c'$ and the smaller demanded quantity $x=x_c'$.

[3]For the development of the Rotterdam market in the 1970s see, eg, Roeber [14]. For the importance of this market for the Federal Republic of Germany, see Schiffer [17].




**Figure 1.** Price and quantity reactions in the cases of perfect competition and monopoly.

If there are no adjustment costs, prices react immediately; everything else would lead to losses or not realized profits of the competing firms. The same holds if marginal costs decrease from $MC'$ to $MC$; then prices go down from $p_c'$ to $p_c$ and the demand expands from $x_c'$ to $x_c$. The reactions on cost increases and reductions are totally symmetric. In the case of cost increases, each firm which does not immediately increase its price will suffer losses. If costs are reduced, any firm which does not immediately also reduce its price can sell nothing. Thus, in both situations profit maximizing behaviour forces firms in competitive markets to adjust their prices immediately to new cost conditions.

One might argue that markets for oil products in the Federal Republic of Germany are not competitive, as there are few large suppliers who might build a cartel. Therefore, the model of a monopolistic market might be more applicable than the model of perfect competition. However, it is questionable whether this is really true. In the market for light heating oil, eg there are about 200 free importers and wholesale traders and about 11 000 mainly medium-sized retail firms.[4] This speaks more in favour of strong competition. But even if there were only a few suppliers, oil product markets in the Federal Republic might come quite close to 'contestable markets' in the sense of Baumol [2]. As long as it is possible to get these products on the Rotterdam spot market, there is free entrance and there are low exit costs, favouring potential entrants and thus providing a competitive

[4]See Schiffer [18], p 23.

situation.[5] Finally, one should take into account that cartels are in most cases very unstable if they are not backed up by political sanction mechanisms.

Let us consider the monopolistic case. Profit maximization requires that marginal costs must be equal to marginal revenues. This yields the monopolistic price $p = p_m$ and the corresponding quantity $x = x_m$. On the assumption that marginal costs go up to $MC'$, the monopoly will adjust its price to $p'_m$ and reduce the quantity to $x'_m$. On the other hand, if marginal costs go down from $MC'$ to $MC$, the monopoly will reduce its price from $p'_m$ to $p_m$ and expand the supplied quantity from $x'_m$ to $x_m$. Any delay in adjusting prices, whether up or down, means a reduction of profits in the case of monopoly as well as in the case of perfect competition.

For our investigation, we will assume that prices on the Rotterdam spot market are a major determinant of marginal costs, mainly responsible for changes in these costs and the corresponding price changes. So far, with respect to our model the Rotterdam prices are input prices. In view of the large companies which have their own refineries and import crude oil to Germany, Rotterdam prices for oil products are prices of substitutes and not (only) prices of inputs.[6] However, for the marginal suppliers, who get their oil products directly from the spot market, the Rotterdam prices, converted to German marks, are, besides taxes and the transport costs, the main part of the costs of their products. Moreover, compared to the Rotterdam prices and exchange rates, during our investigation period transport costs and taxes varied, if at all, only very slightly over time, fluctuations of German oil prices were nearly totally determined by changes in the international oil prices. Thus, in our discussion with respect to input prices we concentrate on the prices of the Rotterdam spot market.

The assumption of a constant marginal cost curve might seem to be restrictive. However, what we only need to assume is that Germany is a 'small country' with respect to the total demand on the world oil markets; changes in German demand for oil and oil products are too small to provide incentives for the oil-producing countries to change their behaviour. Using our data, ie considering only price data, we cannot directly test this assumption. But there is evidence that this assumption holds. If there were an impact of German demand fluctuation on international oil prices, times of relatively high German demand should be accompanied by relatively high prices and times of low demand by low prices. As the demand for light heating oil and especially for gasoline shows seasonal fluctuations, domestic as well as international oil prices should also exhibit seasonal fluctuations. However, as is shown in Kirchgässner [11], there is no evidence at all for seasonal fluctuations in the domestic or international oil prices considered here.

Up to now, for both market conditions it has been assumed that price adjustments are possible without delay and without any additional costs. As is shown in Appendix 1, at least in the case of monopoly, adjustment costs can lead to a delay in price adjustments. Thus, oil prices in Germany might react with some delay to changes in the Rotterdam prices. If such adjustment costs are symmetric, if there are, eg fixed costs for changing prices, the structure of such a delay should be the same for price increases and price reductions.

However, heating oil, and even more so gasoline, prices in the Federal Republic of Germany are 'political prices' insofar as there is a lot of public and political attention regarding changes in these prices. As stated above, a few large (international acting) companies are made responsible for fluctuations in these prices and are suspected of making large monopolistic profits. Thus, if domestic prices are increased due to developments of the Rotterdam market, these firms face pressure by politicians as well as by important interest groups such as trade unions. These are political adjustment costs which (more than proportionally) increase with the size of the adjustment and which can lead to a delay of German price adjustments if the Rotterdam prices increase. On the other hand, in the case of price reductions no comparable (political) adjustment costs arise.

Thus, with respect to the symmetry of adjustment we have the following three possible hypotheses:

(i) *Profit maximization hypothesis.* Oil companies adjust their domestic prices symmetrically to price increases and price reductions on the world market.

(ii) *Popular hypothesis.* In a situation of international price increases, oil companies adjust their domestic prices faster than in a situation of international price reductions.

(iii) *Politico-economic hypothesis.* In a situation of international price increases, oil companies adjust their domestic prices more slowly than in a situation of international price reductions.

All hypotheses together cover the complete range of possibilities. This enables us to formulate the profit maximization hypothesis as the null hypothesis. If it

[5] Due to low Rotterdam prices, the large firms with own refineries in the Federal Republic suffered there considerable losses between 1981 and 1984. See Diederichs [5].

[6] During the 1980s, these companies also got an increasing share of their products via the Rotterdam spot market. See eg, Schürmann [19], pp 66ff.

has to be rejected, we can draw further conclusions from the positive or negative direction in which it is rejected.

However, it is not only the time path of the adjustment process, but also the size of the adjustment that matters. As Figure 1 shows, in a competitive situation an increase in marginal costs (Rotterdam prices, measured in DM) of one DM will lead to an increase in the domestic price of the same amount, thus implying a long-run multiplier of 1.00.[7] For constant marginal costs, this is independent of the demand function. In the case of monopoly, price changes might be transferred to consumers only partially, in the situation of Figure 1 with a linear demand function and constant marginal costs only to 50%. Thus, we again get a result which is contrary to politico-economic folklore: while price changes are transferred totally in a competitive situation, they might be transferred only partially on a monopolistic market. However, the amount of adjustment in a monopolistic market depends, contrary to the competitive situation, on the shape of the demand function. If it is iso-elastic, the long-run multiplier is even larger than 1.00. Nevertheless, if a multiplier of 1.00 is taken as null-hypothesis, the hypothesis that German markets for oil products are competitive or contestable, respectively, can be tested.

Increasing competitiveness not only forces the long-run multiplier nearer to 1.00 but, as Rotemberg and Saloner [15] suggest, it can also lead to quicker adjustment. If, as many conjecture, competitiveness has been increased on national energy markets during the last 20 years, then price adjustments should be faster today than during the 1970s. This can be checked if the different equations are estimated separately for the 1970s and 1980s and tests of structural breaks are performed.

Thus, we have three null hypotheses which are to be tested:

(i) *Symmetry*. The time path of adjustments of domestic oil prices to changes in the Rotterdam prices is identical for price increases and price reductions.

(ii) *Full adjustment*. Price changes in the international market are completely transferred to domestic markets.

(iii) *Structural constancy*. Adjustment processes in the 1980s are identical to those in the 1970s.

[7]Actually, due to the value-added tax domestic prices have to be increased by more than one DM implying a long-run multiplier of 1.*xx* with *xx* being the percentage rate of the value-added tax. Mineral oil taxes, however, have no impact on the long-run multiplier, as they are quantity taxes.

## The data

To test these hypotheses, as dependent variables we use German consumer and producer prices of (super) gasoline (CPG, WPG) and light heating oil (CPH, WPH).[8] To reflect the international development, spot prices of the Rotterdam market for (super) gasoline (RPG) and gasoil (RPH) are chosen.[9] This simplification seems to be appropriate since there is clear evidence that prices for oil products in the Federal Republic of Germany depend to a large extent on these spot market prices. This dependence is mainly due to two facts: the free-market oriented approach of German energy policy, which gives the domestic oil dealers unrestricted access to the world oil market, and the above mentioned existence of independent importers, who are to a large extent responsible for the competition in that part of the energy market.

We use monthly data from January 1972 to December 1989, ie we have 216 observations. Due to the considerations in the introduction, we split these data into the two subperiods of the 1970s and 1980s with 96 and 120 observations, respectively.[10]

Taxes play an important role in German oil prices. There are three different taxes which have to be considered. For gasoline and light heating oil, the usual rates of value added taxes are valid. They were 11% until December 1977, 12% from January 1978 to June 1979, 13% from July 1979 to June 1983, and from July 1983 until today they have been 14%. Consumer prices are reported including these taxes, while wholesale prices exclude them. Thus, while the theoretically expected value of the long-run multiplier is 1.00 for the wholesale prices in both periods, for gasoline it is about 1.12 for the 1970s and 1.14 in the 1980s. The 'Bevorratungsbgabe' (stockpiling charge) is a small quantity tax; it amounts to less than 0.01 DM/litre. It is, however, not included in the reported wholesale prices. More important for both consumer and wholesale prices, and especially for gasoline, is the mineral oil tax, which is also a quantity tax. For light heating oil, its rate was 0.0085 DM/litre until July 1978, 0.0168 DM/litre from August 1978 to December 1988, and since January 1989 it has been 0.0578 DM/litre. These are very moderate rates compared with those for gasoline. They were 0.39 DM/litre

[8]A detailed description and the sources of the data are given in Appendix 2.

[9]The 'Rotterdam spot market' consists not only of those spot transactions which take place in the area of Antwerpen, Rotterdam and Amsterdam (ARA), but also those in Le Havre/Dünkirchen, Hamburg/Bremen, the British south and east coast and in Scandinavia. Thus, it consists of all spot transactions in North-West Europe. See Schiffer [17], p 48.

[10]To have the possibility of differencing the data and to take three lags, we actually start our regressions with May 1972 and, therefore, loose four observations in the first period.

**Table 1. Unit root tests.**

| Variable | AR(3) *r* | AR(3) *t* | MA(1) *r* | MA(1) *t* |
|---|---|---|---|---|
| | **5/1972–12/1979, 92 observations** | | | |
| RPG | 0.974 | −0.917 | 0.959 | −1.586 |
| CPG | 0.985 | −0.968 | 0.985 | −0.963 |
| WPG | 0.989 | −0.628 | 1.001 | 0.086 |
| RPH | 0.973 | −0.870 | 0.941 | −2.106 |
| CPH | 0.986 | −0.546 | 0.997 | −0.134 |
| WPH | 0.999 | −0.059 | 1.011 | 0.600 |
| | **1/1980–12/1989, 120 observations** | | | |
| RPG | 0.983 | −1.015 | 0.974 | −1.583 |
| CPG | 0.956 | −1.998 | 0.950 | −2.338 |
| WPG | 0.966 | −1.777 | 0.959 | −2.156 |
| RPH | 0.982 | −1.181 | 0.975 | −1.651 |
| CPH | 0.980 | −1.228 | 0.977 | −1.431 |
| WPH | 0.979 | −1.197 | 0.978 | −1.288 |

*Note:* (*), * or ** shows that the null hypothesis of a unit root can be rejected on the 10, 5, or 1% significance level, respectively.

until June 1973, 0.44 DM/litre from July 1973 to March 1981, and 0.51 DM/litre until March 1985. Since April 1985, we have had different rates for leaded and unleaded fuel. For leaded fuel, which is relevant for our investigation, the rates were 0.53 DM/litre from April 1985 to December 1988 and they have been 0.65 DM/litre since January 1989. Thus, for gasoline the rates have not only been much higher compared to the rates for heating oil, but on average they were also considerably higher during the 1980s than during the 1970s.

We first have to ask whether the time series considered are stationary or non-stationary. To do this, we use the 'Dickey–Fuller approach'.[11] Let $\Delta$ denote the operator for first differences. We estimate with the ordinary least squares method (OLS) the following equation:

$$\Delta Y_t = \beta_0 + (r-1)Y_{t-1} + \sum_{i=1}^{k} \beta_i \Delta Y_{t-1} + u_t \qquad (1)$$

where $Y$ denotes the variable considered. The null hypothesis is that $Y_t$ is integrated of order one, or $Y_t$ contains a unit root, or $H_0{:}r=1$. The test statistic is the $t$-value of $(r-1)$. However, the critical values of this test do not stem from the usual $t$-distribution, but are derived from Monte Carlo simulations and are given in Fuller ([7], Table 8.5.2, p 373). If we can reject $H_0$, this means that $Y_t$ is integrated of order zero, or stationary. However, as Schwert [20, 21] showed, the results of such tests can be seriously biased if the time series contains a moving average process of order one with a negative coefficient. There are several possibilities to overcome this problem. One is to use higher order lags in Equation (1) to approximate the moving average by an autoregressive process. To do this, we set $k=3$. Another one, which we also employed, is to include an MA(1) instead of the autoregressive term in Equation (1), ie to estimate

$$\Delta Y_t = \beta_0 + (r-1)Y_{t-1} + u_t + \rho u_{t-1} \qquad (2)$$

The results are given in Table 1.[12] For both time periods and specifications, the null hypothesis of a unit root cannot be rejected in any single case even at the 10% significance level. Thus, we conclude that they are integrated of order one ($I(1)$), and we proceed in our investigations on the assumption that oil price time series are non-stationary.[13]

## Results of Granger causality tests

To test for Granger causality, we employed the 'direct Granger procedure' suggested by Sargent [16]. Let $Y$ and $X$ denote two oil price series, of which, according to the results of the unit root tests, we have to take first differences to render them stationary. Using OLS, we estimated the following equations:

$$\Delta Y_t = \alpha_0 + \sum_{i=1}^{k_1} \alpha_i \Delta Y_{t-i} + \sum_{i=1}^{k_2} \beta_1 \Delta X_{t-i} + u_t \qquad (3)$$

To perform the tests, we set $k_1 = k_2 = 3$. To test for simple causality from $X$ to $Y(X \rightarrow Y)$, we employed an F-test for the null hypothesis $\beta_1 = \beta_2 = \beta_3 = 0$. To test for simple causality from $Y$ to $X(X \leftarrow Y)$, we inter-

[11] See Dickey and Fuller [3, 4].

[12] The computations are performed using Micro-TSP, Version 7.01.

[13] Actually, as we are employing price levels, one might assume that the variables are $I(2)$. However, for first differences of the variables the null hypothesis of a unit root can always be rejected on the 1% level.

**Table 2. Tests for Granger causality.**

| $Y$ | $X$ | $F(x\rightarrow Y)$ | $F(X\leftarrow Y)$ | $F(X-Y)$ |
|---|---|---|---|---|
| | | **5/1972–12/1979, 92 observations** | | |
| CPG | RPG | 12.443*** | 0.034 | 0.467 |
| WPG | RPG | 11.343*** | 0.103 | 0.075 |
| CPH | RPH | 33.996*** | 0.360 | 127.180*** |
| WPH | RPH | 17.184*** | 0.354 | 9.753** |
| | | **1/1980–12/1989, 120 observations** | | |
| CPG | RPG | 21.361*** | 0.072 | 18.415*** |
| WPG | RPG | 17.234*** | 0.281 | 64.392*** |
| CPH | RPH | 30.178*** | 0.072 | 122.216*** |
| WPH | RPH | 31.169*** | 0.281 | 85.299*** |

*Note:* (*), *, ** or *** shows that the null hypothesis of no causal relation can be rejected on the 10, 5, 1, or 0.1% significance level, respectively.

changed the two variables. To test for instantaneous causality between $X$ and $Y(X-Y)$, we included the current value of the explanatory variable into the regression equation (3) and performed an F-test to check whether it adds significant explanatory power. As one cannot distinguish whether $X$ is instantaneously causal to $Y$ and/or $Y$ is instantaneously causal to $X$, one should get the same result independent of whether one includes the current value of $X$ into the equation of $Y$ or the current value of $Y$ into the equation of $X$. As we always set $k_1=k_2(=3)$, the results are numerically identical, and we have to present them only once.[14]

The results are presented in Table 2. For both periods and products, we find very strong simple causal relations from the Rotterdam to the German prices, but not the slightest indication of a relation in the reverse direction. For all prices in the second time period and for the heating oil prices in the first period, we also find strong instantaneous relations, but not for the gasoline prices of the first period. They seem to have reacted to changes in the Rotterdam prices during this period only, with a delay of at least one month. This already provides strong evidence that at least for the gasoline prices the adjustment behaviour was different in the 1970s compared to the 1980s.

## Results of the cointegration tests

To test for cointegration, we use some of the methods proposed by Engle and Granger [6]. Thus, we estimate the following cointegrating equation by OLS:

$$Y_t=\alpha_1+\beta_1 X_t+u_t \qquad (4)$$

If the variables are cointegrated, this estimator has many advantages.[15] The estimated parameter $\beta_1$ converges to its true value at a rate proportional to the sample size $T$ and not, as is the case with stationary variables, at a rate proportional to $\sqrt{T}$. The consistency of the estimates is not influenced by simultaneity or errors in variables problems. Moreover, the long-run behaviour can be estimated correctly from a static regression independent of the dynamic specification.

The null hypothesis for all tests for cointegration is that the variables are not cointegrated. Engle and Granger have developed several testing procedures. Here, we only use two of them: (i) the null hypothesis of no cointegration can be rejected if in Equation (4) the Durbin–Watson statistic (DW) is significantly larger than zero; and (ii) with the augmented Dickey–Fuller test (ADF), the null hypothesis can be rejected if the OLS estimate of $\delta_1$ in the following equation is significantly less than zero:

$$\Delta\hat{u}_t=\delta_1\hat{u}_{t-1}+\sum_{j=1}^{k}\gamma_j\Delta\hat{u}_{t-j}+\varepsilon_t \qquad (5)$$

Here, $\hat{u}_t$ are the estimated residuals from Equation (4). To perform this test, we again set $k=3$. The critical values for this and the Durbin–Watson test are given in Engle and Granger ([6], Table II, p 547). In addition, we test for the significance of the estimated coefficients $\beta_1$ in Equation (4) by using the critical values given in Kirchgässner [12].

However, Banerjee *et al* [1] showed in a Monte Carlo study that the parameter estimates in the cointegrating equations (4) and (5) may be heavily biased downwards even in large samples when $R^2$ is low. They recommend eliminating this problem by modelling explicitly the dynamics in the cointegrating equation. Therefore, we perform a test proposed by Wickens and Breusch [26]. To do this, the cointegrating Equation (4) is augmented by allowing for short-run dynamics in the following way:

$$Y_t=\alpha_2+\beta_2 X_t+\sum_{j=0}^{k} a_j\Delta Y_{t-1}+\sum_{j=0}^{k} b_j\Delta X_{t-j}+\varepsilon_t \qquad (6)$$

[14]For a proof, see Kirchgässner [10], p 42.

[15]See Engle and Granger [6] and Stock [23].

Case 4:07-md-01819-CW Document 799-10 Filed 07/30/09 Page 8 of 16 PageID #: 18250



**Table 3. Tests for cointegration.**

| $Y$ | $X$ | $\beta_1$ | $R^2$ | DW | ADF | $\beta_2$ |
|---|---|---|---|---|---|---|
| | | **5/1972–12/1979, 92 observations** | | | | |
| CPG | RPG | 0.836(*) | 0.69 | 0.22 | −2.37 | 1.110** |
| | | (14.21) | | | | (6.17) |
| WPG | RPG | 0.814** | 0.82 | 0.41* | −3.07 | 1.005** |
| | | (20.06) | | | | (8.59) |
| CPH | RPH | 0.980** | 0.95 | 0.84** | −3.28(*) | 1.130** |
| | | (42.60) | | | | (18.56) |
| WPH | RPH | 0.730** | 0.88 | 0.53** | −2.93 | 0.882** |
| | | (26.03) | | | | (8.31) |
| | | **1/1980–12/1989, 120 observations** | | | | |
| CPG | RPG | 0.910** | 0.80 | 0.25 | −2.98 | 0.887** |
| | | (21.88) | | | | (5.60) |
| WPG | RPG | 1.046** | 0.91 | 0.34(*) | −4.09** | 1.054** |
| | | (34.57) | | | | (14.14) |
| CPH | RPH | 1.130** | 0.98 | 0.72** | −3.43* | 1.153** |
| | | (73.17) | | | | (33.39) |
| WPH | RPH | 0.936** | 0.95 | 0.38* | −3.21(*) | 0.952** |
| | | (74.26) | | | | (44.98) |

*Note:* (*), * or ** shows that the null hypothesis of no cointegration can be rejected on the 10, 5, or 1% significance level, respectively.

As in all other cases, we again set $k=3$. Applying OLS to Equation (6) would produce inconsistent estimates since $\Delta Y_t$ appears on the right-hand side as regressor. One gets consistent estimates and the correct standard errors in (7) if one uses $Y_{t-1}, \ldots, Y_{t-4}$, and $X_t$, $X_{t-1}, \ldots, X_{t-4}$ as instruments.

The Breusch–Wickens procedure has a further advantage. On the assumptions given above, the estimated values of the cointegrating parameters and their standard errors are the same as those derived from the error correction model

$$\Delta Y_t = a'_0 + \sum_{j=1}^{k} a'_j \Delta Y_{t-1} + \sum_{j=0}^{k} b'_j \Delta X_{t-j} + \rho Y_{t-1} + \beta' X_{t-1} + \varepsilon'_t \qquad (7)$$

with:

$$\alpha_2 = -a'_0/\rho \qquad \beta_2 = \beta'/\rho$$

Thus, we can get the non-linear long-run coefficients of the error correction model (7) by estimating the linear model (6).

The results of the cointegration tests are shown in Table 3. The estimated cointegrating coefficients of the static and dynamic approach, $\beta_1$ and $\beta_2$, are rather similar. The cointegrating equation Durbin–Watson shows significance in six out of eight cases; only consumer prices do not seem to be cointegrated with the Rotterdam prices. The augmented Dickey–Fuller test, on the other side, presents evidence for cointegration only for the second period; for the first period, we only find significance between the consumer price for heating oil and only on the 10% level. But the long-run coefficients of the static and dynamic equations are in all but one case, at least on the 1% level, significantly different from zero, thus providing strong evidence for cointegration. Moreover, the coefficients in the dynamic specifications are, even by using conventional $t$-test, never significantly different from the theoretically expected values of 1.11 or 1.14, respectively, and 1.00, and there are no relevant differences between the coefficients of the first and the second period. Thus, in our further investigations we proceed on the assumption that in both periods considered there existed long-run relations between the Rotterdam and German oil product prices.

## Testing for structural breaks

To test for structural breaks, we used the error correction model (7). However, as the coefficients of the lagged endogenous variables were never significantly different from zero for lags greater than one, we included only one lag for these variables in the test equations.[16] As, according to the results of the previous paragraph, differences between the 1970s and the 1980s are more likely to exist in the short-run adjustment processes than in the long-run equilibrium relations, we concentrated on differences of the adjustment parameters. Thus, we estimated the following test equation:

$$\Delta Y_t = a'_0 + a'_1 \Delta Y_{t-1} + \sum_{j=1}^{k} b'_j \Delta X_{t-j} + \sum_{j=0}^{k} \gamma_j (D*\Delta X_{t-j}) + \rho Y_{t-1} + \beta' X_{t-1} + \varepsilon'_t \qquad (8)$$

[16] To determine the optimal lag structure we used OLS and employed the Hannan–Quinn criterion. (See Hannan and Quinn [9]). Thus, taking all equations of both periods we got an optimal lag of at most one for the lagged dependent variables and of at most three for the explanatory variables. To have the same lag length in all equations, we always used this specification.

with:

$$D=\begin{cases}0 & \text{for } 1/1972 \text{ to } 12/1979\\ 1 & \text{for } 1/1980 \text{ to } 12/1989\end{cases}$$

The Chow test for a structural break between the 1970s and the 1980s is a test of the combined null hypothesis $H_0: \gamma_0=\gamma_1=\ldots=\gamma_k=0$, which can be performed by using an F-test.

Setting again $k=3$, we got the following test results: F = 10.508 for the consumer price of gasoline, F = 13.615 for its wholesale price, F = 9.048 for the consumer price of heating oil, and F = 17.979 for its wholesale price. Thus, for (4, 196) degrees of freedom the null hypothesis of no structural break can be rejected in all four cases even on the 0.1% significance level. There are major differences in the adjustment processes between the 1970s and 1980s.

## Estimating small models and testing for asymmetry

On the basis of these results, we have to estimate the models for the 1970s and 1980s separately, as we have already done with the previous tests. When we accept the results of the cointegration tests, especially those derived by means of the Wickens–Breusch procedure, and take long-run equilibrium relations for both periods as given, the long-run multipliers have to be identical for reduction and increases in the Rotterdam prices. Nevertheless, there might be differences in the adjustment processes. To perform tests on the symmetry of these processes, we estimated, for both time periods and fuels, small simultaneous models for gasoline and heating oil, using three stage least squares (3SLS), ie we estimated the equations for consumer and producer prices together.

## Models for the 1970s

For both prices, we simultaneously estimated the error-correction model (7), but, as in the previous section, we only used one lag for the lagged endogenous variable. Using $\Delta$ as the operator for first differences, we get the following result for gasoline:[17]

$$\begin{aligned}\Delta CPG_t = {} & \underset{(3.15)}{4.926} - \underset{(1.14)}{0.089}\,\Delta CPG_{t-1} - \underset{(0.59)}{0.029}\,\Delta RPG_t\\ & + \underset{(1.81)}{0.106}\,\Delta RPG_{t-1} + \underset{(1.60)}{0.089}\,\Delta RPG_{t-2}\\ & + \underset{(3.53)}{0.199}\,\Delta RPG_{t-3} - \underset{(3.22)}{0.076}\,CPG_{t-1}\\ & + \underset{(3.18)}{0.085}\,RPG_{t-1} + \hat{u}_{1,t} \qquad (9a)\end{aligned}$$

$R^2=0.419$, SER = 1.186, DW = 2.164, DF = 84

$$\begin{aligned}\Delta WPG_t = {} & \underset{(1.97)}{2.875} + \underset{(1.11)}{0.088}\,\Delta CPG_{t-1} + \underset{(0.24)}{0.012}\,\Delta RPG_t\\ & + \underset{(2.03)}{0.124}\,\Delta RPG_{t-1} + \underset{(1.08)}{0.060}\,\Delta RPG_{t-2}\\ & + \underset{(2.59)}{0.145}\,\Delta RPG_{t-3} - \underset{(2.19)}{0.085}\,WPG_{t-1}\\ & + \underset{(2.52)}{0.094}\,RPG_{t-1} + \hat{u}_{2,t} \qquad (9b)\end{aligned}$$

$R^2=0.429$, SER = 1.144, DW = 2.131, DF = 84

Logarithm of the likelihood function: $-262.892$

In this model, the international development 'explains' about 40% of the changes of both price series. In both equations, there is no indication of positive autocorrelation of the residuals, and the one period lagged endogenous variables get small and insignificant coefficients. For both models, there is no significant immediate reaction to changes in the Rotterdam price, which corresponds to the results of the Granger causality tests. The highest and most significant coefficients are those with a lag of three months, indicating a considerable time delay of the domestic price reactions.

Performing these estimates without the long-run coefficients, we get $-269.112$ for the logarithm of the likelihood function. Thus, with $\chi^2=12.440$ and four degrees of freedom the hypothesis of no long-run relation can be rejected for the whole system on the 0.025% significance level. The long-run relations implied by model (9a) and (9b) are:

$$CPG = \underset{(14.07)}{64.409} + \underset{(6.34)}{1.117}\,RPG \qquad (10a)$$

$$WPG = \underset{(8.06)}{33.983} + \underset{(6.29)}{1.108}\,RPG \qquad (10b)$$

Both estimated long-run multipliers are highly significantly different from zero, but not from 1.00 or 1.12, respectively, which indicates that changes in the Rotterdam prices are shifted totally to the German gasoline prices in the long run. However, as the estimated impulse-response-functions for the two models in Figure 2 show, the adjustment process takes a very long time: half a year after a change in the Rotterdam price only about two thirds of the German price reaction has taken place.

To investigate whether the adjustment processes for positive and negative changes in the Rotterdam prices differ, we split the changes in the explanatory variable in variables of positive and negative changes, replacing the 'missing' observations by 0. Thus, for the Rotterdam price of gasoline we get

$$\Delta RPG_t = \Delta RPG_t^{(+)} + \Delta RPG_t^{(-)}$$

[17] The figures in parentheses are the absolute values of the $t$-values of the estimated parameters. These computations have been performed using Mainframe TSP, Version 4.2.




**Figure 2.** Cumulative impulse-response-functions for gasoline prices, 1972–79.

with $^{(+)}$ indicating the series of positive (increases) and with $^{(-)}$ indicating the series of negative (reductions) price changes. Using these two time series, we get the following result:

$$\Delta CPG_t = \underset{(2.45)}{4.073} - \underset{(0.63)}{0.050}\,\Delta CPG_{t-1} - \underset{(0.26)}{0.017}\,\Delta RPG_t^{(+)} + \underset{(0.50)}{0.037}\,\Delta RPG_{t-1}^{(+)} + \underset{(1.49)}{0.102}\,\Delta RPG_{t-2}^{(+)} + \underset{(3.60)}{0.271}\,\Delta RPG_{t-3}^{(+)} - \underset{(1.93)}{0.267}\,\Delta RPG_t^{(-)} + \underset{(2.31)}{0.351}\,\Delta RPG_{t-1}^{(-)} + \underset{(2.42)}{0.214}\,\Delta RPG_{t-2}^{(-)} - \underset{(0.80)}{0.111}\,\Delta RPG_{t-3}^{(-)} - \underset{(2.42)}{0.062}\,CPG_{t-1} + \underset{(1.93)}{0.065}\,RPG_{t-1} + \hat{u}_{1,t} \qquad (11a)$$

$R^2=0.470$, SER = 1.133, DW = 2.295, DF = 80

$$\Delta WPG_t = \underset{(2.09)}{3.380} + \underset{(1.29)}{0.100}\,\Delta WPG_{t-1} - \underset{(0.79)}{0.052}\,\Delta RPG_t^{(+)} + \underset{(1.09)}{0.088}\,\Delta RPG_{t-1}^{(+)} + \underset{(0.27)}{0.019}\,\Delta RPG_{t-2}^{(+)} + \underset{(3.11)}{0.237}\,\Delta RPG_{t-3}^{(+)} + \underset{(0.84)}{0.115}\,\Delta RPG_t^{(-)} + \underset{(0.88)}{0.128}\,\Delta RPG_{t-1}^{(-)} + \underset{(1.79)}{0.260}\,\Delta RPG_{t-2}^{(-)} - \underset{(0.85)}{0.116}\,\Delta RPG_{t-3}^{(-)} - \underset{(2.22)}{0.097}\,WPG_{t-1} + \underset{(2.28)}{0.106}\,RPG_{t-1} + \hat{u}_{2,t} \qquad (11b)$$

$R^2=0.470$, SER = 1.102, DW = 2.135, DF = 80

Logarithm of the likelihood function: −254.202

By splitting the explanatory variable, we have increased the explained variance and reduced the standard error of both equations. Using a likelihood ratio test to check whether German gasoline prices react in the same way to increases and to reductions of the Rotterdam prices, we get $\chi^2=25.38$, which is for 8 degrees of freedom significant on the 0.005% level. Thus, the hypothesis of symmetric reactions and, therefore, of profit maximization as stated above, has to be rejected. However, for consumer prices the direction of this deviation from the profit maximization hypothesis is not clear, whereas for producer prices the single coefficients as well as the impulse-response-functions given in Figure 3 show that German prices react faster to reductions than to increases in the Rotterdam prices. Thus, if there is a deviation from profit maximization, it is more in the direction of the politico–economic hypothesis (iii) than of the popular hypothesis (ii).

The long-run relations implied by this model,

$$CPG = \underset{(11.82)}{65.677} + \underset{(4.22)}{1.022}\,RPG \qquad (12a)$$

$$WPG = \underset{(10.02)}{34.793} + \underset{(7.13)}{1.091}\,RPG \qquad (12b)$$

are very similar to those implied by model (9); the splitting of the explanatory variable does not influence the long-run properties of the model.

Without distinguishing between positive and negative changes in the Rotterdam prices we get the following result for heating oil:

$$\Delta CPH_t = \underset{(3.08)}{2.166} - \underset{(5.72)}{0.477}\,\Delta CPH_{t-1} + \underset{(12.01)}{0.455}\,\Delta RPH_t + \underset{(4.32)}{0.360}\,\Delta RPH_{t-1} + \underset{(2.50)}{0.133}\,\Delta RPH_{t-2} + \underset{(2.15)}{0.095}\,\Delta RPH_{t-3} - \underset{(3.84)}{0.310}\,CPH_{t-1} + \underset{(4.05)}{0.334}\,RPH_{t-1} + \hat{u}_{1,t} \qquad (13a)$$

$R^2=0.819$, SER = 1.888, DW = 2.202, DF = 84

$$\Delta WPH_t = \underset{(1.89)}{0.672} - \underset{(0.75)}{0.067}\,\Delta CPH_{t-1} + \underset{(4.28)}{0.168}\,\Delta RPH_t + \underset{(2.69)}{0.149}\,\Delta RPH_{t-1} - \underset{(0.77)}{0.037}\,\Delta RPH_{t-2} + \underset{(1.65)}{0.072}\,\Delta RPH_{t-3} - \underset{(3.15)}{0.159}\,WPH_{t-1} + \underset{(3.34)}{0.139}\,RPH_{t-1} + \hat{u}_{2,t} \qquad (13b)$$

$R^2=0.505$, SER = 1.025, DW = 2.073, DF = 84

Logarithm of the likelihood function: −255.494




**Figure 3.** Cumulative impulse-response-functions of wholesale prices for gasoline, 1972–79.

In this model, international price variations explain much less of the producer price's variance than of the variations of the consumer price. More than 80% of the consumer price's variance is explained, but only half of the producer price's variance. Again, there is no significant autocorrelation in both equations. But while in the wholesale price equation the coefficient of the lagged endogenous variable is still insignificant, the corresponding coefficient in the consumer price equation is highly negatively significant, indicating a possible overshooting of the domestic price reactions. Contrary to the gasoline model for this period, we now have immediate reactions to Rotterdam price changes in both price series, but, as also the impulse-response-functions in Figure 4 show, the reaction to the consumer price is much stronger. Altogether, consumer prices for heating oil seem to react more strongly to changes in the Rotterdam prices than wholesale prices.

Performing these estimates without the long-run coefficients, we get −266.364 for the logarithm of the likelihood function. Thus, with $\chi^2 = 21.740$ and four degrees of freedom the hypothesis of no long-run relation can be rejected for both equations together even on the 0.0005% significance level. The long-run relations implied by model (13) are:

$$CPH = \underset{(7.92)}{6.980} + \underset{(28.28)}{1.103}\, RPH \qquad (14a)$$

$$WPH = \underset{(2.56)}{4.216} + \underset{(11.99)}{0.892}\, RPH \qquad (14b)$$

Again, the long-run multiplier of the consumer price is not different from 1.12 and the one of the wholesale price is not different from 1.00, which implies that both are consistent with the idea of long-run shifting of Rotterdam price changes on the German customers. However, there is a dramatic difference in the constant term of this model and the one of the gasoline model (10), which shows that the mark-up over the Rotterdam prices, consisting of transport and handling costs and (for gasoline to a very large extent) taxes is much higher for gasoline than for (light) heating oil.

Splitting the explanatory variable in positive and negative increases, we now get:

$$\begin{aligned}\Delta CPH_t =\ & \underset{(2.36)}{1.392} - \underset{(4.87)}{0.421}\,\Delta CPH_{t-1} + \underset{(11.02)}{0.402}\,\Delta RPH_t^{(+)} \\ & + \underset{(6.06)}{0.479}\,\Delta RPH_{t-1}^{(+)} + \underset{(2.63)}{0.188}\,\Delta RPH_{t-2}^{(+)} \\ & - \underset{(1.70)}{0.089}\,\Delta RPH_{t-3}^{(+)} + \underset{(8.12)}{0.664}\,\Delta RPH_t^{(-)} \\ & - \underset{(1.08)}{0.100}\,\Delta RPH_{t-1}^{(-)} + \underset{(3.54)}{0.230}\,\Delta RPH_{t-2}^{(-)} \\ & + \underset{(3.40)}{0.237}\,\Delta RPH_{t-3}^{(-)} - \underset{(3.18)}{0.221}\, CPH_{t-1} \\ & + \underset{(3.40)}{0.249}\, RPH_{t-1} + \hat{u}_{1,t} \qquad (15a)\end{aligned}$$

$R^2 = 0.895$, SER $= 0.767$, DW $= 2.094$, DF $= 80$

$$\begin{aligned}\Delta WPH_t =\ & \underset{(1.60)}{0.549} - \underset{(0.45)}{0.041}\,\Delta WPH_{t-1} + \underset{(4.46)}{0.196}\,\Delta RPH_t^{(+)} \\ & + \underset{(1.36)}{0.095}\,\Delta RPH_{t-1}^{(+)} + \underset{(1.02)}{0.068}\,\Delta RPH_{t-2}^{(+)} \\ & - \underset{(1.25)}{0.081}\,\Delta RPH_{t-3}^{(+)} + \underset{(2.27)}{0.225}\,\Delta RPH_t^{(-)} \\ & + \underset{(0.54)}{0.052}\,\Delta RPH_{t-1}^{(-)} + \underset{(2.78)}{0.201}\,\Delta RPH_{t-2}^{(-)} \\ & + \underset{(4.15)}{0.311}\,\Delta RPH_{t-3}^{(-)} - \underset{(2.69)}{0.151}\, WPH_{t-1} \\ & + \underset{(2.81)}{0.140}\, RPH_{t-1} + \hat{u}_{2,t} \qquad (15b)\end{aligned}$$

$R^2 = 0.597$, SER $= 0.924$, DW $= 2.080$, DF $= 80$

Logarithm of the likelihood function: −221.220




**Figure 4.** Cumulative impulse-response-functions for light heating oil, 1972–79.




**Figure 5.** Cumulative impulse-response-functions for consumer prices for light heating oil, 1972–79.

Testing for symmetry, we get $\chi^2 = 68.548$, which indicates significance on any conventional level. Whereas the wholesale prices react rather slowly to changes in the Rotterdam prices and with no clear difference between increases and decreases, there is a marked difference for the consumer price: as can be shown from Figure 5, the reaction on reductions of the Rotterdam price is much faster than the one on increases. This seems to be in line with the politico–economic hypothesis (iii) and contradicts the popular hypothesis, and this is much clearer than with respect to the gasoline prices discussed above. However, in the second month, the situation is reversed: now the reaction on increases is much stronger than the one on reductions in the Rotterdam prices. Thus, despite the fact that the null hypothesis of symmetric adjustments can clearly be rejected, the direction of this rejection is open. The empirical evidence is neither clearly in favour of the popular nor of the politico–economic hypothesis.

Here, we get the following long-run relations:

$$CPH = 6.305 + 1.153\,RPH \quad (16a)$$
(5.99) (21.89)

$$WPH = 3.623 + 0.950\,RPH \quad (16b)$$
(2.24) (11.42)

and again the more precise modelling of the short-run dynamics has nearly no influence on the estimated long-run properties of the model.

## Models for the 1980s

During the 1980s, German oil prices were adjusted to international price changes much faster than during the 1970s. This is the main reason for the structural break between the two periods. This becomes apparent if the same models are estimated for both periods. In most cases, the more than one period lagged values of the explanatory variables no longer get significant coefficients. Nevertheless, to demonstrate these differences, we use exactly the same specification for both periods. Thus, we get the following result for gasoline:

$$\Delta CPG_t = \underset{(3.91)}{11.509} + \underset{(1.00)}{0.072}\,\Delta CPG_{t-1} + \underset{(4.34)}{0.398}\,\Delta RPG_t + \underset{(4.33)}{0.472}\,\Delta RPG_{t-1} + \underset{(0.73)}{0.079}\,\Delta RPG_{t-2} + \underset{(1.30)}{0.120}\,\Delta RPG_{t-3} - \underset{(3.87)}{0.133}\,CPG_{t-1} + \underset{(3.34)}{0.121}\,RPG_{t-1} + \hat{u}_{1,t} \quad (17a)$$

$R^2 = 0.515$, SER $= 2.865$, DW $= 2.095$, DF $= 112$

$$\Delta WPG_t = \underset{(5.95)}{12.440} - \underset{(0.53)}{0.037}\,\Delta WPG_{t-1} + \underset{(8.04)}{0.619}\,\Delta RPG_t + \underset{(3.05)}{0.305}\,\Delta RPG_{t-1} + \underset{(1.86)}{0.163}\,\Delta RPG_{t-2} + \underset{(1.72)}{0.135}\,\Delta RPG_{t-3} - \underset{(6.07)}{0.230}\,WPG_{t-1} + \underset{(5.71)}{0.244}\,RPG_{t-1} + \hat{u}_{2,t} \quad (17b)$$

$R^2 = 0.637$, SER $= 2.409$, DW $= 1.807$, DF $= 112$

Logarithm of the likelihood function: $-527.363$

For the 1980s, the international development explains more than 50% of the changes in both price series. Again, in both equations, there is no indication of positive autocorrelation of the residuals, and the one-period lagged endogenous variables get small and insignificant coefficients. However, contrary to the model for the 1970s, in both equations we now get strong and significant immediate reactions to changes in the Rotterdam price, while the coefficients for two and three lags are significant only on the 10% level and only for wholesale prices. The main reaction takes place during the current and the first month after a change of the Rotterdam price. However, as can be seen from the impulse-response-functions in Figure 6, we even find some overshooting for this period.

Performing these estimates without the long-run coefficients, we get $-544.090$ for the logarithm of the likelihood function. Thus, with $\chi^2 = 33.454$ and four degrees of freedom the hypothesis of no long-run relation can be rejected for the whole system even on the 0.0001 significance level. The long-run relations implies by model (18) are:

$$CPG = 86.598 + 0.909\,RPG \quad (18a)$$
(14.23) (7.30)

$$WPG = 54.048 + 1.060\,RPG \quad (18b)$$
(18.47) (17.54)




**Figure 6.** Cumulative impulse-response-functions for gasoline prices, 1980–89.

The constant terms of the long-run relations are now considerably higher than for the 1970s, indicating cost increases besides changes in the Rotterdam prices. The long-run multiplier for the consumer price of gasoline is comparatively low, but even applying a traditional *t*-test, it is still not significantly smaller on the 5% level than the theoretically expected value of 1.14.

By splitting the explanatory variable in positive and negative increases, we get −520.443 for the logarithm of the likelihood function. Performing a likelihood ratio test, we get $\chi^2 = 13.840$. For eight degrees of freedom, this is not significant on the 5% level. If we apply the correction factor proposed by Sims [22], we get $\chi^2 = 12.456$, which is not significant even on the 10% level. Thus, for gasoline prices it does not seem that there were asymmetric price adjustments during the 1980s.

For heating oil, we get the following result for the 1980s:

$$\begin{aligned} \Delta CPH_t = {} & \underset{(5.90)}{4.711} - \underset{(1.93)}{0.122}\,\Delta CPH_{t-1} + \underset{(11.60)}{0.665}\,\Delta RPH_t \\ & + \underset{(3.64)}{0.319}\,\Delta RPH_{t-1} + \underset{(1.29)}{0.086}\,\Delta RPH_{t-2} \\ & - \underset{(0.25)}{0.014}\,\Delta RPH_{t-3} - \underset{(6.91)}{0.389}\,CPH_{t-1} \\ & + \underset{(6.89)}{0.435}\,RPH_{t-1} + \hat{u}_{1,t} \end{aligned} \qquad (19a)$$

$R^2$ 0.755, SER = 1.610, DW = 1.984, DF = 112

$$\begin{aligned} \Delta WPH_t = {} & \underset{(6.33)}{3.696} - \underset{(1.63)}{0.097}\,\Delta CPH_{t-1} + \underset{(10.32)}{0.555}\,\Delta RPH_t \\ & + \underset{(2.21)}{0.169}\,\Delta RPH_{t-1} + \underset{(1.50)}{0.091}\,\Delta RPH_{t-2} \\ & - \underset{(0.62)}{0.034}\,\Delta RPH_{t-3} - \underset{(8.60)}{0.521}\,WPH_{t-1} \\ & + \underset{(8.54)}{0.483}\,RPH_{t-1} + \hat{u}_{2,t} \end{aligned} \qquad (19b)$$

$R^2$ 0.719, SER = 1.516, DW = 1.990, DF = 112

Logarithm of the likelihood function: −322.813.

More than 70% of the variance of the dependent variable can be explained for both prices. The coefficients of the lagged endogenous variables have a negative sign in both equations and are significant or nearly significant on the 10% level; however, as the impulse-response-functions in Figure 7 show the size of the two coefficients is too small to generate overshooting. None of the coefficients of the explanatory variable with lags larger than one is significant even on the 10% level. This shows that during the 1980s adjustment was rather fast in this market; one month after a change in the Rotterdam price German heating oil prices have adjusted to the new situation.

Performing these estimates without the long-run coefficients, we get −354.198 for the logarithm of the likelihood function. Thus, with $\chi^2 = 62.570$ and four degrees of freedom the hypothesis of no long-run relation can be rejected for the whole system even on the 0.0001 significance level. The long-run relations implied by model (20) are:

$$CPH = \underset{(11.07)}{12.123} + \underset{(46.90)}{1.148}\,RPH \qquad (20a)$$

$$WPH = \underset{(9.22)}{7.095} + \underset{(55.23)}{0.949}\,RPH \qquad (20b)$$

Again, the constant terms for the 1980s are considerably higher than those for the 1970s, and the long-run multipliers are not significantly different from their theoretical values of 1.14 and 1.00, respectively.

By splitting the explanatory variable in positive and negative increases, we get −520.443 for the logarithm of the likelihood function. Performing a likelihood ratio test we get $\chi^2 = 2.808$. For eight degrees of freedom, this is not significant on any conventional




**Figure 7.** Cumulative impulse-response-functions for light heating oil prices, 1980–89.

significance level. Thus, for light heating oil there is also no indication at all for asymmetric price adjustments during the 1980s.

## Concluding remarks

Taking all results together, we get approximately the following picture: in the Federal Republic of Germany, domestic price changes for oil products are mainly determined by changes of the Rotterdam prices. This holds especially for the 1980s. Other, independent domestic influences can only play a minor part. The adjustment of the German prices to the international prices was rather rapid during the 1980s and considerably slower during the 1970s. However, during both periods price changes were fully transferred from the international to the national markets. Thus, while the null hypothesis of full adjustment is not rejected by our data, the hypothesis of structural constancy has to be rejected.

Whereas the long-run reactions are not significantly different for the 1970s and the 1980s, one can find considerable asymmetry for the former period, but not for the latter in the short-run adjustment processes. Reductions in the Rotterdam prices are transferred faster to the German markets than increases. Thus, for the 1970s the profit-maximizing hypothesis as stated above has to be rejected, and there is also no evidence for the popular hypothesis. As far as we find asymmetries which can be interpreted, it goes in the direction of the politico–economic hypothesis.

These results indicate that competition has been intensified during the last two decades on these markets, and for the 1980s German markets for oil products might be seen as contestable markets in the sense of Baumol [2]. Despite the fact that few large suppliers have large market shares, these companies do not seem to be able to form a cartel. As long as the Rotterdam spot market works and as long as marginal suppliers are able to buy light heating oil and gasoline there and to sell it on the German market, competition will be strong enough on these markets to prevent a cartel. This holds especially as long as the large companies have overcapacities in their refineries.[18] This situation has provided comparatively low gasoline and heating oil prices for German consumers.

One should keep in mind, however, that we use monthly data. Therefore, asymmetries which take place in the very short run, within a few days or two weeks at most, cannot be detected by using these data. To test for such very short-run asymmetries, one would need daily data. However, all long-run properties should be identical to data of any periodicity. In addition, our German data are averages for the whole of the Federal Republic. The fact that we cannot find evidence for cartel behaviour on these markets during the last decades, does not imply that there have been no local cartels. Observed regional price differences, which hardly can be explained by transport costs, might be an indication of cartel behaviour on local or small regional markets. To test this hypothesis, one would have to use regional data. Though such data are available, such an investigation would go far beyond the scope of the present paper.

[18]See for this Diederichs [5].

## References

1 A. Banerjee, J. J. Dolado, D. F. Hendry and G. W. Smith, 'Exploring equilibrium relations in econometrics through static models: some Monte Carlo evidence', *Oxford Bulletin of Economics and Statistics*, Vol 48, 1986, pp 253–277.

2 W. J. Baumol, 'Contestable markets: an upspring in the theory of industry structure', *American Economic Review*, Vol 72, 1982, pp 1–15.

3 D. A. Dickey and W. A. Fuller, 'Distribution of the estimators for autoregressive time series with a unit root', *Journal of the American Statistical Association*, Vol 74, 1979, pp 427–431.

4 D. A. Dickey and W. A. Fuller, 'Likelihood ratio test statistics for autoregressive time series with a unit root', *Econometrica*, Vol 49, 1981, pp 1057–1072.

5 H. Diederichs, 'Die Preisbildung für Mineralölprodukte in der Bundesrepublik Deutschland, *Zeitschrift für Energiewirtschaft*, Vol 3, 1984, pp 1057–1072.

6 R. F. Engle and C. W. J. Granger, 'Cointegration and error correction: representation, estimation and testing, *Econometrica*, Vol 55, 1987, pp 251–276.

7 W. A. Fuller, *Introduction to Statistical Time Series*, Wiley, New York, 1976.

8 C. W. J. Granger, 'Investigating causal relations by econometric models and cross-spectral methods', *Econometrica*, Vol 37, 1969, pp 424–438.

9 E. J. Hannan and B. G. Quinn, 'The determination of the order of an autocorrelation', *Journal of the Royal Statistical Society* (*b*), Vol 41, 1979, pp 190–195.

10 G. Kirchgässner, *Einige neuere statistische Verfahren zur Erfassung kausaler Beziehungen zwischen Zeitreihen, Darstellung und Kritik*, Vandenhoeck und Ruprecht, Göttingen, 1981.

11 G. Kirchgässner, 'Die Abhängigkeit der deutschen und schweizerischen von den internationalen Mineralölpreisen, Ein empirische Untersuchung für die Zeit von 1974 bis 1986', *Allgemeines Statistisches Archiv*, Vol 72, 1988, S. 213–247.

12 G. Kirchgässner, *Validity or Collapse of Purchasing Power Parity Theory? Additional Empirical Results for the Seventies and Eighties*, Discussion Paper No 8802, Universität Osnabrück, January 1988.

13 K. W. Müller, 'Preisbildung auf dem Mineralölmarkt', *Zeitschrift für Energiewirtschaft*, Vol 1, 1982, pp 21–28.

14 J. Roeber, 'Dynamics of the Rotterdam market', *Petroleum Economist*, Vol 46, 1979, pp 49–52.

15 J. J. Rotemberg and G. Saloner, 'The relative rigidity of monopoly pricing', *American Economic Review*, Vol 77, 1987, pp 917–926.

16 T. J. Sargent, 'A classical macroeconomic model for the United States', *Journal of Political Economy*, Vol 84, 1976, pp 207–237.
17 H.-W. Schiffer, 'Bedeutung und Funktion der Spotmärkte für die Ölversorgung', *Glückauf*, Vol 17, 1981, pp 47–54.
18 H.-W. Schiffer, *Energiemarkt Bundesrepublik Deutschland*, Verlag TÜV Rheinland, Köln, 1988.
19 H. J. Schürmann, *Anpassungsprozesse auf den deutschen Ölmärkten unter besonderer Berücksichtigung der internationalen Marktzusammenhänge*, Oldenbourg, München, 1984.
20 G. W. Schwert, 'Effects of model specification on tests for unit roots in macroeconomic data', *Journal of Monetary Economics*, Vol 20, 1987, pp 73–103.
21 G. W. Schwert, 'Tests for unit roots: a Monte Carlo investigation', *Journal of Business and Economic Statistics*, Vol 7, 1989, pp 147–159.
22 C. A. Sims, 'Macroeconomics and reality', *Econometrica*, Vol 48, 1980, pp 1–48.
23 J. H. Stock, 'Asymptotic properties of least squares estimators of cointegrating vectors', *Econometrica*, Vol 55, 1987, pp 1035–1056.
24 J. H. Stock and M. W. Watson, 'Testing for common trends', *Journal of the American Statistical Association*, Vol 83, 1988, pp 1097–1107.
25 G. C. Tiao, 'Asymptotic behaviour of temporal aggregates of time series', *Biometrika*, Vol 59, 1972, pp 525–531.
26 M. R. Wickens and T. S. Breusch, 'Dynamic specification, the long-run and the estimation of transformed regression models', *Economic Journal*, Vol 98, pp 189–205.

# Appendix 1

## A small theoretical model with adjustment costs

We consider the reaction of a monopolistic firm to cost increases (price increases) of its inputs, if there are positive adjustment costs. To make the model as simple as possible, we assume constant marginal costs and a linear demand function,

$$x_t^d = a - bp_t \qquad a, b > 0 \tag{A1}$$

$$C_t = c_t x_t \tag{A2}$$

where $x_t$, $p_t$ and $C_t$ are quantity (demanded), price, and total costs at time $t$, $t = 0, 1, \ldots, 4$. At time $t = 0$, the starting period, the market is in equilibrium, ie all adjustment processes to earlier costs changes have been finished. At time $t = 2$ the marginal cost increases. At the end period, $t = 4$, the market has adjusted to the new conditions and is again in equilibrium. Thus, the problem for a (monopolistic) firm can be formulated as

$$\underset{p}{\text{Max}} \sum_{t=1}^{4} E_0\{(a - bp_t)(p_t - c_t) - \lambda(p_t - p_{t-1})^2\} \qquad \lambda \geqslant 0 \tag{A3}$$

where $\lambda$ is the adjustment coefficient: for $\lambda > 0$ there are positive, and because of the quadratic formulation increasing, adjustment costs. Thus, for the periods between the two equilibrium situations ($t = 1, 2, 3$) the first order conditions are:

$$a - 2bp_t + bc_t - \lambda(2p_t - 2E_t(p_{t+1}) - 2p_{t-1} + 2p_t) = 0$$
$$t = 1, 2, 3 \tag{A4}$$

which can be transformed to

$$p_t = a' + b'c_t + \lambda' E_t(p_{t+1}) + \lambda' p_{t-1} \tag{A5}$$

with

$$a' := \frac{a}{2(b + 2\lambda)}$$

$$b' := \frac{b}{2(b + 2\lambda)}$$

$$\lambda' := \frac{\lambda}{b + 2\lambda}$$

Thus, we have a second order difference equation with the two terminal conditions

$$p_0 = \frac{a}{2b} + \frac{1}{2}c_0 \tag{A6a}$$

$$p_4 = \frac{a}{2b} + \frac{1}{2}c_4 \tag{A6b}$$

By solving backwards and taking expectations, we get stepwise

$$p_3 = a' + b'c_3 + \lambda' p_2 + \lambda' E_3(p_4) \tag{A7}$$

$$p_2 = \frac{1}{1 - \lambda'^2}\{a' + b'c_2 + \lambda'(a' + b'E_2(c_3)) + \lambda'^2 E_2(p_4) + \lambda' p_1\} \tag{A8}$$

$$p_1 = \frac{1}{1 - 2\lambda'^2}\{(1 - \lambda'^2)(a' + b'c_1) + \lambda'(a' + b'E_1(c_2)) + \lambda'^2(a' + b'E_1(c_3)) + \lambda'^3 E_1(p_4) + \lambda'(1 - \lambda'^2)p_0\} \tag{A9}$$

The question now is how the expectations are formed. We consider two special cases: (i) perfect information, ie the firm knows at time $t = 0$ all future values of $c_t$ exactly; as an alternative (ii) we assume that $c_t$ is a price in a speculative market, and the firm has rational expectations. In both cases, we consider the sequence

$$c_0 = c_1 < c_2 = c_3 = c_4 \tag{A10}$$

Without adjustment costs (for $\lambda = 0$), the corresponding sequence of prices would be

$$p_0 = p_1 < p_2 = p_3 = p_4 \tag{A11}$$

with $p_0$ and $p_4$ given in Equations (A6a) and (A6b). We ask how with the existence of adjustment costs (actual) prices will differ from this sequence.

(*i*) *Perfect information*. In the case of perfect information instead of (A7) to (A9), we get the following solution:

$$p_1 = \frac{1}{1 - 2\lambda'^2}\{(1 - \lambda'^2)p_0 + (1 + \lambda')a' + b'((1 - \lambda'^2)c_1 + \lambda' c_2 + \lambda'^2 c_3) + \lambda'^3 p_4\} \tag{A12a}$$

$$p_2 = \frac{1}{1-2\lambda'^2}\{\lambda'^2 p_0 + (1+2\lambda')a' + b'(\lambda' c_1 + c_2 + \lambda' c_3) + \lambda'^2 c_4\} \quad \text{(A12b)}$$

$$p_3 = \frac{1}{1+2\lambda'^2}\{\lambda'^3 p_0 + (1+\lambda')a' + b'(\lambda'^2 c_1 + \lambda' c_2 + (1+\lambda'^2)c_3) + \lambda'(1-\lambda'^2)p_4\} \quad \text{(A12c)}$$

Inserting Equations (A6), (A10), and the expressions for $a'$, $b'$, and $\lambda'$, we get

$$p_1 = \frac{a}{2b} + \frac{1}{2(b^3+6b^2\lambda+10b\lambda^2+4\lambda^3)} \times \{(b^3+5b^2\lambda+7b\lambda^2+3\lambda^3)c_1 + (b^2\lambda+3\lambda^2+\lambda^3)c_2\}$$
$$p_1 > p_0 \quad \text{(A13a)}$$

$$p_2 = \frac{a}{2b} + \frac{1}{2(b^3+6b^2\lambda+10b\lambda^2+4\lambda^3)} \times \{(b^2+3b^2\lambda^2+2\lambda^3)c_1 + (b^3+5b^2\lambda+7b\lambda^2+2\lambda^3)c_2\}$$
$$p_2 > p_1 \quad \text{(A13b)}$$

$$p_3 = \frac{a}{2b} + \frac{1}{2(b^3+6b^2\lambda+10b\lambda^2+4\lambda^3)} \times \{(b\lambda^2+\lambda^3)c_1 + (b^3+6b^2\lambda+9b\lambda^2+3\lambda^3)c_2\}$$
$$p_4 > p_3 > p_2 \quad \text{(A13c)}$$

Thus, we get a smooth transition from the old equilibrium price $p_0$ to the new one $p_4$. Although the old situation with respect to (marginal) costs still holds during period 1, a part of the price increase is already implemented. During periods 2 and 3, the price is further increased before it reaches its new equilibrium in period 4. However, as economic agents rarely – if at all – have complete information about future cost increases, this development can only be seen as a reference case.

(*ii*) *Rational expectations in a speculative market.* We now turn to a more realistic situation. Marginal costs, eg input prices, are assumed to follow a random walk,

$$c_t = c_{t-1} + \varepsilon_t \quad \text{(A14)}$$

where $\varepsilon_t$ is white noise, an assumption which approximately holds on the Rotterdam markets for gasoil and gasoline.[19] With rational expectations, this implies

$$E_t(c_{t+k}) = c_t, \quad k > 0 \quad \text{(A15)}$$

ie today's prices are best estimates for future prices. Thus, we get the following solution:

$$p_1 = \frac{a}{2b} + \frac{1}{2}c_1 = p_0 \quad \text{(A16a)}$$

[19]See, eg, the univariate time-series-models for the gasoline and gasoil Rotterdam prices estimated in Kirchgässner [11]. As monthly averages are used as data, the time series follow a MA(1)-process, which is expected if the original values follow a random walk. (See Tiao [25].)

$$p_2 = \frac{a}{2b} + \frac{1}{2(b^2+4b\lambda+3\lambda^2)} \times \{(b\lambda+2\lambda^2)c_1 + (b^3+3b\lambda+\lambda^2)c_2\}, \quad p_2 > p_1 \quad \text{(A16b)}$$

$$p_3 = \frac{a}{2b} + \frac{1}{2(b+2\lambda)}\{\lambda c_1 + (b+\lambda)c_2\}$$
$$p_4 > p_3 > p_2 \quad \text{(A16c)}$$

Again, we get a smooth adjustment to the new situation. However, as according to Equation (A14) nothing can be anticipated, in period 1 the old price still holds. In period 2, the adjustment process starts. Moreover, it can be shown that prices in periods 2 and 3 are now below those derived above on the assumption of complete information.

# Appendix 2

## Data and sources

RPB Rotterdam price for super gasoline (fob).
RPH Rotterdam price for light heating oil (fob).

Originally, these data were in US \$1/1000 kg. Using the current exchange rate and the specific weights of 0.744 for gasoline and 0.824 for light heating oil, these prices have been transformed in DM/100 litre.

*Sources:* (i) Data from the Schweizerische Erdölvereinigung, Zürich (Rotterdam prices). (ii) Monatsberichte der Deutschen Bundesbank (exchange rates).

CPG Consumer price for super gasoline in the Federal Republic of Germany. As this series has been published only from 1975 onwards, we have constructed the data from 1972 to 1974 using the corresponding price index data. To have consistent data over the whole period, from 1985 onwards we used the prices for leaded fuel.
CPH Consumar price for light heating oil in the Federal Republic of Germany.

*Source:* Statistisches Bundesamt, Fachserie 17, Reihe 7, Preise und Preisindizes für die Lebenshaltung.

WPG Wholesale price for super gasoline in the Federal Republic of Germany.
WPH Wholesale price for light heating oil in the Federal Republic of Germany.

For both wholesale prices only index data are published. Thus, we have transformed these data setting the figures of January 1985 to 110.90 DM/100 litre for gasoline and 65.10 DM/100 litre for light heating oil. (These data are derived from oil telegram.)

*Source:* Statistisches Bundesamt, Fachserie 17, Reihe 2, Preise und Preisindizes für gewerbliche Produkte.

All German price series have been transformed to DM/100 litre.