# EXHIBIT 10

JOURNAL

TIONAL TAX ASSOCIATION

, $5.00
annual d
.50

Index Article
Category:
Keywords:
Case:
Done:

LLAND
ement, M.I.T.

t to the Editor

RY BOARD

THONY G. QUAREMBA, Ridgew
New Jersey

CK NETZER, New York Univer

RL ROLPH, University of Califor

RON M. ZIZZAMIA, Scarsdale, Ne
York

iation, ex officio

ns and changes of address s
Director, National Tax Associ
15.

unications for the editor shou
AL TAX JOURNAL, Room 52
Cambridge, Massachusetts 02

trued as those of the National Tax A

lvania, 17604 and entered as second-cla
ia, under the Act of March 3, 1879

Tax Association

tieth Annual Conference on
ber 1966 issue of the National
as been changed to October
e Executive Committee and
cations encountered with the

National Tax Journal

lume XX, No. 3 September 1967

# EFFECTS OF THE 1965 FEDERAL EXCISE TAX REDUCTIONS ON PRICES

OSWALD BROWNLEE AND GEORGE L. PERRY *

SUMMARY

HIS analysis is concerned with the impact on prices of the reductions eral excise taxes under the Revenue f 1965. The tax reductions on most took place at mid-year, with re- of taxes paid on some commodities sales otherwise could have been ed during the congressional deliber- on the legislation. Except for the facturers' tax on automobiles, h was reduced from 10 per cent to cent at that time, the taxes on other ed commodities were removed ether. Taxes on admissions to es, athletic events, racing events barets, and on club dues and initi- fees were removed at the end of In addition, the law provided for her reduction of the manufacturers' on automobiles to 6 per cent on January 1, 1966 and to 5 per cent on January 1, 1967, and for a gradual elimi- nation of the tax on telephone services by January 1969. These scheduled re- ductions were postponed by subsequent legislation in early 1966. The tax changes that took effect in mid-1965 resulted in a reduction of Federal revenues of $1-3/4 billion annually at the level of sales and with the bundle of goods being pur- chased at the time. The reductions scheduled for later dates involved a further revenue loss totalling $2-1/4 billion on the same basis.

On all commodities on which retail excise taxes were eliminated (except for admissions and club dues) and on most commodities on which excise taxes im- posed at the manufacturers' level were cut, retail prices fell by approximately the full amount of the tax (adjusted for retail markups in the case of manu- facturer's taxes) and did so with no apparent time lag. The group of com- modities for which the price decline was less than the amount of the tax reduction consisted mainly of lower-valued items on which manufacturer's excise taxes were reduced, admissions to motion pictures, and club dues. With the pos- sible exception of some of the items on which manufacturer's taxes were re-

* The authors are respectively Professor and Asso- Professor of Economics at the University of ta. This study was conducted with financial ce from the Brookings Institution. Walter and Joseph Pechman were instrumental in the l conception and organization of the study. Chase of the Bureau of Labor Statistics ar- for the collection of the data and Andrew s, formerly of the Brookings Institution, sed assembly of the data and its transfer to d cards. G. Brent Davidson assisted with the e data processing, assembled the mail order data and lent other forms of assistance at stages in the study. Douglas Brettin and Earl ssisted in assembling the data and program- the computer, respectively.

moved, these results are consistent with the results to be expected under profit-maximizing behavior in competitive markets.

After our period of observation, widespread price increases were observed in the economy as total demand continued rising sharply, particularly in durable goods areas. However, the price increases were not confined to the commodities on which excise taxes had been reduced.

As a result of the tax reductions, there was a larger federal budget deficit (or smaller surplus) and a consequent larger supply of money and/or government bonds than otherwise would have occurred. These factors eventually might have resulted in a larger overall level of demand for goods and services than would have existed in their absence, the size of this effect depending upon the manner in which the tax cut was financed and the concurrent operations of the Federal Reserve Board. However, other fiscal and monetary changes were so large during this period that the effect of the excise tax reductions on the overall level of activity and on the absolute price level could not be identified, and this aspect of the tax reductions has not been pursued here.

THE TAX CHANGE MODEL

In response to a change in an ad valorem tax levied on a particular commodity in a competitive industry, we would expect the percentage change in the price paid by consumers to be approximately:

$$\frac{\Delta p}{p} = \frac{\eta}{(1+t)(\eta-\epsilon)} \Delta t$$

where $p$ is the price paid by consumers, $t$ is the tax rate, $\eta$ is the price elasticity of supply (non-negative) and $\epsilon$ is the price elasticity of demand (negative). As the price elasticity of supply increases, the percentage change in the price paid by consumers approaches $1/1+t$ times the change in the tax rate—for a given finite price elasticity of demand. If we knew the two price elasticities for each commodity, we could predict how market-clearing prices would react to the known change in the tax.

The elasticities of demand and supply for most commodities are not known with sufficient accuracy to permit good forecasts of what would happen to their prices as a result of the tax cut.[1] However, if it is believed that the price elasticity of supply is very large over a substantial range of output above that being produced at the time of the tax reduction, or if demand elasticities are very low, one would forecast that the absolute price change would be approximately the same as the value of the tax change.

At the time the tax cuts became effective, the economy was approaching full capacity in a few sectors; it was probably at capacity in several sectors by the end of our period of observation. However, we believe that for most of the commodities whose prices were studied, the price elasticities of demand were sufficiently small and supply was still sufficiently elastic that the resulting price changes would approximately equal the amount of the tax reduction. The results we obtained for most commodities are consistent with this belief.

Where supply cannot be expanded immediately and excess supply does not originally exist (i.e. the market price is not above that at which the market would clear), prices to consumers would not change as a result of excise tax reduction until enough time passed for supply to expand. This situation apparently prevailed in the cases of motion picture admissions and club dues.

Of the tax revenue reduction, about 60 per cent was from manufacturers' excise taxes and 40 per cent from taxes applied at the retail level. The change in the difference between the price paid by the consumer and the price received by the retailer should be equal to the change in the tax for those commodities taxed at the retail level. For those commodities subject to the manufacturers' tax, the change in the difference between the price paid by the consumer and that received by the seller should depend upon the markup policies of retailers. If the markup is a constant, the change in the price differential will be equal to the change in the tax; if the markup is a constant percentage of the price paid by the retailer, the price change should be equal to the $\left(\frac{\text{tax change}}{\text{1-percentage markup}}\right)$. Unfortunately, we know of no analysis of markup policies that would permit us to make use of this difference in explaining consumer price changes resulting from the tax changes, although price changes resulting from the removal of manufacturers' excise taxes did vary significantly among commodities. For a few commodities on which manufacturers' excise taxes were removed, the price changes at the retail level were smaller than one would reasonably have expected under purely competitive conditions.

[1] Assuming that the price data obtained in this study represent equilibrium prices, they could be used, together with quantity data, to try to improve estimates of some of the parameters of certain demand and supply functions. It is unfortunate that for most of the commodities whose prices are accurately measured, the data relating to quantities sold are very difficult to obtain.



THE DATA

Data on retail prices were obtained from two sources, the major one being the Bureau of Labor Statistics (BLS). These data are observations on prices charged in retail stores as noted by the BLS in determining its Consumer Price Index. A price observation obtained by the BLS is the price for a particular item in a particular store, the outlets being identified according to type (department stores and other outlets) and according to the size of city (large—population 500,000 or more—and small). Thus it is possible to test statistically for differences in the average price changes for most commodities between types of outlets for a given city size and between city sizes for a given type of outlet.

The BLS survey is not designed to measure with precision price changes for specific commodities. Price quotations for only a few of the most heavily traded models or types of a particular good are obtained from a small number of the many retail outlets. However, the standard error of estimate of the average per cent change in the price for most commodities is relatively small. Only prices on items for which it was believed that there were no significant quality changes were analyzed.

The second source of retail price data used here was the catalog prices listed by the two most important mail-order houses. As with the BLS data, the changes in the catalog prices were noted only for items for which we believed that there were no changes in quality. The catalog from which prices were obtained were the Spring and Summer issues for 1965 and 1966, the price quotations for the early ones having been made prior to

Case 4:07-md-01819-CW Document 799-11 Filed 07/30/09 Page 4 of 8 PageID #: 18262



TABLE I

Estimated Three-Month Changes in Price Paid by Consumers, as Reported by the BLS, During the Periods Immediately Preceding and Following the 1965 Excise Tax Reduction for Commodities on Which Taxes Were Levied at the Retail Level

| Commodity | Reduction in Tax (as per cent of price before tax) | Average Reduction in Prices Paid by Consumers | | | Number of Observations | | | Standard Error of Estimate of Average Reductions | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Group I Cities | Group II Cities | Group III Cities | Group I Cities | Group II Cities | Group III Cities | Group I Cities | Group II Cities | Group III Cities |
| Face Powder | 10 | 10.34 | 9.27 | 8.98 | 72 | 69 | 72 | 0.48 | 0.22 | 0.22 |
| Hand Bag | 10 | 9.25 | 8.60 | 8.44 | 63 | 72 | 65 | 0.16 | 0.33 | 0.52 |
| Wallet | 10 | 9.23 | 8.03 | 8.94 | 58 | 50 | 62 | 0.14 | 0.67 | 0.15 |
| Earrings | 10 | 8.82 | 9.10 | 8.15 | 65 | 22 | 29 | 0.11 | 0.02 | 0.52 |
| Hand Lotion | 10 | 8.75 | 7.56 | 9.69 | 62 | 93 | 46 | 0.99 | 0.68 | 0.90 |
| Sterling Silverware | 10 | 9.12 | 9.08 | 7.53 | 19 | 19 | 48 | 0.22 | 0 | 0.62 |
| Weekend Case | 10 | 7.96 | 8.85 | 8.81 | 63 | 54 | 46 | 0.42 | 0.24 | 0.65 |
| Wedding Ring | 10 | — | 8.53 | — | — | 31 | — | — | 0.58 | — |
| Men's Wrist Watch | 10 | 8.16 | 8.85 | 8.14 | 59 | 65 | 69 | 0.41 | 0.39 | 0.59 |
| Home Permanent Wave | 10 | 8.24 | 8.24 | 8.24 | 5 | 5 | 5 | 0.65 | 0.65 | 0.65 |
| Deodorant | 10 | 8.13 | 7.60 | 8.53 | 17 | 60 | 58 | 1.32 | 0.96 | 0.66 |
| Women's Wrist Watch | 10 | 8.59 | 8.07 | 7.15 | 63 | 68 | 68 | .36 | 0.43 | 0.69 |

Group I Cities are those for which price data were obtained in the first months of the quarters, i.e., in April and July; Group II are those sampled in May and August and Group III are those sampled in June and September. Some cities are common to all three groups.



the tax reductions and the later ones after them.

### PRICE CHANGES FOR COMMODITIES ON WHICH THE TAX WAS LEVIED AT THE RETAIL LEVEL

#### *The BLS Data*

Presented in Table I are the estimates from BLS data of the average changes in prices paid by consumers, expressed as percentages of retail prices before the tax change for those items on which retail excise taxes were removed in the summer of 1965. Since the tax was expressed as a percentage of the retail price before tax, under the hypothesis of competitive markets with supply perfectly elastic the equilibrium value for the price paid by consumers should change by 100 $(\Delta t/1+t)$ per cent, where $\Delta t$ is the change in the tax rate and $t$ its initial value, or by -9.09 per cent for all of the commodities listed in the table. Although none of the average estimated percentage reductions are exactly equal to -9.09, all of them deviate by less than three standard errors from this figure and we believe that BLS data support the conclusion that, for these commodities, prices behaved as one would expect in competitive markets with constant marginal production costs.

The evidence also supports the conclusion that the speed of the response was rapid. Appendix Table I presents price changes over a six-month interval following the tax reductions together with a comparison of the six-month and three-month changes. There were no significant instances (at the 1 per cent probability level) of the average price reduction being greater for the six-month intervals.

For some commodities listed in Table I, observations could be classified according to whether they came from outlets in cities exceeding 500,000 in population and whether the outlet was a department store. In Appendix Table III, this breakdown is given for price changes over six-month intervals following the retail excise tax reductions. The average reduction in price in any class for any commodity did not differ by as much as three standard errors from 9.09 per cent, although at this level of disaggregation, standard errors were frequently large.

#### *Catalog Price Data*

Catalog prices for items on which the tax base was the retail price appear to have behaved in approximately the same manner as did the prices collected by the BLS on items in this class. A frequency distribution of price changes expressed as a per cent of the tax changes for the two major mail order companies is presented in Table II. Where the percentage price reduction equalled the tax reduction expressed as a per cent of the original price (9.09 per cent in all cases), this

TABLE II

Price Reductions as a Per Cent of Tax Reduction of Selected Items Sold by Mail Order Stores on which 10 Per Cent Retail Excise Taxes were Removed[a]

| Price Reduction Percentages | Number of Items | |
|---|---|---|
| | Store I | Store II |
| More than 110 per cent of tax reduction | 21 | 13 |
| 109.9 per cent to 90 per cent of tax reduction | 60 | 48 |
| 89.9 per cent to 70 per cent of tax reduction | 52 | 8 |
| 69.9 per cent to 50 per cent of tax reduction | 23 | 10 |
| 49.9 per cent to 25.0 per cent of tax reduction | 11 | 11 |
| 24.9 per cent to 0 per cent of tax reduction | 10 | 8 |
| Increase in price | 9 | 4 |
| Total | 186 | 102 |

[a] Changes are between Spring-Summer, 1965 and Spring-Summer, 1966.

Case 4:07-md-01819-CW Document 799-11 Filed 07/30/09 Page 5 of 8 PageID #: 18263



way of expressing the price change would record it at 100 per cent. The actual observations do cluster near this point, particularly for Store II. However there is considerable dispersion around this value. More detailed analysis of these changes probably is not warranted, given that we cannot be certain that there were no significant quality changes during the period.

### *Changes in Prices of Admissions and Club Dues*

The taxes of 20 per cent on initiation fees and club dues exceeding $20 per year and on admissions to racetracks and the tax of 10 per cent on other admissions charges were repealed effective December 31, 1965. A special comparison of October to January price changes was made for motion picture admissions and club dues. These changes were not significantly different from zero. For motion picture admissions, there was a mean increase of 4 per cent over this interval: of 61 observations, there were 12 observed price increases, 4 price reductions and 45 prices were unchanged. For club dues, there was a 1/2 per cent decrease: of 46 observations, 7 showed price reductions, 5 showed price increase and 34 prices were unchanged.

This outcome is to be expected from general economic theory. In the short-run, the supply of seating capacity in a theater or stadium is given. The schedule of prices which a profit-maximizing entrepreneur should charge is thus independent of the tax; i.e., this schedule would maximize his revenue after taxes for any value of the admissions tax, unless the demand function were shifted. Thus, if the price pattern were optimal before the tax reduction, it should also have been optimal after the change, and any changes in admissions fees that were observed should have been due to causes other than the tax reduction. A similar description applies to club dues where they involve use of physical facilities, although here the profit-maximizing motive may be less apparent and a motive of rationing available memberships through the use of price may be more relevant, with the same result.

## ITEMS FOR WHICH THE TAX BASE WAS THE MANUFACTURER'S PRICE

### *The BLS Data*

The tax reductions resulting in the major portion of the expected drop in tax revenue were those in which the tax base was the manufacturers' price rather than the retail price. In nearly all cases, for comparable percentage reductions in the tax rate, the prices paid by consumers fell proportionately less than those of commodities for which the tax base was the retail price—except for admissions and club dues.

Table III shows the price reductions for commodities on which manufacturers' taxes were reduced based on observations at three-month intervals as in Table I. In addition, Appendix Table II presents the price changes over six-month intervals; and Appendix Table IV presents the six-month changes broken down by type of outlet and city size.

Differences among city groups in the average price reductions for a given commodity are not significant. But some differences among the price changes for different commodities within each group are highly significant, and we are unable to explain them. As we noted earlier, the percentage change in the retail price of a commodity for which the retail price is a constant multiplied by the price paid by the retailer, as a result of a given



TABLE III

ESTIMATED THREE-MONTH CHANGES IN PRICES PAID BY CONSUMERS, AS REPORTED BY THE BLS, DURING THE PERIODS IMMEDIATELY PRECEEDING AND FOLLOWING THE EXCISE TAX REDUCTIONS, 1965, FOR COMMODITIES ON WHICH THE TAXES WERE LEVIED AT THE MANUFACTURERS' LEVEL

| Commodity | Reduction in tax (as per cent of price charged by Manufacturer before tax) | Average per cent reduction in prices paid by consumers[a] | | | Number of Observations | | | Standard Errors of Estimate of Average Reductions | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Group I Cities | Group II Cities | Group III Cities | Group I Cities | Group II Cities | Group III Cities | Group I Cities | Group II Cities | Group III Cities |
| Portable Television Sets | 10 | 6.29 | 6.47 | 4.94 | 117 | 115 | 104 | 0.53 | 0.54 | 0.66 |
| Adding Machines | 10 | 5.89 | 5.76 | 4.24 | 61 | 56 | 59 | 0.42 | 0.19 | 0.58 |
| Portable Radios | 10 | 4.59 | 5.44 | 5.42 | 117 | 98 | 74 | 0.84 | 0.73 | 0.83 |
| Typewriters | 10 | 5.15 | 5.62 | 3.80 | 58 | 54 | 60 | 0.17 | 0.20 | 0.35 |
| Stereo Phonographs | 10 | — | — | 3.30 | 0 | 0 | 33 | — | — | 1.00 |
| Television Tubes | 10 | 1.4. | 2.06 | 3.44 | 69 | 49 | 68 | 0.43 | 0.54 | 0.35 |
| Golf Clubs | 10 | 1.40 | 1.46 | 1.70 | 54 | 63 | 47 | 0.46 | 0.63 | 0.68 |
| Bowling Balls | 10 | 1.48 | 1.54 | 1.51 | 68 | 66 | 68 | 0.40 | 0.38 | 0.03 |
| Stereo Records | 10 | 0.94 | 0.78 | 1.99 | 68 | 65 | 73 | 0.39 | 0.66 | 0.66 |
| Automobile Radios | 10 | 1.19 | 0.18 | 0.95 | 60 | 49 | 19 | 0.41 | 0.49 | 0.49 |
| Golf Balls | 10 | 0.89 | 0.44 | 0.67 | 73 | 75 | 68 | 0.37 | 0.36 | 0.35 |
| Voltage Regulators | 8 | 0 | 0 | 0.11 | 20 | 21 | 57 | 0 | 0 | 0.11 |
| Storage Batteries (Auto) | 8 | -0.11 | -0.04 | -0.13 | 67 | 59 | 68 | 0.36 | 0.47 | 0.34 |
| Spark Plugs | 8 | -0.30 | 0 | 0.07 | 68 | 23 | 66 | 0.30 | 0 | 0.08 |
| Air Conditioners | 8 | 5.22 | 5.26 | — | 40 | 49 | 0 | 0.81 | 0.67 | — |
| Refrigerator-Freezers | 5 | 3.26 | 3.95 | 3.06 | 110 | 106 | 74 | 0.51 | 0.54 | 0.45 |
| Electric Dryer | 5 | 2.84 | 3.85 | 3.10 | 94 | 94 | 76 | 0.62 | 0.54 | 0.48 |
| Ranges | 5 | 2.53 | 3.13 | 2.44 | 57 | 58 | 42 | 0.68 | 0.72 | 0.60 |
| Food Waste Disposals | 5 | 0.62 | 2.00 | 1.39 | 69 | 65 | 75 | 0.44 | 0.49 | 0.44 |
| Toasters | 5 | 1.51 | 0.67 | 1.09 | 129 | 135 | 41 | 0.49 | 0.79 | 0.91 |
| Electric Light Bulbs | 5 | 1.16 | 1.32 | 0.34 | 118 | 30 | 31 | 0.38 | 0.76 | 0.35 |
| Washing Machines | 5 | 0.49 | 0.81 | 1.10 | 137 | 129 | 84 | 0.42 | 0.35 | 0.75 |
| New Automobiles | 3 | 2.93 | 2.77 | 0.90 | 46 | 94 | 44 | 0.16 | 0.15 | 0.35 |

[a] See Table I for the definitions of the three groups.

change in the tax whose base is the manufacturers' price, would be the same as the percentage change in the price paid by a consumer due to a comparable percentage change in a tax whose base is the retail price. For example, if the ratio of the retailer's selling price to his cost were 2, reducing the manufacturer's price from $5.50 to $5.00 as a result of a reduction from 10 per cent to zero in the tax levied at the manufacturers' level would change the price paid by consumers from $11.00 to $10.00. A cut in a retail tax from 10 per cent to zero levied on a retailer's price of $10.00 would result in an identical price change to consumers.[2] If, however, the retailer's price is not a constant multiplied by the price he pays for the item, this equality in the elasticities of consumer's price with respect to the two taxes no longer holds. For example, if the markup were a constant, say $4.50, reducing the manufacturer's price from $5.50 to $5.00, would reduce the price paid by the consumer by only $0.50.

We have confessed our ignorance regarding markup practices previously in this analysis. A policy of establishing one's price to be received (net of the retail tax) as a constant multiplied by the price paid (including the manufacturers' tax) is not consistent with profit maximization and certainly is not consistent with a competitive market. Consequently, we would expect the elasticity of the price paid by consumers with respect to a manufacturers' excise tax to be smaller than that with respect to a retail tax of the same percentage. However, this does not explain the wide range of variation in the reductions in prices paid by consumers for identical percentage reductions in the rates of the manufacturers' excise taxes.

One might expect retailers' margins to be in part directly related to the prices which they pay, since cost items such as inventory costs vary directly with the outlays per unit, and to contain a constant representing that portion of the transactions costs that is independent of the price. If so, a given percentage change in the manufacturers' tax would be reflected in smaller percentage changes in the retail prices for low-priced items than for high-priced ones. However, there is no significant correlation between the percentage price changes and the absolute value for the pre-tax average prices for the items for which the manufacturers' tax was reduced from 10 per cent to zero.

Differences in production cost conditions could be responsible for the difference in price behavior but we do not have sufficient data to test this hypothesis.

## *Catalog Price Data*

As was the case for price changes on items for which the tax base was the manufacturers' price and the data were provided by the BLS, catalog price changes show considerable variablity among items with identical changes in tax rates. Price data were available for a larger number of items than were provided by the BLS, but the number of observations within any item class was small. A frequency distribution of the price changes is presented in Table IV, expressed in the same manner as in Table II.

[2] Let

$P_c$ = price paid by consumer = $P_r(1 + t_r)$, where $t_r$ = retail tax rate.

$P_r$ = price received by retailer = $kP_m$, where $k - 1$ is the "mark-up."

$P_m$ = price paid by retailer = $C_m(1 + t_m)$, where $t_m$ = manufacturer's tax rate.

$C_m$ = price received by the manufacturer.

The elasticity of $P_c$ with respect to $t_r$ is:

$$\frac{\partial P_c}{\partial t_r} \cdot \frac{t_r}{P_c} = \frac{kC_m(1+t_m)\quad t_r}{kC_m(1+t_m)(1+t_r)} = \frac{t_r}{1+t_r}.$$

The elasticity of $P_c$ with respect to $t_m$ is:

$$\frac{\partial P_c}{\partial t_m} \cdot \frac{t_m}{P_c} = \frac{kC_m(1+t_r)\quad t_m}{kC_m(1+t_r)(1+t_m)} = \frac{t_m}{1+t_m}.$$

Clearly, if $t_m = t_r$, the two elasticities are identical.



TABLE IV

PRICE REDUCTIONS AS A PER CENT OF TAX REDUCTION OF SELECTED ITEMS SOLD BY MAIL ORDER STORES ON WHICH MANUFACTURER'S EXCISE TAX (10 PER CENT TO 5 PER CENT) WERE REMOVED[a]

| Price Reduction Percentages | Number of Items | |
|---|---|---|
| | Store I | Store II |
| More than 110 per cent of tax reduction | 31 | 20 |
| 109.9 per cent to 90 per cent of tax reduction | 33 | 15 |
| 89.9 per cent to 70 per cent of tax reduction | 52 | 18 |
| 69.9 per cent to 50.0 per cent of tax reduction | 47 | 54 |
| 49.9 per cent to 25.0 per cent of tax reduction | 17 | 31 |
| 24.9 per cent to 0 per cent of tax reduction | 28 | 42 |
| Increase in Price | 3 | 10 |
| Total | 211 | 190 |

[a] Changes are between Spring-Summer, 1965 and Spring-Summer, 1966.

### A CONTROL INDEX

Because prices could be expected to change over the period of observation from causes unassociated with, or only indirectly associated with, the excise tax reductions, some attempts were made to find control prices for comparison.

Data on Canadian consumer prices were obtained, but individual commodity prices were not available in sufficient detail to permit comparison of American commodity prices with the prices of their Canadian equivalents.

As an alternative, the U.S. CPI category "commodities other than food" was used as a control index for price changes. By removing the effect on this index of the value of excise tax reductions, the resulting change in the index offered a measure of price changes that could be compared with the price changes for the individual commodities on which taxes were reduced. This adjusted index is a superior control to a broader one such as the whole CPI which includes services, housing and other items whose recorded prices are known to behave differently from those of most other commodities. And it is a superior control to a narrower index which would be more dominated by the excise-tax commodities themselves.

The effect of the total tax reductions on the overall CPI was estimated by the Bureau of Labor Statistics as −0.32 percentage points on the basis of an index with December 1963 equal to 100.00.[3] The "commodities less food" category represented 43.5 per cent of the value of the total CPI in December 1963,[4] which adjusts to 41.7 per cent in the second quarter of 1965 when account is taken of the price changes in the intervening period. Thus the effect of the tax reductions in the "commodities less food" category in mid-1965 was to lower that index by −0.77 percentage points. Table V shows the behavior of this index, adjusted for the value of tax reductions, over the period of this study.

The price changes for the control index show small price increases over most of the intervals used in this study, accelerating to moderate rates of price increase by the end of the year. Thus they somewhat strengthen our conclusion that the effects of the tax reductions on individual commodity prices were mostly what would be expected in com-

[3] James C. Daugherty, "Effect of Taxes in the CPI", *Monthly Labor Review*, February 1966.

[4] "New Features of the Revised CPI," *Monthly Labor Review*, April 1964.

APPENDIX TABLE II

ESTIMATED 6 MONTHS CHANGES AND COMPARISONS WITH 3 MONTHS CHANGES[a] IN PRICE PAID BY CONSUMERS, AS REPORTED BY THE BLS, FOR COMMODITIES FOR WHICH THE TAX BASE WAS THE MANUFACTURER'S PRICE

| Commodity | Reduction in tax (as per cent of price charged by manufacturer before tax) | Average Reductions in Price Paid by Consumers, 6 Month Changes[a] | | | 6 Month Change Minus 3 Month Change[a] | | | Number of Observations | | | Standard Error of Estimate of Average 6 Month Changes | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Group I Cities | Group II Cities | Group III Cities | Group I Cities | Group II Cities | Group III Cities | Group I Cities | Group II Cities | Group III Cities | Group I Cities | Group II Cities | Group III Cities |
| Portable Television Sets | 10 | 8.09 | 7.21 | 5.87 | 1.80 | 0.74 | 0.93 | 87 | 86 | 86 | 0.72 | 0.65 | 0.79 |
| Adding Machines | 10 | 5.19 | 5.75 | 3.98 | –0.70 | –0.01 | –0.26 | 20 | 52 | 59 | 0.21 | 0.17 | 0.76 |
| Portable Radios | 10 | 7.52 | 7.85 | 6.38 | 2.93 | 2.41 | 0.96 | 70 | 54 | 62 | 1.27 | 0.95 | 0.94 |
| Typewriters | 10 | 5.08 | 5.61 | 3.86 | –0.07 | –0.01 | 0.06 | 20 | 52 | 55 | 0.33 | 0.17 | 0.62 |
| Stereo Phonographs | 10 | 3.44 | 3.18 | 1.19 | — | — | –2.11 | 8 | 17 | 35 | 0.68 | 1.26 | 1.35 |
| Television Tubes | 10 | 3.66 | 4.12 | 4.20 | 2.25 | 2.06 | 0.76 | 68 | 68 | 66 | 0.57 | 0.34 | 0.45 |
| Golf Clubs | 10 | 3.15 | 1.94 | 2.31 | 1.75 | 0.48 | 0.61 | 22 | 57 | 45 | 1.27 | 0.86 | 0.96 |
| Bowling Balls | 10 | 2.75 | 2.37 | 2.05 | 1.27 | 0.83 | 0.54 | 65 | 66 | 67 | 0.56 | 0.49 | 0.47 |
| Stereo Records | 10 | 1.39 | 0.56 | 1.90 | 0.45 | –0.02 | –0.09 | 65 | 68 | 76 | 0.25 | 0.25 | 0.61 |
| Automobile Radios | 10 | 1.68 | 1.05 | –1.19 | 0.49 | 0.87 | –2.14 | 50 | 31 | 34 | 0.74 | 0.77 | 1.16 |
| Golf Balls | 10 | 0.61 | 1.66 | 0.34 | –0.28 | 1.22 | –0.33 | 69 | 68 | 66 | 0.45 | 0.49 | 0.63 |
| Voltage Regulators | 8 | 0 | 0 | 0.46 | 0 | 0 | 0.35 | 20 | 21 | 56 | 0 | 0 | 0.36 |
| Storage Batteries | 8 | –0.15 | 0.45 | 0.02 | –0.04 | –0.41 | 0.15 | 66 | 58 | 66 | 0.73 | 0.52 | 0.45 |
| Spark Plugs | 8 | –0.18 | 0.08 | 0.05 | 0.12 | 0.08 | –0.02 | 68 | 23 | 64 | 0.36 | 0.08 | 0.10 |
| Air Conditioners | 5 | no 6-month observations available | | | — | — | — | — | — | — | — | — | — |
| Refrigerator-Freezers | 5 | 4.29 | 3.13 | 2.88 | 1.03 | –0.82 | –0.18 | 73 | 58 | 63 | 0.87 | 0.90 | 0.76 |
| Electric Dryers | 5 | 3.78 | 4.29 | 3.11 | 0.94 | 0.44 | 0.01 | 88 | 89 | 71 | 0.73 | 0.70 | 0.74 |
| Ranges | 5 | 3.55 | 3.53 | 3.02 | 1.02 | 0.40 | 0.58 | 46 | 50 | 42 | 0.86 | 0.88 | 0.64 |
| Food Waste Disposals | 5 | 0.63 | 2.90 | 2.05 | 0.01 | 0.90 | 0.66 | 67 | 61 | 69 | 0.45 | 0.72 | 0.76 |
| Toasters | 5 | 1.62 | 2.54 | 0.33 | 0.11 | 1.87 | –0.76 | 37 | 30 | 35 | 1.04 | 1.08 | 1.24 |
| Electric Light Bulbs | 5 | — | 0.88 | –0.52 | — | –0.44 | –0.86 | — | 76 | 72 | — | 0.56 | 0.45 |
| Washing Machines | 5 | 0.48 | 0.54 | 1.17 | –0.01 | –0.27 | 0.07 | 83 | 76 | 76 | 0.63 | 0.79 | 0.82 |
| New Automobiles | 5 | 2.65 | 1.56 | — | –0.28 | –1.21 | — | 81 | 90 | — | 0.28 | 0.27 | — |

[a] See Table III in text for three month changes.



APPENDIX TABLE III

ESTIMATED SIX-MONTH CHANGES IN PRICES PAID BY CONSUMERS, AS REPORTED BY THE BLS, FOR COMMODITIES FOR WHICH THE TAX BASE WAS THE RETAIL PRICE

AVERAGE PRICE CHANGES ARE CLASSIFIED ACCORDING TO CITY SIZE AND TYPE OF OUTLET

| Commodity and Type of Outlet | Reduction in Tax (as per cent of price before tax) | Average Percentage Fall in Prices Paid by Consumers | | | | | | Number of Observations | | | | | | Standard Error of Estimate of Average Price Reductions | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Group I Cities | | Group II Cities | | Group III Cities | | Group I Cities | | Group II Cities | | Group III Cities | | Group I Cities | | Group II Cities | | Group III Cities | |
| | | Large | Small | Large | Small | Large | Small | Large | Small | Large | Small | Large | Small | Large | Small | Large | Small | Large | Small |
| Face Powder | 10 | | | | | | | | | | | | | | | | | | |
| Dept. Stores | | 8.55 | 9.47 | 9.05 | 8.73 | 9.33 | 9.08 | 17 | 14 | 25 | 4 | 25 | 8 | 0.53 | 0.39 | 0.03 | 0.67 | 0.25 | 0 |
| Other Outlets | | 10.64 | 5.95 | 9.77 | 5.75 | 8.24 | 5.48 | 13 | 24 | 21 | 17 | 19 | 21 | 1.20 | 1.26 | 0.72 | 2.23 | 0.59 | 2.29 |
| Hand Bag | 10 | | | | | | | | | | | | | | | | | | |
| Dept. Stores | | 8.64 | 8.14 | 7.66 | 8.92 | 8.75 | 5.82 | 18 | 16 | 26 | 9 | 22 | 13 | 1.18 | 0.95 | 0.97 | 0.18 | 1.04 | 1.79 |
| Other Outlets | | 9.08 | 8.64 | 9.09 | 9.10 | 9.08 | 9.62 | 11 | 15 | 17 | 14 | 15 | 15 | 0.03 | 1.47 | 0.02 | 0.27 | 0.03 | 0.51 |
| Wallet | 10 | | | | | | | | | | | | | | | | | | |
| Dept. Stores | | 9.08 | 9.11 | 9.69 | 8.81 | 9.08 | 8.68 | 18 | 17 | 24 | 3 | 19 | 10 | 0 | 0 | 0.61 | 0.27 | 0 | 1.01 |
| Other Outlets | | 10.54 | 9.84 | 9.09 | 4.72 | 9.10 | 8.50 | 10 | 11 | 13 | 9 | 13 | 15 | 1.46 | 0.72 | 0 | 3.01 | 0 | 0.61 |
| Earrings | 10 | | | | | | | | | | | | | | | | | | |
| Dept. Stores | | 9.08 | 9.08 | 9.08 | — | 9.08 | — | 9 | 6 | 8 | — | 8 | — | 0 | 0 | 0 | — | 0 | — |
| Other Outlets | | 7.99 | 9.59 | 7.99 | — | 6.39 | 9.08 | 8 | 6 | 8 | — | 10 | 7 | 1.15 | 0.51 | 1.16 | — | 1.39 | 0 |
| Hand Lotion | 10 | | | | | | | | | | | | | | | | | | |
| Dept. Stores | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — |
| Other Outlets | | 9.02 | 7.76 | 5.59 | 5.10 | 6.35 | 10.67 | 19 | 24 | 26 | 16 | 23 | 16 | 1.25 | .83 | 1.33 | 2.51 | 1.13 | 1.74 |
| Sterling Silverware | 10 | | | | | | | | | | | | | | | | | | |
| Dept. Stores | | 9.08 | — | 10.60 | — | 10.22 | 7.57 | 12 | — | 12 | — | 20 | 6 | 0 | — | 1.51 | — | 0.93 | 1.51 |
| Other Outlets | | 9.20 | — | 9.08 | — | 5.68 | 4.76 | 7 | — | 6 | — | 8 | 10 | 0.11 | — | 0 | — | 1.66 | 1.87 |
| Weekend Cases | 10 | | | | | | | | | | | | | | | | | | |
| Dept. Stores | | 6.58 | 8.63 | 6.17 | –3.18 | 3.94 | 9.50 | 17 | 23 | 28 | 6 | 22 | 9 | 0.83 | 0.66 | 1.13 | 1.25 | 2.04 | 0.41 |
| Other Outlets | | 7.99 | 7.36 | 5.16 | 7.08 | 6.87 | 13.08 | 6 | 11 | 5 | 9 | 5 | 5 | 1.10 | 0.93 | 2.60 | 2.02 | 1.40 | 2.51 |
| Wedding Ring | 10 | | | | | | | | | | | | | | | | | | |
| Dept. Stores | | — | — | — | 9.08 | — | — | — | — | — | 4 | — | — | — | — | — | 0 | — | — |
| Other Outlets | | — | — | 8.34 | 5.98 | — | — | — | — | 15 | 10 | — | — | — | — | .94 | 3.29 | — | — |
| Men's Wrist Watch | 10 | | | | | | | | | | | | | | | | | | |
| Dept. Stores | | 9.09 | 7.07 | 7.82 | 10.68 | 6.53 | 10.43 | 6 | 3 | 11 | 4 | 9 | 7 | 0 | 2.02 | 1.27 | 4.63 | 1.66 | 3.13 |
| Other Outlets | | 7.70 | 8.50 | 6.49 | 7.88 | 8.40 | 6.80 | 19 | 25 | 28 | 15 | 22 | 23 | 1.16 | 0.61 | 1.22 | 1.21 | 1.02 | 1.04 |
| Home Permanent Wave | 10 | | | | | | | | | | | | | | | | | | |
| Dept. Stores | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — |
| Other Outlets | | 8.03 | — | 8.24 | — | 8.24 | — | 4 | — | 5 | — | 5 | — | .80 | — | .65 | — | .65 | — |
| Deodorant | 10 | | | | | | | | | | | | | | | | | | |
| Dept. Stores | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — |
| Other Outlets | | 7.99 | — | 6.78 | 8.58 | 9.10 | 3.32 | 15 | — | 33 | 17 | 25 | 31 | 1.50 | — | 1.37 | .83 | .71 | 1.73 |
| Women's Wrist Watch | 10 | | | | | | | | | | | | | | | | | | |
| Dept. Stores | | 7.17 | 7.90 | 8.43 | — | 4.54 | 9.09 | 8 | 5 | 13 | — | 9 | 6 | 2.38 | 1.20 | 1.79 | — | 2.42 | 0 |
| Other Outlets | | 8.80 | 8.89 | 8.66 | 7.75 | 8.06 | 5.70 | 22 | 28 | 30 | 17 | 22 | 20 | 0.77 | 0.47 | 0.36 | .73 | 0.61 | 1.51 |

## APPENDIX TABLE IV

ESTIMATED SIX-MONTH CHANGES IN PRICES PAID BY CONSUMERS, AS REPORTED BY THE BLS, FOR COMMODITIES FOR WHICH THE TAX BASE WAS THE MANUFACTURER'S PRICE

AVERAGE PRICE CHANGES ARE CLASSIFIED ACCORDING TO CITY SIZE AND TYPE OF OUTLET

| Commodity and Type of Outlet | Reduction in Tax (as per cent of price before tax) | Average Percentage Fall in Prices Paid by Consumers | | | | | | Number of Observations | | | | | | Standard Error of Estimate of Average Price Reductions | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Group I | | Group II | | Group III | | Group I | | Group II | | Group III | | Group I | | Group II | | Group III | |
| | | Large | Small | Large | Small | Large | Small | Large | Small | Large | Small | Large | Small | Large | Small | Large | Small | Large | Small |
| Portable T.V. Sets .. | 10 | | | | | | | | | | | | | | | | | | |
| Dept. Stores ..... | | 5.41 | 5.59 | 4.54 | 7.89 | 5.76 | 6.63 | 13 | 15 | 17 | 11 | 17 | 7 | 1.60 | 0.95 | 1.01 | 1.27 | 1.26 | 1.68 |
| Other Outlets .... | | 8.55 | 10.07 | 7.51 | 8.91 | 5.96 | 5.66 | 29 | 30 | 43 | 15 | 33 | 29 | 1.20 | 1.43 | 0.94 | 2.01 | 1.20 | 1.35 |
| Adding Machines .. | 10 | | | | | | | | | | | | | | | | | | |
| Dept. Stores ..... | | 4.79 | — | — | — | 2.56 | 5.16 | 4 | — | — | — | 6 | 3 | 0.52 | — | — | — | 1.79 | 0.27 |
| Other Outlets .... | | 5.29 | — | 5.74 | 5.76 | 4.25 | 3.91 | 16 | — | 38 | 14 | 25 | 25 | 0.23 | — | 0.23 | 0.11 | 0.69 | 0.16 |
| Portable Radios ... | 10 | | | | | | | | | | | | | | | | | | |
| Dept. Stores ..... | | 6.91 | 4.41 | 8.44 | 8.73 | 8.07 | 7.37 | 9 | 16 | 16 | 5 | 14 | 8 | 2.50 | 3.76 | 1.79 | 3.30 | 1.54 | 2.90 |
| Other Outlets .... | | 7.22 | 9.95 | 7.03 | 8.35 | 5.49 | 5.71 | 20 | 25 | 23 | 10 | 21 | 19 | 1.88 | 1.95 | 1.55 | 2.05 | 1.41 | 1.77 |
| Typewriters ....... | 10 | | | | | | | | | | | | | | | | | | |
| Dept. Stores ..... | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — |
| Other Outlets .... | | 5.08 | — | 5.68 | 5.43 | 4.62 | 2.79 | 20 | — | 37 | 15 | 32 | 23 | 0.34 | — | 0.23 | 0.20 | 0.39 | 1.38 |
| Stereo Phonographs | 10 | | | | | | | | | | | | | | | | | | |
| Dept. Stores ..... | | — | — | 3.44 | — | 1.86 | -.98 | — | — | 8 | — | 7 | 9 | — | — | 2.14 | — | 1.84 | 0.38 |
| Other Outlets .... | | — | — | 2.94 | — | 0.68 | 3.42 | — | — | 9 | — | 10 | 9 | — | — | 1.57 | — | 1.86 | 0.29 |
| Television Tubes .. | 10 | | | | | | | | | | | | | | | | | | |
| Dept. Stores ..... | | 0.00 | 3.27 | 2.61 | 1.71 | 1.78 | — | 5 | 8 | 8 | 3 | 7 | — | 0.00 | 3.34 | 1.04 | 1.71 | 1.15 | — |
| Other Outlets .... | | 4.09 | 4.01 | 4.83 | 3.84 | 5.39 | 3.24 | 28 | 27 | 36 | 21 | 34 | 25 | 0.83 | 0.63 | 0.39 | 0.70 | 0.66 | 0.59 |
| Golf Clubs ........ | 10 | | | | | | | | | | | | | | | | | | |
| Dept. Store ..... | | 3.45 | — | 2.29 | -3.35 | 2.28 | 3.00 | 13 | — | 17 | 7 | 17 | 7 | 1.96 | — | 1.60 | 2.17 | 1.43 | 4.62 |
| Other Outlets .... | | 2.71 | — | 2.76 | 3.14 | 1.95 | 2.36 | 9 | — | 22 | 11 | 13 | 8 | 1.44 | — | 1.16 | 2.35 | 1.16 | 1.58 |
| Bowling Balls ...... | 10 | | | | | | | | | | | | | | | | | | |
| Dept. Stores ..... | | 0.40 | 0.34 | 1.13 | 5.24 | -1.67 | -1.66 | 11 | 12 | 13 | 6 | 13 | 6 | 1.31 | 1.72 | 1.22 | 3.90 | 1.65 | 1.66 |
| Other Outlets .... | | 1.00 | 0.82 | 1.29 | 1.50 | 1.22 | 1.08 | 24 | 22 | 33 | 16 | 30 | 17 | 0.39 | 0.75 | 0.74 | 1.26 | 1.03 | 0.73 |
| Stereo Records .... | 10 | | | | | | | | | | | | | | | | | | |
| Dept. Store ..... | | 1.59 | 0.82 | 0.59 | 1.97 | 1.75 | 2.31 | 12 | 14 | 20 | 7 | 19 | 12 | 0.78 | 0.43 | 1.14 | 0.94 | 0.64 | 1.99 |
| Other Outlets .... | | 0.97 | 2.02 | -0.11 | 1.46 | [illegible] | [illegible] | 18 | 21 | 30 | 11 | 24 | 21 | 0.38 | 0.44 | 0.71 | 0.97 | 0.91 | 1.40 |
| Automobile Radios . | 10 | | | | | | | | | | | | | | | | | | |
| Dept. Stores ..... | | 2.86 | 3.95 | 0.91 | -13.15 | — | — | 3 | 8 | 6 | 4 | — | — | 2.86 | [illegible] | 3.48 | 7.04 | — | — |
| Other Outlets .... | | -0.36 | 2.84 | 1.09 | -0.45 | [illegible] | — | 21 | 18 | 25 | 11 | 19 | — | 1.16 | [illegible] | 0.56 | 0.88 | 0.92 | — |
| Golf Balls ......... | 10 | | | | | | | | | | | | | | | | | | |
| Dept. Stores ..... | | 2.14 | 5.94 | 1.74 | 5.81 | [illegible] | 0.80 | 10 | 7 | 15 | 4 | 12 | [illegible] | [illegible] | [illegible] | 0.70 | 5.81 | 0.81 | 0.80 |
| Other Outlets .... | | 1.96 | 2.90 | [illegible] | [illegible] | [illegible] | [illegible] | 25 | 23 | 35 | 12 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 1.08 | 0.53 | 0.28 |



| Commodity and Type of Outlet | Reduction in Tax (as per cent of price before tax) | Average Percentage Fall in Prices Paid by Consumers | | | | | | Number of Observations | | | | | | Standard Error of Estimate of Average Price Reductions | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Group I | | Group II | | Group III | | Group I | | Group II | | Group III | | Group I | | Group II | | Group III | |
| | | Large | Small | Large | Small | Large | Small | Large | Small | Large | Small | Large | Small | Large | Small | Large | Small | Large | Small |
| Voltage Regulator .. | 8 | | | | | | | | | | | | | | | | | | |
| Dept. Stores ..... | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — |
| Other Outlets .... | | 0.00 | — | 0.00 | — | 0.00 | 0.95 | 20 | — | 21 | — | 29 | 27 | 0 | — | 0 | — | 0 | 0.75 |
| Storage Batteries .. | 8 | | | | | | | | | | | | | | | | | | |
| Dept. Stores ..... | | -1.70 | -0.54 | -0.75 | -2.17 | -1.05 | 2.02 | 4 | 12 | 7 | 5 | 5 | 8 | 0.36 | 2.53 | 0.75 | 2.17 | 1.05 | 2.02 |
| Other Outlets .... | | 0.77 | -0.53 | 0.09 | -1.10 | -0.49 | -0.93 | 23 | 27 | 34 | 12 | 28 | 25 | 1.51 | 0.36 | 0.64 | 1.50 | 0.59 | 0.71 |
| Spark Plugs ....... | 8 | | | | | | | | | | | | | | | | | | |
| Dept. Stores ..... | | — | 0.73 | — | — | -0.76 | 0 | — | 11 | — | — | 4 | 7 | — | .02 | — | — | 0.76 | 0 |
| Other Outlets .... | | -0.70 | 0 | 0.08 | — | 0 | 0.27 | 29 | 28 | 23 | — | 29 | 24 | 0.70 | 0 | 0.08 | — | 0 | 0.21 |
| Air Conditioners ... | 5 | | | | | | | | | | | | | | | | | | |
| Dept. Stores ..... | | no 6 month observations recorded | | | | — | — | — | — | — | — | — | — | — | — | — | — | — | — |
| Other Outlets .... | | | | | | — | — | — | — | — | — | — | — | — | — | — | — | — | — |
| Refrigerator-Freezer | 5 | | | | | | | | | | | | | | | | | | |
| Dept. Stores ..... | | 3.47 | 4.01 | 2.45 | 2.09 | -0.46 | 0.71 | 7 | 17 | 7 | 6 | 10 | 8 | 2.07 | 1.08 | 0.36 | 3.93 | 1.80 | 1.27 |
| Other Outlets .... | | 3.47 | 5.27 | 3.81 | 2.78 | 4.25 | 3.86 | 21 | 28 | 26 | 19 | 17 | 28 | 1.16 | 1.96 | 1.32 | 1.22 | 1.42 | 1.22 |
| Electric Dryers .... | 5 | | | | | | | | | | | | | | | | | | |
| Dept. Stores ..... | | 1.98 | 4.62 | 4.18 | 3.17 | -0.32 | 0.28 | 10 | 14 | 15 | 7 | 9 | 3 | 1.15 | 1.78 | 1.80 | 4.24 | 2.70 | 0.28 |
| Other Outlets .... | | 2.67 | 5.34 | 3.97 | 5.49 | 4.95 | 1.81 | 35 | 29 | 44 | 20 | 37 | 22 | 0.96 | 1.66 | 0.82 | 1.57 | 0.90 | 1.36 |
| Ranges ............ | 5 | | | | | | | | | | | | | | | | | | |
| Dept. Stores ..... | | 1.07 | 0.85 | 0.82 | 4.79 | 2.90 | 1.46 | 8 | 8 | 10 | 5 | 8 | 5 | 1.67 | 1.66 | 1.64 | 1.89 | 1.50 | 1.31 |
| Other Outlets .... | | 3.21 | 6.43 | 4.42 | 3.68 | 2.72 | 4.32 | 14 | 16 | 21 | 14 | 18 | 11 | 1.07 | 1.77 | 1.09 | 2.39 | 0.97 | 1.33 |
| Food Waste Disposals | 5 | | | | | | | | | | | | | | | | | | |
| Dept Stores ..... | | 1.06 | 0.60 | 3.05 | 3.28 | 2.66 | -2.28 | 5 | 8 | 6 | 5 | 7 | 7 | 0.84 | 0.39 | 2.05 | 2.46 | 2.37 | 3.57 |
| Other Outlets .... | | 0.66 | 0.53 | 3.53 | 1.24 | 1.84 | 3.73 | 27 | 27 | 35 | 15 | 35 | 20 | 0.48 | 1.00 | 1.08 | 1.03 | 0.90 | 1.41 |
| Toasters .......... | 5 | | | | | | | | | | | | | | | | | | |
| Dept. Stores ..... | | 0.80 | 2.60 | 1.12 | 4.00 | 0.35 | -2.84 | 7 | 15 | 11 | 8 | 7 | 9 | 0.59 | 1.47 | 0.45 | 0.28 | 0.42 | 0.27 |
| Other Outlets .... | | 0.55 | 1.46 | 4.79 | -2.17 | 5.51 | 0.52 | 7 | 8 | 8 | 3 | 5 | 14 | 4.70 | 0.71 | 2.57 | 2.17 | 2.40 | 2.29 |
| Electric Light Bulbs | 5 | | | | | | | | | | | | | | | | | | |
| Dept. Stores ..... | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — |
| Other Outlets .... | | 1.47 | — | 0.81 | 1.01 | -1.33 | 0.42 | 30 | — | 52 | 24 | 39 | 33 | 0.83 | — | 0.57 | 0.42 | 0.74 | 1.31 |
| Washing Machine .. | 5 | | | | | | | | | | | | | | | | | | |
| Dept. Stores ..... | | -2.24 | 0.43 | 1.86 | -0.25 | -0.36 | 4.10 | 9 | 21 | 15 | 8 | 9 | 9 | 2.37 | 1.34 | 1.18 | 1.62 | 1.50 | 3.07 |
| Other Outlets .... | | 0.15 | 1.88 | -1.14 | 2.82 | -0.08 | 1.50 | 28 | 25 | 34 | 19 | 27 | 31 | 0.85 | 1.21 | 1.26 | 1.79 | 0.89 | 1.56 |
| New Automobiles .. | 5 | | | | | | | | | | | | | | | | | | |
| Dept. Stores ..... | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — |
| Other Outlets .... | | 2.94 | 1.81 | 1.49 | 2.28 | -0.76 | — | 60 | 21 | 82 | 8 | 41 | — | 0.30 | 0.67 | 0.29 | 0.72 | 0.41 | — |