**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST LITIGATION | Case No. M:07-CV-01819-CW<br><br>MDL No. 1819<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO EXCLUDE THE EXPERT OPINION OF MICHELLE M. BURTIS** |
| This Document Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS | Hearing Date: September 3, 2009<br>Time: 2:00 p.m.<br>Courtroom: 2, 4th Floor<br>Judge: Hon. Claudia Wilken |

The Court, having read and considered Plaintiffs' Motion To Exclude The Expert Opinion Of Michelle M. Burtis and other papers and evidence submitted by the parties, finds that the expert opinions contained in: (1) the Declaration of Michelle M. Burtis, Ph.D. ("Burtis Declaration") and (2) the testimony of Michelle M. Burtis taken at her June 5, 2009 deposition ("Burtis Deposition"), do not satisfy the requirements of admissibility pursuant to Federal Rule of Evidence 702 or the principles established by the United States Supreme Court and Ninth Circuit Court of Appeals.

GOOD CAUSE APPEARING THEREFOR, Plaintiffs' Motion To Exclude The Expert Opinion Of Michelle M. Burtis is GRANTED, and Defendants are barred from proffering, relying on, or utilizing the opinions contained in the Burtis Declaration and the testimony offered at the Burtis Deposition in support of Defendants' opposition to Plaintiffs' motion for class certification or otherwise in this matter.

**IT IS SO ORDERED.**

Dated: ___________________, 2009.

______________________________________
The Hon. Claudia Wilken
District Court Judge

3218234