IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: STATIC RANDOM ACCESS (SRAM) ANTITRUST LITIGATION, _____/ | No. 07-01819 CW<br><br>ORDER DENYING STIPULATION REGARDING REVISED CASE MANAGEMENT SCHEDULE |

On July 29, 2009, counsel for the Direct-Purchaser Class, Indirect-Purchaser Class and the Defendants submitted a Stipulation Regarding Revised Case Management Schedule requesting the case management schedule be modified to move back the currently-scheduled trial date by five weeks.  Having considered the stipulation and the Court's calendar, the stipulation is DENIED WITHOUT PREJUDICE.  Moving the trial back five weeks will push the trial into November 2010, which is already full with trials including a re-trial of a 1996 case.  Counsel may contact the Courtroom Deputy to check on available trial dates.

Dated  8/4/09

CLAUDIA WILKEN
United States District Judge