# Exhibit 119

# Dr. Dwyer's Test of SRAM Cost Price

# Entire Exhibit Filed Under Seal

**Exhibit 119**

**REDACTED**