# Exhibit 120

# Cost Pass-Through In Differentiated Product Markets: The Case Of U.S. Processed Cheese

**Exhibit 120**

THE JOURNAL OF INDUSTRIAL ECONOMICS 0022-1821
Volume LV March 2008 No. 1

# COST PASS-THROUGH IN DIFFERENTIATED PRODUCT MARKETS: THE CASE OF U.S. PROCESSED CHEESE*

DONGHUN KIM†
RONALD W. COTTERILL‡

In this paper, we estimate a mixed logit model for demand in the U.S. processed cheese market. The estimates are used to determine pass-through rates of cost changes under different behavioral regimes. We find that, under collusion, the pass-through rates for all brands fall between 21% and 31% while, under Nash-Bertrand price competition, the range of pass-through rates is between 73% and 103%. The mixed logit model provides a more flexible framework for studying pass-through rates than the logit model since the curvature of the demand functions depends upon the empirical distribution of consumer types.

## I. INTRODUCTION

IN THIS PAPER WE ESTIMATE COST PASS-THROUGH RATES in the market for processed cheese under Nash-Bertrand pricing and collusive pricing. Cost pass-through rates measure the proportion of a change in input costs that is passed through to price. A cost change may arise from various sources, including input price changes or changes in state or federal taxes. In processed cheese, the main input is raw milk. A frequently asked question in this market is: what is the impact of an increase in raw milk prices on cheese prices, consumer surplus and profits? Our estimates of the cost-pass through rate provide an answer to these questions.

Early studies of cost pass-through have focused on two polar cases, perfect competition and monopoly. Under perfect competition, pass-through is determined by the relative demand and supply elasticities. The pass-through rate is greater when demand is more inelastic and supply more elastic; it is 100% when input supply is infinitely elastic. By contrast, the monopolist passes through only 50% of an input cost change when input supply is infinitely elastic and demand is linear (Bulow *et al.* [1983]). Several

*We would like to thank Robert T. Masson, Oleg Melnikov, Ted O'Donoghue and George Jakubson, anonymous referees and especially the Editor for helpful comments. The authors remain solely responsible for any errors.

†Authors' affiliations: International University of Japan, Niigata 949-7277, Japan.
*e-mail: dhkim@iuj.ac.jp*
‡Department of Agricultural and Resource Economics, University of Connecticut, Connecticut 06269-4021, U.S.A.
*e-mail: Ronald.cotterill@uconn.edu*

© 2008 The Authors. Journal compilation © 2008 Blackwell Publishing Ltd. and the Editorial Board of The Journal of Industrial Economics. Published by Blackwell Publishing, 9600 Garsington Road, Oxford OX4 2DQ, UK, and 350 Main Street, Malden, MA 02148, USA.

Exhibit 120



studies have analyzed the effects of cost shocks under imperfect competition (Stern [1987], Katz & Rosen [1985]; and Delipalla & Keen [1992]). Most of the theoretical work has focused on homogeneous products with quantity competition. The empirical work consists mainly of reduced-form analysis using industry-level data (see, e.g., Sumner [1981]; Sullivan [1985]; Karp & Perloff [1989]; and Besely & Rosen [1998]). Few studies have studied the effect of cost changes on prices in differentiated product markets. The exceptions include theoretical studies by Anderson *et al.* [2001] and Froeb *et al.* [2005]. The former analyzes the incidence of ad valorem and excise taxes in an oligopolistic industry with differentiated products and price-setting firms; the latter investigates the relationship under Bertrand oligopoly between the price effects of mergers absent synergies and the rates at which merger synergies are passed through to consumers in the form of lower prices.

The main goal of this paper is to estimate cost pass-through rates for a differentiated product market using a structural model. We first estimate the demand system for the U.S processed cheese market using a mixed logit model[1] We use the estimated demands in the firms' pricing equations to back out estimates of their marginal costs. We then change marginal costs and solve the model to obtain the new equilibrium prices.

We use the mixed logit model to estimate demand. This model provides greater flexibility in substitution patterns than the logit model. In the logit model, the curvature of demand system, i.e., the second derivatives, is determined by functional form assumptions; in the mixed logit model, it depends to a significant extent on the empirical distribution of consumers. This property is important for obtaining accurate estimates of cost pass-through rates.

We estimate cost pass-through under Nash-Bertrand pricing and fully collusive pricing in order to evaluate how pass-through depends upon behavior. We find that cost pass-through rates for the different brands under collusion lie between 21% and 31%. The corresponding pass-through rates under Nash-Bertrand pricing are much higher, between 73% and 103%. We also estimated the pass-through rates generated by the logit model to determine the importance of a more flexible specification. We find that logit pass-through rates are on average 12% lower than those of the mixed logit model.

We compared our pass-through estimates with those obtained from reduced-form models. Roughly speaking, the pass-through elasticities of the reduced-form model fall between those of Nash-Bertrand and collusive pricing. The reduced-form model does not impose a specific price-setting mechanism. Consequently, if the reduced form estimates are to be believed, then markups for processed cheese are lower than the monopoly markups

[1] Refer to Berry *et al.* (henceforth BLP) [1995] and Nevo [2001]. Nevo [2000] applied the model for merger analysis and Petrin [2002] used the model to estimate the consumer benefits of new products in the automobile industry.

© 2008 The Authors. Journal compilation © 2008 Blackwell Publishing Ltd. and the Editorial Board of The Journal of Industrial Economics.

Exhibit 120



but higher than Nash-Bertrand markups. Reduced form results are often used to infer competitiveness, but notice that it would be difficult to draw such inferences without knowing the estimates produced by the benchmark cases of Nash-Bertrand and full collusion. This is another reason for adopting a structural approach.

We proceed as follows. In Section II, we discuss the U.S. processed cheese market and the data. The empirical model is presented in Section III. In Section IV, we describe the estimation strategy. The empirical results are presented in Section V. In Section VI, we compare the structural approach to estimating cost-pass through rates to the reduced form approach. Section VII concludes.

## II. MARKET AND DATA

Processed cheese is used mostly in sandwiches and cheeseburgers and is typically sold pre-sliced. According to Mueller *et al.* [1996], the four-firm concentration ratio at the 5-digit SIC level was around 70% during the sample period of 1988–1992. Franklin and Cotterill [1994] report some additional statistics on the processed cheese market for 1992. Table I shows the volume shares and average prices per pound of the leading processed cheese brands. Philip Morris, whose brands include Kraft and Velveeta, is the dominant firm with a volume share of around 50% in 1992. Borden, Inc., whose main brands are Borden and Lite Line, is a distant second to Philip Morris with a combined share of around 8%. The other national manufacturers, Land O'Lakes and H. J. Heinz Co., have very small volume shares. The value of shipments was US$5.6 billion.

TABLE I
LEADING PROCESSED CHEESE BRANDS, U.S. TOTAL, 1992

| Manufacturer/Brand | Volume Share | Average Price/lb |
|---|---|---|
| Philip Morris | | |
| Kraft | 25.51 | 3.24 |
| Velveeta | 15.56 | 2.82 |
| Light N Lively | 0.59 | 4.20 |
| Kraft Free | 3.65 | 3.76 |
| Kraft Lightf | 3.19 | 2.52 |
| Velveeta Light | 1.70 | 3.38 |
| Borden Inc | | |
| Borden | 7.91 | 2.80 |
| Lite Line | 0.53 | 4.62 |
| Land O'lakes | | |
| Land O'Lakes | 1.28 | 2.42 |
| HJ Heinz Co | | |
| Weight Watchers | 0.41 | 3.20 |

*Source:* Franklin and Cotterill [1994].

© 2008 The Authors. Journal compilation © 2008 Blackwell Publishing Ltd. and the Editorial Board of The Journal of Industrial Economics.

Exhibit 120



TABLE II
MARKET SHARE, PRICES, AND PRODUCT CHARACTERISTICS

| | Market Share | Price | Calories | Fat (g) | Cholesterol (mg) | Sodium (mg) |
|---|---|---|---|---|---|---|
| Kraft | 3.172 | 14.197 | 90 | 7 | 25 | 380 |
| Velveeta | 2.065 | 12.230 | 90 | 6 | 25 | 400 |
| Light N Lively | 0.098 | 17.334 | 70 | 4 | 15 | 406 |
| Kraft Free | 0.320 | 16.541 | 42 | 0.3 | 5 | 273 |
| Kraft Light | 0.173 | 15.348 | 70 | 4 | 20 | 160 |
| Velveeta Light | 0.233 | 12.186 | 60 | 3 | 15 | 430 |
| Borden | 0.774 | 12.931 | 80 | 6 | 20 | 360 |
| Lite Line | 0.0071 | 19.456 | 50 | 2 | 15 | 171 |
| Land O'lakes | 0.0069 | 11.990 | 110 | 9 | 26 | 430 |
| Weight Watchers | 0.065 | 15.376 | 50 | 2 | 7.5 | 400 |

*Note:* Market share (%) and price are the medians for all city-quarter markets. The unit of price is cents per serving (28g).

TABLE III
DEMOGRAPHIC VARIABLES

| | Median | Mean | Std | Min | Max |
|---|---|---|---|---|---|
| Log (Income) | 7.923 | 7.935 | 0.912 | 0.396 | 10.876 |
| Log (Age) | 3.478 | 3.312 | 0.951 | 0 | 4.512 |
| Child | 0 | 0.268 | 0.436 | 0 | 1 |
| Nonwhite | 0 | 0.168 | 0.362 | 0 | 1 |

The data for this study was obtained from Information Resources, Inc., which collects quantity and price data from supermarkets in the most populous metropolitan areas in the U.S. The price and quantity data are quarterly, and cover the first quarter of 1988 to the fourth quarter of 1992. The number of cities ranges from 28 in the first quarter of 1988 to 43 in the fourth quarter of 1992. Each city and quarter combination is defined as a market so there are 680 markets represented in the data. We focused on ten major brands. The number of brands varies from 7 to 10, depending on markets, because of the unbalanced nature of the dataset.

The product characteristics of each brand consist of calories, fat, cholesterol and sodium. Their values were obtained from nutrient fact books that were published during the sample period.

Demographic information for each city in our sample was obtained from the Current Population Survey (CPS). The information includes income, age, number of children, and race. The selection of demographic variables is based on previous studies of the cheese industry, which includes Gould and Lin [1994], Hein and Wessells [1990] and Gould [1992].

Table II gives the market shares, prices and values of the product characteristics for the ten brands. The market share for each brand is

© 2008 The Authors. Journal compilation © 2008 Blackwell Publishing Ltd. and the Editorial Board of The Journal of Industrial Economics.

**Exhibit 120**



calculated under the assumption that market size is equal to one serving (28 g) per person times the number of persons in the market. The low numbers reflect the fact that most people do not buy processed cheese. The price is measures as cents per serving. It is net of any merchandising activity. Thus, a price reduction for a promotion is reflected in the price. Price is deflated using the regional city CPI and converted to real price per serving.

Table III provides summary statistics on the demographic variables. Income is household income divided by the number of household members. The variable Child is a binary variable that is equal to 1 if age is less than 17 years old and 0 otherwise. The binary variable Nonwhite is equal to 1 if an individual is nonwhite and 0 otherwise.

## III. MODEL

In this section we first specify the model of demand, then derive the pricing equations under different behavioral assumptions, and finally derive the pass-through equations.

### III (i). *The Demand Equations*

Demand for processed cheese is estimated using a discrete choice model similar to those of BLP [1995] and Nevo [2001].[2] Consumers choose one unit of only one brand in each shopping trip and they choose the brand that offers them the highest utility. The indirect utility of consumer $i$ from brand $j$ in market $m$ is given by $U_{ijm}(x_{jm}, \xi_{jm}, p_{jm}, D_i, v_i : \theta)$, where $x_{jm}$ are observed cheese characteristics, $p_{jm}$ is price, $D_i$ are observed consumer characteristics, $v_i$ and $\xi_{jm}$ are unobserved individual characteristics and unobserved cheese characteristics, respectively. Here $\theta$ is an unknown parameter vector to be estimated. Following Berry [1994], we specify the indirect utility function as:

$$(1) \qquad u_{ijm} = x_{jm}\beta_i - \alpha_i p_{jm} + \xi_{jm} + \varepsilon_{ijm},$$

where $\alpha_i$ is consumer $i$ 's marginal income utility, $\beta_i$ represents individual specific parameters and $\varepsilon_{ijm}$ is a mean zero stochastic term. Thus, the parameters of the utility function are different for each consumer. By contrast, in the logit model, the parameters are the same for all consumers and consumer heterogeneity is modeled in the error term only.

The indirect utility can be divided into two parts. The first part is the mean utility level of brand $j$ in market $m$, $\delta_{jm}$ and the second part is the deviation

[2] An alternative approach to solving the dimensionality problem in differentiated product markets is to use a multi-level demand system for differentiated products (Hausman, Leonard & Zona [1994]), which is an application of multi-stage budgeting.

© 2008 The Authors. Journal compilation © 2008 Blackwell Publishing Ltd. and the Editorial Board of The Journal of Industrial Economics.

**Exhibit 120**



from the mean level utility, which captures the effects of the random coefficients, $\mu_{ijm}$.

$$(2) \qquad u_{ijm} = \delta_{jm}(x_j, p_{jm}, \xi_{jm} : \theta_1) + \mu_{ijm}(x_j, p_{jm}, v_i, D_i; \theta_2) + \varepsilon_{ijm}$$

$$(3) \qquad \delta_{jm} = x_{jm}\beta - \alpha p_{jm} + \xi_{jm}$$

$$(4) \qquad \begin{aligned} \mu_{ijm} &= \sum_{l=1}^{L} \eta_l D_{il} p_{jm} + \sigma_{K+1} v_{i(K+1)} p_{jm} \\ &+ \sum_{l=1}^{L}\sum_{k=1}^{K} \phi_{lk} D_{il} x_{jkm} + \sum_{k=1}^{K} \sigma_k v_{ik} x_{jkm} \end{aligned}$$

$$(5) \qquad u_{i0m} = \xi_{0m} + \phi_0 D_i + \sigma_0 v_{i0m} + \varepsilon_{iom}$$

Hence the coefficients on the mean utility function are the same for all individuals and the deviation from the mean utility, $\mu_{ijm}$, depends on the consumer's observed characteristics, $D_i$, and unobserved characteristics, $v_i$. The unobserved individual characteristics are random draws from the multivariate normal distribution, $N(0, I_{k+1})$), where $K+1$ draws for each individual correspond to the price and product characteristics, of which the dimension is $K \times 1$.

Equation (5) represents the utility of an outside good, which is normalized to $u_{i0m} = \varepsilon_{iom}$. Without an outside good, a simultaneous increase in the prices of inside goods results in no change in aggregate consumption. The share of outside goods is defined as the total size of the market minus the shares of inside goods. We follow Nevo [2001] and assume that the size of the market is one serving of processed cheese per capita per day. BLP [1995] used the number of households as market size.

Let $A_{jm}$ represent the set of values of $D$, $v$, and $\varepsilon$ that induces the choice of brand $j$ in market $m$.

$$(6) \qquad A_{jm} = \{D, v, \varepsilon | u_{ijm} > u_{ihm} \forall h = 0, 1, , , , J\}$$

We assume that $D$, $v$, and $\varepsilon$ are independently distributed. Here $D$ is drawn from the empirical distribution, $F$, obtained from the Current Population Survey; $v$ are drawn from a multivariate normal distribution, $N$; and $\varepsilon$ is drawn from an extreme value distribution. Integrating out the idiosyncratic preference shock, the market share of brand $j$ in market $m$ can be expressed as follows:

$$(7) \qquad s_{jm}(x, p, \delta; \theta_2) = \int_{D,v} s_{ijm}\, dF(D) dN(v)$$

where $s_{ijm} = \exp(\delta_{jm} + \mu_{ijm})/(1 + \sum_{s=1}^{J} \exp(\delta_{sm} + \mu_{ism})$, is the probability of individual $i$ purchasing the product $j$.

© 2008 The Authors. Journal compilation © 2008 Blackwell Publishing Ltd. and the Editorial Board of The Journal of Industrial Economics.

Exhibit 120



III (ii). *The Pricing Equations*

Each firm $f$, $f = 1,\ldots, F$, produces goods $j = 1, \ldots, J_f$. Marginal costs are constant for each product but vary across markets. Thus, firm $f$'s profit in market $m$[3] is given by

$$(8) \qquad \Pi_f^m = \sum_{j=1}^{J_f} (p_{jm} - mc_{jm}) M s_{jm}(p)$$

where $mc_{jm}$ is marginal cost of product j in market m, $M$ is market size, and $s_{jm}$ $(p)$ is the market share of $j$ in market $m$.

Suppose first that firms in the processed cheese market choose their prices simultaneously and independently. Given the prices of other brands, firm $f$'s prices satisfy the first-order conditions

$$(9) \qquad \frac{\partial \Pi_f^m}{\partial p_{jm}} = s_{jm} + \sum_{k=1}^{J_f} (p_{km} - mc_{km}) \frac{\partial s_{km}}{\partial p_{jm}} = 0, \quad j = 1, \ldots\ldots, J_f$$

Note that the second term takes into account the impact of $p_{jm}$ on the revenues of the firm's other brands as well as on brand $j$. In other words, each firm behaves like a monopolist with respect to its brands.

Suppose next that the firms collude and choose their prices to maximize their joint profits. The first-order condition for joint profit $\prod_F$ maximization is:

$$(10) \qquad \begin{aligned} \frac{\partial \Pi_F^m}{\partial p_{jm}} =& s_{jm} + \sum_{k=1}^{J_f} (p_{km} - mc_{km}) \frac{\partial s_{km}}{\partial p_{jm}} \\ &+ \sum_{\substack{f'=1 \\ f' \neq f}}^{F} \sum_{s=1}^{J_{f'}} (p_{sm} - mc_{sm}) \frac{\partial s_{sm}}{\partial p_{jm}} = 0 \end{aligned}$$

where $s = 1, \ldots\ldots, J_{f'}$ $j = 1, \ldots\ldots, J_f$

In this case, each firm takes into account the effect of a change in the prices of its brands on revenues of own and other firms' brands.

The first-order conditions, (9) and (10), can be summarized in vector notation as (11):

$$(11) \qquad (p - mc)\Delta(p) + s(p) = 0$$

[3] In this paper we assume that firms solve a profit maximization problem in each market separately rather than coordinating pricing across markets.

© 2008 The Authors. Journal compilation © 2008 Blackwell Publishing Ltd. and the Editorial Board of The Journal of Industrial Economics.

**Exhibit 120**



where $p$ is the vector of all brand prices, $mc$ is the vector of marginal costs of all brands, and $s(p)$ is the vector of market shares. Here $\Delta = J^{*}J$ is a matrix with elements;

$$\begin{cases} \frac{\partial s_k(p)}{\partial p_j}, & \text{if brands } k \text{ and } j \text{ are produced by the same firm in the Nash model or by a colluder in the collusion model} \\ 0 & \text{Otherwise} \end{cases}$$

From (11), we can solve for marginal cost for each brand for each market as follows:

$$(12) \qquad \hat{mc} = p + \Delta(p)^{-1} s(p)$$

Thus, the estimated marginal cost depends on the equilibrium price, the parameters of the demand system, and whether the firms behave non-cooperatively or collude.

### III (iii). *The Pass-Through Equations*

From (11) we can also estimate the cost pass-through rate analytically. Rewrite (11) as $Q = (p\text{–}mc)\,\Delta(p) + s(p) = 0$. Then, using the implicit function theorem, the pass-through rate matrix can be derived as follows:

$$(13) \qquad \frac{\partial p}{\partial mc} = -\left(\frac{\partial Q}{\partial p}\right)^{-1}\left(\frac{\partial Q}{\partial mc}\right)$$

The pass-through rate depends on the first and second derivatives of the market share function. In the mixed logit model, these derivatives depend on the empirical distribution of observable consumer characteristics and have to be estimated. By contrast, in the logit model, the derivatives follow directly from functional form assumptions (Froeb *et al.* [2005]).

Let's assume that there is a discrete industry-wide common shock for each brand in each market so marginal cost changes from $\hat{mc}$ to $\bar{mc}$. Following the cost shock, market prices will converge to a new equilibrium. The new equilibrium price vector is:

$$(14) \qquad p_{New} = \bar{mc} - \Delta(p_{New})^{-1} s(p_{New})$$

The price pass-through rate is defined as the ratio of the price change to the change in marginal cost:

$$(15) \qquad \textit{Pass Through Rate} = \frac{\Delta p}{\Delta mc} \times 100,$$

where $\Delta p$ is the difference between the new equilibrium price that solves system (14) and the old price and $\Delta mc = \bar{mc} - \hat{mc}$. We perturb system (14) with marginal cost shocks of varying sizes.

© 2008 The Authors. Journal compilation © 2008 Blackwell Publishing Ltd. and the Editorial Board of The Journal of Industrial Economics.

Exhibit 120



As prices change with marginal cost shocks, consumer welfare will change accordingly. The change in consumer welfare is estimated using the compensating variation criterion. It measures the amount of income that is needed to keep the consumer at the same utility level after a price change occurs (e.g., McFadden [1981], Small & Rosen, [1981], Nevo [2000]). We estimate the consumer welfare changes for each regime of competition. For price pass-through simulations and consumer welfare calculations analysis, we assume that neither the marginal utility of consumer income following cost shocks nor the utility from outside goods changes.

## IV. ESTIMATION

To estimate the demand function, we must control for any correlation between prices and the error term in the mean utility function. The error term represents product characteristics that are observed by consumers but not by the econometrician. This correlation is likely to be positive because higher quality could lead suppliers to set higher prices. For example, Trajtenberg [1989] found that demand for CT scanners was estimated to be positively sloped with price because of the omission of unobserved quality, which was positively correlated with price.

To control for the endogeneity of price, we need to find variables that are correlated with price but are independent of unobserved product characteristics. Estimation requires an instrument vector with a rank at least equal to the dimensionality of the parameter vectors. One of the instruments typically used is a variable that represents closeness in product space in the particular markets (BLP [1995], Bresnahan, Stern, & Trajtenberg [1997]). Such instruments are, however, most appropriate for dynamically changing markets in which product characteristics evolve continuously. If a market is mature and product characteristics do not change much, then this instrumental variable will not change across markets and it will, as a consequence, have little identifying power. Another approach is to exploit the panel structure of the data. Examples of this approach are found in Hausman [1996] and Nevo [2001]. The identifying assumption is that, controlling for brand-specific means and demographics, city-specific demand shocks are independent across cities. Given this assumption, a demand shock for a particular brand will be independent of prices of the same brand in other cities. Due to the common marginal cost, prices of a given brand in different cities within a region will be correlated and therefore can be used as valid instrumental variables.[4] If, however, there is a national or regional demand shock, this event will increase the unobserved valuation of all brands in all cities and the independence

[4] Refer to Bresnahan's comment on Hausman [1996].

© 2008 The Authors. Journal compilation © 2008 Blackwell Publishing Ltd. and the Editorial Board of The Journal of Industrial Economics.

**Exhibit 120**



assumption will be violated. Also, if advertising campaigns and promotions are coordinated across cities, these activities will increase demand in the cities that are included in the activities, so the independence assumption will be violated for those cities.[5] We therefore use an additional set of instrumental variables, proxies for production costs, to check the sensitivity of the results obtained to different sets of instrumental variables. We create the production cost proxies by multiplying input prices such as the raw milk price, the diesel price, wages, and electricity by brand dummies to give cross-brand variations.

Let $Z$ be an N-by-L matrix with row $z_k$ and $\xi(\theta)$ be an N-by-1 error tem in mean utility with row $\xi_k$. We introduce brand dummies as well as time dummies in the model. Hence, a brand-specific component and a time-specific component are removed from the error term in the mean utility. The assumption that the instrumental variables are orthogonal to the structural error implies $E[z_k \xi_k(\theta)] = 0$. The corresponding sample moment is $\bar{m}(\theta) = \frac{1}{n}\sum_{k=1}^{n} z_k \xi_k(\theta) = \frac{1}{n} Z' \xi(\theta)$. Now we search for $\theta$, which minimizes the GMM objective function. The GMM estimate is

$$\hat{\theta} = \arg\min_{\theta} q = [\bar{m}' W \bar{m}], \qquad (17)$$

where $W$ is a consistent estimate of the inverse of the asymptotic variance of $\sqrt{n}\bar{m}(\theta)$.

## V. RESULTS

Table IV reports parameter estimates for the logit model with and without instrumental variables. Using prices in other cities as the instrumental variable, price sensitivity increases from 2.786 to 5.397. Under an alternative specification using cost data as instrumental variables, the price sensitivity was 4.221. The results suggest that disregarding the correlation between price and unobserved demand shock can cause downward bias in price sensitivity.

Table V reports parameter estimates for the mixed logit model. Here we use regional prices in other cities and cost variables as instrumental variables for Model I and Model II, respectively. Overall, the two models yield similar results even though the size of the respective parameter estimates is a bit different. The parameters for the product characteristics are recovered from those of brand-related fixed effects using the minimum distance method. The coefficient on PRICE is negative and significant. The coefficient on FAT is positive and

[5] A referee suggested that we include brand-level advertising spending as an independent variable to control for aggregate demand shocks. Nevo [2001] is such an example. Unfortunately, our advertising data was not complete and we could not include such a variable in the model.

© 2008 The Authors. Journal compilation © 2008 Blackwell Publishing Ltd. and the Editorial Board of The Journal of Industrial Economics.

Exhibit 120



TABLE IV
DEMAND PARAMETER ESTIMATES: LOGIT OLS AND LOGIT WITH IVS

| | Logit OLS | Logit with IVs | |
|---|---|---|---|
| Price | – 2.786 (0.197) | – 5.397 (0.445) | – 4.221 (0.397) |
| Time Dummies | O | O | O |
| Brand Dummies | O | O | O |
| Instruments | X | Prices | Cost |
| $R^2$ | 0.676 | | |
| First Stage $R^2$ | | 0.914 | 0.855 |
| N | 5734 | 5734 | 5734 |

*Note:* Dependent Variable is $\ln(s_{jm})$–$\ln(s_{0m})$. Standard errors are in parentheses.

TABLE V
DEMAND PARAMETER ESTIMATES: MIXED LOGIT

| Variables | Model (I) | Model (II) |
|---|---|---|
| Constant | 32.089 (0.487)** | 18.445 (1.569)** |
| Price | – 6.848 (0.501)** | – 5.632 (1.337)** |
| Fat | 1.285 (0.487)** | 4.808 (1.569)** |
| Sodium | – 3.714 (0.166)** | – 2.489 (0.247)** |
| Income | 18.756 (7.737)* | 20.687 (5.879)** |
| Nonwhite | – 4.611 (0.395)** | – 5.953 (0.478)** |
| Price * Income | – 12.061 (3.746)** | – 17.063 (9.233)* |
| Price * [Income]$^2$ | 8.141 (2.937)** | 9.148 (3.292)** |
| Price * Age | – 2.159 (1.256)* | – 2.751 (2.185) |
| Price * Child | 2.537 (1.438)* | 2.521 (2.516) |
| Fat * Income | – 0.540 (0.043)** | – 1. 490 (0.647)** |
| Constant * $v_1$ | 0.929 (1.052) | 1.121 (1.782) |
| Price * $v_2$ | 2.232 (0.462)** | 1.915 (0.544)** |
| Fat * $v_3$ | 2.437 (1.716)* | 2.668 (0.826)** |
| Sodium * $v_5$ | 3.245 (1.583)* | 3.021 (1.709)* |
| Instruments | Prices | Cost |
| N | 5,732 | 5,732 |

*Note:* *t-value > 1, **: t-value > 2. The parameters in the mean utility are recovered from the coefficients of the brand-fixed effects using the minimum distance technique. The numbers in parentheses are standard errors.

significant, which suggests that the average consumer prefers the richer taste of higher butterfat despite the higher health risks. Sensitivity to fat increases, however, as income rises. This phenomenon is captured in the negative and significant interaction term between fat and income, FAT*INCOME. SODIUM has a negative and significant effect on the mean utility.

Table VI reports own- and cross-price elasticities based on the estimates of the mixed logit model. Each cell (*i*,*j*) gives the per cent change in market share of brand *i* corresponding to a 1 per cent change in the price of brand *j*. Own-price elasticities are negative but the cross-price elasticities are positive.

Table VII reports cost estimates under Nash-Bertrand and collusive pricing respectively. For any vector of prices, marginal costs are lower and markups are higher under collusive pricing than competitive pricing. Recall that equation (12) implies that the estimated marginal costs are higher for products with higher market prices and higher values for $\Delta(p)^{-1}s(p)$. For

© 2008 The Authors. Journal compilation © 2008 Blackwell Publishing Ltd. and the Editorial Board of The Journal of Industrial Economics.

**Exhibit 120**



TABLE VI
OWN- AND CROSS-ELASTICITIES

| | Borden | Light Line | Weight Watchers | Land O'Lakes | Kraft | Line N lively | Velveeta | Kraft Free | Kraft Light | Velveeta Light |
|---|---|---|---|---|---|---|---|---|---|---|
| Borden | − 6.56 | 0.03 | 0.10 | 0.22 | 1.21 | 0.05 | 0.87 | 0.23 | 0.22 | 0.36 |
| Light Line | 0.12 | − 4.62 | 0.02 | 0.03 | 0.15 | 0.04 | 0.27 | 0.08 | 0.04 | 0.06 |
| Weight Watchers | 0.78 | 0.05 | − 6.59 | 0.09 | 0.25 | 0.07 | 0.45 | 0.49 | 0.28 | 0.48 |
| Land O'Lakes | 1.09 | 0.02 | 0.12 | − 7.35 | 0.98 | 0.08 | 0.95 | 0.19 | 0.60 | 0.43 |
| Kraft | 0.75 | 0.01 | 0.04 | 0.24 | − 5.07 | 0.04 | 1.23 | 0.16 | 0.21 | 0.27 |
| Lite N Lively | 0.21 | 0.06 | 0.05 | 0.04 | 0.67 | − 3.67 | 0.54 | 0.12 | 0.08 | 0.10 |
| Velveeta | 0.92 | 0.02 | 0.07 | 0.21 | 1.18 | 0.05 | − 6.29 | 0.21 | 0.20 | 0.46 |
| Kraft Free | 0.39 | 0.02 | 0.12 | 0.03 | 0.11 | 0.04 | 0.62 | − 4.39 | 0.36 | 0.41 |
| Kraft Light | 0.72 | 0.03 | 0.08 | 0.20 | 0.61 | 0.03 | 0.56 | 0.35 | − 5.88 | 0.25 |
| Velveeta Light | 0.96 | 0.04 | 0.16 | 0.13 | 0.83 | 0.05 | 0.83 | 0.43 | 0.26 | − 7.21 |
| Outside Good | 0.63 | 0.02 | 0.09 | 0.14 | 0..23 | 0.02 | 0.34 | 0.14 | 0.15 | 0.17 |

*Note:* Elasticities are median values for 210 sample markets from the fourth quarter of 1991 to the fourth quarter of 1992. Row is *i* and column is *j*. Each cell (*i*,*j*) gives the per cent change in market share of brand *i* corresponding to a 1 per cent change in the price of brand *j*.

TABLE VII
MARGINAL COST, MARKUP, AND MARGIN

| | Nash-Bertrand | | | Full Collusion | | |
|---|---|---|---|---|---|---|
| Brand | MC | P-MC | (P-MC)/P * 100 | MC | P-MC | (P-MC)/P * 100 |
| Kraft | 7.84 | 6.08 | 42.65 | 4.75 | 9.62 | 67.75 |
| Velveeta | 6.69 | 5.53 | 45.03 | 4.13 | 8.44 | 67.97 |
| Light N Lively | 10.35 | 6.12 | 36.83 | 7.24 | 9.97 | 58.13 |
| Kraft Free | 10.59 | 5.45 | 34.91 | 7.75 | 8.14 | 51.78 |
| Kraft Light | 9.36 | 5.30 | 36.34 | 6.19 | 8.53 | 59.16 |
| Velveeta Light | 7.81 | 4.69 | 37.80 | 4.98 | 7.39 | 61.26 |
| Borden | 11.27 | 1.62 | 12.72 | 4.26 | 8.94 | 67.45 |
| Lite Line | 18.13 | 1.89 | 10.58 | 10.37 | 9.43 | 49.11 |
| Land O'Lakes | 10.56 | 1.37 | 11.70 | 3.62 | 8.37 | 70.74 |
| Weight Watchers | 12.88 | 1.95 | 12.58 | 5.65 | 9.43 | 62.51 |

*Note:* Median values for all markets. Marginal costs and markups are cents per serving.

some brands with small market shares, the elements of the latter term are small negative numbers. Therefore, the estimated marginal costs are determined mostly by market prices. Accordingly, some low-fat segment brands, such as Kraft Free, Weight Watchers, and Lite Line, have high marginal costs. This is particularly true for Lite Line, which has the highest market price and a very low market share.

Table VIII shows the results of the estimated price pass-through rates. The pass-through rates are defined as percentage changes in price from a one cent per serving increase in marginal cost. Under collusion, the pass-through rates for all brands fall in a narrow range, between 21% and 31%. Under Nash-Bertrand competition, the level of brand pass-through rates increases

© 2008 The Authors. Journal compilation © 2008 Blackwell Publishing Ltd. and the Editorial Board of The Journal of Industrial Economics.

Exhibit 120



TABLE VIII
PASS-THROUGH RATE (%)

| | Nash Bertrand | Collusion |
|---|---|---|
| Kraft | 93.61 | 30.42 |
| Velveeta | 91.56 | 28.74 |
| Light N Lively | 88.72 | 26.45 |
| Kraft Free | 90.12 | 26.98 |
| Kraft Light | 99.93 | 30.34 |
| Velveeta Light | 93.29 | 30.83 |
| Borden | 102.89 | 30.12 |
| Lite Line | 73.33 | 23.70 |
| Land O'Lakes | 88.36 | 21.25 |
| Weight Watchers | 76.86 | 25.45 |
| Overall | 82.67 | 27.04 |
| MC shock | 1.0 | 1.0 |

*Note:* Median values for all markets. Marginal cost shocks are cents per serving.

as does the variation across brands, with rates ranging between 73% and 103%. To examine the robustness of results, we simulated the cost pass-through for cost shocks that vary in size from 0.1 cent per serving to 1.2 cents per serving. The results were similar to those reported in Table VIII.

Not surprisingly, the simulation results indicate that average pass-through rates are lower than the rates predicted by a linear demand with a homogenous product. With constant marginal cost, cost pass-through is 100% in the competitive case and 50% in the monopoly case (Bulow *et al.* [1983]). Note that, in a differentiated product market, the mixed logit specification allows for price pass-through rates above and below 100%. Differences in the shape of a brand's market share function across markets means that the same brand can have different cost pass-through rates in different markets.

The curvature of the demand function in the mixed logit model, i.e., the second derivative of the demand function, is determined by the product characteristics and the distribution of consumer characteristics. To check on the importance of this flexibility, we compared the results of the mixed logit model with those of the logit model. Under Nash-Bertrand pricing, we find that the average pass-through rate in the logit model for a one-cent per serving change in costs is 71%. This is 12 per cent lower than the average pass-through rate for mixed logit models.

Table IX shows the change in consumer welfare as measured by the compensating variation. CV1 and CV2 represent the compensating variations under Nash-Bertrand and collusive pricing, respectively. In the former case, the CV is 0.63 cents per person for a 1 cent marginal cost decrease and in the latter case, it is 0.23 cents. The ratio of CV2 to CV1 is 37%. Thus, the increase in consumer welfare following a one cent decrease in cost is substantially lower in the collusive regime than in the Nash-Bertrand equilibrium.

© 2008 The Authors. Journal compilation © 2008 Blackwell Publishing Ltd. and the Editorial Board of The Journal of Industrial Economics.

**Exhibit 120**



TABLE IX
COMPENSATING VARIATION

| | |
|---|---|
| Nash-Bertrand (A) | 0.63 |
| Collusion (B) | 0.23 |
| B/A(%) | 37% |
| MC Shock(Cents) | 1.0 |

*Note:* Cents/per serving/per person, median values for all markets.

TABLE X
INPUT PRICES

| | Mean | Std Dev | Min | Max |
|---|---|---|---|---|
| Milk(US $/100 pounds) | 11.69 | 1.03 | 10.07 | 14.50 |
| Wage (PPI) | 106.78 | 5.73 | 95.70 | 114.50 |
| Diesel (PPI) | 63.16 | 9.55 | 44.00 | 91.93 |

## VI. STRUCTURAL VERSUS REDUCED-FORM ESTIMATES

Reduced-form models have been used extensively in the cost pass-through literature partly because the analysis is easily implemented. To compare the results of the structural model with those of a reduced-form model, we use the following reduced-form model:

$$\ln(price_{it}) = \gamma_{0i} + \gamma_1 * \ln(input\ Cost_t) + \omega_{it} \quad (16)$$

Here $\ln(price_{it})$ is a log of processed cheese prices for brand $i$ and time $t$, $\ln(input\ Cost_{it})$ is a log of input price at time $t$, and $\omega_{it}$ represents an error term. Following Gron and Swenson [2000], we estimate a log-linear regression to obtain a unit-free measure of the pass-through rate. In our model, $\gamma_{0i}$ is a brand fixed effect and $\gamma_1$ represents the pass-through elasticity. The brand fixed effects capture time-invariant markups.

We use raw milk prices, wages, and diesel prices as proxies for input costs. The milk price is the raw milk price from USDA federal milk order statistics. Wage and diesel prices are obtained from Bureau of Labor Statistics indices. Table X reports summary statistics on the input prices.

Table XI reports the estimates of the reduced form model. The estimated pass-through elasticities for milk and diesel prices and wage are 0.034, 0.237, and 0.375, respectively. In order to compare these estimates to the pass-through rates obtained from the structural model, we converted them into pass-through elasticities (see Table XII). The pass-through elasticity is 0.07 for collusive pricing and 0.5 for Nash-Bertrand pricing. These are the averages for different size cost shocks. The reduced-form results fall between those of full collusion and Nash price competition. If the reduced-form results capture the market structure of the processed cheese market correctly, it suggests that the market is less competitive than Nash-Bertrand

© 2008 The Authors. Journal compilation © 2008 Blackwell Publishing Ltd. and the Editorial Board of The Journal of Industrial Economics.

Exhibit 120



TABLE XI
RESULTS OF REDUCED-FORM MODELS

| Independent variables | Dependent Variable: ln(*price*) | | |
|---|---|---|---|
| ln(*Milkprice*) | 0.034 (0.019) | – | – |
| ln(*Diesel*) | – | 0.237 (0.010) | – |
| ln(*Wage*) | – | – | 0.375 (0.029) |
| $R^2$ | 0.672 | 0.702 | 0.702 |

*Note:* Each regression includes brand-fixed effects. The numbers in parentheses are standard errors.

TABLE XII
PASS-THROUGH ELASTICITIES: STRUCTURAL MODEL

| Nash-Bertrand Competition | Collusion |
|---|---|
| 0.47 | 0.066 |

price competition but more competitive than collusive pricing. If, however, we do not know the results of benchmark cases of pass-through elasticities, i. e., those of Nash-Bertrand pricing and collusion, it may be difficult to infer behavior from the results of a reduced-form analysis. Meanwhile, if we assume along with many previous studies (e.g., BLP [1995]) that firms behave as posited by Nash-Bertrand model, the reduced form results yield biased estimates of cost pass-through.

## VII. CONCLUSION

In this paper we estimate a demand system and pricing relationship for a differentiated product market and implement pass-through simulations and related welfare analysis. There is a gap in the literature, as analysts have paid little attention to cost pass-through in differentiated product markets. This study attempts to fill this gap. In the mixed logit model that we use for demand specification, the curvature of demand depends on the empirical distribution of consumer characteristics. This property provides flexible cost pass-through rates that are not driven solely by the functional form assumption. This paper is the first attempt to examine this issue.

Empirical results indicate that the pass-through rates for the U.S. processed cheese market are greater under Nash-Bertrand pricing than under collusive pricing. This implies that changes in consumer welfare following cost shocks are greater under Nash-Bertrand competition. We also compare the results of the structural model with those of the reduced-form models. We find that the pass-through elasticities of the reduced-form models fall between those of Nash-Bertrand competition and collusion. The results suggest that, without knowing the benchmark pass-through

© 2008 The Authors. Journal compilation © 2008 Blackwell Publishing Ltd. and the Editorial Board of The Journal of Industrial Economics.

**Exhibit 120**



elasticities, it may be difficult to infer the degree of market competitiveness from a reduced-form analysis. They also suggest that the reduced form results are biased.

We have focused here on the Nash-Bertrand equilibrium and collusion. Similar studies pertaining to other equilibrium concepts, such as semi-collusion and a firm's deviation to or from collusion using a cost shock as a focal point, would be possible. A related avenue would be to analyze a dynamic model that could account for changes in firm strategies over time. Still another direction for future research would be to analyze the pass-through rate from manufacturer to retailers and from retailers to consumers. In this paper we implicitly assume that manufacturers and retailers are vertically integrated.

## REFERENCES


Anderson, Simon P.; de Palma, Andre and Kreider, Brent, 2001, 'Tax Incidence in Differentiated Product Oligopoly,' *Journal of Public Economics*, 81, pp. 173–192.

Besley, J. Timothy and Rosen, Havey S., 1998, 'Sales Taxes and Price: An Empirical Analysis,' *NBER Working Paper 6667*, July.

Berry, S., 1994, 'Estimating Discrete-Choice Models of Product Differentiation,' *Rand Journal of Economics*, 25, pp. 242–262.

Berry, S.; Levinsohn, J. and Pakes, A., 1995, 'Automobile Prices in Market Equilibrium,' *Econometrica*, 63, pp. 841–889.

Bresnahan, F. Timothy, Stern, Scott and Trajtenberg, Manuel, 1997, 'Market Segmentation and the Sources of Rents from Innovation: Personal Computers in the Late 1980s,' *Rand Journal of Economics*, 28, pp. s17–s44.

Bulow, Jeremy I and Pfleiderer, Paul, 1983, 'A Note on the Effects of Cost Changes on Prices,' *Journal of Political Economy*, 91, pp. 181–185.

Delipalla, Sofia and Keen, Michael, 1992, 'The Comparison Between Ad Valorem and Specific Taxation Under Imperfect Competition,' *Journal of Public Economics*, 49, pp. 351–367.

Franklin, Andew W. and Cotterill, Ronald W., 1994, *Pricing and Market Strategies in the National Branded Cheese Industry*, (Food Marketing Policy Center, University of Connecticut).

Froeb, Luke; Tschantz, Steven and Werden, Gregory J., 2005, 'Pass-Through Rates and the Price Effects of Mergers,' *International Journal of Industrial Organization*, 23, pp. 703–715.

Gould, B. W., 1992, 'At-Home Consumption of Cheese: A Purchase-Infrequency Model,' *American Journal of Agricultural Economics*, 74, pp. 453–459.

Gould, B. W. and Lin, Huei-Chin, 1994, 'The Demand for Cheese in the United States: The Role of Household Consumption,' *Agribusiness*, 10–1, pp. 43–59.

Gron, Anne and Swenson, Deborah L., 2000, 'Cost Pass-Through in the U.S. Automobile Market,' *Review of Economics and Statistics*, 82 (2), pp. 316–324.

Hausman, J., 1996, 'Valuation of New Goods under Perfect and Imperfect Competition,' in Bresnahan, T. and Gordon, R. eds., *The Economics of New Goods: Studies in Income and Wealth*, 58, National Bureau of Economic Research, Chicago.

Hausman, J.; Leonard, G. and Zona, J. D., 1994, 'Competitive Analysis with Differentiated Products,' *Annales D'Economie et de Statistique*, 34, pp. 159–80.


© 2008 The Authors. Journal compilation © 2008 Blackwell Publishing Ltd. and the Editorial Board of The Journal of Industrial Economics.

Exhibit 120



Hein, Dale M. and Wessells, Cathy R., 1990, 'Demand Systems Estimation with Microdata: A Censored Regression Approach,' *Journal of Business & Economic Statistics*, 8 (3), pp. 365–371.

Karp, Larry and Perloff, Jeffrey, 1989, 'Estimating Market Structure and Tax Incidence: Japanese Television Market,' *Journal of Industrial Economics*, 38 (3), pp. 225–239.

Katz, Michael and Rosen, Harvey, 1985, 'Tax Analysis in an Oligopoly Model,' *Public Finance Quarterly*, 13, pp. 3–19.

McFadden, D., 1981, 'Econometric Models of Probabilistic Choice,' in Manski, C. and McFadden, D. eds., *Structural Analysis of Discrete Data*, pp. 198–272 (MIT Press, Cambridge).

Mueller, Willard; Marion, Bruce W.; Sial, Maubool H. and Geithman, F. E., 1996, *Cheese Pricing: A Study of the National Cheese Exchange*, (Department of Agricultural Economics, University of Wisconsin-Madison).

Nevo, Aviv, 2001, 'Measuring Market Power in the Ready-to-Eat Cereal Industry,' *Econometrica*, 69, pp. 307–342.

Nevo, Aviv, 2000, 'Mergers with Differentiated Products: The Case of the Ready-to-Eat Cereal Industry,' *Rand Journal of Economics*, 31 (3), pp. 395–421.

Petrin, A., 2002, 'Quantifying the Benefits of New Products: The Case of the Minivan,' *Journal of Political Economy*, 110, pp. 705–729.

Small, K. A. and Rosen, H. S., 1981, 'Applied Welfare Economics with Discrete Choice Models,' *Econometrica*, 49, pp. 105–130.

Stern, Nicholas H., 1987, 'The Effects of Taxation, Price Control and Government Contracts in Oligopoly,' *Journal of Public Economics*, 32, pp. 133–158.

Sullivan, Daniel, 1985, 'Testing Hypotheses About Firm Behavior in the Cigarette Industry,' *Journal of Political Economy*, 93, pp. 586–598.

Sumner, Daniel A., 1981, 'Measuring of Monopoly Behavior: An Application to the Cigarette Industry,' *Journal of Political Economy*, 89, pp. 1010–1019.

Trajtenberg, M., 1989, 'The Welfare Analysis of Product Innovation, with an Application to Computed Tomography Scanners,' *Journal of Political Economy*, 94, pp. 444–479.

© 2008 The Authors. Journal compilation © 2008 Blackwell Publishing Ltd. and the Editorial Board of The Journal of Industrial Economics.