# Exhibit 121

# Stigler, Kindahl, and Means on Administered Prices

**Exhibit 121**

# Stigler, Kindahl, and Means on Administered Prices

*By* LEONARD W. WEISS*

Some years ago, George Stigler and James Kindahl (1970) published a remarkable set of transactions price series that they had compiled from purchasers' records. On the basis of those price data, they concluded that the phenomenon of "administered prices" was largely an illusion found only in the Bureau of Labor Statistics (*BLS*) wholesale price index data. Gardiner Means responded in an article in this *Review* (1972) that in fact the transactions prices compiled by Stigler and Kindahl supported the administered-price hypothesis. Stigler and Kindahl (1973) replied that Means had arbitrarily defined 15 of their price series as "market dominated," that he had redefined the business cycle turning points for purposes of his comparisons, and that he took as support for the administered-price hypothesis *any* deviation from classical predictions. This paper is an attempt to reconcile the two interpretations of the Stigler and Kindahl data.

## I. The Usefulness of Price Statistics

The first issue considered is how representative the Stigler-Kindahl National Bureau (*NB*) price series are of actual transactions prices. The *NB* series are for large buyers often buying on long-term contracts. The *BLS* prices are spot list prices. Transactions probably occur at both prices. How nearly representative of prevailing prices are the two series?

A third set of prices which might serve to answer this question are the unit values computed by the Census in the 1963 Census of Manufacturers. These are available for 1958 and 1963 for many five-digit products. I was able to match 40 five-digit products to one or more of the 64 price series published by Stigler and Kindahl. Unit values represent indexes of values of shipments divided by indexes of physical output. They therefore amount to weighted averages of all transactions prices for the five-digit products involved where the weights are the amounts of individual transactions. The main problem with unit values is that they can change because of changes in the product mix contained in a five-digit product class as well as because of changing price levels. Moreover, many five-digit products contain other products besides those for which price series were available. While the usefulness of unit values for our purposes is open to some question, they do provide the one independent test of the two price series.

Simple averages of 1958 and 1963 monthly values for the *NB* and the *BLS* series were calculated and compared with 1963 unit values divided by 1958 unit values. The results appear in Table 1. All three indexes show declines between 1958 and 1963. The greater decline in the unit values is due mainly to one observation, "elemental gases," where the unit value fell by more than half while *BLS* and *NB* oxygen prices rose slightly. When that observation is excluded the means are similar. With that observation included, the *BLS* and *NB* series are more closely correlated with each other than either is correlated with the unit value index. With it excluded, the three correlations are similar.

All of the correlations are significant at a 1 percent level, implying that all three indexes contain similar information. The *NB* indexes are more closely correlated with the unit values than are the *BLS* indexes for the entire sample, but the *BLS* index fits a bit better when the outlier is excluded. The *BLS* and *NB* series both seem to contain elements of the pattern of prices shown in the unit values.

Most studies related to the administered-price hypothesis have correlated *BLS* price

*University of Wisconsin-Madison.

Exhibit 121



TABLE 1—MEANS AND CORRELATIONS COMPARING THE *NB* AND *BLS* INDEXES WITH UNIT VALUES 1958–63

| | *BLS* | *NB* | Unit Values |
|---|---|---|---|
| For Forty Series: | | | |
| Mean | 98.48 | 97.00 | 94.00 |
| Simple Correlations | | | |
| *BLS* | 1.000 | | |
| *NB* | .796 | 1.000 | |
| Unit Value | .496 | .524 | 1.000 |
| Excluding Elemental Gases: | | | |
| Mean | 98.31 | 96.90 | 95.23 |
| Simple Correlations | | | |
| *BLS* | 1.000 | | |
| *NB* | .797 | 1.000 | |
| Unit Value | .744 | .725 | 1.000 |

changes with concentration. The substantial differences between the *BLS* and *NB* indexes raise questions about the usefulness of those studies. Some comparisons made in Table 2 attempt to test the reliability of the *BLS* series. The first row of the table shows correlations between $BLS_{t+1}/BLS_t$ and $NB_{t+1}/NB_t$ for the two recessions and the two recoveries during the period covered by the Stigler and Kindahl data. Three different versions of the final recovery period are used for reasons explained below. Changes in the two price series are closely correlated in all six periods used.

A question that Stigler and Kindahl did not address is whether there is any bias in the relation between concentration and reported *BLS* and *NB* price changes. The second and third rows of Table 2 are meant to thrown light on that question. Here the ratio of $BLS_{t+1}/BLS_t$ and $NB_{t+1}/NB_t$ is related to the 1963 concentration ratio and to corrected 1963 concentration ratios.[1] In all but the first recovery period, the ratio had a negative relationship to concentration, meaning that *BLS* prices rose less or fell more with concentration than the *NB* prices did, but in no period was the correlation significant.

Altogether, the *BLS* and the *NB* price changes reflect each other reasonably well and their relationship to concentration is not importantly biased. Apparently, we can get something useful from working with *BLS* data.

## II. Classifying the Data

The main concern of this paper is whether the *NB* series supports the administered-price hypothesis or not. An important issue in the debate between Means and Stigler and Kindahl is which of the prices covered in the study are "administered." Means listed 15 that he felt were not on the basis of judgment with respect to the character of the product. Stigler and Kindahl accepted only 3 "market-dominated" prices in their data, those for bituminous coal, plywood, and car flooring. Actually, both lists are arbitrary.

The natural criterion to apply is that used by Means in his previous work, the number of changes in the *BLS* price indexes. The number of price changes is not very interesting itself, but it seemed to correlate well with the extent of price change in Means' studies of the Great Depression. When Means first developed the concept of "administered prices" in 1935, he classified products into four groups: those that changed less than once every ten months; those that changed more than once in ten months but less than one time in four months; those that changed more than once in four months but less than three times in four months; and those that changed at least three times in four months (Means, 1935, p. 79). He didn't say at the time which series he considered to be "administered" prices and which not, but in later work referring to the same date, he seemed to count the first two classes as indicating administered prices, the last as "market-dominated" prices, and the third class as "intermediate" (Means, 1962, pp. 105–07). At any rate, he

[1]The corrections in the concentration ratios consist of 1) the combined concentration ratio wherever the product is primary to more than one industry and where the Census reports a combined concentration ratio; 2) a weighted average of regional four-digit concentration ratios for products that sell on regional markets and where the Census reports regional concentration ratios (paper boxes, paint, petroleum refining, cement, and bitumenous coal—data for coal is for 1964 and was supplied by the Federal Trade Commission (*FTC*); and 3) the Canadian concentration ratio for newsprint (from data supplied by the *FTC*).

**Exhibit 121**



TABLE 2—CORRELATION COEFFICIENTS RELATING *BLS* PRICE CHANGES TO *NB* PRICE CHANGES AND THE RATIOS OF THE TWO TO CONCENTRATION

| Correlated Variables | 1/57–4/58 | 4/58–5/60 | 5/60–2/61 | 2/61–3/62 | 11/64–11/66 | 2/61–12/66 |
|---|---|---|---|---|---|---|
| $\frac{BLS_{t+1}}{BLS_t}$ and $\frac{NB_{t+1}}{NB_t}$ | .774 | .882 | .781 | .885 | .776 | .736 |
| $\frac{BLS_{t+1}}{BLS_t} \Big/ \frac{NB_{t+1}}{NB_t}$ and the 1963 concentration ratio | −.207 | .175 | −.042 | −.160 | −.080 | −.087 |
| $\frac{BLS_{t+1}}{BLS_t} \Big/ \frac{NB_{t+1}}{NB_t}$ and the corrected concentration ratio | −.092 | .129 | −.148 | −.155 | −.177 | .047 |
| Number of Observations | 62 | 62 | 62 | 62 | 64 | 64 |

had consistantly treated the administration of prices as a matter of degree, with administered prices shading into market-dominated prices. (Means, 1935, p. 82, and Means, 1939, p. 147.)

An adequate evaluation of the Stigler-Kindahl data requires that their price series be properly classified. Using the number of changes in the *BLS* prices during 1957–66 as a criterion, the price series reported by Stigler and Kindahl contain 3 market-dominated price series, 16 intermediate price series and 45 administered-price series. The market-dominated and intermediate price series are listed in Table 3 with the number of price changes reported in the

TABLE 3—MARKET-DOMINATED AND INTERMEDIATE PRICE SERIES INCLUDED IN STIGLER AND KINDAHL'S DATA

| Product | Number of Price Changes 1957–1966 | 1963 Concentration Ratio | Corrected 1963 Concentration Ratio |
|---|---|---|---|
| Market-Dominated Price Series | | | |
| C-20 Regular Gasoline | 98 | 33 | 51 |
| C-21 Diesel and Distillate Fuel | 95 | 36 | 51 |
| C-63 Plywood | 112 | 28 | 28 |
| Intermediate Price Series | | | |
| C-10 Aluminum Ingot and Shot | 36 | 76 | 76 |
| C-13 Copper Ingot | 42 | 84 | 51 |
| C-14 Copper Pipe and Tubing | 81 | 47 | 47 |
| C-15 Copper Wire and Cable, Bare | 38 | 50 | 50 |
| C-16 Copper Insulated Wire | 77 | 37 | 29 |
| C-19 Brass Bars and Rod | 56 | 47 | 47 |
| C-22 Residual Fuel Oil No. 6 | 73 | 35 | 51 |
| C-23 Bitumenous Coal | 81 | 24 | 29 |
| C-29 Book, Magazine Paper | 33 | 29 | 29 |
| C-31 Course Paper and Bags, Kraft Paper | 45 | 38 | 38 |
| C-32 Paper Board, Unfabricated | 35 | 32 | 32 |
| C-33 Paper Boxes and Shipping Containers | 36 | 21 | 42 |
| C-57 Paint | 34 | 24 | 34 |
| C-58 Cement | 42 | 29 | 72 |
| C-61 Electric Motors | 62 | 47 | 47 |
| C-64 Car Flooring | 85 | 16 | 16 |

Exhibit 121



*BLS* series, their 1963 concentration ratios, and their 1963 corrected concentration ratios. There are 119 possible price changes in the ten-year period covered by the Stigler and Kindahl data.

All of the market-dominated price series are associated with products where concentration is low. The same is true of most of the intermediate price series, though aluminum and copper ingot and cement are certainly highly concentrated. Aluminum and copper are probably in this category because of competition from imports and scrap, but cement has no such explanation. The average values for concentration are 36.1 for the 19 products in Table 3 and 58.6 for the remaining products in the Stigler-Kindahl sample. The average values for the corrected concentration ratios are 40.7 for the products in Table 3 and 57.2 for the rest of the sample. For the most part, the market-dominated and intermediate products have concentration characteristics that most economists would expect.

Whether the intermediate price series should be treated as administered or not is a matter of judgment. In his previous studies, Means treated administered prices as a matter of degree, examining separately the changes that occurred in price series where price changes had been of various frequencies. The same will be done here.

Means chose somewhat different periods from those used by Stigler and Kindahl in evaluating the direction of *NB* price change. The two studies agreed on the dates of the two contractions but they chose different recovery periods. Means ended the recovery from the 1958 recession six months before the start of the 1960 recession. Stigler and Kindahl's adoption of the regular reference cycle seems less arbitrary.

The really serious problem arises with the recovery from the 1960 recession. That expansion continues for nine years, a period so long that both Means and Stigler-Kindahl chose shorter subperiods. Means used the immediate recovery period from February 1961 through February 1962. Stigler and Kindahl chose November 1964 through November 1966. We will use both periods and the full recovery period as well.

### III. Theoretical Expectations

Just what to expect during recessions and recoveries is also a matter of controversy. There are several versions of the administered-price hypothesis. Means seemed to picture any pattern of price change that did not follow classical expectations as confirming the administered-price hypothesis. This left him taking declining prices in a period of expansion as supporting it. Stigler and Kindahl took the other extreme, requiring that prices remain fixed in the face of short-run fluctuations if the hypothesis is to be confirmed. Realistically, Means' studies in the 1930's (1935; 1939) pictured administered prices as changing relatively less than market-dominated prices during business fluctuations. This last will be the hypothesis to be tested here.

The implications of the administered-price hypothesis are least equivocal in recessions. In such periods the hypothesis would be confirmed if prices remained stable or rose. A more sophisticated version would require that we control for changes in direct costs, but this cannot be tested here for lack of data on direct costs for five-digit products during the periods covered. As an alternative, we will examine deviations from trends. The trends in price should reflect cost changes.

The prediction for a period of expansion is more equivocal. Presumably, market-dominated prices would rise during such periods, but what should we expect of administered prices? A failure of price to change would be evidence of administered prices, but surely one would not expect a *decrease* in price under such circumstances. Perhaps the safest expectation is that administered prices would rise less than market-dominated prices in a recovery period immediately following a recession in which they fell less. This might argue for the earlier recovery period chosen by Means, from February 1961 through February

Exhibit 121



1962, over the considerably later recovery period chosen by Stigler and Kindahl (November 1964–November 1966), but the prediction for any recovery period is much less certain than for a contraction.

Stigler and Kindahl express doubt about the theoretical basis for the predictions of the administered-price hypothesis:

> Classical theory leads one to expect prices to fall in competitive industries during a business contraction because both demand and marginal production costs fall, and that reverse movements will occur in expansions. This expectation was not subjected to elaborate analysis perhaps because a similar pattern was expected in monopoly. Here too, marginal costs would fall and there is no strong reason to expect marginal revenue to rise, although price reduction was no longer a *necessary* result of a leftward shift in demand and cost functions. [1970, pp. 60–61]

It really isn't very hard to find a theoretical basis for relatively rigid monopoly price in the presence of contraction, however. A monopolist must make explicit decisions about price. It is not given to him by the market. He will presumably make prices in a way that is expected to maximize the present value of the firm. This means he will price with an eye to possibilities for substitutes, potential entry, and similar long-run considerations. A short-run fall in demand as might occur in a recession need not lead to a downward shift in price. The short-run elasticity of demand is surely less than the long-run elasticity, and in many cases must be less than one. This would imply that a monopolist considering a price cut to deal with a temporary recession would face a lower (and possibly negative) marginal revenue compared to the marginal revenue he would face in making general price policy. The natural conclusion seems to be that optimal price policy in a recession would often be to hold prices stable or to change them only in response to changes in long-run expectations. It would follow that price increases in recovery periods would not be profitable unless they also reflected long-run expectations.

Stable rather than declining prices during a recession would also probably be more profitable for the members of a competitive industry taken as a whole, but of course no individual firm can prevent the price decline that would naturally occur in such a market. Given such a decline during a recession, one would surely expect a relatively large increase in a subsequent recovery in competitive markets. Means himself felt that there was no necessary relationship between administered prices and monopoly, but his example of a competitive industry with administered prices was automobiles—obviously an oligopolistic industry. In my opinion, some market power is necessary for administered prices. Prices should be more rigid the greater the level of concentration.

### IV. The Evidence on Administered Prices

Table 4 shows the directions of change and of deviations from trends for *NB* prices during the 1958 and 1960 recessions for the three categories of price series. In general, the bulk of the market-dominated and intermediate series declined during the two recessions. By contrast, a majority of the administered prices either rose or remained constant (changed by less than .05 percent per month) during the 1958 recession. The contrast between the administered prices and the others is even greater when the deviations from trend are examined. The experience during the 1958 recession strongly supports the administered-price hypothesis.

The evidence for the 1960 recession is less one-sided. Two of the three market-dominated prices rose and more of the administered prices fell, both in absolute terms or relation to trend. Still, 43 percent of the administered prices rose or remained unchanged compared with 26 percent of the market-dominated and intermediate prices taken together, and the average decline in the administered prices was less than in the intermediate prices. Altogether, the results for the two recessions give considerable support for the administered-price hypothesis.

**Exhibit 121**



TABLE 4—DIRECTION OF CHANGES AND AVERAGE CHANGE IN *NB* PRICES DURING THE TWO RECESSIONS

| | Changes in Raw Indexes | | Deviations From Trend | |
|---|---|---|---|---|
| | 7/57–4/58 | 5/60–2/61 | 7/57–4/58 | 5/60–2/61 |
| Market-Dominated Prices | | | | |
| Increase | 0 | 2 | 0 | 2 |
| No Change | 0 | 0 | 0 | 0 |
| Decline | 3 | 1 | 3 | 1 |
| Intermediate Prices | | | | |
| Increase | 1 | 2 | 2 | 2 |
| No Change | 1 | 1 | 1 | 0 |
| Decline | 14 | 13 | 13 | 14 |
| Administered Prices | | | | |
| Increase | 12 | 7 | 21 | 12 |
| No Change | 22 | 12 | 9 | 7 |
| Decline | 10 | 25 | 13 | 24 |
| Average Changes[a] | | | | |
| Market-Dominated Prices | −3.5 | +0.2 | −2.8 | +1.0 |
| Intermediate Prices | −6.1 | −3.6 | −6.8 | −3.8 |
| Administered Prices | −0.1 | −2.2 | −1.1 | −0.8 |

[a] Shown in percent.

The results for the recovery periods are shown in Table 5. During the 1958–60 recovery, two of the three market-dominated prices fell but a larger proportion of the intermediate prices rose than did the administered prices, and the average increase for intermediate prices was larger than for the administered prices. Deviations from trend were preponderantly positive for both intermediate and administered prices.

TABLE 5—DIRECTION AND EXTENT OF *NB* PRICE CHANGES AND DEVIATIONS FROM TRENDS DURING RECOVERY PERIODS

| | Changes in Raw Indexes | | | | Deviations from Trends | | | |
|---|---|---|---|---|---|---|---|---|
| | 4/58–5/60 | 2/61–3/62 | 11/64–11/66 | 2/61–12/66 | 4/58–5/60 | 2/61–3/62 | 11/64–11/66 | 2/61–12/66 |
| Market-Dominated Prices | | | | | | | | |
| Increase | 1 | 0 | 3 | 0 | 1 | 1 | 3 | 2 |
| No Change | 0 | 1 | 0 | 2 | 1 | 0 | 0 | 1 |
| Decrease | 2 | 2 | 0 | 1 | 1 | 2 | 0 | 0 |
| Intermediate Prices | | | | | | | | |
| Increase | 11 | 6 | 13 | 9 | 11 | 7 | 13 | 11 |
| No Change | 1 | 5 | 2 | 5 | 4 | 3 | 3 | 3 |
| Decrease | 4 | 5 | 1 | 2 | 1 | 6 | 0 | 2 |
| Administered Prices | | | | | | | | |
| Increase | 17 | 4 | 21 | 9 | 31 | 10 | 25 | 16 |
| No Change | 9 | 13 | 9 | 8 | 6 | 10 | 11 | 24 |
| Decrease | 18 | 27 | 15 | 27 | 6 | 23 | 8 | 4 |
| Average Change in Price[a] | | | | | | | | |
| Market-Dominated Prices | −1.7 | −1.7 | +2.2 | −3.8 | +0.5 | −1.4 | +4.3 | +2.4 |
| Intermediate Prices | +7.8 | +0.4 | +11.6 | +13.6 | +7.0 | −0.1 | +10.8 | +11.0 |
| Administered Prices | +1.7 | −1.9 | +4.2 | −2.8 | +3.1 | −1.8 | +4.9 | +2.9 |

[a] Shown in percent.

Exhibit 121



The experience for the long recovery from the 1960 recession differs with the portion of that recovery analyzed. In the initial recovery period (1961–62) emphasized by Means, a majority of the administered prices declined both absolutely and relative to trend which is certainly not what the classical analysis would suggest. It really is not what the administered-price hypothesis would suggest either. The three market-dominated prices fell, on average, and the intermediate prices showed no net tendency to either rise or fall.

In the 1964–66 period emphasized by Stigler and Kindahl, a larger number of administered prices increased, and a majority had positive deviations from their trends. However, the market-dominated and intermediate prices conformed more closely to the classical hypothesis.

Over the long period of recovery from 1961 to 1966, the majority of administered prices fell as did one market-dominated price and two of the intermediate prices. On average, both market-dominated and administered prices fell, though intermediate prices rose substantially during the long recovery. As might be expected for so long a period, almost half the series deviated from trend by less than 0.05 percent per month, but the intermediate prices rose above trend much more than the administered prices did.

The long period is probably not the right one for studying administered prices. Oligopoly prices can be expected to change over the long run in response to changes in costs or in the elasticity of demand. The period from 1961 to 1966 must be pretty close to the long run. The administered-price hypothesis is best tested in a shorter period.

Altogether, the evidence during the recovery periods is more equivocal than that during the recessions. The intermediate price series comes closer to fitting the classical hypothesis than the other two series. The behavior of the administered-price series certainly doesn't fit the classical hypothesis. On balance, the evidence for the recovery periods comes closer to fitting Means' conclusions than those of Stigler and Kindahl. Yet the results are basically equivocal. Neither hypothesis predicts price decrease in time of recovery, and there were many price decreases among administered prices.

## V. Concentration and Price Change

Concentration does not play a direct role in the administered-price hypothesis as Means expressed it. In his original discussion of the topic in 1935, he said:

> Administered prices should not be confused with monopoly. The presence of administered prices does not indicate the presence of monopoly, nor do market prices indicate the absence of monopoly. In many highly competitive industries, such as the automobile industry, prices are made administratively and held for fairly long periods of time. On the other hand, it is conceivable that in a monopolized industry, the product might be turned out according to some fixed production schedule and sold for what it would bring on the market regardless of price.

TABLE 6—RECESSION PERIOD CHANGES IN PRICES AND DEVIATIONS FROM TRENDS CLASSIFIED BY DEGREE OF CONCENTRATION

| | Changes in Raw Indexes | | Deviations From Trends | |
|---|---|---|---|---|
| | 4/58–5/60 | 2/61–3/62 | 4/58–5/60 | 2/61–3/62 |
| $CR \leq 30$ | | | | |
| Increase | 0 | 1 | 0 | 1 |
| No Change | 0 | 0 | 1 | 0 |
| Decrease | 6 | 5 | 5 | 5 |
| $30 < CR \leq 50$ | | | | |
| Increase | 5 | 5 | 9 | 8 |
| No Change | 6 | 4 | 1 | 2 |
| Decrease | 11 | 13 | 11 | 11 |
| $CR > 50$ | | | | |
| Increase | 6 | 6 | 14 | 8 |
| No Change | 17 | 8 | 7 | 5 |
| Decrease | 12 | 21 | 14 | 22 |
| Average Change in Price[a] | | | | |
| $CR \leq 30$ | −.023 | −.020 | −.023 | −.020 |
| $30 < CR \leq 50$ | −.019 | −.022 | −.001 | −.010 |
| $CR > 50$ | −.015 | −.023 | −.007 | −.017 |

[a]Shown in percent.

Exhibit 121



TABLE 7—DIRECTION AND EXTENT OF *NB* PRICE CHANGES AND DEVIATIONS FROM TREND DURING RECOVERY PERIODS CLASSIFIED BY CONCENTRATION

| | Change in Price | | | | Deviations from Trend | | | |
|---|---|---|---|---|---|---|---|---|
| | 4/58–5/60 | 2/61–3/62 | 11/64–11/66 | 2/61–12/66 | 4/58–5/60 | 2/61–3/62 | 11/64 11/66 | 2/61–12/66 |
| $CR \leq 30$ | | | | | | | | |
| Increase | 5 | 2 | 6 | 3 | 5 | 2 | 6 | 4 |
| No Change | 0 | 1 | 0 | 3 | 1 | 2 | 0 | 1 |
| Decrease | 1 | 3 | 0 | 0 | 0 | 2 | 0 | 1 |
| $30 < CR \leq 50$ | | | | | | | | |
| Increase | 8 | 4 | 14 | 7 | 12 | 7 | 13 | 9 |
| No Change | 2 | 7 | 3 | 6 | 4 | 4 | 5 | 9 |
| Decrease | 12 | 11 | 5 | 9 | 5 | 10 | 3 | 3 |
| $CR > 50$ | | | | | | | | |
| Increase | 17 | 4 | 18 | 9 | 26 | 9 | 21 | 13 |
| No Change | 7 | 11 | 6 | 6 | 6 | 8 | 9 | 19 |
| Decrease | 11 | 20 | 12 | 21 | 3 | 18 | 6 | 4 |
| Average Change in Price[a] | | | | | | | | |
| $CR \leq 30$ | 4.3 | 0.2 | 5.9 | 5.2 | 4.5 | 0.3 | 6.0 | 5.6 |
| $30 < CR \leq 50$ | −0.3 | −3.4 | 5.5 | −1.6 | 2.5 | 1.3 | 8.1 | 5.4 |
| $CR > 50$ | 2.4 | −2.6 | 3.1 | −3.2 | 4.8 | 1.2 | 5.5 | 3.7 |

[a] Shown in percent.

> In general, monopolized industries have administered prices, but so also do a great number of vigorously competitive industries in which the number of competitors are few. [pp. 78–79]

Nevertheless, most who have studied the subject since Means have looked for a relationship between concentration and price behavior. Administered prices are clearly inconsistant with pure competition. At least some market power is needed to administer a price.

Table 6 analyzes changes in prices and deviations from trends during the two recession periods with the price series classified by concentration. Products with concentration ratios of 30 or less clearly sell on unconcentrated markets; those with concentration ratios above 50 sell on concentrated markets; and those in between are classified as mixed.

Prices in unconcentrated markets were more inclined to fall both absolutely and relative to trend than other price series, but there were only six unconcentrated markets represented. No distinction can be drawn between the concentrated and the mixed price series.

Table 7 shows a similar analysis for the recovery periods. No distinctions among the three categories seem warranted in these periods.[2]

Table 8 shows correlations of price changes with concentration and corrected concentration. Neither concentration nor corrected concentration is significantly related to price change in any of the periods covered. This is not a very serious blow for the administered-price hypothesis, however. The studies done previously with *BLS* series

TABLE 8—CORRELATIONS BETWEEN *NB* PRICE CHANGES AND CONCENTRATION IN SIX PERIODS

| Period | Concentration Ratio | Corrected Concentration Ratio |
|---|---|---|
| 7/57–4/58 | .089 | .198 |
| 4/58–5/60 | .149 | .034 |
| 5/60–2/61 | −.156 | −.037 |
| 2/61–3/62 | −.012 | −.078 |
| 11/64–11/66 | −.015 | −.098 |
| 2/61–12/66 | −.132 | −.130 |

[2] This is apparently not due to inaccuracies in the measurement of concentration. When the price series were classified by corrected concentration ratios, the results were no less equivocal.

Exhibit 121



show only a weak effect for concentration if changes in direct costs are not included as well. (See Horace DePodwin and Richard Selden; the author.) Moreover, those studies generally show no significant effect for concentration over the period 1959–1966. (See the author; R. W. McLaren; J. Fred Weston and Steven Lustgarten, 1974).

### VI. The Frequency of Price Changes

The hallmark of administered prices according to Means is large infrequent jumps in price with long periods of rigid prices in between. This appears in many *BLS* series, especially those identified as administered prices. The *NB* series prepared by Stigler and Kindahl do not exhibit such a pattern except for steel products. This need not mean that the underlying price series from which the *NB* series are constructed are gradually changing prices. Indeed, as Means points out (1972, p. 301), the one group of underlying series that Stigler and Kindahl present (for ammonia) do show long periods of rigid prices followed by sharp jumps. One series does not change at all in eight years. The other three series show only 3, 5, and 15 changes, and 7 of the 15 changes in the last are uniform seasonal changes. Each of the four series presented would by itself fall into the administered price category because it shows less than 30 changes over the ten-year period. To some extent the long periods of stability in these prices indicate long-term contracts which reflect both buyer and seller expectations. Stigler and Kindahl do not indicate where this is the case, so the analysis of other series is necessarily uncertain.

The small and continuous changes in the *NB* series as contrasted with the *BLS* series and at least the underlying ammonia series reported by Stigler and Kindahl could easily be attributable to the averaging of price changes in many contracts with different termination dates, and the interpolations of series with breaks in them.

The frequency of change is not an important feature of a price in and of itself. It is a characteristic that Means used to classify prices as more or less administered and which seemed to predict quite well which type of price fell most during the Great Depression. It also seems to have predicted which prices fell most during the two recessions covered by the Stigler-Kindahl study, whether *BLS* or *NB* prices are used. The failure of their published data to reveal many differences in frequency of price change does not make the frequency classification based on *BLS* data less useful.

### VII. The Unique Price

What the Stigler-Kindahl data (reported for ammonia and summarized for other series) do reveal is that the commonly held belief in a unique price, at least for undifferentiated products with expert buyers, is unjustified. This was certainly the type of product that they examined. They report that precisely that type of product virtually never shows a unique price. Of the 64 commodities for which they publish data, they give standard deviations of price changes of individual buyer series for 633 commodity-years.[3] Of these, only 8 commodity-years have standard deviations of zero as would be expected if a unique price prevailed. Thirty-three commodity-years showed standard deviations of less than 0.1. These were heavily concentrated in steel where price discipline seems to be strong, but even there standard deviations exceeded 1.0 in 20 percent of the years. For the remaining 543 commodity-years the standard deviations exceeded 1.0 in 49.3 percent of the cases.

One of the most intriguing of their results is that the dispersion of individual buyer series price changes increases with the variability of the *NB* index over time and with the number of reporters, and decreases with the degree of concentration for the product involved. All three tendencies were highly

[3]Ten years for each commodity except electric batteries where data was available for only five years, and copper ingot where there was only 1 firm reported in two years.

**Exhibit 121**



significant.[4] Stigler and Kindahl interpret the negative effect of concentration as due to the increasing difficulty of policing price agreements as concentration falls (1970, p. 89).

## VIII. Conclusion

The conclusion of this study would seem to be as follows: The *NB* and *BLS* series do not differ importantly. The *NB* is about as closely correlated with census unit values as the *BLS* series, but all three are closely correlated, implying that all three contain meaningful information. There is no significant bias in the two sets of series with respect to concentration so that studies using *BLS* series are meaningful.

More important, the *NB* series do follow patterns that support the administered-price hypothesis. For those series where the *BLS* indexes show few changes, the *NB* series did increase or remain constant in a majority of observations during the two recessions. Their performance during recovery periods is more ambiguous, but certainly does not correspond to the classical pattern. There does seem to be such a thing as an administered price. On the other hand, there was little or no relationship between concentration and changes in the *NB* series.

The *NB* series are a unique and valuable set of data that has been little used. There are more questions to be answered. What does account for deviations from list price? A sensible study might calculate year-to-year relative price changes in the *BLS* and *NB* series, correlate these over the ten-year period for individual series, and regress the correlation coefficients on structural characteristics that might explain price competitiveness such as concentration and variability of demand. Again, what accounts for differences in relative stability of transactions prices? One might study this by correlating variability of individual *NB* price series around trends with variables that might be expected to explain price stability such as concentration, demand variability relative to trend, and possibly distance from final demand. These questions will be left to others.

[4]Their regression equation was:

$$\underset{}{\sigma_{\Delta P}} = \underset{(.203)}{.620} + \underset{(.073)}{.432}\,\sigma_P - \underset{(.0028)}{.0062}C + \underset{(.0041)}{.018}N$$

where $\sigma_{\Delta p}$ is the standard deviation of price changes among individual series for a product during the first six months of 1965, $\sigma_P$ is the intertermporal standard deviation of the *NB* series for the same period, $C$ is concentration, and $N$ is the number of buyer reporters (Stigler and Kindahl, 1970, p. 91).

## REFERENCES

**H. DePodwin and R. Selden,** "Business Pricing Policies and Inflation," *J. Polit. Econ.*, Apr. 1963, *71*, 116–27.

**R. W. McLaren,** Testimony, in Joint Economic Comm. hearings on "The 1970 Midyear Review of the State of the Economy," Part 1, 108–28, Washington 1970.

**George C. Means,** *Industrial Prices and Their Relative Inflexibility*, U.S. Senate Document 13, 74th Congress, 1st Session, Washington 1935.

———, *The Structure of the American Economy, Part I, Basic Characteristics*, National Resources Comm., June 1939.

———, *The Corporate Revolution in America*, New York 1962.

———, "The Administered-Price Thesis Confirmed," *Amer Econ Rev*, June 1972, *62*, 292–306.

**George J. Stigler and James K. Kindahl,** *The Behavior of Industrial Prices*, New York 1970.

——— **and** ———, "Industrial Prices, as Administered by Dr. Means," *Amer. Econ. Rev.*, Sept. 1973, *63*, 717–21.

**L. W. Weiss,** "Business Pricing Policies and Inflation Reconsidered," *J Polit. Econ.*, Apr. 1966, *74*, 177–87.

**J. F. Weston and S. H. Lustgarten,** "Concentration and Wage-Price Changes," in H. Goldschmid et al., eds., *Industrial Concentration: The New Learning*, Boston 1974, 307–32.