# Exhibit 122

# The Rigidity of Prices

**Exhibit 122**

# The Rigidity of Prices

*By* DENNIS W. CARLTON*

*For many transactions, prices remain rigid for periods exceeding one year. Price rigidity is positively correlated with industry concentration. For several products, the correlation of price changes across buyers is low. The paper also investigates the relationship between price rigidity, price change, and the length of time a buyer and seller have been doing business. The evidence emphasizes the importance of nonprice rationing and the inadequacy of models in which price movements alone clear markets.*

Economists focus on price as a mechanism to allocate resources efficiently. It is well recognized that inefficient resource allocation could occur if prices are not free to adjust. Much of macroeconomics relies on some, usually unexplained, source of price rigidity to generate inefficient unemployment. And in industrial organization there is a large literature on "administered" prices which fail to respond to the forces of supply and demand. Recently, there have been several attempts to explain price rigidity (see, for example, Arthur Okun (1981) and Oliver Williamson (1975)) and to develop a theory to explain why efficient resource allocation requires price to be unchanging or "rigid" (see, for example, my forthcoming paper and Robert Hall, 1984). Whether or not price rigidity is efficient, one common conclusion emerging from models with price rigidity is that markets with rigid prices behave very differently than markets with flexible prices. Therefore, an important unanswered question is, just how rigid are prices? Despite the great interest in this question, there have been virtually no attempts to answer it with data on individual transaction prices.

The purpose of this paper is to present evidence on the amount of price rigidity that exists in individual transaction prices. Previous studies of price rigidity have relied almost exclusively on an examination of aggregate price indices collected by the Bureau of Labor Statistics (BLS).[1] The use of BLS data has been strongly criticized on the grounds that the BLS data are inaccurate measures of transaction prices. George Stigler and James Kindahl sought to remedy this deficiency by collecting price data on actual transactions. Stigler and Kindahl then showed that price indices of average transaction prices were more flexible than the BLS price indices.

The difficulty with using indices is that they can mask the behavior of individual transaction prices. For example, suppose that two people buy varying amounts of commodity $A$ monthly for many years. Suppose that each buyer pays a constant price on each transaction for a period of several years, that when the price to one buyer changes, the price to the other buyer is unaffected and that the price rigidity that exists is more pronounced for a downward price movement. All of these facts could be perfectly consistent with a flexible aggregate price in-

*Graduate School of Business, University of Chicago, 1101 East 58th Street, Chicago, IL 60637 and National Bureau of Economic Research. I thank the NSF and the Law and Economics Program at the University of Chicago for support. I thank Frederic Miller, Virginia France, Larry Harris, Deborah Lucas, and Steven Oi for research assistance. I also thank Claire Friedland and George Stigler for making these data available to me and for assisting me in their use. I thank Edward Lazear, Sam Peltzman, George Stigler, two anonymous referees, and participants at seminars at the NBER, Stanford, the universities of Chicago, Montreal, Pennsylvania, and Virginia for helpful comments.

[1]Research on prices includes the early and important work of Frederick Mills (1926), Gardiner Means (1935), and more recently, George Stigler and James Kindahl (1970).



Copyright © 2001 All Rights Reserved

Exhibit 122



dex as long as the amount purchased by each buyer varies from month to month. Yet the implication that many draw from a flexible price index, namely that price is allocating resources efficiently, could be completely inappropriate. Moreover, there are several interesting questions that cannot be answered by examining aggregate price indices. For example, how long do prices to a buyer remain unchanged, what is the relationship between contract length and price rigidity, and how closely together do the prices to different buyers move?

Using the Stigler-Kindahl data, I have examined the behavior of individual buyers' prices for certain products used in manufacturing. My main conclusions are:

1) The degree of price rigidity in many industries is significant. It is not unusual in some industries for prices to individual buyers to remain unchanged for several years.

2) Even for what appear to be homogeneous commodities, the correlation of price changes across buyers is very low.

3) There is a (weak) negative correlation between price rigidity and length of buyer-seller association. The more rigid are prices, the shorter the length of association.

4) There is a positive correlation between price rigidity and average absolute price change. The more rigid are prices, the greater is the price change when prices do change.

5) There is a negative correlation between length of buyer-seller association and average absolute price change. The longer a buyer and seller deal with each other, the smaller is the average price change when prices do change.

6) There is no evidence that there is an asymmetry in price rigidity. In particular, prices are not rigid downward.

7) The fixed costs of changing price at least to some buyers may be small. There are plenty of instances where small price changes occur. It appears that, for any particular product, the fixed cost of changing price varies across firms and buyers.

8) There is at best very weak evidence that buyers have systematic preferences across products for unchanging prices.

9) The level of industry concentration is strongly correlated with rigid prices. The more concentrated the industry, the longer is the average spell of price rigidity.

The most startling finding to me is that for many products, the correlation of price changes across buyers is low. Some of the theories referred to earlier explain why this is likely to occur, especially for specialized goods. The fact that it occurs for what most economists (though not necessarily businessmen) would regard as a homogeneous product emphasizes how erroneous it is to focus attention on price as the exclusive mechanism to allocate resources. Nonprice rationing is not a fiction, it is a reality of business and may be the efficient response to economic uncertainty and the cost of using the price system. (See my forthcoming paper.)

Two general caveats deserve mention. First, a rigid price, by itself, does not necessarily imply an inefficiency. If supply and demand are unchanging, prices will be rigid. Moreover, even in a changing market, a fixed-price contract for a fixed quantity creates no economic inefficiency in the standard competitive model. If prices change subsequent to the signing of the contract, the buyer incurs a capital gain or loss, but his marginal price remains the same as every other buyer as long as the product can be readily bought and sold. However, if either the buyer cannot readily resell his product, or if the buyer does not have a fixed quantity contract, then a fixed price may well lead to buyers facing different marginal prices. My understanding of the data I use is that the contracts typically leave the quantity unspecified, so that different buyers paying different prices do indeed face different marginal prices. Although this is inefficient in the standard competitive model, it need not be under more realistic assumptions that recognize the cost of making a market. (See my forthcoming paper. See also my 1978, 1979, 1982, 1983 papers for analyses reconciling observed price behavior with market equilibrium.) But the finding of different prices and price movements to different buyers does emphasize the inadequacy of the simple market-clearing model.

Copyright © 2001 All Rights Reserved

Exhibit 122



Second, the time period I examine is one with relatively low levels of inflation and therefore I have made no adjustment for it. However, even if inflation were rampant and all prices indexed so that no (nominal) price rigidity existed, the main conclusion of the paper would stand as long as some of the other empirical findings (such as the low correlation of price movements across buyers) continue to hold. The conclusion is that price alone is not allocating goods and that new theories are required to justify what looks like non-market-clearing behavior.

This paper is organized as follows. Section I describes the Stigler-Kindahl data and discusses measures of price rigidity. Section II analyzes the characteristics of price rigidity found in several general product groupings. Section III investigates the relationship between price rigidity, price change, and length of buyer-seller associations. Section IV examines whether buyers have systematic preferences for price stability across different products. One criticism of using broadly defined product groups as the unit of analysis is that there is so much heterogeneity of products within a single product grouping that results can be biased. Therefore, in Section V, I redo the analysis for a select group of narrowly defined products. Section VI shows how to measure whether the prices to different buyers move in concert and classifies the various products according to how similar are price changes to different buyers. Section VII examines some specific implications the results have for the prediction of price behavior. Section VIII examines whether there is any relationship of the various characteristics of price movements to the industry's structural characteristics.

## I. The Stigler-Kindahl Data

Stigler and Kindahl collected data mainly from buyers on actual transaction prices paid for a variety of products. They tried to correct for any explicit or implicit discounting and for any changes in the specifications of the product. Although there is undoubtedly some misreporting of prices, and some unrecorded product changes (for example, physical characteristics, point of delivery, time of delivery), it is the most accurate and comprehensive data I know of on individual transaction prices.

The buyers who report prices are typically firms in the *Fortune* 500. The identity of the seller is not known.[2] Typically, there is only scant information on quantity purchased, though it is believed that during the course of the reporting buyers were using the product regularly. Ideally, actual transaction prices are reported monthly. However, in several instances, prices are reported less frequently. A decision on how (or whether) to interpolate prices had to be made.

If the price is unchanged between reportings, I assume that the intervening price is also unchanged. If the price is not the same, then I create two different series. One method assumes a change in each unobserved month. The other assumes only one change over the entire period. For example, suppose that for January, the price is $10, and for April, it is $20 with missing reports for February and March. The first interpolation approach assumes that the price was $13.33 in February and $16.67 in March (i.e., linear interpolation), while the second interpolation approach assumes that the price changed to $20 in either February, March, or April. (It turns out that the results on length of rigidity are unaffected by which particular month is assumed for the price change in this second approach.)

The period of observation is January 1, 1957 through December 31, 1966. Few associations between buyers and seller last for

[2] The form in which the data exist do not allow conclusive determination that the buyer is dealing with only one seller. However, it is believed that only one seller is involved when the buyer is reporting prices pursuant to a contract. Furthermore, when prices remain unchanged or when the specification of the good remains unchanged from observation to observation, the buyer is also likely to be dealing with only one seller. I thank Claire Friedland, who helped collect the original data, for helpful discussions on this matter. For expositional ease, I will regard each price series as arising from a transaction between one buyer and one seller. I will point out when this assumption would substantially alter the interpretation of the results.

Copyright © 2001 All Rights Reserved

Exhibit 122



the entire ten-year period, a point which I analyze later on. Transactions often take place under "contract" and the length of the contract (for example, semiannual, annual) is indicated. The Appendix provides additional information on each type of transaction. Many contracts specify neither a price nor quantity. They seem not to be binding legal documents, but rather more like agreements to agree.

The commodities chosen for study were preselected by Stigler and Kindahl to contain many that others had claimed were characterized by inflexible prices. The commodities are intermediate products used in manufacturing. Within broad commodity classes, finer product distinctions are made. So, for example, one can examine the general category of steel or a specific product category like carbon steel pipe less than 3 inches in diameter. Even within fine product specifications, the individual transactions will probably not involve perfectly homogeneous goods. Therefore, I never compare absolute price levels across products, but instead look only at percentage changes in price and compare movements in percentage changes in price across buyers.

There are a few instances where price series are believed to be list prices, and those prices have been excluded from the analysis. Also excluded are price series that contain inconsistent information. For example, a series is excluded if the reporter claims to produce prices through 1965, but instead prices only through 1960 appear. For several transactions, the product undergoes a specification change. When this occurs, I treat the prices under the new specification change as a new transaction.

## II. Analysis of Product Groups

Table 1 describes the price rigidity present in the individual transaction prices by product group. The first column in Table 1 lists the type of product purchased. Column 2 lists the number of buyer-seller pairings that are observed for goods of unchanged specification. (One pairing could last anywhere from 1 month to 10 years.) Column 3 lists the average duration of price rigidity. This last figure is computed as the average length of spell for which price remains unchanged. For example, if the observations on monthly price were \$5, \$5, \$5, \$6, \$6, \$7, \$7, \$7, \$7, the average rigidity would be three months. The procedure for calculating an average rigidity actually involves an underestimate since the price before the period of observation may have been \$5 and the price after the period of observation may have been \$7. Calculations including and excluding the beginning and ending spells were done with no material change in the substantive interpretation of the results. The calculations in Table 1 are based on the second method of interpolation of prices (only one price change between missing observations—see Section I) and include the beginning and the end of each price series. Column 4 reports the standard deviation in the rigidity of prices. Column 5 reports the same estimate of price rigidity as in column 3, except that only "monthly" contract series are used. These series have fewer missing observations than the other types of transactions, hence much less interpolation is needed. (In fact, the results on rigidity for monthly contracts are similar for the two methods of interpolation.) If the implication of the numbers in column 3 across commodities differ greatly from those in column 5, one might be suspicious of the interpolation used in column 3. I expect price flexibility of monthly contracts to exceed that of all other contract types, so column 5 really puts a lower bound on column 3.

To avoid misinterpretation of the results, it may be helpful to review a standard issue in duration analysis. Imagine that there are two observed transactions, each lasting for a one-year period and each involving the same size of monthly purchase. The first transaction involves a different price each month, while the second involves the same price each month. There are 13 spells of rigidity, 12 of which last one month and one of which lasts twelve months. Based on spells, the average rigidity is $24 \div 13$ or 1.8 months with 92 percent of the spells lasting one month and 8 percent lasting twelve months. Conditional on a price change just having occurred, the average time to the next price

Copyright © 2001 All Rights Reserved

Exhibit 122



TABLE 1—PRICE RIGIDITY BY PRODUCT GROUP

| Product Group (1) | Number of Buyer-Seller Pairings[a] (2) | Average Duration of Price Rigidity (Spells) (Months) (3) | Standard Deviation of Duration (Spells) (Months) (4) | Average Duration of Price Rigidity Monthly Contracts (Spells) (Months) (5) | Average Duration of Price Rigidity (Transactions) (Months) (6) |
|---|---|---|---|---|---|
| Steel | 348 | 13.0 | 18.3 | 9.4 | 17.9 |
| Nonferrous Metals | 209 | 4.3 | 6.1 | 2.8 | 7.5 |
| Petroleum | 245 | 5.9 | 5.3 | 2.5 | 8.3 |
| Rubber Tires | 123 | 8.1 | 12.0 | 7.8 | 11.5 |
| Paper | 128 | 8.7 | 14.0 | 8.8 | 11.8 |
| Chemicals | 658 | 12.8 | 10.7 | 9.6 | 19.2 |
| Cement | 40 | 13.2 | 14.7 | 5.6 | 17.2 |
| Glass | 22 | 10.2 | 12.1 | 8.5 | 13.3 |
| Truck Motors | 59 | 5.4 | 6.3 | 3.7 | 8.3 |
| Plywood | 46 | 4.7 | 7.7 | 1.2 | 7.5 |
| Household Appliances | 14 | 3.6 | 3.6 | 2.5 | 5.9 |

[a]A "pairing" means a transaction over time for a good of constant specification.

change is 1.8 months. Yet, one-half of all goods sold involve a rigid price over the entire period. In other words, holding monthly purchases constant, the analysis based on spells underestimates the fraction of goods sold with rigid prices. The results in columns 3 and 5 utilize spells data. Therefore, even though I have no quantity information, I expect that these results underestimate the fraction of goods sold at rigid prices.

In column 6, I calculate price rigidity using a transaction as the unit of analysis, not a "spell." For each transaction, I calculate the average price rigidity, and then take an average (with each transaction weighted according to its length) over all transactions. Return to the earlier example of two transactions, each lasting one year, but one involving 12 price changes and the other no price changes. An analysis based on *transactions* (not spells) would calculate average rigidity to be $(1+12)/2$ or 6.5 months. It is that type of calculation that is reported in column 6.

Several interesting facts emerge from Table 1. In several industries, prices are on average unchanged over periods exceeding one year. The degree of price inflexibility varies enormously across products groups. Steel, chemicals, and cement have average rigidities exceeding one year while household appliances, plywood, and nonferrous metals have average price rigidities of less than five months. For any one product group the standard deviation of rigidity is quite high. In fact, the standard deviation tends to rise as the average duration of rigidity rises. The simple correlation and the Spearman Rank Correlation between the standard deviation and the average duration (cols. 3 and 4) are both above .80. This suggests (though does not prove) either that each product group presented in Table 1 contains heterogeneous products which differ widely in their price flexibility or that for even a homogeneous product a great heterogeneity in price flexibility is present.[3]

Column 5 shows that using monthly contracts rather than all contracts does not change the basic implications of column 3 regarding price rigidity across groups. Column 6 shows that, as expected, the average of price rigidity rises when the unit of analysis is a transaction. Indeed, the results of

[3]An alternative explanation is that price movements for the same product are similar across different transactions at any one instant but not across time. As we will see in Section VI, this explanation will turn out to be incorrect.

Copyright © 2001 All Rights Reserved

Exhibit 122



TABLE 2—FREQUENCY OF DURATION OF PRICE RIGIDITY FOR VARIOUS TYPES OF TRANSACTIONS BASED ON SPELLS OF PRICE RIGIDITY[a]

| Product | Type of Transaction | Percent of all Trans-actions | Number of Pair-ings[b] | 0–3 Months | 4 Mo.– 1 Year | 1–2 Years | 2–4 Years | Over 4 Years |
|---|---|---|---|---|---|---|---|---|
| Steel | Annual | 3 | 11 | .11 | .41 | .24 | .22 | .03 |
| | Quarterly | 53 | 185 | .34 | .26 | .18 | .12 | .09 |
| | Monthly | 32 | 111 | .48 | .27 | .15 | .07 | .04 |
| Nonferrous Metals | Annual | 4 | 8 | .16 | .69 | .12 | .03 | 0 |
| | Quarterly | 19 | 40 | .61 | .29 | .08 | .02 | .02 |
| | Monthly | 42 | 87 | .78 | .20 | .02 | .01 | 0 |
| Petroleum | Annual | 27 | 66 | .20 | .69 | .07 | .04 | 0 |
| | Quarterly | 15 | 37 | .74 | .23 | .02 | .00 | – |
| | Monthly | 7 | 16 | .83 | .15 | .02 | 0 | – |
| Rubber Tires | Annual | 26 | 32 | .19 | .72 | .07 | .01 | .01 |
| | Quarterly | 37 | 45 | .34 | .48 | .11 | .04 | .04 |
| | Monthly | 20 | 24 | .44 | .44 | .07 | .01 | .06 |
| Paper | Annual | 17 | 22 | .04 | .69 | .18 | .08 | .01 |
| | Quarterly | 2 | 3 | .17 | .42 | .29 | .08 | .04 |
| | Monthly | 28 | 36 | .46 | .36 | .12 | .04 | .02 |
| Chemicals | Annual | 43 | 286 | .11 | .58 | .17 | .09 | .06 |
| | Quarterly | 11 | 72 | .37 | .30 | .12 | .16 | .04 |
| | Monthly | 20 | 134 | .53 | .27 | .09 | .06 | .04 |
| Cement | Annual | 20 | 8 | .04 | .78 | .13 | .04 | 0 |
| | Quarterly | 50 | 20 | .19 | .27 | .23 | .14 | .05 |
| | Monthly | 10 | 4 | .64 | .29 | .02 | .04 | .02 |
| Glass | Annual | 36 | 8 | 0 | .87 | .10 | .03 | 0 |
| | Quarterly | 9 | 2 | .25 | .50 | .19 | 0 | .06 |
| | Monthly | 41 | 9 | .51 | .22 | .18 | .09 | 0 |
| Truck Motors | Annual | 14 | 8 | .05 | .86 | .09 | 0 | 0 |
| | Quarterly | 2 | 1 | .21 | .57 | .21 | 0 | 0 |
| | Monthly | 58 | 34 | .69 | .26 | .04 | .01 | 0 |
| Plywood | Annual | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Quarterly | 96 | 44 | .64 | .29 | .04 | .02 | .01 |
| | Monthly | 4 | 2 | .99 | .02 | 0 | 0 | 0 |
| Household Appliances | Annual | 21 | 3 | 0 | .82 | .18 | 0 | 0 |
| | Quarterly | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Monthly | 57 | 8 | .78 | .22 | 0 | 0 | 0 |

[a]The numbers in the rows of the table may not add to one because of rounding.
[b]The "Number of Pairings" is not the number of spells of price rigidity in all contracts. See the discussion preceding Table 1, and the footnote to Table 1.

column 6 are striking in that they show that every product group has an average rigidity in excess of roughly six months, and that 6 of the 11 product groups have average rigidities of roughly one year or more.

In Table 2, more detailed evidence is provided on the time pattern of price rigidity by product group for three types of transactions. The three transaction types are monthly, in which case the transaction occurred monthly (with no necessary future commitment), quarterly monthly in which case the transaction was monthly but was observed quarterly, and annual in which case the transaction was pursuant to an annual contract. For most product groups, these three types of transactions account for well over 60 percent of all transactions. (See the Appendix for a description of the various types of transactions that comprise the sample.) One important point to note about these transactions is that an annual "contract" rarely means a price change every twelve months, nor does a monthly contract mean a

Copyright © 2001 All Rights Reserved

Exhibit 122



price change every month. Although annual contracts do involve more rigidity than monthly ones, it is incorrect to think of contracts as inflexible price rules set at specified intervals. A more appropriate view is that they are flexible agreements that can be renegotiated when and if the need arises.

The results in Table 2 show that, as one would expect from Table 1, the pattern of rigidity across product groups is highly varied. As a general rule, all product groups for each of the three transaction types in Table 2 are characterized by spells of price rigidity that in the majority of cases last less than one year. Some commodities like nonferrous metals and plywood are characterized by very flexible prices with over 60 percent of all spells in the monthly and quarterly monthly category lasting less than three months. On the other hand, there are definitely a substantial number of transactions involving very inflexible prices. For example, in steel, over 39 percent of the spells of rigid prices in the annual and quarterly monthly category (which comprises over half of all the transactions in steel) last more than one year. Other commodities with important transaction types showing fairly inflexible prices include paper, chemicals, cement and glass. In fact, a histogram analysis based on transactions (not spells) shows that 50 percent or more of all transactions involving steel, cement, chemicals, or glass, have average rigidities of one year or more for frequently used contract types.

As one would expect, the annual category involves less price flexibility than the quarterly category which itself exhibits less flexibility than the monthly category. It is also interesting to note that even within a particular product group and transaction type, there is a high degree of heterogeneity in price flexibility. For example, for chemicals monthly, over 50 percent of spells of rigidity are less than three months, but still a significant fraction (10 percent) involve spells of rigidity in excess of two years. This suggests that within any one product grouping, either the products sold are different, or the buyer-seller pairings have different properties, or the method chosen to allocate (i.e., price vs. nonprice) across different pairings of buyers and sellers is simply different.[4]

One issue frequently raised in discussions of price flexibility is the cost of making a price change (see, for example, Robert Barro, 1972). There are many types of costs associated with a price change. New price sheets have to be constructed, price information must be conveyed to buyers, buyers may find planning more difficult, buyers may distrust sellers if prices change often, search costs are higher if prices change often, and so on. The real question is how important are these costs. One way to address this question is to see how important small price changes are. Table 3 reports the percent of all price changes that are less than 1/4, 1/2, 1, and 2 percent, in absolute value for the same product groups and transaction types reported in Table 2.

Table 3 makes two points. First, very small price changes occur more often in monthly than in quarterly monthly or in annual transaction types. Second, and most important, there are a significant number of price changes that one would consider small (i.e., less than 1 percent) for most commodities and transaction types. This finding presents a bit of a puzzle if buyers are homogeneous. Either the cost of changing price is small or the costs of being at the "wrong" price—even one off by 1 percent—are very high.[5] Yet these explanations have difficulty explaining how it can be that some transactions seem to involve prices that do not change over long periods. Another explanation is that perhaps price does not need to

[4]Alternatively, the heterogeneity in spells could arise because supply and demand are changing over time. This last explanation turns out not to provide the full answer, as we shall see in Section VI. Moreover, a table analogous to Table 2, based on transactions, not spells, confirms the heterogeneity across transactions.

[5]Even if the fixed cost of changing price is small, one cannot necessarily rule out large welfare effects caused by this fixed cost. In a model with distortions, even small fixed costs can lead to large welfare losses. See, for example, N. Gregory Mankiw (1985) and George Akerlof and Janet Yellen (1985). Furthermore, the presence of even small fixed costs might affect the time-series properties of economic variables. See, for example, Julio Rotemberg (1982) and Olivier Blanchard (1982).

Copyright © 2001 All Rights Reserved

**Exhibit 122**



TABLE 3—FREQUENCY OF SMALL PRICE CHANGES BY PRODUCT GROUP BY CONTRACT TYPE

| Product | Percent of Price Changes less than 1/4 Percent | 1/2 Percent | 1 Percent | 2 Percent | Average Absolute Price Change (Percent) |
|---|---|---|---|---|---|
| Steel: | | | | | |
| Annual | 4 | 8 | 11 | 27 | 3.3 |
| Quarterly | 5 | 11 | 17 | 24 | 4.2 |
| Monthly | 9 | 20 | 36 | 52 | 2.5 |
| Nonferrous Metals: | | | | | |
| Annual | 2 | 5 | 9 | 27 | 7.0 |
| Quarterly | 2 | 5 | 12 | 25 | 5.0 |
| Monthly | 8 | 15 | 28 | 49 | 2.9 |
| Petroleum: | | | | | |
| Annual | 0 | 0 | 8 | 24 | 5.3 |
| Quarterly | 0 | 0 | 2 | 17 | 5.4 |
| Monthly | 1 | 5 | 19 | 47 | 2.9 |
| Rubber Tires: | | | | | |
| Annual | 12 | 21 | 30 | 44 | 3.0 |
| Quarterly | 7 | 11 | 18 | 34 | 4.5 |
| Monthly | 13 | 23 | 38 | 63 | 2.3 |
| Paper: | | | | | |
| Annual | 4 | 9 | 8 | 27 | 6.3 |
| Quarterly | 0 | 19 | 24 | 33 | 3.6 |
| Monthly | 13 | 23 | 43 | 62 | 2.0 |
| Chemicals: | | | | | |
| Annual | 4 | 8 | 13 | 24 | 7.7 |
| Quarterly | 0 | 5 | 11 | 24 | 7.3 |
| Monthly | 5 | 14 | 30 | 42 | 5.0 |
| Cement: | | | | | |
| Annual | 14 | 22 | 32 | 46 | 3.3 |
| Quarterly | 0 | 0 | 1 | 19 | 4.1 |
| Monthly | 71 | 75 | 85 | 94 | 5.0 |
| Glass: | | | | | |
| Annual | 0 | 0 | 7 | 19 | 6.5 |
| Quarterly | 0 | 0 | 20 | 40 | 6.2 |
| Monthly | 3 | 20 | 45 | 67 | 2.1 |
| Trucks, Motors: | | | | | |
| Annual | 3 | 3 | 12 | 20 | 3.9 |
| Quarterly | 0 | 0 | 0 | 8 | 7.2 |
| Monthly | 12 | 27 | 50 | 75 | 1.7 |
| Plywood: | | | | | |
| Annual | – | – | – | – | – |
| Quarterly | 1 | 2 | 6 | 19 | 6.1 |
| Monthly | 19 | 38 | 54 | 72 | 1.9 |
| Household Appliances: | | | | | |
| Annual | 0 | 0 | 0 | 25 | 4.3 |
| Quarterly | – | – | – | – | – |
| Monthly | 22 | 44 | 70 | 95 | .8 |

change in those transactions for which prices are unchanging (i.e., neither supply nor demand curves are shifting). This explanation runs into the problem that, as is suggested from Table 2 (and as will be confirmed later on), within the same product grouping there are likely to be changing prices for one transaction at the same time that there are constant prices for another. The only possible explanations consistent with efficiency seem to be either that firms differ in their allocation ability with some firms relying on

Copyright © 2001 All Rights Reserved

Exhibit 122



price more than others, or, alternatively, that every firm must rely more on price when dealing with certain buyers than with others.[6]

The foregoing analysis can also shed light on the question of whether there is an asymmetry in price movements. For example, are prices rigid downward? If prices are rigid downward, then one can think of the fixed cost of changing price as being higher for price declines than price increases. If so, the minimum positive price change should be less than the minimum negative price change. In fact, an analysis of minimum positive and negative price changes reveals no such pattern.

### III. Relationship Between Price Rigidity, Price Change, and Length of Buyer-Seller Association

If within a particular product group, there is a wide degree of heterogeneity in price rigidity across buyers, are there any predictable correlations that emerge between price rigidity, price change, and length of buyer-seller association?[7] There are several different theories of price rigidity and the theories often have different implications for these correlations. I now investigate three questions.

First, is there a positive correlation between length of association and price rigidity across transactions for the same product?[8] That is, if buyer *A* has been dealing with his seller for ten years, while buyer *B* is beginning a new relationship, are buyer *A*'s prices more rigid? One rationale for this relationship would be that if buyers and sellers deal with each other over long time periods, they set one average price and thereby save on the transaction cost of changing price constantly. However, it is quite possible to justify the reverse relationship. The impediment to changing price may be that the buyer or seller may feel the other side is taking advantage of him (see, for example, Williamson). If buyers and sellers have been dealing with each other for a long period of time, it will be in their interest not to take advantage of the other in the short run for fear of damaging the ongoing relationship (see, for example, Lester Telser, 1980). If buyers and sellers know each other well, because of their long-standing relationship, this fear of being taken advantage of in the short run will be reduced. In such a case, flexible prices may emerge.

Second, is there an inverse correlation between the size of price change and duration of price rigidity across transactions within the same product group? That is, if buyer *A* purchases steel on a contract in which price changes frequently, while buyer *B* has a contract in which price changes infrequently, are the price changes (when they occur) of buyer *A* larger (in absolute value) than those of buyer *B*? This relationship would make sense if prices are rigid on some transactions because there is a cost to changing price. If so, one would expect that those transactions with the most rigid prices (those to buyer *B*) have the highest costs of changing price and therefore only large price changes will be observed on those contracts. An alternative prediction would be that some prices are rigid because buyers (or sellers) want price stability for insurance-type reasons. In such a case, price changes on the more rigid con-

[6] I recognize the possibility that nonefficiency explanations may help explain some pricing behavior (for example, Akerlof-Yellen and Daniel Kahneman, Jack Knetsch, and Richard Thaler, 1986), but feel that the efficiency explanations have not yet been fully explored (see my forthcoming paper).

[7] Length of association is measured as the total time the buyer and seller have engaged in a transaction for a product whose specifications may change over the time of the association. This measure is a noisy one, because the buyer and seller may be engaged in other transactions which affect their knowledge of each other, and may have been dealing with each other prior to the beginning of the data set. Moreover, to the extent that a buyer reported prices from several suppliers, rather than one, for each reported price series, the measure of length of association is flawed. (See fn. 2.)

[8] See Table A1 for data by product group on average length of association and average price change. Table 1 reports average duration of price rigidity. Correlation of these three variables across product groups is not as good a way of uncovering systematic relationships among these three variables as is correlation of the three variables across transactions for the same product, because many factors differ between product groups.

Copyright © 2001 All Rights Reserved

Exhibit 122



tract could well be smaller than on the flexible price contract since the function of insurance is to smooth out price fluctuations.

The third question is whether there is a negative association between length of association and the size of price change. If buyers' and sellers' distrust of or lack of knowledge about each other explains rigid prices, then the longer the association, the lower the cost of changing price, and hence the more flexible should be price and the smaller the observed price changes. The opposite prediction could emerge from a theory in which buyers and sellers who deal with each other over long periods care about getting only the average price right. In such a case, one would expect to see rigid prices that infrequently change. When they do change, they will change by larger amounts than prices in less rigid contracts.[9]

Table 4 reports the correlations between length of association, price change (absolute value), and rigidity for each product group, and indicates when the correlations are statistically significant at the 10 percent level, 5 percent level, and 1 percent level.[10] A strong positive association between length of association and rigidity exists only for chemicals, while a strong negative association exists for petroleum, household appliances, and truck motors. To the extent any general relationship exists between length of association and rigidity, it is a *negative* one. The second column of Table 4 indicates that there is a *positive* association between price change and rigidity. All but one correlation is positive, and all seven statistically significant correlations are positive. The third column suggests that there is a *negative* correlation between length of association and price change. All but two correlations are negative, and all five statistically significant correlations are negative.

TABLE 4—CORRELATIONS OF CONTRACT CHARACTERISTICS

| | Correlation Between: | | |
|---|---|---|---|
| Product | Length of Association and Rigidity | Rigidity and Average Absolute Percent Price Change | Length of Association and Average Absolute Percent Price Change |
| Cement | .28 | .17 | .24 |
| Chemicals | .16[c] | .10[a] | −.12[b] |
| Glass | −.11 | .69[c] | −.24 |
| Household Appliances[d] | −.87[c] | .71[b] | −.66[b] |
| Nonferrous Metals | .12 | .12 | −.15[b] |
| Paper | .03 | .20 | −.25[a] |
| Petroleum | −.25[c] | −.06 | −.09 |
| Plywood | .10 | .54[c] | −.11 |
| Rubber Tires | −.08 | .43[c] | −.27[b] |
| Steel | .03 | .14[b] | .01 |
| Trucks, Motors | −.56[c] | .60[a] | −.23 |

[a] Statistical significance at the 10 percent level.
[b] Statistical significance at the 5 percent level.
[c] Statistical significance at the 1 percent level.
[d] Based on only 11 observations.

In short, the evidence in Table 4 is *consistent* with the following explanation. Buyers and sellers who do not have long associations are more likely to use fixed price contracts because they don't trust or know each other. The "cost" of changing price on such a contract is to risk creation of mutual distrust. Prices change on these contracts only for substantial price movements. Buyers and sellers who have long associations aren't as worried about mutual distrust. Hence, price changes are more frequent (i.e., less rigid prices) and on average smaller.[11]

One common explanation for price (or wage) rigidity has to do with insurance. I have not incorporated that explanation into the one just given for several reasons. First, recent work (Sherwin Rosen, 1985) casts doubt on the theoretical underpinnings of an

[9] This assumes that price changes are motivated by changes in the permanent price component whose changes are assumed larger than the transitory component. The reverse relation between permanent and transitory would flip the prediction.

[10] My 1986 working paper reports data on average rigidity, average price change, and average length of association by product by type of contract.

[11] A model that would generate such results would be one where costs are undergoing a random walk, production is constant returns to scale, and the cost of changing price is negatively related to length of association.

Copyright © 2001 All Rights Reserved

Exhibit 122



insurance explanation. Second, large firms should be able to diversify such risks, and hence not need insurance.[12] Third, as we will see in the next section, the insurance explanation does not seem supported by the data.

## IV. Relationship Among Types of Transactions

Do some buyers seek out stable pricing arrangements in which the price changes infrequently? If so, one would expect to see a correlation in the rigidity of pricing across transactions of different commodities. For example, if the transactions of a particular buyer who purchased steel involved price changing much less frequently than the industry average, will it also be the case that the buyer's transactions involving paper have prices that change less frequently than the industry average?

For the product categories of Table 1, I have calculated for each buyer a vector of the average price rigidity for each of the commodities he purchases. I then examine pairs of products to see if there is a correlation across firms in these rigidities, (i.e., does a firm buying steel with overly rigid prices buy paper with overly rigid prices?) There are 227 buyer firms in my sample. There are many fewer (around 60) who purchase any two commodities. The pairwise correlations were primarily positive, but in most cases the correlations were not statistically significant, and were often sensitive to the interpolation method used to calculate price rigidity. The most stable and statistically significant results were the (positive) correlations between price rigidity for contracts in steel and rubber, metals and plywood, and rubber and cement.[13] Because of the instability of the results, these results should be regarded as at best weak support that buyers may have certain preferences across transaction types for different products.

## V. Analysis of Specific Products

One drawback to the analysis of the previous sections is that the product groups may be so broad that a heterogeneity appears in the results which is caused only by the heterogeneous nature of the products in any one commodity group. To remedy this problem, I analyzed 32 specific products. These 32 products were chosen primarily because there were numerous data on them. The products analyzed are listed in Table 5 along with information similar to that presented in Table 1.

The results are similar to those of Table 1 in several respects. As in Table 1, there is wide variation across products in the rigidity of price. Even within a single detailed product specification, there still exists a great deal of heterogeneity in durations of spells of rigidity. The standard deviation of duration rises with the average duration.[14] One is struck by the rigidity of some prices. Even for monthly contracts, there are many products (for example, chlorine liquid, steel plate) where the average length of a spell of price rigidity is well over one year. And, column 6 indicates that, using transactions as the unit of analysis, most commodities have average durations of price in excess of eight months.

In Table 6, I present the histograms of spells of price rigidity by commodity for a frequently used contract specification. The pattern that emerges is similar to that in Table 2. Even within detailed product specification for a particular contract type, there is considerable heterogeneity in length of spells of price rigidity. This suggests that the price of a good is changing for some transactions but not for others.[15] Table 6 reveals that although most prices do not remain in effect for over one year, for many products (for example, steel plate, hot rolled bars and rods, oxygen) a significant number of spells (over 20 percent) of rigid prices remain in effect for over two years.

[12] This must be qualified by agency theories of monitoring.

[13] One curious finding is that price rigidity is negatively correlated at a statistically significant level for truck and steel contracts.

[14] The simple and rank correlations of average duration and the standard deviation of duration exceed .9.

[15] Histograms like Table 6 based on a transaction (not spell) as the unit of analysis confirm this.

Copyright © 2001 All Rights Reserved

Exhibit 122



TABLE 5—PRICE RIGIDITY FOR DETAILED PRODUCT SPECIFICATIONS[a]

| Product (1) | Number of Buyer-Seller Pairings (2) | Average Duration Price Rigidity (Spells) (Months) (3) | Standard Deviation of Duration (Spells) (Months) (4) | Aver. Duration of Price Rigidity Monthly Contracts (Spells) (Months) (5) | Average Duration of Price Rigidity (Transactions) (Months) (6) |
|---|---|---|---|---|---|
| Steel plates | 28 | 18.5 | 19.4 | 21.6 | 20.3 |
| Hot rolled bars and rods | 33 | 15.1 | 17.6 | 10.6 | 17.5 |
| Steel pipe and tubing (3″ or less in diameter) | 33 | 12.1 | 16.4 | 12.7 | 15.9 |
| Copper wire and cable (bare) | 26 | 3.8 | 5.4 | 2.6 | 4.1 |
| Gasoline (regular) | 66 | 6.2 | 5.7 | 2.7 | 8.9 |
| Diesel oil #2 | 75 | 4.7 | 4.3 | 1.4 | 6.9 |
| Fuel oil #2 | 41 | 7.3 | 4.9 | 4.6 | 8.3 |
| Residual fuel oil #6 | 59 | 6.5 | 6.4 | 2.9 | 9.2 |
| Container board, fiberboard | 28 | 11.6 | 8.0 | 11.5 | 12.6 |
| Caustic soda (liquid) | 33 | 16.2 | 22.9 | 27.6 | 21.3 |
| Chlorine liquid | 28 | 19.9 | 18.7 | 60.0 | 27.1 |
| Oxygen, cylinders | 30 | 16.8 | 14.6 | 36.3 | 21.5 |
| Acetylene | 22 | 16.0 | 16.2 | 26.4 | 21.9 |
| Portland cement (sack) | 28 | 16.4 | 16.8 | – | 19.0 |
| Steel sheet and strip, hot rolled | 25 | 18.6 | 18.5 | – | 19.1 |
| New rail (RR) | 20 | 22.1 | 31.4 | 17.1 | 23.2 |
| Tie plates (RR) | 18 | 21.9 | 33.0 | 20.0 | 23.0 |
| Steel wheels "one wear" (RR) | 25 | 21.4 | 22.6 | 24.0 | 24.9 |
| Track bolts (RR) | 18 | 14.5 | 17.4 | 4.4 | 17.2 |
| Zinc slab ingots | 9 | 5.1 | 5.4 | 4.4 | 5.6 |
| Coal (RR) | 20 | 6.8 | 12.2 | 1.4 | 15.9 |
| Kraft wrapping paper | 12 | 7.5 | 6.0 | 5.7 | 9.2 |
| Paper bags | 16 | 9.4 | 5.3 | 20.0 | 10.3 |
| Sulfuric acid, bulk | 15 | 14.1 | 18.7 | 22.3 | 20.9 |
| Sulfuric acid | 19 | 11.0 | 17.1 | 5.1 | 19.5 |
| Methyl alcohol | 18 | 12.3 | 12.9 | 17.4 | 17.8 |
| Phthalic anhydride | 10 | 7.2 | 6.1 | 6.8 | 8.3 |
| Succinate antibiotic | 16 | 34.4 | 52.1 | 57.0 | 25.4 |
| Kapseals antibiotic | 16 | 56.1 | 66.7 | 40.0 | 44.0 |
| Meprobanate tablets | 16 | 13.8 | 12.0 | 18.7 | 15.5 |
| Librium | 13 | 19.1 | 23.1 | 56.0 | 20.9 |
| Plywood | 25 | 3.7 | 4.8 | 1.1 | 6.2 |

[a]See Table 1. The dashes in col. 5 indicate no data available.

In Table 7, I present the fraction of price changes that are less than 1/4, 1/2, 1, and 2 percent in absolute value in order to assess the importance of the fixed costs of changing price. Table 7 corroborates the message of Table 3. For most products, there are numerous (over 10 percent) instances of small price changes (below 1 percent). This fact reinforces my earlier conclusion that theories that postulate rigid prices solely because of a common high fixed cost of changing price to each buyer are not supported by the evidence. (See the discussion of the results of Table 3.) The most reasonable explanation is that firms and buyers must differ in their need to rely on the price system to achieve

Copyright © 2001 All Rights Reserved

Exhibit 122



TABLE 6—HISTOGRAMS OF DURATIONS OF RIGIDITY BY DETAILED PRODUCT SPECIFICATION BASED ON SPELLS OF RIGIDITY

| Product | 0–3 Mo. | 3 Mo.– 1 Yr | 1–2 Yrs | 2–4 Yrs | Over 4 Yrs |
|---|---|---|---|---|---|
| Steel plate | .24 | .24 | .23 | .18 | .11 |
| Hot rolled bars and rods | .36 | .21 | .21 | .16 | .07 |
| Steel pipe and tubing (less than 3" diameter) | .39 | .31 | .16 | .10 | .05 |
| Copper wire and cable (bare) | .67 | .30 | .02 | 0 | .01 |
| Gasoline (regular)(A) | .33 | .59 | .05 | .03 | 0 |
| Diesel oil #2 | .79 | .22 | 0 | 0 | 0 |
| Fuel oil #2 (A) | .03 | .88 | .08 | .02 | 0 |
| Residual fuel oil #6 (A) | .22 | .64 | .07 | .06 | 0 |
| Container board, fiberboard (A) | 0 | .73 | .19 | .06 | 0 |
| Caustic soda (liquid)(A) | .10 | .64 | .14 | .06 | .06 |
| Chlorine liquid (A) | 0 | .69 | .14 | .10 | .06 |
| Oxygen, cylinders | .32 | .27 | .14 | .26 | .01 |
| Acetylene | .37 | .24 | .15 | .21 | .01 |
| Portland cement (bag or sack) | .19 | .32 | .24 | .14 | .05 |
| Steel sheet and strip, hot rolled | .25 | .27 | .19 | .21 | .08 |
| New rail | .53 | .07 | .16 | .06 | .18 |
| Tie plates | .53 | .08 | .17 | .06 | .16 |
| Steel wheels "one wear" | .13 | .35 | .22 | .22 | .09 |
| Track bolts | .27 | .34 | .23 | .06 | .11 |
| Zinc slab ingots | .44 | .44 | .09 | .03 | 0 |
| Coal, for RR | .60 | .23 | .11 | .03 | .03 |
| Kraft wrapping paper | 0 | .40 | .40 | .20 | 0 |
| Paper bags | .17 | 0 | .67 | .17 | 0 |
| Sulfuric acid, bulk | .68 | .18 | .08 | 0 | .05 |
| Sulfuric acid (A) | .13 | .56 | .20 | .05 | .05 |
| Methyl alcohol (A) | .38 | .38 | .15 | .07 | .01 |
| Phthalic anhydride | .47 | .41 | .09 | .03 | 0 |
| Succinate antibiotic | 0 | .30 | 0 | .50 | .20 |
| Kapseals antibiotic | 0 | .08 | .08 | .31 | .54 |
| Meprobanate tablets (A) | .14 | .67 | .11 | .06 | .03 |
| Librium (A) | .13 | .39 | .22 | .17 | .09 |
| Plywood | .73 | .23 | .03 | .01 | .01 |

*Note:* All contracts are monthly or quarterly monthly, unless followed by (A) which indicates annual. The numbers in rows may not add to one because of rounding.

allocative efficiency and that the fixed costs of changing price varies across buyers and across firms.

An analysis of the minimum positive and negative price changes reveals no tendency for one to exceed the other. Just as in the earlier analysis, there appears to be no evidence to support asymmetric price changes.

In Table 8, I present information, comparable to Table 4, on the relationship between price rigidity, length of association, and average price change for transactions in the same product.[16] (Table A2 in the Appendix presents information by product on average absolute price change and average length of association.) The results mirror those of Table 4. There may be a weak negative correlation between rigidity and length of association. Of the 18 correlations,

[16] Most correlations involve between 20 to 30 observations, with 15 being the minimum number of observations required in order to be reported.

Copyright © 2001 All Rights Reserved

Exhibit 122



TABLE 7—FREQUENCY OF SMALL PRICE CHANGES BY DETAILED PRODUCT SPECIFICATION

| Product | Percent of Price Changes less than 1/4 Percent | 1/2 Percent | 1 Percent | 2 Percent |
|---|---|---|---|---|
| Steel plate | 0 | 1 | 11 | 16 |
| Hot rolled bars and rods | 1 | 8 | 13 | 28 |
| Steel pipe and tubing (less than 3" diameter) | 4 | 6 | 14 | 27 |
| Copper wire and cable (bare) | 3 | 5 | 8 | 19 |
| Gasoline (regular)(A) | 0 | 1 | 13 | 27 |
| Diesel oil #2 | 0 | 0 | 2 | 19 |
| Fuel oil #2 (A) | 0 | 0 | 7 | 22 |
| Residual fuel oil #6 (A) | 0 | 0 | 2 | 25 |
| Container board, fiberboard (A) | 4 | 4 | 4 | 12 |
| Caustic soda (liquid)(A) | 2 | 5 | 11 | 15 |
| Chlorine liquid (A) | 6 | 13 | 17 | 31 |
| Oxygen, cylinders | 0 | 0 | 3 | 14 |
| Acetylene | 0 | 10 | 18 | 23 |
| Portland cement (bag or sack) | 0 | 0 | 1 | 19 |
| Steel sheet and strip, hot rolled | 0 | 2 | 7 | 13 |
| New rail | 1 | 3 | 6 | 10 |
| Tie plates | 3 | 5 | 5 | 9 |
| Steel wheels "one wear" | 4 | 4 | 10 | 16 |
| Track bolts | 1 | 3 | 14 | 16 |
| Zinc slab ingots | 6 | 6 | 11 | 20 |
| Coal (RR) | 3 | 8 | 18 | 37 |
| Kraft wrapping paper | 3 | 8 | 20 | 53 |
| Paper bags | 0 | 20 | 20 | 60 |
| Sulfuric acid, bulk | 3 | 12 | 34 | 54 |
| Sulfuric acid | 1 | 1 | 57 | 76 |
| Methyl alcohol (A) | 0 | 15 | 24 | 32 |
| Phthalic anhydride | 0 | 0 | 0 | 0 |
| Succinate antibiotic | 0 | 0 | 0 | 0 |
| Kapseals antibiotic (A) | 0 | 0 | 0 | 50 |
| Meprobanate tablets (A) | 0 | 0 | 0 | 27 |
| Librium (A) | 0 | 0 | 0 | 14 |
| Plywood | 1 | 3 | 7 | 18 |

*Note:* See Table 6.

only 4 were statistically significant. Two negative correlations were significant at the 1 percent level, while the positive correlations were significant at the 5 and 10 percent levels. (However, the number of positive correlations exceeded the number of negative ones.) The evidence on the correlation between price change and rigidity is clearer. Of the 9 significant correlations, 8 were positive. The number of positive correlations exceeded the number of negative ones. The evidence on the correlation between price change and length of association suggests a negative correlation. Of the 5 significant coefficients, all were negative. (However, the number of negative correlations equalled the number of positives.)

## VI. The Heterogeneity of Price Movements Across Buyers

The previous evidence reveals that price movements across different transaction types for the same commodity may be very differ-

Copyright © 2001 All Rights Reserved

Exhibit 122



TABLE 8—CORRELATIONS OF CONTRACT CHARACTERISTICS

| | Correlation Between: | | |
|---|---|---|---|
| Product | Length of Association and Rigidity | Rigidity and Average Absolute Percent Price Change | Length of Association and Average Absolute Percent Price Change |
| Steel sheet and strip, hot rolled | – | −.40[a] | – |
| Steel plate | .07 | −.11 | .27 |
| Hot rolled bars and rods | −.00 | .32[a] | .26 |
| Steel pipe and tubing (3″ or less in diameter) | −.21 | .19 | −.32[a] |
| Plywood | .10 | .04 | −.34[a] |
| New rail | .14 | .41[a] | −.64[b] |
| Tie plates | – | .47[b] | – |
| Steel wheels "One wear" | .07 | −.33 | −.14 |
| Track bolts | – | .54[b] | – |
| Copper wire and cable, bare | −.06 | .76[c] | −.20 |
| Coal, for RR | – | −.14 | – |
| Gasoline | .02 | .08 | −.02 |
| Diesel oil #2 | −.74[c] | −.22 | .27 |
| Fuel oil #6 | −.12 | −.02 | −.14 |
| Sulfuric acid, bulk | .51[b] | −.06 | −.45[b] |
| Sulfuric acid | −.52[c] | .15 | .10 |
| Caustic soda, liquid | .35 | .58[c] | .22 |
| Chlorine, liquid | .40[a] | −.00 | −.56[b] |
| Oxygen cylinders | .10 | −.17 | .07 |
| Acetylene | .04 | .50[b] | .12 |
| Methyl alcohol | .21 | .53[c] | .02 |
| Portland cement, in bag or sack | .34 | .19 | .33 |

[a] Significance at the 10 percent level.
[b] Significance at the 5 percent level.
[c] Significance at the 1 percent level.

ent. In this section, I investigate in more detail the heterogeneity of price movements for the same commodity. By limiting the analysis to transactions of the same type, I have automatically screened out considerable heterogeneity. Despite this, I still find a startling amount of heterogeneity. I limit the analysis to annual contracts or quarterly monthly and monthly contracts, depending on the available data. I group price movements from quarterly monthly and monthly together on the grounds that they both represent price series whose prices are not necessarily expected to remain in force for more than one month.

I use two methods to describe how heterogeneous price movements are. The first method measures the difference in the stochastic structure of each price change series while the second attempts to measure correlation in price movements across different transactions.

The first method computes for each individual price series the variance in the percent changes in price (actually the first difference of the log of the price series). A variance $\sigma$ is computed for each transaction price series. If all the price series have the same stochastic structure, this variance should be the same across different price series for the same commodity. For each of 30 commodities, I present the mean variance (i.e., the mean of $\sigma^2$), the variance of $\sigma^2$ (i.e., a measure of how $\sigma^2$ varies across transactions), and the coefficient of variation (square root of variance of $\sigma^2$ divided by the mean).[17]

Table 9 shows that, in general, the individual price series within any one commodity and transaction type seems to be quite different from one another. The commodities that seem to have the least homogeneous transactions are steel pipe, oxygen, sheet steel, steel railway wheels, and coal.

Another method of characterizing the degree of heterogeneity among price series is to look at the correlation of contemporaneous price changes. A slight extension of this method is to examine the correlation of filtered price series. An example will illustrate.

Suppose two monthly price series are

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 10 | 10 | 10 | 10 | 5 | 5 | 5 | 5 | 7.5 | 7.5 | 7.5 | 7.5, |
| and | 10 | 10 | 10 | 5 | 5 | 5 | 5 | 7.5 | 7.5 | 7.5 | 7.5 | 7.5 |

One might be especially interested in seeing how closely the percent changes in the price series are correlated. The two derived series of percent price changes are

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| – | 0 | 0 | 0 | −50% | 0 | 0 | 0 | 50% | 0 | 0 | 0 |
| – | 0 | 0 | −50% | 0 | 0 | 0 | 50% | 0 | 0 | 0 | 0 |

[17] Some products from Table 5 were dropped because of data incompleteness.

Copyright © 2001 All Rights Reserved

**Exhibit 122**



TABLE 9—MEASURES OF HETEROGENEITY AMONG PRICE SERIES

| Product | Mean Variance of Individual Price Change | Variances of Individual Price Change | Coefficient of Variation |
|---|---|---|---|
| Steel plate | 1.33 (10–6) | 1.56 (10–9) | 29.7 |
| Hot rolled bars and rods | 1.73 (10–6) | 3.64 (10–9) | 34.9 |
| Steel pipe and tubing (3″ or less in diameter) | 3.31 (10–6) | 2.27 (10–8) | 45.5 |
| Copper wire and cable, bare | 1.45 (10–5) | 4.36 (10–8) | 14.4 |
| Gasoline | 6.22 (10–5) | 1.03 (10–6) | 16.3 |
| Diesel #2 | 1.59 (10–5) | 6.50 (10–8) | 16.0 |
| Fuel oil #2 (A) | 2.93 (10–5) | 1.02 (10–7) | 10.9 |
| Fuel oil #6 | 2.57 (10–5) | 4.54 (10–7) | 26.2 |
| Container board, fiberboard | 2.94 (10–5) | 5.62 (10–9) | 2.5 |
| Caustic soda, liquid | 5.26 (10–5) | 4.89 (10–8) | 4.2 |
| Liquid chlorine (A) | 8.48 (10–6) | 6.57 (10–8) | 30.2 |
| Oxygen, cylinders | 3.07 (10–5) | 2.49 (10–6) | 51.4 |
| Acetylene | 6.66 (10–6) | 4.63 (10–8) | 32.3 |
| Portland cement | 1.97 (10–6) | 4.79 (10–9) | 35.1 |
| Sheet steel and strip (hot rolled) | 4.64 (10–6) | 1.63 (10–7) | 87.0 |
| New rails | 9.95 (10–7) | 1.44 (10–10) | 12.1 |
| Tie plates | 1.55 (10–6) | 1.43 (10–10) | 7.7 |
| Steel railway wheels | 9.51 (10–7) | 8.08 (10–9) | 94.5 |
| Railroad track bolts | 2.87 (10–6) | 4.93 (10–9) | 24.5 |
| Zinc slab, ingot | 6.21 (10–5) | 7.09 (10–8) | 4.3 |
| Coal (RR) | 9.15 (10–6) | 1.60 (10–7) | 43.7 |
| Sulfuric acid, bulk (A) | 5.92 (10–5) | 1.91 (10–6) | 23.3 |
| Sulfuric acid (A) | 5.54 (10–5) | 9.05 (10–7) | 17.2 |
| Methyl alcohol (A) | 7.24 (10–5) | 1.55 (10–7) | 5.4 |
| Phthalic anhydride | 2.78 (10–4) | 1.52 (10–6) | 4.4 |
| Succinate (A) | 5.42 (10–6) | 3.13 (10–8) | 32.6 |
| Kapseals (A) | 2.52 (10–6) | 2.77 (10–9) | 20.9 |
| Meprobanate tablets (A) | 2.59 (10–4) | 3.83 (10–6) | 7.6 |
| Librium (A) | 6.39 (10–5) | 5.40 (10–7) | 11.5 |
| Plywood | 2.08 (10–5) | 1.43 (10–7) | 18.2 |

*Note:* See Table 6.

It appears that the two series have no correlation in percent changes. But that conclusion is misleading. Both series change within one month of each other. Suppose that one constructs a new series that takes the arithmetic average of the last two monthly percent changes in prices. Then one obtains two series that look like

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| – | – | 0 | 0 | –25% | –25% | 0 | 0 | 25% | 25% | 0 | 0 |
| – | – | 0 | –25% | –25% | 0 | 0 | 25% | 25% | 0 | 0 | 0 |

The correlation between the two new series will be positive and will equal .5. If one uses a three-month filter (i.e., average over the last three monthly percent changes in price), the correlation rises to .67. In general, one initially expects correlation to rise as the period of averaging increases.

Before presenting tabulations of correlations by product for different filter sizes, it will be helpful first to decide what is a "high" or "low" correlation. In other words, we must develop some underlying standard as to how closely two very related series should move. Suppose we adopt the position that two price series that change by identical amounts within, say, three months of each other are "highly" correlated. Let $\rho(F)$ be

Copyright © 2001 All Rights Reserved

Exhibit 122



the contemporaneous correlation of the two price series when averaging over $F$ periods is performed. Suppose that the two series representing percent price changes are identical, are displaced from each other by three months, and that price changes are independent of the preceding price change. Then, it is easy to show that

$$\rho(1) = \rho(2) = 0$$

$$\rho(F) = 1 - 3/F \qquad F > 3.$$

This means that for a filter of size 6, the correlation between our two series is .5, and rises to .75 for filters of one year. In general, one should expect that very high correlations (above .7) will probably be unusual for filters below twelve months, even for "well-behaved" price series.

Each of 30 products was analyzed separately. For each product, and for each contract type an average correlation for a particular filter size was computed. For example, suppose that there are 10 individual contract transactions for steel plates, each lasting ten years. The monthly percent change in price (differences in log of price) was calculated for each series for each month. The simple correlation was computed for every combination of contracts (i.e., 45 pairs) and an average correlation over the 45 pairs was then computed. If the average correlation is high, it says that on average the price series move together. If the average correlation is low, it suggests that price movements for the same good are only very loosely related to each other. If the low correlation persists as the filter increases to say two years, it says that knowing how person $A$'s price has changed over a two-year period doesn't help much in predicting how person $B$'s price will change (averaged over the two-year period).

In Table 10, I present measures of average correlation for filters of one month and twelve months for each of the 30 commodities for selected contract types.[18] As expected, $\rho(12)$ usually exceeds $\rho(1)$. If we use the criterion that correlations on the order of .5 and above represent price series that move pretty closely together, we see that for several

TABLE 10—HETEROGENEITY MEASURES: CORRELATIONS AMONG PRICE SERIES

| Product[a] | $\rho(1)$[b] | $\rho(12)$[b] |
|---|---|---|
| Steel plate (M) | .42 | .61 |
| Hot rolled bars and rods (M) | .42 | .60 |
| Steel pipe and tubing (M) (3″ or less in diameter) | .16 | .25 |
| Copper wire and cable (M) | .53 | .78 |
| Gasoline (A) | .02 | .07 |
| (M) | .04 | .30 |
| Diesel fuel #2 (A) | .00 | .06 |
| (M) | .53 | .69 |
| Fuel oil #2 (A) | .01 | −.03 |
| Fuel oil #6 (A) | .02 | .11 |
| (M) | .26 | .49 |
| Container board, fiberboard (A) | .14 | −.03 |
| (M) | .06 | .16 |
| Caustic soda, liquid (A) | .07 | .07 |
| (M) | .04 | .36 |
| Liquid chlorine (A) | .05 | .08 |
| Oxygen, cylinders (A) | .03 | .17 |
| (M) | .28 | .40 |
| Acetylene (M) | .30 | .54 |
| Portland cement (M) | .15 | .21 |
| Steel sheet and strip, (M) hot rolled | .40 | .44 |
| Rails (M) | .81 | .94 |
| Tie plates (M) | .78 | .88 |
| Steel railway wheels | .37 | .54 |
| Railroad track bolts | .47 | .62 |
| Zinc slab ingots (M) | .52 | .90 |
| Coal (RR) (M) | .14 | .17 |
| Phthalic anhydride (M) | .27 | .68 |
| Sulfuric acid, bulk (A) | .13 | .32 |
| Sulfuric acid (A) | .10 | .07 |
| Methyl alcohol (A) | .22 | .46 |
| Succinate (A) | 0.0[c] | 0.0[c] |
| Kapseals (A) | 0.0[c] | 0.0[c] |
| Meprobanate tablets (A) | .03 | −.07 |
| Librium (A) | −.02 | −.06 |
| Plywood (M) | .16 | .21 |

[a] Contracts are either quarterly monthly or monthly (indicated by M) or annual (indicated by A).
[b] $\rho(i)$: Correlations of price changes averaged over $i$ months.
[c] No price movement in most contracts.

[18] Filters of 2 years produced results similar to those for filters of 1 year. Correlations were also calculated on the timing of price changes (i.e., 0 or ±1 indicating whether or not a price change occurred and its direction) and the same low correlations persisted.

Copyright © 2001 All Rights Reserved

Exhibit 122



products, there is a homogeneity of price movements. On the other hand, there are several products like cement, container board, plywood, and several chemical products that have very low (sometimes even negative) correlations even for twelve-month averaging. In fact, it is startling to find so many products where it is clear that some mechanism other than only price is allocating resources.[19] It is noteworthy that container board exhibits low correlations of price, since I understand that quantity rationing is sometimes used in the paper industry in place of price rationing.[20]

It is interesting to see whether there is any agreement between the two methods of characterizing heterogeneity in Tables 9 and 10. In fact, there is a low degree of agreement. The simple correlation between the measures of heterogeneity in Tables 9 and 10 is below .1 and is not statistically significant. On the other hand, there is a high degree of statistically significant (negative) correlation between $\rho(1)$ (or $\rho(12)$) and other measures of heterogeneity such as the coefficients of variation for rigidity, price change, and length of association.[21] This may imply that the measure in Table 9 is capturing an aspect of price different from the other measures or, alternatively, that the measure in Table 9 is not a useful one.

## VII. Implications for Price Behavior

Tables 1 through 10 can form the foundation for several predictions. For example, one could predict the following:

1) The products with high correlations for $\rho(12)$ in Table 10 should tend to have more serial correlation in their *WPI* component than products with low correlations;

2) Industrywide price adjustment for products with high values for $\rho(1)$ in Table 10 should tend to be swift;

3) Price controls on products with long spells of rigid prices (Table 1) are less likely to have harmful efficiency effects than controls on products with short spells of rigidity because nonprice methods are probably already used for products with very rigid prices to allocate resources.

I have not systematically investigated these three claims for each of the products listed in Table 10. However, I have done some work to corroborate at least some of the claims for some products. For example, from Table 10 copper wire and cable has a $\rho(12)$ of .78 while gasoline (monthly) has a $\rho(12)$ of only .30. The correlation between the monthly *WPI* and the monthly *WPI* lagged once (1957–66) for copper wire and cable is .99 which, as expected, exceeds that same measure (.88) for gasoline.[22]

Michael Bordo (1980) has estimated adjustment lags in prices for some of the commodity groups well represented in Table 10, such as metals and metal products, chemicals, and fuel. Based on the size of $\rho(1)$ in Table 10, I would predict the speed of adjustment to be fastest in metals and metal products, and the speed of adjustment in fuels and chemicals to be much slower and roughly equal to each other. In fact, Bordo (p. 1105) finds the mean lag of price adjustment for metals and metal products to 3.66 months, while the lag for fuels and chemicals are 6.64 and 6.20 months, respectively.

Finally, the only evidence I could find on the difficulty of price controls is John Kenneth Galbraith's *A Theory of Price Control* (1952) which is an account of his experience in controlling prices during World War II when he headed the Office of Price Administration (OPA). Although he does not deal explicitly with all the products in Tables 1–10, he does talk about steel products, which from Table 1 have a high degree of price rigidity. Galbraith states: "The Office of Price Administration controlled the price of all steel mill products with far less manpower and trouble than was required for

[19] My 1979 article presents a theory on buyer heterogeneity, which shows how prices to different buyers can exhibit low (or negative) correlations.

[20] Based on personal discussions with industry members.

[21] Table A3 in the Appendix reports these correlations.

[22] The source for *WPI* data was Stigler and Kindahl (Appendix C).

Copyright © 2001 All Rights Reserved

Exhibit 122



a far smaller volume of steel scrap...it is relatively easy to fix prices that are already fixed" (p. 17).

Although bits of evidence corroborate the predictions for some types of commodities, they obviously are far from conclusive. They do, however, show the value of evidence like that in Tables 1 through 10.

## VIII. Structural Determinants of Price Behavior

Is there any correlation between industry characteristics and any of the measures of heterogeneity such as those in Tables 9 and 10? Using 30 products, I correlated the measures of heterogeneity in price movements of Tables 9 and 10 with the following variables: 1) mean absolute growth and variability of price (the higher is this number the higher the expected correlation of price movements); 2) measures of competitiveness (a) four-firm concentration ratio and (b) fraction of shipments beyond 500 miles; 3) growth and variability of total industry shipments; 4) length of buyer-seller association.

Simple correlations never emerged statistically significant (with the exception of the variance of the growth rate in price), though the correlations were generally in the positive direction. However, since no more than 30 observations were available, it would be premature to conclude that these structural characteristics do not influence price heterogeneity in the industry.

Is there any correlation between concentration and duration of price rigidity or length of association or average price change? The only significant correlation was between concentration (four firms) and duration of price rigidity. That correlation was statistically significant at the 5 percent level. The correlation implies that for every 10 point increase in the four-firm concentration ratio, prices remain rigid for an extra 1.6 months.[23] This finding is particularly interesting because it suggests that allocations are performed differently in concentrated and unconcentrated markets. I believe it is premature to draw the conclusions, implicit in the work of Means, Arthur Burns (1936), Galbraith, and others, that the markets have stopped working when they become concentrated. Instead, an alternative interpretation is that as firms become large they supplant the market's exclusive reliance on price as an allocation device and resort to other methods. In a world filled with transaction costs, exclusive reliance on a market-generated price to allocate goods could well be inferior to other nonprice allocation methods. It is the case, however, that markets that use nonprice allocation will respond to market shocks much differently than markets that exclusively use price to allocate. See my forthcoming paper for a fuller development of this theory.

## IX. Conclusions

Since this paper began with a summary of the empirical results, I will not repeat them here. The main conclusion is that several of the empirical results are sufficiently startling that we should reexamine the central, often exclusive, role assigned to the price mechanism in theories of efficient resource allocation. It is not necessarily that the price mechanism has failed, but rather that alternative allocation mechanisms are used in addition to the price mechanism to achieve efficiency.

[23] The *OLS* equation is (standard errors in parentheses)

$$Av.\ Duration = \underset{(3.12)}{4.97} + \underset{(6.08)}{16.12}\ CR\ 4 \qquad R^2 = .22 \quad SEE = 4.9$$

where *Av. Duration* is the average length of a spell of price rigidity and *CR 4* is the four-firm concentration ratio. This equation is based on 27 observations. The *CR 4* variable is the 1963 four-firm concentration ratio for the 5-digit SIC code that seems to correspond to the product. This correspondence is not exact and, for that reason together with the small number of observations, the results should be regarded with some caution. Another interesting finding involving concentration is that concentrated industries have a greater frequency of small price changes.

Copyright © 2001 All Rights Reserved

**Exhibit 122**



TABLE A1—CHARACTERISTICS OF CONTRACTS BY PRODUCT

| Product | Average Length of Association Between Buyer and Seller (Months) | Average Size of Absolute Value of Percent Price Change | Product | Average Length of Association Between Buyer and Seller (Months) | Average Size of Absolute Value of Percent Price Change |
|---|---|---|---|---|---|
| Steel | 105 | 3.5 | Cement | 103 | 3.0 |
| Nonferrous Metals | 86 | 4.0 | Glass | 91 | 4.2 |
| Petroleum | 87 | 4.4 | Truck Motors | 82 | 2.7 |
| Rubber Tires | 98 | 3.9 | Plywood | 114 | 5.0 |
| Paper | 91 | 3.4 | Household Appliances | 75 | 1.0 |
| Chemicals | 81 | 7.0 | | | |

TABLE A2—CHARACTERISTICS OF CONTRACTS BY PRODUCT

| Product | Average Length of Association Between Buyer/Seller (Months) | Average Size of Absolute Value of Percent Price Change | Product | Average Length of Association Between Buyer/Seller (Months) | Average Size of Absolute Value of Percent Price Change |
|---|---|---|---|---|---|
| Steel plates | 108 | 3.8 | New rail (RR) | 116 | 3.9 |
| Hot rolled bars and rods | 109 | 3.7 | Tiel plates (RR) | 119 | 4.5 |
| Steel pipe and tubing (3″ or less in diameter) | 114 | 4.6 | Steel wheels "one wear" (RR) | 119 | 3.8 |
| Copper wire and cable (bare) | 68 | 4.4 | Track bolts (RR) | 119 | 4.2 |
| | | | Zinc slab ingots | 104 | 4.8 |
| Gasoline (regular) | 91 | 3.3 | Coal (RR) | 119 | 3.7 |
| Diesel oil #2 | 94 | 4.3 | Kraft wrapping paper | 94 | 4.3 |
| Fuel oil #2 | 89 | 4.6 | Paper bags | 88 | 4.8 |
| Residual fuel oil #6 | 73 | 5.8 | Sulfuric acid, bulk | 96 | 4.8 |
| Container board, fiberboard | 78 | 5.2 | Sulfuric acid | 103 | 3.5 |
| | | | Methyl alcohol | 91 | 7.1 |
| Caustic soda (liquid) | 84 | 7.8 | Phthalic anhydride | 93 | 11.7 |
| Chlorine liquid | 89 | 5.0 | Succinate antibiotic | 58 | 8.3 |
| Oxygen, cylinders | 109 | 11.5 | Kapseals antibiotic | 70 | 14.9 |
| Acetylene | 116 | 6.9 | Meprobanate tablets | 64 | 12.1 |
| Portland cement (by sack) | 104 | 3.7 | Librium | 48 | 8.6 |
| | | | Plywood | 110 | 5.2 |
| Steel sheet and strip, hot rolled | 120 | 5.9 | | | |

TABLE A3—CORRELATIONS AMONG MEASURES OF HETEROGENEITY

| | *CV DUR* | *CV DP* | *CV ASSOC* | *CV VAR* | $\rho(1)$ | $\rho(12)$ |
|---|---|---|---|---|---|---|
| *CV DUR* | 1 | .88[a] | .41[a] | −.03 | −.63[a] | −.60[a] |
| *CV DP* | | 1 | .35[a] | .39[a] | −.57[a] | −.66[a] |
| *CV ASSOC.* | | | 1 | −.58[a] | −.47[a] | −.30 |
| *CV VAR* | | | | 1 | .08 | −.01 |
| $\rho(1)$ | | | | | 1 | .91[a] |
| $\rho(12)$ | | | | | | 1 |

*Notes: CV DUR* = coefficient of variation of duration; *CV DP* = coefficient of variation of the absolute value of price change (log difference); *CV ASSOC* = coefficient of variation of the length of association; *CV VAR* = coefficient of variation of the actual price changes counting no change as zero change; $\rho(1), \rho(12)$ = correlations of price changes averaged over $i$ months.

[a]Significant at 5 percent level.

Copyright © 2001 All Rights Reserved

Exhibit 122



## Appendix

Transactions were classified into one of ten categories by Stigler and Kindahl. The most important classifications include:

Annual contract: contract in force for one year.
Annual average: average of transaction prices during the year.
Annual monthly: annual observations of a transaction that occurs monthly.
Semiannual contract: contract in force for six months.
Semiannual average: average of transaction prices during six months.
Quarterly contract: contract in force for three months.
Quarterly average: average of transaction prices during the quarter.
Quarterly monthly: quarterly observation of a transaction that occurs monthly.
Irregular: irregular.
Monthly: monthly observations of a transaction that occurs monthly.

Tables 1A and 2A of my 1986 working paper report the importance of each classification by product group and for individual products.

## References

**Akerlof, George A. and Yellen, Janet L.,** "Can Small Deviations from Rationality Make Significant Differences to Economic Equilibrium?," *American Economic Review*, September 1985, *75*, 708–20.

**Barro, Robert,** "A Theory of Monopolistic Price Adjustment," *Review of Economic Studies*, January 1972, *39*, 17–26.

**Blanchard, Olivier J.,** "Price Desynchronization and Price Level Inertia," NBER Working Paper 900, 1982.

**Bordo, Michael,** "The Effects of Monetary Change on Relative Commodity Prices and the Role of Long-Term Contracts," *Journal of Political Economy*, December 1980, *88*, 1088–109.

**Burns, Arthur,** *The Decline of Competition*, New York: McGraw-Hill, 1936.

**Carlton, Dennis W.,** The Rigidity of Prices, NBER Working Paper 1813, 1986.

______, "The Theory and The Facts of How Markets Clear: Is Industrial Organization Valuable for Understanding Macroeconomics?," in R. Schmalensee and R. Willig, eds., *Handbook of Industrial Organization*, Amsterdam: North-Holland, forthcoming.

______, "Equilibrium Fluctuations When Price and Delivery Lags Clear the Market," *Bell Journal of Economics*, Autumn 1983, *14*, 562–72.

______, "The Disruptive Effect of Inflation on the Organization of Markets," in R. E. Hall, ed., *Inflation*, Chicago: University of Chicago Press, 1982.

______, "Contracts, Price Rigidity, and Market Equilibrium," *Journal of Political Economy*, October 1979, *87*, 1034–62.

______, "Market Behavior with Demand Uncertainty and Price Inflexibility," *American Economic Review*, September 1978, *68*, 571–87.

**Galbraith, J. K.,** *A Theory of Price Control*, Cambridge: Harvard University Press, 1952.

**Hall, Robert E.,** "The Apparent Rigidity of Prices," NBER Working Paper 1347, 1984.

**Kahneman, Daniel, Knetch, Jack L. and Thaler, Richard,** "Fairness as a Constraint on Profit Seeking: Entitlements in the Market," *American Economic Review*, September 1986, *76*, 728–41.

**Mankiw, N. Gregory,** "Small Menu Costs and Large Business Cycles: A Macroeconomic Model of Monopoly," *Quarterly Journal of Economics*, May 1985, *100*, 529–38.

**Means, Gardiner C.,** "Industrial Prices and Their Relative Inflexibility," U.S. Senate Document 13, 74th Congress, 1st Session, Washington 1935.

**Mills, Frederick C.,** *The Behavior of Prices*, NBER General Series, No. 11, New York: Arno Press, 1927.

**Okun, Arthur,** *Prices and Quantities: A Macroeconomic Analysis*, Washington: The Brookings Institution, 1981.

**Rosen, Sherwin,** "Implicit Contracts: A Survey," *Journal of Economic Literature*, September 1985, *23*, 1144–75.

**Rotemberg, Julio** "Monopolistic Price Adjust-

Copyright © 2001 All Rights Reserved

Exhibit 122



ment and Aggregate Output," *Review of Economic Studies*, October 1982, *49*, 517–31.

**Stigler, George and Kindahl, James,** *The Behavior of Industrial Prices*, NBER General Series, No. 90, New York: Columbia University Press, 1970.

**Telser, Lester,** "A Theory of Self-Enforcing Agreements," *Journal of Business*, January 1980, *53*, 27–44.

**Williamson, Oliver,** *Markets & Hierarchies Analysis and Antitrust Implications: A Study in the Economies of Internal Organization*, New York: Free Press, 1975.

Copyright © 2001 All Rights Reserved