# Exhibit 124

# Part 1 of 2, Consisting of 124A-C

# Articles by D. Levy, M. Bergen, S. Dutta, and R. Venabale; J. Hess and E. Gerstner; and E. Anderson and D. Simester

**Exhibit 124A**

# THE MAGNITUDE OF MENU COSTS: DIRECT EVIDENCE FROM LARGE U. S. SUPERMARKET CHAINS*

DANIEL LEVY
MARK BERGEN
SHANTANU DUTTA
ROBERT VENABLE

We use store-level data to document the exact process of changing prices and to directly measure menu costs at five multistore supermarket chains We show that changing prices in these establishments is a complex process, requiring dozens of steps and a nontrivial amount of resources The menu costs average $105,887/year per store, comprising 0 70 percent of revenues, 35.2 percent of net margins, and $0 52/price change These menu costs may be forming a barrier to price changes. Specifically, (1) a supermarket chain facing higher menu costs (due to item pricing laws that require a separate price tag on each item) changes prices two and one-half times less frequently than the other four chains; (2) within this chain the prices of products exempt from the law are changed over three times more frequently than the products subject to the law.

> "In principle, fixed costs of changing prices can be observed and measured. In practice, such costs take disparate forms in different firms, and we have no data on their magnitude. So the theory can be tested at best indirectly, at worst not at all" [Alan Blinder 1991, p. 90].

## I. INTRODUCTION

The costs of changing nominal prices, also known as "menu costs," have important macroeconomic implications. First, menu costs can be a source of price rigidity, and thus can provide a

* Address all correspondence to the first author We are especially indebted to Peter Aranson, Nathan Balke, George Benston, Robert Chirinko, Leif Danziger, Anil Kashyap, John Leahy, Jeffrey Sandgren, the discussants John Driscoll at the American Economic Association meetings in San Francisco, January 1996, and Robert Hall at the NBER Economic Fluctuations Program meeting in Cambridge, MA, July 1996, the editor Olivier Blanchard, and an anonymous referee for providing valuable comments and suggestions We are also grateful to Martin J Bailey, Hashem Dezhbakhsh, Xavier Drèze, David Lilien, Paul Rubin, Eytan Sheshinski, Daniel Tsiddon, and seminar participants at the 1996 American Economic Association meetings, the marketing and the macroeconomics workshops at the University of Chicago, the economics workshops at Emory, Southern Methodist, and Texas A&M Universities, and the July 1996 NBER Economic Fluctuations Program meeting for useful discussions Michael Caldwell, Pinaki Mitra, and Georg Muller provided research assistance. The second and third authors would like to thank the Graduate School of Business of the University of Chicago for funding All authors contributed equally to the work. The usual disclaimer applies

© 1997 by the President and Fellows of Harvard College and the Massachusetts Institute of Technology
*The Quarterly Journal of Economics*, August 1997

Copyright © 2001. All Rights Reserved.

Exhibit 124A



micro-based explanation for monetary nonneutrality. Second, even small menu costs may be sufficient to generate substantial aggregate nominal rigidity and large business cycles.[1] Consequently, menu costs have received considerable attention in the theoretical macroeconomics literature as many predictions generated by traditional Keynesian and more recent new Keynesian models crucially depend on the existence of some form of price rigidity.[2]

Despite the theoretical importance of menu costs, however, little is known about their actual magnitude, as the above quotation from Blinder succinctly reflects. Because of the practical difficulty of measuring menu costs directly, a common feature of the existing empirical studies of menu costs is that they all provide indirect evidence.[3] Yet many authors, including Blinder [1994], Kashyap [1995], and Slade [1996a], have emphasized the importance of assessing the empirical relevance of menu costs at the level of individual firms. For example, according to Slade [1996a, p. 19], "Given the large number of theoretical papers that evaluate the implications of [price] adjustment costs, obtaining direct evidence that such costs are present seems crucial."

Our primary contribution in this paper is providing direct measures of menu costs at five large U. S. retail supermarket chains. Using a unique store-level data set, we show that changing prices in these establishments is a complex process, requiring dozens of steps and a nontrivial amount of resources. The menu costs reported in this study are made up of (1) the labor cost of changing shelf prices, (2) the costs of printing and delivering new price tags, (3) the costs of mistakes made during the price change process, and (4) the cost of in-store supervision of the price change process.[4] We find that the measurable components of menu costs for the four chains that are not subject to an item

1. See Akerlof and Yellen [1985], Mankiw [1985], Parkin [1986], Blanchard and Kiyotaki [1987], Caplin and Leahy [1991, 1997], and Caplin [1993]

2 See, for example, Mankiw and Romer [1991], Sheshinski and Weiss [1993], Andersen [1994], Ball and Mankiw [1994], Romer [1996], and studies cited therein.

3 These studies include Sheshinski, Tishler, and Weiss [1981]; Rotemberg [1982], Lieberman and Zilberfarb [1985]; Carlton [1986, 1989], Cecchetti [1986], Danziger [1987]; Ball, Mankiw, and Romer [1988]; Gordon [1990], Lach and Tsiddon [1992, 1996]; Blinder [1994], Eden [1994], Amano and Macklem [1995], Ball and Mankiw [1995], Kashyap [1995], Warner [1995], Warner and Barsky [1995], and Slade [1996a, 1996b]

4 We also discuss other components of menu costs, including the costs of making corporate level managerial price change decisions and provide some evidence on their approximate magnitude, although we do not include these figures in the measures of menu cost we report

Copyright © 2001. All Rights Reserved.

Exhibit 124A



price law average $105,887 annually per store. In relative terms, these menu costs comprise 0.70 percent of revenues, 35.2 percent of net margins, and $0.52 per price change, on average.

Our second major contribution in this paper is providing evidence that these menu costs can form a barrier to price change activity at these chains, offering direct support for the relationship between menu costs and store-level individual price rigidity. We present three types of evidence that these menu costs form a barrier to price change activity at these firms. First, we contrast the price change activity of a chain that operates in a state with an item pricing law with the first four chains that operate in states not subject to such laws. Item pricing laws require that a separate price tag be placed on each individual item sold (in addition to the shelf price tag). We show that the average menu cost per price change for the chain subject to the item pricing law is $1.33, over two and a half times the corresponding figure for the other four chains ($0.52). These larger menu costs lead to very different levels of price change activity by these chains. Specifically, the four supermarket chains that are not subject to item pricing laws on average change prices on 15.6 percent of the products they carry each week. In contrast, the chain that is subject to the item pricing law (and therefore faces higher menu costs), changes prices on only 6.3 percent of the products it carries, which is less than half the average of the other four chains.

Second, within the chain facing the item pricing law, there are 400 products that are exempt from this law and thereby face lower menu costs. For these products the chain each week changes the prices of 21 percent of the products on average, which is over three times more frequently than for products subject to the item pricing law. Third, we provide evidence from the supermarket chains that the menu costs they incur form a barrier to certain *cost-based* price adjustments. Specifically, we show that the chains not subject to item pricing laws each week experience cost increases on about 800–1000 products they sell. Yet, they adjust prices of only about 70–80 percent of these products. The remaining 20–30 percent of the prices are not adjusted immediately because the existing menu costs make the necessary price adjustment unprofitable. Considering all three of these findings together, we conclude that menu costs can indeed affect price change activity at the level of the individual firm—offering direct evidence that these menu costs are relevant to marginal price change decisions. Finally, on a related macroeconomic issue we

Copyright © 2001. All Rights Reserved.

Exhibit 124A



provide empirical evidence which suggests that the price change process in these supermarket chains has a strong time-dependent element.

Relating our findings to the existing theoretical models, we conclude that the magnitude of the menu costs we find is large enough to be capable of having macroeconomic significance. First, recall that according to the studies of Akerlof and Yellen [1985], Mankiw [1985], Parkin [1986], and Caplin and Leahy [1997] even small menu costs can be relevant since they may be sufficient to generate substantial aggregate nominal rigidity and thus large business cycles. Second, when considered in the context of the theoretical menu cost models of Blanchard and Kiyotaki [1987] and Ball and Romer [1990], we find that the menu cost figures we report are "nontrivial" and their relative magnitudes cross the minimum theoretical threshold needed to form a barrier to price adjustments.

Although in this paper we provide direct measurements of the marginal costs associated with changing prices, it should be mentioned that there are still many aspects of menu costs we are unable to measure. In particular, we do not provide measurements of the marginal benefits associated with changing prices, which can be significant [Lieberman and Zilberfarb 1985; Sheshinski and Weiss 1977]. At the local level this industry is extremely competitive [Calatone et al. 1989; Progressive Grocer, November 1992, p. 50; Chevalier 1995]. In such a competitive industry the benefits of frequently changing prices can be high, as unmatched price cuts or consumer perceptions of higher prices can lead to significant losses in sales.[5] This helps explain why, despite the magnitude of the menu costs we found, we still observe frequent weekly price change activity by the chains we study. For example, stores change an average of 15–16 percent of their prices each week. Also, they seem to adjust the prices of 70–80 percent of the products for which they experience cost increases.[6] Thus, although we have evidence that the menu costs we report in this study clearly matter in the sense that they cre-

5 Also, changing prices frequently can make it more difficult for customers to compare prices of branded items across supermarkets because of higher search costs [Carlton 1986], which is valuable for creating differentiation between retail outlets [Bergen, Dutta, and Shugan 1996].

6 This level of price change activity is similar to that found in other studies of U S supermarket prices [Dutta, Bergen, and Levy 1995], although the price reaction to cost changes can be significantly more rigid depending on the nature of the cost changes the retailer faces [Levy, Dutta, and Bergen 1996].

Copyright © 2001. All Rights Reserved.

Exhibit 124A



ate some barriers to price change activity at these retail supermarket outlets, they are not large enough to prevent a significant share of prices to adjust.

The paper is organized as follows. In Section II we describe the data. In Section III we discuss the price change process in supermarket chains and report absolute measures of menu costs. In Section IV we assess the effect of item pricing laws on menu costs. In Section V we discuss the significance of the menu costs. We end with conclusions and suggestions for future research.

## II. Data Description

The data come from a company that sells electronic shelf label (ESL) systems. These systems allow retailers to change the shelf prices electronically from a central computer (where price changes are actually done) via a wireless communication system and thus reduce the physical costs and lead times currently associated with changing shelf prices. In order to sell the product, the company needed to validate what the existing costs of changing shelf prices were in supermarket chains, i.e., the existing levels of menu costs. This company received access from corporate headquarters at each of the five chains in our sample to go to representative stores and carefully record the exact steps involved in the price change process These studies considered the entire price change process in each chain. For this, detailed work-flow schematics of each task in the price change process was developed. Observations of the process were conducted in multiple stores of the chains (at least two representative stores for each chain) to verify its accuracy. Information received from chains' pricing systems, in-store observations, in-store counts, and in-store time measurements (with a stopwatch) were used to determine the volume of work performed in each step of the tasks, weekly frequency of each step performed, and the exact amount of time required to perform one unit of the work. After computing the total hours per task, this information was reconciled with the known total hours spent each week. This allowed for task level comparisons for the existing and test process. Each study required hundreds of man-hours to create. The studies were conducted during the years 1991–1992.

Although we believe the menu costs reported in this paper are representative of menu costs in the U. S. supermarket industry, we should mention that they may be biased upward because

Copyright © 2001. All Rights Reserved.

Exhibit 124A



the firm had an incentive to overestimate the magnitude of the menu costs in order to sell the ESL system. We think, however, that the menu cost measures we report in this paper are not subject to significant biases of this sort for a number of reasons. First, the ESL people measured and documented all price change activities jointly with the supermarket employees using the wage figures provided by the supermarket management. Second, time and motion measurements of the type used for measuring the menu costs we report here are routinely done by supermarket chains themselves in order to assess the efficiency of their price change processes. The supermarket managers compared their figures to the ESL company figures and found them to be similar. Further, these figures were presented to upper management of these chains and were found to be representative of their cost structures. In fact, the validity of the menu cost measures constructed by the ESL company was never disputed. If there was any disagreement between the ESL company and the supermarket chains, it was about the size of the savings the ESL system would provide, not about the accuracy of the menu cost measurements.[7] Further, we looked at these reports and searched for figures that could be biased upward. There were a few, such as loss of goodwill costs and inventory holding costs, and to be on the conservative side we did not include them in our measures of menu costs. Thus, we only report figures for which we could see no upward bias. Finally, note that the menu cost figures we report are clearly biased downward because we were unable to measure in dollar terms several components of menu costs and thus they are not included in our figures (see subsection III.5 for details).

Table I displays some general information about the supermarket chains we study, their pricing strategy, and information about the frequency of weekly price changes the stores undertake. The chains involved in this study are all large U. S. supermarket chains, from different regions in the United States, ranging from the Northeast to the West Coast, and operating an average of 400 stores each. At the request of these retailers we will keep the companies in this study anonymous, but they are all large, multistore chains that seem reasonably representative of large supermarket chains currently selling in the United

7. Indeed, four out of the five chains included in our sample have purchased ESL systems; three of the four actually purchased multiple systems (between two and twenty systems), and Chain E is considering buying 50 more

Copyright © 2001. All Rights Reserved.

**Exhibit 124A**



TABLE I
GENERAL INFORMATION ON EACH SUPERMARKET CHAIN AND THEIR PRICE CHANGE ACTIVITY

| | Chain A | Chain B | Chain C | Chain D | Average of chains A–D | Chain E (item pricing law) |
|---|---|---|---|---|---|---|
| General pricing strategy[a] | HL | HL | EDLP | EDLP | | HL |
| Number of price changes per store per week | 4278 | 4316 | 3846 | 3223 | 3916 | 1578 |
| % of products for which prices change in an average week[b] | 17 11 | 17.26 | 15.38 | 12 89 | 15 66 | 6 31 |

a HL (High/Low) and EDLP (Every Day Low Price) refer to the general pricing strategy followed by the retail chain Under the EDLP strategy, the retailer's prices are low for extended periods of time, and therefore it will offer fewer promotional sales or discounts Under the HL pricing strategy, in contrast, the retailer's prices are higher, and the retailer tends to offer more frequent discounts through sales and promotions See the text for more details

b The share of products for which prices change on an average week is the ratio of number of price changes per store per week to 25,000 The latter is the average number of products carried per store each week

States. These chains are similar in the variety, selection, and quantity of the products they carry. Supermarket chains of this type make up $310,146,666,000 in total annual sales, which is 86.3 percent of total supermarket chain sales in 1992 [*Supermarket Business* 1993], so the chains in our sample are representative of a major class of the retail grocery trade.

According to the second row in Table I, the number of weekly price changes in Chains A–D ranges from 3223 to 4316 for an average of 3916 per store.[8] The variation in the number of weekly price changes across the chains is due in large part to their choice of pricing strategy: Chains A and B follow a high/low (HL) price strategy, while Chains C and D follow an everyday-low-price strategy (EDLP). Under the EDLP strategy the retailer's prices are low for an extended period of time, and therefore it will offer fewer promotional sales or discounts. Under the HL pricing strategy, in contrast, the retailer's prices are higher, and the retailer tends to offer more frequent discounts through sales and promotions. The pricing strategy, therefore, will have an effect on the frequency of price changes observed. In particular, we would ex-

8. Since Chain E is subject to an item pricing law, it is discussed separately in Section IV.

Copyright © 2001. All Rights Reserved.

Exhibit 124A



pect EDLP stores to have less frequent price changes in comparison to the HL stores. Indeed, according to Table I, Chains A and B tend to have a higher number of weekly price changes (4278 and 4316, respectively) than Chains C and D (3846 and 3223, respectively).

Supermarkets of the size we study tend to carry around 25,000 different items on a regular basis.[9] The last row in the table presents the share of the 25,000 products for which the supermarket chains change their prices in a period of one week. The average share for the four chains is 15.66 percent.

## III. Absolute Measures of Menu Costs

There are four components of menu costs that we are able to measure in dollar terms.[10] These are (1) the cost of labor required to change the shelf price tags, (2) the cost of printing and delivering new price tags, (3) the cost of mistakes made during the process of changing prices, and (4) the cost of in-store supervision time spent on implementing price changes.

### *III.1. Costs of the Labor Required to Change Shelf Prices*

Figure I displays an overview of the steps involved in changing prices at Chain A. There are three main components in the labor costs incurred by the chains: (a) labor cost of tag change preparation, (b) labor cost of the tag change itself, and (c) labor cost of verifying whether the price changes are done correctly, which include tag change verification, in-store resolution of price mistakes, and zone and corporate resolution of price mistakes.[11]

9 The supermarkets often have about 40,000 UPC codes in their computer database records, but internal studies undertaken by the ESL company indicate that the supermarkets usually carry no more than 25,000 products at any given time. The extra UPC codes are for seasonal or promotional sizes and packages of products, and for discontinued products

10 In this paper we only report measures of the marginal cost of changing prices. The costs of putting a price tag for the first time, and other costs that would be included in the average cost, are not included in the figures we report. Only when discussing Chain E, which is the chain subject to item pricing laws, did we face the issue of cost of pricing (at the first time) versus the cost of changing a price. Since there was no clear way of separating the two types of costs, the reported cost figure ($44,168, in the second paragraph of Section IV) was excluded altogether from our calculations Also see footnote 13.

11. For a detailed description of the entire price change process with flowcharts documenting the specific steps undertaken in this process and the exact time period spent on each step, see Levy, Dutta, Bergen, and Venable [1997] An appendix reporting computational details, are contained in a working paper version of this paper which is available upon request

Copyright © 2001. All Rights Reserved.

**Exhibit 124A**






FIGURE I
Overview of the Price Change Process

POS denotes Point of Sale and refers to the cash register or the database it is connected to or both For information on the various steps undertaken in each stage of the price change process and the amount of the labor time spent on most time-consuming steps, see Table II

Standard price tag changes, which include the steps outlined on the left-hand side of Figure I, make up the majority of price changes in these chains. Some price changes also require additional price *signs* to be placed at different locations in the store, such as on an end of aisle display or near the shelf.[12] These sign

12 These are usually related to the product being on promotion, feature advertising, display, or in-store sale such as "manager's special," "today's special," etc The steps involved in making sign changes are similar to price changes The main differences are that (i) the time required for each of the steps in sign changes

Copyright © 2001. All Rights Reserved.

**Exhibit 124A**



changes add to the menu costs, and they are outlined on the right-hand side of Figure I: the sign change preparation, actual sign changes, and sign change verification boxes. The bottom two boxes in Figure I are additional menu costs related to the extra steps taken in these stores to make sure the tag and sign changes have been done correctly.[13]

Table II lists each stage of the price change process, the total amount of time spent on each stage each week on average, and the number of tasks performed. In addition, the table identifies some of the main tasks performed in each stage as well as the four most time-consuming tasks in each stage. To compute the total labor time used in changing prices on a weekly basis, we combine the data collected through in-store time and motion observations with information on the volume of products for which prices are changed. These weekly hours are multiplied by the wage rates (adjusted for fringe benefits) of the employees used in the price change process to get the total costs of labor required to change prices.

For the four supermarket chains in our study, the total annual labor cost of changing the shelf price *tags* ranges from $40,027 to $61,414 per store, for an average of $52,084 (see the first row in Table III, making up about 49 percent of the total menu costs on average. The labor cost of changing the price *signs* range from $16,411 to $27,955 per store, for an average of $22,183 (see the second row in Table III), making up almost 21 percent of the menu costs on average. Thus, for the four supermarket chains the total annual menu costs associated with the labor required to change prices (shelf price tags and price signs, combined) range from $62,210 to $81,703 per store, for an annual average of $74,267. This is the single largest component of the menu costs we report in this study, making up about 70.1 percent of the total menu costs for these chains on average. This should not be surprising, given that the most significant portion of retail

---

are longer because they are in less standard locations, and (ii) there are fewer sign changes than standard shelf price tag changes

13 The menu cost measures we report do not include the cost of changing prices in cases where items are moved from shelf to shelf, or where shelf space is reallocated by increasing the shelf space for some products at the expense of others However, they do include the cost of pricing new products when they are first introduced While this could bias the menu cost measures upward since it really captures the cost of pricing rather than the cost of changing price, the size of this bias is marginal due to the small number of new products For example, according to ESL company executives, the number of new products introduced at these chains each week ranges from 20 to 100 approximately In comparison to the number of products for which prices are changed each week (3223–4316), the bias is negligible

Copyright © 2001. All Rights Reserved.

**Exhibit 124A**

TABLE II

STAGES OF PRICE CHANGE PROCESS, TIME SPENT ON EACH STAGE EACH WEEK, AND THE MAIN TASKS PERFORMED AT EACH STAGE AT CHAIN A

| Stage | Time spent on each stage (in seconds) and its share in the total | Number of tasks in stage | Main tasks performed in each stage | Most time-consuming tasks and their share in the total time spent on the stage (in percents) | |
|---|---|---|---|---|---|
| Shelf price tag change preparation | 21,682 4<br>4.63% | 11 | Receive tags, sort by grocery/produce/ general merchandise, distribute to departments for night crew, sort by effective date, sort by aisle, separate by aisle | Sort by department<br>Distribute to departments<br>Sort by effective date<br>Sort and separate by aisle | 29.39<br>6.89<br>10.63<br>39 18 |
| Price tag change process | 142,492.8<br>30.44% | 32 | Select and locate aisles, sort by subcommodities, select and locate subcommodities, select and read tags, locate items, compare UPC info (code, quantity, size, price), note all mismatches, remove old tag, put new tag, repeat the process for all products at all locations | Locate item<br>Compare item UPC Code<br>Remove old price tag<br>Install new price tag | 48 33<br>15 97<br>6.71<br>8.72 |
| Price tag change verification | 142,737.3<br>30.49% | 26 | Sort by aisle and subcommodity, go to aisle, read item from report, locate item on the shelf, locate price tag, compare prices, compare effective dates, check off on report, note mismatches (printed, handwritten, or DSD tags), mark report to order missing tags | Read item from report<br>Locate item on shelf<br>Locate the price tag<br>Compare prices | 10.57<br>53.37<br>5.89<br>14.88 |

Copyright © 2001. All Rights Reserved.

**Exhibit 124A**

TABLE II
CONTINUED

| Stage | Time spent on each stage (in seconds) and its share in the total | Number of tasks in stage | Main tasks performed in each stage | Most time-consuming tasks and their share in the total time spent on the stage (in percents) | |
|---|---|---|---|---|---|
| Price sign change preparation | 1,422.9<br>0.30% | 10 | Receive signs, sort by grocery/produce/general merchandise, distribute to departments for night crew, sort by effective date, sort by aisle, separate by aisle | Sort by department<br>Distribute to departments<br>Sort by effective date<br>Sort and separate by aisle | 48.07<br>8.01<br>8 18<br>14 32 |
| Handmade price sign change process | 75,171 6<br>16 06% | 20 | Go to end of aisle, note items on display and price, go to aisle where display item is shelved, locate item, compare the tag and display price, note mismatch, remove sign with wrong price, prepare new sign and discard old, install new sign, repeat | Note items on display and price<br>Go to aisle with display items<br>Locate item on the shelf<br>Prepare new signs and discard old | 18.11<br>13 61<br>18.11<br>26.44 |
| Preprinted price sign change process | 32,385 6<br>6 92% | 20 | Get signs, go to aisle, locate existing sign, check effective date, compare tag and sign price, remove old sign (tear in half), install new sign, compare tag and sign price, locate item with new sign, note items not found, repeat, get copy of ad, compare ad and shelf prices, note mismatches, repeat | Locate existing signs<br>Locate other old signs<br>Install new signs<br>Compare ad and shelf price tag | 10 23<br>9 40<br>45.32<br>9 14 |

Copyright © 2001. All Rights Reserved.

Exhibit 124A

| | | | | | |
|---|---|---|---|---|---|
| Price sign change verification | 16,194.0<br>3.46% | 16 | Get weekly advertisement insert, go to item displays, check whether they are advertised, compare prices, correct mismatches, go to the aisle where product is shelved, locate item, compare tag and display prices, remove wrong sign, prepare new sign, install new sign, repeat | Note items on diplay and price<br>Compare ad and display prices<br>Locate item on the shelf<br>Compare tag and display price | 42.27<br>5.80<br>21 82<br>5.37 |
| In-store resolution of problems occurring in the price change process | 26,181 8<br>5.59% | 29 | Look up on system, check authorization/tag/sign, discard wrong tag/sign, find/make and install correct tag/sign, email to CSC/ZSC, make corrections (Specifics depend on the type of problem, e g., missing items/tags, mismatch between shelf and sign prices or between UPC info and shelf tag.) | Look up on system<br>Locate tag or sign or both<br>Install tag or sign or both<br>Make corrections as needed | 12.03<br>22.69<br>11.34<br>14.09 |

Copyright © 2001. All Rights Reserved.

Exhibit 124A

TABLE II
CONTINUED

| Stage | Time spent on each stage (in seconds) and its share in the total | Number of tasks in stage | Main tasks performed in each stage | Most time-consuming tasks and their share in the total time spent on the stage (in percents) | |
|---|---|---|---|---|---|
| Zone and corporate resolution of problems occurring in the price change process | 820 5<br>0 17% | 20 | Determine whether it is a store error, communicate to ZSC via email, consolidate from all zones, communicate to SSC and price integrity via email, determine whether it is zone error, determine the required correction, communicate to CSC and ZSC, resolve the problem | Email from SSC and corrections<br>Consolidate from zone<br>Communicate to SSC via email<br>Inform SSC about the corrections | 43.88<br>43 88<br>7.50<br>2.93 |
| Price discrepancy and scan guarantee/ refund process | 9,007.6<br>1.92% | 12 | Customer notes price mistake, cashier verifies the mistake and offers the lower price (or one item free if the lower price is not accepted by the customer), cashier completes price discrepancy form, SSC researches and corrects the mistake (on the shelf or scanner database or both) | Customer tells cashier tag price<br>Cashier offers one item free<br>Cashier fills price discrepancy form<br>SSC researches and corrects | 17.41<br>7.84<br>13.06<br>52 10 |

CSC, ZSC, and SSC stand for Corporate Scan Coordinator, Zone Scan Coordinator, and Store Scan Coordinator, respectively
For a more detailed discussion of the price change process, see [Levy, Bergen, Dutta, and Venable 1997]

Copyright © 2001. All Rights Reserved.

**Exhibit 124A**

TABLE III

ESTIMATES OF THE ANNUAL MENU COSTS PER STORE FOR EACH CHAIN (IN 1991–1992 DOLLARS)

| Menu cost component | Chain A | Chain B | Chain C | Chain D | Average of chains A–D | Chain E (item pricing law) |
|---|---|---|---|---|---|---|
| Labor cost of price changes | 61,414 | 53,149 | 40,027 | 53,748 | 52,084 (49.2%) | 52,944 |
| Labor cost of sign changes[a] | 16,411 | 22,183 | 22,183 | 27,955 | 22,183 (20.9%) | 22,183 |
| Costs of printing and delivering price tags | 4,110 | 10,018 | 3,048 | 6,879 | 6,014 (5.7%) | 7,644 |
| Mistake costs[b] | 19,135 | 20,593 | 20,692 | 20,140 | 20,140 (19.0%) | 20,799 |
| In-store supervision costs[c] | 4,241 | 6,692 | 5,466 | 5,466 | 5,466 (5.2%) | 5,466 |
| Total annual menu cost per store | 105,311 | 112,635 | 91,416 | 114,188 | 105,887 (100%) | 109,036 |

a The labor costs of sign changes were not reported for Chains B, C, and E, and so we use instead the average of Chains A and D
b The mistake costs were not reported for Chain D, and so we use instead the average mistake costs of Chains A, B, and C
c The in-store supervision costs were not reported for Chains C, D, and E, and so we use instead the average of Chains A and B

Copyright © 2001. All Rights Reserved.

Exhibit 124A



grocery operating expenses is labor costs [Hoch, Drèze, and Purk 1994].[14]

*III.2. Costs of Printing and Delivering New Price Tags*

There are direct costs associated with printing and delivering the price and sign tags. The order must be recorded and processed at the chain, sent to the printer, recorded and processed at the printer, printed, packaged, and then delivered to each store. The cost per tag is usually quite low, $0.017 per tag at Chain A, which includes stock costs of $0.0118 per tag, impression and data center operator costs of $0.0037 per tag, and mail room handling costs of $0.0010 per tag. There are, however, many price changes undertaken each week. In total, the costs of printing and delivering the price and sign tags range from $3,048 to $10,018, averaging $6,014, per store per year (see Table III). These costs comprise less than 6 percent of the total menu costs we report.

*III.3. Costs of Mistakes Made in the Process of Changing Prices*

Despite the labor put into checking to make sure that the price changes are done correctly, there are still many price mistakes that are not caught until customers discover them throughout the week, and these mistakes impose costs on the chain. Clearly, the costs associated with these errors must be considered when deciding whether to change prices or not, and therefore are a relevant dimension of menu costs. These mistakes can occur so often that they were a feature of a *Dateline* segment on U. S. supermarket chains [NBC, April 1992] and an article in *Money Magazine* [April 1993]. Both the *Money Magazine* article and Goodstein [1994] report that on average 10 percent of the products they examined had price mistakes. A more recent study by the Federal Trade Commission [1996] reports a total error rate of about 5 percent.

The menu costs associated with these mistakes include lost

14. Our measure of labor cost may overstate the true costs of changing prices if supermarkets hoard labor to save hiring and firing costs However, this is not likely to be the case for several reasons First, the labor costs of changing prices we report are based on actual measurements of the minimum amount of time and labor required to accomplish the task rather than on the number of employees hired to change prices at the store Second, the adjustment in the amount of labor is usually done through hours worked, which makes cost of hiring and firing less relevant And third, the workers on the floor are routinely moved from task to task according to the need. These tasks include stocking, cleaning, price changing, customer service, etc. The workers employed by supermarket chains are always busy, and so the opportunity cost of changing price is not zero. Therefore, labor hoarding is not likely to be an important factor in our measurements

Copyright © 2001. All Rights Reserved.

**Exhibit 124A**



cashier time to correct the errors, scan guarantee refunds, and inventory mistakes associated with incorrect price tags.[15] Lost cashier time is measured here in terms of wage payments. Scan guarantee refunds are additional price reductions beyond the error, or additional items given away for free because of the mistake. Finally, the inventory mistakes costs we report include only the cost of stockouts, which occur when shelf price is lower than intended.

The mistake costs were available at Chains A, C, and D, and they range from $19,135 to $20,692 for an average of $20,140 per store annually (see Table III). These costs are the second largest component of menu costs in our study, comprising about 19 percent of the total.

### *III.4. Costs of In-Store Supervision Time Spent on Implementing Price Changes*

Managers at the store level spend time overseeing, implementing, and troubleshooting the price change process. Only Chains A and B had a measure of the menu costs associated with this in-store supervision time, and both of these came from a self-reported number of hours spent on changing prices by the managers at these chains. The hours spent on changing prices were the same across the chains, approximately five hours per week. Thus, the menu costs for in-store supervision time came to $4241 and $6692 per store annually for Chains A and B, respectively (see Table III). These costs comprise less than 6 percent of the total menu costs we report in this paper. However, notice that these measures do not include the cost of the management time spent on price change decisions made at corporate headquarters, which is discussed next.

### *III.5. Components of Menu Costs We Are Unable to Measure in Dollar Terms*

Our data set does not contain the exact dollar measures of some menu cost components. One such component is the cost of corporate management time spent on price change decisions.[16] In

15. Other likely costs of price mistakes that we do not consider explicitly because we are unable to measure them in dollar terms are legal problems (when the scanner price is higher than the shelf price), loss in customer goodwill, and decreased profitability (when the scanner price is lower than the shelf price).

16. It has been suggested that the cost of managerial decisions is one of the most important components of menu cost See, for example, Ball and Mankiw [1994], Kashyap [1995], and Meltzer [1995]. Since the ESL system was not de-

Copyright © 2001. All Rights Reserved.

Exhibit 124A



the supermarket chains we study, prices are generally set at corporate headquarters in a weekly meeting where the manager in charge of setting prices looks at a variety of information including (a) any manufacturer wholesale price changes, promotions, and other related issues; (b) past sales for this product; and (c) competitors' prices. Based on this information and on discussions with other managers, the price-setting manager decides whether to change prices and, if so, by how much.

To estimate the magnitude of these managerial components of the menu costs, consider the following. In an average chain there is at least one executive of merchandising, who devotes most of his/her time to pricing decisions. In addition, there are up to three senior managers who would deal with pricing and to whom category managers report. There are also ten-to-twelve category managers who are responsible for setting prices on all the products within their category. An additional two-to-four people spend full time handling the implementation of price changes across retail outlets, coordinating the printing and delivery of price tags, and handling pricing problems in the system. Another five-to-seven workers gather the data on competitors' prices and analyse both the competitors' data and the store's own scanner data to put it in a form useable by managers making pricing decisions. Thus, in total there are about 21–27 people working at the corporate headquarters on price change decisions. Assuming $150,000 as the average annual salary of the executive of merchandising and senior managers, $100,000 for category managers, and $50,000 for the rest, the chainwide managerial cost falls in the neighborhood of $2.3–$2.9 million a year, which seems a substantial amount. However, note that these pricing decision are made for the entire chain, and therefore, the costs per store are significantly less, especially for the larger chains. For example, using $2.9 million as the upper bound, the additional annual menu cost per store for Chains A–D, which on average operate about 400 stores each, averages about $7250, which is much lower than expected, and is due to the centralization of the price change decisions in the chains we study.[17]

signed to save the costs of corporate headquarter managerial time spent on price change decisions, the ESL company did not measure this component of menu costs The estimates reported in this section are based on the information received from the ESL company executives.

17. A decentralization of the price change process, say, by allowing the store-level managers to make price change decisions, can change these figures tremendously For example, consider the following thought experiment conducted using

Copyright © 2001. All Rights Reserved.

**Exhibit 124A**



Our menu cost measures also do not include the cost of changing prices of direct store delivery (DSD) products. These products are almost completely handled by manufacturers, including stocking, monitoring inventories, and setting and changing prices.[18] We have data on the weekly frequency of price changes of DSD products in Chain E. In an average week there are 174 price changes of DSD products, which is about 10 percent of the supermarket's total weekly price changes. Using the cost of changing the price of a regular product, $1.33 (see Section IV for details), the annual cost of changing prices of the DSD products in this chain roughly equals $12,034.[19] Our menu cost measures do not include these figures since we do not have similar data for the other chains.[20]

### *III.6. Total Menu Costs*

The total annual menu costs reported for each chain per store are listed in the last row of Table III. As the table indicates, the menu costs range from $91,416 to $114,188 for an average of $105,887 per store per year.[21] Note that these menu cost mea-

---

the average annual per store figures for Chains A–D. Suppose that the supermarket chains decentralize the price change process by hiring for each store only one-quarter of the price change managing team, while, at the same time, they completely eliminate the corporate level team. The resulting annual menu cost per store would be $830,887 (= $105,887 + $725,000), which would dwarf any of the measurable menu cost figures we report in this study Even if the average store only hired just the merchandising manager at the annual cost of $150,000, it would still incur annual managerial cost of about $255,887 (= $105,887 + $150,000). In other words, such a trivial decentralization would double the store-level menu costs. This would indeed make the cost of price change *decisions,* the most important component of menu cost.

18. DSD products usually are high-volume, fast-moving, or perishable products such as milk, soda, eggs, bread, dairy, snacks, etc. In the chains we study, about 10–20 percent of the products are of a DSD type, but that share may reach as much as 40 percent of the products carried [Direct Store Delivery Work Group et al. 1995]

19 The process of changing prices of DSD and of regular products is similar. But with DSD products there are additional costs of the time spent on driving to the store, parking, and setting up the price change process at each store

20. Our measures of menu cost also do not incorporate the cost of informing consumers about price changes, which can take a variety of forms such as newspaper ads and inserts, TV and radio ads, in-store promotion signs, etc. Finally, we have no data on lost customer goodwill and damaged reputation caused by discrepancies between price tag and cash register [Okun 1981; Carlton and Perloff 1994; Haddock and McChesney 1994].

21. The variation in the menu costs across the chains is mostly due to wage rate and labor-efficiency variations Also note that since the supermarket chains in our sample are similar in the size of their stores, carry similar sets of products, and follow similar processes of price change and price change decisions, it is reasonable to believe that the chains incur similar types of costs Therefore, as noted underneath Table III, these menu cost measures are computed by replacing the unreported figures by the averages of the available values from the other chains.

Copyright © 2001. All Rights Reserved.

Exhibit 124A



sures include only the components we could accurately measure in dollar terms, which are discussed in subsections III.1–III.4.

## IV. Item Pricing Laws and Menu Costs

In this section we provide evidence on the menu costs for an additional chain (Chain E), which unlike the other four chains, operates in a state with an item pricing law. The most important aspect of item pricing laws is that they require a price tag on each individual item sold, not just on the shelf, which is what the other four chains in our sample do. For example, the item pricing law in Connecticut requires that the grocers "shall mark or cause to be marked each consumer commodity which bears a Universal Product Code with its retail price."[22] From a menu cost perspective, the requirement of posting prices on every item (in addition to the shelf price tag) introduces additional costs in the process of changing prices.

Although most of the steps involved in changing prices are the same for both types of chains, stores that are subject to item pricing laws have to undertake additional steps to obey this law.[23] The labor cost component of menu costs in Chain E totals $75,127 a year, of which $49,710 is the cost of the labor time spent on changing the prices of individual items, $3,234 is the cost of the labor time spent on shelf tag replacements, and $22,183 is the cost of the labor time spent on sign changes (see Table III).[24] An additional $44,168 is spent annually putting prices on new items as they are brought to the shelves. Although we do not include this last figure in our menu cost measures because we do not have information on how much of it is due to price change activity and how much due to just pricing—these costs are clearly a direct consequence of the item pricing law. The printing and delivery cost of price tags and price signs are $7,644, and the mistake

22 Public Act No 75–391 An Act Concerning Pricing of Consumer Merchandise [Public Acts of the State of Connecticut, 1975, Vol 1, p 390].

23 These steps, which are in addition to the regular steps undertaken to replace price tags on the shelves, include (1) obtaining item price tags, (2) setting up workstations, (3) locating the product, (4) removing an item from the shelf, (5) removing old price tag, (6) setting marking gun, (7) applying new price tag, and (8) returning the item back to the shelf

24 Since we do not have a measure of the cost of labor time spent on sign changes and the cost of in-store managerial supervision time for this chain, we use the average of the chains that report them (A and D) Note also that the hourly wage rate of $9 07 paid by Chain E is lower than the hourly wage of about $14 00–$20 00 paid by Chains A–D.

Copyright © 2001. All Rights Reserved.

**Exhibit 124A**



costs are $20,799. These figures, along with the amount of $5,466 for the cost of in-store managerial supervision time, yield total annual menu costs of $109,036 per store.

Although the magnitude of the total annual menu costs seem similar to the other four chains, note that the average weekly frequency of price changes in Chain E is only 1578, which is only 40.3 (= 1578/3916) percent of the price changes made by the other four chains. Thus, the average menu cost per price change for Chain E is $1.33 (see Table IV, last row). In contrast, the corresponding figures for Chains A–D average $0.52. Hence, the menu costs per price change incurred by the supermarket chain facing item pricing laws are more than two and a half times the amount incurred by chains that are not subject to this law.[25] Overall, these findings suggest that legal restrictions of the type of item pricing laws can have a significant impact on the menu costs incurred by sellers.

## V. Significance of the Menu Costs

The next natural question to ask is, how important are these costs? To address this question, we (1) provide several relative measures of the menu costs, (2) discuss the effect of the menu costs on supermarkets' price change activity, and (3) discuss macroeconomic implications by relating our findings to the existing theoretical models of menu costs. In each case, we provide additional evidence to help assess the importance of these menu costs.

### *V.1. Relative Measures of the Menu Costs*

In order to assess the relative magnitude of the menu costs reported in Section IV, we now present the menu cost figures relative to the average store-level revenues and net profit margins.[26] In addition, we present the menu cost figures per price change.

The annual average revenues of a large U. S. supermarket chain of the type and size included in our sample is $15,052,716

25. Further, note that the chains with smaller menu costs are likely to change their prices more frequently which suggests that the figures of the total annual menu costs understate the differences between Chain E and the other chains Indeed, despite the large difference in the menu cost per price change, the total annual menu costs per store for Chain E ($109,036) are more comparable to those of Chains A–D ($105,887).

26. In calculations that follow, we use industry averages because (1) the chains did not share this proprietary information with us, and (2) we were required to keep the identity of these chains confidential, as some of these numbers are detailed enough to enable some readers to identify the chains under study

Copyright © 2001. All Rights Reserved.

Exhibit 124A

TABLE IV

RELATIVE MEASURES OF MENU COSTS PER STORE FOR EACH CHAIN (IN 1991–1992 DOLLARS OR IN PERCENT)

| Relative measure of menu costs | Chain A | Chain B | Chain C | Chain D | Average of chains A–D | Chain E (item pricing law) |
|---|---|---|---|---|---|---|
| Total annual menu cost ($) | 105,311 | 112,635 | 91,416 | 114,188 | 105,887 | 109,036 |
| MC/revenues[a] (%) | **0.70** | **0.75** | **0.61** | **0.76** | **0.70** | **0.72** |
| MC/operating expenses[b] (%) | 3.11 | 3.32 | 2 70 | 3 37 | 3 13 | 3 22 |
| MC/gross margin[c] (%) | 2 80 | 2.99 | 2 43 | 3 03 | 2.81 | 2.90 |
| MC/net margin[d] (%) | **35.0** | **37.4** | **30.4** | **37.9** | **35.2** | **36.2** |
| MC per product carried[e] ($) | 4 21 | 4.50 | 3.66 | 4 57 | 4 23 | 4.36 |
| MC per item sold[f] ($) | 0 0119 | 0 0127 | 0 0103 | 0 0129 | 0.0119 | 0 0123 |
| MC per price change[g] ($) | **0.47** | **0.50** | **0.46** | **0.68** | **0.52** | **1.33** |

The notes below provide the figures used in computations MC stands for total annual menu cost See text for more details

a The annual revenues are $15,052,716 per store on average [*Supermarket Business* 1993, p 52]

b The annual operating expenses are $3,386,861 per store on average, based on 22 5 percent of revenues [Hoch, Drèze, and Purk 1994]

c The annual gross margin is $3,763,179 per store on average, based on 25 percent of revenues [Hoch, Drèze, and Purk 1994, *Supermarket Business* 1993]

d The annual net margin is $301,054 per store on average, based on 2 percent of revenues [Montgomery 1994]

e MC per product carried is computed as a ratio MC to the average number of products carried per store (25,000)

f MC per item sold is computed as the ratio of MC/(revenue/average price per item sold) The average price per item sold is $1 70 See note a above for revenue information Note the difference between number of products carried and number of items sold As an example, a Tartar Control Crest, 8oz would be considered a product carried and 300 units of them sold per year would be considered number of items sold

g MC per price change is computed as (MC/52)/(number of price changes/week), where number of price changes/week is taken from Table I

Copyright © 2001. All Rights Reserved.

Exhibit 124A



per store.[27] According to the second row of Table IV, the ratio of menu costs to revenues for Chains A–D ranges between 0.61–0.76 percent averaging 0.70 percent.[28] We relate the size of these figures to the existing theoretical menu cost models in subsection V.3.

Net profit margin, which measures the revenues minus all costs, is approximately 1–3 percent of revenues for these chains [Montgomery 1994], so we use 2 percent as a working average. The reason for the low profit rate in this industry is the intense competition [Calatone et al. 1989], especially at the regional level [Chevalier 1995], which has been increasing since the early 1990s [*Progressive Grocer,* November 1992, p. 50]. It follows that the average store profitability for these chains equals $301,054 per year. Therefore, the ratio of total menu cost to net margin for Chains A–D ranges between 30.4–37.9 percent for an average of 35.2 percent. Thus, the menu costs we report in this study represent a significant share of supermarkets' profits.

Another way to look at the menu cost figures we report is to express them relative to the frequency of price changes. In the last row of Table IV we present the menu cost figures per price change for each chain. As the table indicates, the cost of changing a price in Chains A–D ranges between $0.46–$0.68 for an average of $0.52. For Chain E the figure is substantially larger, $1.33 per price change.[29] These figures are lower than the estimated cost of

27. This is the average of two different estimates, $12,945,432 and $17,160,000 The source of the first figure is internal record of a supermarket chain of the type and size studied here. The second figure comes from *Supermarket Business* [1993, p. 52].

28. We also measured the menu costs in terms of controllable operating expenses (which are the portion of costs that the retailer has direct control over and therefore are often the costs that the retailer is most focused on managing), and gross margins (which measure the supermarket revenues minus direct cost of the products it sells) We find that the menu costs comprise 3.13 percent of controllable operating expenses and 2 81 percent of gross margins at these chains, on average Finally, if we measure the menu costs relative to the number of products carried per store (about 25,000), then we find that the menu costs per product average $4 23 for Chains A–D. See Table IV and its footnotes for details.

29. We can also try to express the menu cost figures relative to the number of individual items sold by these chains each year. (Note the difference between number of *products* carried and number of *items* sold As an example, a Tartar Control Crest, 8oz. would be considered a product carried and 300 units of them sold per year would be considered number of items sold.) Using $1.70 as the average price of *all* the products sold, we find that the menu cost per item sold for the four chains is in the range of $0 0103–$0.0129 for an average of $0.0119 (see Table IV, second to last row). To see the relative magnitude of these figures, note that according to Berkowitz, Kerin, and Rudelius [1986, p. 319], the goal of the supermarket chains of the type we study, ". . is to make 1 penny of profit on each dollar of sales " Thus, menu cost per item sold, when adjusted for the average price,

Copyright © 2001. All Rights Reserved.

Exhibit 124A



$2.00–$3.00 per price change reported by Slade [1996a]. There are several possible reasons for this: (1) our menu cost figures are based on actual measurements of the resources that go into the price change process, whereas she estimates menu costs econometrically as model coefficients using a mix of store-level price and aggregate cost data; (2) we cover 25,000 products that the supermarkets carry rather than a single product category; (3) our menu cost figures do not include all components of menu costs; and (4) there could be differences in wage rates that may be important given the significance of the labor cost component in menu costs.

*V.2. The Effect of Menu Costs on the Price Change Activity of the Supermarkets*

In this section we present evidence which suggests that these menu costs may be forming a barrier to price change activity. To begin with, consider the effect of the item pricing law on the price change activity of Chain E. The data on the weekly frequency of price changes in each chain are displayed in the last two rows of Table I. According to these figures, the average weekly frequency of price changes in Chain E is only 1578. Thus, on average, Chain E changes the prices of only 6.31 percent of its products each week. In contrast, the average weekly frequency of price changes at Chains A–D ranges from 3223 to 4316, for the four-chain average of 3916 price changes weekly. So, Chains A–D change prices on 12.89 to 17.26 percent of their products each week, yielding a four-chain average of 15.66 percent. Thus, Chain E, which faces the item pricing law, changes prices only about one-third times as frequently as do Chains A–D.[30]

Moreover, within Chain E there are 400 products that are exempt from the item pricing law, and thereby face lower menu costs. We find that there are an average of 83 weekly price changes for these products, yielding 21 percent of these products changing prices. So within Chain E they change prices over three times as frequently for products with lower menu costs than for

roughly equals one-half of their target net profit per item, which seems substantial

30. However, note that our comparison of the two types of chains may not be completely ceteris paribus because these stores are located in different states and therefore there may be other chain-specific factors (in addition to item pricing laws) that distinguish these stores We do not have any specific information on these differences. We do know, however, that the stores in these chains are similar in size and carry similar sets of products

Copyright © 2001. All Rights Reserved.

**Exhibit 124A**



the products with higher menu costs. Note that this finding is on the price change activity within the same chain offering almost a natural experiment on the impact of menu costs on the chain's pricing behavior. Hence, we provide evidence, both across chains as well as across products within a chain, that as the costs of changing price go up, the frequency of price changes goes down. Thus, the menu costs we find are significant enough to affect the chain's price change practice.

We also have additional evidence from Chains A, B, and D about these menu costs being a barrier to certain price changes, and it is summarized in Table V. According to the Price Management Department of Chain A, the chain experiences cost increases on 860 products in an average week, to which it would like to react with a price increase.[31] However, on average, 22 percent of these price increases are not implemented immediately because the cost of changing prices for these products is too high to make it economically worthwhile. Figures of the same magnitude were reported by other chains. For example, Chain D experiences cost increases for 961 products in an average week. Out of these the chain adjusts prices of only 633 products. The remaining 34 percent of the prices are left unadjusted because of the menu costs. Similarly, Chain B finds it economically inefficient to adjust prices of 508, i.e., 30 percent, of its products each week because of menu costs. This provides additional evidence that the menu costs incurred by these chains are preventing price adjustments to some costs changes, leading to price rigidities of the products involved.[32] Note that, although we do not have similar data for Chain E, we would expect significantly lower numbers on this measure at that chain. These figures also suggest an upper bound on the benefit of complete price flexibility under the current pricing practice of weekly price adjustments. However, if new technologies (e.g., ESL systems) and new pricing practices (e.g., a decentralization of the price change decisions) are

31. Our data contain information only on the frequency of cost increases Although it is more than likely that the supermarkets are experiencing cost decreases as well, our data set contained no information on such decreases

32 Menu costs may even be playing a role in the observed movement toward pricing strategies that rely on fewer price changes, such as EDLP [Blattberg and Neslin 1989; Lattin and Ortmeyer 1991; *Marketing News*, April 13, 1992, p 8] According to *Progressive Grocer* [November 1992, p. 50], "A growing number of operators say they have switched from high-low pricing [to EDLP]. They cite the inefficiencies of making frequent price changes . . ." Similarly, Hoch, Drèze, and Purk [1994, p 16], state that EDLP lowers operating costs by lowering ". . . in-store labor costs because of less frequent changeovers in special displays."

Copyright © 2001. All Rights Reserved.

Exhibit 124A



TABLE V
WEEKLY FREQUENCY OF COST-BASED PRICE ADJUSTMENTS NOT IMPLEMENTED BECAUSE OF MENU COSTS

| | Chain A | Chain B | Chain D |
|---|---|---|---|
| Number of products for which costs increase in an average week | 860 | 1693 | 961 |
| Number of price adjustments implemented | 671 (78%) | 1185 (70%) | 633 (66%) |
| **Number of price adjustments not implemented because of menu costs** | **189 (22%)** | **508 (30%)** | **328 (34%)** |

Chains C and E did not report these data

adopted, allowing a fundamental change in the way the pricing mechanism is currently set, the managers could consider more frequent price change activity (e.g., multiple times each week) as menu costs go down.

In this paper we measure the menu costs at the chains' current level of price change activity. It may be worthwhile to speculate on the shape of the cost function relating menu costs to the frequency of price changes by assessing how these costs would change if the price change activity were to increase or to decrease. It seems likely that many of the costs we report in this paper will (approximately) change linearly with additional price changes within the current range of price changes the chains are undertaking (plus or minus, perhaps, a thousand per week). For example, the labor costs associated with changing a shelf price tag, costs of verifying price changes, and the costs of mistakes occurring during this process, all increase linearly with the frequency of price changes. This is because most of the time-consuming steps involved in the price change process must be repeated each time an additional shelf price tag is changed (see Table II). Further, we were unable to find many tasks that generated significant returns to scale. It is unclear what cost savings are available if the price change activity drops substantially be-

Copyright © 2001. All Rights Reserved.

Exhibit 124A



low the levels it is at now. Clearly, if price changes were near zero, or done less frequently than weekly (say monthly), there could be major differences in these costs.

What is less clear is how these costs would change at more extreme levels of price change activity. With less frequent price changes, the menu costs could probably be reduced significantly, although the cost of deciding what prices to set initially, and the cost of putting the initial shelf price tags would still remain as a lower bound of the menu cost. However, for achieving more price flexibility by changing prices more frequently (i.e., multiple times each week), substantial changes must be undertaken. At present, the supermarket chains are set up to make the majority of their price changes on a weekly basis, with the appropriate systems in place to make this process most efficient. For example, in order to save costs and to have higher quality price tags (e.g., with color, more details, greater clarity, glossy, etc.), the chains often send new price tag requests to a printing shop, which takes three days to print and deliver the labels to each store. Then, given the large number of price changes taking place, and the goals of minimizing customer disruptions and labor costs (such as overtime pay), and coordinating with advertised price promotions, the prices are changed in the store over a two-to-three-day period (see Table VI). The combination of these schedule and built-in lags is acceptable under the current practice of changing prices weekly, but would have to be adjusted dramatically to allow for significantly more frequent price changes on a regular basis.

Perhaps even more imposing are the costs of changing the managerial costs associated with the current weekly system of price changes. The process of pricing at this organizational level is not a self-contained activity taking place in isolation from other operations of the supermarket management. Rather, it is a part of a larger system of business decisions and operations. The current process of operations (such as data collection and their analysis, management meetings, coordination of the decisions across functional areas, etc.) is set up to function on a weekly basis.[33] Further, these management, accounting, and logistics systems are currently built around a tremendous amount of in-

33 For example, the data are analyzed and presented to managers on Monday and Tuesday, with meetings set for Thursday and Friday to make pricing decisions for the next week in coordination with all other business functions of the chain

Copyright © 2001. All Rights Reserved.

**Exhibit 124A**



TABLE VI
WEEKLY SCHEDULE OF PRICE CHANGES BY TYPE OF MERCHANDISE IN CHAIN A

| Type of merchandise | Number of products for which prices change | Time of the week when the prices are changed |
|---|---|---|
| General merchandise advertised | 72 (1 7%) | Saturday night |
| **Grocery** | 2100 (49.1%) | Sunday night |
| Market (produce) | 171 (4 0%) | Sunday night |
| **General merchandise** | **1853 (43.3%)** | **Monday night** |
| Grocery, advertised | 82 (1 9%) | Tuesday night |
| Total number of weekly price changes | 4278 (100%) | |

formation to be analyzed for thousands of products.[34] Accommodating more frequent price changes on a regular basis would require a radical adjustment of many managerial substructures and units at both corporate and store levels, which could involve costly investment in restructuring and retraining the existing labor force as well as in new physical and human capital. Thus, the cost function relating the menu costs to the frequency of price changes would be approximately linear from zero to roughly about 5000 price changes per week. With higher frequency of price changes, under the current weekly pricing practice, the menu costs are likely to increase dramatically, perhaps by as much as ten-to-twenty times, according to the ESL executives.[35]

34 For example, under the current system, a chainwide category manager operating at the corporate headquarters needs to study and assess numerous pieces of detailed information such as competitors' price and sale information from the last week, the past week's sales at the own chain, manufacturer/supplier promotions, wholesale price reductions, coop allowances, new product offerings, shelf space decisions, coordination with newspaper advertising, logistics at the warehouses as well as at each store, store differences in terms of customer characteristics, and competitive environments, product/shelf selection, and layout, etc

35. If the supermarket chains indeed restructure the entire price change process and begin to change prices much more frequently (say two-to-three times a week) on a regular basis, then the shape of this cost function could change in an unpredictable way

Copyright © 2001. All Rights Reserved.

Exhibit 124A



*V.3. Relating Our Findings to the Existing Theoretical Models of Menu Costs*

In order to assess the magnitude of these menu cost figures in the context of the existing theoretical menu cost literature, consider the following calculation experiments done within the framework of two theoretical menu cost models. Blanchard and Kiyotaki [1987] study a general equilibrium menu cost model with monopolistic competition and with unit elasticity of aggregate demand with respect to real money balances. According to their calculations, menu costs of the magnitude of 0.08 percent of revenues, which they consider "very small," may be sufficient to prevent adjustment of prices. Ball and Romer [1990] conduct similar calculations in the framework of a model with imperfect competition and menu costs. They find that for plausible markup and labor elasticity parameter values, menu costs needed to prevent price adjustment are 0.70 percent of revenues, which as they suggest, are nonnegligible. For smaller menu costs, e.g., 0.04 percent of the revenue, which Ball and Romer consider "trivial," implausibly large values of markup and labor elasticity parameters are needed to prevent price adjustment to monetary shocks.

According to the figures in Table IV, the reported menu cost to revenues ratio for Chains A–D averages 0.70 percent, ranging from 0.61 percent to 0.76 percent. These are significantly larger than the "trivial" 0.04 or 0.08 percent figures mentioned above, suggesting that the menu cost figures we find here are nontrivial. Further, under the model and parameter values considered by Blanchard and Kiyotaki [1987], the menu cost figures we find are higher than the theoretical minimum needed to form a barrier to price adjustments. Under the model and parameter values considered by Ball and Romer [1990], the reported menu cost/revenue ratio for all but one chain reaches or crosses the theoretical threshold of 0.70 needed to form a barrier to price adjustments. The existence of numerous unmeasured menu cost components discussed in subsection III.5 also raises the possibility that the actual menu costs incurred by these chains are significantly higher than that threshold. This suggests that the menu costs we report may be large enough to form a barrier to nominal price adjustments, when interpreted in the context of these models.

An issue of interest in this literature is time-dependent versus state-dependent pricing rules (see, for example, Caplin and Leahy [1991]). The evidence from our data set on the timing of

Copyright © 2001. All Rights Reserved.

Exhibit 124A



price changes suggests that the price change decisions in these supermarkets have a strong time-dependent price-setting element.[36] For example, according to Table VI, the prices in Chain A are changed weekly according to the following schedule: the price changes of general merchandise that is advertised is done Saturday nights; grocery and produce prices are changed Sunday nights; the rest of the general merchandise prices are changed on Monday nights; and the prices of advertised grocery items are changed on Tuesday nights. Thus, as the figures in Table VI indicate, over 96 percent of the price changes are done during Sunday and Monday nights. However, this does not imply that state-dependent pricing rules are unimportant. Even if price changes across product categories follow a prescheduled weekly time table, the prices of which products to change is likely to be a state-dependent decision. For example, it could depend on changes in supply and demand conditions such as competitors' price change decisions. Indeed, Levy, Dutta, and Bergen [1996] use retail store-level orange juice price and cost data to demonstrate that the extent of price response to cost shocks, that is, the extent of price rigidity, may depend on the nature of supply shocks.[37]

We do not want to overstate the usefulness of our data for directly addressing the issue of monetary nonneutrality. On one hand, authors such as Caplin and Spulber [1987] have demonstrated that under certain conditions individual price rigidity may not be sufficient for aggregate price rigidity, but unfortunately, our data do not speak directly to this issue.[38] On the other hand, authors such as Akerlof and Yellen [1985], Mankiw [1985], Parkin, [1986], and Caplin and Leahy [1997] have shown that even

36 Danziger [1983], Caballero [1989], and Ball and Mankiw [1994] suggest that time-dependent price adjustment of the type documented here can be optimal if the cost of gathering information about the state exceeds the cost of making the price adjustment itself

37. We also considered the possibility of convexities in the cost of changing prices. Our data do not suggest many convexities since the labor time spent in the price tag change process, the cost of printing and delivering price tags, and in-store supervision time do not change with the size of a price change. The only measurable component of menu costs that could be convex is the cost of mistakes made the larger the price change, the higher the probability of a customer noticing the mistake, and the larger the amount required to be refunded as compensation Among the unmeasured components of menu cost, the cost of corporate managerial time may increase with the size of a price change because larger price changes may require more serious consideration

38. Also see Balke and Wynne [1996] and Bryan and Cecchetti [1996]. Since we do not have measures of how menu costs change over time, our data also have little to say about time variation in menu costs or about the relationship between menu costs and inflation, which during the period of the data collection (1991–1992) averaged about 3 percent annually

Copyright © 2001. All Rights Reserved.

Exhibit 124A



small menu costs can be relevant since they may be sufficient to generate substantial aggregate nominal rigidity and thus large business cycles. Therefore, as Blinder [1994], Kashyap [1995], and Slade [1996a] emphasize, it is important to search for direct evidence that such costs are indeed present at the micro level. By directly identifying, documenting, and measuring the magnitude of menu costs at the store level, we are taking an important step in that direction.

## VI. Conclusion and Future Research

Our main contribution is that we provide direct microeconomic evidence on the actual magnitude of menu costs for four large U. S. retail supermarket chains. The annual menu costs per store at these chains average $105,887, comprising 0.70 percent of revenues, 35.2 percent of net profit margins, and $0.52 per price change, on average.

Further, we provide evidence which suggests that these menu costs may be forming a barrier to price changes. Specifically, we show that (1) supermarket chains not subject to item pricing law change prices two and a half times more frequently than the chain that is subject to the law; (2) within the chain that is subject to the item pricing law, they change prices over three times as frequently for products that are exempt from this law than for the products which are subject to this law; and (3) we find that these chains do not adjust prices of up to one-third of the products for which they face cost increases because of menu cost considerations.

When we relate these findings to the existing theoretical models of menu costs, we conclude that the magnitude of menu costs we find is large enough to be capable of having macroeconomic significance. Specifically, when considered in the context of the theoretical menu cost models of Blanchard and Kiyotaki [1987] and Ball and Romer [1990], we find that the menu cost figures we report are "nontrivial" and their relative magnitudes cross the minimum theoretical threshold needed to form a barrier to price adjustments.

Despite the high relative magnitude of the marginal cost of changing price that we found, the data still indicate frequent weekly price changes. This is because of the high marginal benefit of changing price, which is due to the fierce competition found in the retail supermarket industry. That marginal benefits may

Copyright © 2001. All Rights Reserved.

**Exhibit 124A**



outweigh the marginal costs of changing prices in this industry, however, does not rule out the possibility that menu costs of the magnitude we find here can create substantial nominal rigidity in other industries or markets. In less competitive industries and markets, menu costs of the type and magnitude we document here are likely to have a bigger impact on the frequency of price adjustment and, consequently, on the degree of price rigidity.

At a minimum the direct dollar measures of menu costs we report here can be used as a starting point for future research on measuring their magnitude in other industries and establishments. We anticipate that these menu costs will be similar in other markets which rely on posted prices (such as drugstores, department stores, etc.) because the steps involved in the price change process are likely to be similar. What may differ are the frequency of price changes and the labor wage rates at these stores. For example, since supermarket chains change thousands of prices each week, the total annual menu costs incurred by these chains per store are likely to be high in comparison to other retail formats such as chain drugstores or department stores. There are, however, a variety of industries for which the steps involved in changing prices would be significantly different from those reported in our study. For example, business-to-business sales which often rely on a sales force, will require changes in the list price sheets, changes in the instructions to the sales force which may include education and discussion with the salespeople in the company, and so forth. These business-to-business prices also often have more complex pricing schemes including quantity discounts, bundling, and individually negotiated prices. As another example, the composition of the cost of changing the newsstand prices of magazines [Cecchetti 1986] or the prices of products sold through catalogs [Kashyap 1995] are different from many of the menu cost components we discuss here. Further, the finding that a centralization of pricing decisions makes the store-level managerial component of menu cost relatively small, suggests that the managerial menu costs likely are highest in settings where price change decisions are decentralized. Thus, future empirical work should look at menu cost and its composition in a variety of other industries, markets, and products, with both centralized as well as decentralized price change decisions, in order to see whether the magnitude of these costs can be generalized and benchmarks can be established. Further, there are technological changes taking place in this and other industries

Copyright © 2001. All Rights Reserved.

**Exhibit 124A**



that promise to alter the structure of menu costs, which deserve attention. At the theoretical level our findings suggest that it may be worthwhile to explore models which incorporate the idea of item pricing laws as an additional component of menu costs.

EMORY UNIVERSITY
UNIVERSITY OF MINNESOTA
UNIVERSITY OF SOUTHERN CALIFORNIA
ROBERT W BAIRD & COMPANY

## REFERENCES

Akerlof, George A , and Janet L. Yellen, "A Near-Rational Model of the Business Cycle, with Wage and Price Inertia," *Quarterly Journal of Economics,* C (1985), 823–38

Amano, Robert A , and R. Tiff Macklem, "Menu Costs, Relative Prices, and Inflation: Evidence for Canada," Working Paper, Research Department, Bank of Canada, 1995.

Andersen, Torben M , *Price Rigidity· Causes and Macroeconomic Implications* (Oxford. Clarendon Press, 1994).

Balke, Nathan S , and Mark A Wynne, "Supply Shocks and the Distribution of Price Changes," *Federal Reserve Bank of Dallas Economic Review* (1996), 10–18.

Ball, Laurence, and N. Gregory Mankiw, "A Sticky-Price Manifesto," *Carnegie-Rochester Conference Series on Public Policy* (1994), 127–52

Ball, Laurence, and N. Gregory Mankiw, "Relative Price Changes as Aggregate Supply Shocks," *Quarterly Journal of Economics,* CX (1995), 161–93.

Ball, Laurence, N Gregory Mankiw, and David Romer, "The New Keynesian Economics and the Output-Inflation Trade-off," *Brookings Papers on Economic Activity,* 1 (1988), 1–65

Ball, Laurence, and David Romer, "Real Rigidities and Nonneutrality of Money," *Review of Economic Studies,* LVII (1990), 183–203.

Bergen, Mark, Shantanu Dutta, and Steven M Shugan, "Using Branded Variants," *Journal of Marketing Research,* XXXIII (1996), 9–19.

Berkowitz, Eric N , Roger A Kerin, and William Rudelius, *Marketing* (St. Louis, MO· Times Mirror/Mosby College Publishing, 1986)

Blanchard Olivier J , and Nobuhiro Kiyotaki, "Monopolistic Competition and the Effects of Aggregate Demand," *American Economic Review,* LXXVII (1987), 647–66

Blattberg, Robert C., and Scott A. Neslin, *Sales Promotion Concepts, Methods, and Strategies* (Englewood Cliffs, NJ: Prentice Hall, 1989).

Blinder, Alan S., "Why Are Prices Sticky? Preliminary Results from an Interview Study," *American Economic Review,* LXXXI (1991), 89–96.

——, "On Sticky Prices: Academic Theories Meet the Real World," in *Monetary Policy,* N Gregory Mankiw, ed. (Chicago, IL: University of Chicago Press for the NBER, 1994).

Bryan, Michael F , and Stephen G. Cecchetti, "Inflation and the Distribution of Price Changes," NBER Working Paper No. 5793, 1996.

Caballero, Ricardo J., "Time-Dependent Rules, Aggregate Stickiness, and Informal Externalities," Columbia University, Discussion Paper No 428, 1989

Calatone, Roger J., Cornelia Droge, David Litvack, and C. Anthony DiBenedetto, "Flanking in a Price War," *Interfaces,* XIX (1989), 1–12

Caplin, Andrew, "Individual Inertia and Aggregate Dynamics," in *Optimal Pricing, Inflation, and the Cost of Price Adjustment,* Eytan Sheshinski and Yoram Weiss, eds. (Cambridge, MA The MIT Press, 1993)

Caplin, Andrew S., and John Leahy, "State Dependent Pricing and the Dynamics of Money and Output," *Quarterly Journal of Economics,* CVI (1991), 683–708.

Copyright © 2001. All Rights Reserved.

**Exhibit 124A**



Caplin, Andrew, and John Leahy, "Aggregation and Optimisation with State-Dependent Pricing," *Econometrica,* LXV (1997), 601–05

Caplin, Andrew S , and Daniel F Spulber, "Menu Costs and the Neutrality of Money," *Quarterly Journal of Economics,* CII (1987), 703–25

Carlton, Dennis W , "The Rigidity of Prices," *American Economic Review,* LXXVI (1986), 637–58

——, "The Theory and the Facts of How Markets Clear· Is Industrial Organization Valuable for Understanding Macroeconomics?" in *Handbook of Industrial Organization, Volume 1,* Richard Schmalensee and Robert D Willig, eds (Amsterdam· North-Holland, 1989)

Carlton, Dennis W., and Jeffrey M. Perloff, *Modern Industrial Organization* (New York, NY· Harper Collins, 1994).

Cecchetti, Stephen G., "The Frequency of Price Adjustment A Study of the Newsstand Prices of Magazines," *Journal of Econometrics,* XXXI (1986), 255–74

Chevalier, Judith A , "Capital Structure and Product Market Competition Empirical Evidence from the Supermarket Industry," *American Economic Review,* LXXXV (1995), 415–35

Danziger, Leif, "Price Adjustments with Stochastic Inflation," *International Economic Review,* XXIV (1983), 699–707

——, "Inflation, Fixed Cost of Price Adjustments, and Measurement of Relative Price Variability," *American Economic Review,* LXXVII (1987), 704–13

Dutta, Shantanu, Mark Bergen, and Daniel Levy, "Price Flexibility Evidence from Scanner Data," Working Paper, University of Chicago and Emory University, 1995

Eden, Benjamin, "Time Rigidities in the Adjustment of Prices to Monetary Shocks An Analysis of Micro Data," Discussion Paper No. 94.16, Bank of Israel, 1994.

Federal Trade Commission, "Price Check: A Report on the Accuracy of Checkout Scanners" (October 1996)

Goodstein, Ronald C , "UPC Scanner Pricing Systems: Are They Accurate?" *Journal of Marketing,* LVIII (1994), 20–30.

Gordon, Robert J , "What is New-Keynesian Economics?" *Journal of Economic Literature,* XXVIII (1990), 1115–71

Haddock, David D , and Fred S. McChesney, "Why Do Firms Contrive Shortages? The Economics of Intentional Mispricing," *Economic Inquiry,* XXXII (1994), 562–81.

Hoch, Stephen J , Xavier Drèze, and Mary E Purk, "EDLP, Hi-Lo, and Margin Arithmetic," *Journal of Marketing,* LVIII (1994), 16–27

Direct Store Delivery Work Group et al , "Direct Store Delivery: An Efficient Consumer Response Best Practices Report," Joint Industry Project on Efficient Consumer Response, Industry Relations Department, Grocery Manufacturers of America, 1995.

Kashyap, Anil K , "Sticky Prices· New Evidence from Retail Catalogs," *Quarterly Journal of Economics,* CX (1995), 245–74.

Lach, Saul, and Daniel Tsiddon, "The Behavior of Prices and Inflation An Empirical Analysis of Disaggregated Data," *Journal of Political Economy,* C (1992), 349–89

Lach, Saul, and Daniel Tsiddon, "Staggering and Synchronization in Price-Setting: Evidence from Multiproduct Firms," *American Economic Review,* 1996, LXXXVI (1996), 1175–96.

Lattin, James M., and Gwen Ortmeyer, "A Theoretical Rationale for Everyday Low Pricing by Grocery Retailers," Working Paper, Graduate School of Business, Stanford University, 1991

Levy, Daniel, Shantanu Dutta, and Mark Bergen, "Heterogeneity in Price Rigidity and Shock Persistence," Working Paper, University of Chicago and Emory University, 1996

Levy, Daniel, Shantanu Dutta, Mark Bergen, and Robert Venable, "Price Adjustment at Multiproduct Retailers," Working Paper, Emory University, 1997.

Liebermann, Yehoshua, and Ben-Zion Zilberfarb, "Price Adjustment Strategy under Conditions of High Inflation: An Empirical Examination," *Journal of Economics and Business,* XXXVII (1985), 253–65.

Mankiw, N Gregory, "Small Menu Costs and Large Business Cycles A Macroeconomic Model of Monopoly," *Quarterly Journal of Economics,* C (1985), 529–39

Copyright © 2001. All Rights Reserved.

Exhibit 124A



Mankiw, N Gregory, and David Romer, *New Keynesian Economics* (Cambridge, MA: MIT Press, 1991).
Meltzer, Allan H., "Information, Sticky Prices, and Macroeconomic Foundations," *Federal Reserve Bank of St. Louis Review,* LXXVII (1995), 101–18
*Money Magazine,* "Don't get cheated by Supermarket Scanners," an article by Vanessa O'Connell, XXII (1993), 132–38.
Montgomery, Alan L., "The Impact of Micro-Marketing on Pricing Strategies," Ph D thesis, Graduate School of Business, University of Chicago, 1994.
Okun, Arthur M., *Prices and Quantities: A Macroeconomic Analysis* (Washington, DC: The Brookings Institution, 1981).
Parkin, Michael, "The Output-Inflation Trade-off When Prices Are Costly to Change," *Journal of Political Economy,* XCIV (1986), 200–24.
Romer, David, *Advanced Macroeconomics* (New York, NY. McGraw-Hill, 1996).
Rotemberg, Julio J , "Sticky Prices in the United States," *Journal of Political Economy,* XC (1982), 1187–211
Sheshinski, Eytan, A Tishler, and Yoram Weiss, "Inflation, Costs of Price Adjustments, and the Amplitude of Real Price Changes: An Empirical Analysis," in *Development in an Inflationary World,* J. Flanders and Assaf Razin, eds (New York, NY: Academic Press, 1981).
Sheshinski, Eytan, and Yoram Weiss, "Inflation and Costs of Price Adjustments," *Review of Economic Studies,* XXXXIV (1977), 287–303.
Sheshinski, Eytan, and Yoram Weiss, *Optimal Pricing, Inflation, and the Cost of Price Adjustment* (Cambridge, MA: The MIT Press, 1993).
Slade, Margaret E., "Optimal Pricing with Costly Adjustment: Evidence from Retail-Grocery Prices," The University of British Columbia, submitted, 1996a
——, "Sticky Prices in a Dynamic Oligopoly: An Investigation of (*s*,*S*) Thresholds," University of British Columbia, manuscript, 1996b.
*Supermarket Business,* "Consumer Expenditures Study," XLVIII (1993), 52.
Warner, Elizabeth J., "Pricing in the Retail Industry· A Case Study," manuscript, Hamilton College, 1995.
Warner, Elizabeth J , and Robert Barsky, "The Timing and Magnitude of Retail Store Markdowns: Evidence from Weekends and Holidays," *Quarterly Journal of Economics,* CX (1995), 321–52

Copyright © 2001. All Rights Reserved.

ion
ceting
enges

ıta bases, in-
ȷ Management
ement System,
tem and
System.
)ata Group, Inc.
ustom research
ping market
es your company
velop, promote or
l services.

The Leader

ices—
at the
chal-
y, give us a call at
IRI has all the
ation and decision
ed to succeed.

Los Angeles, CA; San
ork, NY; Wayne, NJ;
am, MA. International
rance, Canada,

an are trademarks of

n are registered trademarks
nc.

# MARKETING










ARTICLES BY
DeSARBO, RAO, STECKEL,
WIND and COLOMBO
HORSKY and SWYNGEDOUW
KRISHNAMURTHI and
RANGASWAMY
HESS and GERSTNER
MOORTHY

SEP. 1.2000 12:44PM CORNERSTONE RESEARCH 927-1599 NO.300 P.3

THE MARKETING JOURNAL OF TIMS/ORSA

MARKETING SCIENCE

VOLUME 6 NUMBER 4 FALL 1987

# Contents

**299** **A Friction Model for Describing and Forecasting Price Changes**
*Wayne S. DeSarbo, Vithala R. Rao, Joel H. Steckel, Jerry Wind and Richard Colombo*
Modeling the forces which trigger price change decisions.

**320** **Does It Pay to Change Your Company's Name? A Stock Market Perspective**
*Dan Horsky and Patrick Swyngedouw*
Can the right new name increase the demand for your product?

**336** **The Equity Estimator for Marketing Research**
*Lakshman Krishnamurthi and Arvind Rangaswamy*
Estimating reliable coefficients in the presence of multicollinearity.

**358** **Loss Leader Pricing and Rain Check Policy**
*James D. Hess and Eitan Gerstner*
Do sellers deliberately understock loss leaders?

**375** **COMMENT: Managing Channel Profits: Comment**
*K. Sridhar Moorthy*

Published quarterly in Winter, Spring, Summer and Fall by The Institute of Management Sciences, 290 Westminster Street, Providence, RI 02903, and the Operations Research Society of America. Subscription Price: Nonmembers—$25.00; Members—$20.00 per volume. Second Class Postage paid at Providence RI and at additional mailing offices. POSTMASTER: Send address changes to MARKETING SCIENCE, 290 Westminster Street, Providence, RI 02903.

Copyright © 1987 The Institute of Management Sciences and Operations Research Society of America

ISSN 0732-2399

Exhibit 124B
Case 4:07-md-01819-CW Document 806-13 Filed 08/06/09 Page 39 of 65
PageID #: 18810
SEP. 1.2000 12:44PM CORNERSTONE RESEARCH 927-1599 NO.300 P.4

MARKETING SCIENCE
Vol. 6, No. 4, Fall 1987
*Printed in U.S.A.*

# LOSS LEADER PRICING AND RAIN CHECK POLICY

JAMES D. HESS AND EITAN GERSTNER
*North Carolina State University*
*Georgetown University*

Loss leader pricing and rain check policies are common in retail markets, yet research on these topics is surprisingly scarce. In this paper, we study the effects of leader pricing and rain check policy on stores' profits and market outcomes. Suppose stores can accurately predict demand. Might they still run out of stock? We investigate whether such a result is plausible when stores can offer rain checks. The paper also helps resolve an issue that has recently attracted much attention: Should the FTC repeal its rule prohibiting stock outs of advertised sale items?
**(Pricing; Loss Leaders; Rain Checks; Featuring)**

## 1. Introduction

Leader pricing is a pricing strategy in which retailers set very low prices, sometimes below cost, for some products to lure customers into stores. The idea is that while customers are in the store to get this good (the leader product), they buy other goods that generate higher profits. This phenomenon is also referred to as "featuring" (Nelson and Hilke 1986). When a featured brand is sold at a loss, stores try to avoid selling large quantities of the loss leader product and want to sell other goods with larger markups. As a result, some stores limit purchases of leader items to one per customer, while others run out of the leader products and offer rain checks to frustrated customers. A rain check is a promise to provide the items at the reduced price sometime in the future.

In this paper, we study the effects of leader pricing and rain check policy on stores' profits and market outcomes. Suppose stores can accurately predict demand. Might they still run out of stock? We investigate whether such a result is plausible when stores can offer rain checks.

Other research on leader pricing and rain check policy is scarce. In one empirical study, Hendon (1976) found that stock outs of sale items were common in his sample of three interstate chain stores. We have conducted a short empirical investigation in two general merchandise stores and also found that stock outs occurred more often for products on sale than for similar products not on sale. In this study, 35 frequently purchased products were preselected for each store. When the two stores advertised sales on similar products, 35 sale items with substantial discounts were selected for each store. We compared the percentages of stock outs for each group in each store one day before the end of the sale. The sales lasted three days. Table 1 shows the percentages of



0732-2399/87/0604/0358$01.25
Copyright © 1987, The Institute of Management Sciences/Operations Research Society of America

Exhibit 124B
Case 4:07-md-01819-CW Document 806-13 Filed 08/06/09 Page 40 of 65
PageID #: 18811
SEP. 1.2000 12:44PM CORNERSTONE RESEARCH 927-1599 NO.300 P.5

POLICY

et research on
icing and rain
urately predict
ult is plausible
it has recently
s of advertised

prices, sometimes
idea is that while
y buy other goods
featuring" (Nelson
avoid selling large
ith larger markups.
er customer, while
rated customers. A
etime in the future.
ck policy on stores'
ict demand. Might
ausible when stores

e. In one empirical
non in his sample of
investigation in two
red more often for
tudy, 35 frequently
vo stores advertised
ere selected for each
n each store one day
vs the percentages of

399/87/0604/0358$01.25
ions Research Society of America



TABLE 1

Stock Out Percentages by Store and Product Group

| Store | 35 Advertised Sale Items | 35 Non-sale Items |
|---|---|---|
| 1 | 22.9 | 8.6 |
| 2 | 37.1 | 5.7 |

stock outs for sale and nonsale products. As can be seen, the percentages of stock outs for sale items are significantly higher (at the 5% level).

It is hard to explain these results as inventory misjudgements: Why should errors be more frequent for featured items? Furthermore, these stock outs occurred despite a 1971 ruling of the Federal Trade Commission that makes it illegal for stores to advertise sale items not available in sufficient quantities. The stores cannot comply with the law simply by offering rain checks in such circumstances; they must carry sufficient inventories to satisfy customers.

In a recent article in the *Wall Street Journal* (Saddler 1985), it was reported that the FTC is considering repeal of the rule that "requires stores to have enough stock on hand so that the last shopper on the last day of the sale can purchase every time. More than 3000 people have written to the agency in recent months about the proposal; most opposed repeal."

The issue of concern to the retailers and to the FTC is that the rule imposes an inventory burden on retailers that is eventually passed on to consumers. Repealing the rule and allowing stores to offer rain checks to compensate consumers for inventory mistakes could be plausible. The point we make in this paper is that the FTC is ignoring a different aspect of leader pricing and rain checks; the opportunity of using rain checks can actually induce retailers to run out of stock deliberately even when they can accurately predict demand. We investigate a fully informed model of profit-maximizing firms that consciously plan on running out of stock of advertised goods and offering rain checks to those customers who do not find the goods on the shelf. Rain checks are offered to induce customers to come to the store a second time and buy other products. This behavior imposes inefficiencies on the economy.

Leader pricing is not the only reason for "price deals" by stores. Other possibilities are:

(a) Price differentiation: Stores might find it profitable to price discriminate between well-informed and ill-informed consumers (Salop 1977, Shilony 1977 and Varian 1980), or between consumers with high and low transaction costs (Narasimhan 1984, Gerstner and Holthausen 1986, Gerstner and Hess 1987a), or between consumers with high and low willingness to pay (Conlisk et al. 1984, Sobel 1984 and Lazear 1986).

(b) Forward buying: Price dealing can help stores increase profits by inducing consumers to purchase for future consumption (Salop and Stiglitz 1982 and Jeuland and Narasimhan 1985).

(c) Peak load pricing: By offering different prices in different periods, sellers profitably motivate consumers to spread their buying across time periods (Gerstner 1986).

(d) Introductory offers of new products: Effective market penetration can be achieved when sellers offer new products at a special low price (Bass 1980, Jeuland 1981, Jeuland and Dolan 1982 and Kalish 1983).

Most of these papers examine sales strategies by assuming that the retailer sells only one product. Therefore they do not consider multiproduct marketing strategies that rely on substitutability or complementarity relationships that exist in shopping. In this paper we consider complementarity; shoppers who visit a store to buy one product also buy complementary products to reduce the number of future shopping trips or to

Exhibit 124B
SEP. 1.2009 12:45PM CORNERSTONE RESEARCH 321-1599 Case 4:07-md-01819-CW Document 806-13 Filed 08/06/09 Page 41 of 65 NO.900 P.8
PageID #: 18812



satisfy urgent needs. In another paper (Gerstner and Hess 1987b) we consider substitutability; when visiting a store consumers are exposed to substitute brands and they may choose to buy these rather than the brand originally on their shopping list.

Interesting questions that are not addressed in our paper are the following: Why do retailers usually feature a relatively small subset of their products? And, why are only particular brands featured and others not? Limited advertising budgets or industry traditions are possible reasons. Different explanations are offered in Holton (1957, p. 20) and Nagle and Novak (1985). First, buyers can more easily remember prices of frequently purchased items. Therefore these items are more likely to be featured. Second, featuring might be a way of price differentiation; stores are more likely to feature brands that are more frequently purchased by price sensitive customers. Nagle and Novak tested these two hypotheses and found them to be supported by the evidence.

Finally, leader pricing can be interpreted as a "bundling strategy" in which stores bundle impulse goods with leader products. Bundling might be used to sort consumers into groups among which a monopolist can profitably price discriminate (Stigler 1963, Adams and Yellen 1976). In this paper, the bundling is a device designed to compete for customers. The purpose is to bring customers to the store with the low-priced leader product, for once they are in the store, the cost of going to another store gives the seller monopoly power over impulse goods.

## 2. The Model

*Consumer Behavior*

We will construct a two-period model with $N$ identical consumers. Stores sell a selection of "impulse goods" (products bought on sight without price comparisons across stores)[1] and only one shopping good as a leader product. Each consumer visits only one store in each period (because of high transaction costs) and is willing to spend $R$ dollars on impulse goods each visit but buys only one unit of the leader product either in period 1 or period 2. When the customer finds the leader product on the shelf in period 1, the product has a current reservation value of $V$ to the consumer. If, however, the customer does not find it, the customer gets a rain check and the value is reduced to $\beta V - T$. Here $T$ is the transaction cost to customers of using a rain check (for example, spending time at the service desk, remembering to bring it back to the store, etc.) and $\beta$ is the discount factor common to sellers and buyers, $0 < \beta < 1$. A rain check guarantees that a frustrated customer will get one unit of the leader product at the current price when the customer visits the same store again in the second period.

Consumers are informed about the leader price and rain check policy and rational by assumption. They compare stores' policies concerning the leader products and each period choose the store that provides them with the highest utility. We simplify notation by distinguishing only between a representative store and all other stores. Small letters describe the behavior of the representative store, and capital letters describe the common behavior of each of the other stores. Let $x$ be the number of customers who visit the representative store in period 1, let $q$ be the quantity of leader product sold in period 1, and let $p$ be the leader product price. The equivalent magnitudes for all other stores are $X$, $Q$, and $P$, respectively.

The number of rain check offers by the representative store is $x - q$, and the fraction of customers who will not find the leader product on the shelf and will use rain checks is

[1] Impulse buying is an important aspect of buyer behavior, and it has been investigated in numerous studies. (See, for example, Stern 1962, Cox 1964, Kollat and Willett 1967, D'Antoni and Shenson 1973.) A most recent large-scale study by Point-of-Purchase Advertising Institution, Inc. shows that roughly 60 percent of all products bought in supermarkets are unplanned purchases (*Marketing News*, March 27, 1987). A high incidence of unplanned buying also occurs in drugstores and in general merchandise stores (Prasad 1975).

ve consider substi-
e brands and they
iopping list.
following: Why do
And, why are only
udgets or industry
n Holton (1957, p.
emember prices of
o be featured. Sec-
ore likely to feature
tomers. Nagle and
d by the evidence.
y" in which stores
l to sort consumers
inate (Stigler 1963,
gned to compete for
e low-priced leader
store gives the seller

imers. Stores sell a
comparisons
a nsumer visits
d is willing to spend
eader product either
luct on the shelf in
isumer. If, however,
e value is reduced to
check (for example,
the store, etc.) and $\beta$
in check guarantees
at the current price
l.
olicy and rational by
products and each
r. We simplify nota-
other stores. Small
l letters describe the
er of customers who
ader product sold in
gnitudes for all other

$-q$, and the fraction
will use rain checks is

nvestigated in numerous
oni and Shenson 1973.) A
ws that roughly 60 percent
1 27, 1987). A high
is res (Prasad 1975).



$$\alpha = (x - q)/x = 1 - q/x. \tag{1}$$

The transaction cost of frustrated customers, $T$, is likely to increase with the proportion of customers seeking rain checks because of longer lines at the service counter. For simplicity, assume that $T$ is proportional to $\alpha$, $T = t\alpha$, $t > 0$, and that all consumers take advantage of rain check offers (consumer heterogeneity will be considered in §6). That is, we assume all consumers have the same transaction costs and that $t$ is not so high that the surplus, $\beta V - \beta p - t\alpha$, obtained when using a rain check is negative. This requires

$$t \leq \beta(V - p)/\alpha. \tag{2}$$

Noting that $\alpha$ is the probability of a stock outage, the consumer's expected surplus from buying the leader product at the representative store equals

$$u = (1 - \alpha)(V - p) + \alpha[\beta(V - p) - t\alpha]. \tag{3}$$

Figure 1 shows three different indifference curves: $u_0$, $u^*$, and $u_1$ derived from (3) when varying $p$ and $\alpha$. Expression (3) and the indifference curves imply the following: (a) indifference curves closer to the origin represent higher utility; (b) if the probability




FIGURE 1

of stock out is increased, the price of the leader product must be lowered to keep utility constant; (c) larger price decreases are required as the probability approaches one.

*Seller Behavior*

There are $n$ profit-maximizing stores in the market. The representative store chooses a price for the impulse good, a price for the leader product, and the fraction of customers who receive rain checks to maximize the present value of profits. Following in the Bertrand (1882) tradition, the store with the best offer attracts *all* consumers.[2] Stores compete by giving better and better offers until they reach a point where the leader product is so inexpensive that leader pricing and rain checks are no longer profitable.

The pricing of impulse goods is straightforward. Consumers decide to buy these products while at the store and do not visit other stores, so each store has complete monopoly power with respect to these goods. The store extracts all consumer surplus from each customer: each customer will spend $R$ dollars and obtain zero surplus from the impulse goods.

Pricing of leader products is more competitive. Consumers compare expected surplus obtained from the leader product (see equation (3)) before selecting a store in the first period. To attract customers, the representative store must offer consumers nonnegative expected surplus, and this surplus cannot be below the expected surplus, $U$, offered by other stores. Specifically, if $u < U$, no customers visit the representative store in the first period, whereas when $u > U$, all $N$ consumers visit the representative store in the first period. Finally, if $u = U$, $N/n$ consumers visit the store. Therefore, the demand at the representative store is

$$x = \begin{cases} 0 & \text{if} \quad u < U, \\ N/n & \text{if} \quad u = U, \\ N & \text{if} \quad u > U. \end{cases} \tag{4}$$

The profit function of the representative store can now be specified. Start by calculating the store's revenue. When $x$ customers visit the store in the first period, each customer contributes $R$ dollars to revenue by purchasing impulse goods. Of these customers, $(1 - \alpha)x$ also finds the leader product on the shelf and each purchase contributes $p$ dollars. Therefore, the first-period revenue is $Rx + (1 - \alpha)xp$. What is the present value of the second-period revenue? Since $\alpha x$ customers receive rain checks, they come back to the store in the second period for the leader product. Their contribution to revenue's present value, including purchase of impulse goods, is $\beta(R + p)\alpha x$. Some customers shop at the store in the second period without a rain check and just buy the impulse good; these are the consumers who found the leader product on the shelf and had no need for a rain check. There are $(1 - \alpha)x$ customers who purchased the leader product from the representative store in the first period and $(n - 1)(1 - A)X$ consumers who purchased the leader product from other stores in the first period ($A$ is the probability of stock outages at other stores). Since they have already purchased the leader product, these consumers choose a store randomly in the second period and, on average, $[(1 - \alpha)x + (n - 1)(1 - A)X]/n$ customers visit the representative store, each one contributing $\beta R$ dollars to the present value of revenue.

Considering costs, a store incurs a constant marginal cost, $C$, to supply the leader product, and the costs of supplying impulse goods and handling rain checks are as-

[2] In the Bertrand oligopoly model firms choose prices rather than quantities, and the firm with the lowest price attracts all the customers for the homogeneous product. The Bertrand equilibrium outcome is competitive in that price equals marginal cost.

sumed for simplicity to be zero. Some leader products are provided in the first period at a unit cost of $C$ and some are provided in the second period at a present value cost of $\beta C$. Combining the revenue and cost, the present value of profits is

$$\pi(p, \alpha, x) = x\{R + p(1-\alpha) + \beta(R+p)\alpha\} + \beta R[(1-\alpha)x + (n-1)(1-A)X]/n - (1-\alpha)Cx - \alpha\beta Cx. \quad (5)$$

Figure 1 shows three different iso-profit curves $\pi_0$, $\pi_1$, and $\pi_F$ derived from (5) when $p$ and $\alpha$ are varied. Expression (5) and the iso-profit curves imply the following: (a) iso-profit curves farther from the origin represent higher profits; (b) if the probability of stock out is increased, the price of the leader product must be decreased to keep the profit constant; (c) for $p < C$, larger price decreases are required as the probability approaches one.

## 3. The Symmetric Bertrand-Nash Equilibrium

The symmetric Bertrand-Nash equilibrium is defined as a set of values ($p^*$, $P^*$, $\alpha^*$, $A^*$) that satisfy the following conditions. The values ($p^*$, $\alpha^*$) maximize the representative store's profits subject to demand (4), given ($P^*$, $A^*$). In equilibrium the magnitudes satisfy the symmetry conditions

$$p^* = P^*, \qquad \alpha^* = A^*. \quad (6)$$

To find the symmetric Nash equilibrium, imagine that all other stores offer a leader price and rain check policy ($P$, $A$). This offer provides consumers with expected surplus $U$. The representative store would contemplate a leader price and rain check policy combination ($p$, $\alpha$) that provides consumers with a slightly higher surplus $u_0 = U + \epsilon$. Under the Nash assumption that other sellers leave their prices and rain check policies unchanged, this will attract *all* $N$ consumers to the representative store, increasing its profits. What combination ($p_0$, $\alpha_0$) maximizes the representative store's profit for the given $u_0$? Since the representative store obtains all consumers when $u_0$ is offered, we substitute $x = N$ and $X = 0$ in the profit expression (5). This gives

$$\pi(p, \alpha) = RN + pN(1-\alpha) + \beta(R+p)N\alpha + \beta R(1-\alpha)N/n - (1-\alpha)CN - \alpha\beta CN. \quad (7)$$

To find the optimal combination ($p_0$, $\alpha_0$), first use the surplus formula (3) to solve for $p$ as a function of $\alpha$. Second, substitute $p$ into the profit formula (7) and maximize the profit function with respect to $\alpha$. This gives[3]

$$\alpha_0 = [\beta R(n-1)/n - (1-\beta)(V-C)]/(2t). \quad (8)$$

Finally, substitute $\alpha_0$ back into $p$ to get

$$p_0 = V - [u_0 + t\alpha_0^2]/[1 - \alpha_0 + \beta\alpha_0]. \quad (9)$$

The combination ($p_0$, $\alpha_0$) is illustrated by the tangency between iso-profit $\pi_0$ and the indifference curve $u_0$ in Figure 1 at point A. It is interesting to note from (8) and (9) that only $p_0$ depends on $u_0$. Therefore, the most profitable way the deviant store could offer customer higher utility would be by reducing price, leaving $\alpha_0$ unchanged.

The combination ($p_0$, $\alpha_0$) is not the market equilibrium. The other stores lose all their customers to this offer. To regain customers, these stores will offer expected surplus slightly higher than $u_0$. One can imagine stores successively undercutting each other in frustrating attempts to build a larger market share. (During this process $\alpha_0$ remains constant.) When will the process stop?

[3] Second order conditions are satisfied as long as $t > 0$. A necessary and sufficient condition for $\alpha_0$ to be in the interval [0, 1] is

$$C + \frac{\beta}{1-\beta}\frac{n-1}{n}R - \frac{2}{1-\beta}t \le V \le C + \frac{\beta}{1-\beta}\frac{n-1}{n}R.$$

Exhibit 124B
SEP. 1.2000 12:45PM CORNERSTONE RESEARCH 327-1599 NO.380 P.10
Case 4:07-md-01819-CW Document 806-13 Filed 08/06/09 Page 45 of 65
PageID #: 18816



TABLE 2

| | | | | | | |
|---|---|---|---|---|---|---|
| Parameter Values | | | | | | |
| $t = 2.895$, | $R = 3$, | $V = 15$, | $\beta = 0.9$, | $C = 10$, | $N = 100$, | $n = 10$ |
| Solution Values | | | | | | |
| $\alpha^* = A^* = 0.33$, | $p^* = P^* = 5.97$, | $x^* = X^* = 10$, | $\pi^* = 18$, | $u^* = 8.41$ | | |

The process of price cutting will stop and an equilibrium will be reached before loss leader pricing and rain checks become unprofitable. A deviant store can always choose not to use leader pricing. If all other stores continue to use leader pricing with rain checks, all $N$ consumers visit the other stores in the first period. Of these, $(1 - \alpha_0)N$ find the leader product on the shelf. Since these consumers choose a store randomly in the second period, on average the deviant store expects $(1 - \alpha_0)N/n$ second-period customers and can guarantee profit of $(1 - \alpha_0)(N/n)\beta R$ by not selling the leader product. Equilibrium will be reached when the profit obtained under leader pricing and rain checks equals this profit floor,

$$\pi(p, \alpha_0) = \pi_F = (1 - \alpha_0)(N/n)\beta R. \tag{10}$$

In Figure 1 the iso-profit curve that takes on the value of the profit floor is labelled $\pi_F$. The equilibrium price can be obtained by substituting $\pi(p, \alpha)$ from (5) into (10), solving for $p$ using the symmetry conditions (6):

$$p_0^* = C - R\frac{1 + \alpha_0\beta}{1 + \alpha_0\beta - \alpha_0}. \tag{11}$$

At this point, a substantial part of monopoly profits from selling impulse goods is wiped out by the leader product being sold at a loss, so stores are indifferent between using leader pricing and selling only impulse goods in the second period. The leader product is sold below its unit cost and the markdown is larger than $R$ when $\alpha_0 > 0$. (Recall that the cost of producing impulse goods is assumed to be zero and, therefore, $R$ is the profit per customer per period from selling impulse goods.)

The unique symmetric Bertrand-Nash equilibrium has now been derived:

$$\alpha^* = A^* = \alpha_0, \qquad p^* = P^* = p_0^*, \qquad x^* = X^* = N/n. \tag{12}$$

Substituting (12) in (5) and (3) gives the equilibrium profits earned by each store and the equilibrium surplus provided to the typical consumer:

$$\pi^* = (1 - \alpha^*)\beta RN/n, \tag{13}$$

$$u^* = V + R - C + \alpha^*\beta R/n + t\alpha^{*2}. \tag{14}$$

The equilibrium is illustrated in Figure 1 at point B where the iso-profit curve $\pi_F$ is tangent to the indifference curve $u^*$. The representative store cannot increase profit by using leader pricing without rain checks[4] or by selling only impulse goods in the second period. The price war resulting from the rain check policy has increased the surplus other stores provide customers. These other strategies would reduce customer satisfaction and the representative store would lose all its customers in the first period. Furthermore, if the transaction cost of using rain checks is not too high, the store cannot increase profit by offering the leader product only in the second period (see Appendix).

Table 2 provides a numerical example of a symmetric Bertrand-Nash equilibrium with stock outages and rain checks. The proportion of stock outages in this example

[4] When the representative store uses leader pricing without rain checks, $\alpha = 0$. Setting $\alpha = \alpha^*$, however, would yield higher profit since $\alpha^*$ maximizes the store's profit.

Exhibit 124B
Case 4:07-md-01819-CW Document 806-13 Filed 08/06/09 Page 46 of 65
PageID #: 18817
SEP. 1.2000 12:46PM CORNERSTONE RESEARCH #27-1599 NO.300 P.11



$n = 10$

$u^* = 8.41$

eached before loss
can always choose
pricing with rain
ese, $(1 - \alpha_0)N$ find
e randomly in the
econd-period cus-
he leader product.
r pricing and rain

(10)

loor is labelled $\pi_F$.
) into (10), solving

(11)

oods is wiped
etween using
he leader product
$_0 > 0$. (Recall that
ore, $R$ is the profit

derived:

$n$. (12)

by each store and

(13)

(14)

-profit curve $\pi_F$ is
t increase profit by
oods in the second
reased the surplus
customer satisfac-
st period. Further-
, the store cannot
od (see Appendix).
-Nash equilibrium
es in this example

tting $\alpha = \alpha^*$, however,



resembles the actual proportions in our sample (see Table 1) and the leader product is sold at 40 percent below costs.

### 4. The Effect of a Law Eliminating Rain Checks

As shown, leader pricing together with rain check policy gives stores incentives to run out of stock. In this model stock outs occur for no other reason, such as unanticipated demand. What is the effect of a law that prohibits stores from offering rain checks? We will compare the equilibrium and welfare resulting when leader pricing is used with rain check policy to the equilibrium and welfare resulting when leader pricing is used but rain checks are not allowed. Two types of inefficiencies could prevail: inefficiency resulting from sale of loss leaders and inefficiency resulting from stock outages. If $V$ is smaller than $C$, consumers would not buy the leader product at cost, so the industry would be inefficient when the leader is sold. Yet, stores may sell the leader product below cost to attract impulsive customers. Another inefficiency can be attributed only to stock outages, not to cross subsidization of the leader product by the impulse good. Because we want to concentrate on the inefficiency created by stock outs, it will be assumed that $V > C$.

First, let's calculate the total welfare under a law that forbids rain checks. In this case, stores face a legal constraint $\alpha = 0$. Substituting this in surplus (3) and profit (5) yields

$$u = V - p, \tag{15}$$

$$\pi = (R + p)x + \beta Rx - Cx. \tag{16}$$

The representative store maximizes (16) subject to (15) and demand (4), given $U$. What is the equilibrium?

When all other stores sell the leader product at $P$, they provide consumers with surplus $U$. The representative store can lower its price slightly below $P$, provide consumers with surplus higher than $U$, and gain all $N$ consumers. Successive price cutting by all stores would take place until first period profits, $(R + p)x - Cx$, are driven to zero. Sales of impulse goods guarantee that the second-period expected profit is $\beta Rx$; this will not be eroded by price competition, since stores can always shut down in the first period if the leader price drops too low. Using the symmetry condition (6), equilibrium profit equals

$$\pi^{**} = \beta R(N/n). \tag{17}$$

The equilibrium price is determined by setting first-period profits to zero:

$$p^{**} = C - R. \tag{18}$$

The surplus obtained by each consumer is

$$u^{**} = V - p^{**} = V + R - C. \tag{19}$$

By summing all profits and utilities, the total welfare in the economy is obtained:

$$\begin{aligned} W^{**} = Nu^{**} + n\pi^{**} &= N(V - C + R) + \beta R(N/n)n \\ &= N[V + (1 + \beta)R - C]. \end{aligned} \tag{20}$$

Now consider repeal of the law prohibiting rain checks. What is the total welfare when rain check policy $\alpha$ can be adjusted by stores? From the previous section, we know that stock outages can occur. Sum the profits and utilities given in (13) and (14) to obtain

$$W^* = Nu^* + n\pi^* = W^{**} - \alpha^*[(1 - \beta)V + t\alpha^*]N. \tag{21}$$

$W^{**} - W^*$ measures the relative inefficiency of an economy with and without a law prohibiting stock outs and rain checks.

Exhibit 124B
SEP. 1.2009 12:46PM CORNERSTONE RESEARCH 327-1599 NO.980 P.12
Case 4:07-md-01819-CW Document 806-13 Filed 08/06/09 Page 47 of 65
PageID #: 18818



Comparing the equilibria with and without such a law, the following results are evident:

(A) The price of the leader product is lower when rain checks can be used. (Compare (11) with (18).)

(B) Stores earn lower profits when rain checks can be used. (Compare (13) with (17).)

(C) Consumers obtain higher surplus when rain checks can be used. (Compare (14) and (19).)

(D) The total welfare in the economy is higher with a law that eliminates rain checks. (Compare (20) and (21).)

The results are surprising. The explanation is as follows. Consider first result (A). When the law to eliminate rain checks is in effect, leader pricing is used only to increase first-period sales of impulse products, but when rain checks can be used, stores combine rain checks with leader pricing to gain both first- and second-period sales of impulse goods. Each store has an incentive to lower the leader price further to augment these second-period sales. Therefore, the leader product price is lower without the law.

Now examine result (B). When rain checks may not be used, every store can guarantee the expected profits given in (17) by selling only impulse goods in the second period. Allowing stores to use rain checks opens new marketing opportunities. By offering rain checks, a representative store can dramatically increase from $1/n$ to 1, the probability that a first-period customer will return to the store in period two, so the store anticipates greater profits from offering rain checks to some consumers.[5] To attract customers to the store in the first place, the price of the leader product is reduced. However, this is not the equilibrium outcome. Since all the stores will use this opportunity, profits will be driven below the profit level that would result under the law prohibiting rain checks. The situation is similar to the prisoner's dilemma (Luce and Raiffa 1957, Axelrod 1984). The rain check policy is profitable to the representative store as long as the other stores are not using this strategy. This behavior, however, is myopic; when all stores adopt rain checks, they all lose profits. Stores are better off with the law that eliminates rain checks.

Next consider result (C). Since rain checks enhance competition, consumers can buy the leader product at a lower price. The price decrease must be large enough to compensate for transaction costs incurred when using the rain checks, since the seller must induce the customers to its store. Therefore, consumers are better off with a law that allows rain checks and stock outages.

Finally, result (D) says the economy is more efficient with a law eliminating rain checks. Rain checks do not increase total sales[6] but do introduce transaction costs. The last term in (21) reflects net costs to society of delayed consumption and transaction costs associated with rain checks.[7]

We conclude that laws that limit the scope of "competitive" marketing practices can be economically efficient. How can a law preventing voluntary competitive behavior by firms and individuals be beneficial? An essential ingredient in the model developed here is that the number of customers who buy the product is not increased by the marketing strategy of rain checks and loss leaders. The entrepreneur who first offers rainchecks gains customers from other stores, not expanding the size of the market. Because the policy imposes costs on the customers, it is not efficient. If the total number of customers depends on the offers made by the firms (for example, due to consumer hetero-

[5] In reality, not all customers use rain checks. Consumer heterogeneity is discussed in §6.

[6] Note that in our model the rain checks do not increase sales of impulse products in the market. They only help divert sales from one store to another.

[7] If stores had positive costs of processing rain checks, the last term in (21) would include these costs, but $\alpha^*$ would be smaller.

llowing results are
be used. (Compare
pare (13) with (17).)
sed. (Compare (14)
ninates rain checks.
der first result (A).
sed only to increase
sed, stores combine
od sales of impulse
r to augment these
thout the law.
y store can guaran-
n the second period.
ies. By offering rain
o 1, the probability
the store anticipates
attract customers to
ed. However, this is
ortunity, profits will
nibiting rain checks.
a 1957, Axelrod
as long as the other
pic; when all stores
law that eliminates
consumers can buy
rge enough to com-
since the seller must
r off with a law that
aw eliminating rain
ansaction costs. The
tion and transaction
rketing practices can
npetitive behavior by
nodel developed here
sed by the marketing
rst offers rainchecks
market. Because the
otal number of cus-
to consumer hetero-

sed in §6.
s in the market. They only
in these costs, but $\alpha^*$



geneity), the results could be less determinate, as is the case for monopolistic price discrimination (Chiang and Spatt 1982, Varian 1985, and Gerstner and Hess 1987).

## 5. Sensitivity Analysis

This model of retail marketing leads to some sharp testable hypotheses. Table 3 shows how small increases in the parameters of the economy affect leader pricing, rain check policy and efficiency. The responses of $\alpha^*$ and $p^*$ to parameter changes can be obtained from expressions (8) and (11). The inefficiency created by stock outages is studied by comparing (20) and (21). The results have an intuitive appeal as explained below.

### *Increased Competition*

Column 1 shows how an increase in the number of competitors affects leader pricing and rain check policy. Without a rain check, the probability that a given customer will visit the store in period two is $1/n$. This probability approaches zero when $n$ increases. The store can improve this probability to 1.0 by giving a rain check to the customer. Therefore, when the number of rivals is larger, rain checks are more productive, so $\alpha^*$ increases. Since $\alpha^*$ is larger, the leader price $p^*$ falls to compensate customers for more frequent stock outages and to keep profits from rising above the equilibrium level (10). Surprisingly, greater competition for a fixed number of customers increases the inefficiency of the industry. To prevent loss of customers in the more competitive situation, stock outs are more prevalent, imposing greater transaction costs on the consumers.

### *Increased Cost*

When the cost of the leader product increases, rain checks are more attractive to the store because the cost of the leader product can be delayed: $\alpha^*$ increases when $C$ increases. The impact of a cost increase on price is ambiguous. On the one hand, the increase in stock outages forces price down to compensate customers, but on the other hand, the price must reflect the increased cost of the leader product if profit levels are to be maintained. More frequent stock outs cause greater inefficiencies.

### *Increased Willingness-to-Pay*

When the amount spent on the impulse goods, $R$, increases, leader pricing and rain checks both are more profitable to stores because of the higher returns from each customer who visits the store. When $R$ increases, $p^*$ is reduced to draw customers to the store and $\alpha^*$ is raised to induce them to return. In the case of larger $R$, the more frequent stock outages add to inefficiency.

When consumers value the leader product more, any delay in its consumption is more costly. Therefore, $\alpha^*$ decreases when $V$ increases. The decrease in stock outages

TABLE 3

| | Store Parameters | | Consumer Parameters | | | |
|---|---|---|---|---|---|---|
| | | | Demand Values | | | |
| | No. Firms $n$ | Cost $C$ | $R$ | $V$ | Transact. Cost $t$ | Discount Rate $\beta$ |
| $p^*$ | − | ? | − | + | − | − |
| $\alpha^*$ | + | + | + | − | − | + |
| $W^{**} - W^*$ | + | + | + | − | − | ? |

Exhibit 124B
SEP. 1.2008 1:07PM Case 4:07-md-01819-CW Document 806-13 Filed 08/06/09 Page 49 of 65
PageID #: 18820



improves customer satisfaction so the leader price can be raised. The reduction in stock outages mitigates the inefficiency of the economy.

*Increased Transaction Costs*

Transaction costs, $t$, affects $p^*$ and $\alpha^*$ in a way similar to that of $V$. Rain checks are less attractive when the transaction cost of using them increases, so $\alpha^*$ decreases when $t$ increases. The leader price can then be increased without loss of customers.

*Increased Discount Rate*

An increase in the common discount factor $\beta$ has a similar effect to that of increased value of impulse goods because consumer willingness to purchase the leader product in the second period increases and the seller is more willing to postpone sales. Again, leader pricing and rain checks are more attractive. An increase in $\beta$, however, has an indeterminate effect on efficiency because it makes delayed consumption less detrimental, even though the increased stock outs increase the incidence of delays.

## 6. Consumer Heterogeneity

In the analysis above, it was assumed that all consumers take advantage of loss leader pricing and rain check policy. In this section we will relax these assumptions. In reality, not all consumers take advantage of loss leaders and rain checks. Research shows that there are different segments among shoppers (Gabor and Granger 1961, Brown 1968, William et al. 1978). Some buyers choose a store based more on its location and services than on its price. Other buyers compare stores' pricing policies more carefully and choose a store accordingly. To model consumer heterogeneity, we will assume that a fraction $\mu$ of the $N$ customers do not respond to loss leader pricing and/or rain checks. These customers, called the nonresponsive segment, choose stores randomly. The assumption that consumers in the nonresponsive segment choose stores randomly might look restrictive. However, the results obtained below would still be valid under circumstances in which nonresponsive customers select stores based on location or services, but no store has a location or service advantage; all stores obtain the same share of nonresponsive customers. The following cases will be considered:

(a) The nonresponsive segment responds neither to advertised loss leader pricing nor to rain check offers.

(b) The nonresponsive segment does not respond to advertised loss leader pricing but will use rain checks.

To study these cases we will assume that the other parameters, $V$, $R$, $\beta$, are still the same for all consumers.

*Case* (a): *Heterogeneity in response to both loss leader pricing and rain check use.* Suppose that all the consumers in the nonresponsive segment have the same high cost of time. As a result, they do not become informed about the leader price and rain check policy and choose a store randomly. Furthermore, these customers buy the leader product only if it is available at the store in the first period. If the product is out of stock, they do not take the time to get a rain check and choose a store randomly again in the second period (condition (2) does not hold for these customers).

To find the Bertrand-Nash equilibrium for this case, it is useful to note that any store that is not using loss leader pricing and rain checks can guarantee a profit of

$$\pi_F = \mu(R + V - C + \beta R)N/n + (1 - \mu)(1 - A)\beta RN/n. \tag{22}$$

To see this, notice that when leader pricing and rain checks are used by other stores but not by a deviant store, only the nonresponsive consumers visit the deviant store in the first period, $\mu N/n$ on the average. Since these consumers do not learn the price before

Exhibit 124B
Case 4:07-md-01819-CW Document 806-13 Filed 08/06/09 Page 50 of 65
PageID #: 18821
SEP. 1.2000 12:47PM CORNERSTONE RESEARCH 927-1599 NO.300 P.15



choosing a store, each is willing to pay the reservation value $V$ for the leader product, and $R$ for the impulse products. In the second period, the deviant store expects not only the $\mu N/n$ nonresponsive customers but also its fair share $(1-\mu)(1-A)N/n$ of the responsive consumers who found the leader product on the shelf (and did not need a rain check). Each of these customers buys impulse goods at value $R$. Therefore each store is guaranteed the profit floor (22).

The representative store can choose to use loss leader pricing and rain checks. Its profit function is then given by

$$\hat{\pi}(p, \alpha, x) = (1-\mu)\pi(p, \alpha, x) + \mu[R + \beta R + (1-\alpha)(p - C)]N/n. \qquad (23)$$

To see this, note that the profit from the responsive segment is obtained by multiplying $\pi(p, \alpha, x)$ from equation (5) by the proportion $1-\mu$; the response of these consumers to loss leader pricing and rain checks remains the same. The profit from the nonresponsive segment is computed as follows: there are $\mu N/n$ nonresponsive customers who visit the store at random in the first period. Of these $(1-\alpha)\mu N/n$ also find the product on the shelf and purchase it at a price $p$. The first-period expected revenue from the nonresponsive segment is $\mu RN/n + \mu(1-\alpha)pN/n$. In the second period the nonresponsive customers choose a store for the impulse good only, so revenue is $\mu\beta RN/n$. The expected cost of selling the leader product to these customers is $\mu(1-\alpha)CN/n$. The combined profit function of the representative store is given by (23).

When all the other stores use loss leader pricing and rain checks, the representative store can also use this strategy but gain all the responsive customers by offering them a utility slightly higher than that offered by the other stores. The combination of $(p, \alpha)$ that maximizes the store's profit is obtained by substituting $x = N$ in the profit function (23) and maximizing with respect to $p$ and $\alpha$.

A symmetric equilibrium with significant stock outages (similar to the one derived for the case of homogeneous consumers) would exist if the segment of responsive consumers is large relative to the nonresponsive segment. In this case the stores compete for responsive consumers, offering $(p, \alpha)$ combinations with higher and higher expected surplus. The process stops and equilibrium is reached when the profit obtained under loss leader pricing and rain checks just equals the profit floor (22). Table 4 provides a numerical example for the symmetric Bertrand-Nash equilibrium, using the same parameter values as in the example of Table 2 but with various values of $\mu$.

The following results can be observed from the numerical example:

(E) As the proportion of nonresponsive customers, $\mu$, increases, the equilibrium price of the leader product, $p^*$, increases.

(F) As the proportion of nonresponsive customers, $\mu$, increases, the probability of a stock outage, $\alpha$, first increases and then decreases.

It can be shown that these results hold in general.

Result (E) is clear. As the size of the nonresponsive segment increases, fewer con-

TABLE 4

Parameter Values

$t = 2.895$, $R = 3$, $V = 15$, $\beta = 0.9$, $C = 10$, $N = 100$, $n = 10$

| $\mu =$ | 0.0 | 0.1 | 0.2 | 0.3 | 0.4 | 0.5 | 0.6 | 0.7 | 0.8 | 0.9 | 1.0 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $p^*$ | 6.0 | 6.0 | 6.1 | 6.3 | 6.4 | 6.8 | 7.0 | 7.5 | 8.5 | 10.9 | 15.0 |
| $\alpha^*$ | 0.333 | 0.337 | 0.342 | 0.347 | 0.352 | 0.358 | 0.363 | 0.359 | 0.315 | 0.098 | 0.000 |
| $\pi^*$ | 18.0 | 26.8 | 35.6 | 44.5 | 53.3 | 62.1 | 71.1 | 80.1 | 89.3 | 98.7 | 107 |
| $u^*$ | 8.41 | 8.33 | 8.23 | 8.09 | 7.93 | 7.70 | 7.38 | 6.88 | 6.00 | 4.25 | 0.0 |

ir ˉAN GERSTNER
ıe reduction in stock
f $V$. Rain checks are
$\alpha^*$ decreases when $t$
ustomers.
t to that of increased
he leader product in
stpone sales. Again,
ı $\beta$, however, has an
sumption less detri-
ce of delays.
'antage of loss leader
umptions. In reality,
Research shows that
1961, Brown 1968,
ocation and services
more carefully and
e assume that a
or rain checks.
s randomly. The as-
ıres randomly might
valid under circum-
location or services,
n the same share of
ıss leader pricing nor
d loss leader pricing
$V$, $R$, $\beta$, are still the
*and rain check use.*
e the same high cost
price and rain check
ners buy the leader
oduct is out of stock,
ndomly again in the
o note that any store
a profit of
$N/n$. (22)
d by other stores but
'ant store in the
the price before

sumers compare prices before choosing a store. Therefore the stores can increase their profits by raising the price of the leader product.

To understand result (F), recall that the nonresponsive segment will not use rain checks, but it does take advantage of the leader product if it is available. Loss leader pricing does not influence these customers; they choose a store at random. Therefore, when the leader product is sold at a significant loss, stores prefer not to sell the leader product to the nonresponsive consumers. Since the store cannot distinguish responsive from nonresponsive customers, the only way the store can discourage sales to the nonresponsive segment is to increase stock outs. As the size of the nonresponsive segment continues to increase, however, the price of the leader product increases, so selling the leader product to all customers becomes more and more profitable. To attract responsive customers and to induce the nonresponsive customers to buy the leader product, stock outages must decrease. Therefore, $\alpha^*$ increases for small values of $\mu$ and decreases for larger values of $\mu$.

*Case* (b): *Heterogeneity in response to loss leader pricing only.* The analysis of this case is not much different from that of Case (a). Consumers in the nonresponsive segment still choose stores randomly in the first period, but they will use rain checks when they do not find the leader product on the shelf. Therefore, the profit floor and the profit function under leader pricing and rain checks must be revised.

If loss leader pricing is used by other stores but not by a deviant store, only nonresponsive consumers visit the store in the first period, $\mu N/n$ on average. These uninformed customers are willing to buy the leader product if it is available and will accept a rain check if it is out of stock. In either case they will spend $R$ on the impulse goods. In the second period, responsive and nonresponsive customers who took rain checks from other stores will not visit the deviant store. The deviant store expects its fair share of those customers who did not need rain checks. The profit floor is

$$\pi_F = \mu\{R + (1-\alpha)p + \alpha\beta(R+p) + \beta R[(1-\alpha) + (n-1)(1-A)]/n - (1-\alpha)C - \alpha\beta C\}N/n + (1-\mu)(1-A)\beta RN/n. \quad (24)$$

It turns out that the profit floor is maximized either by choosing zero stock outs, $\alpha = 0$, and setting the price of the leader item equal to the reservation value, $V$, or choosing to always have stock outs, $\alpha = 1$, and setting the price equal to $\beta V - t$, the highest price that a consumer would pay for a rain check when he is in the store. For the parameter values used in the examples the optimal strategy involves setting $\alpha$ equal to zero in the profit floor (24).

If all the stores use leader pricing and rain checks, the profit function of the representative store is given by:

$$\hat{\pi}(p, \alpha) = (1-\mu)\pi(p, \alpha) + \mu\{R + (1-\alpha)p + \alpha\beta(R+p) + \beta R[(1-\alpha) + (n-1)(1-A)]/n - (1-\alpha)C - \alpha\beta C\}N/n. \quad (25)$$

As in case (a), the profit from the responsive segment is obtained by multiplying $\pi(p, \alpha)$ from equation (7) by the proportion $1-\mu$. The nonresponsive segment visits stores randomly in the first period, buying impulse goods and, if possible, the leader product. Their second period behavior is different. In this case nonresponsive customers do take advantage of rain checks. Therefore, the representative store expects $\mu\alpha N/n$ nonresponsive customers to use their rain checks, in addition to its fair share of customers who did obtain the leader product in the first period.

Table 5 provides a numerical example of the equilibrium, using the same parameter values as in the example of Table 2 with various values of $\mu$. The following results can be observed:

s increase their

ıt will not use rain
ailable. Loss leader
andom. Therefore,
ot to sell the leader
tinguish responsive
ourage sales to the
the nonresponsive
oduct increases, so
ıore profitable. To
stomers to buy the
for small values of

The analysis of this
the nonresponsive
will use rain checks
profit floor and the
1.
store, only nonre-
erage. These unin-
le and will accept a
impulse goods. In
k rain checks from
cts its fair share of

$-A)\beta RN/n.$ (24)

stock outs, $\alpha = 0$.
, $V$, or choosing to
$t$, the highest price
For the parameter
qual to zero in the

on of the represen-

$-\alpha\beta C\}N/n.$ (25)

ed by multiplying
sive segment visits
ossible, the leader
onresponsive cus-
ative store expects
to its fair share of

e same parameter
lowing results can



TABLE 5

Parameter Values

$t = 2.895$, $R = 3$, $V = 15$, $\beta = 0.9$, $C = 10$, $N = 100$, $n = 10$

| | $\mu$ = 0.0 | 0.1 | 0.2 | 0.3 | 0.4 | 0.5 | 0.6 | 0.7 | 0.8 | 0.9 | 1.0 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $p^*$ | 6.0 | 6.1 | 6.2 | 6.3 | 6.5 | 6.7 | 7.0 | 7.5 | 8.3 | 9.9 | 15.0 |
| $\alpha^*$ | 0.333 | 0.333 | 0.333 | 0.333 | 0.333 | 0.333 | 0.333 | 0.333 | 0.333 | 0.333 | 0.000 |
| $\pi^*$ | 18 | 26 | 34 | 42 | 50 | 58 | 67 | 75 | 83 | 91 | 107 |
| $u^*$ | 8.41 | 8.32 | 8.21 | 8.08 | 7.91 | 7.67 | 7.36 | 6.88 | 6.10 | 4.58 | 0.00 |

(G) As the proportion of nonresponsive customers, $\mu$, increases, the equilibrium price of the leader product, $p^*$, increases.

(H) If there is heterogeneity, the probability of a stock outage, $\alpha^*$, is independent of the proportion of nonresponsive customers, $\mu$.

It can be shown that these results hold in general.

The intuition for result (G) is the same as for result (E), case (a). To explain result (H), recall that the nonresponsive consumers do not respond to leader pricing, but do take advantage of rain checks. Since all consumers respond in the same way to rain checks, returning to the store in the second period, $\alpha$ does not change when the proportion of the population that is nonresponsive changes.

## 7. Conclusions

Loss leader pricing and rain check policy are used by retailers in markets where impulse goods are sold. Loss leader pricing draws customers to the store, where they also buy highly profitable impulse goods. Rain checks are introduced to enhance the effect of the loss leader. By running out of the leader item and offering rain checks, sellers bring the customers to their store a second time. The market equilibrium derived above is used to study the effect of changes in marketing parameters on the store's profits and market outcomes. The FTC law that prohibits the use of stock outs and rain checks is also analyzed.

The model generates interesting results. An entrepreneur who introduces rain checks to a market with loss leader pricing initially can earn higher profit. However, should other sellers follow suit, they all would prefer a law that prohibits use of rain checks. Stores benefit from the current FTC regulation as it mitigates this "prisoner's dilemma." On the other hand, one consumer who opposed the repeal of the 1971 ruling forbidding stock outages wrote: "Do you remember how much it costs to make all those trips to a store on the other side of town only to be told they're all out? I bet my costs are a lot higher in gas, time, and trouble and temper" (Saddler 1985). This consumer has not considered the full consequences of repeal. In our model all consumers take advantage of rain checks, but the personal benefit from the reduced prices that rain checks generate exceeds the transaction costs associated with them. Therefore, consumers are better off without the FTC rule. From the social perspective, however, the rule is desirable because it promotes efficiency by reducing transaction costs and delayed consumption.

There appear to be four key elements in the model. First, consumers do not plan purchases of impulse goods and buy only one unit of the leader product. Second, they visit only one store each period (the cost of visiting other stores is too high and exceeds the cost of using rain checks). Third, the number of consumers in the market is fixed and independent of prices that are below the reservation prices. Fourth, all agents are informed and rational. (Stores accurately predict demand and consumers accurately predict stock outs.)

Exhibit 124B
SEP. 1. Case 4:07-md-01819-CW Document 806-13 Filed 08/06/09 Page 53 of 65
PageID #: 18824



Some of the model's results prevail under weaker assumptions. Leader pricing and rain checks may occur even when customers do not buy impulsively. A typical grocery, general merchandise or drug store carries thousands of products and only a small portion of the products are advertised, since advertising is costly. Consumers may plan consumption of unadvertised goods whose exact prices are not discovered until the consumer is at the store (see, for example, Feichtinger et al. 1987). This gives stores some monopoly power and they can apply higher markups to unadvertised products.

Stores will still have incentives to use rain checks even if consumers would like to purchase leader products every period, or if some consumers would like to purchase only leader products. Even if other leader products are sold every period, rain checks may still be offered. Using rain checks, an entrepreneur can increase the probability that some customers will come back to the store, and in turn, increase profits. If some consumers buy only the loss leader item, sellers could impose a "minimum purchase" requirement that requires buyers of the loss leader item to purchase a certain value of other products to get the leader product at a reduced price. This bundling strategy mitigates this problem of "cherry picking" and does not affect consumers who would purchase more than the minimum anyway.

The economic inefficiencies that occur in our model are due to transaction costs and delayed consumption that result from stock outages (expression (21)). These inefficiencies would still prevail if we assumed that consumers have continuous demand for impulse products and obtain positive utility from consuming them. Another type of inefficiency would result if the cost of producing and selling the loss leader exceeds consumer willingness to pay for the product. Kemp (1955) discusses additional sources of inefficiencies created by leader pricing.

In our model consumers do not punish stores for stock outages. Consumers know about rain check policy, so they anticipate the possibility of a stock out. They accept rain checks as partial compensation, if their transaction costs of using rain checks are not too high. It would be interesting to explore loss leader pricing and rain check policy in a framework where uninformed customers are so frustrated by unexpected stock outs, that they never return to an offending store. This and the limitations just discussed provide areas of exploration for future research.

Finally, loss leaders with rain checks is not the only way to entice customers to return to a seller. Airlines' frequent flyer programs are designed to attract customers back to a particular airline for the next trip. And recently, a fast food restaurant offered a sweepstakes game in which every customer was a winner of a soft drink, sandwich, or french fries. However, the prize could only be redeemed on the next visit to the restaurant![8]

[8] This paper was received in April 1986 and has been with the authors for 2 revisions.

## Appendix

If the transaction cost of using rain checks is not too high, the representative store is better off selling the leader product with rain checks in the first period, since every buyer who gets a rain check buys impulse goods twice: in the first period and in the second. If, however, the transaction cost of using rain checks is high, consumers who do not find the leader product on the shelf would pay a significantly higher price for the leader product in the second period to avoid the costs of rain checks. Therefore, when all other stores offer rain checks, a deviant store can increase profit by shutting down in the first period and offering the leader product only in the second period.

The following condition guarantees that a deviant store cannot increase profit by offering the leader product only in the second period:

$$t < \beta(2-\beta)R/(1+\alpha_0\beta-\alpha_0). \qquad \text{(i)}$$

Suppose the leader product is offered only in the second period by a deviant store. Consumers who do not find the leader product on the shelf at the other stores in the first period will prefer to not take a rain check and buy the product from the representative store if its price, $p$, satisfied $p \le p_0 + \alpha t/\beta$. That is, $p$ does not exceed the price at the other stores plus the delayed value of the transaction cost customers incur when using rain checks.

Leader pricing and
. A typical grocery,
and only a small
onsumers may plan
iscovered until the
). This gives stores
lvertised products.
mers would like to
ld like to purchase
period, rain checks
ase the probability
ase profits. If some
inimum purchase"
e a certain value of
bundling strategy
sumers who would

ansaction costs and
)). These inefficien-
nuous demand for
n. Another type of
loss leader exceeds
additional sources

. sumers know
k . They accept
ing rain checks are
d rain check policy
unexpected stock
tions just discussed

customers to return
ustomers back to a
nt offered a sweep-
andwich, or french
o the restaurant![8]

ons.

is better off selling the
eck buys impulse goods
ing rain checks is high.
igher price for the leader
l other stores offer rain
ring the leader product

ering the leader product

(i)

isumers who do not find
ike rain check and buy
s s not exceed the
wi using rain checks.



Let $\bar{p} = p_0 + \alpha t/\beta$ be the highest price the representative store can charge for the leader product in the second period. Selling the leader product in the second period is not profitable when $C - \bar{p} > R$; that is, the loss per customer from selling the leader product exceeds the gain from sales of impulse goods. Condition (i) is obtained by substituting $p_0$ from (11) in the relation $\bar{p} = p_0 + \alpha t/\beta < C - R$ and rearranging.

**Acknowledgements.** We are grateful to the editors and referees for their suggestions on content and exposition.

## References


Adams, W. J. and J. L. Yellen (1976), "Commodity Bundling and the Burden of Monopoly," *Quarterly Journal of Economics*, 90 (August), 475–498.

Axelrod, R. (1984), *The Evolution of Cooperation*, New York: Basic Books.

Bass, F. M. (1980), "The Relationship Between Diffusion Rates, Experience Curves, and Demand Elasticities for Consumer Durable Technological Innovations," *Journal of Business*, 53 (July), S51–S67.

Bertrand, J. (1882), "Theorie Mathematique de la Richesse Sociale," *Journal des Savant*, 499–508.

Brown, F. E. (1968), "Price Perception and Store Patronage," *American Marketing Association Proceedings*, (Fall).

Chiang, R. and C. S. Spatt (1982), "Imperfect Price Discrimination and Welfare," *Review of Economic Studies*, 49 (April), 155–181.

Conlisk, J., E. Gerstner and J. Sobel (1984), "Cyclic Pricing by a Durable Goods Monopolist," *Quarterly Journal of Economics*, (August), 489–505.

Cox, K. (1964), "The Responsiveness of Food Sales to Shelf Space Changes in Supermarkets," *Journal of Marketing Research*, 1 (May), 63–67.

D'Antoni, J. S. and H. L. Shenson (1973), "Impulse Buying Revisited: A Behavioral Typology," *Journal of Retailing*, 49 (Spring), 63–76.

Feichtinger, Gustav, Alfred Luhmer and Gerhard Sorger (1987), "Optimal Price and Advertising Policy For A Convenience Goods Retailer", Working Paper, University of Technology, Vienna.

"Food Retailers Can Hold Supermarket Shoppers Impulsive, Some Brands 'Hostage' but Sticking to the 'Staffs of Life'," *Marketing News*, March 27, 1987.

Gabor, A. and C. W. J. Granger (1961), "On the Price Consciousness of Consumers," *Applied Statistics*, (November), 170–188.

Gerstner, E. (1986), "Peak Load Pricing in Competitive Markets," *Economic Inquiry*, (April), 349–361.

——— and J. D. Hess (1987a), "Why Do Hot Dogs Come in Packs of 10 and Buns in 8s or 12s?: A Demand Side Investigation," forthcoming in *Journal of Business*, (October).

——— and ——— (1987b), "Beware of Bait and Switch: The Economics of Featuring and In-Store Promotion," manuscript, Georgetown University, School of Business Administration, working paper No. 87-08, Washington DC.

——— and D. M. Holthausen (1986), "Profitable Pricing When Market Segments Overlap," *Marketing Science*, 5, 1 (Winter), 55–69

Hendon, D. (1976), "Supermarket Chains' Responses to FTC's Regulation Concerning Out of Stock and Price Discrepancies in Advertising Food Specials," *Journal of Retailing*, 52, 13–22.

Holton, R. (1957), "Price Discrimination at Retail: The Supermarket Case," *Journal of Industrial Economics*, 6 (October).

Jeuland, A. P. (1981), "Parsimonious Models of Diffusion and Innovation. Part B. Incorporating the Variable of Price," Working Paper, Chicago: University of Chicago, Center for Research in Marketing (July).

——— and R. J. Dolan (1982), "An Aspect of New Product Planning: Dynamic Pricing," In A. A. Zoltners (Ed.), *Marketing Planning Models*. TIMS Studies in the Management Sciences. Vol. 18, New York: North-Holland.

——— and C. Narasimhan (1985), "Dealing-Temporary Price Cuts By Seller as a Buyer Discrimination Mechanism," *The Journal of Business*, 58 (July), 295–308.

Kalish, S. (1983), "Monopolist Pricing with Dynamic Demand and Production Costs," *Marketing Science*, 2 (Spring), 135–160.

Kemp, M. C. (1955), "An Appraisal of Loss Leader Selling," *Canadian Journal of Economics and Political Science*, (May), 245–250.

Kollat, D. T. and R. P. Willett (1967), "Customer Impulse Purchasing Behavior," *Journal of Marketing Research*, 4 (February), 21–31.

Lazear, E. P. (1986), "Retail Pricing and Clearance Sales," *American Economic Review*, 76 (March), 14–32.

Luce, D. and H. Raiffa (1957), *Games and Decisions: Introduction and Critical Survey*, New York: Wiley.

Nagle, T. and K. Novak (1985), "The Roles of Segmentation and Awareness In Explaining Variation in Price Markups," Working Paper. Boston: Boston University, forthcoming in *Issues in Pricing: Theory and Research*, T. Devinney (Ed.).

Narasimhan, C. (1984), "A Price Discrimination Theory of Coupons," *Marketing Science*, 3, 128–147.

Exhibit 124B
SEP. 1.2000 12:48PM CORNERSTONE RESEARCH 927-1599 Case 4:07-md-01819-CW Document 806-13 Filed 08/06/09 Page 55 of 65
PageID #: 18826



Nelson, P. B. and J. C. Hilke (1986), "Retail Featuring as an Entry or Mobility Barrier in Manufacturing," Working Paper No. 144, Bureau of Economics, Federal Trade Commission (September).

Prasad, V. K. (1975), "Unplanned Buying in Two Retail Settings," *Journal of Retailing*, (Fall), 3–12.

Saddler, J. (1985), "FTC's New Case By Case Policy Irks Those Favoring Broader Tack," *Wall Street Journal*, (July 3).

Salop, S. (1977), "The Noisy Monopolist: Imperfect Information, and Price Discrimination," *Review of Economic Studies*, 44 (October), 393–406.

——— and J. Stiglitz (1982), "The Theory of Sales: A Simple Model of Price Dispersion with Identical Agents," *American Economic Review*, 72 (December), 1121–1130.

Shilony, Y. (1977), "Mixed Pricing in Oligopoly," *Journal of Economic Theory*, (April), 373–388.

Sobel, J. (1984), "The Timing of Sales," *Review of Economic Studies*, (July), 353–368.

Stern, H. (1962), "The Significance of Impulse Buying Today," *Journal of Marketing*, 26 (April), 58–59.

Stigler, G. (1963), "United States v. Loew's Inc.: A Note on Block Booking," *1963 Supreme Court Review*, 152.

Varian, H. R. (1980), "A Model of Sales," *American Economic Review*, 70 (September), 651–659.

——— (1985), "Price Discrimination and Social Welfare," *American Economic Review*, 75 (September), 870–875.

William, R. H., J. J. Painter and H. R. Nicholas (1978), "A Policy-Oriented Typology of Grocery Shoppers," *Journal of Retailing*, (Spring), 27–42.

**Exhibit 124C**

# The Role of Price Endings:

# Why Stores May Sell More at $49 than at $44

May 2000

Eric Anderson
Graduate School of Business
The University of Chicago
eric.anderson@gsb.uchicago.edu

Duncan Simester
Sloan School of Management
MIT
simester@mit.edu

This paper has benefited from comments by Anil Kashyap, Peter Pashigian, Birger Wernerfelt and seminar participants at Chicago, Duke, MIT, Notre Dame, Purdue, Rochester, Wharton and the University of New South Wales. We also wish to acknowledge the generous contributions of the mail order company that provided data for this study.

**The Role of Price Endings: Why Stores May Sell More at $49 than at $44**

Economists typically assume that demand curves are downward sloping. We present evidence that increasing the price of an item from $44 to $49 may increase unit demand by up to 30%. This effect is substantial, has broad application, is easily replicated, and contradicts the downward-sloping property of demand functions. The paper offers a rational-actor explanation for the effect by arguing that price endings may serve an informational role, signaling to customers which prices are low compared to other market prices. In equilibrium customer reliance on price endings is consistent with optimal firm behavior. We explain why firms prefer to use $9 endings on items with low (relative) prices. As a result, $9 price endings lead to more favorable customer price perceptions and increased customer demand. Retailers face a trade-off that regulates how many $9 endings they use. The effect is moderated by proliferation, so that the demand increase is smaller when more products have 9-digit endings. Predictions from the model are tested in three randomized field tests that measure the purchasing behavior of actual customers in two mail order catalogs. Together, the model and data yield three conclusions. First, using a $9 price ending on a product increases demand for that product. Second, $9 endings have a smaller effect when more products have them. Third, the $9 ending effect is further moderated when sale signs also inform customers about relative price levels. A corollary of the second conclusion is that firm profits are concave in the number of items that have $9 endings, and it is this concavity that makes use of $9 endings self-regulating.

## I. Introduction

A standard property of demand functions is that they are downward sloping (Varian 1992), yet we will present evidence that increasing the price of an item from $44 to $49 may increase the number of units purchased. The effect is substantial and easily replicated across product categories and firms. The price increase exceeds 20%, while almost 30% more units are sold. The paper focuses on providing a rational-actor explanation for this demand premium. We argue that price endings may serve an informational role, signaling to customers which prices are low compared to other market prices. Customers often have the options of visiting competing retailers or delaying in the hope of future discounts. If they do not know prices at other stores, or prices at other times in the season, they can better evaluate whether to make an immediate purchase if cues are available to help resolve their uncertainty. We present evidence and arguments suggesting that relying on price endings can be an equilibrium strategy. This signaling role may explain both why $9 price endings increase demand and evidence that retailers do not use these price endings on all of their products.[1]

The signaling explanation is investigated in a series of field tests, in which different versions of a direct mail catalog were mailed to randomly selected customer samples. Catalogs offer an ideal medium for conducting price tests, allowing the measurement of actual purchasing behavior of real customers in a manner that unobtrusively controls for exogenous demand influences. The key finding is replicated in two different women's clothing catalogs, but appears to have far broader application. In particular, evidence of the efficacy of $9 endings may be inferred from their use. Studies in the marketing literature confirm that the use of 9-digit endings is pervasive across a broad variety of consumer markets. For example, Kreul (1982) and Schindler and Kirby (1997) present findings that 9 is easily the most common price ending.

We report the results of three large-scale field tests. In the first study, we mailed three different versions to compare demand when charging $44, $49 and $54 for the same product. Demand was highest in the $49 condition, despite the $5 real price increase over the $44 condition. The findings are consistent with the signaling explanation but are not consistent with psychological theories proposed in the marketing literature that customers disregard the least important digits due to truncation or rounding.[2] These psychological theories predict that demand

---

[1] For evidence that demand is higher when using a 9-digit price ending see: Stiving and Winer 1997; Blattberg and Neslin; 1990; Blattberg and Wisniewski 1987; and Nagle 1987. For evidence that use of 9-digit endings is not universal see: Monroe 1979; Kreul 1982; Schindler and Kirby 1997.

[2] See for example: Nagle 1987; Schindler and Wiman 1989; Schindler and Kibarian 1993; and Stiving and Unnava 1998.

in the $49 condition will be no larger than demand in the $44 condition. In the second study, we mailed two versions of a catalog where we varied the number of $9 endings. We found that demand increases are smaller when more products have $9 endings. It is this moderating effect that yields concavity in the equilibrium model, regulates retailers' use of $9 endings, and makes customer reliance on these cues an equilibrium strategy. In the third study we replicate the findings from the first two tests and investigate the interaction between $9 endings and an explicit claim that an item is discounted (a sale sign). The findings indicate that the $9 demand premium is moderated when a retailer also claims that the item is on sale, which is consistent with our interpretation that $9 endings and sale signs serve a similar signaling role. Together, the three tests confirm that $9 endings increase demand and the increase is moderated by both the proliferation of other $9 endings as well as the co-occurrence of sale signs.

The evidence that the $9 demand premium is moderated when a retailer also places a sale sign on the item raises another issue: why use $9 endings when sale signs offer a seemingly more direct and less ambiguous cue? The use of multiple cues is unsurprising if not all customers observe each cue. In particular, some customers may not notice a sale sign. Spoken and written communication is characterized by repetition and redundancy to ensure that recipients do not overlook important cues. This is perhaps even more important in a retail environment, in which these price cues are passive, and must compete for customer attention with an array of product cues. Consistent with this interpretation, we will present evidence that sale signs and $9 endings tend to co-occur.

**Customers' Use of Price Cues**

A series of behavioral studies investigating customers' price knowledge of grocery products suggest customers are not well informed about prices. Despite a high purchase frequency, these studies reveal that no more than half of customers questioned can recall the prices of grocery products that they have recently purchased (Allen, Harrell and Hutt, 1976; Conover, 1986; Dickson and Sawyer, 1990). In the fashion goods market, where we develop and test our theory, we might expect even less customer price knowledge due to the rapid and unpredictable rate of price and product changes.

Using price endings to resolve this uncertainty can only be an equilibrium strategy if retailers prefer to use $9 endings on products with low prices when customers expect them to do so.[3] Our explanation for why retailers may choose this response focuses on the change in aggregate demand. Willingness to pay increases if customers believe that prices with $9 endings

---

[3] In the context of the fashion clothing example we use "high" and "low" to describe variance in prices throughout a season.

are low, allowing retailers to charge a premium while selling to the same number of customers. Given unit sales are higher when prices are lower, this argues for using $9 endings on products with truly low prices as retailers capture the premium on more units.

By revealing which products have low prices, price endings also implicitly reveal which products have high prices. This may tempt retailers to use $9 endings on products that do not have low prices. However, we argue that customers regulate this temptation by ascribing less credibility to these price endings when they see them used on more products. Concern about credibility introduces concavity to retailers' profit functions: using a $9 ending on a product increases demand for that product but reduces demand for other products that already have $9 endings. In equilibrium retailers resolve this trade-off by using $9 endings on all products with low prices together with some products that do not have low prices. As a result, price endings provide some information but are not completely revealing.

The argument does not require that customers know how many products are truly discounted at each retailer. It is sufficient that customers have prior beliefs about how many products are discounted and that they use these beliefs in their decisions. Moreover, customers' prior beliefs may vary between retailers, product categories, and times of the year. For example, customers may recognize that Wal-Mart has more discounts than Brooks Brothers or that more swimsuits are discounted at the end of summer than at the start of spring.

Although the analysis focuses on fashion products, the findings have application to any market in which customers are uncertain about relative price levels, including prices at competing stores and prices at different times in the season. The model can also explain the apparent effectiveness of other marketing cues, such as "sale signs". Like price endings, sale signs are inexpensive to use and retailers generally make no commitment when using them (Anderson and Simester 1998). The signaling argument is also not specific to $9 endings and does not explain the preference for 9, as opposed to some other digit. Given appropriate customer beliefs any arbitrary price ending could be focal. However, the use of 9 is consistent with psychological theories that customers round or truncate the least important digit (Stiving and Winer, 1997; Schindler and Kirby, 1997).

**Plan of the Paper**

The arguments are illustrated in Section II using a formal model in which competing retailers sell imperfect substitutes in two period overlapping seasons. In our discussion we highlight the information revealed by price endings, including the source of its credibility, its sensitivity to the number of $9 endings that are used, and the resulting shift in customer demand. In Section III we test the demand predictions from the theoretical model in a series of empirical studies and the paper concludes in Section IV with a review of the findings.

## II. Model

We present an equilibrium model in which customers use price endings as a cue to infer which products have relatively low prices. To simplify, we distinguish even and odd price endings rather than focussing on specific 9-digit endings such as $9 or 99¢. We consider fashion goods markets in which prices vary endogenously due to temporal price discrimination. The reason for price variation is not important to the analysis, and could also be attributed to other factors such as demand uncertainty (Lazear 1986; Pashigian 1988) and supply side effects. The necessary conditions are the existence of price variation and customer uncertainty about market prices. Given this uncertainty, the model illustrates how retailers may optimally reveal information to customers through odd price endings.

The model has several interesting features. First, customers rely on multiple cues, acquiring information from both the price level and the price ending (odd or even). Second, these cues are informative even though customers often do not have enough information to fully invert firms' profit functions to predict the actions of different firm types. Finally, in equilibrium firms may intentionally introduce noise to their signals, so that odd price endings only partially reveal which products are discounted. Previous models have recognized that signals may be noisy (not always accurate), but the noise is typically exogenous, resulting from uncontrolled environmental distortions (Fudenberg and Tirole 1986; Bebchuck and Stole 1993). This section of the paper begins with a description of the retailers and their customers, followed by a review of customer uncertainty and predictions of customer purchasing behavior. Finally, we consider how retailers respond to this purchasing behavior and formally summarize the results.

**Retailers**

We assume a market in which a large number of competing retailers sell fashion products in overlapping two period seasons over an infinite horizon. The retailers each introduce $n$ new products each period, so that in any one period they have $n$ new products beginning a season and another $n$ old products finishing their seasons. We will refer to the period in which a product is first introduced as "the start of its season" and the second period in which it is available as the "end of its season". After the second period the product is no longer available. The $2n$ products represent different product categories, so that the products vary in style and design and have independent demand. The product categories and the timing of product introductions coincide across retailers, but the products sold by different retailers are imperfect substitutes. Each period begins with retailers simultaneously setting prices for their $2n$ products. Retailers charge the same price to all customers during the same period, but can vary prices across products and between periods. Retailers predict demand with certainty and discount future revenue using the discount factor $\delta$.

**Customers**

Customers have demand for just one product category and purchase at most a single unit from that category.[4] They decide when and where to purchase but visit only one retailer in each period. If they delay purchasing they can visit the same retailer or a different retailer the next period but incur an additional transportation cost $k$. Customers vary in their demand, which we formalize by assuming that a customer's product valuation ($V$) is either high or low: $V \in \{L,H\}$ where $H - L = M > 0$. We assume that customers know their own valuation but do not observe valuations of other customers. We will later discuss how uncertainty regarding other customers' valuations affects the information revealed by price cues. Because of heterogeneity across retail product offerings, we assume that if customers choose to delay purchasing and visit a different retailer in the next period they may find a product that better suits their needs. Formally, we assume that customers who have a low willingness to pay ($V=L$) will, with probability $\eta$, have a higher willingness to pay ($V=H$) at a competing retailer. The symmetric possibility, that customers for whom $V=H$ may have a lower willingness to pay at a competing retailer, is not relevant to the analysis.

New customers arrive in the market in both periods of a product's season (at both the start and end of each product's season). Because new customers have no information about differences in retailers' prices, they randomly select which retailer to visit. A mass of $Y$ high reservation value (for whom $V=H$) and a mass of $X$ low reservation value new customers arrive at each retailer each period.[5] New customers who do not buy either exit the market, return to the same retailer, or visit a different retailer in the next period (the end of the season). After two periods any remaining product is removed so that customers who do not buy in the second period of a product's season exit the market without making a purchase (few swimsuits are available in winter, while gloves and woolen sweaters are difficult to purchase in summer). Note that at the start of a product's season (Period 1 for that product) the mass of $X+Y$ new customers are the only customers who have demand for the product. End of season demand (Period 2) includes a second mass of $X+Y$ new customers together with (possibly) some of the customers who arrived in the market at the start of the season but did not purchase. There is no communication between

---

[4] Customers can resolve price uncertainty for substitutes within the store by simply inspecting the posted prices. Therefore, although we allow for substitution across time and across retailers, we do not consider substitution across categories.

[5] For *each product* retailers have a mass of $X + Y$ new customers arriving in each period. Customers who purchase at the end of the season may get less use out of the product, so that valuations might be lower at that time. This suggests an additional reason for why prices are discounted at the end of the season, however, including this feature adds complexity and yields few additional insights.

customers and customers discount future consumption using the same discount factor as the retailers (δ).

**Customer Uncertainty**

Customers' purchasing decisions are complicated by uncertainty about which products will be available in the future. Customers realize that products are available for two periods but are unsure whether their arrival in the market coincides with the start or end of each product's season.[6] Customers have two cues available to resolve this uncertainty: the relative price level and the price ending. We conservatively assume that customers first use the price level and only rely upon the price ending if their uncertainty is not fully resolved.

**A. Relative Price Level**

Customers' price expectations are consistent with actual retailer strategies. Customers expect retailers to start the season with high prices and sell only to customers with high reservation values. At the end of the season, customers expect retailers to discount and sell to all remaining customers at the market-clearing price. If customers can recognize which products are discounted they can infer which products are finishing their seasons. We consider three ways that customers might use the current price to determine whether an item is discounted.

First, if customers can recall historical price levels, a simple comparison of current and historical prices might indicate whether an item is discounted. However, as we discussed, research has shown that consumers generally have poor recollection of historical prices. In addition, variation in styles and materials between seasons make historical price comparisons difficult. For these reasons, we assume that customers cannot recognize initial and discounted price levels and hence cannot directly identify which products have discounted prices.

Second, knowledge of the retailer's profit function may allow customers to predict initial and discounted prices. For example, if customers knew that low reservation customers would pay up to $15, any price higher than $15 could only be an initial price (because it would not clear the market). These inferences require that customers know the distribution of aggregate demand. However, customers cannot observe the valuations of other customers and (unlike retailers) do not have access to data describing historical purchasing behavior. For these reasons, we assume that customers know their own reservation value ($V$) but do not know how it compares with that

---

[6] It is not necessary that *all* customers are uninformed and the proportion of customers that are uninformed may vary across product categories and times of the year.

Exhibit 124C

of other customers. Customers do not know whether their valuation is relatively low ($L$) or high ($H$), but their prior beliefs are that $V$ equals $L$ and $H$ with equal probability.[7]

Third, customers might form inferences about aggregate demand from their own reservation values ($V$). If the current price exceeds a customer's reservation value ($p>V$) then it cannot be discounted as it will not clear the market. Hence, observing $p>V$ implies that the product will be available at a lower price next period. In contrast, a very low price ($p<V\text{-}M$) will clear the market whatever the customer's reservation value, so that observing $p< V\text{-}M$ leads to a conclusion that the price is already discounted and the product will not be available next period.[8] Intermediate prices ($V\text{-}M < p \leq V$) are less informative because these prices only clear the market if the customer's reservation value is low ($V=L$). If the customer's reservation value is high ($V=H$) only high valuation customers purchase at these prices. Because customers do not know whether $V$ equals $H$ or $L$, prices in the range $(V\text{-}M,V]$ do not provide any additional information.[9] For prices in this range, customers must rely upon price endings to infer which products are finishing their seasons and have discounted prices.

Note that we assume customers do not know how their preferences compare with other customers (they do not know whether $V$ equals $H$ or $L$) but do know the variance in other customers' preferences (they know $M$, the difference between $H$ and $L$). More generally, if the distribution of reservation values is given by $g(V) = f(V) + x$, then we assume customers know $f(V)$ but do not know the realization of $x$. In our model, the function $f(V)$ has support $V\text{-}M$ and $V$ and $x$ is equally likely to be 0 or $M$. A more intuitive interpretation is that customers are unsure about initial prices - they recognize that customers differ and so are unsure which initial price will be most profitable for a store. However, they know prices are discounted during the season, and can predict the size of those discounts (determined by $M$, which characterizes the range of customer demand). It is sufficient that customers can anticipate the percentage discount rather than a specific dollar amount, and their expectations may be uncertain.[10]

---

[7] For example, customers may know their own reservation value is equal to \$15 ($V$=15). However, because they cannot observe the valuations of other customers, they remain uncertain whether $L$=15 (in which case $H$>15) or $H$=15 ($L$<15).

[8] Recall that $M=H\text{-}L$ so $p<L$ when $p<V\text{-}M$.

[9] The result that customers get no information from observed prices in this situation depends upon customers having prior beliefs that $V$ is equally likely to equal $L$ or $H$. The findings are not sensitive to this result. It might be reasonable to adjust these priors according to the relative masses of each customer type (i.e. $X$ and $Y$). Alternatively, we could include a parameter describing customers' beliefs after observing prices (and could even allow these beliefs to differ from the true probabilities).

[10] When questioned about these assumptions, department store executives raised few objections. They noted that while initial prices vary greatly, discount strategies tend to be very stable across products,

**B. Price Endings**

Customers correctly expect that retailers will use odd price endings on all of their discounted products. Because they also anticipate that retailers discount products that are finishing their seasons, they expect to see odd price endings on at least $n$ products. If they see odd price endings on more than $n$ products, they infer that not all of them are truly discounted. In accordance with this inference, and in the absence of any additional information, they rely upon Bayes rule to update their expectations. In particular, if there are $q$ odd price endings, the probability that any one of these products will be available (at a lower price) in the future is equal to $\Phi(q)$, where $\Phi(q)$ equals $(q\text{-}n)/q$ if $q>n$ and zero otherwise. It is this Bayesian updating that ensures that customers are not simply misled when retailers use odd price endings on products starting the season. The accuracy of these beliefs and the expectation that retailers will first use odd price endings on all of the products that are finishing their seasons underpins the credibility of the underlying signal and will form the basis of an important equilibrium condition. Consistent with Bayes rule and equilibrium firm strategies, products without odd price endings are all considered to be starting their season and not yet discounted.[11] We summarize customers' inferences from price levels and price endings in Table 1. When inferring which products are finishing their seasons, customers also implicitly update their beliefs about whether their valuations are high or low (whether $V$ corresponds to $H$ or $L$).

For simplicity we assume that customers who return after not purchasing on their first visit cannot recall which products were previously available. This simplifies the analysis because new and returning customers exhibit the same behavior. Moreover, it imposes little loss of generality as it can be shown that the equilibrium need not depend upon how many (if any) of these customers are fully informed when they return.

---

product categories and stores. In particular, products are first discounted by 25%-30%, typically followed by a further reduction to 40%-50% off the original price.

[11] The probability that a product with an even price ending will be available in the future is equal to one, even if fewer than $n$ products have odd price endings. This is consistent with customers interpreting fewer than $n$ odd price endings as an indication that the firm did not introduce $n$ products in the previous season.