# Exhibit 124

# Part 2 of 2, Consisting of 124C (continued) and 124D

# Article by T. Nagle and J. Hogan

Exhibit 124C

**Table 1**
**Customers' Posterior Beliefs**

| Price Level: p relative to V | Price Ending | Customers' Posterior Beliefs |
|---|---|---|
| $p > V$ | even or odd | Season is starting ($V$=$L$) |
| $p \leq V$-$M$ | even or odd | Season is ending ($V$=$H$) |
| $p \in (V\text{-}M, V]$ | even | Season is starting ($V$=$H$) |
| $p \in (V\text{-}M, V]$ | odd | Season is starting ($V$=$H$) with probability $\Phi(q)$<br>Season is ending ($V$=$L$) with probability 1-$\Phi(q)$ |

**Customer Behavior**

Recall that customers have four alternatives after inspecting the product: they may purchase immediately, return to the same retailer in the next period, return to a different retailer, or leave the market. If customers delay purchasing, they risk that the product will not be available in the following period and incur an additional transportation cost $k$ if they return next period. Balancing these considerations, if the product is still available in the next period, customers anticipate that the price will be lower. In particular, customers correctly expect prices to be discounted by $M$ between seasons.[12] Visiting a different retailer also raises the possibility that they will find a product that better suits their needs (if price and price ending cues suggest their valuation at the current retailer is low). In deciding how to respond, customers use the price level and price ending cues to update their expectations about which products will be available in the next period. In Table 2 we summarize customers' responses under each of the four combinations of price endings and price levels.

First, if the price is high ($p$>$V$) customers believe that the product will be available next period. Because this also implies that their reservation value at the current retailer is low, if they return they will visit a different retailer where their needs may be better served. This strategy yields an expected surplus of at least $\delta(\eta M\text{-}k)$, which we assume is positive.[13] Therefore, if new customers see a price higher than their reservation value, they visit a different retailer in the next

[12] For completeness, if the first period price is very high so that $p$>$V$+$M$, we assume that customers expect that the retailer will charge $V$ in the next period. Charging $p$>$V$+$M$ in the first period is an out of equilibrium strategy that will result in no demand in that period.

[13] Customers incur the transportation cost $k$ whether or not they purchase on their second visit. They do not expect the second period price to exceed $L$.

**Exhibit 124C**

period. Second, when the price is low ($p \leq V\text{-}M$), customers do not expect the product to be available in the future. Hence, if $p \leq V\text{-}M$, customers purchase immediately from the current retailer.

**Table 2**
**Customer Behavior**

| Price Level: *p* relative to *V* | Price Ending | Customer Behavior |
|---|---|---|
| $p > V$ | even or odd | Delay and return to a different retailer |
| $p \leq V\text{-}M$ | even or odd | Purchase |
| $p \in (V\text{-}M, V]$ | even | Purchase if $V - p \geq \lambda$, else delay and return to the same retailer |
| $p \in (V\text{-}M, V]$ | odd | Purchase if $V - p \geq \Lambda$, else delay and return to the same retailer |

Third, for prices in the intermediate range $p \in (V\text{-}M, V]$ with even price endings, customers believe that the product will be available in the next period. If they do not purchase, they will return to the same retailer where they believe they have a high reservation value. Expecting that the product will be discounted by $M$, they expect to earn utility $\delta(V\text{-}p + M - k)$ from returning to the same retailer compared to $V\text{-}p$ from purchasing immediately. Rearranging terms we find that customers will purchase immediately iff:

$$V - p \geq \lambda = \frac{\delta(M - k)}{1 - \delta} \tag{1}$$

If this condition is not satisfied they will return to the same retailer in the next period. We can interpret $\lambda$ as the surplus that a retailer must offer a customer to induce an immediate purchase when a product has an intermediate price (for that customer) and an even price ending.

Finally, for prices in the intermediate range $p \in (V\text{-}M, V]$ with odd price endings, the expected utility from delaying and returning to the same retailer in the following period is $\delta\Phi(V\text{-}p\text{+}M)\text{-}\delta k$. Again, this assumes the product is discounted by $M$ and $\Phi = \Phi(q)$ reflects the probability that the product will be available in the following period. Note that if the product is available in the next period the customer has a high reservation value at the current retailer, so there is nothing to be gained from returning to a different retailer. Recall also that customers incur the transportation cost whether or not they purchase on their second visit and if the product

is not available they exit without affecting the demand of other customers or products. We conclude that customers will purchase immediately iff:

$$V - p \geq \Lambda = \frac{\delta(\Phi M - k)}{1 - \delta\Phi} \tag{2}$$

If this condition is not satisfied these customers will return to the same retailer in the next period. Thus, $\Lambda$ represents the surplus that a retailer must offer a customer to induce an immediate purchase of a product that has an odd price ending.

Given these interpretations, $\lambda - \Lambda$ is the price ending premium, or the additional price that a retailer is able to charge for products that have odd price endings (recall that $\Phi = 0.5$, so $\lambda > \Lambda$). This shift in the demand curve is endogenous. Customers expect that retailers will first use odd price endings on their discounted products, so that no matter how many products have odd price endings, these products are always weakly less likely to be available next period than products without odd price endings. It is helpful to define $q^*$ as the number of products with odd price endings at which the price ending premium is at its maximum ($\Lambda$ is equal to zero):

$$q^* = \frac{Mn}{M - k} \tag{3}$$

When $\Lambda$ equals zero, a product with an odd price ending is so unlikely to be available next period that customers will pay their full reservation value to purchase it now. Because customers will never pay more than $V$ ($\Lambda \geq 0$) a firm should use at least $q^*$ odd price endings.[14] If a retailer uses more than $q^*$ odd price endings, products with odd price endings are more likely to be available next period ($\Phi > 0$) and so customers will pay less to purchase right now ($\Lambda$ increases with $q$). This illustrates the trade off facing the retailers: using an odd price ending on an additional product increases demand for that product ($\lambda > \Lambda$) but reduces demand for other products that already have odd price endings ($\Lambda$ increases with $q$).

Recall that when customers return to the same retailer or a different retailer after not purchasing in the previous period, they cannot recall which products were available in the previous period and so exhibit the same purchasing behavior as the new customers. Moreover, because these customers cannot observe a retailer's prices prior to visiting, we assume that if they visit a different retailer they randomly distribute themselves among the other retailers.

---

[14] To avoid degenerate solutions we focus on parameters for which $q^* < 2n$.

**Implementing Even and Odd Price Endings**

The customer behavior summarized in Table 2 implies that customers will immediately purchase products with odd price endings as long as the price does not exceed $V$-$\lambda$. For products with even price endings they will pay up to $V$-$\Lambda$. However, we need to adjust these bounds to account for the implementation of even and odd price endings. If customers will pay up to $4 for a product with an odd price ending, they will really only pay up to $3.99 as $4 has an even ending. Similarly, if customers will pay up to $2.43 for a product with an even ending, the maximum price that the retailer can charge while maintaining the even ending is $2.42. To account for the price changes required to implement the price endings we conservatively assume that $V$-$\lambda$ has an odd ending and $V$-$\Lambda$ has an even ending. If we let e denote the smallest currency unit distinguishing odd and even prices, the maximum that customers are willing to pay are $V$-$\lambda'$ and $V$- $\Lambda'$ where $\lambda' = \lambda + \varepsilon$ and $\Lambda' = \Lambda + \varepsilon$.

Because $9 endings may require a small price change to implement, they are somewhat dissipative. However, retailers also incur costs to implement other price cues. For example, using sale signs requires that retailer print and install signs at the point of purchase. The cost of adjusting prices in order to implement even and odd price endings depends upon the size of $\varepsilon$, the currency unit distinguishing the different endings. This in turn may affect which price endings serve as a cue. On items with price levels less than $1, implementing $9 or 99¢ endings is not practical as e is relatively large. Instead retailers may use 9¢ price ending cues or perhaps bundle items into larger quantities such as “2 for 99¢” (increasing the price level and reducing the relative size of $\varepsilon$). In contrast, higher priced products such as used automobiles often have $99 or even $999 price endings.

**Retailer Strategies**

The strategy space for retailers is large. Rather than checking all possible deviations from the proposed equilibrium we provide a series of sufficient conditions that enable us to rule out broad classes of strategies. The first two conditions ensure that each retailer prefers to sell to its high valuation customers at the start of the season, and that low valuation customers return to a different retailer if they do not buy at the start of the season. The remaining conditions focus on the prices that retailers will charge at the start and end of the season, which products they prefer to use odd price endings on, and how many odd price endings they will use. First, to make sure that retailers prefer to sell to customers with high reservation values at the start of the season, we

assume that the price these customers will pay at the start of the season exceeds the maximum discounted price they will pay at the end.[15]

$$H-\lambda' > \delta\left(\mathrm{H}\text{-}\Lambda'\right) \qquad \text{(I)}$$

At the start of a product's season retailers charge no more than $H-\Lambda'$ if the product has an odd price ending and $H-\lambda'$ if it does not. Condition II ensures that retailers prefer to charge more than $L$ when *not* selling to low valuation customers at the start of the season, so that low valuation customers return to a different retailer in the next period (see Table 2).

$$Y\left(H-\lambda'\right) > LY + \delta X\left(L-\Lambda'\right) \qquad \text{(II)}$$

These first two conditions greatly simplify the analysis by ensuring that none of the first period customers return to the same retailer in the second period – they either purchase or return to a different retailer. This offers some support for our simplifying assumption that returning customers are not sure which products were available in the previous period and, more importantly, any stage game equilibrium is also an equilibrium in the infinite period game.

Condition III determines whether a retailer sells to both customer segments in the first period. Holding constant the number of odd price endings used in any one period, retailers prefer to sell to only their high valuation customers at the start of the season when:

$$Y\left(H-\Lambda'\right) \geq \left(X+Y\right)\left(L-\Lambda'\right) \qquad \text{(III)}$$

There is a corresponding condition for products with even price endings, however, this corresponding condition is always satisfied whenever (III) is satisfied. Given (I), (II) and (III) the retailers face a mass of $X$ and $Y$ new customers at the end of the season, together with some returning customers who visited another retailer at the start of the season. We introduce an equilibrium condition to ensure that at the end of the season the retailers prefer to sell to all of these customers, charging $L-\Lambda'$ for products with odd price endings and $L-\lambda'$ for products with even price endings.

$$\left(Y+2X\right)\left(L-\lambda'\right) \geq \left(\eta X+Y\right)\left(H-\lambda'\right) \qquad \text{(IV)}$$

---

[15] It is sufficient that this condition (and the other equilibrium conditions) holds for all $\Lambda' \in [0, \Lambda^*]$ where $\Lambda^*$ equals $\Lambda'$ evaluated at $\Phi = 0.5$ (recall that $\Phi \leq 0.5$). While for ease of exposition the relevant range is defined over $\Lambda'$, this is actually determined by the number of items with odd price endings.

The corresponding condition for products with odd price endings is dominated by this condition. Condition (IV) is more likely to be satisfied when $\eta$ is low, so that most of the returning customers have low reservation values. It is these additional customers with low reservation values that prompt retailers to lower their prices at the end of the season. Given the previous conditions, retailers sell to $Y$ customers at the start of the season and $Y$+2$X$ customers at the end of the season. The premium that they can charge when using an odd price ending is $\lambda'$-$\Lambda'$, which is constant over time. Because more customers purchase at the end of the season, it is always more profitable to take an odd price ending off a product starting its season and use it on a product that is finishing its season. It is this relationship that establishes the credibility of the price-ending signal.

Recall that retailers always use at least $q^*>n$ odd price endings, and because retailers first use these cues on products finishing their seasons, all of these products have odd price endings. We conclude by considering how many products also get odd price endings at the start of their seasons ($\tau$). Retailers face a trade off when using more odd price endings: they can increase demand for the products that receive the additional odd price endings, but demand for the products that already have them will diminish. Retailers resolve this trade-off by selecting $\tau$ to maximize their profits:

$$\mathrm{p} = n\tau Y\left(H\text{-}\Lambda'\right) + n(1\text{-}\tau)Y(H\text{-}\lambda') + n(Y+2X)(L\text{-}\Lambda') \qquad (4)$$

Differentiating this function with respect to $\tau$ yields a first-order condition (recall that $\Lambda'$ is a function of $\Phi$, which in turn depends upon $\tau$):

$$\frac{\partial\pi}{\partial\tau} = Y\left(\lambda'\text{-}\Lambda'\right) - \left(2X+Y+\tau Y\right)\frac{\partial\Lambda'}{\partial\tau} = 0 \qquad (5)$$

The first term captures the increased profit earned from the product that receives the additional odd price ending, while the second term reflects the lost profits from other products that already have odd price endings. In selecting $\tau$, retailers determine how much information they will reveal through their price endings - increasing $\tau$ reduces the accuracy of the signal. In the limit, if every product has an odd price ending, price endings do not provide any information about which products will be available in the future.

Define $\tau^*$ as the value of $\tau$ that maximizes the profit function in Equation 5. We can now formally establish the existence of an equilibrium in which price endings are a credible source of relative price information.

**Result 1:**

If Conditions I through IV are satisfied there exists a static equilibrium in which customers adopt the beliefs in Table 1 and the behavior in Table 2, and retailers:

- Charge L-$\Lambda'$ and use odd price endings on all $n$ products finishing their seasons.
- Charge $H$-$\Lambda'$ and use odd price endings on $n\tau^*$ of the products starting their seasons.
- Charge $H$-$\lambda'$ and use even price endings on the remaining products starting their seasons.

**Proof**

By construction.

Demonstrating that there exists a region of parameter space in which each of the parameter restrictions and equilibrium conditions are satisfied is straightforward. For example, when $n$=100, $L$=26, $H$=40, $k$=1, $X$=6, $Y$=11.2, $\eta$=0.1 and $\delta$=0.35 the equilibrium conditions hold and retailers prefer to set $\tau^*$ such that $\Lambda$ equals zero. This represents the boundary solution at which the price ending cue is most accurate. Retailers use odd price endings on all of the products finishing their seasons and some of their new products that are not yet discounted ($\tau^*$ >0). Although the price endings are informative they are not completely accurate.

Retailers may be also more likely to use price cues accurately if some customers can recognize inaccurate cues. The current model does not reflect these reputation effects. To incorporate them we could assume that a segment of customers is well-informed about equilibrium price levels. If these customers observe odd price endings on products that are not yet discounted they might reasonably place less credence on price endings on other products. This would encourage retailers to only use odd price endings on products that are truly discounted or only use them on products for which price knowledge is particularly poor.

## III. Empirical Findings

The model suggests that $9 endings prompt customer beliefs that the price is more likely to be low compared to the alternatives of delaying or visiting another store. Because the signal's credibility depends upon its prevalence, the number of items that have $9 endings moderates the resulting demand premium. This leads to three predictions:

1. Using a $9 price ending on a product increases demand for that product.

2. $9 endings have a smaller effect when more products have $9 endings.

3. $9 endings have a smaller effect when other cues inform customers about relative price levels.

The cooperation of two catalogs that sell women's clothing allowed us to test these hypotheses by measuring the purchasing behavior of actual customers in controlled experiments. Both catalogs sell moderately priced women's clothing but there is little overlap in their target markets. For confidentiality reasons we are not able to identify the names of the catalogs (we will call them Grace's and Natalie's) nor can we describe their target markets in great detail. Although all of the prices in both catalogs end in 00¢, the catalogs use $9 endings on more than half of their products. Over 52% of prices in Grace's and 68% of prices in Natalie's have $9 endings. The next most common price ending is 4, with 20% of Grace's prices and 28% of Natalie's prices ending in 4.

As we discuss later, testing in the field imposes some limits on the complexity of the experimental design. However, measuring purchasing behavior of real customers offers greater external validity than laboratory experiments, and the opportunity to charge different prices for the same products overcomes the potential endogeneity issues that arise when analyzing historical data. We conducted three separate tests, following well-established standards in the catalog industry. In each test, different versions of a catalog were mailed to separate samples of randomly selected customers distributed throughout the United States. The first test was conducted in Grace's and was designed to test the prediction that using a $9 ending on a product increases demand for that product (Prediction 1). The second test was conducted in Natalie's and investigates whether the demand premium (if any) is smaller when more items have $9 endings. The third test was conducted in Grace's and was designed to both replicate the two earlier tests and investigate the interaction between $9 endings and explicit claims that an item is discounted (sale signs). We compare the demand premium for $9 endings (if any) on products with sale

signs and on products without sale signs. To the extent that $9 endings and sale signs reveal similar information we would expect sale signs to attenuate the demand premium for $9 endings.

**Test 1**

To investigate whether using a $9 ending increases demand we varied prices on three products located on separate pages spaced throughout an issue of Grace's catalog. We compared demand under three price conditions; a Test Condition with $9 endings and two Control Conditions with prices $5 higher and $5 lower than the $9 ending price. The actual prices are summarized in Table 3. The two Control Conditions were rotated between Versions A and C while the $9 ending condition always appeared in Version B. The catalog company would not let us rotate the experimental conditions completely across the three catalog versions. The three versions were each distributed to 42,000 households randomly chosen from households that had purchased from the catalog in the previous two years.

**Table 3**
**Prices in Test 1**

| Test Items | Version A | Version B | Version C |
|---|---|---|---|
| Item 1 | $84 | $79 | $74 |
| Item 2 | $44 | $49 | $54 |
| Item 3 | $44 | $39 | $34 |

Comparing demand in the high and low price conditions provides an estimate of price elasticity against which to evaluate any $9 ending effect. We used unit sales on pages without experimental manipulations to control for any distribution differences. The differences were negligible and controlling for them did not affect the findings. To disguise demand we aggregated the number of units purchased in each condition across the three items and then indexed the total units to 100 in Version B. Using this index, aggregate demand was 72, 100, and 72 in the low price control, $9 ending, and high price control respectively ($44, $49, $54).[16] While we cannot report the sales of individual items, the pattern of results is consistent across the three items.

The results suggest several interesting conclusions. First, aggregate demand for the three test items was highest in the $9 ending condition ($p<0.05$, one-tailed test) even though prices

[16] On these three items demand was 28% lower in the two Control Conditions than in the Test Condition.

were $5 higher in this condition than in the Low Price Control. This striking result supports our prediction that using a $9 ending on a product increases demand for that product (Prediction 1), and contradicts the downward sloping property of demand functions. The result cannot be easily reconciled with the alternative explanation proposed in the marketing literature that customers disregard the least important digit due to truncation or rounding. This alternative explanation would not predict higher demand in the $9 ending condition compared to the Low Price Control. Second, sales in the high and low price conditions are almost identical despite the $10 price difference. This evidence that demand is inelastic when price endings are held constant is consistent with our claim that customers are poorly informed about relative price levels. We caution that this is only a short-term measure of price elasticity. It is possible (indeed probable) that in the long-term price increases will adversely affect demand after customers observe the prices charged for similar products at competing retailers.

**Test 2**

A limitation of this first test is the use of products from a single product category. We cannot rule out the possibility that the demand premium is limited to this product category. We undertook a second study to address this limitation and to investigate whether the $9 ending demand premium is sensitive to the number of $9 endings that are used. Two versions of a Natalie's catalog, a Test Version and a Control Version, were each distributed to 40,000 households randomly chosen from households that had purchased from Natalie's in the preceding two years. Prices in the Control Version were determined by the catalog's merchandising specialists and could not be varied. In the Test Version we varied price endings on 16 products, which represented approximately 7% of the items in the catalog. The 16 products were all located in two ten-page sections at the start and back of the catalog and all had $9 endings in the Control Version. In the Test Version we used either $0 ($1 higher) or $8 endings on these products, as summarized in Table 4 (together with the results).[17] The 20 pages on which these experimental manipulations occurred also included 46 other products, 23 of which had $9 endings in the Control and 23 that did not have $9 endings in the Control. We did not vary the prices of these 46 products, nor did we vary prices on other pages of the catalog.

Although they did not differ significantly between the two conditions, we used unit sales on other pages to control for possible distribution differences. The findings are reported in Table 4. Demand is disguised by aggregating the number of units purchased across items within each

[17] The design called for eight of these products to receive $8 endings and eight to receive $0 endings. Due to implementation difficulties the catalog implemented six $8 endings and ten $0 endings (see Table 4).

product group. As a result, it is not appropriate to compare *between* rows in Table 4. Total units are then indexed to 100 in the Control Version.

There are again several interesting findings. First, the comparisons on Rows B and C replicate our earlier test of Prediction 1. The results reveal a pattern that is almost identical to the results that we reported in Test 1 with the $9 ending yielding a demand increase of almost 30% over both an $8 ending ($1 lower) and a $0 ending ($1 higher). Unfortunately the sample size is relatively small and so these differences are not significant (although pooling the two rows yields significance). Second, the comparison on Row A offers a test of whether $9 endings are more effective when used less frequently. These 23 products had $9 endings in both versions, but in the Test Version they were the only products on the 20 Test Pages that had $9 endings, while in the Control Version a total of 39 products had this price ending. Under Prediction 2 we expect demand for these items to be higher in the Test Version, and the results support this prediction. Aggregate demand was 51% higher in the Test Version than in the Control Version, suggesting that $9 endings are more effective when used less frequently. This difference is statistically significant ($p<0.02$, 1 tail test) and contrasts with identical demand across the two versions for items on the Test Pages that did not have $9 endings in either version (Row D).

**Table 4**
**Results from Test 2**

| **Comparison** | **Price Ending** | | **Aggregate Demand** | | **Number of Items in Comparison** |
|---|---|---|---|---|---|
| | Control | Test | Control | Test | |
| **A** | 9 | 9 | 100 | 151* | 23 |
| **B** | 9 | 8 | 100 | 73 | 6 |
| **C** | 9 | 0 | 100 | 73 | 10 |
| **D** | ≠ 9 | ≠ 9 | 100 | 100 | 23 |

Table 4 describes the number of units purchased in the Test and Control Versions aggregated across the respective groups of products. Demand for each product group is indexed to 100 in the Control Version (it is not appropriate to compare between rows). For example 51% more units of the Row A items were sold in the Test Version than in the Control Version.
* Indicates that demand in the Test Version was significantly higher than demand in the Control Version ($p<0.02$, one-tailed test).

We caution that substitution may yield similar demand predictions. For example, a $9 ending could increase attractiveness relative to other items in a product line. Substitution of

demand to a product that gains a $9 ending would lead to increased sales of this item at the expense of other items. However, for two reasons, we believe that substitution cannot fully explain the findings. First, items are almost always displayed in the catalog as complete outfits, so that the items depicted on each are complements rather than substitutes. The use of complements will tend to bias against substitution between products on the same page. Second, we might expect substitution to result in similar demand differences in Rows A and D, which we did not find.

An important premise in the model is that customers are poorly informed about market prices. As we discussed, when customers are familiar with prices at competing stores or prices at different times in the season, price endings cannot have the same signaling role. For example, if catalog merchants are well-informed about market prices, the model would not predict use of $9 endings in wholesale prices. To investigate this prediction we analyzed the wholesale prices of 219 items featured in a Natalie's catalog and could not reject the hypothesis that price endings were random.[18] In contrast to the retail prices of these items, wholesale prices were most likely to end in $5 rather than $9, and ¢ endings varied widely (55 of the 100 possible ¢ endings were used).

**Test 3**

In Test 3 we investigate whether $9 endings serve a similar information role as sale signs. We do so by testing whether the effect of $9 endings is moderated by the presence of sale signs. If the cues provide the same information, then using $9 endings on items with sale signs should lead to a smaller increase in demand than using them on items without sale signs. The test also serves to replicate the results from the first two tests.

The test was conducted in an issue of Grace's catalog containing 261 items. Treatment and Control Versions were each mailed to samples of randomly chosen households. The price descriptions for 35 of the items in the Control Version included an explicit claim that the item was discounted. The prices of these items were presented as follows "Reg $X SALE $Y" compared to the standard description "$X". In addition a total of 167 items had $9 endings. In the Treatment Version we changed price endings and removed sale signs from a small number of products. We were not able to add sale signs to any of the products. The allocation of sale signs and $9 endings is summarized in Table 5.

---

[18] We compared the frequency of each of the ten possible $ endings and could not reject the hypothesis that the distribution of endings across these digits was uniform ($\chi^2$=4.8, 9 d.f., p>0.80).

Exhibit 124C

Note that sale signs and \$9 endings in the Control tended to co-occur on the same items.[19] This is consistent with our earlier conjecture that retailers repeat the same information using both cues to increase the likelihood that the information is overlooked. The co-occurrence of the two cues may also contribute to the formation of customers' equilibrium and out-of-equilibrium beliefs.

**Table 5**
**Design of Test 3**

| | Number of Items | |
|---|---|---|
| | **Control** | **Treatment** |
| Sale sign only | 8 | 11 |
| \$9 ending only | 140 | 81 |
| Sale sign and \$9 ending | 27 | 15 |
| Neither | 86 | 154 |
| **Total** | 261 | 261 |

The size of each sample was approximately 90,000 households, however, the catalog could not confirm that the same number of people received each version of the catalog. To control for possible distribution differences, we investigate how *relative* demand in the Treatment and Control Versions varies according to the use of sale signs and \$9 endings. We assume the following demand function:

$$Demand_{ij} = \alpha_j \gamma_i Price_{ij}{}^{\eta} e^{\beta \mathbf{X}_{ij}} \qquad (6)$$

The variables $Price_{ij}$ and $Demand_{ij}$ denote the price and units sold for Item $i$ in Version $j$ $\in$ {Treatment, Control}, and the vector $\mathbf{X}_{ij}$ measures the various marketing variables (other than price). The parameter $\alpha_j$ captures any distribution differences and the parameter $\gamma_i$ captures item level effects. The dependent variable is the log of demand in the Treatment Version ($T$) divided by demand in the Control Version ($C$):

$$\ln\left(\frac{Demand_{iT}}{Demand_{iC}}\right) = \hat{\alpha} + \eta \ln\left(\frac{Price_{iT}}{Price_{iC}}\right) + \mathbf{ß}\left(\mathbf{X}_{iT} - \mathbf{X}_{iC}\right) + \varepsilon \qquad (7)$$

[19] A significantly higher proportion of items with sale signs in the Control Version have \$9 endings than items without sale signs ($p<0.05$, one-tail test).

In this specification the price coefficient ($\eta$) provides a measure of price elasticity, the item effects $\gamma_i$ disappear, and any distribution differences are captured by the intercept. The marketing variables represented by the vector $\mathbf{X}_{ij}$ include the following five variables:

1. $9 Ending
2. Sale Sign
3. $9 Ending × Sale Sign
4. $9 Ending × % $9 Endings on the Page
5. Sale Sign × % Sale Signs on the Page

The *$9 Ending* and *Sale Sign* variables are both dichotomous, reflecting whether or not an item had a $9 ending or sale sign. We expected the coefficients on both variables to be positive. The interaction between *$9 Ending* and *Sale Sign* terms is designed to capture the prediction that the effect of $9 endings is moderated by the presence of sale signs (and vice versa) and so we expect the coefficient on this interaction to be negative. Finally the last two interactions investigate the relationship between each cue and the frequency with which they are used. We expect that both of these coefficients will be negative if the cues are less credible when used more frequently.

The coefficients are reported in Table 6 and they offer support for each of the predictions. The *$9 Ending* coefficient and the interaction term *$9 Ending × % $9 Endings on the Page* are both significant ($p<0.01$) and in their predicted directions.[20] Reassuringly, this replicates the results of the previous two studies. The interaction between *$9 Ending* and *Sale Sign* is also significant ($p<0.05$) and consistent with our prediction that the demand premium from using a $9 ending is smaller in the presence of a sale sign. The coefficient for this interaction term is similar in absolute magnitude to the *$9 Ending* coefficients and suggests that sale signs and $9 endings serve a similar information role. The other results are less conclusive. Although the signs of the coefficients estimated for *Sale Sign* and *Sale Sign × % Sale Signs on the Page* are consistent with our predictions, neither coefficient is significant.

---

[20] We caution that the *$9 Ending* coefficient and the two interaction terms jointly describe the effect of adding a $9 ending to an item. The effect is only described by the *$9 Ending* coefficient alone when there are no other $9 endings on the page and the item does not have a sale sign. An analogous interpretation is required for the *Sale Sign* coefficient.

**Table 6**
**Test 3 Results**

| Variables | Coefficients |
|---|---|
| Price | -4.160<br>(1.567) |
| $9 Ending | 0.568<br>(0.181) |
| Sale Sign | 0.783<br>(0.477) |
| $9 Ending × Sale Sign | -0.563<br>(0.273) |
| $9 Ending × % $9 Endings on the Page | -0.645<br>(0.228) |
| Sale Sign × % Sale Signs on the Page | -0.142<br>(0.637) |
| Constant | -0.176<br>(0.053) |
| Adjusted $R^2$ | 0.07 |
| Sample size | 261 |

Standard errors are in parentheses.

The findings replicate the results of the first two tests and provide evidence that $9 endings and sale signs serve a similar role. However, there are limitations that should be considered when interpreting the findings. First, we manipulated the presence of sale signs on just nine products. As a result, the coefficients *Sale Sign* and *Sale Sign* × *% Sale Signs on the Page* are estimated using relatively few observations. This may explain, at least in part, why these two coefficients are not significant. The relatively low proportion of overall variance explained arises for a similar reason. For almost half of the products (124) the price and marketing variables did not vary between the two versions, so that the model cannot explain variance in the relative demand for these products.[21]

Second, the model is silent as to the domain over which customers judge credibility of price cues (either $9 endings or sale signs). In a mail order catalog, the credibility of price cues may depend upon the number of price cues on an individual page, the number on a facing two-

[21] Including these variables does not bias the coefficients. To investigate their role we re-estimated the model after omitting randomly selected groups of these products and observed little difference in the results.

page spread, the number within a single product category, or even the number in the entire catalog. In a grocery store it may depend upon the number of facings or the number of items within or across product categories. The relevant domain is an empirical question, which we address by considering different domains. For this reason we also considered interaction terms describing the percentage of $9 ending and sale sign cues on each facing two-page "spread." The results for the spread were similar to the page results reported in Table 6, although slightly less significant. We note that any support for the model predictions occurs despite and not because of this complexity.

## IV. Conclusions

We have investigated the informational role of price endings, arguing that they signal which prices are low compared to other market prices. The argument is illustrated using a formal model in which we provide a rational-actor explanation for why customers rely on this cue. In equilibrium their reliance is consistent with optimal firm behavior. Our explanation for the effectiveness of $9 endings departs from behavioral explanations such as price rounding or models with irrational consumers (Akerlof and Yellen, 1985).

The model predictions are tested using three large-scale field tests. Together the model and the data yield three conclusions. First, using a $9 price ending on a product increases demand for that product, which may contradict the downward-sloping property of demand functions. This effect is moderated by at least two influences. We show that $9 endings have a smaller effect when sale signs inform customers about relative price levels, and the effect is also smaller when more products have $9 endings. A corollary of this last finding is that firm profits are concave in the number of $9 endings that retailers use, and this concavity makes the use of $9 endings self-regulating.

While we test the theory with two different clothing firms in the direct mail industry, the results have broader applicability to consumer markets. In markets where consumers engage in search between stores (or over time) and lack full information about relative prices, price ending cues may have an important informational role. In contrast, we would not expect these effects where prices are negotiated or where buyers are more informed. As evidence, wholesale prices for the clothing firms we study had no predominant price ending.

## V. References


Akerlof, George A. and Janet L. Yellen (1985), "Can Small Deviations from Rationality Make Significant Differences to Equilibria?" *The American Economic Review*, Volume 75, Issue 4, Sep., 708-720.

Allen, J. W., G.D. Harrell, and M. D. Hutt (1976). *Price Awareness Study*. Washington D.C.: The Food Marketing Institute.

Anderson, Eric T. and Duncan I. Simester (1998). "The Role of Sale Signs," *Marketing Science*, 17(2), 139-155.

Bebchuck, Lucian A. and Lars Stole (1993). "Do Short-Term Objectives Lead to Under- or Overinvestment in Long-Term Projects," *The Journal of Finance*, XLVIII(2), pp. 719-729.

Blattberg, Robert C. and Scott A. Neslin (1990). *Sales Promotion: Concepts, Methods and Strategies*, Englewood Cliffs, NJ: Prentice-Hall.

Blattberg Robert C. and Kenneth J. Wisniewski (1987). "How Retail Price Promotions Work: Empirical Results," Working Paper No. 42, Graduate School of Business, University of Chicago, 60637.

Conover, Jerry (1986). "The Accuracy of Price Knowledge: Issues in Research Methodology," in *Advances in Consumer Research*, Vol. 13, Ed. Richard Lutz, Ann Arbor, MI: Association for Consumer Research, 589-593.

Dickson, Peter and Alan Sawyer (1990). "The Price Knowledge and Search of Supermarket Shoppers," *Journal of Marketing*, 54 (July), 42-53.Conover, 1986

Fudenberg, Drew and Jean Tirole (1986). "A ASignal-Jamming≅ Theory of Predation," *RAND Journal of Economics*, Vol. 17(3), pp. 366-376.

Kreul, Lee M. (1982). "Magic Numbers: Psychological Aspects of Menu Pricing," *Cornell Hotel and Restaurant Administration Quarterly*, 23 (August), 70-75.

Lazear, Edward P. (1986). "Retail Pricing and Clearance Sales," *American Economic Review*, LXXVI, 14-32.

Monroe, Kent B. (1979). *Pricing: Making Profitable Decisions*, New York: McGraw-Hill.

Exhibit 124C

Nagle, Thomas T. (1987). *The Strategy and Tactics of Pricing: A Guide to Profitable Decision Making*, Englewood Cliffs, NJ: Prentice-Hall.

Pashigian, Peter B. (1988). "Demand Uncertainty and Sales: A Study of Fashion and Markdown Pricing," *American Economic Review*, LXXVIII, 936-953.

Schindler, Robert M. and Kibarian (1993). "Testing for Perceptual Underestimation of 9-ending Prices," in *Advances in Consumer Research*, Vol. 20, Provo UT: Association for Consumer Research, 580-585.

Schindler, Robert M. and Patrick N. Kirby (1997). "Patterns of Rightmost Digits Used in Advertised Prices: Implications for Nine-Ending Effects," *Journal of Consumer Research*, 24 (September), 192-201.

Schindler, Robert M. and Alan R. Wiman (1989). "Effect of Odd Pricing on Price Recall," *Journal of Business Research*, 19 (November), 165-177.

Stiving, Mark and Russel S. Winer (1997). "An Empirical Analysis of Price Endings with Scanner Data," *Journal of Consumer Research*, June, 57-67.

Stiving, Mark and H. Rao Unnava (1998). "How Consumers Process Price Endings: A Cost of Thinking Approach," Working Paper, The Ohio State University, June.

Varian, Hal (1992). *Microeconomic Analysis*, 3rd Edition, New York: Norton.

# The Strategy and Tactics of Pricing

*A Guide to Growing More Profitably*

FOURTH EDITION

Thomas T. Nagle
John E. Hogan

Exhibit 124D

Fourth
Edition

# THE STRATEGY AND TACTICS OF PRICING:

## *A Guide to Growing More Profitably*

Thomas T. Nagle
*Monitor Company Group, L. P.*

John E. Hogan
*Monitor Company Group, L. P.*

PEARSON
Prentice Hall

Upper Saddle River, NJ 07458

Exhibit 124D

**Library of Congress Cataloging-in-Publication Data**

Nagle, Thomas T.
The strategy and tactics of pricing : a guide to growing more profitably / Thomas T. Nagle, John E. Hogan.—4th ed.
p. cm.
Includes bibliographical references and index.
ISBN 0-13-185677-4
1. Pricing. 2. Marketing—Decision making. I. Hogan, John E., ph.D. II. Title.
HF5416. 5. N34 2006
658.8'16—dc22

2005028572

**Acquisitions Editor:** Katie Stevens
**VP/Editorial Director:** Jeff Shelstad
**Product Development Manager:** Ashley Santora
**Editorial Assistant:** Christine Ietto
**Marketing Manager:** Ashaki Charles
**Managing Editor (Production):** Renata Butera
**Production Editor:** Marcela Boos
**Permissions Coordinator:** Charles Morris
**Associate Director, Manufacturing:** Vincent Scelta
**Production Manager:** Arnold Vila
**Manufacturing Buyer:** Diane Peirano
**Design Manager:** Christy Mahon
**Art Director:** Jayne Conte
**Cover Design:** Bruce Kenselaar
**Composition:** TechBooks
**Full-Service Project Management:** Shelley Creager, TechBooks
**Printer/Binder:** R.R. Donnelley-Harrisonburg

Credits and acknowledgments borrowed from other sources and reproduced, with permission, in this textbook appear on appropriate page within text.

---

**Copyright © 2006, 2002, 1995, 1987 by Pearson Education, Inc., Upper Saddle River, New Jersey, 07458.** Pearson Prentice Hall. All rights reserved. Printed in the United States of America. This publication is protected by Copyright and permission should be obtained from the publisher prior to any prohibited reproduction, storage in a retrieval system, or transmission in any form or by any means, electronic, mechanical, photocopying, recording, or likewise. For information regarding permission(s), write to: Rights and Permissions Department.

**Pearson Prentice Hall™** is a trademark of Pearson Education, Inc.
**Pearson®** is a registered trademark of Pearson plc
**Prentice Hall®** is a registered trademark of Pearson Education, Inc.

Pearson Education LTD.
Pearson Education Singapore, Pte. Ltd
Pearson Education, Canada, Ltd
Pearson Education—Japan
Pearson Education Australia PTY, Limited
Pearson Education North Asia Ltd
Pearson Educación de Mexico, S.A. de C.V.
Pearson Education Malaysia, Pte. Ltd
Pearson Education Upper Saddle River, New Jersey

PEARSON
Prentice Hall

10 9 8 7 6 5
ISBN 0-13-185677-4

encou

Exhibit 124D

# CHAPTER 1

# TACTICAL PRICING

## *Changing the Pricing Game to Drive Profitable Growth*

Few managers, even those specializing in marketing, think strategically about pricing. Consider your experiences and observations. Were your company's pricing decisions made in reaction to a pricing problem, or were they carefully planned to exploit an opportunity? Did management arrive at those decisions by considering the immediate impact on profitability, or did it analyze how reactions of customers and competitors might change the picture down the road? Did the decisions focus purely on price, or did they involve alignment of a marketing program to support the pricing decision? When done correctly, pricing becomes a powerful lever to drive profitable growth and achieve strategic business goals. Unfortunately, few companies use the pricing lever to manage their markets effectively. The result is more rapid price erosion, lower volumes across segments, and most importantly, lower profits.

## WHY PRICING IS OFTEN INEFFECTIVE

The difference between conventional pricing and strategic pricing is the difference between reacting to market conditions and proactively managing them.[1] It is the reason why companies with similar market shares and technologies often earn such different rewards for their efforts. With conventional pricing approaches, each functional area imposes constraints on pricing strategy that are individually consistent with their view of the market but that also limit the company's ability to get paid for the value it creates for customers. Finance mandates that products achieve minimum contribution margins causing the company to pass up low-margin/high-volume opportunities that can increase revenues or reduce costs through more efficient capacity utilization. Marketing fails to design and enforce effective pricing policies resulting in high price variability across customers that reward the most aggressive negotiators. Sales lacks the training and incentives to negotiate effectively with powerful customers, undercutting pricing performance.

Case 4:07-md-01819-CW Document 806-14 Filed 08/06/09 Page 25 of 62
PageID #: 18861

Exhibit 124D



Given these self-imposed constraints, it is not surprising that so few firms make the most of their pricing opportunities.

In contrast, strategic pricing entails the coordination of interrelated marketing, competitive, and financial decisions to set prices profitably. Strategic pricing requires more than a change in attitude; it requires a change in when, how, and who makes pricing decisions. For example, strategic pricing requires anticipating price levels early in the product development process to better understand which concepts can create and capture adequate value to justify their cost. It requires management to take responsibility for establishing a coherent set of pricing policies and procedures that will create the pricing discipline necessary for long-term profitability. Most importantly, strategic pricing requires a new relationship between functional areas of the firm such as marketing, sales, and finance. This cross-functional focus requires a balance between the customer's need to obtain good value for the price and the firm's need to cover costs and earn a suitable profit. Unfortunately, pricing at most companies involves more conflict than balance between these objectives.

If a key objective of pricing is to capture the value created for customers, then specific prices must be set by those best able to anticipate that value—marketing managers. But their efforts will not be effective unless they gather the right customer and competitor data to assess value. Pricing can only capture the value of an offering when the value has been communicated to the customer—a responsibility of sales. But sales cannot communicate value without the appropriate tools and training to manage negotiations with increasingly powerful customers. Finally, the efforts of marketing and sales will not generate sustainable profits unless constrained by appropriate financial objectives that require a new financial philosophy. Rather than attempting to "cover costs," finance must strategically focus on incremental profitability, learn how costs change with changes in sales, and use that knowledge to develop appropriate incentives and guidelines for marketing and sales to achieve their objectives profitably.

With their respective roles appropriately defined, marketing and finance can work together toward a common goal—to achieve profitability through strategic pricing. Before this goal can be achieved, however, managers in all functional areas must discard the flawed thinking about pricing that leads them into conflict and drives them to make unprofitable decisions. Let's look at these flawed paradigms and destroy them once and for all.

## The Cost-Plus Delusion

Cost-plus pricing is, historically, the most common pricing procedure because it carries an aura of financial prudence. Financial prudence, according to this view, is achieved by pricing every product or service to yield a fair return over all costs, fully and fairly allocated. In theory, it is a simple guide to profitability; in practice, it is a blueprint for mediocre financial performance.

The problem with cost-driven pricing is fundamental: In most industries it is impossible to determine a product's unit cost before determining its price. Why? Because unit costs change with volume. This cost change occurs because

t surprising that so few firms make

oordination of interrelated market-
:t prices profitably. Strategic pricing
equires a change in when, how, and
rategic pricing requires anticipating
process to better understand which
alue to justify their cost. It requires
iblishing a coherent set of pricing
ricing discipline necessary for long-
: pricing requires a new relationship
; marketing, sales, and finance. This
ween the customer's need to obtain
l to cover costs and earn a suitable
ies involves more conflict than bal-

he value created for customers, then
to anticipate that value—marketing
ive unless they gather the right cus-
'ricing can only capture the value of
icated to the customer—a responsi-
value without the appropriate tools
increasingly powerful customers.
. not generate sustainable profits un-
jectives that require a new financial
er costs," finance must strategically
costs change with changes in sales,
oriate incentives and guidelines for
es profitably.
defined, marketing and finance can
:hieve profitability through strategic
iowever, managers in all functional
: pricing that leads them into conflict
ons. Let's look at these flawed para-

mmon pricing procedure because it
:ial prudence, according to this view,
:e to yield a fair return over all costs,
.ple guide to profitability; in practice,
rmance.
s fundamental: In most industries it
t cost before determining its price.
ne. This cost change occurs because

a significant portion of costs are "fixed" and must somehow be "allocated" to determine the full unit cost. Unfortunately, because these allocations depend on volume, which changes with changes in price, unit cost is a moving target.

To "solve" the problem of determining unit cost, cost-based pricers are forced to make the absurd assumption that they can set price without affecting volume. The failure to account for the effects of price on volume, and of volume on costs, leads managers directly into pricing decisions that undermine profits. The historical landscape of company failures is littered with examples of companies that followed a cost-plus approach to pricing to their ultimate demise. One particularly tragic example, for the company and its customers, was Wang Laboratory's experience in pricing the world's first word processor. Following its introduction, Wang became an instant success, growing rapidly and dominating the market. However, as competition increased and growth slowed, the company's cost-driven pricing philosophy began killing its market advantage. As sales volume declined, unit costs were repeatedly recalculated and prices raised to reflect the rising overhead allocation. As a result, sales declined even further. Before long, even Wang's most loyal customers began making the switch to cheaper alternatives.

A price increase to "cover" higher fixed costs reduces sales further and causes unit cost to rise even higher. The result is often that price increases actually reduce profits. This leads to the "death spiral" of cost-based pricing in which fixed costs are spread over continuously declining unit volume as prices escalate ever higher. On the other hand, if a price cut causes sales to increase, fixed costs are spread over more units, making unit costs decline. The result is often increased profit. Instead of pricing reactively to cover costs and profit objectives, managers need to price proactively. They need to acknowledge that pricing affects sales volume, and that volume affects costs.

The dangers of cost-based pricing are not limited to products facing increasing competition and declining volume. In fact, cost-based pricing is even more insidious when applied to strong products because there are no signals (such as declining market share) to warn of the potential damage. For example, an international telecommunications company with many leading technologies uses cost-based pricing as a "starting point" for pricing. Product and sales managers review the cost-based "target prices" for consistency with market conditions and then argue for adjustments to reflect market conditions. Everyone in the organization finds this system fair and reasonable.

But does the system foster profitability? During the time this system has been in place, marketing has frequently requested and received permission to charge prices less than the cost-based "target" to reflect market conditions. How often do you think marketing argued that a target price should be raised to reflect market conditions? Never, despite the fact that the company often has a backlog of orders on some of its most popular products. At this company, as at many others, cost-based target prices have become cost-based "caps" on profitability for the most valuable products.

Cost-plus pricing leads to overpricing in weak markets and underpricing in strong ones—exactly the opposite direction of a prudent strategy. How, then,

**Exhibit 124D**

**EXHIBIT 1-1 Cost-Based Versus Value-Based Pricing**

**Cost-Based Pricing**

PRODUCT ⟶ COST ⟶ PRICE ⟶ VALUE ⟶ CUSTOMERS

**Value-Based Pricing**

CUSTOMERS ⟶ VALUE ⟶ PRICE ⟶ COST ⟶ PRODUCT

should managers deal with the problem of pricing to cover costs and achieve profit objectives? They shouldn't. The question itself reflects an erroneous perception of the role of pricing, a perception based on the belief that one can first determine sales levels, then calculate unit cost and profit objectives, and then set a price. When managers realize that sales volume (the beginning assumption) depends on the price (the end of the process), the flawed circularity of cost-based pricing is obvious. The only way to ensure profitable pricing is to let anticipated pricing determine the costs incurred rather than the other way around. Value-based pricing must begin before investments are made.

Exhibit 1-1 illustrates the flawed progression of cost-based pricing and the necessary progression for value-based pricing. Cost-based pricing is product driven. Engineering and manufacturing departments design and make what they consider a "good" product. In the process, they make investments and incur costs to add features and related services. Finance then totals these costs to determine "target" prices for the various versions of the product that they might offer. Only at this stage does marketing enter the process, charged with the task of demonstrating enough value in these products to justify the prices to customers.

If cost-based prices prove unjustifiable, managers may try to fix the process by allowing "flexibility" in the markups. Although this tactic may minimize the damage, it is not, fundamentally, a solution because the financial return on the product remains inadequate. Finance blames marketing for cutting the price, and marketing blames finance for excessive costs. The problem keeps reoccurring as the features and costs of new products continue to mismatch the needs and values of customers. Moreover, when customers are rewarded with discounts for their price resistance, this resistance becomes more frequent even when the product is valuable to them. Solving the problems of cost-based pricing requires more than a quick fix. It requires a complete reversal of the process—starting with customers. The target price is based on estimates of value and the portion that the firm can expect to capture given the competitive alternatives. The job of financial management is not to insist that prices recover costs. It is to insist that costs are incurred only to make products that can be priced profitably given their value to customers.

Designing products that can be sold profitably at a target price has gone in the past two decades from being unusual to being the goal at most successful com-

**Exhibit 124D**

ased Pricing

**ased Pricing**

**RICE ⟶ VALUE ⟶ CUSTOMERS**

**ased Pricing**

**RICE ⟶ COST ⟶ PRODUCT**

em of pricing to cover costs and achieve
question itself reflects an erroneous per-
ɔtion based on the belief that one can first
ınit cost and profit objectives, and then set
sales volume (the beginning assumption)
:ocess), the flawed circularity of cost-based
sure profitable pricing is to let anticipated
rather than the other way around. Value-
:ments are made.
progression of cost-based pricing and the
pricing. Cost-based pricing is product dri-
departments design and make what they
ess, they make investments and incur costs
ınance then totals these costs to determine
of the product that they might offer. Only
process, charged with the task of demon-
s to justify the prices to customers.
able, managers may try to fix the process by
ılthough this tactic may minimize the dam-
because the financial return on the product
ıarketing for cutting the price, and market-
The problem keeps reoccurring as the fea-
ıe to mismatch the needs and values of cus-
e rewarded with discounts for their price
re frequent even when the product is valu-
f cost-based pricing requires more than a
al of the process—starting with customers.
f value and the portion that the firm can ex-
alternatives. The job of financial manage-
r costs. It is to insist that costs are incurred
ed profitably given their value to customers.
ɔld profitably at a target price has gone in
al to being the goal at most successful com-

panies.[2] From Marriott to Boeing, from medical technology to automobiles, profit-leading companies now think about what market segment they want a new product to serve, determine the benefits those potential customers seek, and establish a price those customers can be convinced to pay. Then companies challenge their engineers to develop products and services that can be produced at a cost low enough to make serving that market segment profitable. The automobile industry has long been at the forefront of using price to drive the development process. The first companies to adopt such a strategy gained a huge market advantage. The laggards now have to learn value-based pricing for new products just to survive.

## Customer-Driven Pricing

Many companies now recognize the fallacy of cost-based pricing and its adverse effect on profit. They realize the need for pricing to reflect market conditions. As a result, some have taken pricing authority away from financial managers and given it to sales or product managers. In theory, this trend is consistent with value-based pricing, since marketing and sales are that part of the organization best positioned to understand value to the customer. In practice, however, the misuse of pricing to achieve short-term sales objectives often undermines perceived value and depresses profits even further.

The purpose of strategic pricing is not simply to create satisfied customers. Customer satisfaction can usually be bought by a combination of overdelivering on value and underpricing products. But marketers delude themselves if they believe that the resulting sales represent marketing successes. The purpose of strategic pricing is to price more profitably by capturing more value, not necessarily by making more sales. When marketers confuse the first objective with the second, they fall into the trap of pricing at whatever buyers are willing to pay, rather than at what the product is really worth. Although that decision enables marketers to meet their sales objectives, it invariably undermines long-term profitability.

Two problems arise when prices reflect the amount buyers seem willing to pay. First, sophisticated buyers are rarely honest about how much they are actually willing to pay for a product. Professional purchasing agents are adept at concealing the true value of a product to their organizations. Once buyers learn that sellers' prices are flexible, the buyers have a financial incentive to conceal information from, and even actively mislead sellers. Obviously, this tactic undermines the salesperson's ability to establish close relationships with customers and to understand their needs.

Second, there is an even more fundamental problem with pricing to reflect customers' willingness to pay. The job of sales and marketing is not simply to process orders at whatever price customers are currently willing to pay, but rather to raise customers' willingness to pay to a level that better reflects the product's true value. Many companies underprice truly innovative products because they ask potential customers, who are ignorant of the product's value, what they would be willing to pay. But we know from studies of innovations that the "regular" price has little impact on customers' willingness to try them. For example, most

**Exhibit 124D**

customers initially perceived that photocopiers, mainframe computers, and food processors lacked adequate value to justify their prices. Only after extensive marketing to communicate and guarantee value did these products achieve market acceptance. Forget what customers who have never used your product are initially willing to pay! Instead, understand the value of the product to satisfied customers and communicate that value to others. Low pricing is never a substitute for an adequate marketing and sales effort.

## Competition-Driven Pricing

Finally, consider the policy of letting pricing be dictated by competitive conditions. In this view, pricing is a tool to achieve sales objectives. In the minds of some managers, this method is "pricing strategically." Actually, it is more analogous to "letting the tail wag the dog." Why should an organization want to achieve market-share goals? Because managers believe that more market share usually produces greater profit.[3] Priorities are confused, however, when managers reduce the profitability of each sale simply to achieve the market-share goal. Prices should be lowered only when they are no longer justified by the value offered in comparison to the value offered by the competition.

Although price-cutting is probably the quickest, most effective way to achieve sales objectives, it is usually a poor decision financially. Because a price cut can be so easily matched, it offers only a short-term market advantage at the expense of permanently lower margins. Consequently, unless a company has good reason to believe that its competitors cannot match a price cut, the long-term cost of using price as a competitive weapon usually exceeds any short-term benefit. Although product differentiation, advertising, and improved distribution do not increase sales as quickly as price cuts, their benefit is more sustainable and thus is usually more cost-effective.

The goal of pricing should be to find the combination of margin and market share that maximizes profitability over the long term. Often, the most profitable price is one that substantially restricts market share relative to the competition. Godiva chocolates, BMW cars, Peterbilt trucks, and Snap-on tools would no doubt all gain substantial market share if priced closer to the competition. It is doubtful, however, that the added share would be worth forgoing their profitable and successful positioning as high-priced brands.

Although the fallacy of competition-driven pricing is most obvious for high-priced products, the principle can be applied more generally. When companies struggling in competitive markets are recapitalized, they often learn that they can substantially increase cash flow simply by scaling back their market-share objectives. One low-margin, industrial company increased price by 9 percent and suffered a 20 percent loss of market share—proof, some might argue, that its market was price sensitive. On the other hand, this company retained four out of five sales. Apparently, most customers valued the product by at least 9 percent more than they had been paying! The company had been prevented from capturing that value by its market-share goal. Although some capacity was idled, the company's contribution to profit increased by more than 70 percent.

iers, mainframe computers, and food
their prices. Only after extensive mar-
ıe did these products achieve market
ıve never used your product are ini-
: value of the product to satisfied cus-
ers. Low pricing is never a substitute

ng be dictated by competitive condi-
: sales objectives. In the minds of some
ally." Actually, it is more analogous to
ı organization want to achieve market-
t more market share usually produces
ever, when managers reduce the prof-
: market-share goal. Prices should be
ified by the value offered in compari-
ı.
the quickest, most effective way to
r decision financially. Because a price
a short-term market advantage at the
nsequently, unless a company has good
ɔt match a price cut, the long-term cost
ually exceeds any short-term benefit.
ing, and improved distribution do not
benefit is more sustainable and thus is

he combination of margin and market
: long term. Often, the most profitable
rket share relative to the competition.
trucks, and Snap-on tools would no
priced closer to the competition. It is
ould be worth forgoing their profitable
ɔrands.
lriven pricing is most obvious for high-
ɔlied more generally. When companies
pitalized, they often learn that they can
scaling back their market-share objec-
y increased price by 9 percent and suf-
ɔroof, some might argue, that its market
his company retained four out of five
the product by at least 9 percent more
ıy had been prevented from capturing
ɔugh some capacity was idled, the com-
more than 70 percent.

## ASKING THE RIGHT QUESTIONS

Strategic pricing involves recognizing that not all pricing problems involve changing price as the best solution. The reason why pricing is ineffective is frequently not that the pricers have done a poor job. It is that decisions were made about costs, customers, and competitive strategy without correctly thinking through their broader financial implications. Because the fallacy in those decisions is frequently not revealed until the product is launched and the pricing proves unprofitable, it is the pricer's job to work back from the price to understand the problem. Is the price unprofitable because there is a better price to charge, or because the value has been ineffectively communicated? Is the market share goal too high, or is the market inadequately segmented? Is the product and service offering overbuilt (and therefore too expensive) for the value it delivers, or has the seller simply enabled customers to avoid paying for the value they get?

Often, the pricer's job is less focused on setting prices than on creating systems, policies, and an organization that can diagnose the true cause of pricing problems and implement the appropriate solution. Sometimes that solution will involve changing prices. More frequently, the solution will involve actions such as gaining a deeper understanding of the value created for customers, designing a price structure to fence off segments with different price sensitivities, or developing sales tools to communicate value more effectively. Recall the tactical questions about costs, customers, and competition that we argued often lead to poor pricing decisions because they treat price as a tactical lever to achieve business goals. When these questions come up, it is the pricer's job to reframe the discussion to consider overall financial profitability. Exhibit 1-2 lists the reactive, tactical questions commonly asked, and the questions that the pricing manager should be guiding the organization to ask instead.

Note that a key difference between the two types of questions is the ambiguity of the answers. The tactical answers to pricing problems are clear. To increase the margin, raise the price. To make the sale, cut the price. As with most marketing decisions, the answers to strategic questions about pricing are more open-ended. Pricing is both an art and a science. It depends as much on good judgment as on precise calculation. But the fact that pricing depends on judgment is no justification for pricing decisions based on hunches or intuition. Good judgment requires that one ask the right questions and comprehend the factors that make some pricing strategies succeed and others fail.

Good judgment also requires integrating information. The danger in the tactical approach to pricing is the narrow focus of the decisions. Profitable prices cannot be driven by a cost number with little or no understanding of how customers might respond, or by a customer's demands with little or no information about how competitors might respond, or by a market-share goal with little or no understanding of the company's ability to win a price war. The value in asking strategic questions is that they force one to integrate information across functional lines.

Exhibit 124D



**EXHIBIT 1-2 Strategic Pricing: Asking the Right Questions**

| Tactical Questions Commonly Asked | Strategic Questions That Should Be Asked |
|---|---|
| What price do we need to cover our cost and profit objectives? | What sales changes would be necessary or tolerable for us to profit from a price change?<br>Can we deploy a marketing strategy that will keep those sales changes within acceptable ranges?<br>What costs can we afford to incur, given the prices we can achieve in the marketplace, and still earn a profit? |
| What price is the customer willing to pay? | Is our price justifiable given the objective value of our product or service to the customer?<br>How can we better communicate that value, thus justifying the price? |
| What prices do we need to meet our sales and market share objectives? | What level of sales or market share can we most profitably achieve?<br>What marketing tools should we use to win market share most cost-effectively? |

## THE DISCIPLINE OF STRATEGIC PRICING

Broadening the scope of your pricing efforts by asking strategic rather than tactical questions is only the first step toward pricing effectiveness. The next step involves setting clear objectives for your pricing strategy. Pricing objectives will vary depending on the industry characteristics and the firm's position within the industry.[4] However, regardless of the firm's size or position, its pricing strategy should be guided by the three fundamental principles. Strategic pricing is: (1) value-based, (2) proactive, and (3) profit-driven. Each principle represents one piece of the puzzle that, when combined correctly, leads to a fundamentally more powerful approach to pricing. Let's discuss these principles in more detail (see Exhibit 1-3).

Few would argue with the notion that prices ought to be based in some way on the value of the product to the customer. But let us step back and consider the implications of this statement by asking the question "What actions must we take in order to create alignment between value and price?" The most obvious activity is to collect the data necessary to estimate value to the customer. But simply understanding the value to the customer is insufficient for setting prices, much

ght Questions

**ategic Questions That Should Asked**

hat sales changes would be cessary or tolerable for us to profit m a price change?

an we deploy a marketing strategy that ll keep those sales changes within ceptable ranges?

hat costs can we afford to incur, ven the prices we can achieve in the arketplace, and still earn a profit?

our price justifiable given the objective alue of our product or service to e customer?

low can we better communicate that alue, thus justifying the price?

Vhat level of sales or market share an we most profitably achieve?

Vhat marketing tools should we use to vin market share most cost-effectively?

## C PRICING

orts by asking strategic rather than tactical icing effectiveness. The next step involves strategy. Pricing objectives will vary dend the firm's position within the industry.[4] or position, its pricing strategy should be les. Strategic pricing is: (1) value-based, (2) inciple represents one piece of the puzzle a fundamentally more powerful approach in more detail (see Exhibit 1-3).

hat prices ought to be based in some way mer. But let us step back and consider the the question "What actions must we take alue and price?" The most obvious activity imate value to the customer. But simply ner is insufficient for setting prices, much

EXHIBIT 1-3 The Guiding Principles of Strategic Pricing




less developing a complete pricing strategy. Companies must also understand how value differs across market segments in order to set unique prices based on value received. Even if you understand the value delivered by your products, often your customers will not. Thus, value communications are a key element of a value-based pricing strategy. Value communication covers a wide spectrum of activities ranging from point-of-sale communication tools used by a direct sales force to carefully crafted ads and promotions, each designed to communicate a message that influences value perceptions and raises willingness-to-pay. Even when customers understand the value of your offering, they have a powerful financial incentive to negotiate lower prices. Thus, it is essential to establish clear and consistent pricing and discounting policies that enforce discipline in the face of customer negotiation tactics.

These actions around value assessment, value communications, and pricing policy represent a few of the elements of a value-based pricing strategy that will be discussed in more detail in subsequent chapters. When companies begin to tackle these issues it requires a hard look at the fundamental business processes that support the go-to-market approach. That initial look into pricing often leads to rethinking processes such as product development, account management, and business planning. Consider the software company that began transitioning to a value-based organization when it developed a value-based pricing strategy for a new product launch. The strategy involved researching the ways that their software created value for customers, selecting new pricing metrics by which to price the product, developing value communication tools to assist the sales force in selling the product, and creating a price menu that sets prices for each product variation. The key insight that emerged from this effort was that pricing would have been much easier and effective had they considered the value-based pricing elements

Exhibit 124D



earlier in the product development process. Following the successful launch of the product, the management enhanced their stage-gate product development process by adding "value-gates" that helped design value directly and facilitated "versioning" to meet the needs of different customer segments at different price points. Clearly, being a world-class pricing organization requires incorporating value into more than just the pricing process. It requires that value become a central focus of all of the business processes driving the go-to-market strategy.

It would be an understatement to say that today's marketplace provides a challenging environment for making pricing decisions proactively. Business customers have invested millions to turn their procurement groups into profit centers. Buyers are armed with focused strategies, well-designed incentives, and global information systems that create price transparency across vendors and borders. Consumers now rely on the Internet to access suppliers and prices from the world, become educated about the margins of auto dealers, and join buying clubs to get leverage in purchasing everything from travel to electronics. In contrast, vendors trying to sell to these price-savvy customers are often constrained by conflicting sales and margin goals, a lack of systems, and poorly conceived tactical pricing strategies based on costs or market-share goals. It is no surprise, therefore, when a majority of vendors find themselves perpetually locked into a passive stance in which they are reacting to the tactics of customers and competitors, rather than proactively managing them. In this kind of environment, strategic pricing requires more than just incorporating value into the pricing process. It requires that management change expectations and break ingrained behaviors—among customers, competitors, and its own employees. Instead of being buffeted by the forces of powerful customers and aggressive competitors, strategic pricing involves communicating information, forcing trade-offs, and establishing consistent policies that change how the market reacts to the company's pricing.

Consider the example of the industrial distributor whose margins suffered from the aggressive pricing tactics of a low-service competitor. Customers continually demanded prices comparable to those offered by the competitor despite the fact that the distributor provided industry leading technical and sales support to all customers. For many customers, technical support enabled them to sell integrated solutions to their end-users. In contrast, other customers didn't need technical support because their end-users did not require systems integration. Unfortunately, the distributor provided all customers with an "all you can eat buffet" of technical support included in the price of the product. Even those customers that could figure out things for themselves found themselves going back to the service buffet repeatedly because there was no price incentive to dissuade them. An interesting change occurred when the distributor proactively changed its price structure to charge for most technical support. Those customers that received a lot of value from it were willing to pay for it, while those that got little value from support reduced their usage. As a result, the company increased its margins both by reducing service costs to some customers and by getting paid for services provided to customers who valued them. The cost reductions enabled the distributor to compete more effectively on price for its commodity distribution

ɔcess. Following the successful launch of the
ɜir stage-gate product development process
sign value directly and facilitated "version-
ıstomer segments at different price points.
anization requires incorporating value into
quires that value become a central focus of
go-to-market strategy.
ɔ say that today's marketplace provides a
ɔricing decisions proactively. Business cus-
their procurement groups into profit cen-
strategies, well-designed incentives, and
te price transparency across vendors and
nternet to access suppliers and prices from
ɘ margins of auto dealers, and join buying
ɘrything from travel to electronics. In con-
ice-savvy customers are often constrained
lack of systems, and poorly conceived tac-
; or market-share goals. It is no surprise,
find themselves perpetually locked into a
ng to the tactics of customers and competi-
them. In this kind of environment, strate-
ɔrporating value into the pricing process. It
ectations and break ingrained behaviors—
own employees. Instead of being buffeted
ıd aggressive competitors, strategic pricing
forcing trade-offs, and establishing consis-
ɛet reacts to the company's pricing.
ıstrial distributor whose margins suffered
low-service competitor. Customers contin-
hose offered by the competitor despite the
stry leading technical and sales support to
chnical support enabled them to sell inte-
contrast, other customers didn't need tech-
rs did not require systems integration.
all customers with an "all you can eat buffet"
rice of the product. Even those customers
elves found themselves going back to the
e was no price incentive to dissuade them.
n the distributor proactively changed its
chnical support. Those customers that re-
ing to pay for it, while those that got little
ge. As a result, the company increased its
to some customers and by getting paid for
lued them. The cost reductions enabled the
ly on price for its commodity distribution

business while preserving its ability to get paid for its differentiated services. Even in the most competitive markets, it is possible to improve profits by proactively aligning your pricing with the value customers perceive in your offer. In addition, you come one step closer to being able to use price as a strategic lever for driving profitable growth.

The final element of strategic pricing is that it be profit-driven. The ultimate goal of any pricing strategy is to increase profitability. But all too frequently, some managers are unwilling to make hard decisions about price because the decision could result in a loss of market share. Other managers, usually in finance, are unwilling to lower margins even in the face of severe competition and declining market share. Neither approach is rationally profit-driven—since profit is driven by percent margin and volume. The discipline of strategic pricing requires making informed trade-offs between price and volume in order to maximize profits.

These trade-offs come in two forms. The first trade-off involves the willingness to lower price to exploit a market opportunity to drive volume. Cost-plus pricers are often reluctant to exploit these opportunities because they reduce the average contribution margin across the product line, giving the appearance that it is underperforming relative to other products. But if the opportunity for incremental volume is large and well managed, a lower contribution margin can actually drive a higher total profit! The second trade-off involves the willingness to give up volume by raising prices. Competitor- and customer-oriented pricers find it very difficult to hold the line on price increases in the face of a lost deal or reduced volume. Yet the economics of a price increase can be compelling. For example, a product with a 30 percent contribution margin could lose up to 25 percent of its volume following a 10 percent price increase before it resulted in lower profitability. Effective pricers regularly evaluate the balance between profitability and market share and are willing to make hard decisions when the balance tips too far in one direction.

Consider the situation faced by a marketing manager for a test equipment manufacturer that was evaluating a price increase for a recently released innovative product. After reviewing the economics of the price–volume trade-off, the manager estimated that a 25 percent price increase would result in $3 million in additional profits as long as the company would hold firm on the price and be willing to give up about 10 percent of its volume among small, price-sensitive customers. As it turned out, it was harder to sell the increase to the general manager of the division than to the customers that were asked to pay the higher price. In this instance, however, holding to that belief would have precluded a substantial profit improvement.

Transforming your company from tactical to strategic pricing is challenging. Interestingly, though, the hardest part is not learning how to apply pricing tools to assess and communicate value. The real challenge comes from changing ingrained behaviors and beliefs that limit the company's ability to proactively manage customers and competitors in a way that maximizes profitability. In recognition of this challenge, we have revised this latest edition of *The Strategy and Tactics of Pricing* to include new tools and applications that experience has shown to be helpful in making the transition.

Case 4:07-md-01819-CW Document 806-14 Filed 08/06/09 Page 35 of 62
PageID #: 18871

Exhibit 124D



## OUTLINE OF THE BOOK

This book provides a roadmap to pricing strategically in which pricing becomes a lever to drive profitable and sustainable growth. The road is challenging and is filled with potholes along the way. However, our experience with hundreds of firms has shown that it is possible to make a successful transition from tactical to strategic pricing. The book is organized as follows: Chapters 1 through 7 are devoted to the building blocks of pricing strategy. They are organized around the pricing pyramid, introduced in Chapter 2, that details the five key elements of a pricing strategy. Chapter 8, on costs, explains how to analyze cost structures in order to understand the true profitability of a product or service. In an ideal world, this might not be part of a marketer's job. In the real world, marketers who do not understand costs unwittingly make bad decisions for their companies because they unknowingly work with misleading cost allocations. Chapter 9 focuses on the types of financial analyses needed to make profit-driven pricing decisions.

Chapter 10 explains the process of price competition and how to manage it dispassionately and proactively to minimize the damage that it can cause. Chapters 11 through 14 deal with key issues involved in implementing pricing decisions and addresses issues such as pricing through channels, pricing over the product life cycle, conducting pricing research, and legal issues in pricing.

## Summary

Progressive companies have begun doing more than just worrying about pricing. To increase profitability, many are abandoning traditional reactive pricing procedures in favor of proactive strategies. More than ever before, successful companies are building products and marketing strategies to support pricing objectives, rather than the other way around. Traditional industry leaders in marketing and sales, such as Procter & Gamble and General Electric, made explicit corporate decisions to change their focus from growth in top-line sales to growth in profitability. In many industries the current profit leader is a company with a very explicit pricing strategy supported by its product and promotional strategies. Southwest in airlines, Intel in semiconductors, Dell in computers, Wal-Mart in retailing, Quad in printing, and *The New York Times* in publishing have all adopted pricing models that drive which customers they will serve and how they will serve them.

It is not surprising that pricing has taken its place as a major element in marketing strategy in the last two decades. After all, marketing itself has been in the midst of a revolution. The meaning of marketing has been transformed from "selling what the company produces" to "producing what the customer wants to buy." Marketing has become the means by which firms identify unmet needs in the marketplace, develop products to satisfy those needs, promote them honestly, and follow with postpurchase support to ensure customer satisfaction. As selfless as all this may sound, though, the ultimate goal of marketing is not to convert the firm into a charitable organization for the sole benefit of consumers. The ultimate goals are profits for the stockholders, jobs for the employees, and growth for the organization.

Perhaps it is reasonable that marketers have only recently begun to focus seriously on effective pricing. Only after managers have mastered the techniques of creating value do the techniques of capturing value become important. When companies were totally financially

Exhibit 124D

ich pricing becomes a
is challenging and is
ice with hundreds of
sition from tactical to
:s 1 through 7 are de-
organized around the
ive key elements of a
: cost structures in or-
ice. In an ideal world,
narketers who do not
r companies because
apter 9 focuses on the
icing decisions.
ind how to manage it
e that it can cause.
lementing pricing de-
nels, pricing over the
ies in pricing.

ig about pricing. To in-
ing procedures in favor
:s are building products
i the other way around.
rocter & Gamble and
ir focus from growth in
irrent profit leader is a
oduct and promotional
computers, Wal-Mart in
iave all adopted pricing
ill serve them.
nent in marketing strat-
e midst of a revolution.
the company produces"
me the means by which
satisfy those needs, pro-
e customer satisfaction.
ing is not to convert the
: The ultimate goals are
he organization.
in to focus seriously on
of creating value do the
were totally financially



driven and internally focused, it was marketing's sole job to become an advocate for the customer's perspective. Today, however, marketeering management has won the power to make business decisions, not just advocate perspectives. With that responsibility, they must understand not only customer needs but also how and when to profitably satisfy those needs. The true test of a successful marketing strategy is its ability to create value profitably. As one marketing expert aptly stated, "For marketing strategists, pricing is the moment of truth—all of marketing comes to focus in the pricing decision."[5] The purpose of this book is to make sure that when you reach that moment, you know what to do.

## Notes

1. The bias toward a reactive concept of "market orientation" has been described by Bernard Jaworski, Ajay Kohli, and Arvind Sahay, in "Market-Driven Versus Driving Markets," *Journal of the Academy of Marketing Science*, 28(1) (Winter 2000), pp. 45–54.
2. Peter F. Drucker, "The Information Executives Truly Need," *Harvard Business Review* (January–February 1995), p. 58.
3. In the past two decades, serious theoretical work has replaced simplistic, anecdotal guidelines for how to create a sustainably successful business. See Michael E. Porter, *Competitive Advantage* (New York: The Free Press, 1985); Gary Hamel and C. K. Parhalad, *Competing for the Future* (Cambridge, MA: Harvard Business School Press, 1994); Adrian Slywotzky and David Morrison, *The Profit Zone* (New York: Random House, 1997); Robert Kaplan and David Norton, *The Strategy-Focused Organization* (Cambridge, MA: Harvard Business School, 2001).
4. Most likely, pricing objectives will be subsidiary to general corporate objectives. Thus if the corporate objective is to establish a market presence in Brazil leading to eventual manufacturing there, the corporate objective may not be to maximize profitability. It may be, rather, to build volume or name recognition quickly. For purposes of this book and the analysis of pricing strategies, we will usually assume that sustainable profitability is the pricing objective, although we will see how there are often reasons to trade off near-term on one product's profitability to maximize the longer-term return from an entire product line.
5. Raymond Corey, *Industrial Marketing: Cases and Concepts*, 3rd ed. (Upper Saddle River, NJ: Prentice Hall, 1983), p. 311.

Case 4:07-md-01819-CW Document 806-14 Filed 08/06/09 Page 37 of 62
PageID #: 18873

Exhibit 124D



uct be
ninds
benefit
ost sensi-
tal cost?
; price
he pur-
rs.
cost of
cost
e more
hen it
perceive
the
rent
eople
oducts
ay for
urchase

- Is the product seen as necessary to maintain a previously enjoyed standard of living, or is it purchased to gain something more out of life?
- Is the price of the product high relative to its variable costs?
- Is the price of the product going to go up significantly and without obvious justification?

9. **Framing effects:** Buyers are more price sensitive when they perceive the price as a "loss" rather than as a forgone "gain." They are more price sensitive when the price is paid separately rather than as part of a bundle.
   - Do customers see the price as something they pay to avoid a loss, or to achieve a gain?
   - Is the price paid as part of a larger cost or does it stand alone?
   - Is the price perceived as an out-of-pocket cost or as an opportunity cost?

CHAPTER 8

# COSTS

## *How Should They Affect Pricing Decisions?*

In most companies, there is ongoing conflict between managers in charge of covering costs (finance and accounting) and managers in charge of satisfying customers (marketing and sales). Accounting texts warn against prices that fail to cover full costs, while marketing texts argue that customer willingness-to-pay must be the sole driver of prices. The conflict between these views wastes company resources and leads to pricing decisions that are imperfect compromises. Profitable pricing involves an integration of costs and customer value. To achieve that integration, however, requires letting go of misleading ideas and forming common vision of what drives profitability.[1] In this chapter and in Chapter 9, we explain when costs are relevant for pricing, how marketers should use costs in pricing decisions, and the role that finance should play in defining the price-volume trade-offs that marketers should use in evaluating pricing decisions.

### THE ROLE OF COSTS IN PRICING

Costs should never determine price, but costs do play a critical role in formulating a pricing strategy. Pricing decisions are inexorably tied to decisions about sales levels, and sales involve costs of production, marketing, and administration. It is true that how much buyers will pay is unrelated to the seller's cost, but it is also true that a seller's decisions about which products to produce and in what quantities depend critically on their cost of production.

The mistake that cost-plus pricers make is not that they consider costs in their pricing, but that they select the quantities they will sell and the buyers they will serve before identifying the prices they can charge. They then try to impose cost-based prices that may be either more or less than what buyers will pay. In contrast, effective pricers make their decisions in exactly the opposite order. They first evaluate what buyers can be convinced to pay and only then choose quantities to produce and markets to serve.

Case 4:07-md-01819-CW Document 806-14 Filed 08/06/09 Page 38 of 62
PageID #: 18874

Exhibit 124D



Firms that price effectively decide what to produce and to whom to sell it by comparing the prices they can charge with the costs they must incur. Consequently, costs affect the prices they charge. A low-cost producer can charge lower prices and sell more because it can profitably use low prices to attract more price-sensitive buyers. A higher-cost producer, on the other hand, cannot afford to underbid low-cost producers for the patronage of more price-sensitive buyers; it must target those buyers willing to pay a premium price. Similarly, changes in costs should cause producers to change their prices, not because that changes what buyers will pay, but because it changes the quantities that the firm can profitably supply and the buyers it can profitably serve. When the cost of jet fuel rises, most airlines are not naive enough to try passing on the fuel cost through a cost-plus formula while maintaining their previous schedules. But some airlines do raise their average revenue per mile. They do so by reducing the number of flights they offer in order to fill the remaining planes with more full-fare passengers. To make room for those passengers, they eliminate or reduce some discount fares. Thus the cost increase for jet fuel affects the mix of prices offered, increasing the average price charged. However, that is the result of a strategic decision to reduce the number of flights and change the mix of passengers served, not of an attempt to charge higher prices for the same service to the same people.

Such decisions about quantities to sell and buyers to serve are an important part of pricing strategy for all firms and the most important part for many. In this chapter, we discuss how a proper understanding of costs enables one to make those decisions correctly. First, however, a word of encouragement: understanding costs is probably the most challenging aspect of pricing. You will probably not master these concepts on first reading this chapter. Your goal should be simply to understand the issues involved and the techniques for dealing with them. Mastery of the techniques will come with practice.

## DETERMINING RELEVANT COSTS

One cannot price effectively without understanding costs. To understand one's costs is not simply to know their amounts. Even the least effective pricers, those who mechanically apply cost-plus formulas, know how much they spend on labor, raw materials, and overhead. Managers who really understand their costs know more than cost levels; they know how their costs will change with the changes in sales that result from pricing decisions.

Not all costs are relevant for every pricing decision. A first step in pricing is to identify the relevant costs: those that actually determine the profit impact of the pricing decision. Our purpose in this section is to set forth the guidelines for identifying the relevant costs once they are measured. In principle, identifying the relevant costs for pricing decisions is actually fairly straightforward. They are the costs that are incremental (not average) and avoidable (not sunk). In practice, identifying costs that meet those criteria can be difficult. Consequently, we will explain each distinction in detail and illustrate it in the context of a practical pricing problem.

Exhibit 124D

: what to produce and to whom to sell it
:harge with the costs they must incur.
ey charge. A low-cost producer can charge
ın profitably use low prices to attract more
roducer, on the other hand, cannot afford
patronage of more price-sensitive buyers;
ɔay a premium price. Similarly, changes in
ge their prices, not because that changes
ınges the quantities that the firm can prof-
'itably serve. When the cost of jet fuel rises,
:ry passing on the fuel cost through a cost-
previous schedules. But some airlines do
. They do so by reducing the number of
naining planes with more full-fare passen-
rs, they eliminate or reduce some discount
l affects the mix of prices offered, increas-
r, that is the result of a strategic decision to
ge the mix of passengers served, not of an
: same service to the same people.
ı sell and buyers to serve are an important
d the most important part for many. In this
derstanding of costs enables one to make
er, a word of encouragement: understand-
ing aspect of pricing. You will probably not
this chapter. Your goal should be simply to
l the techniques for dealing with them.
/ith practice.

## ƆSTS

understanding costs. To understand one's
unts. Even the least effective pricers, those
nulas, know how much they spend on labor,
rs who really understand their costs know
their costs will change with the changes in
s.
/ pricing decision. A first step in pricing is to
actually determine the profit impact of the
:ction is to set forth the guidelines for identi-
ıeasured. In principle, identifying the relevant
airly straightforward. They are the costs that
'oidable (not sunk). In practice, identifying
ficult. Consequently, we will explain each dis-
context of a practical pricing problem.

## WHY INCREMENTAL COSTS?

Pricing decisions affect whether a company will sell less of the product at a higher price or more of the product at a lower price. In either scenario, some costs remain the same (in total). Consequently, those costs do not affect the relative profitability of one price versus another. Only costs that rise or fall (in total) when prices change affect the relative profitability of different pricing strategies. We call these costs incremental because they represent the increment to costs (positive or negative) that results from the pricing decision.

Incremental costs are the costs associated with changes in pricing and sales. The distinction between incremental and nonincremental costs parallels closely, but not exactly, the more familiar distinction between variable and fixed costs. Variable costs, such as the costs of raw materials in a manufacturing process, are costs of doing business. Because pricing decisions affect the amount of business that a company does, variable costs are always incremental for pricing. In contrast, fixed costs, such as those for product design, advertising, and overhead, are costs of being in business.[2] They are incremental when deciding whether a price will generate enough revenue to justify being in the business of selling a particular type of product or serving a particular type of customer. Because fixed costs are not affected by how much a company actually sells, most are not incremental when management must decide what price level to set for maximum profit.

Some fixed costs, however, are incremental for pricing decisions, and they must be appropriately identified. Incremental fixed costs are those that directly result from implementing a price change or from offering a version of the product at a different price level. For example, the fixed cost for a restaurant to print menus with new prices or for a public utility to gain regulatory approval of a rate increase would be incremental when deciding whether to make those changes. The fixed cost for an airline to advertise a new discount service or to upgrade its planes' interiors to offer a premium-priced service would be incremental when deciding whether to offer products at those price levels.

To further complicate matters, many costs are neither purely fixed nor purely variable. They are fixed over a range of sales but vary when sales go outside that range. The determination of whether such semifixed costs are incremental for a particular pricing decision is necessary to make that decision correctly. Consider, for example, the role of capital equipment costs when deciding whether to expand output. A manufacturer may be able to fill orders for up to 100 additional units each month without purchasing any new equipment simply by using the available equipment more extensively. Consequently, equipment costs are nonincremental when figuring the cost of producing up to 100 additional units. If the quantity of additional orders increased by 150 units each month, though, the factory would have to purchase additional equipment. The added cost of new equipment would then become incremental and relevant in deciding whether the company can profitably price low enough to attract that additional business.

To understand the importance of properly identifying incremental costs when making a pricing decision, consider the problem faced by the business

Case 4:07-md-01819-CW Document 806-14 Filed 08/06/09 Page 40 of 62
PageID #: 18876

Exhibit 124D



manager of a symphony orchestra. The orchestra usually performs two Saturday evenings each month during the season with a new program for each performance. It incurs the following costs for each performance:

| | |
|---|---|
| Fixed overhead costs | $1,500 |
| Rehearsal costs | $4,500 |
| Performance costs | $2,000 |
| Variable costs (e.g., programs, tickets) | $1 per patron |

The orchestra's business manager is concerned about her very thin profit margin. She has currently set ticket prices at $10. If she could sell out the entire 1,100-seat hall, total revenues would be $11,000 and total costs $9,100, leaving a healthy $1,900 profit per performance.[3] Unfortunately, the usual attendance is only 900 patrons, resulting in an average cost per ticket sold of $9.89, which is precariously close to the $10 admission price. With revenues of just $9,000 per performance and costs of $8,900, total profit per performance is a dismal $100.

The orchestra's business manager does not believe that a simple price increase would solve the problem. A higher price would simply reduce attendance more, leaving less revenue per performance than the orchestra earns now. Consequently, she is considering three proposals designed to increase profits by reaching out to new markets. Two of the proposals involve selling seats at discount prices. The three options are:

1. A "student rush" ticket priced at $4 and sold to college students one-half hour before the performance on a first-come, first-served basis. The manager estimates she could sell 200 such tickets to people who otherwise would not attend. Clearly, however, the price of these tickets would not cover even half the average cost per ticket.

2. A Sunday matinee repeat of the Saturday evening performance with tickets priced at $6. The manager expects she could sell 700 matinee tickets, but 150 of those would be to people who would otherwise have attended the higher-priced Saturday performance. Thus net patronage would increase by 550, but again the price of these tickets would not cover average cost per ticket.

3. A new series of concerts to be performed on the alternate Saturdays. The tickets would be priced at $10, and the manager expects that she would sell 800 tickets but that 100 tickets would be sold to people who would attend the new series instead of the old one. Thus net patronage would increase by 700.

Which, if any, of these proposals should the orchestra adopt? An analysis of the alternatives is shown in Exhibit 8-1. The revenue gain is clearly smallest for the student rush, the lowest-priced alternative designed to attract a fringe market, while the revenue gain is greatest for the new series, which attracts many more full-price patrons. Still, profitability depends on the incremental costs as well as the revenues of each proposal. For the student rush, neither rehearsal costs nor performance costs are incremental. They are irrelevant to the profitability of

that propos
implemente
relevant, fo
performanc
itability of t
incremental
To eval
those costs
the $200 of
of $600. For
the variable
otherwise ha
For the new
and per-pati
which also h
most profita
The sett
option. In pr
at incremen
available fro
cost (total c
would drop
student-rush
ticket. The m

EXHIBIT 8-1

Price
× Unit sale
= Revenue
− Other sa
Revenue g
Incrementa
Incrementa
Variable co
Incrementa
Net profit c

ırchestra usually performs two Saturday
ı with a new program for each perfor-
ıch performance:

$1,500
$4,500
$2,000
$1 per patron

s concerned about her very thin profit
:s at $10. If she could sell out the entire
$11,000 and total costs $9,100, leaving a
Unfortunately, the usual attendance is
:ost per ticket sold of $9.89, which is pre-
e. With revenues of just $9,000 per per-
per performance is a dismal $100.
does not believe that a simple price
gher price would simply reduce atten-
formance than the orchestra earns now.
:oposals designed to increase profits by
ɜ proposals involve selling seats at dis-

I and sold to college students one-half
me, first-served basis. The manager esti-
eople who otherwise would not attend.
s would not cover even half the average

ırday evening performance with tickets
ɔuld sell 700 matinee tickets, but 150 of
erwise have attended the higher-priced
ɡe would increase by 550, but again the
ɾage cost per ticket.

ɔrmed on the alternate Saturdays. The
ıanager expects that she would sell 800
ɖ to people who would attend the new
ronage would increase by 700.

ıld the orchestra adopt? An analysis of
The revenue gain is clearly smallest for
ıative designed to attract a fringe mar-
ɔr the new series, which attracts many
y depends on the incremental costs as
the student rush, neither rehearsal costs
ıey are irrelevant to the profitability of

that proposal since they do not change regardless of whether this proposal is implemented. Only the variable per-patron costs are incremental, and therefore relevant, for the student-rush proposal. For the Sunday matinee, however, the performance cost and the per-patron cost are incremental and affect the profitability of that option. For the totally new series, all costs except overhead are incremental.

To evaluate the profitability of each option, we subtract from revenues only those costs incremental to it. For the student rush, that means subtracting only the $200 of per-patron costs from the revenues, yielding a contribution to profit of $600. For the Sunday matinee, it means subtracting the performance cost and the variable per-patron costs for those additional patrons (550) who would not otherwise have attended any performance, yielding a profit contribution of $150. For the new series, it means subtracting the incremental rehearsal, performance, and per-patron costs, yielding a net loss of $200. Thus, the lowest priced option, which also happens to yield the least amount of additional revenue, is in fact the most profitable.

The setting out of alternatives, as in Exhibit 8-1, clearly highlights the best option. In practice, opportunities are often missed because managers do not look at incremental costs, focusing instead on the average costs that are more readily available from accounting data. Note again that the orchestra's current average cost (total cost divided by the number of tickets sold) is $9.89 per patron and would drop to $8.27 per patron if the student-rush proposal were adopted. The student-rush tickets, priced at $4 each, cover less than half the average cost per ticket. The manager who focuses on average cost would be misled into rejecting a

**EXHIBIT 8-1** Analysis of Three Proposals for the Symphony Orchestra

| | I Student Rush | II Sunday Matinee | III New Series |
|---|---|---|---|
| Price | $4 | $6 | $10 |
| × Unit sales | $200 | $700 | $800 |
| = Revenue | $800 | $4,200 | $8,000 |
| − Other sales forgone | (0) | ($1,500) | ($1,000) |
| Revenue gain | $800 | $2,700 | $7,000 |
| Incremental rehearsal cost | 0 | 0 | $4,500 |
| Incremental performance cost | 0 | $2,000 | $2,000 |
| Variable costs | $200 | $550 | $700 |
| Incremental costs | $200 | $2,550 | $7,200 |
| Net profit contribution | $600 | $150 | ($200) |

Exhibit 124D



profitable proposal in the mistaken belief that the price would be inadequate. Average cost includes costs that are not incremental and are therefore irrelevant to evaluating the proposed opportunity. The adequacy of any price can be ascertained only by looking at the incremental cost of sales and ignoring those costs that would be incurred anyway.

Although the orchestra example is hypothetical, the problem it illustrates is realistic. Scores of companies profit from products that they price below average cost when average cost includes fixed costs that are not true costs of sales.

- Packaged goods manufacturers often supply generic versions of their branded products at prices below average cost. They can do so profitably because they can produce them with little or no incremental costs of capital, shipping, and selling beyond those already incurred to produce their branded versions.
- A leading manufacturer of industrial cranes also does milling work for other companies whenever the firm's vertical turret lathes would not otherwise be used. The price for such work does not cover a proportionate share of the equipment cost. It is, however, profitable work since the equipment must be available to produce the firm's primary product. The equipment cost is therefore not incremental to the additional milling work.
- Airlines fly weekend flights that do not cover a proportionate share of capital costs for the plane and ground facilities. Those costs must be incurred to provide weekday service and so are irrelevant when judging whether weekend fares are adequate to justify this service. In fact, weekend fares often add incrementally more to profits precisely because they require no additional capital.

In each of these cases, the key to getting the business is having a low price. Yet one should never be deceived into thinking that low-price sales are necessarily low-profit sales. In some cases, they make a disproportionately large contribution to profit because they make a small incremental addition to costs.

## WHY AVOIDABLE COSTS?

The hardest principle for many business decision makers to accept is that only avoidable costs are relevant for pricing. Avoidable costs are those that either have not yet been incurred or can be reversed. The costs of selling a product, delivering it to the customer, and replacing the sold item in inventory are avoidable, as is the rental cost of buildings and equipment that are not covered by a long-term lease. The opposite of avoidable costs are sunk costs—those costs that a company is irreversibly committed to bear. For example, a company's past expenditures on research and development are sunk costs since they cannot be changed regardless of any decisions made in the present. The rent on buildings and equipment within the term of a current lease is sunk, except to the extent that the firm can avoid the expense by subletting the property.[4]

Case 4:07-md-01819-CW Document 806-14 Filed 08/06/09 Page 43 of 62
PageID #: 18879

Exhibit 124D

that the price would be inadequate.
remental and are therefore irrelevant
ɜ adequacy of any price can be ascer-
ɔost of sales and ignoring those costs

ɩothetical, the problem it illustrates is
ɾoducts that they price below average
that are not true costs of sales.

ıpply generic versions of their
ıge cost. They can do so profitably
tle or no incremental costs of capi-
ılready incurred to produce their

'anes also does milling work for
ɜrtical turret lathes would not oth-
: does not cover a proportionate
ver, profitable work since the
e the firm's primary product. The
ental to the additional milling work.
. cover a proportionate share of
acilities. Those costs must be
ıd so are irrelevant when judging
) justify this service. In fact, week-
ɜ to profits precisely because they

ng the business is having a low price.
king that low-price sales are necessar-
e a disproportionately large contribu-
ɾemental addition to costs.

---

ecision makers to accept is that only
ʌvoidable costs are those that either
ɜrsed. The costs of selling a product,
the sold item in inventory are avoid-
equipment that are not covered by a
costs are sunk costs—those costs that
ɔear. For example, a company's past
t are sunk costs since they cannot be
in the present. The rent on buildings
nt lease is sunk, except to the extent
etting the property.[4]



The cost of assets that a firm owns may or may not be sunk. If an asset can be sold for an amount equal to its purchase price times the percentage of its remaining useful life, then none of its cost is sunk since the cost can be entirely recovered through resale. Popular models of commercial airplanes often retain their value in this way, making avoidable the entire cost of their continued use. If an asset has no resale value, then its cost is entirely sunk even though it may have much useful life remaining. A neon sign depicting a company's corporate logo may have much useful life remaining, but its cost is entirely sunk since no other company would care to buy it. Frequently, the cost of assets is partially avoidable and partially sunk. For example, a new truck could be resold for a substantial portion of its purchase price but would lose some market value immediately after purchase. The portion of the new price that could not be recaptured is sunk and should not be considered in pricing decisions. Only depreciation of the resale value of the truck is an avoidable cost of using it.

From a practical standpoint, the easiest way to identify the avoidable cost is to recognize that it is the future cost, not the historical cost, associated with making a sale. What, for example, is the cost for an oil company to sell a gallon of gasoline at one of its company-owned stations? One might be inclined to say that it is the cost of the oil used to make the gasoline plus the cost of refining and distribution. Unfortunately, that view could lead refiners to make some costly pricing mistakes. Most oil company managers realize that the relevant cost for pricing gasoline is not the historical cost of producing a gallon of gasoline, but rather the future cost of replacing the inventory when sales are made. Even LIFO (last-in, first-out) accounting can be misleading for companies that are drawing down large inventories. To account accurately for the effect of a sale on profitability, managers need to adopt NIFO (next-in, first-out) accounting for managerial decision making.[5]

The distinction between the historical cost of acquisition and the future cost of replacement is merely academic when supply costs are stable. It becomes very practical when costs rise or fall.[6] When the price of crude oil rises, companies quickly raise prices, long before any gasoline made from the more expensive crude reaches the pump. Politicians and consumer advocates label this practice "price gouging," since companies with large inventories of gasoline increase their reported profits by selling their gasoline at higher prices than they paid to produce it. So what is the real incremental cost to the company of selling a gallon of gasoline?

Each gallon of gasoline sold requires the purchase of crude oil at the new, higher price for the company to maintain its gasoline inventory. If that price is not covered by revenue from sales of gasoline, the company suffers reduced cash flow from every sale. Even though the sales appear profitable from a historical cost standpoint, the company must add to its working capital (by borrowing money or by retaining a larger portion of its earnings) to pay the new, higher cost of crude oil. Consequently the real "cash" cost of making a sale rises immediately by an amount equal to the increase in the replacement cost of crude oil.

What happens when crude oil prices decline? If a company with large inventories held its prices high until all inventories were sold, it would be undercut by any company with smaller inventories that could profitably take advantage of the

Case 4:07-md-01819-CW Document 806-14 Filed 08/06/09 Page 44 of 62
PageID #: 18880

Exhibit 124D



lower cost of crude oil to gain market share. The company would see its sales, profits, and cash flow decline. Again, the intelligent company bases its prices on the replacement cost, not the historical cost, of its inventory. In historical terms, it reports a loss. However, that loss corresponds to an equal reduction in the cost of replacing its inventories with cheaper crude oil. Since the company simply reduces its operating capital by the amount of the reported loss, its cash flow remains unaffected.

Unfortunately, even level-headed businesspeople often let sunk costs sneak into their decision making, resulting in pricing mistakes that squander profits. The case of a small midwestern publisher of esoteric books illustrates this risk. The publisher customarily priced a book at $20 per copy, which included a $4 contribution to overhead and profit. The firm printed 2,000 copies of each book on the first run and normally sold less than half in the first year. The remaining copies were added to inventory. The company was moderately profitable until the year when, due to a substantial increase in interest rates, the $4 contribution per book could no longer fully cover the interest cost of its working capital.

Recognizing a problem, the managers called in a pricing consultant to show them how to improve the profitability of their prices in order to cover their increased costs. They were, however, quite resistant to the consultant's suggestion that they run a half-price sale on all their slow-moving titles. The publisher's business manager pointed out that half price would not even cover the cost of goods sold. He explained to the consultant, "Our problem is that our prices are not currently adequate to cover our overhead. I fail to see how cutting our prices even lower—eliminating the gross margin we now have so that we cannot even cover the cost of production—is a solution to our problem."

The business manager's logic was quite compelling, but his argument was based on the fallacy of looking at sunk costs of production as a guide to pricing rather than looking at the avoidable cost of holding inventory. No doubt, the firm regretted having printed many of the books in its warehouse, but since the production cost of those books was no longer avoidable regardless of the pricing strategy adopted, and since the firm did not plan to replace them, historical production costs were irrelevant to any pricing decision.[7] What was relevant was the avoidable cost of working capital required to hold the books in inventory.

If, by cutting prices and selling the books sooner instead of later, the publisher could save more in interest than it lost from a price cut, then price-cutting clearly would increase profit even while reducing revenue below the cost of goods sold. In this case, the publisher could ultimately sell all books for $20 if it held them long enough. By selling some books immediately for $10, however, the company could avoid the interest cost of holding them until it could get the higher price. Exhibit 8-2 shows the cumulative interest cost of holding a book in inventory, given that it could be sold immediately for $10 and that the cost of capital at the time was 18 percent. Since the interest cost of holding a book longer than 4 years exceeds the proposed $10 price cut, any book for which the firm held more than 4 years of inventory could be sold more profitably now at half price than later at full price.[8]

EXHIBIT 8
Years In
Interest c
*Interes
The e
mistake a
income st
AVOIDI
Unfortun
approach
the publis
falls of acc
income sta
This ca
be overcom
imizing thei
gate the sec
to maximize
clear the pre
a large, posit
at each step,
Unfortu
pricing ofte
down the li
gross profit t
est expenses
tax profit. M

The company would see its sales, lligent company bases its prices on f its inventory. In historical terms, it to an equal reduction in the cost of l. Since the company simply reduces eported loss, its cash flow remains

inesspeople often let sunk costs in pricing mistakes that squander lisher of esoteric books illustrates d a book at $20 per copy, which nd profit. The firm printed 2,000 nally sold less than half in the first ventory. The company was moder- a substantial increase in interest longer fully cover the interest cost

lled in a pricing consultant to show heir prices in order to cover their istant to the consultant's suggestion -moving titles. The publisher's busi- ld not even cover the cost of goods oblem is that our prices are not cur- to see how cutting our prices even have so that we cannot even cover roblem."

compelling, but his argument was of production as a guide to pricing olding inventory. No doubt, the firm in its warehouse, but since the pro- avoidable regardless of the pricing plan to replace them, historical pro- ecision.[7] What was relevant was the hold the books in inventory.

ks sooner instead of later, the pub- from a price cut, then price-cutting educing revenue below the cost of ultimately sell all books for $20 if it s immediately for $10, however, the olding them until it could get the e interest cost of holding a book in tely for $10 and that the cost of cap- erest cost of holding a book longer ut, any book for which the firm held d more profitably now at half price

**EXHIBIT 8-2 The Cumulative Interest Cost of Holding a Book in Inventory**

| Years Inventory Held | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| Interest cost to hold inventory* | $1.80 | $3.90 | $6.43 | $9.39 | $12.88 | $16.99 | $21.85 | $27.59 |

*Interest cost to year $n$ = $\$10(1.18^n - 1)$.

The error made by the business manager was understandable. It is a common mistake among people who think about pricing problems in terms of a traditional income statement.

## AVOIDING MISLEADING ACCOUNTING

Unfortunately, accounting statements can often be misleading. One must approach them with care when making pricing decisions. Let us further examine the publisher's error presented above, and others, to better understand the pitfalls of accounting data and how to deal with them. By accounting convention, an income statement follows this form:

Sales revenue
− Cost of goods sold
= Gross profit
− Selling expenses
− Depreciation
− Administrative overhead
= Operating profit
− Interest expense
= Pretax profit
− Taxes
= Net profit

This can lead managers to think about pricing sequentially, as a set of hurdles to be overcome in order. First managers try to get over the gross profit hurdle by maximizing their sales revenue and minimizing the cost of goods sold. Then they navigate the second hurdle by minimizing selling expenses, depreciation, and overhead to maximize the operating profit. Similarly, they minimize their interest expense to clear the pretax profit hurdle and minimize their taxes to reach their ultimate goal of a large, positive net profit. They imagine that by doing their best to maximize income at each step, they will surely then reach their goal of a maximum bottom line.

Unfortunately, the road to a profitable bottom line is not so straight. Profitable pricing often calls for sacrificing gross profit in order to reduce expenses further down the line. The publisher in our last example could report a much healthier gross profit by refusing to sell any book for less than $20, but only by bearing interest expenses that would exceed the extra gross profit, leaving an even smaller pretax profit. Moreover, interest is not the only cost that can be reduced profitably by

trading off sales revenue. Discount sales through direct mail often save selling expenses that substantially exceed a reduction in sales revenue. While such discounts depress gross profit, the greater savings in selling expenses produce a net increase in operating profit. Discounting for a sale prior to the date of an inventory tax may also save more on tax payments than the revenue loss.

Effective pricing cannot be done in steps. It requires that one approach the problem holistically, looking for each trade-off between higher prices and higher costs, and cutting gross profit whenever necessary to cut expenses by even more. The best way to avoid being misled by a traditional income statement is to develop a managerial costing system independent of the system used for financial reporting,[9] as follows:

Sales revenue
− Incremental, avoidable variable costs
= Total contribution (in dollars)
− Incremental, avoidable fixed costs
= Net contribution
− Other fixed or sunk costs
= Pretax profit
− Income taxes
= Net profit

The value of reorganization is that it first focuses attention on costs that are incremental and avoidable and only later looks at costs that are nonincremental and sunk for the pricing decision. In this analysis, maximizing the profit contribution of a pricing decision is the same as maximizing the net profit, since the fixed or sunk costs subtracted from the profit contribution are not influenced by the pricing decisions and since income taxes are determined by the pretax profit rather than by unit sales.

One could not do such a cost analysis simply by reorganizing the numbers on a traditional income statement. The traditional income statement reports quarterly or annual totals. For pricing, we are not concerned about the cost of all units produced in a period; we are concerned only with the cost of the units that will be affected by the decision to be made. Thus, the relevant cost to consider when evaluating a price reduction is the cost of the additional units that the firm expects to sell because of the price cut. The relevant cost to consider when evaluating a price increase is the avoided cost of units that the firm will not produce because sales will be reduced by the price rise. For any managerial decision, including pricing decisions, it is important to isolate and consider only the costs that affect the profitability of that decision.

## ESTIMATING RELEVANT COSTS

The essence of incremental costing is to measure the cost incurred because a product is sold, or not incurred because it is not sold. We cannot delve into all the details of setting up a useful managerial accounting system here. For our purposes,

it will suffice to cauti
quently make when a

1. Beware of averag
The average of variabl
per unit, but it can be d
cost per unit is not con
incremental cost of the
necessarily equal to av

A company is curr
rials cost of $4,400 per
sist of $8,000 in regula
rials are the only two
output. What then is t
answer that the relevan
divided by total outpu
calculation would lead
real incremental cost o
cost. A price increase, f
duced on overtime at a

What is the cost of
product's price was raise
approximately the same
sure of the incremental r
relevant materials cost i
costs are not the same fo
time, which are the labo
less of the product is sol
and regular hours, prod
hours, the labor cost is $1
cost for the last 100 units

2. Beware of account
expense that should be u
the current value of asset
of different ways depend
Internal Revenue Service
standard financial report
possible but are applied t
decision making, howeve
the actual decline in the c

Failure to accurately
analysis of pricing option
wrote that a particular ai
were fully depreciated, b
generating large deprecia

Exhibit 124D



ct mail often save selling
; revenue. While such dis-
ıg expenses produce a net
to the date of an inventory
ıe loss.
:es that one approach the
ı higher prices and higher
ıt expenses by even more.
l income statement is to
: system used for financial

:osts

:s

ttention on costs that are
that are nonincremental
ıizing the profit contribu-
net profit, since the fixed
ıre not influenced by the
ned by the pretax profit

ganizing the numbers on a
:ment reports quarterly or
cost of all units produced
its that will be affected by
:r when evaluating a price
expects to sell because of
ing a price increase is the
:e sales will be reduced by
g decisions, it is important
ıbility of that decision.

cost incurred because a
cannot delve into all the
n here. For our purposes,

it will suffice to caution that there are four common errors that managers frequently make when attempting to develop useful estimates of true costs.

1. Beware of averaging total variable costs to estimate the cost of a single unit. The average of variable costs is often an adequate indicator of the incremental cost per unit, but it can be dangerously misleading in those cases where the incremental cost per unit is not constant. The relevant incremental cost for pricing is the actual incremental cost of the particular units affected by a pricing decision, which is not necessarily equal to average variable cost. Consider the following example:

A company is currently producing 1,100 units per day, incurring a total materials cost of $4,400 per day and labor costs of $9,200 per day. The labor costs consist of $8,000 in regular pay and $1,200 in overtime pay per day. Labor and materials are the only two costs that change when the firm makes small changes in output. What then is the relevant cost for pricing? One might be tempted to answer that the relevant cost is the sum of the labor and materials costs ($13,600) divided by total output (1,100 units), or approximately $12.36 per unit. Such a calculation would lead to serious underpricing when demand is strong, since the real incremental cost of producing the last units is much higher than the average cost. A price increase, for example, could eliminate only sales that are now produced on overtime at a cost substantially above the average.

What is the cost of producing the last units, those that might not be sold if the product's price was raised? It may be reasonable to assume that materials costs are approximately the same for all units, so that average materials cost is a good measure of the incremental materials cost for the last units. Thus a good estimate of the relevant materials cost is $4 per unit ($4,400/1,100). We know, however, that labor costs are not the same for all units. The company must pay time-and-a-half for overtime, which are the labor hours that could be eliminated if price is increased and if less of the product is sold. Even if workers are equally productive during overtime and regular hours, producing approximately 100 units per day during overtime hours, the labor cost is $12 per unit ($1,200/100), resulting in a labor and materials cost for the last 100 units of $16 each, substantially above the $12.36 average cost.[10]

2. Beware of accounting depreciation formulas. The relevant depreciation expense that should be used for all managerial decision making is the change in the current value of assets. Depreciation of assets is usually calculated in a number of different ways depending on the intended use of the data. For reporting to the Internal Revenue Service, depreciation is accelerated to minimize tax liability. For standard financial reporting, rates of depreciation are estimated as accurately as possible but are applied to historical costs.[11] For pricing and any other managerial decision making, however, depreciation expenses should be based on forecasts of the actual decline in the current market value of assets as a result of their use.

Failure to accurately measure depreciation expenses can severely distort an analysis of pricing options. For example, the author of one marketing textbook wrote that a particular airline could price low on routes where its older planes were fully depreciated, but had to price high on routes where new planes were generating large depreciation charges. Such pricing would be quite senseless. Old

Exhibit 124D



planes obviously have a market value regardless of their book value. The decline in that market value should either be paid for by passengers who fly on those planes or the planes should be sold. Similarly, if the market value of new planes does not really depreciate as quickly as the financial statements indicate, excessive depreciation expenses could make revenues appear inadequate to justify what are actually profitable new investments. The relevant depreciation expense for pricing is the true decline in an asset's resale value.

3. Beware of treating a single cost as either all relevant or all irrelevant for pricing. A single cost on the firm's books may have two separate components—one incremental and the other not, or one avoidable and the other sunk—that must be distinguished. Such a cost must be divided into the portion that is relevant for pricing and the portion that is not. Even incremental labor costs are often not entirely unavoidable (see Box 8-1).

BOX 8-1

## PEAK PRICING: AN APPLICATION OF INCREMENTAL COSTING

The adverse financial impact of average costing is greatest for those companies, such as service providers, whose products are not storable. Such companies face the problem of having to build capacity to serve temporary but predictable "peaks" in demand. This creates the interesting situation where the cost of capacity goes from being incremental to sunk, and back to incremental again, over the period of a year, a month, a week, or even a day. Airlines face peaks at the beginning and ends of weeks but have excess capacity midweek and on weekends. Telecom companies face peaks in the middle of each weekday but have excess capacity in the evenings and on weekends. Restaurants, car rental companies, marketers of advertising space, commercial printers, health clubs, resorts, electric utilities, and landscape maintenance companies all face substantial peaks and valleys in demand for nonstorable products or services. One way to manage capacity in those cases, and to thus maximize profitability, is with price.

The key to using price to manage capacity profitably is to understand how to allocate the capacity costs over time. Most companies make the mistake of averaging the capacity cost over all of the units produced. If an electric utility sells 40 percent of its kilowatts during a few peak hours, and 60 percent during the other 21 hours in the day, then 40 percent of the capacity cost (the depreciation and maintenance cost for the power plants) would be allocated to the peak hours. This results in each kilowatt being assigned the same capacity charge. Although this is the usual approach (utilities have even been required to cost and price this way by regulation), it makes no sense in

principle ar
in practice.
for the capa
the peak p
demand car
additional c
are not incr
affect the v
Consequent
above what
peak demar
entirely to th
One eff
costs only to
is to raise the
tify peak-per
to ensure tha
ered is to ma
ments that car
by the revenu
additional cap
only for a few
a week, or a f
prices in those
ering all the co
capacity shou
other effect is
ingly high pro
price, lower-ma
periods. Beca
from off-peak s
cover the cost
be there wheth
is used, that cor
to the bottom

In past recessi
high-seniority emp
small part of their t
senior employees n
panies found that tl
were actually quite
those operations pr

Case 4:07-md-01819-CW Document 806-14 Filed 08/06/09 Page 49 of 62
PageID #: 18885

Exhibit 124D



their book value. The decline
passengers who fly on those
: market value of new planes
al statements indicate, exces-
appear inadequate to justify
elevant depreciation expense
ue.

vant or all irrelevant for pric-
ɔ separate components—one
d the other sunk—that must
ıe portion that is relevant for
tal labor costs are often not

ıntial peaks and valleys in
ır nonstorable products or
ne way to manage capacity
ıses, and to thus maximize
y, is with price.
:y to using price to manage
rofitably is to understand
locate the capacity costs
Most companies make the
f averaging the capacity
ll of the units produced. If
utility sells 40 percent of
s during a few peak hours,
cent during the other 21
e day, then 40 percent of
:y cost (the depreciation
nance cost for the power
uld be allocated to the
This results in each kilo-
assigned the same capac-
Although this is the usual
utilities have even been
cost and price this way by
, it makes no sense in

principle and undermines profitability in practice. Why? Because the need for the capacity is created entirely by the peak period demand. Off-peak demand can be satisfied without the additional capacity, so capacity costs are not incremental to decisions that affect the volume of off-peak sales. Consequently, the cost of capacity above what is necessary to meet off-peak demand should be allocated entirely to the peak period sales.

One effect of allocating those costs only to sales in the peak period is to raise the hurdle required to justify peak-period investment. The way to ensure that capacity costs are covered is to make no capacity investments that cannot be entirely justified by the revenue from peak demand. If additional capacity really is required only for a few hours a day, a few days a week, or a few months a year, then prices in those periods should be covering all the cost of the capacity, or the capacity should not be built. The other effect is to reveal the surprisingly high profitability of the lower-price, lower-margin sales in off-peak periods. Because the contribution from off-peak sales is not required to cover the cost of capacity, which will be there whether or not the capacity is used, that contribution falls directly to the bottom line. Companies that fail to realize this overinvest for peak demand and then are forced either to cut their prices to fill their off-peak capacity or to suffer even greater losses during off-peak periods. On net, they invest themselves into unprofitability.

As a company moves toward pricing differently for the peaks and valleys, its average price decreases, but its profit and return on capital invested will increase. For companies with a peak capacity problem, it is usually far more important that they earn a high return per unit of capacity than it is for them to earn a high contribution margin per sale. For many years, hotels mismeasured their success by their ability to command and increase their "average daily rate." Of course, one way to increase average daily rate is simply to rent no rooms except at times of peak demand when the hotel can ask for and get its highest rates. That is unlikely, however, to yield a good return on assets. When hotels began being managed more rationally, the industry adopted a new measure, "revenue per available room," that changed the incentive to manage capacity. The bottom line became "Get all you can get at peak, but make sure you fill the room and earn something at off peak."

In past recessions, some steel producers found when they considered laying off high-seniority employees that the avoidable portion of their labor costs was only a small part of their total labor costs. Their union contracts committed them to paying senior employees much of their wages even when laid off. Consequently, those companies found that the prices they needed to cover their incremental, avoidable costs were actually quite low, justifying continued operations at some mills even though those operations produced substantial losses when all costs were considered.

Exhibit 124D



4. Beware of overlooking opportunity costs. *Opportunity cost* is the contribution that a firm forgoes when it uses assets for one purpose rather than another. Opportunity costs are relevant costs for pricing even though they do not appear on financial statements. They should be assigned hard numbers in any managerial accounting system, and pricers should incorporate them into their analyses as they would any other cost. In the earlier example of the book publisher, the cost of capital required to maintain the firm's inventory was the cost of borrowed funds (18 percent). It therefore generated an explicit interest expense on the firm's income statement. A proper analysis of the publisher's problem would have been no different had we assumed that the inventory was financed entirely with internally generated funds. Those internally generated funds do not create an interest expense on the publisher's income statement, but they do have alternative uses. Internally generated funds that are used to finance inventories could have been used to purchase an interest-bearing note or could have been invested in some profitable sideline business such as printing stationery. The interest income that could have been earned from the best of these alternatives is an incremental, avoidable cost of using internally generated funds, just as the interest paid explicitly is an incremental, avoidable cost of using borrowed funds.

The same argument would apply when costing the use of a manufacturing facility, a railroad right-of-way, or the seat capacity of an airline. The historical cost of those assets is entirely irrelevant and potentially a very misleading guide to pricing. There is often, however, a current cost of using those assets that is very relevant. That cost occurs whenever capacity used either could be used to make and sell some other product, or could be rented or sold to some other company. Even though the historical cost is sunk, the relevant cost of using those assets is positive whenever there are competing profitable uses. That opportunity cost is the contribution that must be forgone if the assets are not sold or used to produce the alternative product or service. It can easily exceed not only the historical cost but also even the replacement cost of the capacity.

Even if a company has current excess capacity but there is some probability that future business might have to be turned away, the capacity should be assigned an opportunity cost for pricing. Airlines, for example, stop selling discounted seats for a particular flight long before the flight is full. The opportunity cost of selling a discounted seat is near zero only if that seat would otherwise certainly be empty at flight time. As a plane's capacity fills, however, the probability increases that selling a discounted seat will require turning away a passenger who would have paid full fare on the day of the flight. The probability of such a passenger wanting the seat, times the contribution that would be earned at full price, is the opportunity cost of selling a discounted seat in advance (see Box 8-2).

Obviously, moving beyond these costing principles to estimating the true cost of a sale is not easy. Too often, however, managers shrink from the task because of the cost and complexity of measuring true costs on an ongoing basis. Usually, in our experience, it is possible to get much closer to true costs by doing even a

BOX 8-2

OPPOR

An airline'
pricing is th
capacity. Inc
capacity co
are literally
airline that t
even the rep
planes woul
ties for pro
competitive
bankrupt be
itability of ar
"incremental
ates selling so
the average c
making such a
understand o
expected opp
seat at any par
ticular flight.

What is th
seat? On Satu
resort locatio
since there is
will ever be f
however, a plan
by offering a lo
ing the month
opportunity cos
is the contrib
earned from a
usually a busi
the probability
insensitive pass
the seat before
For example, if a
empty seats 1 mo
the airline uses

Case 4:07-md-01819-CW Document 806-14 Filed 08/06/09 Page 51 of 62
PageID #: 18887

Exhibit 124D



rtunity cost is the contribu-
ırpose rather than another.
though they do not appear
numbers in any managerial
hem into their analyses as
he book publisher, the cost
was the cost of borrowed
:it interest expense on the
ublisher's problem would
ıtory was financed entirely
erated funds do not create
ent, but they do have alter-
o finance inventories could
could have been invested in
onery. The interest income
ernatives is an incremental,
as the interest paid explic-
d funds.
ıe use of a manufacturing
f an airline. The historical
ly a very misleading guide
ng those assets that is very
ıer could be used to make
d to some other company.
ost of using those assets is
s. That opportunity cost is
ot sold or used to produce
ıot only the historical cost

there is some probability
, the capacity should be
or example, stop selling
flight is full. The opportu-
if that seat would other-
ıpacity fills, however, the
ll require turning away a
the flight. The probability
tribution that would be
ng a discounted seat in

o estimating the true cost
ık from the task because
n ongoing basis. Usually,
ue costs by doing even a

BOX 8-2

## OPPORTUNITY COSTS: A PRACTICAL ILLUSTRATION

An airline's most important cost for pricing is the "opportunity cost" of its capacity. Incremental costs other than capacity costs (e.g., food, ticketing) are literally trivial in comparison. An airline that took the historical cost or even the replacement cost of buying planes would miss many opportunities for profitable pricing and, in a competitive market, would soon go bankrupt because most of the profitability of an airline comes from the "incremental" revenue that it generates selling some seats at prices below the average cost per seat. The key to making such a strategy profitable is to understand on an ongoing basis the expected opportunity cost of selling a seat at any particular time on any particular flight.

What is the opportunity cost of a seat? On Saturday afternoon to non-resort locations, it is probably zero since there is no way that the plane will ever be filled. At most times, however, a plane could easily be filled by offering a low discount price during the month before the flight. The opportunity cost of selling such a seat is the contribution that could be earned from a full-fare passenger, usually a business traveler, times the probability that such a price-insensitive passenger will in fact buy the seat before the plane departs. For example, if a plane currently has empty seats 1 month before the flight, the airline uses historical booking patterns to estimate that it has a 70 percent probability that the plane will depart with at least one empty seat. That means that there is a 30 percent probability that a seat would not be available to a last-minute passenger willing to pay full fare. If the contribution from a full-fare ticket for the flight is \$500, then the "opportunity cost" to sell a discount ticket in advance is $0.3 \times \$500 = \$150$, to which we add the cost of ticketing, food, and incremental fuel, to estimate the total cost of offering the ticket. This costing system explains why the price of a discount ticket on the same flight might go up or down many weeks before a flight departs, while there are still many seats available. Airlines have sophisticated "yield management" systems that use historical booking patterns to estimate the probability of an empty seat at departure. If a plane is not filling up as rapidly as historically expected, the probability of an empty seat goes up, the opportunity cost of selling more discounted seats goes down, so the airline's management system may offer some tickets at an exceptionally low price. If, however, a group of seven businesspeople suddenly books the flight, the probability of filling the flight jumps substantially, the opportunity cost goes up, and the airline's yield management system automatically blocks additional sales of the cheapest tickets.

Case 4:07-md-01819-CW Document 806-14 Filed 08/06/09 Page 52 of 62
PageID #: 18888

Exhibit 124D



simple point-in-time study of cost drivers. We have, for example, worked with a company that charged every item produced the same amount for paint, even though some items were produced in large lots and others in small lots. By doing a simple statistical regression, using prior year data, paint purchases by color as a function of production of that color product, and average lot size, we rationally reallocated paint costs to reflect the higher costs of small batches. In other cases, we have relied on cost drivers as subjective as a plant foreman's judgment about the relative difficulty of making different types of products. Are such judgments highly accurate? Probably not. That is not a reason to avoid making them if that is the best you can do with the time and money available. It is better to make pricing decisions based on rough approximations of the true costs of products or services than on precise accounting of costs that are sure to be, at best, irrelevant and, at worst, highly misleading.

## ACTIVITY-BASED COSTING

Activity-based costing (ABC) provides more realistic estimates of how support costs change with increments in sales volume.[12] For example, traditional cost accounting systems use bases like direct labor and machine hours to allocate to products the expenses of support activities. Instead, ABC segregates support expenditures by activities, and then assigns those expenditures based on the drivers of the activities and how they are linked to product sales volume. Some applications of ABC have allowed firms to estimate not just manufacturing costs, but also costs to serve different customers. ABC enables managers to identify the characteristics or drivers that cause some customers to be more expensive or less expensive to serve. Robert Kaplan[13] identified the following differences in characteristics of high cost-to-serve versus low cost-to-serve customers:

| High Cost-to-Serve Customers | Low Cost-to-Serve Customers |
|---|---|
| Order custom products | Order standard products |
| Small order quantities | High order quantities |
| Unpredictable order arrivals | Predictable order arrivals |
| Customized delivery | Standard delivery |
| Change delivery requirements | No changes in delivery requirements |
| Manual processing | Electronic processing (EDI) |
| Large amounts of presales support (marketing, technical, sales resources) | Little to no presales support (standard pricing and ordering) |
| Large amounts of postsales support (installation, training, warranty, field service) | No postsales support |
| Require company to hold inventory | Replenish inventory as produced |
| Pay slowly (high accounts receivable) | Pay on time |

Exhibit 124D

for example, worked with a
:me amount for paint, even
›thers in small lots. By doing
›aint purchases by color as a
/erage lot size, we rationally
›mall batches. In other cases,
ıt foreman's judgment about
roducts. Are such judgments
:o avoid making them if that
ıble. It is better to make pric-
true costs of products or ser-
ure to be, at best, irrelevant

tic estimates of how support
or example, traditional cost
nachine hours to allocate to
ıd, ABC segregates support
expenditures based on the
product sales volume. Some
ıate not just manufacturing
ABC enables managers to
›ome customers to be more
ın[13] identified the following
/e versus low cost-to-serve

st-to-Serve Customers

:andard products
der quantities
ıble order arrivals
d delivery
ıges in delivery requirements
ıic processing (EDI)
› no presales support
:d pricing and ordering)
sales support
sh inventory as produced
time

ABC extends incremental costing to cost categories that are neither fixed nor variable, but are semifixed costs. For example, these may be costs associated with order entry personnel, or shipping personnel, that are incurred in less frequent outlays or lumps, but nonetheless change with larger changes in volume. ABC allocates these semifixed costs according to activity drivers, usually related to transactions associated with the function—for example, the number of orders received by the order entry department, or the number of shipments shipped by the shipping department. ABC is especially valuable in refining the manager's estimate of the true cost to serve an incoming customer order.

## PERCENT CONTRIBUTION MARGIN AND PRICING STRATEGY

There are three benefits to determining the true unit cost of a product or service for pricing. First, it is a necessary first step toward controlling costs. The best way to control variable costs is not necessarily appropriate for controlling fixed costs. Second, it enables management to determine the minimum price at which the firm can profitably accept incremental business that will not affect the pricing of its other sales. Third, and most important for our purposes, it enables management to determine the contribution margin for each product sold, which, as will be seen in Chapter 9 on financial analysis, is essential for making informed, profitable pricing decisions.

The percent contribution margin is the share of price that adds to profit or reduces losses. It is not the return on sales, which is used by financial analysts to compare the performance of different companies in the same industry. The return on sales indicates the average profit as a percentage of the price after accounting for all costs. Our concern, however, is not with the average, but with the added profit resulting from an additional sale. Even when variable costs are constant, the added profit from a sale exceeds the average profit because some costs are fixed or sunk. The share of the price that adds to profit, the contribution margin, is everything above the share required to cover the incremental, variable cost of the sale.

When variable cost is constant for all units affected by a particular pricing decision, it is proper to calculate the percent contribution margin from aggregate sales data. After calculating the sales revenue and total contribution margin resulting from a change in sales, one can calculate the percent contribution margin, or %CM, as follows:

$$\%CM = \frac{\text{Total contribution margin}}{\text{Sales revenue}} \times 100$$

When variable costs are not constant for all units (e.g., when the units affected by a price change are produced on overtime), it is important to calculate a dollar contribution margin per unit for just the units affected by the price change. The dollar contribution margin per unit, $CM, is simply

$$\$CM = \text{Price} - \text{Variable cost}$$

Exhibit 124D



where variable cost is the cost per unit of only those units affected by the price change and includes only those costs that are avoidable. With the dollar contribution margin, one can calculate the percent contribution margin without being misled when variable costs are not constant. The formula for this calculation of the percent contribution margin is

$$\%CM = \frac{\$CM}{\text{Price}}$$

which gives the percent contribution margin in decimal form.

The size of the contribution as a percentage of the price has important strategic implications. First, the percent contribution margin is a measure of the leverage between a firm's sales volume and its profit. It indicates the importance of sales volume as a marketing objective. To illustrate, look at Exhibit 8-3. A company sells two products, each with the same net profit on sales, but with substantially different contribution margins. A company using full-cost pricing would, therefore, treat them the same. However, the actual effect of a price change for these two products would be radically different because of their varying cost structures (see Exhibit 8-3).

Product A has high variable costs equal to 80 percent of its price. Its percent contribution margin is therefore 20 percent. Product B has low variable costs equal to 20 percent of its product's price. Its percent contribution margin is therefore 80 percent. Although at current sales volumes each product earns the same net profit, the effect on each of a change in sales volume is dramatically different. For product A, only $0.20 of every additional sales dollar increases profit or reduces losses. For product B, that figure is $0.80.

The lower part of Exhibit 8-3 illustrates the impact of this difference on pricing decisions. In order for product A, with its relatively small percent contribution margin, to profit from a 5 percent price cut, its sales must increase by

**EXHIBIT 8-3 Effect of Contribution Margin on Breakeven Sales Changes**

| | Product A | Product B |
|---|---|---|
| *Percentage of setting price accounted for by:* | | |
| Variable costs | 80.0 | 20.0 |
| Fixed or sunk costs | 10.0 | 70.0 |
| Net profit margin | 10.0 | 10.0 |
| Contribution margin | 20.0 | 80.0 |
| *Breakeven sales change (%) for a:* | | |
| 5% Price reduction/advantage | +33.3 | +6.7 |
| 10% Price reduction/advantage | +100.0 | +14.3 |
| 20% Price reduction/advantage | ∞ | +33.3 |
| 5% Price increase/premium | −20.0 | −5.9 |
| 10% Price increase/premium | −33.3 | −11.1 |
| 20% Price increase/premium | −50.0 | −20.0 |

more than 33 percent,
larger percent contribut
uct A's sales must incre
percent for product B. C
ing to build volume for
opposite conclusion fol
much more sales tha
Consequently, it is much
than for product B.

Second, the percent
to compete against com
higher percent contribut
tor will engage in price d
between sales volume a
comparable or higher p
vides some assurance th
opportunistic moves by
discounting.

Third, the percent co
can use segmentation pr
*Segmentation pricing* mea
each of which has a differ
a given product the great
you have to set higher p
other segments. This enab
premium prices but also
lower prices. Many comp
that their variable costs r
tion margin, which enabl
price sensitivities. They s
that enable them to drive
promotions, price discoun

## MANAGING COSTS

A frequently overlooked
ing occurs when the con
upstream suppliers. These
independent divisions of
pass between them. This si
most common reasons wh
less price competitive and

Exhibit 8-4 illustrat
Manufacturing, Inc. sells it

Case 4:07-md-01819-CW Document 806-14 Filed 08/06/09 Page 55 of 62
PageID #: 18891

Exhibit 124D

iits affected by the price
With the dollar contribu-
n margin without being
la for this calculation of

:orm.
:e has important strategic
measure of the leverage
e importance of sales vol-
8-3. A company sells two
ıbstantially different con-
, therefore, treat them the
;e two products would be
(see Exhibit 8-3).
ıt of its price. Its percent
3 has low variable costs
ribution margin is there-
product earns the same
is dramatically different.
ɔllar increases profit or

ct of this difference on
ely small percent contri-
sales must increase by

ıles Changes

| ıct A | Product B |
|---|---|
| 0.0 | 20.0 |
| 0.0 | 70.0 |
| 0.0 | 10.0 |
| 0.0 | 80.0 |
| 3.3 | +6.7 |
| 0.0 | +14.3 |
| ı | +33.3 |
| 0.0 | −5.9 |
| 3.3 | −11.1 |
| 0.0 | −20.0 |



more than 33 percent, compared with only 6.7 percent for product B with its larger percent contribution margin. To profit from a 10 percent price cut, product A's sales must increase by more than 100 percent, compared with only 14.3 percent for product B. Clearly, this company cannot justify a strategy of low pricing to build volume for product A nearly as easily as it can for product B. The opposite conclusion follows for price increases. Product A can afford to lose much more sales than product B and still profit from higher prices. Consequently, it is much easier to justify a premium price strategy for product A than for product B.

Second, the percent contribution margin is an indicator of the firm's ability to compete against competitors. If a competitor believes it has a substantially higher percent contribution margin than you do then it is likely that the competitor will engage in price discounting to drive sales volume because of the leverage between sales volume and profit. On the other hand, knowing that you have a comparable or higher percent contribution margins than your competitor provides some assurance that you have the ability to retaliate and counterattack opportunistic moves by competitors that attempt to steal customers with price discounting.

Third, the percent contribution margin is a measure of the extent to which you can use segmentation pricing to serve and penetrate multiple market segments. *Segmentation pricing* means setting different prices for different market segments, each of which has a different cost to serve and different level of price sensitivity. For a given product the greater your percent contribution margin, the more flexibility you have to set higher prices for some customer segments and lower prices for other segments. This enables you to serve not only customers who are willing to pay premium prices but also customers that are price sensitive and only willing to pay lower prices. Many companies strategically design their cost structure to ensure that their variable costs remain low so they can maintain a high percent contribution margin, which enables them to penetrate many market segments of varying price sensitivities. They support these penetration strategies with high fixed costs that enable them to drive product volume through investments in advertising, sales promotions, price discounting, and intensive distribution systems.

## MANAGING COSTS IN TRANSFER PRICING

A frequently overlooked opportunity to use costs as a source of advantage in pricing occurs when the company can manage the structure of the prices of its upstream suppliers. These upstream suppliers might be independent companies or independent divisions of the same company that set the prices of products that pass between them. This situation, known as *transfer pricing*, represents one of the most common reasons why independent companies and divisions are sometimes less price competitive and profitable than their vertically integrated competitors.

Exhibit 8-4 illustrates this often-overlooked opportunity. Independent Manufacturing, Inc. sells its product for $2 per unit in a highly competitive market.

Case 4:07-md-01819-CW Document 806-14 Filed 08/06/09 Page 56 of 62
PageID #: 18892

Exhibit 124D



**EXHIBIT 8-4 Inefficiencies in Transfer Pricing**

| | Current Price, Costs, Sales | 10% Price Cut, 30% Sales Increase | Change |
|---|---|---|---|
| *Independent Manufacturing, Inc.* | | | |
| Current unit sales | 1,000,000 | 1,300,00 | |
| Price | $2.00 | $1.80 | |
| Variable materials cost | $1.20 | $1.20 | |
| Variable labor cost | $0.20 | $0.20 | |
| Fixed cost | $0.40 | $0.31 | |
| Contribution margin | $0.60 | $0.40 | |
| *% CM* | 30% | 22% | |
| Annual pretax profit | $200,000 | $120,000 | ($80,000) |
| *Alpha Parts Inc.* | | | |
| Current unit sales | 1,000,000 | 1,300,000 | |
| Price | $0.30 | $0.30 | |
| Variable cost | $0.05 | $0.05 | |
| Fixed cost | $0.20 | $0.15 | |
| Contribution margin | $0.25 | $0.25 | |
| Annual pretax profit | $50,000 | $125,000 | $75,000 |
| *Beta Parts Inc.* | | | |
| Current unit sales | 1,000,000 | 1,300,000 | |
| Price | $0.90 | $0.90 | |
| Variable cost | $0.35 | $0.35 | |
| Fixed cost | $0.40 | $0.31 | |
| Contribution margin | $0.55 | $0.55 | |
| Annual pretax profit | $150,000 | $315,000 | $165,000 |

To manufacture the product, it buys different parts from two suppliers, Alpha and Beta, at a total cost per unit of $1.20. The parts purchased from Alpha cost $0.30 and those from Beta cost $0.90.

Independent Manufacturing conducts a pricing analysis to determine whether any changes in its pricing might be justified. It determines that its contribution margin (price minus variable cost) is $0.60, or 30 percent of its price.[14] It then calculates the effect of a 10 percent price change in either direction. For a 10 percent price cut to be profitable, Independent must gain at least 50 percent more sales (Chapter 9 presents the formulas for performing these calculations). For a 10 percent price increase to be profitable, Independent can afford to forgo no more than 25 percent of its sales.

Independent's managers conclude that there is no way that they can possibly gain from a price cut, since their sales will surely not increase by more than 50 percent. On the other hand, they are intrigued by the possibility of a price

increase. They fee
cent if they could
As Independ
try the desirabili
Integrated Manu
Independent's ma
such a move? Int
involving all the s
pany with a mark
the two companies
That differenc
that Integrated c
Independent's sup
operations. It also l
labor plus $0.40 f
economies of logis
have radically diffe
in volume and whic
ferently. Integrated
variable materials c
$0.60 per unit ($0.2
unit ($0.05 plus $0.3

EXHIBIT 8-5 Efficien

| |
|---|
| *Integrated Manufac* |
| Current unit sales |
| Price |
| Variable materials c |
| Variable labor cost ($0.20 + $0.05 + $0 |
| Fixed cost ($0.40 + $0.20 + $0. |
| Contribution margin |
| % |
| Annual pretax profit |

Exhibit 124D



| 10% ce Cut, % Sales crease | Change |
|---|---|
| 300,00 | |
| $1.80 | |
| $1.20 | |
| $0.20 | |
| $0.31 | |
| $0.40 | |
| 22% | |
| 20,000 | ($80,000) |
| 00,000 | |
| $0.30 | |
| $0.05 | |
| $0.15 | |
| $0.25 | |
| 25,000 | $75,000 |
| 00,000 | |
| $0.90 | |
| $0.35 | |
| $0.31 | |
| $0.55 | |
| 5,000 | $165,000 |

wo suppliers, Alpha and
d from Alpha cost $0.30

is to determine whether
es that its contribution
of its price.[14] It then cal-
ection. For a 10 percent
t 50 percent more sales
culations). For a 10 per-
d to forgo no more than

y that they can possibly
rease by more than 50
possibility of a price

increase. They feel sure that the inevitable decline would be far less than 25 percent if they could get their major competitors to follow them in the increase.

As Independent's management considers how to communicate to the industry the desirability of a general price increase, one of its major competitors, Integrated Manufacturing, Inc. announces its own 10 percent price cut. Independent's management is stunned. How could Integrated possibly justify such a move? Integrated's product is technically identical to Independent's, involving all the same parts and production processes, and Integrated is a company with a market share equal to Independent's. The only difference between the two companies is that Integrated recently began manufacturing its own parts.

That difference, however, is crucial to this story (see Exhibit 8-5). Assume that Integrated currently has all the same costs of producing parts as Independent's suppliers, Alpha and Beta, and expects to earn a profit from those operations. It also has the same costs of assembling those parts ($0.20 incremental labor plus $0.40 fixed per unit). Moreover, Integrated enjoys no additional economies of logistical integration. Despite these similarities, the two companies have radically different cost structures, which respond quite differently to changes in volume and which cause the two companies to evaluate price changes quite differently. Integrated has no variable materials cost corresponding to Independent's variable materials cost of $1.20 per unit. Instead, it incurs additional fixed costs of $0.60 per unit ($0.20 plus $0.40) and incremental variable costs of only $0.40 per unit ($0.05 plus $0.35).

**EXHIBIT 8-5** Efficiency from Cost Integration

| | Current Price, Costs, Sales | 10% Price Cut, 30% Sales Increase | Change |
|---|---|---|---|
| *Integrated Manufacturing, Inc.* | | | |
| Current unit sales | 1,000,000 | 1,300,000 | |
| Price | $2.00 | $1.80 | |
| Variable materials cost | None | None | |
| Variable labor cost ($0.20 + $0.05 + $0.35) | $0.60 | $0.60 | |
| Fixed cost ($0.40 + $0.20 + $0.40) | $1.00 | $0.77 | |
| Contribution margin | $1.40 | $1.20 | |
| % | 70% | 67% | |
| Annual pretax profit | $400,000 | $560,000 | $160,000 |

Exhibit 124D



This difference in cost structure between Integrated (high fixed and low variable) and Independent (low fixed and high variable) gives Integrated a much higher contribution margin per unit than Independent's margin. For Integrated, \$1.40, or 70 percent of each additional sale, contributes to bottom-line profits. For Independent, only \$0.60, or 30 percent of each additional sale, falls to the bottom line. Integrated's breakeven calculations for a 10 percent price change are, therefore, quite different. For a 10 percent price cut to be profitable, Integrated has to gain only 16.7 percent more sales. But for a 10 percent price increase to pay off, Integrated could afford to forgo no more than 12.5 percent of its sales.

It is easy to see why Integrated is more attracted to price cuts and more averse to price increases than is Independent. For Integrated, sales must grow by only 16.7 percent to make a price cut profitable, compared with 50 percent for Independent. Similarly, Integrated could afford to lose no more than 12.5 percent of sales (compared with as much as 25 percent for Independent) and still profit from a price increase. How can it be that two identical sets of costs result in such extremely different calculations? The answer is that Independent, like most manufacturers, pays its suppliers on a price-per-unit basis. That price must include enough revenue to cover the suppliers' fixed costs and a reasonable profit if Independent expects those suppliers to remain viable in the long run. Consequently, fixed costs and profit of both Alpha and Beta become variable costs of sales for Independent. Such incrementalizing of nonincremental costs makes Independent much less cost competitive than Integrated, which earns more than twice as much additional profit on each unit it sells.

Independent's cost disadvantage is a disadvantage to its suppliers as well. Independent calculates that it requires a 50 percent sales increase to make a 10 percent price cut profitable. Independent, therefore, correctly rejects a 10 percent price cut that would increase sales by 30 percent. With current sales of 1 million units, such a price cut would cause Independent's profit to decline by \$80,000. Note, however, that the additional sales volume would add \$240,000 (\$75,000 plus \$165,000) to the profits of Independent's suppliers, provided that they produce the increased output with no more fixed costs. They would earn much more than Independent would lose by cutting price. It is clear why Integrated sees a 10 percent price cut as profitable when Independent does not. As its own supplier, Integrated captures the additional profits that accrue within the entire value chain (Alpha, \$75,000; Beta, \$165,000) as a result of increases in volume.[15]

Once Independent recognizes the problem, what alternatives does it have, short of taking the radical step of merging with its suppliers? One alternative is for Independent to pay its suppliers' fixed costs in a lump-sum payment, perhaps even retaining ownership of the assets while negotiating low supply prices that cover only incremental costs and a reasonable return. The lump-sum payment is then a fixed cost for Independent, and its contribution margin on added sales rises by the reduction in its incremental supply cost. General Motors does this with auto parts suppliers, bearing the fixed cost of a part's design and paying the supplier for all fixed costs of retooling and setup. In this case, the negotiated price per unit need cover only the supplier's variable costs and profit. As a result, General Motors

earns more on each addi
keting decisions, including
A second alternative i
the fixed costs, with a lowe
mental costs and profit. Se
brand products. Since the
sales, Sears can profitably
Independent Manufacturir
Beta that guarantees enou
their fixed costs, after whicl
Both of these systems
but they do not avoid the p
work well only when the su
price suppliers receive. Lu
negotiated profit as well as
remains the suppliers' incer
merchandise. Consequent
demand a high profit beca
used. The purchaser may a
tal expenses and an additi
bution is earned from final
It is noteworthy that m
sate suppliers or to establ
Instead, they negotiate arr
market prices determine tr
a significant portion of cost
most cases, the bulk of cost
additional costs would have
their sales, making those c
substantially fixed is in th
of semiconductors is the fix
semifixed costs of producti
ucts using semiconductors h
the company that pioneered
the market precisely becau
suppliers and failed to negot
their fixed costs of product c
Companies that buy con
note that software, too, is
substantial portion of the co
ware development houses th
By forcing their customers to
development, they will ultim
with companies that either w
arrangements with their supp

Case 4:07-md-01819-CW Document 806-14 Filed 08/06/09 Page 59 of 62
PageID #: 18895
Exhibit 124D

'high fixed and low vari-
ives Integrated a much
margin. For Integrated,
bottom-line profits. For
sale, falls to the bottom
price change are, there-
itable, Integrated has to
rice increase to pay off,
nt of its sales.
:o price cuts and more
.ted, sales must grow by
:ed with 50 percent for
more than 12.5 percent
ɪendent) and still profit
:s of costs result in such
ɪendent, like most man-
hat price must include
a reasonable profit if
ı the long run. Conse-
:come variable costs of
:remental costs makes
which earns more than

o its suppliers as well.
increase to make a 10
:tly rejects a 10 percent
rrent sales of 1 million
to decline by $80,000.
$240,000 ($75,000 plus
ded that they produce
l earn much more than
tegrated sees a 10 per-
:. As its own supplier,
ithin the entire value
ses in volume.[15]
:rnatives does it have,
? One alternative is for
ɔayment, perhaps even
pply prices that cover
ɜum payment is then a
dded sales rises by the
ɪes this with auto parts
ng the supplier for all
ɜd price per unit need
:sult, General Motors



earns more on each additional sale and so has a greater incentive to make marketing decisions, including pricing decisions that build volume.

A second alternative is to negotiate a high price for initial purchases that cover the fixed costs, with a lower price for all additional quantities that cover only incremental costs and profit. Sears sometimes uses this system with suppliers of its house-brand products. Since the lower supply price is the incremental cost of additional sales, Sears can profitably price its products lower to generate more volume. In Independent Manufacturing's case, it might negotiate an agreement with Alpha and Beta that guarantees enough purchases at $0.30 and $0.90, respectively, to cover their fixed costs, after which the price would fall to $0.10 and $0.50, respectively.

Both of these systems for paying suppliers avoid incrementalizing fixed costs, but they do not avoid the problem of incrementalizing the suppliers' profits. They work well only when the suppliers' profits account for a small portion of the total price suppliers receive. Lump-sum payments could be paid to suppliers to cover negotiated profit as well as fixed costs. This is risky, however, since profit per unit remains the suppliers' incentive to maintain on-time delivery of acceptable quality merchandise. Consequently, when a supplier has low fixed costs but can still demand a high profit because of little competition, a third alternative is often used. The purchaser may agree to pay the supplier a small fee to cover incremental expenses and an additional negotiated percentage of whatever profit contribution is earned from final sales.

It is noteworthy that most companies do not use these methods to compensate suppliers or to establish prices for sales between independent divisions. Instead, they negotiate arm's-length contracts at fixed prices or let prevailing market prices determine transfer prices.[16] One reason is that it is unusual to find a significant portion of costs that remain truly fixed for large changes in sales. In most cases, the bulk of costs that accountants label fixed are actually semifixed; additional costs would have to be incurred for suppliers to substantially increase their sales, making those costs incremental. One notable case where costs are substantially fixed is in the semiconductor industry. The overwhelming cost of semiconductors is the fixed cost of product development, not the variable or semifixed costs of production. Consequently, integrated manufacturers of products using semiconductors have often had a significant cost advantage. Bowmar, the company that pioneered the handheld calculator, was ultimately driven from the market precisely because it was not cost competitive with more integrated suppliers and failed to negotiate contracts that avoided the incrementalization of their fixed costs of product development.

Companies that buy computer software to sell as part of their products should note that software, too, is a high fixed-cost product that often represents a substantial portion of the cost of computer-aided equipment. Independent software development houses that price on a per-unit basis should note this as well. By forcing their customers to incrementalize the fixed costs and profit of software development, they will ultimately find that their buyers are not cost competitive with companies that either write their own software or that have different pricing arrangements with their suppliers.

Exhibit 124D



## Summary

Costs are central considerations in pricing. Without understanding which costs are incremental and avoidable, a firm cannot accurately determine at what price, if any, a market can profitably be served. By erroneously looking at historical costs, a firm could sell its inventory too cheaply. By mistakenly looking at nonincremental fixed costs, a firm could overlook highly profitable opportunities where price is adequate to more than cover the incremental costs. By overlooking opportunity costs, successful companies frequently underprice their products. In short, when managers do not understand the true cost of a sale, their companies unnecessarily forgo significant profit opportunities. They tend to overprice when they have excess capacity, while underpricing and overinvesting when sales are strong relative to capacity.

Having identified the right costs, one must also understand how to use them. The most important reason to identify costs correctly is to be able to calculate an accurate contribution margin. The contribution margin is a measure of the leverage between a product's profitability and its sales volume. An accurate contribution margin enables management to determine the amount by which sales must increase following a price cut or by how little they must decline following a price increase to make the price change profitable. Understanding how changes in sales will affect a product's profitability is the first step in pricing the product effectively. It is, however, just the first step. Next, one must learn how to judge the likely impact of a price change on sales. That requires understanding how buyers are likely to perceive a price change and how competitors are likely to react to it.

The coordination of pricing with suppliers, although not actually economizing resources, can improve the efficiency of pricing by avoiding the incrementalization of a supplier's nonincremental fixed costs and profit. Any of these strategies can generate cost advantages that are, at least in the short run, sustainable. Even cost advantages that are not sustainable, however, can generate temporary savings that are often the key to building more sustainable cost or product advantages later.

## Notes

1. Gerald Smith and Thomas Nagle, "Financial Analysis for Profit-Driven Pricing," *Sloan Management Review,* 35(3) (Spring 1994).
2. Beware of costs classified as "overhead." Often costs end up in that classification, even though they are clearly variable, simply because "overhead" is a convenient dumping ground for costs that one has not associated with the products that caused them to be incurred. A clue to the existence of such a misclassification is the incongruous term "variable overhead."
3. Revenue = 1,100 × $10. Cost = $1,500 + $4,500 + $2,000 + ($1 × 1,100).
4. Most economics and accounting texts equate avoidable costs with variable costs, and sunk costs with fixed costs, for theoretical convenience. Unfortunately, those texts usually fail to explain adequately that this is an assumption rather than a necessarily true statement. Consequently, many students come away from related courses with the idea that a firm should always continue producing if price at least covers variable costs. That rule is correct only when the variable costs are entirely avoidable and the fixed costs are entirely sunk. In many industries (e.g., airlines) the fixed costs are often avoidable since the assets can be readily resold. Whenever the fixed costs are avoidable if a decision is not made to produce a product, or to pro
as large a quantity, they shou
sidered when deciding wheth
is adequate to serve a marke
5. LIFO and NIFO costs are th
any accounting period when
makes a net addition to its in
In periods during which a fir
down its inventory, LIFO wil
state costs after the firm uses
portion of its inventory value
rent prices and begins "dippi
old layers" of inventory valu
unrealistic past prices.
6. Neil Churchill, "Don't Let In
Get the Best of You," *Harvar*
*Business Review* (March–Ap
7. The forward-looking product
of replacing the book in inve
would have been relevant if t
intended to maintain its curre
tory levels.
8. We are assuming here that th
price sale will not reduce the
sales after the sale is over. Wl
will, then one must add the di
value of those lost sales to the
discount and compare that fig
the interest cost of holding th
tory. In other industries (e.g.,
and theaters), the cost of capa
variable (you can build a hote
any number of rooms or a the
with any number of seats), bu
cost becomes sunk after capac
built.
9. Robert S. Kaplan, "One Cost S
Isn't Enough," *Harvard Busin*
*Review,* 66 (January–February
pp. 61–66.
10. The calculation of the portion
put produced on overtime (ass
equal productivity) is as follow
$1,200 overtime is the equivale
hours of $800 regular time ($1,
and is 9.1 percent of the total h
worked ($800/[$8,000 + $800]).
Multiplying 9.1 percent times 1
units shows that 100 units are p

Exhibit 124D



ling which costs are incremen-
›rice, if any, a market can prof-
rm could sell its inventory too
, a firm could overlook highly
:over the incremental costs. By
/ underprice their products. In
:, their companies unnecessar-
when they have excess capac-
relative to capacity.
ıd how to use them. The most
lculate an accurate contribu-
:verage between a product's
nargin enables management
'ing a price cut or by how lit-
he price change profitable.
rofitability is the first step in
p. Next, one must learn how
ires understanding how buy-
are likely to react to it.
not actually economizing
the incrementalization of a
strategies can generate cost
cost advantages that are not
re often the key to building

unk costs with fixed
eoretical convenience.
ely, those texts usually fail
dequately that this is an
rather than a necessarily
ent. Consequently, many
ne away from related
ı the idea that a firm
ys continue producing if
t covers variable costs.
correct only when the vari-
:e entirely avoidable and
sts are entirely sunk. In
:ries (e.g., airlines) the
re often avoidable since
n be readily resold.
ıe fixed costs are avoid-
ision is not made to

produce a product, or to produce it in as large a quantity, they should be considered when deciding whether a price is adequate to serve a market.

5. LIFO and NIFO costs are the same in any accounting period when a firm makes a net addition to its inventory. In periods during which a firm draws down its inventory, LIFO will understate costs after the firm uses up the portion of its inventory values at current prices and begins "dipping into old layers" of inventory valued at unrealistic past prices.
6. Neil Churchill, "Don't Let Inflation Get the Best of You," *Harvard Business Review* (March–April 1982).
7. The forward-looking production cost of replacing the book in inventory would have been relevant if the firm intended to maintain its current inventory levels.
8. We are assuming here that the half-price sale will not reduce the rate of sales after the sale is over. When it will, then one must add the discounted value of those lost sales to the price discount and compare that figure with the interest cost of holding the inventory. In other industries (e.g., hotels and theaters), the cost of capacity is variable (you can build a hotel with any number of rooms or a theater with any number of seats), but this cost becomes sunk after capacity is built.
9. Robert S. Kaplan, "One Cost System Isn't Enough," *Harvard Business Review,* 66 (January–February 1988), pp. 61–66.
10. The calculation of the portion of output produced on overtime (assuming equal productivity) is as follows: $1,200 overtime is the equivalent in hours of $800 regular time ($1,200/1.5) and is 9.1 percent of the total hours worked ($800/[$8,000 + $800]). Multiplying 9.1 percent times 1,100 units shows that 100 units are produced on overtime if production is at a constant rate.
11. Since 1979, however, the Financial Accounting Standards Board (FASB) has required that large, publicly held corporations also report supplemental information on increases or decreases in current costs of inventory, property, plant, and equipment, net of inflation. See FASB Statement of Financial Standards No. 33, "Financial Reporting and Changing Prices" (1979).
12. See Robert S. Kaplan, "Introduction to Activity Based Costing," Harvard Business School Note 9-197-076 (1997; revised July 5, 2001); Robert S. Kaplan, "Using Activity-Based Costing with Budgeted Expenses and Practical Capacity," Harvard Business School Note 9-197-083 (1999); Robin Cooper and Robert S. Kaplan, "The Promise—And Peril—of Integrate Cost Systems," *Harvard Business Review* (July-August 1998), pp. 109–119; Robert Kaplan and Robin Cooper, *Cost and Effect* (Cambridge, MA: Harvard Business School Press, 1997); Robert S. Kaplan, "Cost System Analysis," Harvard Business School Note 9-195-181 (1994); Robin Cooper and Robert S. Kaplan, "Profit Priorities from Activity-Based Costing," *Harvard Business Review* (May–June 1991), pp. 2–7; Robin Cooper and Robert S. Kaplan, "Activity-Based Systems: Measuring the Costs of Resource Usage," *Accounting Horizons* (September 1992), pp. 1–13; James P. Borden, "Review of Literature on Activity-Based Costing," *Cost Management,* 4 (Spring 1990), pp. 5–12; Peter B. B. Turney, "Ten Myths About Implementing an Activity-Based Cost System," *Cost Management,* 4 (Spring 1990), pp. 24–32; George J. Beaujon and Vinod R. Singhal, "Understanding the Activity Costs in an Activity-Based Cost System," *Cost Management,* 4 (Spring 1990), pp. 51–72

Exhibit 124D



13. Robert S. Kaplan, "Using ABC To Manage Customer Mix and Relationships," Harvard Business School Note 9-197-094 (1997).
14. \$CM = \$2.00 − \$1.20 − \$0.20 = \$0.60 %CM = \$0.60/\$2.00 × 100 = 30%
15. An integrated company does not automatically gain this advantage. If separate divisions of a company operate as independent profit centers setting transfer prices equal to market prices, they will also price too high to maximize their joint profits. To overcome the problem while remaining independent, they need to adopt one of the solutions suggested for independent companies.
16. For a related recent perspective see Thomas W. Malone, "Bringing the Market Inside," *Harvard Business Review*, 82(4) (April 2004), pp. 106–115. For a succinct summary of tax-relevant transfer pricing methods, see "Transfer Pricing Clarified," *Finance Week*, (May 24, 2004), p. 66.

CHAPTER

# 9

Internal financial cons
most companies, antag
allocate costs to determ
tives. Marketing and sal
must be to achieve sales
cally charged comprom
strategy. Although comi
desirable. An effective p
not a compromise betwe
conditions.

Unfortunately, few m
functional blending of t
accounting, they learn to
precluding the ability to i
marketing, they are told t
ven," which ignores costs
would become unprofitab
nomics and learn that, in tl
considerations. In practice
known demand curve hop

Consequently, pricing
customer-driven procedur
gests how managers can b
balance into pricing decisi
role in market-based pricir
(the ability to negotiate i
pricers must make trade
customers and lower marg
bution of a sale are unders
what is otherwise a market

This chapter describes
tively evaluating the pote