UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **IN RE STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST LITIGATION** ) ) ) ) _____ ) ) **This Document Relates to:** ) ) **ALL DIRECT PURCHASER ACTIONS** ) ) _____ ) | Master File No. M:07-CV-01819-CW<br><br>MDL No. 1819<br><br>**ORDER RE ADMINISTRATIVE MOTION TO PERMIT DISCLOSURE TO INTEL CORPORATION OF DOCUMENTS FILED UNDER SEAL**<br><br>Judge: Hon. Claudia Wilken |

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

**ORDER RE ADMINISTRATIVE MOTION TO PERMIT DISCLOSURE TO INTEL CORPORATION OF DOCUMENTS FILED UNDER SEAL**
**Master Docket File No. M:07-cv-01819-CW**

1  The Court, having read and considered the Administrative Motion To Permit Disclosure
2  To Intel Corporation Of Documents Filed Under Seal, HEREBY ORDERS THAT:
3  The MOTION IS GRANTED:
4  Intel Corporation ("Intel") shall receive the documents attached to the "Declaration of Eric J.
5  Miller," which was filed under seal and in support of the "Opposition To Intel Corporation's
6  Motion For An Enlargement Of Time To Exclude Itself From The Class" ("Opposition to Intel
7  Motion").
8  IT IS SO ORDERED:
9  8/17/09
10  Date: _____

Honorable Claudia Wilken
United States District Court
Northern District of California
Oakland Division

*Submitted by*:

JOSEPH W. COTCHETT (#36324)
STEVEN N. WILLIAMS (#175489)
NEIL SWARTZBERG (#215133)
**COTCHETT, PITRE & McCARTHY**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: 650-697-6000
Fax: 650-697-0577

*Lead Counsel for Direct Purchaser Class*



LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

**ORDER RE ADMINISTRATIVE MOTION TO PERMIT DISCLOSURE TO INTEL CORPORATION OF DOCUMENTS FILED UNDER SEAL**
**Master Docket File No. M:07-cv-01819-CW**                    1