[Counsel Listed Below]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | | |
|---|---|---|
| **IN RE STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST LITIGATION** | ) | Case No. M:07-cv-01819-CW |
| | ) | MDL No. 1819 |
| **This Document Relates to:** | ) | **STIPULATION AND ORDER REGARDING REVISED CASE MANAGEMENT SCHEDULE AS MODIFIED** |
| **ALL ACTIONS** | ) | |

WHEREAS, fact discovery for both the Direct-Purchaser and Indirect-Purchaser actions is ongoing;

WHEREAS, all Parties are in agreement on the proposed modifications to the case management schedule;

WHEREAS, the Parties agree that the additional time resulting from the extension of the fact discovery cut-off will not be used in order to take depositions in excess of those permitted pursuant to the Order re: Deposition in this case (Dkt.# 672);

WHEREAS, the Court in its August 4, 2009 order indicated that the Parties' proposed new trial date of October 12, 2010 was not available, and that the Parties should contact the Court's clerk regarding alternate available trial dates; and,

WHEREAS, the Court's clerk informed the Parties on August 5, 2009 that a **new trial date of January 11, 2011** is available;

IT IS HEREBY STIPULATED by the undersigned counsel on behalf of the Parties identified below, that the case management schedule is amended as outlined in Exhibit A, attached hereto, which changes the case management schedule as follows:

(1) All fact discovery will close on December 11, 2009;

(2) The last day for Plaintiffs to serve expert reports on merits is moved to January 25, 2010;

(3) The last day for Defendants to serve expert reports on merits is moved to March 26, 2010;

(4) The last date for Plaintiffs to serve expert reply reports on merits is moved to April 26, 2010;

(5) Expert discovery will close on May 28, 2010;

(6) The last day to file dispositive motions is moved to June 10, 2010;

(7) The last day to file oppositions to dispositive motions is moved to July 22, 2010; and,

(8) The last day to file replies to dispositive motions is moved to August 12, 2010.

(9) **The hearing date on dispositive motions is moved (from May 13, 2010) to September 9, 2010**.

(10) **The pre-trial conference is moved (from August 3, 2010) to November 30, 2010**.

(11) **The trial date is moved (from September 7, 2010) to January 11, 2011**.

Dated: August 12, 2009

By: */s/ Joseph W. Cotchett* _____
Joseph W. Cotchett

Joseph W. Cotchett
jcotchett@cpmlegal.com
Steven N. Williams
swilliams@cpmlegal.com

Neil Swartzberg
nswartzberg@cpmlegal.com
**COTCHETT, PITRE & McCARTHY**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Lead Counsel for the Direct-Purchaser Class*

Dated: August 12, 2009

By: */s/ Francis O. Scarpulla*___
Francis O. Scarpulla

Francis O. Scarpulla
fscarpulla@zelle.com
Craig C. Corbitt
ccorbitt@zelle.com
Christopher Micheletti
cmicheletti@zelle.com
**ZELLE HOFMANN VOELBEL & MASON**
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770

*Interim Lead Counsel for the Indirect-Purchaser Class*

Dated: August 12, 2009

By: */s/ Paul R. Griffin*_____
Paul R. Griffin

Robert Pringle
rpringle@winston.com
Paul R. Griffin
pgriffin@winston.com
Jonathan Swartz
jswartz@winston.com
**WINSTON & STRAWN, LLP**
101 California Street
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

*Liaison Counsel for Defendants*

**IT IS SO ORDERED.**

**DATED: 8/18, 2009**

[signature]

Hon. Claudia Wilken

*United States District Judge*
*Northern District of California*

**ATTESTATION OF FILING**

Pursuant to N.D. Cal. General Order No. 45, section 45 X(B), I, Neil Swartzberg, hereby attest that concurrence in the filing of this stipulation and proposed order has been obtained from the individuals from whom I have provided the conformed signatures above.

**COTCHETT, PITRE & McCARTHY**

By: _____*/s/ Neil Swartzberg*_____
Neil Swartzberg

*Lead Counsel for the Direct-Purchaser Class*

**EXHIBIT A**

**Case Management Schedule**

| Event | Current Date | Stipulated and Agreed Date | Ordered Date |
|---|---|---|---|
| Hearing on motion for Indirect-Purchaser Plaintiff motion for class certification<br><br>And Further Case Management Conference | 9/3/09 at 2:00 p.m. | No Change | 9/3/09 |
| All fact discovery closes | 9/4/09 | 12/11/09 | 12/11/09 |
| Last date for Plaintiffs to serve expert reports on merits | 10/14/09 | 1/25/10 | 1/25/10 |
| Last date for Defendants to serve expert reports on merits | 12/4/09 | 3/26/10 | 3/26/10 |
| Last date for Plaintiffs to serve expert reply reports on merits | 12/23/09 | 4/26/10 | 4/26/10 |
| Close of expert discovery | 1/22/10 | 5/28/10 | 5/28/10 |
| Last date to file dispositive motions.<br><br>(Parties to file joint motions to the extent possible.) | 2/11/10 | 6/10/10 | 6/10/10 |
| Last date to file oppositions to dispositive motions. | 3/25/10 | 7/22/10 | 7/22/10 |

| Event | Current Date | Stipulated and Agreed Date | Ordered Date |
| --- | --- | --- | --- |
| Last date to file replies to dispositive motions. | 4/15/10 | 8/12/10 | 8/12/10 |
| Hearing on dispositive motions<br><br>and Further Case Management Conference | 5/13/10 at 2:00 p.m. | 9/9/10 at 2:00 p.m. | 9/9/10 |
| Pre-trial Conference | 8/3/10 at 2:00 p.m. | 11/30/10 at 2:00 p.m. | 11/30/10 |
| Trial Date | 9/7/2010 at 8:30 a.m.<br><br>(2 months) | 1/11/11 at 8:30 a.m.<br><br>(2 months) | **1/10/11** |