1 | RICHARD C. VASQUEZ (CA SB # 127228)
2 | ERIC W. BENISEK ( CA SB # 209520)
  | AVIN P. SHARMA (CA SB# 233328)
3 | VASQUEZ BENISEK & LINDGREN LLP
  | 3685 Mt. Diablo Blvd, Suite 300
  | Lafayette, CA 94549
4 | Telephone:    (925) 627-4250
  | Facsimile:    (925) 403-0900
5 | rvasquez@vbllaw.com
  | ebenisek@vbllaw.com
6 | asharma@vbllaw.com

Attorneys for Non-Party 3Com Corporation

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST LITIGATION<br><br>This Document Relates to:<br>ALL INDIRECT PURCHASER ACTIONS | Case No:   M:07-CV-1819 CW<br><br>MDL No. 1819<br><br>**DECLARATION OF RICHARD A. BAKER, JR. IN SUPPORT OF INDIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO L.R. 7-11 AND 79-5**<br><br>Judge: The Honorable Claudia Wilken<br>Dept: Dept: Courtroom 2, 4th Floor |

DECL. OF R. BAKER ISO DEFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS
CASE NO: M:07-CV-1819 CW

I, Richard A. Baker, Jr. on behalf of Non-Party 3Com Corporation ("3Com"), hereby submit this Declaration in Support of Indirect Purchaser Plaintiffs' Administrative Motion to Seal Portions of Documents Pursuant to L.R. 7-11 and 79-5 and declare as follows:

1. I am the Director of Intellectual Property Licensing at 3Com. I have personal knowledge of the following facts stated herein and, if called to testify, I could and would testify competently to these matters.

2. 3Com is asserting confidentially over Indirect Purchaser Plaintiffs' Memorandum in Opposition to Defendants' Motion to Exclude the Expert Rebuttal Opinions of Mark Dwyer and Michael J. Harris (un-redacted version filed with the Court on August 14, 2009), p. 15, lines 13-15. Accordingly, 3Com respectfully requests Indirect Purchaser Plaintiffs' Memorandum in Opposition to Defendants' Motion to Exclude the Expert Rebuttal Opinions of Mark Dwyer and Michael J. Harris (un-redacted version filed with the Court on August 14, 2009), p. 15, lines 13-15 be filed under seal because the information therein was produced in response to a subpoena and designated as highly confidential pursuant to the Protective Order in the case.

3. This document contains information related to 3Com's product pricing and the costs to 3Com associated with producing these products.

4. Product pricing and cost information are extremely, commercially sensitive, the disclosure of which would put 3Com at a commercial disadvantage.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on this 19th day of August, 2009 at Marlborough, Massachusetts.

Richard A. Baker, Jr.