FRANCIS O. SCARPULLA (41059)
CRAIG C. CORBITT (83251)
CHRISTOPHER T. MICHELETTI (136446)
JANE YI (257893)
ZELLE HOFMANN VOELBEL & MASON LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone:     (415) 693-0700
Facsimile:     (415) 693-0770
fscarpulla@zelle.com
ccorbitt@zelle.com

*Interim Lead and Liaison Counsel for
Indirect Purchaser Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| IN RE STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST LITIGATION | Case No. M:07-CV-01819-CW <br><br> MDL No. 1819 <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR INDIRECT PURCHASER PLAINTIFFS TO FILE UNREDACTED DOCUMENTS PURSUANT TO THE COURT'S ORDER ON INDIRECT PURCHASER PLAINTIFFS' MOTION TO SEAL** |
|---|---|
| This Document Relates to: <br><br> ALL INDIRECT PURCHASER ACTIONS | |

WHEREAS, on July 2, 2009, Indirect Purchaser Plaintiffs ("Plaintiffs") filed their Reply Memorandum In Support of Class Certification ("Reply Brief") along with the Declaration of Christopher T. Micheletti in support thereof, and exhibits thereto ("Micheletti Exhibits"), and the Reply Declarations of Mark Dwyer, Ph.D ("Dwyer Reply Declaration") and Michael J. Harris ("Harris Reply Declaration"), and exhibits thereto ("Dwyer Exhibits" and "Harris Exhibits");

WHEREAS, on July 8, 2009, Plaintiffs filed an Errata to the Declaration of Christopher T. Micheletti to correct certain typographical errors and the inadvertent omission of pages from certain Micheletti Exhibits;

WHEREAS, Plaintiffs filed unredacted versions of their Reply Brief, the Dwyer Reply

1

1  Declaration, the Harris Reply Declaration, and certain Micheletti Exhibits, Dwyer Exhibits, and
2  Harris Exhibits under seal because these documents contain nonpublic, confidential, proprietary and
3  competitively sensitive information of the Defendants and third parties;
4      WHEREAS, on July 2, 2009, Plaintiffs filed an Administrative Motion to Seal Documents
5  Pursuant to Civil Local Rules 7-11 and 79-5 ("Motion to Seal"), and the declaration of Christopher
6  T. Micheletti in support thereof;
7      WHEREAS, the declaration of Christopher T. Micheletti filed in support of Plaintiffs'
8  Motion to Seal contained a list of confidential third-party information in the Reply Brief, Micheletti
9  Exhibits, Dwyer Reply Declaration and Exhibits, and Harris Reply Declaration and Exhibits;
10     WHEREAS, on August 19, 2009, the Court granted in part and denied in part Plaintiffs'
11 Motion to Seal ("August 19, 2009 Sealing Order") and did not set forth a deadline within which
12 Plaintiffs shall file the unredacted portions of documents the Court ordered to be filed in the public
13 record;
14     WHEREAS, on August 21, 2009, third party Kyocera Wireless Corporation ("Kyocera")
15 advised Plaintiffs that it intends, on or before August 26, 2009, to file a Request to Modify the
16 Court's August 19, 2009 Sealing Order to request that certain of its confidential information be kept
17 under seal, and to lodge a proposed order granting its Request to Modify the Court's Sealing Order;
18     WHEREAS, in order to allow the Court time to rule on Kyocera's Request to Modify the
19 Court's Sealing Order, the parties agree that Plaintiffs may have until three Court days after the
20 Court rules on Kyocera's Request to Modify the Court's Sealing Order to file in the public record
21 unredacted versions of portions of the Reply Brief, Dwyer Reply Declaration and Exhibits, Harris
22 Reply Declaration and Exhibits, and Micheletti Exhibits not sealed by Court Order.
23     NOW THEREFORE, it is hereby stipulated by the undersigned counsel on behalf of the
24 parties identified below, and subject to the Court's approval, that:
25     Plaintiffs shall file in the public record, no later than three Court days after the Court rules on
26 Kyocera's Request to Modify the Court's Sealing Order, unredacted versions of all portions of the
27 Reply Brief, Dwyer Reply Declaration and Exhibits, Harris Reply Declaration and Exhibits, and

1  Micheletti Exhibits not sealed by Court Order.

2  Dated: August 21, 2009        By:    /s/ Christopher T. Micheletti
                                        CHRISTOPHER T. MICHELETTI
3                                       ZELLE HOFMANN VOELBEL
                                          & MASON LLP
4                                       Interim Lead and Liaison Counsel for
                                        Indirect-Purchaser Class
5

6

7

8  Dated: August 21, 2009        By:    /s/ Patrick M. Ryan
                                        PATRICK M. RYAN
9                                       WINSTON & STRAWN LLP
                                        Liaison Counsel for Defendants

10  *Additional Defendants and Counsel:*
11  **LATHAM & WATKINS LLP**                    **WHITE & CASE LLP**

12

13  By  /s/ Belinda Lee                          By  /s/ Matthew S. Leddicotte
       Belinda Lee                                   Matthew S. Leddicotte (*pro hac vice*)
14     Attorneys for Defendants                      Attorneys for Defendant Etron Technology
       Toshiba Corporation and Toshiba              America, Inc.
15     America Electronic Components, Inc.

16

17  **MAYER BROWN LLP**                          **O'MELVENY & MYERS LLP**

18

19  By  /s/ Robert E. Bloch                      By  /s/ Michael F. Tubach
       Robert E. Bloch (*pro hac vice*)              Michael F. Tubach
20     Attorneys for Defendant                       Attorneys for Defendants
       Cypress Semiconductor, Inc.                   Hynix Semiconductor Inc., and
21                                                   Hynix Semiconductor America Inc.

22  **McDERMOTT WILL & EMERY LLP**              **SHEPPARD, MULLIN, RICHTER &
                                                 HAMPTON LLP**
23

24  By  /s/ Craig P. Seebald                     By  /s/ James L. McGinnis
       Craig P. Seebald (*pro hac vice*)             James L. McGinnis
25     Vincent van Panhuys (*pro hac vice*)          Attorneys for Defendants
       Attorneys for Defendants Renesas              Samsung Electronics America, Inc.,
26     Technology Corp., Renesas Technology         Samsung Electronics Company, Ltd., and
       America, Inc., Mitsubishi Electric            Samsung Semiconductor, Inc
27     Corporation, and Mitsubishi Electric &
28
                                         3
STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR INDIRECT PURCHASER PLAINTIFFS
TO FILE UNREDACTED DOCUMENTS PURSUANT TO THE COURT'S ORDER ON
INDIRECT PURCHASER PLAINTIFFS' MOTION TO SEAL

Electronics USA, Inc.

I, Christopher T. Micheletti, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

                                              */s/ Christopher T. Micheletti*
                                                 Christopher T. Micheletti

4

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR INDIRECT PURCHASER PLAINTIFFS TO FILE UNREDACTED DOCUMENTS PURSUANT TO THE COURT'S ORDER ON INDIRECT PURCHASER PLAINTIFFS' MOTION TO SEAL

1 | **IT IS SO ORDERED.**

Dated: _____8/26_____, 2009

_____
THE HONORABLE CLAUDIA WILKEN
United States District Judge
Northern District of California