## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

IN RE: STATIC RANDOM ACCESS (SRAM)          NO. C 07-01819 CW
ANTITRUS LITIGATION,

                                             **MINUTE ORDER**
                                             Date: 9/3/09

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill     Court Reporter:** Diane Skillman

**Appearances for Plaintiff:**
**Indirect Purchasers:** Francis Scarpulla; Christopher Michelitti;
Nathalie Finkelman Bennet; Michael Jackson; Jane N. Yi; Susan
Kuffer; Jack Lee; Lingel Winters; Adam Belsky
**Direct Purchases:** Guido Saveri: Steven Williams; Neil Swartzberg

**Appearances for Defendant:**
Patrick Ryan; Paul Griffin; Robert Bloch; Cassandra Thomson;
Katherine Robison; Craig Seebald; Laura Guillen; John Whittaker

                           **Motions:**

| | | |
|---|---|---|
| Indirect Purchaser Plaintiffs | Mo. for class certification | Under Submission |
| Dfts. NEC Electronics Corp. and NEC Electronics America | Mo. to exclude the expert opinions of Mark Dwyer and Michael J. Harris | Under Submission |
| Indirect-Purchaser Plaintiffs | Mo. to exclude the expert opinion of Michelle M. Burtis | Under Submission |
| Defendants | Mo. to exclude the expert rebuttal opinions of Mark Dwyer and Michael J. Harris | Under Submission |

Further briefing due:
Order to be prepared by: Court

           **Further Case Management Conference Held?:** Yes

Notes: Motions taken under submission. CMC dates previously
set.

Copies to: Chambers