Robert B. Pringle (CA Bar No. 051365)
Paul R. Griffin (CA Bar No. 083541)
Patrick M. Ryan (CA Bar No. 203215)
Jonathan E. Swartz (CA Bar No. 203624)
Sean D. Meenan (CA Bar No. 260466)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA  94111-5894
Telephone:     415-591-1000
Facsimile:      415-591-1400
rpringle@winston.com
pgriffin@winston.com
pryan@winston.com
jswartz@winston.com
smeenan@winston.com

Attorneys for Defendants
NEC ELECTRONICS CORPORATION and
NEC ELECTRONICS AMERICA, INC.

*[Other Counsel and Defendants Appear on Signature Page]*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST LITIGATION | Case No.:  M:07-cv-1819 CW<br><br>MDL No. 1819 |
| This Document Relates To:<br><br>    All Indirect Purchaser Actions | **DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF FOR LEAVE TO FILE A SUPPLEMENTAL BRIEF REGARDING INACCURATE STATEMENTS AND NEW ISSUES RAISED AT THE HEARING ON CLASS CERTIFICATION**<br><br>Judge:     Hon. Claudia Wilken |

        Pursuant to Civil Local Rule 7-11, Defendants hereby move for administrative relief for

leave to file a supplemental brief to correct certain misstatements by Plaintiffs at the September 3,

2009 hearing on class certification and to address new issues raised by the Court at the hearing that

Winston & Strawn LLP
101 California Street
San Francisco, CA  94111-5894

1

1   were not briefed by the parties.  The supplemental brief Defendants seek to file is attached as Exhibit

2   A to the Declaration of Patrick M. Ryan in support of this Motion.

3        Defendants' counsel met and conferred with Plaintiffs' counsel regarding the filing of this

4   brief.  Initially, Plaintiffs' counsel indicated that they might stipulate to the filing of simultaneous

5   supplemental briefs because a number of issues raised at the hearing had not been briefed, but on the

6   day of the filing of this motion, Plaintiffs decided not to stipulate to the filing of supplemental briefs.

7   (Declaration of Patrick M. Ryan in support of this Motion for Leave to File Supplemental Brief, ¶ 3–

8   7.)

9   **I.      GOOD CAUSE EXISTS TO ALLOW FOR THE FILING OF A**

10          **SUPPLEMENTAL BRIEF**

11        To aid the Court in deciding the issues raised at the hearing on Plaintiffs' Motion for Class

12   Certification, Defendants seek leave to file a supplemental brief to address certain materially

13   inaccurate statements made by Plaintiffs at the hearing with respect to the nature of their claims and

14   the injury requirements Plaintiffs must meet for certification of a nationwide injunctive class under

15   Fed. R. Civ. P. 23(b)(2) as well as a damages and restitutionary class under Fed. R. Civ. P. 23(b)(3).

16        For example, at the class certification hearing, Plaintiffs created the impression that they did

17   not plead a legal damages claim under California law and that they are only asking for equitable

18   relief for which a bench trial is sought.  This is contrary to Plaintiffs' own pleadings.  Plaintiffs

19   brought a claim for relief under the Cartwright Act for damages, which will be tried to a jury if this

20   case is certified.  (*See* Plaintiffs' Third Amended Complaint at ¶ 209.)  Plaintiffs also represented at

21   the hearing that an evidentiary showing of injury is not required to assert a claim for injunctive relief

22   under California or federal law.  This patently misstates the law in the Ninth Circuit.  It is black-

23   letter law that both claims require that each class representative make an evidentiary showing of

24   actual individualized injury to establish standing and to establish that certification may be granted.

25   Plaintiffs also misstated the injury requirement with respect to restitution under many states' unfair

26   competition statutes, including a claim under Cal. Bus. & Prof. Code §§ 17200, *et seq*.

27

28

Winston & Strawn LLP
101 California Street
San Francisco, CA  94111-5894

DEFENDANTS' MOTION FOR LEAVE TO FILE A SUPPLEMENTAL BRIEF REGARDING INACCURATE STATEMENTS AND
NEW ISSUES RAISED AT THE CLASS CERTIFICATION HEARING
M:07-cv-1819 CW

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

1    The supplemental brief defendants seek leave to file also addresses new issues raised by the

2  Court at the hearing that were not briefed by the parties, including whether the Court must consider

3  injury to individual proposed class representatives for certification of a injunctive class or a

4  restitutionary class and whether the Court should bifurcate the issue of conspiracy from injury.

5    Because the Court is entertaining Plaintiffs' arguments, including the inaccuracies stated at

6  the hearing, in its consideration of class certification, good cause exists for Defendants to present the

7  Court with the applicable authority on these pertinent issues.  On this basis, Defendants seek

8  permission from the Court to file the supplemental brief attached as Exhibit A to the Declaration of

9  Patrick M. Ryan in support of this Motion.

10   **II.    CONCLUSION**

11   Based on the foregoing, Defendants respectfully request that the Court grant Defendants'

12  Administrative Motion for Leave to File a Supplemental Brief Regarding Inaccurate Statements and

13  New Issues Raised at the Hearing on Class Certification and order the supplemental brief attached as

14  Exhibit A to the Declaration of Patrick M. Ryan deemed filed *nunc pro tunc* as of the date of the

15  filing of this Motion.

16

17  Dated:  September 16, 2009                                    Respectfully submitted,

18                                                          WINSTON & STRAWN LLP

19

20                                          By      */s/ Sean D. Meenan*
                                                    SEAN D. MEENAN
                                               Attorneys for Defendants
21                                            NEC ELECTRONICS CORPORATION
                                             and NEC ELECTRONICS AMERICA, INC.
22

23   I, Sean D. Meenan, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the

24  concurrence to the filing of this document has been obtained from each signatory hereto.

25                                                  */s/ Sean D. Meenan*
                                                     Sean D. Meenan
26

27

28

3

*Additional Defendants and Counsel:*

**LATHAM & WATKINS LLP**

By  */s/ Belinda Lee*
    Belinda Lee
    Attorneys for Defendants
    Toshiba Corporation and Toshiba
    America Electronic Components, Inc.

**MAYER BROWN LLP**

By  */s/ Robert E. Bloch*
    Robert E. Bloch (*pro hac vice*)
    Attorneys for Defendant
    Cypress Semiconductor, Inc.

**McDERMOTT WILL & EMERY LLP**

By   */s/ Craig P. Seebald*
    Craig P. Seebald *(pro hac vice)*
    Vincent van Panhuys *(pro hac vice)*
    Attorneys for Defendants Renesas
    Technology Corp., Renesas Technology
    America, Inc., Mitsubishi Electric
    Corporation, and Mitsubishi Electric &
    Electronics USA, Inc.

**WHITE & CASE LLP**

By  */s/ Matthew S. Leddicotte*
    Matthew S. Leddicotte (*pro hac vice*)
    Attorneys for Defendant Etron Technology
    America, Inc.

**O'MELVENY & MYERS LLP**

By  */s/ Michael F. Tubach*
    Michael F. Tubach
    Attorneys for Defendants
    Hynix Semiconductor Inc., and
    Hynix Semiconductor America Inc.

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

By  */s/ James L. McGinnis*
    James L. McGinnis
    Attorneys for Defendants
    Samsung Electronics America, Inc.,
    Samsung Electronics Company, Ltd., and
    Samsung Semiconductor, Inc

**Winston & Strawn LLP**
**101 California Street**
**San Francisco, CA  94111-5894**

4