FRANCIS O. SCARPULLA (41059)
CRAIG C. CORBITT (83251)
CHRISTOPHER T. MICHELETTI (136446)
JANE YI (257893)
ZELLE HOFMAN VOELBEL & MASON LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770
fscarpulla@zelle.com
ccorbitt@zelle.com

*Interim Lead and Liaison Counsel for Indirect Purchaser Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST LITIGATION | Master Docket File No. M:07-cv-01819-CW<br><br>MDL No. 1819 |
| This Document Relates To:<br><br>ALL INDIRECT PURCHASER ACTIONS | **DECLARATION OF CHRISTOPHER T. MICHELETTI IN SUPPORT OF INDIRECT PURCHASER PLAINTIFFS' MOTION FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT**<br><br>Date: November 19, 2009<br>Time: 2:00 pm<br>Courtroom: 2, 4th Floor<br>Judge: Hon. Claudia Wilken |

I, Christopher T. Micheletti, declare:

1. I am a member in good standing of the State Bar of California and am a member of the firm Zelle Hofman Voelbel & Mason LLP, Interim Lead and Liaison Counsel for the Indirect Purchaser Class. I am duly licensed to practice in the State of California and the United States District Court for the Northern District of California. This Declaration is based on personal knowledge, except where specified that information is based on information and belief, and if called to testify, I could and would do so competently as to the matters set forth herein.

2. I submit this Declaration in support of Indirect Purchaser Plaintiffs' Motion for Leave to File Amended Complaint.

3. Attached as Exhibit 1 is a true and correct copy of the Tolling Agreement between Indirect Purchaser Plaintiffs ("IP Plaintiffs" or "Plaintiffs") and Etron Technology, Inc., ("ETI") dated July 30, 2007.

4. Attached as Exhibit 2 is a true and correct copy of the Notice of Continuation of the Deposition of Chao-Chun Lu (Nicky Lu), dated August 24, 2009.

5. Attached as Exhibit 3 is a true and correct copy of the Notice of Continuation of the Deposition of Hsun-Feng Li (Stephen Li), dated August 24, 2009.

6. Attached as Exhibit 4 is a true and correct copy of the March 25, 2009, letter from Jane Yi of Zelle Hofmann, counsel for IP Plaintiffs, to Douglas Jasinski of White & Case, counsel for ETI indicating the agreement between ETI and IP Plaintiffs that Etron Technology, Inc. will make an identical production of documents and information to them within six business days of producing documents to Direct Purchaser Plaintiffs ("DP Plaintiffs"), pursuant to Judge Fern M. Smith's Stipulation and Order re: Production of Documents by Etron Technology, Inc., filed on March 17, 2009.

7. Attached as Exhibit 5 is a true and correct copy of Judge Fern M. Smith's Stipulation and Order re: Production of Documents by Etron Technology, Inc., filed on March 17, 2009.

8. Attached as Exhibit 6 is a true and correct copy of the April 21, 2009 letter from Douglas Jasinski to Jane Yi confirming that Etron Technology, Inc. produced to IP Plaintiffs the same documents and information provided to DP Plaintiffs.

9. Attached as Exhibit 7 is a true and correct copy of this Court's Amended Minute Order and Case Management Order, filed June 8, 2007.

10. Attached as Exhibit 8 is a true and correct copy of the Stipulation and Order Regarding Revised Case Management Schedule as Modified, filed on August 18, 2009.

11. Attached as Exhibit 9 is a true and correct copies of documents produced in discovery by ETI in or about April 2009, EtronMDL-0069900-0069901, EtronMDL-0083756-

0083757, and EtronMDL-0076627.

12. Attached as Exhibit 10 is a true and correct copy of excerpts from the deposition of Gary Scotch, a former employee of defendant Cypress Semiconductor, Inc., which took place on August 20, 2009.

13. Attached as Exhibit 11 is a true and correct copy of excerpts from the deposition of John Bugee, a former employee of defendant Samsung Semiconductor, Inc., which took place on August 27, 2009.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing statements of fact are true and correct.

Executed this 15th day of October, 2009 in San Francisco, California.

*/s/ Christopher T. Micheletti*
Christopher T. Micheletti

3219163.1