[Counsel Listed Below]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| **IN RE STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST LITIGATION**<br><br>**This Document Relates to:**<br><br>**ALL ACTIONS** | Case No. M:07-cv-01819-CW<br><br>MDL No. 1819<br><br>**STIPULATION AND ORDER REGARDING SUBSTANTIVE DISCOVERY PRODUCED AFTER DECEMBER 11, 2009** |

WHEREAS, fact discovery for both the Direct-Purchaser and Indirect-Purchaser actions is scheduled to end December 11, 2009;

WHEREAS, several Parties have timely served discovery requests (e.g. document requests, interrogatories, deposition notices) for which responses were (or are) due on or before December 11, 2009;

WHEREAS, there are (or may be) disputes relating to such timely-served discovery requests;

1  WHEREAS, resolution of such disputes may be resolved through the meet and confer process and without the need for any motion seeking a court order;

WHEREAS, all Parties are in agreement to the terms of this Stipulation;

IT IS HEREBY STIPULATED by the undersigned counsel on behalf of the Parties identified below, that:

(1) To the extent substantive discovery (e.g. documents, interrogatory answers, deposition testimony) is produced in response to a timely-served discovery request, no Party will object to the use of such substantive discovery on the grounds that it was produced after the fact discovery cut-off date of December 11, 2009;

(2) To the extent a propounding Party is unable to reach agreement regarding substantive discovery to be produced in response to a timely-served discovery request, the propounding Party may bring a motion to compel no later than January 8, 2010, and no Party will object on timeliness grounds to such motion;

Dated: December 10, 2009              By: */s/ Joseph W. Cotchett* \_\_\_\_\_
                                              Joseph W. Cotchett

                                      Joseph W. Cotchett
                                      jcotchett@cpmlegal.com
                                      Steven N. Williams
                                      swilliams@cpmlegal.com
                                      Neil Swartzberg
                                      nswartzberg@cpmlegal.com
                                      **COTCHETT, PITRE & McCARTHY**
                                      840 Malcolm Road, Suite 200
                                      Burlingame, CA 94010
                                      Telephone: (650) 697-6000
                                      Facsimile: (650) 697-0577

                                      *Lead Counsel for the Direct-Purchaser Class*

Dated: December 10, 2009              By: */s/ Francis O. Scarpulla*\_\_\_
                                              Francis O. Scarpulla

                                      Francis O. Scarpulla
                                      fscarpulla@zelle.com
                                      Craig C. Corbitt
                                      ccorbitt@zelle.com
                                      Christopher Micheletti
                                      cmicheletti@zelle.com
                                      **ZELLE HOFMANN VOELBEL & MASON**
                                      44 Montgomery Street, Suite 3400
                                      San Francisco, CA  94104

|   |   |
|---|---|
|   | Telephone:   (415) 693-0700 |
|   | Facsimile:   (415) 693-0770 |
|   | *Lead Counsel for the Indirect-Purchaser Class* |
| Dated: December 10, 2009 | By:  */s/ Paul R. Griffin*_____ |
|   |         Paul R. Griffin |

Robert Pringle
rpringle@winston.com
Paul R. Griffin
pgriffin@winston.com
Jonathan Swartz
jswartz@winston.com
**WINSTON & STRAWN, LLP**
101 California Street
San Francisco, CA 94111
Telephone:   (415) 591-1000
Facsimile:   (415) 591-1400

*Liaison Counsel for Defendants*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

**12/21**
DATED: _____, 2009          _____
                                                                  Hon. Claudia Wilken
                                                                  *United States District Judge*
                                                                  *Northern District of California*

### ATTESTATION OF FILING

Pursuant to N.D. Cal. General Order No. 45, section 45 X(B), I, Neil Swartzberg, hereby attest that concurrence in the filing of this stipulation and proposed order has been obtained from the individuals from whom I have provided the conformed signatures above.

**COTCHETT, PITRE & McCARTHY**

By:  _____*/s/ Neil Swartzberg*_____
          Neil Swartzberg

*Lead Counsel for the Direct-Purchaser Class*