David J. White (Bar#: 650039)
Seyfarth Shaw LLP
One Century Plaza, Suite 3500
2029 Century Park East
Los Angeles , CA 90067-3021
Dwhite@seyfarth.com
Tel:  (310) 201-1573
Fax: (310) 282-6909

Attorneys for Non-Party Witness
Costco Wholesale Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST LITIGATION, | Case No.:   M:07-cv-1819 CW <br><br> MDL No. 1819 |
| This Document Relates to: <br> ALL INDIRECT PURCHASER ACTIONS, | **ORDER GRANTING INDIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7- 11 AND 79-5** |

Having reviewed Indirect Purchaser Plaintiffs' Administrative Motion to Seal Documents Pursuant to Local Rules 7-11 and 79-5, the Declaration of Christopher T. Micheletti in Support thereof, Indirect Purchaser Plaintiffs' Opposition to Defendants' Motion to Exclude the Expert Opinions of Mark Dwyer and Michael J. Harris, Indirect Purchaser Plaintiffs' Opposition to Defendants' Motion to Exclude the Expert Rebuttal Opinions of Mark Dwyer and Michael J. Harris, the Declaration of Christopher T. Micheletti in Opposition to Defendants' Motions to

1

AMENDED [PROPOSED] ORDER GRANTING INDIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5
CH1 11791194.1

1  Exclude the Expert Opinions of Mark Dwyer and Michael J. Harris, and the Declaration of Bill
2  Prescott in Support of Indirect Purchaser Plaintiffs' Motion, and good cause appearing, the Court
3  hereby FINDS that the sections referenced below contain Costco's confidential, proprietary, and
4  competitively sensitive information and constitute "sealable" material under Civil Local Rule 79-
5  5(a).

6  Therefore it is hereby ORDERED that Indirect Purchaser Plaintiffs' Administrative
7  Motion to Seal is GRANTED as to the following sections:

8  A.   Indirect Purchaser Plaintiffs' Opposition to Defendants' Motion to Exclude the Expert
9  Rebuttal Opinions of Mark Dwyer and Michael J. Harris ("Mot. To Exclude") the language
10 within the parenthetical on page 12, lines 5-6, beginning with the text "See Id." and ending with
11 the text "percent."

12 B.   Exhibit D to the Declaration of Christopher T. Micheletti in Opposition to Defendants'
13 Motions to Exclude the Expert Opinions of Mark Dwyer and Michael J. Harris containing
14 selected excerpts from the deposition transcript of Bill Prescott designated as HIGHLY
15 CONFIDENTIAL – ATTORNEYS' EYES ONLY.

16 **IT IS SO ORDERED.**

17
18 Dated: 1/12/10

19 The Honorable Claudia Wilken
20 United States District Court Judge
    Northern District of California