1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST LITIGATION, | Case No.: M:07-cv-1819 CW<br>MDL No. 1819 |
|---|---|
| This Document Relates to:<br>ALL INDIRECT PURCHASER ACTIONS, | **ORDER GRANTING INDIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5** |

[PROPOSED] ORDER GRANTING INDIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5

Having reviewed Indirect Purchaser Plaintiffs' Administrative Motion to Seal Documents Pursuant to Local Rules 7-11 and 79-5, the Declaration of Christopher T. Micheletti in Support thereof, Indirect Purchaser Plaintiffs' Opposition to Defendants' Motion to Exclude the Expert Opinions of Mark Dwyer and Michael J. Harris, Indirect Purchaser Plaintiffs' Opposition to Defendants' Motion to Exclude the Expert Rebuttal Opinions of Mark Dwyer and Michael J. Harris, the Declaration of Christopher T. Micheletti in Opposition to Defendants' Motions to Exclude the Expert Opinions of Mark Dwyer and Michael J. Harris, and the Declaration of Donald Timms in Support of Indirect Purchaser Plaintiffs' Motion, and good cause appearing, the Court hereby FINDS that the sections referenced below contain Kyocera's confidential, proprietary, and competitively sensitive information and constitute "sealable" material under Civil Local Rule 79-5(a).

Therefore it is hereby ORDERED that Indirect Purchaser Plaintiffs' Administrative Motion to Seal is GRANTED as to the following sections:

A.   Indirect Purchaser Plaintiffs' Opposition to Defendants' Motion to Exclude the Expert Rebuttal Opinions of Mark Dwyer and Michael J. Harris ("Mot. To Exclude"):

- Table of Contents, page i, lines 19-21, all of the words after "That Mr."
- Table of Contents, page i, lines 22-23, all of the words after "Kyocera was"
- Table of Contents, page i, lines 24-25, all of the words after "About Kyocera's"
- Page 10 lines 15-16, starting with the text "product price" and ending with the text "methodologies."
- Page 10 line 21 to page 12 line 4, starting with the text "General Manager" and ending with the text "declaration or testimony."
- Page 12 lines 7-11, starting with the text "to Exert" and ending with the text "Kyocera's costs."
- Page 12 line 13 to page 15 line 4, starting with the text "was able to" and ending with the text "do not establish."

B. Exhibits to the Declaration of Christopher T. Micheletti in Opposition to Defendants' Motions to Exclude the Expert Opinions of Mark Dwyer and Michael J. Harris:

- Exhibit C, selected excerpts from the deposition transcript of Steven Watts designated as HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**IT IS SO ORDERED.**

Dated: 1/14/10

*/s/ Claudia Wilken*
The Honorable Claudia Wilken
United States District Court Judge
Northern District of California