1

2               UNITED STATES DISTRICT COURT

3               NORTHERN DISTRICT OF CALIFORNIA

4               OAKLAND DIVISION

5

| | |
|---|---|
| IN RE STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST LITIGATION | Case No.: M:07-cv-1819 CW |
| | MDL No. 1819 |
| This Document Relates to: ALL INDIRECT PURCHASER ACTIONS | **ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL PORTIONS OF DOCUMENTS PURSUANT TO CIVIL L.R. 7-11 AND 79-5** |
| | Judge: Hon. Claudia Wilken |

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL PORTIONS OF DOCUMENTS/CASE NO. M:07-CV-1819 CW; MDL NO.1819

Error! Unknown docu

1    Having reviewed Defendants' Motion to Seal Portions of Documents Pursuant to Civil Local
2  Rule 7-11 and 79-5 (Filing No. 807), the Declaration of Claire M. Korenblit related thereto, and
3  good cause appearing therefore, it is hereby ORDERED that:
4    Defendants' Administrative Motion to Seal the following portions of the Surrebuttal
5  Declaration of Michelle M. Burtis ("Burtis Surrebuttal Declaration"):
6    (i)  Burtis Surrebuttal Declaration at page 17, paragraph 24, line 3 – The six words
7  between "certain" and "26."
8    (ii)  Burtis Surrebuttal Declaration at page 17, paragraph 24, lines 4 and 5 – All of the
9  words on line 4 and the first four words on line 5 before "27."
10    (iii)  Burtis Surrebuttal Declaration at page 17, paragraph 24, lines 9 and 10 – The last
11  three words on line 9 after "customer" and the first word in line 10 before "prices."
12    (iv)  Burtis Surrebuttal Declaration at page 17, paragraph 24, line 12 – The two words
13  between "of" and "prices."
14    (v)  Burtis Surrebuttal Declaration at page 17, footnote 26 – All of the words after
15  "Exhibit 14."
16    (vi)  Burtis Surrebuttal Declaration at page 18, footnote 29, lines 8 and 9 – The last
17  two words on line 8 after "nine" and the first five words on line 9 before "Exhibit 44."
18    (vii)  Burtis Surrebuttal Declaration at page 18, footnote 29, lines 9 and 10 – The last
19  two words on line 9 after "four" and all of the words on line 10.
20  IS GRANTED.
21
22  IT IS SO ORDERED.
23             1/21/10                                *Claudia Wilken* (signature)
24  Dated: _____     _____
25                                      The Honorable Claudia Wilken
26                                      United States District Court Judge
27                                      Northern District of California
28