1   RICHARD C. VASQUEZ  (CA SB # 127228)
    ERIC W. BENISEK ( CA SB # 209520)
2   AVIN P. SHARMA (CA SB# 233328)
    VASQUEZ BENISEK & LINDGREN LLP
3   3685 Mt. Diablo Blvd, Suite 300
    Lafayette, CA  94549
4   Telephone:     (925) 627-4250
    Facsimile:     (925) 403-0900
5   rvasquez@vbllaw.com
    ebenisek@vbllaw.com
6   asharma@vbllaw.com

7

Attorneys for Non-Party 3Com Corporation

8

UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

OAKLAND DIVISION

11

| | |
|---|---|
| 12  IN RE STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST LITIGATION<br><br>This Document Relates to:<br>ALL INDIRECT PURCHASER ACTIONS | Case No:   M:07-CV-1819 CW<br>MDL No. 1819<br><br>**ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL PORTIONS OF NON-PARTY 3COM'S DOCUMENTS PURSUANT TO CIVIL L.R. 7-11 AND 79-5**<br><br>Judge: The Honorable Claudia Wilken<br>Dept: Dept: Courtroom 2, 4th Floor |

---

**[PROPOSED] ORDER GRANTING DEFS' ADMINISTRATIVE MOTION TO SEAL 3COM'S DOCUMENTS**
**CASE NO: M:07-CV-1819 CW**

Having reviewed the Defendants' Administrative Motion to Seal Portions of Documents Pursuant to L.R. 7-11 and 79-5, the Declaration of Richard A. Baker, Jr., and all other pleadings filed in support of thereof, and having found good cause to order that the information designated therein remain under Seal, it is hereby ORDERED that:

(1) Defendants' Administrative Motion to Seal the following portions of Defendants' Surreply to Indirect Purchaser Plaintiffs' Motion for Class Certification:

1. Page 27, line 4, the first word, before "regression"

2. Page 27, line 4, the last word, after "one"

3. Page 27, line 16, the third word, after "(1)" and before "BoM,"

4. Page 27, line 17, beginning with the second word, after "the," and ending with the seventh word, before "and the day"

5. Page 28, line 1, the fourth word from the end, after "The" and before "regression"

6. Page 28, line 2, the seventh word from the end, after "in" and before "BoM"

And (2) Defendants' Administrative Motion to Seal the following portions of the Surrebuttal Declaration of Michelle M. Burtis, Ph.D. and exhibits thereto:

1. Page 6, ¶11, second line, all of the words after "router, the" to the end of the line

2. Page 6, ¶11, third line, first word before "produced"

3. Page 6, ¶11, third line, seventh word, after "manufacturer" and before "and sold by"

[PROPOSED] ORDER GRANTING DEFS' ADMINISTRATIVE MOTION TO SEAL 3COM'S DOCUMENTS
CASE NO. M: 07-CV-1819 CW

4. Page 8, ¶12, the first word in line four, before "BoM"

5. Page 9, ¶13, the third word on line three, after "price" and before "charges"

6. Page 9, ¶13, line four, the seventh word after "pass-through of" and before "costs to"

7. Page 9, ¶13, line four, the sixth word from the end, after "cost to" and before "prices"

8. Page 9, ¶13, line eight, the first word, before"BoM"

9. Page 9, Footnote 11, line two, the fifth word from the end, after "increase in" and before "cost"

10. Page 9, Footnote 11, line three, the fifth word from the end, after "through" and before "cost"

11. Page 9, Footnote 11, beginning with the third word on line four, after "See," and through the end of line seven

12. Page 10, ¶15, line three, the fourth word from the end, after "variables-" and before "BoM"

13. Page 10, ¶15, line four, all of the words after "data for the" to the end of the line

14. Page 11, first line, first two words, before "and the day"

15. Page 11, fifth line, ninth word, after "price of the" and before "router"

16. Page 12, Footnote 17, line two, the second word, after "in" and before "BoM"

17. Page 12, Footnote 17, line eight, the second word, after "in" and before

[PROPOSED] ORDER GRANTING DEFS' ADMINISTRATIVE MOTION TO SEAL 3COM'S DOCUMENTS
CASE NO. M: 07-CV-1819 CW

"BoM"

18. Page 12, line eight, the fourth word from the end, after "by" and before "indicate"

19. Page 12, Footnote 17, lines nine through twelve, beginning with the fifth word on line nine, after "example," and ending with the fifth word on line twelve, before "Moreover,"

20. Page 12, Footnote 17, line thirteen, the fourth word from the end, after "the" and before "BoM"

21. Page 13, Footnote 18, line three, the fourth word, after "is" and before "SRAM"

22. Page 13, Footnote 18, line three, the eighth word from the end, after "found in" and before "BoM"

23. Exhibit 115 in its entirety

24. Exhibit 119 in its entirety

IS GRANTED.


**IT IS SO ORDERED.**

Dated: ___1/21/10_____          _____

The Honorable Claudia Wilken
United States District Court Judge

[PROPOSED] ORDER GRANTING DEFS' ADMINISTRATIVE MOTION TO SEAL 3COM'S DOCUMENTS
CASE NO. M: 07-CV-1819 CW