IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST LITIGATION,

_____/

No. C 07-01819 CW

ORDER STRIKING PORTION OF NOVEMBER 17, 2009 ORDER GRANTING INDIRECT PURCHASER PLAINTIFFS LEAVE TO FILE FOURTH AMENDED COMPLAINT

On January 15, 2010, the Court issued an order granting Etron Technology, Inc.'s motion for leave to file a motion for reconsideration.  The Court noted that it was inclined to strike page five, lines fourteen through twenty-three of the November 17, 2009 Order granting IP Plaintiffs leave to file a fourth amended complaint, unless IP Plaintiffs filed an opposition to this course of action within seven days from the date of the order.  On January 20, IP Plaintiffs submitted a statement of non-opposition to the Court's proposal.  Accordingly, the Court strikes page five, lines fourteen through twenty-three of the November 17 Order.

IT IS SO ORDERED.

Dated: 01/22/10

_____
CLAUDIA WILKEN
United States District Judge