FRANCIS O. SCARPULLA (41059)
CRAIG C. CORBITT (83251)
CHRISTOPHER T. MICHELETTI (136446)
JANE YI (257893)
ZELLE HOFMANN VOELBEL & MASON LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone:    (415) 693-0700
Facsimile:    (415) 693-0770
fscarpulla@zelle.com
ccorbitt@zelle.com

*Lead and Liaison Counsel for
Indirect Purchaser Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| IN RE STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. M:07-CV-01819-CW<br><br>MDL No. 1819<br><br>**AMENDED STIPULATION AND ORDER REGARDING REVISED CASE MANAGEMENT SCHEDULE** |

WHEREAS, on November 25, 2009, the Court issued an Order Granting Indirect Purchaser Plaintiffs' Motion for Class Certification and Denying Motions to Exclude Expert Opinions (Dkt. 903) ("Order Granting Certification"), wherein the Court certified a nationwide injunctive class of indirect purchasers of SRAM pursuant to Federal Rules of Civil Procedure 23(a) and (b)(2), as well as twenty-seven (27) state classes of indirect purchasers of SRAM pursuant to Federal Rules of Civil Procedure 23(a) and (b)(3), and denied Plaintiffs' and Defendants' *Daubert* motions to exclude experts' opinions;

WHEREAS, on December 9, 2009, Defendants NEC, Samsung and Cypress filed a petition, pursuant to Federal Rule of Civil Procedure 23(f), in the United States Court of Appeals for the Ninth Circuit for permission to appeal the Court's Order Granting Certification (the "Petition");

1   WHEREAS, per a stipulation between the Indirect Purchaser ("IP") Plaintiffs and
2   Defendants, the Court entered a Stipulation And Order To Extend Time For Indirect Purchaser
3   Plaintiffs To Submit A Proposed Form Of Class Notice And Their Experts' Merits Reports Pending
4   The Decision Of The Ninth Circuit Court Of Appeals On Defendants' Rule 23(f) Petition (Dkt. 907);
5   WHEREAS, on February 10, 2010, the Ninth Circuit Court of Appeals denied Defendants
6   Rule 23(f) Petition;
7   WHEREAS, pursuant to the Stipulation Extending Time, the parties in all actions have met
8   and conferred regarding the remaining dates in the Case Management Schedule and hereby submit to
9   the Court a case schedule seeking to align the schedules in both the IP Purchaser actions and the
10  Direct Purchaser actions and to accomplish just, speedy and inexpensive determination of these
11  actions.
12  NOW THEREFORE, it is hereby stipulated by the undersigned counsel on behalf of the
13  parties identified below, and subject to the Court's approval, that:
14  The case management schedule is amended as outlined in Exhibit A, attached hereto, which
15  changes the case management schedule as follows:
16  (1)   The last day for IP Plaintiffs to serve expert reports on the merits is March 19, 2010;
17  (2)   The last day for Defendants to serve expert reports on the merits is May 4, 2010;
18  (3)   The last day for Plaintiffs to serve expert reply reports on the merits is June 17, 2010;
19  (4)   Expert discovery will close on July 8, 2010;
20  (5)   The last day to file dispositive motions is July 15, 2010;
21  (6)   The last day to file oppositions to dispositive motions is August 24, 2010; and,
22  (7)   The last day to file replies to dispositive motions is September 15, 2010.
23  (8)   The hearing date on dispositive motions is October 14, 2010.
24  (9)   The pre-trial conference is December 14, 2010.
25  (10)  The trial date is January 31, 2011.
26
27
28

| | | | |
|---|---|---|---|
| 1 | Dated: March 8, 2010 | By: | */s/ Christopher T. Micheletti* |
| 2 | | | CHRISTOPHER T. MICHELETTI |
| | | | **ZELLE HOFMANN VOELBEL** |
| 3 | | | **& MASON LLP** |
| | | | *Lead and Liaison Counsel for Indirect-* |
| 4 | | | *Purchaser Class* |

Dated: March 8, 2010           By:     */s/ Steven N. Williams*
                                       STEVEN N. WILLIAMS
                                       **COTCHETT, PITRE & McCARTHY**
                                       *Lead And Liaison Counsel For Direct-*
                                       *Purchaser Class*


Dated: March 8, 2010           By:     */s/ Paul Griffin*
                                       PAUL GRIFFIN
                                       **WINSTON & STRAWN LLP**
                                       *Attorney for Defendants*
                                       *NEC Electronics Corporation and NEC*
                                       *Electronics America, Inc. and*
                                       *Liaison Counsel for Defendants*


*Additional Defendants and Counsel:*

| | |
|---|---|
| By */s/ Belinda Lee* | By */s/ Matthew S. Leddicotte* |
| BELINDA LEE | MATTHEW S. LEDDICOTTE (*pro hac vice*) |
| **LATHAM & WATKINS LLP** | **WHITE & CASE LLP** |
| *Attorney for Defendants* | *Attorney for Defendants* |
| *Toshiba Corporation and Toshiba* | *Etron Technology Corporation and Etron* |
| *America Electronic Components, Inc.* | *Technology America, Inc.* |
| | |
| By */s/ Lee H. Rubin* | By */s/ Michael F. Tubach* |
| LEE H. RUBIN | MICHAEL F. TUBACH |
| **MAYER BROWN LLP** | **O'MELVENY & MYERS LLP** |
| *Attorney for Defendant* | *Attorney for Defendants* |
| *Cypress Semiconductor Corporation* | *Hynix Semiconductor Inc., and* |
| | *Hynix Semiconductor America Inc.* |
| | |
| By */s/ Craig P. Seebald* | By */s/ James L. McGinnis* |
| CRAIG P. SEEBALD (*pro hac vice*) | JAMES L. MCGINNIS |
| **McDERMOTT WILL & EMERY LLP** | **SHEPPARD, MULLIN, RICHTER &** |
| *Attorney for Defendants* | **HAMPTON LLP** |
| *Renesas Technology Corp., Renesas* | *Attorney for Defendants* |
| *Technology America, Inc., Mitsubishi Electric* | *Samsung Electronics America, Inc.,* |
| *Corporation, and Mitsubishi Electric &* | *Samsung Electronics Company, Ltd., and* |

3

**AMENDED STIPULATION AND [PROPOSED] ORDER REGARDING REVISED CASE MANAGEMENT SCHEDULE**

| | |
|---|---|
| *Electronics USA, Inc.* | *Samsung Semiconductor, Inc.* |

By  */s/ Joshua D. N. Hess*
JOSHUA D. N. HESS
**GIBSON DUNN & CRUTCHER LLP**
*Attorney for Defendants
Micron Technology, Inc. and Micron
Semiconductor Products, Inc.*

     I, Christopher T. Micheletti, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

                                                       */s/ Christopher T. Micheletti*
                                                          Christopher T. Micheletti

**IT IS SO ORDERED.**

Dated:  March 22, 2010

                                        THE HONORABLE CLAUDIA WILKEN
                                        United States District Judge
                                        Northern District of California

# EXHIBIT A

## Case Management Schedule

| Event | Direct Purchaser Case Schedule as per 8/18/09 Scheduling Order | Direct and Indirect Purchaser Case - Stipulated and Agreed Date |
|---|---|---|
| Last date to serve expert reports on merits | 1/25/10 | 3/19/10 (Indirect Only) |
| Last date for Defendants to serve expert reports on merits | 3/26/10 | 5/4/10 |
| Last date for Plaintiffs to serve expert reply reports on merits | 4/26/10 | 6/17/10 |
| Close of expert discovery | 5/28/10 | 7/8/10 |
| Last date to file dispositive motions. (Parties to file joint motions to the extent possible.) | 6/10/10 | 7/15/10 |
| Last date to file oppositions to dispositive motions. | 7/22/10 | 8/24/10 |
| Last date to file replies to dispositive motions. | 8/12/10 | 9/15/10 |
| Hearing on dispositive motions and Further Case Management Conference | 9/9/10 at 2:00 p.m. | 10/14/10 at 2:00 p.m. |
| Pre-trial Conference | 11/30/10 at 2:00 p.m. | 12/14/10 at 2:00 p.m. |
| Trial Date | 1/11/11 at 8:30 a.m. (2 months) | 1/31/11 at 8:30 a.m. (2 months) |

3220353.v4

**AMENDED STIPULATION AND [PROPOSED] ORDER REGARDING REVISED CASE MANAGEMENT SCHEDULE**