FRANCIS O. SCARPULLA (41059)
CRAIG C. CORBITT (83251)
CHRISTOPHER T. MICHELETTI (136446)
JANE YI (257893)
ZELLE HOFMANN VOELBEL & MASON LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone:     (415) 693-0700
Facsimile:     (415) 693-0770
fscarpulla@zelle.com
ccorbitt@zelle.com

*Lead and Liaison Counsel for*
*Indirect Purchaser Class*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| IN RE STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST LITIGATION | Case No. M:07-CV-01819-CW |
| | MDL No. 1819 |
| | **STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO INDIRECT PURCHASER PLAINTIFFS' PROPOSED FORMS OF NOTICE OF CLASS ACTION AND PARTIAL SETTLEMENTS** |
| This Document Relates to: | |
| ALL INDIRECT PURCHASER ACTIONS | |

WHEREAS, on November 25, 2009, the Court issued an Order Granting Indirect Purchaser

Plaintiffs' Motion for Class Certification and Denying Motions to Exclude Expert Opinions (Dkt.

903) ("Order Granting Certification"), wherein the Court certified a nationwide injunctive class of

indirect purchasers of SRAM pursuant to Federal Rules of Civil Procedure 23(a) and (b)(2), as well

as twenty-seven (27) state classes of indirect purchasers of SRAM seeking damages and/or

restitution under Federal Rules of Civil Procedure 23(a) and (b)(3); and

WHEREAS, within thirty days of the Order Granting Certification, Class Counsel for

Indirect Purchaser ("IP") Plaintiffs were required to prepare and submit a proposed form of notice to

be sent to members of the Class, and Defendants were permitted to file any comments to that notice

1    within fifteen days thereafter; and

2         WHEREAS, on December 9, 2009, Defendants NEC, Samsung and Cypress filed a petition,

3    pursuant to Federal Rule of Civil Procedure 23(f), in the United States Court of Appeals for the

4    Ninth Circuit for permission to appeal the Court's Order Granting Certification (the "Petition"); and

5         WHEREAS, the parties stipulated and the Court ordered the notice hearing vacated until the

6    Ninth Circuit ruled on the Petition (*see* Dkt. 907); and

7         WHEREAS, pursuant to the stipulation, IP Plaintiffs were required to submit to the Court a

8    proposed form of notice to be sent to class members within 30 days from the date of the Ninth

9    Circuit's decision regarding the Petition; and

10        WHEREAS, on February 10, 2010, the Ninth Circuit denied the Petition; and

11        WHEREAS, on March 12, 2010, IP Plaintiffs filed Proposed Forms of Notice Regarding

12   Class Action and Partial Settlements (Dkt. 971) (the "Proposed Forms of Notice"); and

13        WHEREAS, Defendants are required to respond to IP Plaintiffs' Proposed Forms of Notice,

14   if at all, by March 26, 2010; and

15        WHEREAS, IP Plaintiffs are currently discussing the Proposed Forms of Notice with the

16   non-settling Defendants, Cypress and Samsung (the "Non-Settling Defendants") in an attempt to

17   informally resolve issues and concerns raised by the Non-Settling Defendants, and the parties require

18   more time to consider and discuss these issues;

19        NOW THEREFORE, it is hereby stipulated by the undersigned counsel on behalf of the

20   parties identified below, and subject to the Court's approval, that:

21        Defendants shall have until April 2, 2010 to respond to IP Plaintiffs' Proposed Forms of

22   Notice.

23   ///

24   ///

25   ///

26   ///

27   ///

28
                                           2

1

Dated:  March 25, 2010                    By:     /s/ Christopher T. Micheletti

2                                                  CHRISTOPHER T. MICHELETTI
                                                   **ZELLE HOFMANN VOELBEL**
3                                                  **& MASON LLP**
                                                   *Lead and Liaison Counsel for Indirect-*
4                                                  *Purchaser Class*

5

Dated:  March 25, 2010                    By:     /s/ Michael W. Scarborough

6                                                  MICHAEL W. SCARBOROUGH
                                                   **SHEPPARD MULLIN RICHTER &**
7                                                  **HAMPTON LLP**
                                                   *Attorney for Defendants*
8                                                  *Samsung Electronics Company, Ltd.,*
                                                   *Samsung Semiconductor, Inc. and*
9                                                  *Samsung Electronics America, Inc.*

10

Dated:  March 25, 2010                    By:     /s/ Gary A. Winters

11                                                 GARY A. WINTERS
                                                   **MAYER BROWN LLP**
12                                                 *Attorney for Defendant*
                                                   *Cypress Semiconductor Corporation*

13

14

*Additional Defendants and Counsel:*

15

By  /s/ Belinda Lee                        By  /s/ Matthew S. Leddicotte

16  BELINDA LEE                             MATTHEW S. LEDDICOTTE (*pro hac vice*)
    **LATHAM & WATKINS LLP**                **WHITE & CASE LLP**
17  *Attorney for Defendants*               *Attorney for Defendants*
    *Toshiba Corporation and Toshiba*       *Etron Technology Corporation and Etron*
18  *America Electronic Components, Inc.*    *Technology America, Inc.*

19

By  /s/ Joshua D. N. Hess                  By  /s/ Michael F. Tubach

20  JOSHUA D. N. HESS                       MICHAEL F. TUBACH
    **GIBSON DUNN & CRUTCHER LLP**          **O'MELVENY & MYERS LLP**
21  *Attorney for Defendants*               *Attorney for Defendants*
    *Micron Technology, Inc. and Micron*    *Hynix Semiconductor Inc., and*
22  *Semiconductor Products, Inc.*          *Hynix Semiconductor America Inc.*

23

By  /s/ Craig P. Seebald                   By  /s/ Paul Griffin

24  CRAIG P. SEEBALD (*pro hac vice*)       PAUL GRIFFIN
    **McDERMOTT WILL & EMERY LLP**          **WINSTON & STRAWN LLP**
25  *Attorney for Defendants*               *Attorney for Defendants*
    *Renesas Technology Corp., Renesas*     *NEC Electronics Corporation and NEC*
26  *Technology America, Inc., Mitsubishi Electric*   *Electronics America, Inc. and*
    *Corporation, and Mitsubishi Electric &*          *Liaison Counsel for Defendants*
27  *Electronics USA, Inc.*

28

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO
INDIRECT PURCHASER PLAINTIFFS' PROPOSED FORMS OF NOTICE OF CLASS ACTION AND PARTIAL
SETTLEMENTS

1    I, Christopher T. Micheletti, hereby attest, pursuant to N.D. Cal. General Order No. 45, that

2  the concurrence to the filing of this document has been obtained from each signatory hereto.

3

4                                                       */s/ Christopher T. Micheletti*
                                                        Christopher T. Micheletti

5

6         **IT IS SO ORDERED.**

7

8  Dated:  March 29, 2010

9                                                       THE HONORABLE CLAUDIA WILKEN
                                                        United States District Judge
10                                                      Northern District of California

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO
INDIRECT PURCHASER PLAINTIFFS' PROPOSED FORMS OF NOTICE OF CLASS ACTION AND PARTIAL
SETTLEMENTS