FRANCIS O. SCARPULLA (41059)
CRAIG C. CORBITT (83251)
CHRISTOPHER T. MICHELETTI (136446)
JANE YI (257893)
ZELLE HOFMANN VOELBEL & MASON LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone:     (415) 693-0700
Facsimile:     (415) 693-0770
fscarpulla@zelle.com
ccorbitt@zelle.com

*Lead and Liaison Counsel for
Indirect Purchaser Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| IN RE STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST LITIGATION | Case No. M:07-CV-01819-CW<br><br>MDL No. 1819<br><br>**STIPULATION AND ORDER AMENDING ORDER GRANTING IP PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
| This Document Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS | |

WHEREAS, on November 25, 2009, the Court issued an Order Granting Indirect Purchaser Plaintiffs' Motion for Class Certification and Denying Motions to Exclude Expert Opinions (Dkt. 903) ("Order Granting Certification"), wherein the Court certified a nationwide injunctive class of indirect purchasers of SRAM pursuant to Federal Rules of Civil Procedure 23(a) and (b)(2), as well as twenty-seven (27) state classes of indirect purchasers of SRAM seeking damages and/or restitution under Federal Rules of Civil Procedure 23(a) and (b)(3); and

WHEREAS, the Court's Order certified a nationwide injunctive class of indirect purchasers of SRAM pursuant to the definition of that class as provided in the Complaint; and

WHEREAS, Indirect Purchaser ("IP") Plaintiffs, in their Notice Of Motion And Motion Of Indirect Purchaser Plaintiffs For Class Certification, dated January 29, 2009 ("Notice Of Motion

1 And Motion") (Dkt. 645), at page 2 n.1, and in their Memorandum In Support Of Motion For Class

2 Certification, dated January 29, 2009 (Dkt. 645-2), at page 5, expressly limited the definition and

3 scope of each of the requested state plaintiff classes to purchasers of the following "products

4 containing SRAM":  "handheld computer devices (also known as personal digital assistants ('PDAs')

5 and smart phones), desktop computers (with separate level 2 cache memory), servers, mainframes,

6 Voice-Over Internet Protocol Systems, routers, switches, modems, storage area networks and

7 firewalls"; and

8     WHEREAS, the briefing, discovery and oral argument on the IP Plaintiffs' Motion For Class

9 Certification all proceeded and were limited in scope as to the requested state plaintiff classes based

10 on the foregoing limited definition of "products containing SRAM"; and

11     WHEREAS, the foregoing limited definition of "products containing SRAM" was not

12 explicitly referenced in the definitions of the state plaintiff classes set forth on pages 29 to 36 of the

13 Order Granting Certification; and

14     WHEREAS, the parties wish to avoid any ambiguity with respect to the "products containing

15 SRAM" at issue with respect to the state plaintiff classes certified in the Order Granting Certification

16 for purposes of further litigation of this matter, without effect on the scope of any settlement class;

17     NOW THEREFORE, it is hereby stipulated by the undersigned counsel on behalf of the

18 parties identified below, and subject to the Court's approval, that:

19     The Court's Order Granting Certification be amended to add the following language, which is

20 substantively identical to language appearing in IP Plaintiffs' Notice Of Motion And Motion, on

21 page 36 following the Court's descriptions of the state classes and before the class representatives are

22 identified beginning on lines 22-23 and which is done for purposes of the litigation of these matters:

23     "Products containing SRAM" as used in each of the foregoing state

24     plaintiff class definitions shall be limited for litigation purposes to

25     handheld computer devices (also known as personal digital assistants

26     ("PDAs") and smart phones), desktop computers (with separate level 2

27     cache memory), servers, mainframes, Voice-Over Internet Protocol

28

Systems, routers, switches, modems, storage area networks and firewalls.

| | | |
|---|---|---|
| Dated: April 1, 2010 | By: | /s/ Christopher T. Micheletti<br>CHRISTOPHER T. MICHELETTI<br>**ZELLE HOFMANN VOELBEL & MASON LLP**<br>*Lead and Liaison Counsel for Indirect-Purchaser Class* |
| Dated: April 1, 2010 | By: | /s/ Michael W. Scarborough<br>MICHAEL W. SCARBOROUGH<br>**SHEPPARD MULLIN RICHTER & HAMPTON LLP**<br>*Attorney for Defendants Samsung Electronics Company, Ltd., Samsung Semiconductor, Inc. and Samsung Electronics America, Inc.* |
| Dated: April 1, 2010 | By: | /s/ Gary A. Winters<br>GARY A. WINTERS<br>**MAYER BROWN LLP**<br>*Attorney for Defendant Cypress Semiconductor Corporation* |

*Additional Defendants and Counsel:*

By  /s/ Belinda Lee
BELINDA LEE
**LATHAM & WATKINS LLP**
*Attorney for Defendants Toshiba Corporation and Toshiba America Electronic Components, Inc.*

By  /s/ Matthew S. Leddicotte
MATTHEW S. LEDDICOTTE (*pro hac vice*)
**WHITE & CASE LLP**
*Attorney for Defendants Etron Technology Corporation and Etron Technology America, Inc.*

By  /s/ Joshua D. N. Hess
JOSHUA D. N. HESS
**GIBSON DUNN & CRUTCHER LLP**
*Attorney for Defendants Micron Technology, Inc. and Micron Semiconductor Products, Inc.*

By  /s/ Michael F. Tubach
MICHAEL F. TUBACH
**O'MELVENY & MYERS LLP**
*Attorney for Defendants Hynix Semiconductor Inc., and Hynix Semiconductor America Inc.*

By  /s/ Craig P. Seebald
CRAIG P. SEEBALD (*pro hac vice*)
**McDERMOTT WILL & EMERY LLP**
*Attorney for Defendants Renesas Technology Corp., Renesas*

By  /s/ Paul Griffin
PAUL GRIFFIN
**WINSTON & STRAWN LLP**
*Attorney for Defendants NEC Electronics Corporation and NEC*

| | |
|---|---|
| *Technology America, Inc., Mitsubishi Electric Corporation, and Mitsubishi Electric & Electronics USA, Inc.* | *Electronics America, Inc. and Liaison Counsel for Defendants* |

I, Christopher T. Micheletti, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

          */s/ Christopher T. Micheletti*
          Christopher T. Micheletti

**IT IS SO ORDERED.**

Dated: April 5, 2010

THE HONORABLE CLAUDIA WILKEN
United States District Judge
Northern District of California

3220766.3