IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST LITIGATION,

No. C 07-01819 CW

ORDER CONSOLIDATING BRIEFING

_____/

In accordance with the governing case management schedule (Docket No. 976), on July 15, 2010, Defendants Cypress and Samsung timely filed their dispositive motions.  Of the many motions filed, Cypress filed two virtually identical summary judgment motions, one directed against the Direct Purchaser Plaintiffs (Docket No. 1046) and the other directed against the Indirect Purchaser Plaintiffs (Docket No. 1048).  Because they are largely duplicative, the Court strikes these motions without prejudice to refiling as a consolidated motion.  Cypress shall file the consolidated motion within three days from the date of this order.  The case management schedule remains unchanged.

   IT IS SO ORDERED.

Dated: 08/02/10

CLAUDIA WILKEN
United States District Judge