1  Lee H. Rubin (State Bar #141331)
   MAYER BROWN LLP
2  Two Palo Alto Square
   Suite 300
3  Palo Alto, CA 94306-2000
   (650) 331-2000
4  lrubin@mayerbrown.com

5  Robert E. Bloch (*pro hac vice*)
   Gary A. Winters (*pro hac vice*)
6  Aimée D. Latimer-Zayets (*pro hac vice*)
   MAYER BROWN LLP
7  1999 K Street NW
   Washington, DC 20006-1001
8  (202) 263-3000
   rbloch@mayerbrown.com
9  gwinters@mayerbrown.com
   alatimer-zayets@mayerbrown.com
10
   *Counsel for Defendant Cypress Semiconductor Corporation*
11

12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                            OAKLAND DIVISION

| | |
|---|---|
| 16  **IN RE STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST** <br> 17  **LITIGATION** | Master File 4:07-md-1819-CW <br><br> MDL No. 1819 |
| 18 <br><br> 19  **This Document Relates To:** <br><br> 20  **ALL DIRECT AND INDIRECT PURCHASER ACTIONS** <br> 21 <br> 22 <br> 23 <br> 24 | **STIPULATION AND [PROPOSED] ORDER ON DEFENDANT CYPRESS SEMICONDUCTOR CORPORATION'S UNOPPOSED ADMINISTRATIVE MOTION FOR CLARIFICATION OF THE COURT'S AUGUST 2, 2010 ORDER CONSOLIDATING BRIEFING, OR, IN THE ALTERNATIVE, FOR AN EXTENSION OF THE PAGE LIMIT** |

25

26

27

28

Pursuant to Civil Local Rule 7-12, it is hereby stipulated and agreed, by and between the parties through their respective counsel, that, for the reasons set forth in Defendant Cypress Semiconductor Corporation's ("Cypress'") Administrative Motion, Cypress may have a five-page extension, or up to 30 pages, for its consolidated summary judgment brief.

Dated: August 3, 2010                                  MAYER BROWN LLP

                                                       _____/s/_____
                                                       Gary A. Winters
                                                       *Counsel for Defendant Cypress*
                                                       *Semiconductor Corporation*

Dated: August 3, 2010                                  ZELLE HOFMANN VOELBEL &
                                                       MASON LLP

                                                       _____/s/_____
                                                       Christopher T. Micheletti
                                                       *Lead Counsel for Indirect Purchaser*
                                                       *Plaintiffs*

Dated: August 3, 2010                                  COTCHETT, PITRE & MCCARTHY

                                                       _____/s/_____
                                                       Neil Swartzberg
                                                       *Lead Counsel for Direct Purchaser*
                                                       *Plaintiffs*

*Pursuant to General Order No. 45, Section X(B), I hereby attest that the above signatories concur in the filing of this document.*

                                                       ____/s/ J. Joann Liao_____
                                                       J. Joann Liao

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: August 4, 2010                   _____
                                         Hon. Claudia Wilken
                                         United States District Court Judge

1
STIPULATION AND [PROPOSED] ORDER (4:07-md-1819 CW)