JOSEPH W. COTCHETT (#36324)
jcotchett@cpmlegal.com
STEVEN N. WILLIAMS (#175489)
swilliams@cpmlegal.com
NEIL SWARTZBERG (#215133)
nswartzberg@cpmlegal.com
**COTCHETT, PITRE & McCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Lead Counsel for the Direct Purchaser Class*

Francis O. Scarpulla (#41059)
fscarpulla@zelle.com
Craig C. Corbitt (#83251)
ccorbitt@zelle.com
Christopher T. Micheletti (#136446)
cmicheletti@zelle.com
Qianwei Fu (#242669)
qfu@zelle.com
Jane Yi (#257893)
jyi@zelle.com
**ZELLE HOFMANN VOELBEL & MASON LLP**
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770

*Lead and Liaison Counsel for Indirect Purchaser Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| IN RE STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST LITIGATION<br><br>_____<br><br>**This Document Relates to:**<br><br>ALL ACTIONS<br><br>_____ | Master File No. 4:07-md-01819-CW<br><br>MDL No. 1819<br><br>**STIPULATION AND ORDER REGARDING DIRECT PURCHASER PLAINTIFFS' AND INDIRECT PURCHASER PLAINTIFFS' FILING JOINT OPPOSITION IN EXCESS OF PAGE LIMIT [CIVIL L.R. 7-12]** |

**STIPULATION AND [PROPOSED] ORDER REGARDING DIRECT PURCHASER PLAINTIFFS' AND INDIRECT PURCHASER PLAINTIFFS' FILING JOINT OPPOSITION IN EXCESS OF PAGE LIMIT [CIVIL L.R. 7-12]**
**Case No. 4:07-md-1819 CW; MDL No. 1819**

1   WHEREAS, on August 2, 2010, the Court ordered Cypress to file a consolidated
2   summary judgment motion on the claims of the Direct Purchaser Plaintiffs and the Indirect
3   Purchaser Plaintiffs (Docket No. 1062).

4   WHEREAS, on August 3, 2010, Cypress filed an unopposed administrative motion for
5   Clarification of the Court's August 2, 2010 order (Docket No. 1063), in which Cypress sought
6   clarification as to whether its consolidated summary judgment motion could exceed the 25-page
7   limit set forth in the Court's Order of June 8, 2007 (Docket No. 206), or, in the alternative,
8   Cypress could have an extension of up to five pages.

9   WHEREAS, on August 4, 2010, the Court issued an order (Docket No. 1066), granting
10  Cypress's unopposed administrative motion for Clarification of the Court's August 2, 2010 order,
11  and allowed Cypress to have a five-page extension, or up to 30 pages, for its consolidated
12  summary judgment motion.

13  WHEREAS, on August 5, 2010 Cypress filed its consolidated Motion for Summary
14  Judgment or, in the Alternative, for Partial Summary Judgment (Docket No. 1068).

15  WHEREAS, Direct Purchaser Plaintiffs and Indirect Purchaser Plaintiffs anticipate filing
16  a Joint Opposition to that motion, and anticipate needing to have a five-page extension, or up to
17  30 pages, to fully respond to that motion.

18  IT IS HEREBY STIPULATED BY UNDERSIGNED COUNSEL THAT:

19  Direct Purchaser Plaintiffs and Indirect Purchaser Plaintiffs may have a five-page
20  extension, or up to 30 pages, to respond to Defendant Cypress Semiconductor Corporation's
21  Notice of Motion and Motion For Summary Judgment Or, in The Alternative, for Partial
22  Summary Judgment.

26  / / /
27  / / /
28

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

**STIPULATION AND [PROPOSED] ORDER REGARDING DIRECT PURCHASER PLAINTIFFS' AND INDIRECT PURCHASER PLAINTIFFS' FILING JOINT OPPOSITION IN EXCESS OF PAGE LIMIT [CIVIL L.R. 7-12]**
**Case No. 4:07-md-1819 CW; MDL No. 1819**                                              2

Dated August 12, 2010                    Respectfully Submitted,

                                          */s/ Neil Swartzberg*
                                          Joseph W. Cotchett
                                          Steven N. Williams
                                          Neil Swartzberg
                                          COTCHETT, PITRE & McCARTHY
                                          San Francisco Airport Office Center
                                          840 Malcolm Road, Suite 200
                                          Burlingame, CA 94010
                                          Telephone: (650) 697-6000
                                          Facsimile: (650) 697-0577

*Lead Counsel for the Direct Purchaser Plaintiffs*

Dated: August 12, 2010                    */s/ Christopher Micheletti*
                                          Francis O. Scarpulla
                                          Craig C. Corbitt
                                          Christopher T. Micheletti
                                          Qianwei Fu
                                          Jane Yi
                                          ZELLE HOFMANN VOELBEL & MASON LLP
                                          44 Montgomery Street, Suite 3400
                                          San Francisco, CA 94104
                                          Telephone: (415) 693-0700
                                          Facsimile: (415) 693-0770

*Lead and Liaison Counsel for Indirect Purchaser Class*

Dated: August 12, 2010                    MAYER BROWN LLP

                                          */s/ Gary A. Winters*
                                          Gary A. Winters
                                          MAYER BROWN LLP
                                          1999 K Street NW
                                          Washington, DC 20006-1001
                                          (202) 263-3000

*Counsel for Defendant Cypress Semiconductor Corporation*

*Pursuant to General Order No. 45, Section X(B), I hereby attest that the above signatories concur in the filing of this document.*

                                          */s/ Neil Swartzberg*
                                          Neil Swartzberg

LAW OFFICES
COTCHETT, PITRE & MCCARTHY

**STIPULATION AND [PROPOSED] ORDER REGARDING DIRECT PURCHASER PLAINTIFFS' AND INDIRECT PURCHASER PLAINTIFFS' FILING JOINT OPPOSITION IN EXCESS OF PAGE LIMIT [CIVIL L.R. 7-12]**
**Case No. 4:07-md-1819 CW; MDL No. 1819**                                            3

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

4  DATED: August 13, 2010

_____
HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT COURT JUDGE


LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

**STIPULATION AND [PROPOSED] ORDER REGARDING DIRECT PURCHASER PLAINTIFFS' AND INDIRECT PURCHASER PLAINTIFFS' FILING JOINT OPPOSITION IN EXCESS OF PAGE LIMIT [CIVIL L.R. 7-12]**
**Case No. 4:07-md-1819 CW; MDL No. 1819**                                   4