JOSEPH W. COTCHETT (#36324)
jcotchett@cpmlegal.com
STEVEN N. WILLIAMS (#175489)
swilliams@cpmlegal.com
NEIL SWARTZBERG (#215133)
nswartzberg@cpmlegal.com
**COTCHETT, PITRE & McCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Lead Counsel for Direct Purchaser Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| IN RE STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST LITIGATION | Case No. 4:07-md-01819-CW<br><br>MDL No. 1819<br><br>**DECLARATION OF MARK SKOWRONSKI IN SUPPORT OF PLAINTIFFS': (1) OPPOSITION TO SAMSUNG'S MOTION FOR SUMMARY JUDGMENT AND/OR PARTIAL SUMMARY JUDGMENT IN DIRECT PURCHASER ACTIONS; (2) OPPOSITION TO CYPRESS SEMICONDUCTOR CORPORATION'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE PARTIAL SUMMARY JUDGMENT; AND (3) OPPOSITION TO DEFENDANTS' JOINT MOTION RAISING FACTUAL CHALLENGE TO SUBJECT MATTER JURISDICTION OVER FOREIGN CONDUCT** |
| **This Document Relates To:**<br><br>ALL DIRECT PURCHASER ACTIONS | |

1      I, Mark Skowronski, declare and state as follows:

2      1.     I am Vice President of Supply Chain Operations and Quality at Westell Technologies, Inc. and Westell, Inc. ("Westell"). I make this declaration pursuant to 28 U.S.C. § 1746, and in support of Plaintiffs': (1) Opposition to Samsung's Motion for Summary Judgment and/or Partial Summary Judgment in Direct Purchaser Actions; and (2) Opposition to Cypress Semiconductor Corporation's Motion for Summary Judgment or, in the Alternative Partial Summary Judgment; and (3) Opposition to Defendants' Joint Motion Raising Factual Challenge to Subject Matter Jurisdiction Over Foreign Conduct.

3      2.     At least from June 2003 through September 2007, Westell made SRAM purchases directly from Integrated Silicon Solution Inc. ("ISSI"), a supplier of SRAM and a former Defendant in the above-captioned litigation. ISSI entered into a settlement which was granted final approval by the Court and judgment has been entered. *See* Dkt. No.1026.

4      3.     Westell's SRAM purchases from ISSI are reflected in Excel spreadsheets that were electronically Bates-numbered WESTELL000553 and WESTELL001653, and which were created from purchase records kept in the normal course of Westell's business and which reflect information that was known at or near the time by Westell purchasing personnel who created such records. A true and correct copy of WESTELL000553 (printed) is attached hereto as Exhibit A. A true and correct copy of WESTELL001653 (printed) is attached hereto as Exhibit B.

5      4.     Westell occasionally purchases SRAM for testing and development (for possible use in Westell products), and Westell may make SRAM purchases in the future, including directly from SRAM suppliers named as Defendants in the above-captioned litigation.

///

///

///

DECLARATION OF MARK SKOWRONSKI IN SUPPORT OF
CASE NO. M:07-CV-01819-CW

5. Attached as Exhibit C are true and correct copies of invoices from ISSI for Westell's purchases of SRAM directly from ISSI, as well as true and correct copies of Westell's payment records, including checks, for such purchases. These documents, WESTELL000011-72, were kept in the normal course of Westell's business and reflect information that was known at or near the time the documents were received by Westell purchasing personnel or generated by Westell accounts payable personnel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 24 day of August, 2010 at Aurora, Illinois.

By: _____

Mark Skowronski

-2-

DECL. OF MARK SKOWRONSKI
CASE NO. 4:07-MD-1819 CW