Robert B. Pringle (SBN: 51365)
Paul R. Griffin (SBN: 83541)
Patrick M. Ryan (SBN: 203215)
Jonathan E. Swartz (SBN: 203624)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA  94111-5802
Telephone:	(415) 591-1000
Facsimile:	(415) 591-1400
rpringle@winston.com
pgriffin@winston.com
pryan@winston.com
jswartz@winston.com

Attorneys for
RENESAS ELECTRONICS AMERICA INC. and
RENESAS ELECTRONICS CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST LITIGATION<br><br>This Document Relates to:<br>ALL ACTIONS | **Case No. 4:07-md-1819 CW**<br><br>**MDL No. 1819**<br><br>**ORDER GRANTING CYPRESS AND SAMSUNG DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS**<br><br>Judge:  Hon. Claudia Wilken |

[PROPOSED] ORDER GRANTING CYPRESS AND SAMSUNG
DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS
Case No. 4:07-md-1819 CW; MDL No. 1819

SF:289577.1

Having reviewed Cypress and Samsung Defendants' Administrative Motion to Seal Documents Pursuant to Civil Local Rules 7-11 and 79-5(d) and General Order No. 62, filed on July 15, 2010 as Docket Entry No. 1043 ("Motion to Seal"), and the declaration of Laura Guillen in support thereof, filed on July 22, 2010 as Docket Entry No. 1060, pertaining to the confidential information of former Defendants NEC Electronics America, Inc. and NEC Electronics Corporation (presently known as Renesas Electronics America Inc. and Renesas Electronics Corporation respectively), and for good cause shown, the Court hereby GRANTS the Motion to Seal as it pertains to the confidential information of the former NEC Defendants and directs the Clerk to file under seal the following:

**Expert Report of Armando Levy (Ex. 1 to Declaration of Gary Winters in Support of Cypress and Samsung Defendants' July 15, 2010 Motions)**

1. Page 8, Table 1, the figures corresponding to the line for "NEC"

**Corrected Expert Report of Mark Dwyer, Ph.D. (Ex. 3 to the Declaration of Gary Winters in Support of Cypress and Samsung Defendants' July 15, 2010 Motions)**

1. Page 5, the last sentence of Paragraph 20, beginning with the word "while" and ending in "percent."

**Corrected Expert Report of Michael J. Harris, Ph.D. (Ex. 4 to the Declaration of Gary Winters in Support of Cypress and Samsung Defendants' July 15, 2010 Motions)**

1. Page 41, the text in the boxes to the right of "9-26-02"
2. Page 42, the text in the boxes to the right of "8-18-03"
3. Page 49, the text in the boxes to the right of "11-6-01"
4. Page 49, the text in the boxes to the right of "11-17-01"
5. Page 49, the text in the boxes to the right of "12-19-01"
6. Page 50, the text in the boxes to the right of "9-26-02"

**Expert Report of Joseph P. Kalt, Ph.D. (Ex. 41 to the Declaration of Gary Winters in Support of Cypress and Samsung Defendants' July 15, 2010 Motions)**

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

1. Page 42, the eighth sentence in paragraph 93, starting with the word "Cypress'" and ending in "Samsung's."

**Deposition of Makato Yamanaka, May 26-27, 2010 (Ex. 86 to the Declaration of Gary Winters in Support of Cypress and Samsung Defendants' July 15, 2010 Motions)**

1. Pages 98-99
2. Pages 256-57

**IT IS SO ORDERED.**

Dated:   8/26/2010

The Honorable Claudia Wilken
United States District Court Judge
Northern District of California

Winston & Strawn LLP
101 California Street
San Francisco, CA  94111-5802

2
[PROPOSED] ORDER GRANTING CYPRESS AND SAMSUNG
DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS
Case No. 4:07-md-1819 CW; MDL No. 1819
SF:289577.1