FRANCIS O. SCARPULLA (41059)
CRAIG C. CORBITT (83251)
CHRISTOPHER T. MICHELETTI (136446)
JANE YI (257893)
ZELLE HOFMANN VOELBEL & MASON LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone:     (415) 693-0700
Facsimile:      (415) 693-0770
fscarpulla@zelle.com
ccorbitt@zelle.com

*Lead and Liaison Counsel for*
*Indirect Purchaser Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS | Case No. 4:07-md-1819 CW<br><br>MDL No. 1819<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR NON-PARTIES F5 NETWORKS, INC. AND CDW CORPORATION TO FILE DOCUMENTS IN SUPPORT OF PLAINTIFFS' JOINT ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-59(d) AND GENERAL ORDER NO. 62** |

WHEREAS, on August 24-25, 2010, Indirect Purchaser ("IP") Plaintiffs served, among other documents, their Memorandum in Opposition to Samsung's Motion for Summary Judgment And/Or Partial Summary Judgment along with the Declaration of Christopher T. Micheletti in Support of Oppositions to Dispositive Motions and exhibits thereto ("Micheletti Declaration"), including the Corrected Expert Report of Michael J. Harris, Ph.D., dated May 6, 2010, and all exhibits thereto (submitted as Exhibit 1 to the Micheletti Declaration), the Corrected Expert Report of Mark Dwyer, Ph.D., dated May 5, 2010, and all exhibits thereto (submitted as Exhibit 2 to the Micheletti Declaration), and data and information pertaining to f5 Networks, Inc., some of which data is publicly available and the remainder of which f5 has produced to the parties in the above-captioned

1

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR NON-PARTY F5 NETWORKS, INC. TO FILE DOCUMENTS IN SUPPORT OF PLAINTIFFS' JOINT ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-59(D) AND GENERAL ORDER NO. 62

1  litigation and which f5 has designated as "Confidential" or "Highly Confidential" (submitted as
2  Exhibit 19 to the Micheletti Declaration);
3  WHEREAS, on August 24, 2010, Plaintiffs filed a Joint Administrative Motion to Seal
4  Documents Pursuant to Civil Local Rules 7-11 and 79-5 and General Order No. 62 ("Motion to
5  Seal") (Docket Entry ("DE") 1078), and the declaration of Jane N. Yi in support thereof;
6  WHEREAS, the declaration of Jane N. Yi filed in support of Plaintiffs' Motion to Seal
7  identifies both the Direct Purchaser Plaintiffs and IP Plaintiffs' briefs and other documents that
8  reference information which has been designated "Confidential" or "Highly Confidential" by
9  Defendants or third parties, including, *inter alia*, IP Plaintiffs' Memorandum in Opposition to
10 Samsung's Motion for Summary Judgment And/Or Partial Summary Judgment ("Opp. to Samsung
11 MSJ") and certain exhibits to the Micheletti Declaration;
12 WHEREAS, on August 27, 2010, Plaintiffs notified f5 Networks, Inc. ("f5") that the Opp. to
13 Samsung MSJ and Exhibits 1 and 19 to the Micheletti Declaration referred to or contained
14 potentially confidential f5 information, and informed f5 of its responsibility pursuant to Civil Local
15 Rule 79-5(d) to file documents in support of Plaintiffs' Motion to Seal in order to attempt to preserve
16 the f5 materials' confidentiality;
17 WHEREAS, on August 31, 2010, f5 counsel advised Plaintiffs that due to an ongoing trial
18 and the travel schedule of in-house counsel, additional time is needed to file, on or before September
19 10, 2010, a Declaration in Support of Plaintiffs' Motion to Seal to request that certain of f5's
20 confidential information be kept under seal, and to lodge a proposed order granting Plaintiffs'
21 Motion to Seal;
22 WHEREAS, on August 27, 2010, Plaintiffs notified CDW Corporation ("CDW") that the
23 Opp. to Samsung MSJ and Exhibits 1 and 2 to the Micheletti Declaration referred to or contained
24 potentially confidential CDW information, and informed CDW of its responsibility pursuant to Civil
25 Local Rule 79-5(d) to file documents in support of Plaintiffs' Motion to Seal in order to attempt to
26 preserve the CDW materials' confidentiality;
27 WHEREAS, on September 1, 2010, CDW counsel advised Plaintiffs that due to counsel's
28

1  impacted schedule, additional time is needed to file, on or before September 8, 2010, a Declaration
2  in Support of Plaintiffs' Motion to Seal to request that certain of CDW's confidential information be
3  kept under seal, and to lodge a proposed order granting Plaintiffs' Motion to Seal;
4      WHEREAS, the parties agree that f5 and CDW may have until September 10, 2010 to file
5  documents in support of Plaintiffs' Motion to Seal, and respectfully request that the Court defer
6  entering an Order on Plaintiffs' motion to seal until f5 and CDW's documents in support thereof
7  have been filed and considered.
8      NOW THEREFORE, it is hereby stipulated by the undersigned counsel on behalf of the
9  parties identified below, and subject to the Court's approval, that:
10     f5 and CDW shall file, by September 10, 2010, documents in support of Plaintiffs' Motion to
11 Seal.

Dated: September 1, 2010

By: */s/ Christopher T. Micheletti*
CHRISTOPHER T. MICHELETTI
ZELLE HOFMANN VOELBEL
 & MASON LLP
*Lead and Liaison Counsel for Indirect Purchaser Class*

*Additional Defendants and Counsel:*

**MAYER BROWN LLP**

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

By */s/ Gary A. Winters*
Gary A. Winters (*pro hac vice*)
Attorney for Defendant
Cypress Semiconductor Corporation

By */s/ Michael W. Scarborough*
Michael W. Scarborough
Attorney for Defendants
Samsung Electronics Company, Ltd.,
Samsung Semiconductor, Inc., and
Samsung Electronics America, Inc.

3
STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR NON-PARTY F5 NETWORKS, INC.
TO FILE DOCUMENTS IN SUPPORT OF PLAINTIFFS' JOINT ADMINISTRATIVE MOTION TO SEAL
DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-59(D) AND GENERAL ORDER NO. 62

I, Christopher T. Micheletti, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

                                                 */s/ Christopher T. Micheletti*
                                                    Christopher T. Micheletti

4

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR NON-PARTY F5 NETWORKS, INC. TO FILE DOCUMENTS IN SUPPORT OF PLAINTIFFS' JOINT ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-59(D) AND GENERAL ORDER NO. 62

1     **IT IS SO ORDERED.**

Dated: September 7, 2010

_____
The Honorable Claudia Wilken
United States District Judge
Northern District of California

3222086v1

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR NON-PARTY F5 NETWORKS, INC.
TO FILE DOCUMENTS IN SUPPORT OF PLAINTIFFS' JOINT ADMINISTRATIVE MOTION TO SEAL
DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-59(D) AND GENERAL ORDER NO. 62