1 | Lee H. Rubin (State Bar #141331)
MAYER BROWN LLP
2 | Two Palo Alto Square
Suite 300
3 | Palo Alto, CA 94306-2000
(650) 331-2000
4 | lrubin@mayerbrown.com

5 | Robert E. Bloch (*pro hac vice*)
Gary A. Winters (*pro hac vice*)
6 | Aimée D. Latimer-Zayets (*pro hac vice*)
MAYER BROWN LLP
7 | 1999 K Street NW
Washington, DC 20006-1001
8 | (202) 263-3000
rbloch@mayerbrown.com
9 | gwinters@mayerbrown.com
alatimer-zayets@mayerbrown.com
10
*Counsel for Defendant Cypress Semiconductor Corporation*
11
12 | [Additional Counsel Listed on Signature Page]

13
14 | **UNITED STATES DISTRICT COURT**
15 | **NORTHERN DISTRICT OF CALIFORNIA**
16 | **OAKLAND DIVISION**

| 17 **IN RE STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST LITIGATION** | Master File 4:07-md-1819-CW |
|---|---|
| 18 | MDL No. 1819 |
| 19 **This Document Relates To:** **ALL DIRECT AND INDIRECT PURCHASER ACTIONS** | **STIPULATION AND ORDER REGARDING DEFENDANT CYPRESS SEMICONDUCTOR CORPORATION'S FILING REPLY BRIEF IN EXCESS OF PAGE LIMIT** |

STIPULATION AND [~~PROPOSED~~] ORDER (4:07-md-1819 CW)

1    WHEREAS, on August 2, 2010, the Court ordered Cypress Semiconductor Corporation
2  ("Cypress") to file a consolidated summary judgment motion on the claims of the Direct
3  Purchaser Plaintiffs and the Indirect Purchaser Plaintiffs ("Plaintiffs") (Docket No. 1062);

4    WHEREAS, on August 4, 2010, the Court issued an order (Docket No. 1066) allowing
5  Cypress to have a five-page extension, or up to 30 pages, for its consolidated summary judgment
6  motion;

7    WHEREAS, on August 5, 2010 Cypress filed its consolidated Motion for Summary
8  Judgment or, in the Alternative, for Partial Summary Judgment (Docket No. 1068) (the
9  "Motion");

10   WHEREAS, Cypress and Plaintiffs agreed to a five-page extension of the page limit for
11 Plaintiffs' joint opposition to Cypress's Motion, and the Court granted that extension on August
12 13, 2010 (Docket No. 1070);

13   WHEREAS, on August 24, 2010 Plaintiffs filed a 30-page Joint Opposition to Cypress's
14 Motion;

15   WHEREAS, Cypress anticipates filing a reply brief in support of its Motion on
16 September 15, 2010, and anticipates needing to have a two-page extension, or up to 17 pages;

17   WHEREAS Cypress and Plaintiffs have conferred and have agreed that Cypress may
18 have a two-page extension for its reply brief;

19

20   IT IS HEREBY STIPULATED BY UNDERSIGNED COUNSEL THAT:

21   Cypress may have a two-page extension, or up to 17 pages, for its Reply Brief in Support
22 of its Motion for Summary Judgment or, in the Alternative, for Partial Summary Judgment.

23
Dated: September 13, 2010                              MAYER BROWN LLP
24

25                                                                /s/
                                                       Gary A. Winters
26                                                     *Counsel for Defendant Cypress
                                                       Semiconductor Corporation*
27

28

| | | |
|---|---|---|
| 1 | Dated: September 13, 2010 | ZELLE HOFMANN VOELBEL & MASON LLP |
| 2 | | |
| 3 | | _____/s/_____<br>Christopher T. Micheletti |
| 4 | | *Lead Counsel for Indirect Purchaser Plaintiffs* |
| 5 | | |
| 6 | Dated: September 13, 2010 | COTCHETT, PITRE & MCCARTHY |
| 7 | | _____/s/_____<br>Neil Swartzberg |
| 8 | | *Lead Counsel for Direct Purchaser Plaintiffs* |

*Pursuant to General Order No. 45, Section X(B), I hereby attest that the above signatories concur in the filing of this document.*

                                              ___/s/ J. Joann Liao_____
                                                        J. Joann Liao

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: September 14, 2010                                _____
                                                          Hon. Claudia Wilken
                                                      United States District Court Judge