FRANCIS O. SCARPULLA (41059)
CRAIG C. CORBITT (83251)
CHRISTOPHER T. MICHELETTI (136446)
JANE YI (257893)
ZELLE HOFMANN VOELBEL & MASON LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone:    (415) 693-0700
Facsimile:    (415) 693-0770
fscarpulla@zelle.com
ccorbitt@zelle.com

*Lead and Liaison Counsel for
Indirect Purchaser Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST LITIGATION | Case No. 4:07-md-1819 CW<br><br>MDL No. 1819<br><br>**STIPULATION AND ORDER REGARDING PRETRIAL SUBMISSION OF TRIAL EXHIBITS, PRETRIAL CONFERENCE STATEMENT AND PRETRIAL CONFERENCE** |
| This Document Relates to:<br><br>ALL ACTIONS | |

WHEREAS, pursuant to the Court's Standing Order For Pretrial Preparation (the "Order"), on or before November 16, 2010 the parties exchanged the items identified in ¶1 thereto, including trial exhibit lists, briefs on significant disputed issues of law, proposed jury instructions, verdict forms and voir dire questions, statements designating excerpts from depositions, responses to interrogatories and requests for admission to be submitted at trial, and summaries of anticipated motions in limine, among other items.

WHEREAS, pursuant to the Order, the parties have been diligently meeting and conferring, including an in-person meeting in San Francisco on November 23, 2010, with respect to preparation and content of the pretrial conference statement, and resolution of any differences pertaining thereto;

1  WHEREAS, under the Order, the parties currently are required to file their Pretrial Conference Statement on November 30, 2010, and to lodge with the Court a set of premarked exhibits as well.

4  WHEREAS, the parties' trial exhibit lists, at this time, list in excess of 3000 exhibits and the parties desire to meet and confer to reduce that list, meet and confer further regarding admissibility and objections to those exhibits, and seek to defer lodging trial exhibits with the Court as set forth below;

8  WHEREAS, so that the parties may continue to meet and confer regarding pretrial submissions in an effort to resolve disputes and streamline issues for the Court, the parties request that the Court permit the parties to submit certain items required by the Order after November 30, 2010, and as set out below;

12  WHEREAS, the parties agree that the Court's rulings on the pending summary judgment motions, decertification motions, *Daubert* motions and other motions may impact trial preparation;

14  WHEREAS, the parties believe that, in addition to the currently scheduled December 14, 2010 pretrial conference, a further pretrial conference on January 4, 11 or 18, 2011 or as is otherwise convenient for the Court to address unresolved issues in advance of trial would further enable the parties to efficiently present trial issues to the Court (including issues pertaining to trial exhibits and potential stipulations and agreements pertaining thereto) and promote the efficient prosecution of these actions;

20  NOW THEREFORE, it is hereby stipulated by the undersigned counsel on behalf of the parties identified below, and subject to the Court's approval, that:

22  1.  On November 30, 2010, the parties shall submit the following items required by the Order: the Pretrial Conference Statement (Order ¶3(a)); witness lists (Order ¶3(c)); motions in limine (Order ¶3(f)); and proposed findings and conclusions (Order ¶3(j)).

25  2.  On December 3, 2010, the parties shall submit the following items required by the Order: Trial Briefs (Order ¶3(e)); Joint Proposed Jury Instructions (Order ¶3(h)) and Proposed Verdict forms (Order ¶3(i)), pertaining to all federal and state antitrust claims in the direct purchaser and indirect purchaser actions.

1    3.    Fourteen days prior to a further pretrial conference set for 2:00 p.m. on January 18, 2011, or such other date and time as the Court may set, the parties shall submit the following items required by the Order: Exhibit List and Objections and premarked exhibits (Order ¶3(b)); designations of depositions and responses to discovery responses, and objections thereto (Order ¶3(d)); Joint Proposed Voir Dire (Order ¶3(g); jury instructions pertaining to consumer protection claims under state law and/or unjust enrichment claims in the indirect purchaser action.

4.    The Pretrial Conference set for December 14, 2010 at 2:00 p.m. will remain on calendar.

5.    There will be a further Pretrial Conference on January 18, 2011 at 2:00 p.m.

Dated: November 23, 2010         By:   */s/ Christopher T. Micheletti*
                                       CHRISTOPHER T. MICHELETTI
                                       ZELLE HOFMANN VOELBEL
                                         & MASON LLP
                                       *Lead and Liaison Counsel for Indirect Purchaser Class*

Dated: November 23, 2010         By:   */s/ Steven N. Williams*
                                       STEVEN N. WILLIAMS
                                       COTCHETT, PITRE & McCARTHY
                                       *Lead and Liaison Counsel for Direct Purchaser Class*

*Additional Defendants and Counsel:*

**MAYER BROWN LLP**                    **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

By */s/ Gary A. Winters*
    Gary A. Winters (*pro hac vice*)   By */s/ Michael W. Scarborough*
    Attorney for Defendant                Michael W. Scarborough
    Cypress Semiconductor Corporation     Attorney for Defendants
                                          Samsung Electronics Company, Ltd.,
                                          Samsung Semiconductor, Inc

1     I, Christopher T. Micheletti, hereby attest, pursuant to N.D. Cal. General Order No. 45, that
2 the concurrence to the filing of this document has been obtained from each signatory hereto.
3
4                                               */s/ Christopher T. Micheletti*
                                                  Christopher T. Micheletti

**IT IS SO ORDERED.**

Dated:____November 24, _____, 2010     _____
　　　　　　　　　　　　　　　　　　　　　The Honorable Claudia Wilken
　　　　　　　　　　　　　　　　　　　　　United States District Judge
　　　　　　　　　　　　　　　　　　　　　Northern District of California

3222086v1