SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
GARY L. HALLING, Cal. Bar No. 66087
JAMES L. McGINNIS, Cal. Bar No. 95788
MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
MONA SOLOUKI, Cal. Bar No. 215145
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4109
Telephone:    415-434-9100
Facsimile:    415-434-3947
E-mail:           ghalling@sheppardmullin.com
                       jmcginnis@sheppardmullin.com
                       mscarborough@sheppardmullin.com
                       msolouki@sheppardmullin.com

Attorneys for Defendants
SAMSUNG SEMICONDUCTOR, INC. and
SAMSUNG ELECTRONICS COMPANY, LTD.,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST LITIGATION | Case No. 4:07-md-1819 CW<br><br>MDL No. 1819 |
| This Document Relates to:<br><br>ALL ACTIONS | **AMENDED STIPULATION AND ORDER REGARDING PRETRIAL SUBMISSION OF TRIAL EXHIBITS, PRETRIAL CONFERENCE STATEMENT AND PRETRIAL CONFERENCE**<br><br>Date:         TBD<br>Time:        TBD<br>Judge:       Hon. Claudia Wilken<br>Courtroom:  2 |

AMENDED STIPULATION AND [PROPOSED] ORDER REGARDING PRETRIAL SUBMISSIONS

WHEREAS, pursuant to paragraph 3 of the Stipulation And Order Regarding Pretrial Submission Of Trial Exhibits, Pretrial Conference Statement And Pretrial Conference, signed by the Court on November 24, 2010 [Dkt. # 1159], fourteen days prior to a further pretrial conference set for 2:00 p.m. on January 18, 2011, or such other date and time as the Court may set, the parties are required to submit, among other things, the following items required by the Court's Standing Order for Pretrial Preparation Order (the "Order"): Exhibit List and Objections and premarked exhibits (Order ¶3(b)); and designations of depositions and responses to discovery responses, and objections thereto (Order ¶3(d)).

WHEREAS, the parties have been diligently working to reduce their lists of trial exhibits, which has resulted in the elimination of several hundred exhibits, and are continuing their attempts to reduce the overall lists to be submitted to the Court, along with their objections;

WHEREAS, in connection with the exchange of designations of depositions and responses to discovery responses, and objections thereto, the Order did not contemplate the exchange of counter designations and objections thereto, and the parties are presently coordinating the logistics concerning color-coding their respective designations and objections, as well as their counter designations and objections thereto, in order to present complete color-coded transcripts to the Court – per the Court's request at the December 14, 2010 Pretrial Conference;

NOW THEREFORE, it is hereby stipulated by the undersigned counsel on behalf of the parties identified below, and subject to the Court's approval, that paragraph 3 of the Stipulation And Order Regarding Pretrial Submission Of Trial Exhibits, Pretrial Conference Statement And Pretrial Conference, signed by the Court on November 24, 2010, shall be modified as follows:

1.   Seven days prior to the pretrial conference set for 2:00 p.m. on January 18, 2011 (i.e., on January 11, 2011), the parties shall submit the following items required by the Order:

Exhibit List and Objections and premarked exhibits (Order ¶3(b)); designations of depositions and responses to discovery responses, and objections thereto (Order ¶3(d)).

    2.    Except as provided for in paragraph 1, above, all other provisions of the Stipulation And Order Regarding Pretrial Submission Of Trial Exhibits, Pretrial Conference Statement And Pretrial Conference, signed by the Court on November 24, 2010 shall remain intact, and there will be a further Pretrial Conference on January 18, 2011 at 2:00 p.m.

Dated: _____          Respectfully submitted,

**SHEPPARD MULLIN RICHTER & HAMPTON LLP**

By:   /s/  Michael W. Scarborough
    MICHAEL W. SCARBOROUGH

*Attorneys for Samsung Electronics America, Samsung Semiconductor, Inc.*

**COTCHETT, PITRE & McCARTHY**

By: :   /s/ Steven N. Williams
    STEVEN N. WILLIAMS

*Attorneys for Direct Purchaser Plaintiffs*

**ZELLE HOFMANN VOELBEL & MASON LLP**

By:   /s/ Christopher Micheletti
    CHRISTOPHER MICHELETTI

*Attorneys for Indirect Purchaser Plaintiffs*

**MAYER BROWN LLP**

By:   /s/ Lee Rubin
    LEE RUBIN

*Attorneys for Cypress Semiconductor, Inc.*

-2-
AMENDED STIPULATION AND [~~PROPOSED~~] ORDER REGARDING PRETRIAL SUBMISSIONS

1  I, Michael W. Scarborough, hereby attest, pursuant to N.D. Cal. General Order No. 45, that
2  the concurrence to the filing of this document has been obtained from each signatory hereto.

  */s/ Michael W. Scarborough*
  MICHAEL W. SCARBOROUGH

-3-
AMENDED STIPULATION AND [PROPOSED] ORDER REGARDING PRETRIAL SUBMISSIONS

1   **IT IS SO ORDERED**

2   Dated: December 23, 2010

_____
The Honorable Claudia Wilken
United States District Judge
Northern District of California.