```
                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
```

In Re: Static Random Access Memory
(SRAM) Antitrust Litigation          NO. 07-01819 CW

                                     **MINUTE ORDER**
                                     Date: December 14, 2010

**The Honorable Claudia Wilken, Presiding**
**Clerk: Nikki D. Riley   Court Reporter:**  Raynee Mercado

**Appearances for Plaintiff:**
Steven Williams; Joseph Cotchett; Neil Swatberg; Christopher
Michelette; Guido Saveri; Jan Yi; Jordan Elias; Michele C.
Jackson

**Appearances for Defendant:**
Eric O'Connor; Michael Scarborough; Mona Solouki; James McGinnis;
Vincent Connelly; Lee Rubin; Gary Winters

       **Further Case Management/Pretrial Conference -** HELD

Notes:   Motions in Limine are argued and submitted by the
parties, and ruled on by the Court as reflected on the record.
Parties are to meet and confer, and provide the Court with an
agenda regarding the next Pretrial Conference by 1/7/2011.
Parties are ordered to have a joint conference call with Judge
Weinstein within one week from today's date.

All previously set hearing dates are maintained.

Copies to:  Chambers