IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST LITIGATION<br><br>ALL ACTIONS<br><br>_____/ | No. 07-md-01819 CW<br><br>ORDER EXPEDITING BRIEFING<br>(Docket Nos. 1214 & 1215) |

On December 23, 2010, Defendants Samsung Electronics Company, Ltd. and Samsung Semiconductor, Inc. (collectively, Samsung) filed a motion, pursuant to 28 U.S.C. § 1292(b), for certification to file an interlocutory appeal of the Court's decisions regarding Westell, Inc.'s standing, specifically the Court's December 7, 2010 Order Denying Defendants' Joint Motion to Decertify Plaintiff Classes, Docket No. 1191, and the December 13, 2010 Order Denying in Part Samsung's Motion for Summary Judgment, Docket No. 1204. Docket No. 1215. Given the impending trial date, the Court orders the parties to expedite briefing related to this motion. Direct Purchaser Plaintiffs shall file their opposition by January 8, 2011. Samsung shall file its reply by January 12, 2011.

On December 23, 2010, Indirect Purchaser (IP) Plaintiffs moved to name new class representatives for Tennessee. Docket No. 1214. It is also necessary to expedite briefing related to this

1  motion. Cypress Semiconductor Corporation, the sole remaining
2  defendant in the IP Plaintiff action, shall file its opposition to
3  by January 8, 2011. IP Plaintiffs shall file a reply by January
4  12, 2011.

6      IT IS SO ORDERED.

8  Dated: 12/30/2010

    CLAUDIA WILKEN
    United States District Judge