SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
GARY L. HALLING, Cal. Bar No. 66087
JAMES L. McGINNIS, Cal. Bar No. 95788
MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
MONA SOLOUKI, Cal. Bar No. 215145
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4109
Telephone:     415-434-9100
Facsimile:      415-434-3947
E-mail:          ghalling@sheppardmullin.com
                    jmcginnis@sheppardmullin.com
                    mscarborough@sheppardmullin.com
                    msolouki@sheppardmullin.com

Attorneys for Defendants
SAMSUNG SEMICONDUCTOR, INC. and
SAMSUNG ELECTRONICS COMPANY, LTD.,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST LITIGATION | Case No. 4:07-md-1819 CW<br><br>MDL No. 1819<br><br>**STIPULATION AND ORDER REGARDING CORPORATE DEFENDANT FAMILY REFERENCES AND SETTLEMENT SETOFFS** |
| This Document Relates to:<br><br>ALL ACTIONS | |

STIPULATION AND [PROPOSED] ORDER REGARDING CORPORATE DEFENDANT FAMILY
REFERENCES AND SETTLEMENT SETOFFS

1    WHEREAS, the Court, in its December 16, 2010 Order on Motions in Limine and for Pre-Trial Preparation, directed the Parties to attempt to stipulate regarding, *inter alia*, (a) the use of combined, singular references at trial to multiple entities within a particular current or former Defendant corporate family; and (b) the process for taking into account prior settlements in calculating the final amount of any damage awards that may be entered in these actions; and

WHEREAS, the Parties have met and conferred on these and other issues directed by the Court, and have reached agreement as set forth below;

NOW THEREFORE, it is hereby stipulated by the undersigned counsel on behalf of the Parties identified below, and subject to the Court's approval, that:

1.    The Parties stipulate and agree that at trial and in the special verdict forms, the Parties may refer to each set of Defendants or former co-Defendants from a single corporate family by using a single corporate family name (e.g., "Samsung" as a collective reference to both Samsung Electronics Company, Ltd. and Samsung Semiconductor, Inc.).  The Parties, however, reserve the right to present testimony and argument that distinguishes between members of a particular corporate family, as may be necessary at trial.

2.    The Parties further stipulate and agree that, in the event of a jury verdict awarding damages, Defendants will be entitled to a setoff (i.e., a reduction) based on prior settlements.  The nature and amounts of such setoffs shall be determined by the Court post-verdict and pre-judgment.

Dated:  December 28, 2010          Respectfully submitted,

**SHEPPARD MULLIN RICHTER & HAMPTON LLP**

By*:     /s/   Michael W. Scarborough*
     MICHAEL W. SCARBOROUGH

*Attorneys for Samsung Electronics Co., Ltd. and Samsung Semiconductor, Inc.*

-1-
STIPULATION AND [PROPOSED] ORDER REGARDING CORPORATE DEFENDANT FAMILY REFERENCES AND SETTLEMENT SETOFFS

**COTCHETT, PITRE & McCARTHY**

By: *: /s/ Steven N. Williams*
    STEVEN N. WILLIAMS

*Attorneys for Direct Purchaser Plaintiffs*

**ZELLE HOFMANN VOELBEL & MASON LLP**

By*: /s/ Christopher Micheletti*
    CHRISTOPHER MICHELETTI

*Attorneys for Indirect Purchaser Plaintiffs*

**MAYER BROWN LLP**

By*: /s/ Lee Rubin*
    LEE RUBIN

*Attorneys for Cypress Semiconductor, Inc.*

    I, Michael W. Scarborough, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

    */s/ Michael W. Scarborough*
    MICHAEL W. SCARBOROUGH

**IT IS SO ORDERED**

Dated: 1/3/2011

    _____
    The Honorable Claudia Wilken
    United States District Judge