1  Lee H. Rubin (State Bar #141331)
   MAYER BROWN LLP
2  Two Palo Alto Square
   Suite 300
3  3000 El Camino Real
   Palo Alto, CA 94306-2112
4  (650) 331-2000
   lrubin@mayerbrown.com
5
   Robert E. Bloch (*pro hac vice*)
6  Gary A. Winters (*pro hac vice*)
   Aimée D. Latimer-Zayets (*pro hac vice*)
7  MAYER BROWN LLP
   1999 K Street NW
8  Washington, DC 20006-1101
   (202) 263-3000
9  rbloch@mayerbrown.com
   gwinters@mayerbrown.com
10 alatimer-zayets@mayerbrown.com

11 *Counsel for Defendant Cypress Semiconductor Corporation*

12
   [Additional Counsel Listed on Signature Page]
13

14
                    **UNITED STATES DISTRICT COURT**
15
                    **NORTHERN DISTRICT OF CALIFORNIA**
16
                            **OAKLAND DIVISION**
17

| | |
|---|---|
| **IN RE STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST LITIGATION** | Master File 4:07-md-1819-CW <br><br> MDL No. 1819 |
| **This Document Relates To:** <br><br> **ALL DIRECT AND INDIRECT PURCHASER ACTIONS** | **STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE FOR CYPRESS SEMICONDUCTOR CORPORATION'S MOTIONS FOR SEPARATE TRIALS AND TO EXPEDITE RULING ON THE FTAIA'S IMPACT ON INDIRECT PURCHASER CLAIMS** |

1  WHEREAS, on December 30, 2010, Defendant Cypress Semiconductor Corporation
2  ("Cypress") filed a motion for separate trials with the Court (the "Motion for Separate Trials");
3  WHEREAS, Samsung and the Direct Purchaser Plaintiffs support Cypress's Motion for
4  Separate Trials;
5  WHEREAS, also on December 30, 2010, Cypress filed a motion to expedite ruling on the
6  FTAIA's impact on indirect purchaser claims (the "Motion to Expedite");
7  WHEREAS, Cypress and the Indirect Purchaser Plaintiffs have agreed to the following
8  briefing schedule for both of Cypress's Motions:
9  (1) Indirect Purchaser Plaintiffs shall have until January 12, 2011 to respond to
10  Cypress's Motions;
11  (2) Cypress shall have until 9 a.m. on January 17, 2011 to reply;
12  (3) For the convenience of the Court and of the parties, the hearing on Cypress's
13  Motions shall take place on January 18, 2011, at the time of the further pretrial
14  conference.
15  IT IS SO STIPULATED.

17  Dated: December 30, 2010                    MAYER BROWN LLP

19                                              _____/s/_____
                                                Gary A. Winters
20                                              *Counsel for Defendant Cypress
                                                Semiconductor Corporation*

22  Dated: December 30, 2010                    ZELLE HOFMANN VOELBEL &
                                                MASON LLP

24                                              _____/s/_____
                                                Christopher T. Micheletti
25                                              *Lead Counsel for Indirect Purchaser
                                                Plaintiffs*

27  *Pursuant to General Order No. 45, Section X(B), I hereby attest that the above signatories
    concur in the filing of this document.*
28

1                                             /s/

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.  **Motion to Expedite is granted.**

DATED: **January 3, 2011**

                                         Hon. Claudia Wilken
                                         United States District Court Judge