SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
GARY L. HALLING, Cal. Bar No. 66087
JAMES L. McGINNIS, Cal. Bar No. 95788
MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
MONA SOLOUKI, Cal. Bar No. 215145
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4109
Telephone:     415-434-9100
Facsimile:     415-434-3947
E-mail:          ghalling@sheppardmullin.com
                    jmcginnis@sheppardmullin.com
                    mscarborough@sheppardmullin.com
                    msolouki@sheppardmullin.com

Attorneys for Defendants
SAMSUNG SEMICONDUCTOR, INC. and
SAMSUNG ELECTRONICS COMPANY, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST LITIGATION | Case No. 4:07-md-1819 CW<br><br>MDL No. 1819<br><br>**STIPULATION AND ORDER REGARDING SUBMISSION OF JOINT PROPOSED VOIR DIRE QUESTIONNAIRE** |
| This Document Relates to:<br><br>ALL ACTIONS | |

STIPULATION AND [~~PROPOSED~~] ORDER REGARDING SUBMISSION OF VOIR DIRE QUESTIONNAIRE

1    WHEREAS, pursuant to paragraph 3 of the November 24, 2010 Stipulation and
2 Order Regarding Pretrial Submission of Trial Exhibits, Pretrial Conference Statement And Pretrial
3 Conference (Dkt. #1159), fourteen days prior to a further pretrial conference set for 2:00 p.m. on
4 January 18, 2011, the parties are required to submit a Joint Proposed Voir Dire Questionnaire.
5    WHEREAS, in its December 16, 2010 Order on Motions in Limine and for Pre-
6 Trial Preparation (Dkt. #1206), the Court, directed the Parties to submit a Joint Proposed Voir
7 Dire Questionnaire on January 4, 2011.
8    WHEREAS, the parties have been diligently working to agree on a Joint Proposed
9 Voir Dire Questionnaire that complies with the direction provided by the Court at the
10 December 14, 2010 Pretrial Conference;
11    WHEREAS, the parties need additional time to finalize a Joint Proposed Voir Dire
12 Questionnaire;
13    NOW THEREFORE, it is hereby stipulated by the undersigned counsel on behalf
14 of the parties identified below, and subject to the Court's approval, that the deadline for the parties
15 to submit a Joint Proposed Voir Dire Questionnaire shall be extended to January 7, 2011.

Dated:  January 4, 2011         Respectfully submitted,


**SHEPPARD MULLIN RICHTER
& HAMPTON LLP**

By*:    /s/  Michael W. Scarborough*
     MICHAEL W. SCARBOROUGH

*Attorneys for Samsung Electronics Co., Ltd. and Samsung Semiconductor, Inc.*


**COTCHETT, PITRE & McCARTHY**

By: *:    /s/ Steven N. Williams*
     STEVEN N. WILLIAMS

*Attorneys for Direct Purchaser Plaintiffs*

-1-
STIPULATION AND [~~PROPOSED~~] ORDER REGARDING SUBMISSION OF VOIR DIRE QUESTIONNAIRE

**ZELLE HOFMANN VOELBEL & MASON LLP**

By*:   /s/ Christopher Micheletti*
    CHRISTOPHER MICHELETTI

*Attorneys for Indirect Purchaser Plaintiffs*


**MAYER BROWN LLP**

By*:   /s/ Lee Rubin*
    LEE RUBIN

*Attorneys for Cypress Semiconductor Corp.*


I, Michael W. Scarborough, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

   */s/ Michael W. Scarborough*
    MICHAEL W. SCARBOROUGH

**IT IS SO ORDERED**

Dated:  **1/6/2011**

_____
The Honorable Claudia Wilken
United States District Judge