1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| IN RE STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST LITIGATION | Case No. 4:07-md-1819 CW<br><br>MDL No. 1819<br><br>**ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE LENIENCY AGREEMENT UNDER SEAL FOR *IN CAMERA* REVIEW** |
|---|---|
| This Document Relates to:<br><br>ALL ACTIONS | |

At the December 14 Pretrial Conference and by its December 16, 2010 Order on Motions in Limine and For Pre-Trial Preparation (Docket No. 1206), the Court granted defendants Samsung Electronics Co., Ltd. and Samsung Semiconductor, Inc.'s (collectively "Samsung") Motion in Limine No. 2 to exclude at trial any evidence of or reference to Samsung's leniency agreement with the U.S. Department of Justice ("DOJ") in connection with DOJ's investigation of the SRAM industry, or any other evidence of or reference to that investigation.  However, the Court ordered Samsung to lodge with the Court for *in camera* review, along with a proposed sealing order, a copy of the January 17, 2006 letter memorializing Samsung's leniency agreement with DOJ (the "leniency agreement"), so that the Court could confirm that the letter does not provide a basis for impeachment of Samsung witnesses at trial.  On December 29, 2010, Samsung filed an Administrative Motion to File Leniency Agreement Under Seal For *In Camera* Review (the "Motion"), and lodged the leniency agreement with the Court as Exhibit A to the accompanying Declaration of Michael W. Scarborough.

IT IS THEREFORE ORDERED that Samsung's motion is GRANTED as follows:

(1)  The leniency agreement (Exhibit A to the December 29, 2010, Declaration of Michael W. Scarborough) shall be filed under seal for in camera review by the Court.

IT IS SO ORDERED.

Dated: 1/12/2011

_____
Hon. Claudia Wilken
United States District Court Judge

-1-
W02-WEST:FMI\403170136.2
MDL No. 1819

ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE LENIENCY AGREEMENT UNDER SEAL FOR *IN CAMERA* REVIEW

Submitted by:

MICHAEL W. SCARBOROUGH
**SHEPPARD MULLIN RICHTER & HAMPTON LLP**
*Attorney for Defendants*
*Samsung Electronics Company, Ltd. and*
*Samsung Semiconductor, Inc.*

-2-

W02-WEST:FMI\403170136.2
MDL No. 1819

ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE
LENIENCY AGREEMENT UNDER SEAL FOR *IN CAMERA* REVIEW