Lee H. Rubin (State Bar #141331)
MAYER BROWN LLP
Two Palo Alto Square
Suite 300
Palo Alto, CA 94306-2112
(650) 331-2000
lrubin@mayerbrown.com

Robert E. Bloch (*pro hac vice*)
Gary A. Winters (*pro hac vice*)
Aimée D. Latimer-Zayets (*pro hac vice*)
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006-1101
(202) 263-3000
rbloch@mayerbrown.com
gwinters@mayerbrown.com
alatimer-zayets@mayerbrown.com

*Counsel for Defendant Cypress Semiconductor Corporation*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| **IN RE STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST LITIGATION** | Master File 4:07-md-1819-CW <br><br> MDL No. 1819 <br><br> **STIPULATION REGARDING CYPRESS'S REPLY IN SUPPORT OF MOTIONS FOR SEPARATE TRIALS AND TO EXPEDITE RULING ON THE FTAIA'S IMPACT ON INDIRECT PURCHASER CLAIMS; [PROPOSED] ORDER** |
| **This Document Relates To:** <br><br> **ALL INDIRECT PURCHASER ACTIONS** | |

1   WHEREAS, pursuant to the Court's Order dated January 3, 2011 (Docket No. 1234),
2  defendant Cypress Semiconductor Corporation's ("Cypress") Reply in Support of Motion for
3  Separate Trials and Reply in Support of Motion to Expedite Ruling on the FTAIA's Impact on
4  Indirect Purchaser Claims (the "Replies") are due by 9 a.m. on Monday, January 17, 2011;

5   WHEREAS, Monday, January 17, 2011, is a Court holiday;

6   WHEREAS, the Office of the Clerk issued a notice on January 13, 2011 that the ECF
7  system will be non-operational due to maintenance from the evening of Friday, January 14,
8  2011, through 6:30 a.m. on the morning of Tuesday, January 18, 2011;

9   WHEREAS, the Court has informed counsel for Cypress that the parties may stipulate
10 regarding filing of the Replies;

11  WHEREAS, the parties have met and conferred, and hereby agree to two alternative
12 procedures for filing Cypress' Replies, as set forth below;

13  WHEREAS, Cypress will serve the Replies on all parties via email by 9:00 a.m. on
14 Monday, January 11, 2011;

15  THEREFORE, it is stipulated and agreed by Indirect Plaintiffs and Cypress, by and
16 through their counsel of record as follows:

17  Cypress shall send a copy of the Replies to the Court via e-mail to an address to be
18 provided by the Court by 9 a.m. on Monday, January 17, or, alternatively, Cypress shall file the
19 Replies when the ECF system becomes available on the morning of Tuesday, January 18,
20 whichever the Court prefers;

21  IT IS SO STIPULATED.

22 Dated:  January 14, 2011                           MAYER BROWN LLP

                                                    _____/s/_____
                                                    Gary A. Winters
                                                    *Counsel for Defendant Cypress*
                                                    *Semiconductor Corporation*

1

STIPULATION REGARDING FILING OF CYPRESS' REPLY BRIEFS; [PROPOSED] ORDER (4:07-md-1819 CW)

| | |
|---|---|
| Dated:  January 14, 2011 | ZELLE HOFMANN VOELBEL & MASON LLP |
| | /s/ |
| | Christopher T. Micheletti |
| | *Lead Counsel for Indirect Purchaser Plaintiffs* |

*Pursuant to General Order No. 45, Section X(B), I hereby attest that the above signatories concur in the filing of this document.*

                                              /s/
                                           Lee Rubin

## **[PROPOSED] ORDER**

Pursuant to stipulation of the parties, the Court orders as follows:

[Cypress shall send a copy of the Replies to the Court via e-mail to the following address _____ by 9 a.m. on Monday, January 17, 2011.]

[Cypress shall file the Replies when the ECF system becomes available on Tuesday, January 18, 2011.]

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____      _____
                                         Hon. Claudia Wilken
                                         United States District Court Judge