1  LEE H. RUBIN (State Bar #141331)
   MAYER BROWN LLP
2  Two Palo Alto Square
   Suite 300
3  3000 El Camino Real
   Palo Alto, CA 94306-2112
4  (650) 331-2000
   lrubin@mayerbrown.com
5
   ROBERT E. BLOCH (*pro hac vice*)
6  GARY A. WINTERS (*pro hac vice*)
   AIMÉE D. LATIMER-ZAYETS (*pro hac vice*)
7  MAYER BROWN LLP
   1999 K Street, NW
8  Washington, DC 20006-1101
   (202) 263-3000
9  rbloch@mayerbrown.com
   gwinters@mayerbrown.com
10 alatimer-zayets@mayerbrown.com

11 *Counsel for Defendant Cypress Semiconductor Corporation*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| **IN RE STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST LITIGATION** | Master File 4:07-md-01819-CW<br><br>MDL No. 1819<br><br>**ORDER GRANTING DEFENDANT CYPRESS SEMICONDUCTOR CORPORATION'S MOTION FOR SEPARATE TRIALS** |
| **This Document Relates to:**<br><br>**ALL DIRECT AND INDIRECT PURCHASER ACTIONS** | |

1  The Court, having read Cypress Semiconductor Corporation's ("Cypress's") Motion For
2  Separate Trials ("the Motion") and the parties' related submissions, HEREBY ORDERS THAT:
3  The Motion is GRANTED. The Indirect Purchaser Plaintiffs' claims against Cypress and
4  the Direct Purchaser Plaintiffs' claims against Samsung will be tried in two separate trials.
5
6  IT IS SO ORDERED.
7
8  Dated: __1/14/2011__   _____
9  Hon. Claudia Wilken
   United States District Court Judge