Lee H. Rubin (State Bar #141331)
MAYER BROWN LLP
Two Palo Alto Square
Suite 300
Palo Alto, CA 94306-2112
(650) 331-2000
lrubin@mayerbrown.com

Robert E. Bloch (*pro hac vice*)
Gary A. Winters (*pro hac vice*)
Aimée D. Latimer-Zayets (*pro hac vice*)
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006-1101
(202) 263-3000
rbloch@mayerbrown.com
gwinters@mayerbrown.com
alatimer-zayets@mayerbrown.com

*Counsel for Defendant Cypress Semiconductor Corporation*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| **IN RE STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST LITIGATION** | Master File 4:07-md-1819-CW<br><br>MDL No. 1819 |
| **This Document Relates To:**<br><br>**ALL INDIRECT PURCHASER ACTIONS** | **STIPULATION REGARDING CYPRESS'S REPLY IN SUPPORT OF MOTIONS FOR SEPARATE TRIALS AND TO EXPEDITE RULING ON THE FTAIA'S IMPACT ON INDIRECT PURCHASER CLAIMS; ORDER** |

1   WHEREAS, pursuant to the Court's Order dated January 3, 2011 (Docket No. 1234),

2   defendant Cypress Semiconductor Corporation's ("Cypress") Reply in Support of Motion for

3   Separate Trials and Reply in Support of Motion to Expedite Ruling on the FTAIA's Impact on

4   Indirect Purchaser Claims (the "Replies") are due by 9 a.m. on Monday, January 17, 2011;

5   WHEREAS, Monday, January 17, 2011, is a Court holiday;

6   WHEREAS, the Office of the Clerk issued a notice on January 13, 2011 that the ECF

7   system will be non-operational due to maintenance from the evening of Friday, January 14,

8   2011, through 6:30 a.m. on the morning of Tuesday, January 18, 2011;

9   WHEREAS, the Court has informed counsel for Cypress that the parties may stipulate

10   regarding filing of the Replies;

11   WHEREAS, the parties have met and conferred, and hereby agree to two alternative

12   procedures for filing Cypress' Replies, as set forth below;

13   WHEREAS, Cypress will serve the Replies on all parties via email by 9:00 a.m. on

14   Monday, January 11, 2011;

15   THEREFORE, it is stipulated and agreed by Indirect Plaintiffs and Cypress, by and

16   through their counsel of record as follows:

17   Cypress shall send a copy of the Replies to the Court via e-mail to an address to be

18   provided by the Court by 9 a.m. on Monday, January 17, or, alternatively, Cypress shall file the

19   Replies when the ECF system becomes available on the morning of Tuesday, January 18,

20   whichever the Court prefers;

21   IT IS SO STIPULATED.

22   Dated: January 14, 2011                    MAYER BROWN LLP

23                                                      _____/s/_____

24                                                      Gary A. Winters
                                                       *Counsel for Defendant Cypress*
25                                                      *Semiconductor Corporation*

26

27

28

1

Dated: January 14, 2011

ZELLE HOFMANN VOELBEL & MASON LLP

_____/s/_____

Christopher T. Micheletti
*Lead Counsel for Indirect Purchaser Plaintiffs*

*Pursuant to General Order No. 45, Section X(B), I hereby attest that the above signatories concur in the filing of this document.*

_____/s/_____

Lee Rubin

## [~~PROPOSED~~] ORDER

Pursuant to stipulation of the parties, the Court orders as follows:

[Cypress shall file the Replies when the ECF system becomes available on Tuesday, January 18, 2011.]

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: **1/18/2011**

_____
Hon. Claudia Wilken
United States District Court Judge