IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST LITIGATION _____/ | No. 07-md-01819 CW<br><br>ORDER ON PRE-TRIAL PREPARATION |

As discussed at the pre-trial conference, the Court issues the following orders:

I. Jury Trial

The jury trial will begin on February 7, 2011 at 8:30 am.  If the parties in the Direct Purchaser action fail to settle prior to that date, the trial on the Direct Purchaser action will proceed before a trial on the Indirect Purchaser action.  If the Direct Purchaser action settles in advance of February 7, 2011, and the Indirect Purchaser action does not, the Court will try the Indirect Purchaser action, beginning on February 7, 2011.  Juror questionnaires should be available for review in the jury assembly room on February 4, 2011.

II. Second Revised Special Verdict Forms

The parties in the Direct Purchaser action are to submit their second revised special verdict forms by February 4, 2011.

### III. Revised Jury Questionnaire

The parties in the Direct Purchaser action are to e-file and e-mail in a word processing format their revised jury questionnaire by January 27, 2011.

### IV. Objections to Deposition Designations

The parties in the Direct Purchaser action shall submit the names of the deponents whose testimony will be read seven days prior to their reading.

### V. Rulings on Objections in Advance of Trial

The parties in the Direct Purchaser action shall meet and confer and, if necessary, submit a list of objections to evidence that their opponent plans to use during opening statements. The parties shall submit this list by February 2, 2011.

### VI. Time limits

Due to the recent settlements and the decision to hold separate trials, the Direct Purchaser trial will be allotted not more than nineteen days, approximately 8:30 to 1:30 each day, without side-bar conferences, and including jury selection, argument and instructions. Half of that time will be allotted to each side.

IT IS SO ORDERED.

Dated: 1/25/2011

CLAUDIA WILKEN
United States District Judge

2