Lee H. Rubin (State Bar #141331)
MAYER BROWN LLP
Two Palo Alto Square
Suite 300
Palo Alto, CA 94306-2112
(650) 331-2000
lrubin@mayerbrown.com

Robert E. Bloch (*pro hac vice*)
Gary A. Winters (*pro hac vice*)
Aimée D. Latimer-Zayets (*pro hac vice*)
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006-1101
(202) 263-3000
rbloch@mayerbrown.com
gwinters@mayerbrown.com
alatimer-zayets@mayerbrown.com

Counsel for Defendant Cypress Semiconductor Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| IN RE STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST LITIGATION | Master File 4:07-md-1819-CW<br><br>MDL No. 1819 |
|---|---|
| This Document Relates To:<br><br>ALL INDIRECT PURCHASER ACTIONS | STIPULATED REQUEST TO REMOVE HEARING ON CYPRESS'S FURTHER MOTION TO DECERTIFY CERTAIN INDIRECT PURCHASER CLASSES FROM CALENDAR;<br>ORDER |

1    Indirect Plaintiffs and defendant Cypress Semiconductor Corporation ("Cypress"), by and
2 through their counsel of record in the above-captioned matter, hereby stipulate as follows:
3    WHEREAS, Cypress's Further Motion to Decertify Certain Indirect Purchaser Classes
4 ("Motion") is set to be heard on January 27, 2011;
5    WHEREAS, the parties are engaged in settlement discussions and anticipate reaching an
6 agreement shortly;
7    WHEREAS, the parties have met and conferred, and agree that they wish to remove the
8 hearing on Cypress's Motion from the calendar;
9    WHEREAS, the parties further agree to inform the Court of any settlement agreement;
10   THEREFORE, it is stipulated and agreed by Indirect Plaintiffs and Cypress, by and
11 through their counsel of record as follows: The hearing on Cypress's Motion shall be removed
12 from the calendar.
13   IT IS SO STIPULATED.

Dated: January 26, 2011                MAYER BROWN LLP

                                       /s/
                                       ─────────────────
                                       Gary A. Winters
                                       *Counsel for Defendant Cypress*
                                       *Semiconductor Corporation*

Dated: January 26, 2011                ZELLE HOFMANN VOELBEL &
                                       MASON LLP

                                       /s/
                                       ─────────────────
                                       Christopher T. Micheletti
                                       *Lead Counsel for Indirect Purchaser*
                                       *Plaintiffs*

*Pursuant to General Order No. 45, Section X(B), I hereby attest that the above signatories concur in the filing of this document.*

                                       /s/
                                       ─────────────────
                                       Lee H. Rubin

**ORDER**

Pursuant to stipulation of the parties, the Court orders as follows: The hearing on Cypress's Further Motion to Decertify Certain Indirect Purchaser Classes is hereby removed from the calendar.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: JAN 2 6 2011

Hon. Claudia Wilken
United States District Court Judge

2

STIPULATION REGARDING HEARING ON CYPRESS'S FURTHER MOTION TO DECERTIFY; [PROPOSED] ORDER (4:07-md-1819 CW)