FRANCIS O. SCARPULLA (41059)
CRAIG C. CORBITT (83251)
CHRISTOPHER T. MICHELETTI (136446)
JANE YI (257893)
ZELLE HOFMANN VOELBEL & MASON LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone:    (415) 693-0700
Facsimile:     (415) 693-0770
fscarpulla@zelle.com
ccorbitt@zelle.com

*Lead and Liaison Counsel for
Indirect Purchaser Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| IN RE STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST LITIGATION | Case No. 4:07-md-1819 CW<br><br>MDL No. 1819<br><br>**STIPULATION AND ORDER REGARDING INDIRECT PURCHASER PLAINTIFFS' TIME TO MOVE FOR RELIEF PURSUANT TO THE DECEMBER 31, 2010 FTAIA ORDER** |
| This Document Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS | |

WHEREAS, pursuant to the Court's December 31, 2010 Order Granting in Part, Denying in Part and Deferring in Part Defendants' Joint Motion to Dismiss for Lack of Subject Matter Jurisdiction (the "FTAIA Order"), Indirect Purchaser ("IP") Plaintiffs and defendant Cypress Semiconductor Corporation ("Cypress") are to meet and confer "to agree on a method for segregating foreign SRAM sales without domestic effect from domestic sales";

WHEREAS, under the FTAIA Order, if the parties are unable to agree, IP Plaintiffs "may move for relief, be it for further discovery, further expert reports or the like" on or before January 30, 2011;

1  WHEREAS, the parties have reached a settlement and IP Plaintiffs have indicated that they will move for preliminary approval of that settlement as soon as is practicable;

WHEREAS, the parties have met and conferred, and agree that IP Plaintiffs' obligation to move for relief as described above should be deferred pending final approval of the settlement reached by the parties;

NOW THEREFORE, it is hereby stipulated by the undersigned counsel on behalf of the parties identified below, and subject to the Court's approval, that:

IP Plaintiffs' obligation to move for relief in response to the FTAIA Order is held in abeyance pending preliminary and final approval of the settlement with Cypress.

Dated: January 27, 2011         By:   */s/ Christopher T. Micheletti*
                                      CHRISTOPHER T. MICHELETTI
                                      ZELLE HOFMANN VOELBEL
                                        & MASON LLP
                                      *Lead and Liaison Counsel for Indirect Purchaser Class*

Dated: January 27, 2011         By:   */s/ Lee H. Rubin*
                                      Lee H. Rubin
                                      MAYER BROWN LLP
                                      *Counsel for Defendant Cypress Semiconductor Corporation*

I, Christopher T. Micheletti, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

                           */s/ Christopher T. Micheletti*
                           Christopher T. Micheletti

2

STIPULATION AND [PROPOSED] ORDER EXTENDING INDIRECT PURCHASER PLAINTIFFS' TIME TO MOVE FOR RELIEF PURSUANT TO THE DECEMBER 31, 2010 FTAIA ORDER
Case No. 4:07-md-1819 CW  MDL No. 1819

IT IS SO ORDERED.

Dated: **January 27**, 2011

_____
The Honorable Claudia Wilken
United States District Judge
Northern District of California
Oakland Division

3223508v1

3

STIPULATION AND [PROPOSED] ORDER EXTENDING INDIRECT PURCHASER PLAINTIFFS' TIME TO MOVE FOR RELIEF PURSUANT TO THE DECEMBER 31, 2010 FTAIA ORDER
Case No. 4:07-md-1819 CW  MDL No. 1819