SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
GARY L. HALLING, Cal. Bar No. 66087
JAMES L. McGINNIS, Cal. Bar No. 95788
MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
MONA SOLOUKI, Cal. Bar No. 215145
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone:    415-434-9100
Facsimile:    415-434-3947
E-mail:       ghalling@sheppardmullin.com
              jmcginnis@sheppardmullin.com
              mscarborough@sheppardmullin.com
              msolouki@sheppardmullin.com

Attorneys for Defendants
SAMSUNG ELECTRONICS CO., LTD. and
SAMSUNG SEMICONDUCTOR, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| IN RE STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST LITIGATION | Case No. 4:07-md-1819 CW <br><br> MDL No. 1819 |
| This Document Relates to: <br><br> ALL DIRECT PURCHASER ACTIONS | **ORDER PERMITTING USE OF EQUIPMENT AT TRIAL** <br><br> Trial Date:  February 7, 2011 <br> Judge:       Hon. Claudia Wilken <br> Courtroom:   2 |

WHEREAS the trial of this matter has been set for February 7, 2011;

WHEREAS defendants Samsung Electronics Co., Ltd. and Samsung Semiconductor, Inc. (collectively "Samsung") desire and intend to use certain electronic equipment at the trial of this matter;

WHEREAS this equipment includes: a trial technician table; a monitor; a tabletop printer/scanner; a switcher box; a large writing pad and easel; two laptops; two library carts; a video distribution amplifier; and various cables and surge protectors, as needed.

WHEREAS use of this equipment is reasonably necessary and will facilitate the presentation of evidence;

IT IS HEREBY ORDERED that Samsung., and its attorneys and/or representatives, shall be permitted to bring the above-listed equipment into the courthouse on February 4, 2011 and thereafter for the duration of the trial, and install such equipment in the courtroom, being responsible for the appropriate arrangement of the equipment in accordance with the direction of the Court or its staff, and for the removal of the equipment from the courtroom at the conclusion of trial or at the direction of the Court or its staff.

DATED: **2/1/2011**

_____
The Honorable Claudia Wilken
United States District Judge

-2-

W02-WEST:FNO\403273168.1
MDL No. 1819

[PROPOSED] ORDER PERMITTING USE OF EQUIPMENT AT TRIAL