Joseph W. Cotchett (036324)
Steven N. Williams (175489)
Neil J. Swartzberg (215133)
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA  94010
Telephone:  (650) 697-6000
Fax:(650) 697-0577

*Attorneys for Direct Purchaser Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| **IN RE STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST LITIGATION** | Master File 4:07-md-01819-CW <br><br> MDL NO. 1819 |
| **This Document Relates to:** <br><br> **ALL DIRECT PURCHASER ACTIONS** | **ORDER PERMITTING USE OF EQUIPMENT AT TRIAL** <br><br> Trial Date:  February 7, 2011 <br> Judge:  Hon. Claudia Wilken <br> Courtroom:  2 |

**ORDER PERMITTING USE OF EQUIPMENT AT TRIAL**,
Case No. 4:07-md-01819-CW

WHEREAS the trial of this matter has been set for February 7, 2011;

WHEREAS Direct Purchaser class desire and intend to use certain electronic equipment at the trial of this matter;

WHEREAS this equipment includes: a trial technician table; a monitor, a tabletop printer/scanner; a VGA switcher box; a large writing pad and easel; two laptops; headphones; two library carts; a video distribution amplifier; and various cables and surge protectors, as needed.

WHEREAS use of this equipment is reasonably necessary and will facilitate the presentation of evidence.

IT IS HEREBY ORDERED that the Direct Purchaser class, and its attorneys and/or representatives, shall be permitted to bring the above-listed equipment into the courthouse on February 7, 2011 and thereafter for the duration of the trial, and install such equipment in the courtroom, being responsible for the appropriate arrangement of the equipment in accordance with the direction of the Court or its staff, and for the removal of the equipment from the courtroom at the conclusion of trial or at the direction of the Court or its staff.

Dated:  February 3, 2011

_____
THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

LAW OFFICES
COTCHETT,
PITRE, &
MCCARTHY, LLP

**ORDER PERMITTING USE OF EQUIPMENT AT TRIAL**,
Case No. 4:07-md-01819-CW                                                                 1