IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST LITIGATION _____/ | No. 07-md-01819 CW<br><br>ORDER SETTING DEADLINE FOR DIRECT PURCHASER PLAINTIFFS' RESPONSE TO SAMSUNG'S OBJECTIONS (Docket No. 1305) |

    Direct Purchaser Plaintiffs have filed a notice of their intent to respond to Samsung's Objections to Plaintiffs' Opening Statement Materials, and have requested that the Court defer ruling until their response has been filed. Docket No. 1305. Direct Purchaser Plaintiffs shall file their response by 12 noon on February 4, 2011.

    IT IS SO ORDERED.

Dated: 2/3/2011

CLAUDIA WILKEN
United States District Judge