# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS | Case No. M:07-CV-01819-CW<br><br>MDL No. 1819<br><br>**ORDER GRANTING INDIRECT PURCHASER PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF REQUESTING APPOINTMENT OF SETTLEMENT CLASS RESELLER REPRESENTATIVE AND RESELLER COUNSEL**<br><br>Judge: Hon. Claudia Wilken |

GOOD CAUSE APPEARING THEREFOR, Indirect Purchaser Plaintiffs' Motion for Administrative Relief Requesting Appointment of Settlement Class Reseller Representative and Reseller Counsel is hereby GRANTED.

Granite Communications, Inc. is hereby APPOINTED as the Reseller representative and Berman DeValerio is hereby APPOINTED as counsel for Resellers in the Settlement Class, with responsibilities for independently representing the interests of Resellers in connection with the allocation and distribution of settlement proceeds in these actions.

Dated: March 14, 2011.

                                                                    _____
                                                                    The Hon. Claudia Wilken
                                                                    District Court Judge
                                                                    Northern District of California
                                                                    Oakland Division

#3223473.2

1

[PROPOSED] ORDER GRANTING INDIRECT PURCHASER PLAINTIFFS' MOTION FOR
ADMINISTRATIVE RELIEF REQUESTING APPOINTMENT OF SETTLEMENT CLASS
RESELLER REPRESENTATIVE AND RESELLER COUNSEL
Case No. M:07-CV-01819-CW, MDL No. 1819