JOSEPH W. COTCHETT (#36324)
jcotchett@cpmlegal.com
STEVEN N. WILLIAMS (#175489)
swilliams@cpmlegal.com
NEIL SWARTZBERG (#215133)
nswartzberg@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Lead Counsel for the Direct Purchaser Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| **IN RE STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST LITIGATION** | **Master File No. 4:07-md-01819-CW** |
| | **MDL No. 1819** |
| **This Document Relates to:** | **STIPULATION AND ORDER TO SHORTEN TIME ON HEARING ON MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENTS WITH SAMSUNG AND CYPRESS AND PLAN OF ALLOCATION, AND ISSUANCE OF CLASS NOTICE; AND FURTHER REQUEST THAT SUCH MOTION BE DECIDED WITHOUT HEARING** |
| **ALL DIRECT PURCHASER ACTIONS** | |
| | **[Civ. L.R. 6-2, 7-12; FRCP 78(b)]** |
| | Judge: Hon. Claudia Wilken, Courtroom 2 |

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

**STIPULATION AND ORDER RE: PRELIMINARY APPROVAL OF SETTLEMENTS**
**Case No. 4:07-md-1819 CW; MDL No. 1819**

1   WHEREAS, Plaintiff is concurrently filing a Motion for Preliminarily Approval of Settlements with Samsung and Cypress and Plan of Allocation, and Issuance of Class Notice ("Preliminary Approval Motion") which asks this Court to:

- **(i)** grant preliminary approval of each of the settlement agreements Plaintiff has executed on behalf of the class of direct purchasers with Cypress Semiconductor Corporation ("Cypress" and "Cypress Settlement") and Samsung Electronics Company, Ltd. and Samsung Semiconductor, Inc. (collectively "Samsung" and "Samsung Settlement"), as well as the proposed plan of allocation related to those settlements;

- **(ii)** approve the manner and form of giving notice to class members of the matters set forth in: the Preliminary Approval Motion and the concurrently-filed Notice of Motion and Motion for Award of Attorney's Fees, Reimbursement of Expenses, and Incentive Award ("Attorney's Fees Motion"); and,

- **(iii)** establish a timetable for: issuing such notice to class members; lodging objections, if any, to the matters in such class notice; filing briefs in support of final approval of the Cypress Settlement and the Samsung Settlement (the"Settlements") and the related plan of allocation, and in response to objections, if any, to the matters in the concurrently-filed Attorney's Fees Motion; and, holding a hearing regarding final approval of the Settlements and the related plan of allocation.

WHEREAS, Cypress and Samsung support the relief sought in the Preliminary Approval Motion;

WHEREAS, Plaintiff, Cypress, and Samsung – all of the affected parties (the "Parties") – agree that, pursuant to Civil Local Rules 6-2 and 7-12, there is no reason that the Preliminary Approval Motion could not be heard on shortened time on March 24, 2011 (and that no other request to shorten time has been made);

WHEREAS, the Parties further agree that, pursuant to Fed. R. Civ. Proc. 78(b), the Preliminary Approval Motion can actually be decided on the papers and without hearing;

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

**STIPULATION AND ORDER RE:  PRELIMINARY APPROVAL OF SETTLEMENTS**
1    Case No. 4:07-md-1819 CW; MDL No. 1819

1  WHEREAS, the Parties believe that proceeding either on shortened time or having the
2  motion decided on the papers without hearing will expedite the fair and just resolution of this
3  case;

4  NOW THEREFORE, **IT IS HEREBY STIPULATED** by the undersigned counsel on
5  behalf of the parties identified below, and subject to the Court's approval and preference, that
6  they agree to either of the below options:

7  The Preliminary Approval Motion may be decided on the papers without hearing.

8  The Preliminary Approval Motion may be heard on shortened time on March 24, 2011 at
9  2:00 p.m.

10                              Respectfully submitted,

11 Dated: March 11, 2009          COTCHETT, PITRE & McCARTHY, LLP

12                              By: */s/ Steven N. Williams*
13                                  STEVEN N. WILLIAMS

14                              *Lead Counsel for the Direct Purchaser Class*

15
16                              SHEPPARD MULLIN RICHTER & HAMPTON LLP

17                              By: */s/ Michael W. Scarborough*
                                    MICHAEL W. SCARBOROUGH

18                              *Attorneys for Samsung Electronics Co., Ltd. and*
                                *Samsung Semiconductor, Inc.*
19

20                              MAYER BROWN LLP

21                              By: */s/ Lee Rubin*
                                    LEE RUBIN
22
                                *Attorneys for Cypress Semiconductor Corp.*
23

24                              **ATTESTATION OF FILING**

25  I, Steven N. Williams, hereby attest, pursuant to N.D. Cal. General Order No. 45, that
26  the concurrence to the filing of this document has been obtained from each signatory hereto.

27                              By: */s/ Steven N. Williams*
                                    STEVEN N. WILLIAMS
28

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

**STIPULATION AND ORDER RE: PRELIMINARY APPROVAL OF SETTLEMENTS**
2     Case No. 4:07-md-1819 CW; MDL No. 1819

1 **PURSUANT TO STIPULATION, IT IS SO ORDERED**:

2 [CHECK ONLY ONE]

4   X  The Preliminary Approval Motion shall be decided on the papers without hearing.

6 ___ The Preliminary Approval Motion shall be heard on shortened time on March 24,
7 2011 at 2:00 p.m.

9 Dated: 3/14/2011

_____
The Honorable Claudia Wilken
United States District Judge

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

**STIPULATION AND ORDER RE: PRELIMINARY APPROVAL OF SETTLEMENTS**
3      **Case No. 4:07-md-1819 CW; MDL No. 1819**