UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 4:07-md-1819 CW<br><br>MDL No. 1819<br><br>**ORDER REGARDING CANADIAN PLAINTIFFS' MOTION TO INTERVENE (Docket No. 1343)** |

On March 21, 2011, the Bryar Law Corporation, David Bratton, and Communication Méga-Sat Inc. (collectively, Canadian Plaintiffs) moved to intervene in this action for the limited purpose of seeking a modification to the Protective Order, entered on December 21, 2007. A hearing on this motion was set for April 28, 2011 at 2:00 pm. This hearing is VACATED, and the Court will consider the motion on the papers. In addition, the Court orders an expedited briefing schedule. Any opposition to the Canadian Plaintiffs' motion to intervene shall be filed by April 1, 2011. Canadian Plaintiffs shall reply by April 7, 2011.

**IT IS SO ORDERED.**

Dated: _____**March 28**__, 2011

CLAUDIA WILKEN
United States District Judge