UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST LITIGATION | Case No. 4:07-md-1819 CW<br><br>MDL No. 1819<br><br>**ORDER REGARDING MODIFICATIONS TO CLASS NOTIFICATIONS** |
| This Document Relates to:<br><br>ALL DIRECT PURCHASER ACTIONS | |

In conjunction with the Court's order granting preliminary approval of the Direct Purchaser Plaintiffs' settlements with Samsung Electronics Company, Ltd. and Samsung Semiconductor, Inc. (collectively, Samsung) and Cypress Semiconductor Corporation (Cypress), the plan of allocation and issuance of class notice, the Court orders the following modifications to the Mailed Notice and Summary Notice, attached as Exhibits A and B, respectively, to the Court's order granting preliminary approval.

Class Counsel shall incorporate the following dates:

June 9, 2011: deadline for any class member to file notice of intent to appear and be heard at the June 30, 2011 Final Approval Hearing.

June 30, 2011: date of Final Approval Hearing regarding class settlements and requests for attorneys' fees, reimbursement of expenses and incentive award.

The Mailed Notice in its current form does not explain to class members how they might verify the date of the Final Approval hearing. Class Counsel shall add instructions to the Mailed Notice explaining how class members may confirm the date of the Final Approval Hearing.

1   The Summary Notice in its current form does not inform class members that the date and
2 time of the Final Approval Hearing could change without further notice to the Class.  This detail is
3 provided in the Mailed Notice.  Class Counsel shall modify the Summary Notice to inform class
4 members that the date and time of the Final Approval Hearing may be continued without further
5 notice to the Class, and to provide instructions on how to confirm the date of the Final Approval
6 Hearing.
7   Class counsel shall submit to the Court the modified Mailed Notice and Summary Notice by
8 April 1, 2011.
9   **IT IS SO ORDERED.**
10
11 Dated: _____March 28___, 2011
12                                                                    CLAUDIA WILKEN
                                                                       United States District Judge
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28