1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LAW OFFICES
COTCHETT,
PITRE, &
MCCARTHY LLP

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| **IN RE STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST LITIGATION** ) ) ) ) | **Master File No. 4:07-md-01819-CW** **MDL No. 1819** |
| _____ ) ) | |
| **This Document Relates to:** ) ) | [PROPOSED] **ORDER GRANTING PROPOSED FORMS OF CLASS NOTICE** |
| **ALL DIRECT PURCHASER ACTIONS** ) ) ) ) ) | |
| _____ ) | |

[PROPOSED] **ORDER GRANTING PROPOSED FORMS OF CLASS NOTICE**
**Case No. 4:07-md-1819 CW; MDL No. 1819**

1    The Court having reviewed the proposed forms of class notice (Dkt No. 1347, Exhibits A

2  & B), submitted on March 29, 2011, hereby approves the notices for dissemination in

3  accordance with the Court's orders of March 28, 2011 (Dkt No. 1345 and 1346).

4

5

6

7  Date: March 30, 2011.          _____
                                   JUDGE CLAUDIA WILKEN
8                                  UNITED STATES DISTRICT JUDGE

9

10

   *Submitted by:*

11
   JOSEPH W. COTCHETT (#36324)
12 jcotchett@cpmlegal.com
   STEVEN N. WILLIAMS (#175489)
13 swilliams@cpmlegal.com
   **COTCHETT, PITRE & McCARTHY, LLP**
14 San Francisco Airport Office Center
   840 Malcolm Road, Suite 200
15 Burlingame, CA  94010
   Telephone:  (650) 697-6000
16 Facsimile:  (650) 697-0577

17 *Lead Counsel for the Direct Purchaser Class*

18

19

20

21

22

23

24

25

26

27

28

⊛
LAW OFFICES
COTCHETT,
PITRE, &
McCARTHY LLP

[PROPOSED] ORDER GRANTING PROPOSED FORMS OF CLASS NOTICE
**Case No. 4:07-md-1819 CW; MDL No. 1819**                                    1