FRANCIS O. SCARPULLA (41059)
CRAIG C. CORBITT (83251)
CHRISTOPHER T. MICHELETTI (136446)
JANE YI (257893)
ZELLE HOFMANN VOELBEL & MASON LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone:    (415) 693-0700
Facsimile:     (415) 693-0770
fscarpulla@zelle.com
ccorbitt@zelle.com

*Lead and Liaison Counsel for
Indirect Purchaser Class*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| IN RE STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS | Case No. 4:07-md-1819 CW<br><br>MDL No. 1819<br><br>**STIPULATION AND ORDER TO SHORTEN TIME ON HEARING ON MOTION FOR PRELIMINARY APPROVAL OF DISTRIBUTION PLAN AND NOTICE PLAN AND SETTING FAIRNESS HEARING** |

WHEREAS, on February 11, 2011, the Court entered an order preliminarily approving Indirect Purchaser Plaintiffs ("IP Plaintiffs") settlement with Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc., and Samsung Electronics America, Inc. ("Samsung") (*see* DE 1324);

WHEREAS, on March 11, 2011, the Court entered an order preliminarily approving IP Plaintiffs' settlement with Cypress Semiconductor, Inc. ("Cypress") (*see* DE 1329);

WHEREAS, IP Plaintiffs are concurrently filing a Motion for Preliminarily Approval of Distribution Plan and Notice Plan and Setting Fairness Hearing  ("Preliminary Approval Motion")

1

STIPULATION AND [PROPOSED] ORDER TO SHORTEN TIME ON HEARING ON MOTION FOR PRELIMINARY APPROVAL OF DISTRIBUTION PLAN AND NOTICE PLAN AND SETTING FAIRNESS HEARING - Case No. 4:07-md-1819 CW  MDL No. 1819

1  which seeks, pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, an Order:

2      (i)    granting preliminary approval of the distribution plan proposed by IP Plaintiffs

3  pertaining to the settlements entered with Defendants;

4      (ii)    approving the forms of notice and notice plan proposed by IP Plaintiffs; and

5      (iii)    setting a hearing date on final approval of the Samsung and Cypress settlements, the

6  plan of distribution, and such other matters that are presented for the Court's decision;

7      WHEREAS, Cypress and Samsung support (or do not oppose) the relief sought in the

8  Preliminary Approval Motion;

9      WHEREAS, IP Plaintiffs, Cypress, and Samsung – all of the affected parties (the "Parties")

10 – agree that, pursuant to Civil Local Rules 6-2 and 7-12, there is no reason that the Preliminary

11 Approval Motion could not be heard on shortened time on June 2 or 9, 2011 (subject to the Court's

12 schedule and approval);

13     WHEREAS, the Parties further agree that, pursuant to Fed. R. Civ. Proc. 78(b), the

14 Preliminary Approval Motion may be decided on the papers and without hearing should the Court

15 so desire;

16     WHEREAS, the Parties believe that proceeding either on shortened time or having the

17 motion decided on the papers without hearing will expedite the fair and just resolution of this case;

18     NOW THEREFORE, IT IS HEREBY STIPULATED by the undersigned counsel on behalf

19 of the parties identified below, and subject to the Court's approval and preference, that they agree

20 to either of the below options:

21     1. The Preliminary Approval Motion may be decided on the papers without hearing.

22     2. The Preliminary Approval Motion may be heard on shortened time on June 2 or 9,

23         2011 at 2:00 p.m.

24 Dated: May 24, 2011    By:    */s/ Christopher T. Micheletti*

25     CHRISTOPHER T. MICHELETTI
    ZELLE HOFMANN VOELBEL

26      & MASON LLP
    *Lead and Liaison Counsel for Indirect*

27     *Purchaser Class*

28

2

STIPULATION AND [PROPOSED] ORDER TO SHORTEN TIME ON HEARING ON MOTION FOR
PRELIMINARY APPROVAL OF DISTRIBUTION PLAN AND NOTICE PLAN AND SETTING FAIRNESS
HEARING - Case No. 4:07-md-1819 CW  MDL No. 1819

Dated: May 24, 2011            By:   */s/ Christopher T. Heffelfinger*
                                     CHRISTOPHER T. HEFFELFINGER
                                     BERMAN DEVALERIO
                                     *Counsel for Granite Communications, Inc.*


Dated: May 24, 2011            By:   */s/ Michael Scarborough*
                                     MICHAEL SCARBOROUGH
                                     SHEPPARD MULLIN RICHTER &HAMPTON
                                     *Counsel for the Samsung Defendants*


Dated: May 24, 2011            By:   */s/ Lee H. Rubin*
                                     LEE H. RUBIN
                                     MAYER BROWN LLP
                                     *Counsel for Defendant*
                                     *Cypress Semiconductor Corporation*


I, Christopher T. Micheletti, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

                                     */s/ Christopher T. Micheletti*
                                        Christopher T. Micheletti

The parties shall appear for a hearing on IP Plaintiffs' motion for preliminary approval of the settlement distribution plan and notice plan on June 9, 2011 at 2 pm, unless the matter is earlier taken off calendar.

**IT IS SO ORDERED.**

Dated: _____May 26_____, 2011        _____
                                     The Honorable Claudia Wilken
                                     United States District Judge
                                     Northern District of California
                                     Oakland Division

3223688v1