United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

No. 07-md-01819 CW

IN RE STATIC RANDOM ACCESS MEMORY
(SRAM) ANTITRUST LITIGATION

ORDER EXCUSING
INDIRECT PURCHASER
PLAINTIFFS FROM
ATTENDANCE AT JUNE
30, 2011 CASE
MANAGEMENT
CONFERENCE.

_____/

Indirect Purchaser Plaintiffs' request to be excused from the

case management conference set for June 30, 2011 is GRANTED.

Docket No. 1367.

IT IS SO ORDERED.

Dated: 6/24/2011

CLAUDIA WILKEN
United States District Judge