Counsel Listed on Signature Page

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| **IN RE STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST LITIGATION** | **Master File No. 4:07-md-01819-CW**<br><br>**MDL No. 1819** |
| **This Document Relates to:**<br><br>**ALL DIRECT PURCHASER ACTIONS** | **ORDER AWARDING CLASS COUNSEL ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES AND INCENTIVE AWARD** |

LAW OFFICES
COTCHETT,
PITRE, &
MCCARTHY, LLP

**ORDER AWARDING CLASS COUNSEL ATTORNEYS' FEES,
REIMBURSEMENT OF EXPENSES AND INCENTIVE AWARD
Case No. 4:07-md-01819-CW; MDL No. 1819**

The Court, having considered Direct Purchaser Plaintiffs Motion for Award of Attorney's Fees, Reimbursement for Expenses, and Incentive Award (Dkt. No. 1334) (the "Motion") and the declarations in support thereof, in addition to the findings stated on the record at such hearing, hereby finds that:

1. The Motion for Attorneys' Fees and Reimbursement of Expenses requests an award of attorneys' fees of 30% of Settlement Fund, which is comprised of all of the Settling Defendants' settlement payments ($76,872,476.99), as well as the interest earned thereon. Further, Plaintiff's counsel ("Class Counsel") request reimbursement of out-of-pocket litigation costs and expenses, as well anticipated expenses related to administration of the Settlement Fund, and an incentive award to the sole Class representative.

2. The Court finds that the amount of fees requested is fair and reasonable under the "percentage-of-recovery" method, including as confirmed by a lodestar "cross-check."

3. The attorneys' fees requested were entirely contingent upon success. Class Counsel risked time and effort and advanced costs and expenses with no ultimate guarantee of compensation. The award of 30% is warranted for reasons including: the result obtained for the class – payment by Defendants of more than $75 million; the quality and quantity of work performed by Class Counsel over more than four years of litigation – such as substantial motion practice on complex issues; the risks faced at the outset and throughout the litigation – such as proceeding after the Department of Justice closed its criminal investigation without seeking any indictments; and, the lodestar "cross-check" – which reveals a 1.01 multiplier for Class Counsel's more than 66,000 hours working on the case.

4. Further, the expenses sought were or will be incurred in connection with the prosecution of the litigation or the anticipated administration of the Settlement Fund for the benefit of the Class (and that, before Settlement funds are distributed to Class members, Class Counsel will provide this Court with an accounting of the anticipated expenses that were actually incurred).

LAW OFFICES
COTCHETT,
PITRE, &
MCCARTHY, LLP

**ORDER AWARDING CLASS COUNSEL ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES AND INCENTIVE AWARD**
**Case No. 4:07-md-01819-CW; MDL No. 1819**                                                                                    1

5.  Since the filing of Direct Purchaser Plaintiffs Motion for Award of Attorney's Fees, Reimbursement for Expenses, and Incentive Award (Dkt. No. 1334), Direct Purchaser Plaintiffs received an invoice from Resonant Legal Media in connection with the prosecution of this litigation in preparation for trial in the amount of $38,205.66.

6.  Additionally, the sole Class representative is entitled to the requested incentive award because of its work performed for the benefit of the Class and the risks undertaken.

7.  In excess of 5,000 notices outlining Class Counsels' requests were provided to Class Members. No objections were received.

8.  Upon consideration of the Motion and accompanying Declarations and based upon all matters of record including the pleadings and papers filed in this action, the Court hereby finds that the fee requested is reasonable and proper, that the costs and expenses incurred by Class Counsel were necessary, reasonable and proper, and that the incentive award is warranted.

**Accordingly, it is hereby ORDERED and DECREED that:**

A.  Class Counsel are awarded attorneys' fees of thirty percent (30%) of the Settlement Fund ($76,872,476.99), including interest earned on the Settlement Fund up to the date of disbursement to Class Counsel.

B.  Class Counsel are awarded reimbursement of their litigation costs and expenses in the amount of $570,174.61, and are authorized to pay from the Settlement Fund expenses related to administration of the Settlement Fund (that are actually incurred), but which will, except upon application to the Court, not exceed a total amount of $735,000.00.

C.  The attorneys' fees awarded, reimbursement of litigation costs and expenses, and the incentive award, shall be paid from the Settlement Fund and the interest earned thereon.

D.  The fees and expenses shall be allocated among Class Counsel by Lead Counsel (Cotchett, Pitre & McCarthy, LLP), in a manner which, in Lead Counsel's good-faith judgment, reflects each firm's contribution to the institution, prosecution and resolution of the litigation.

LAW OFFICES
COTCHETT,
PITRE, &
MCCARTHY, LLP

**ORDER AWARDING CLASS COUNSEL ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES AND INCENTIVE AWARD**
Case No. 4:07-md-01819-CW; MDL No. 1819                2

1   E.   Direct Purchaser Plaintiffs will pay the invoice from Resonant Legal Media in connection with the prosecution of this litigation in preparation for trial in the amount of $38,205.66 from the Settlement Fund.

   F.   The sole Class representative, Westell, is awarded $50,000.00.

   G.   This order shall be entered as of this date pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Court finding that there is no just reason for delay.

**IT IS SO ORDERED**.

Date:   June 30, 2011

_____
THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

*Submitted by:*

JOSEPH W. COTCHETT (#36324)
STEVEN N. WILLIAMS (#175489)
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA  94010
Telephone:  (650) 697-6000
Facsimile:  (650) 697-0577
jcotchett@cpmlegal.com
swilliams@cpmlegal.com

*Lead Counsel for the Direct Purchaser Class*



LAW OFFICES
COTCHETT,
PITRE, &
MCCARTHY, LLP

**ORDER AWARDING CLASS COUNSEL ATTORNEYS' FEES,
REIMBURSEMENT OF EXPENSES AND INCENTIVE AWARD
Case No. 4:07-md-01819-CW; MDL No. 1819**                    3