Counsel Listed on Signature Page

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| **IN RE STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST LITIGATION** | Master File 4:07-md-01819-CW <br> MDL NO. 1819 <br> **ORDER GRANTING FINAL APPROVAL OF SETTLEMENT WITH CYPRESS AND SAMSUNG AND PLAN OF ALLOCATION** |
| **This Document Relates to:** <br> **ALL DIRECT PURCHASER ACTIONS** | Date:       June 30, 2011 <br> Time:       2:00 p.m. <br> Courtroom: 2, 4th Floor <br> Judge:      Hon. Claudia Wilken |

LAW OFFICES
COTCHETT,
PITRE, &
MCCARTHY, LLP

**Order Granting Final Approval of Settlement and Plan of Allocation**
**Case No. 4:07-md-01819-CW**

On June 30, 2011, Direct Purchaser Plaintiffs' Motion for Approval of Settlements with Samsung and Cypress and Plan of Allocation, and Issuance of Class Notice (Dkt. No. 1330) came on for hearing before this Court.  Notice was given as required by the Federal Rules of Civil Procedure, the Civil Local Rules of this Court, and this Court's orders of March 28, 2011 (Order Regarding Modifications to Class Notifications (Dkt. No. 1346) and Order Granting Preliminary Approval of Settlements with Samsung and Cypress and Plan of Allocation, and Issuance of Class Notice (Dkt. No. 1345) and March 30, 2011 (Order Granting Proposed Forms of Class Notice (Dkt no. 1349)). Proof of dissemination of  notice was provided to the Court through the declarations of Markham Sherwood from Gilardi & Co., LLC and Albert Fox from *The Wall Street Journal* (Dkt. no. 1355).

The Court, after carefully considering all papers filed and proceedings held herein and otherwise being fully informed in the premises, has determined (1) that the Settlements with Samsung and Cypress and Plan of Allocation should be approved,  (2) the motion for award of attorney's fees, reimbursement for expenses, and incentive award should be approved and, (3) that there is no just reason for delay of the entry of final Judgment approving the Settlement. Accordingly, the Court directs entry of Judgment  which shall constitute a final adjudication of this case on the merits as to the parties to the Settlement.

1. The Court has jurisdiction over the subject matter of this litigation, and all actions within this litigation and over the parties to the Settlement, including all members of the Class and the Defendants.

2. Notice of Plaintiffs' Motion for Approval of Settlements with Samsung and Cypress, Plan of Allocation and Issuance of Class Notice was provided to the Class, including in notice of the Settlements that was disseminated via direct mail and email, as well as by publication in the national edition of *The Wall Street Journal*, and through posting on the website established for this case, www.sramcase.com. Such notice was given in accordance with this Court's order preliminarily approving the Settlements.  *See* Dkt. No. 1355.  Proof that such notice was provided in accordance with the Court's order was provided by virtue of the declarations of Markham Sherwood from Gilardi & Co., LLC and Albert Fox from *The Wall*

LAW OFFICES
COTCHETT,
PITRE, &
MCCARTHY, LLP

**Order Granting Final Approval of Settlement and Plan of Allocation
Case No. 4:07-md-01819-CW**                                                                 2

*Street Journal*. Such notice adequately advised the Class of the proposed Plan of Allocation and their right to object to it. Full and fair opportunity was provided to the members of the Class to be heard regarding the proposed Plan of Allocation and the notice requirements of Rule 23(e) of the Federal Rules of Civil Procedure and due process have been satisfied.

3. There have been no objections to the Settlements, the Plan of Allocation, or the motion for award of attorney's fees, reimbursement for expenses, and incentive award.

4. Direct Purchaser Plaintiffs' settlement with Cypress Semiconductor Corporation for $6,250,000.00 is fair, reasonable, and adequate. The settlement was reached only after protracted, arms-length negotiations, including with the assistance of an experienced mediator. The settlement was reached only after extensive litigation, the completion of fact and expert discovery, motion practice including motions to dismiss, motions to certify the class, motions to decertify the class, and motions for summary judgment. The action was set for trial, and the Court had conducted a pretrial conference and ruled on motions *in limine* prior to the settlement. Counsel for the class is experienced and knowledgeable in class action and antitrust litigation, and believes that the settlement amount is fair and reasonable in light of the potential risks posed by trial and appeal. Accordingly, the Court grants final approval of the settlement with Cypress Semiconductor Corporation.

5. Direct Purchaser Plaintiffs' settlement with Samsung Electronics Corporation, Ltd. and Samsung Semiconductor, Inc. for $33,250,000 is fair, reasonable, and adequate. As with the settlement with Cypress referred to above, the settlement was reached only after protracted, arms-length negotiations, including with the assistance of an experienced mediator. The settlement was reached only after extensive litigation, the completion of fact and expert discovery, motion practice including motions to dismiss, motions to certify the class, motions to decertify the class, motions for summary judgment, and a motion to certify for interlocutory appeal pursuant to 28 U.S.C. § 1292(b). The settlement with Samsung was arrived at only on the weekend before trial was to begin, and after the Court had conducted two pretrial conferences and ruled on motions *in limine*. Counsel for the class is experienced and knowledgeable in class action and antitrust litigation, and believes that the settlement amount is

LAW OFFICES
COTCHETT,
PITRE, &
MCCARTHY, LLP

**Order Granting Final Approval of Settlement and Plan of Allocation**
**Case No. 4:07-md-01819-CW**                                                                 3

1  fair and reasonable in light of the potential risks posed by trial and appeal.  Accordingly, the
2  Court grants final approval of the settlement with Samsung Electronics Corporation, Ltd. and
3  Samsung Semiconductor, Inc.
4      6.   The Plan of Allocation set forth in the notice of the Settlements is, in all respects,
5  fair, adequate and reasonable to the Class. Accordingly, the Court hereby grants final approval of
6  the Plan of Allocation.

8  **IT IS SO ORDERED.**

11 Date: June 30, 2011.                                    _____
                                                          JUDGE CLAUDIA WILKEN
12                                                        UNITED STATES DISTRICT JUDGE

13 *Submitted by:*

14 Joseph W. Cotchett
   Steven N. Williams
15 **COTCHETT, PITRE & McCARTHY, LLP**
   San Francisco Airport Office Center
16 840 Malcolm Road, Suite 200
   Burlingame, CA  94010
17 Telephone:  (650) 697-6000
   Fax:(650) 697-0577
18 jcotchett@cpmlegal.com
   swilliams@cpmlegal.com
19
   *Attorneys for the Direct Purchaser Class*

LAW OFFICES
COTCHETT,
PITRE, &
MCCARTHY, LLP

**Order Granting Final Approval of Settlement and Plan of Allocation**
**Case No. 4:07-md-01819-CW**                                              4