UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS | Case No. M:07-CV-01819-CW<br><br>MDL No. 1819<br><br>**[PROPOSED] ORDER GRANTING INDIRECT PURCHASER PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF REQUESTING THAT THE COURT DECIDE, OR THAT THE COURT APPOINT AN INTERIM DISCOVERY MASTER TO DECIDE, MOTION TO COMPEL DISCOVERY FROM OBJECTORS**<br><br>Judge: Hon. Claudia Wilken |

GOOD CAUSE APPEARING THEREFORE, Indirect Purchaser ("IP") Plaintiffs' Motion For Administrative Relief Requesting That The Court Decide, Or That The Court Appoint An Interim Discovery Master To Decide, Motion To Compel Discovery From Objectors is hereby GRANTED.

IP Plaintiffs and Objectors Barbara Cochran and Kelsey Foligno shall comply with the procedures and schedule checked below:

[ **X**] Cochran and Foligno shall file and serve their oppositions to IP Plaintiffs' Motion to Compel Discovery From Objectors within two court days of the entry of this order. IP Plaintiffs' reply, if any, shall be filed and served within one court day of Objectors filing of their opposition. The Court may, in its discretion, hold a hearing on the matter as soon as is practicable thereafter.

[__] The Court hereby appoints Hon. James Larson (Ret.) of JAMs as interim Discovery Master in this action to decide IP Plaintiffs' Motion to Compel Discovery From Objectors. IP Plaintiffs shall submit their motion papers to the interim Discovery Master forthwith and Cochran and Foligno shall submit their oppositions to the interim Discovery Master within two court days of the entry of this order. IP Plaintiffs' reply, if any, shall be filed and served within one court day of Objectors filing of their opposition. The interim Discovery Master may, in his discretion, hold a hearing on the matter as soon as is practicable thereafter. Except as otherwise provided herein, all procedures in the Order Vacating Appointment of Judge Fern Smith as Discovery Master and Appointing New Discovery Master (DE 973), shall continue in full force and effect and shall be applicable to this discovery motion, except that the interim Discovery Master shall be compensated at his customary hourly rate.

IT IS SO ORDERED:

Dated: **September 15**, 2011.

The Hon. Claudia Wilken
District Court Judge
Northern District of California
Oakland Division

#3225529v1

[PROPOSED] ORDER GRANTING INDIRECT PURCHASER PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF REQUESTING THAT THE COURT DECIDE, OR THAT THE COURT APPOINT AN INTERIM DISCOVERY MASTER TO DECIDE, MOTION TO COMPEL DISCOVERY FROM OBJECTORS
Case No. M:07-CV-01819-CW, MDL No. 1819