1
2
3
4
5
6
7
8
9
10
11
12
13
14

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| **IN RE STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST LITIGATION** | Master File 4:07-md-01819-CW |
| | MDL NO. 1819 |
| **This Document Relates to:** **All Direct Purchaser Actions** | **[PROPOSED] ORDER APPROVING CLAIM FORM AND CLAIM PERIOD FOR DIRECT PURCHASER ACTION** |

15
16
17
18
19
20
21
22
23
24
25
26
27
28

LAW OFFICES
COTCHETT,
PITRE, &
MCCARTHY, LLP

**[PROPOSED] ORDER APPROVING CLAIM FORM AND CLAIM PERIOD FOR DIRECT PURCHASER ACTION**
Case No. 4:07-md-01819-CW

Plaintiffs' Motion for Approval of Claim Form and Claim Period for Direct Purchaser Plaintiffs was presented to and considered by the Court.  Notice of Judgment of Dismissal has been entered with respect to all defendants (Dkt. Nos. 1023, 1024, 1025, 1026, 1027, 1028, 1029, 1372 and 1373).  This Court retained jurisdiction over this action for matters relating to "implementation of [ ] settlement[s] and any distribution to Class Members pursuant to further orders of this Court [and] disposition of the Settlement Fund." *See, e.g.,* dkt. 1028, Final Judgment of Dismissal with Prejudice as to the Etron Defendants, at p.2:21-23.

Having considered the proposed claim form and the proposed time period for submission of claims, the Court grants the motion.  The claims form attached as Exhibit A is appropriate.  Within twenty-one (21) days of entry of this Order, Gilardi & Co. ("Gilardi"), as Claims Administrator, will disseminate the claims form to those members of the Class who can reasonably be contacted through electronic or direct mail.   When dissemination of notice is completed, Lead Counsel shall cause a declaration to be filed reflecting that notice has been provided in accordance with this order.  Class members shall have approximately ninety (90) days from the date of completion of distribution of the Claim Form by the Claims Administrator to complete and submit the Claim Form to the Claims Administrator.  In order to provide certainty, the last date for submission of claims forms to the Claims Administrator shall be **March 2, 2012.**

Upon completion of submission of all proofs of claim within the period set by the Court, Gilardi will analyze and verify the claims submissions based upon the information provided by Defendants and follow up with claimants to resolve any discrepancies between their submissions and Defendants' data. At that time, final distribution amounts will be determined and Plaintiffs will submit to the Court an order approving distribution of the Settlement Fund to class members.

All valid claims will be distributed in accordance with the plan of allocation that this Court has previously approved, *i.e.,* a *pro rata* distribution to Claimants based on direct purchases of SRAM from the named defendants as described in the order certifying a class in this

---

LAW OFFICES
COTCHETT,
PITRE, &
MCCARTHY, LLP

**[PROPOSED] ORDER APPROVING CLAIM FORM AND CLAIM PERIOD FOR DIRECT PURCHASER ACTION**
Case No. 4:07-md-01819-CW                                                                                       1

action and the orders approving final approval of the settlements and approving the plan of distribution..

The Court retains exclusive jurisdiction over this action to consider all further matters arising out of or connected with the disbursement of the Settlement Funds.

Dated: __ November 2 _, 2011

_____
Honorable Claudia Wilken
United States District Judge

*Submitted By:*

Joseph W. Cotchett
Steven N. Williams
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA  94010
Telephone:    650-697-6000
Fax:              650-697-0577
jcotchett@cpmlegal.com
swilliams@cpmlegal.com

*Attorneys for the Direct Purchaser Class*



LAW OFFICES
COTCHETT,
PITRE, &
MCCARTHY, LLP

[~~PROPOSED~~] ORDER APPROVING CLAIM FORM AND CLAIM PERIOD FOR DIRECT PURCHASER ACTION
Case No. 4:07-md-01819-CW                                                                2