IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST LITIGATION

No. 07-md-01819 CW

ORDER

_____/

Because this action has been adjudicated and final judgments entered and all member cases have been closed, the Judicial Panel for Multidistrict Litigation may close its cases in connection with this litigation.

IT IS SO ORDERED.

Dated: 7/31/2012

CLAUDIA WILKEN
United States District Judge