UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST LITIGATION | Case No. 4:07-MD-1819 CW<br><br>MDL No. 1819<br><br>**DECLARATION OF MARKHAM SHERWOOD IN SUPPORT OF INDIRECT PURCHASER PLAINTIFFS' MOTION FOR AN ORDER AUTHORIZING DISTRIBUTION OF SETTLEMENT FUND**<br><br>Time:       September 27, 2012<br>Date:       2:00 p.m.<br>Courtroom: 2, 4th Floor<br>Judge:      Hon. Claudia Wilken |
| This Document Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS | |

I, Markham Sherwood, declare and state as follows:

1. I am employed by Gilardi & Co., LLC ("Gilardi"), located at 3301 Kerner Blvd., San Rafael, California. Gilardi was appointed as the Settlement Administrator in this matter and is not a party to this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. In accordance with the Notice Plan, Gilardi disseminated notice to Class Members, including Claim Forms to be used by Reseller members of the Settlement Class in

1

DECLARATION OF MARKHAM SHERWOOD IN SUPPORT OF INDIRECT PURCHASER PLAINTIFFS' MOTION AUTHORIZING DISTRIBUTION OF SETTLEMENT FUND

submitting claims. Distribution of the notice plan and claim form is discussed in more detail in the DECLARATION OF DENNIS GILARDI RE DISSEMINATION OF NOTICE TO CLASS MEMBERS, dated and filed August 1, 2011 (Dkt. # 1380-1).

3. The Claims Filing Postmark Deadline was October 24, 2011. Gilardi received 633 claims postmarked on or before October 24, 2011. Gilardi also received 35 claims postmarked later than October 24, 2011. The total number of claims received by Gilardi as of the date of this declaration is 668. 543 of the claims submitted were "Simplified" Claims (*i.e.*, claims for $1000 or less that did not require detailed documentation), 96 claims were "Detailed" Claims (*i.e.*, claims in excess of $1000 that required supporting documentation), and 29 of the claims did not select either option. With one exception (see ¶4 below), Gilardi contacted the latter claimants to determine whether the claimant intended to submit a simplified or detailed claim. Of the claims postmarked later than October 24, 2011, Gilardi has determined that 10 of those claims are otherwise eligible to receive a distribution from the Net Settlement Fund. At the direction of Class Counsel and Reseller Counsel, the foregoing late claims are included in the approved claims discussed below.

4. One of the 35 late claims identified above was postmarked on July 31, 2012 and received on August 3, 2012. This claimant did not complete the claim form or provide any information supporting its claim, indicating instead that the relevant claim information was "To Be Provided." Since receipt of that claim no further information has been provided by the claimant. On August 15, 2012, a denial letter was sent to the claimant, denying the claim on the grounds that it was late, incomplete and unsubstantiated.

5. All submitted claims were subject to review and/or audit by Gilardi. In connection with this process, Gilardi removed duplicate claims, reviewed claims for omissions, errors, and ineligibility and requested and reviewed documentation where necessary. Claimants who submitted claims with omissions or errors were notified in writing of the deficiencies in their claims and given the opportunity to correct such omissions or errors. Claimants who

submitted claims which were ineligible for payment were notified in writing of such ineligibility and given the opportunity to dispute Gilardi's determination.

6. As of the date of this declaration, Gilardi, based on our review of the 668 claims submitted, is making the following recommendation:

    a. 21 claims be disregarded as they are duplicate filings.

    b. One claim be disregarded as the Claimant rescinded the claim.

    c. 264 claims be denied on the basis of ineligibility (claim was filed by an End User, purchases were made in a non-Certified State, documentation submitted demonstrates purchases were not Defendant manufactured SRAM, Claimant did not respond to Gilardi's request for documentation or submitted documentation insufficient to support their claim, or the Claimant did not respond to or dispute Gilardi's notification of deficiencies in their claim). These claimants were notified of the denial of their claim. The 21 day denial dispute deadline required by the Plan of Distribution has passed for all denied claims, and all claim denial disputes have been resolved.

    d. One claim (referenced in paragraph 4 above) be denied as late.

    e. 381 claims be approved for payment.

7. The aggregate Dollar Value of all claims submitted (*i.e.*, the total amount of SRAM claimed to be purchased indirectly by claimants in their claim forms) was in excess of $2.5 billion. After Gilardi's review and audit process, the aggregate Dollar Value of all claims recommended for approval (*i.e.*, the total amount of SRAM claimed to be purchased indirectly by claimants that was used by Gilardi for purposes of determining claim payment amounts) is $949,780,613.32. The aggregate recommended approved Claim Amount of for such claims (*i.e.*, the allowed claim amount after applying the appropriate formula (A or B) to above Dollar Value of the claim) is $98,698,886.46. The Dollar Value of the 10 approved late claims referred to above is $2,358,650.46, and the corresponding approved Claim Amount of those claims is

1  $245,105.21; these sums are already included in the aggregate Dollar Value of all claims and in
2  the aggregate approved Claim Amount of all claims set forth above.
3      8.    I understand that, as of the date of this declaration, the Net Settlement Fund
4  allocated to the Resellers and available to distribute to Resellers is $7,370,679.64 (.367 x
5  $20,083,595.76). The Plan of Distribution provides that the if the Reseller claims exceed the
6  total amount of the net Settlement Fund allocated to the Resellers, allowed claims will be paid on
7  a pro-rata basis. Thus, the estimated pro-rated payment to Resellers is 7.468% ($7,370,679.64 ÷
8  98,698,886.46). As a result of this pro-rata reduction, 43 Reseller claims will be reduced to less
9  than $25 and, as provided for in the Plan of Distribution, will not be paid. Those 43 claims
10 amount to $606.12, which sum will be added back to Reseller portion of the Net Settlement
11 Fund. The above pro-rated payment percentage remains unchanged by this addition.
12     9.    In accordance with the above, Gilardi recommends that pro-rated payments be
13 made to the Reseller claimants (identified by claimant number only) as set forth in the attached
14 Exhibit 1.
15     I declare under penalty of perjury that the foregoing is true and correct and that this
16 declaration was executed this 16th day of August, 2012 at San Rafael, California.

*[signature]*
MARKHAM SHERWOOD

DECLARATION OF MARKHAM SHERWOOD IN SUPPORT OF INDIRECT PURCHASER PLAINTIFFS'
MOTION AUTHORIZING DISTRIBUTION OF SETTLEMENT FUND

# EXHIBIT 1

## SRAM Indirect Purchaser Litigation
### Recommended Approved Claims with Recommended Payment Amounts
### August 16, 2012

| Gilardi Claim ID | Recommended Approved Claim Amount | Preliminary Payment Amount | Remainder Share Amount | Total Recommended Payment Amount |
|---|---:|---:|---:|---:|
| SRAM320000634 | $8.00 | $0.60 | N/A (Less than $25.00) | |
| SRAM320001487 | $31.70 | $2.37 | N/A (Less than $25.00) | |
| SRAM320000120 | $39.02 | $2.91 | N/A (Less than $25.00) | |
| SRAM320001177 | $39.70 | $2.96 | N/A (Less than $25.00) | |
| SRAM320001185 | $47.60 | $3.55 | N/A (Less than $25.00) | |
| SRAM320004273 | $55.55 | $4.15 | N/A (Less than $25.00) | |
| SRAM320002807 | $60.96 | $4.55 | N/A (Less than $25.00) | |
| SRAM320001754 | $90.00 | $6.72 | N/A (Less than $25.00) | |
| SRAM320003641 | $100.00 | $7.47 | N/A (Less than $25.00) | |
| SRAM320001924 | $103.00 | $7.69 | N/A (Less than $25.00) | |
| SRAM320002750 | $116.80 | $8.72 | N/A (Less than $25.00) | |
| SRAM320000812 | $137.14 | $10.24 | N/A (Less than $25.00) | |
| SRAM320001703 | $144.38 | $10.78 | N/A (Less than $25.00) | |
| SRAM320001347 | $144.97 | $10.83 | N/A (Less than $25.00) | |
| SRAM320001649 | $148.00 | $11.05 | N/A (Less than $25.00) | |
| SRAM320000138 | $149.00 | $11.13 | N/A (Less than $25.00) | |
| SRAM320003293 | $153.98 | $11.50 | N/A (Less than $25.00) | |
| SRAM320002408 | $158.00 | $11.80 | N/A (Less than $25.00) | |
| SRAM320005512 | $159.31 | $11.90 | N/A (Less than $25.00) | |
| SRAM320002467 | $160.45 | $11.98 | N/A (Less than $25.00) | |
| SRAM320001843 | $173.00 | $12.92 | N/A (Less than $25.00) | |
| SRAM320000391 | $180.00 | $13.44 | N/A (Less than $25.00) | |
| SRAM320000073 | $184.46 | $13.78 | N/A (Less than $25.00) | |
| SRAM320002300 | $185.77 | $13.87 | N/A (Less than $25.00) | |
| SRAM320003889 | $193.29 | $14.43 | N/A (Less than $25.00) | |
| SRAM320001827 | $200.00 | $14.94 | N/A (Less than $25.00) | |
| SRAM320003307 | $228.62 | $17.07 | N/A (Less than $25.00) | |
| SRAM320003633 | $254.25 | $18.99 | N/A (Less than $25.00) | |
| SRAM320001118 | $270.19 | $20.18 | N/A (Less than $25.00) | |
| SRAM320003471 | $270.19 | $20.18 | N/A (Less than $25.00) | |
| SRAM320000189 | $270.68 | $20.21 | N/A (Less than $25.00) | |
| SRAM320000421 | $280.58 | $20.95 | N/A (Less than $25.00) | |
| SRAM320001967 | $283.07 | $21.14 | N/A (Less than $25.00) | |
| SRAM320003692 | $287.54 | $21.47 | N/A (Less than $25.00) | |
| SRAM320000871 | $300.00 | $22.40 | N/A (Less than $25.00) | |
| SRAM320001100 | $301.36 | $22.51 | N/A (Less than $25.00) | |
| SRAM320003714 | $306.59 | $22.90 | N/A (Less than $25.00) | |
| SRAM320002238 | $310.94 | $23.22 | N/A (Less than $25.00) | |
| SRAM320002351 | $311.75 | $23.28 | N/A (Less than $25.00) | |
| SRAM320002378 | $311.75 | $23.28 | N/A (Less than $25.00) | |
| SRAM320000014 | $311.75 | $23.28 | N/A (Less than $25.00) | |
| SRAM320003790 | $320.79 | $23.96 | N/A (Less than $25.00) | |
| SRAM320003480 | $332.35 | $24.82 | N/A (Less than $25.00) | |
| SRAM320003811 | $347.95 | $25.98 | $0.00 | $25.99 |
| SRAM320002106 | $350.00 | $26.14 | $0.00 | $26.14 |
| SRAM320002386 | $353.32 | $26.39 | $0.00 | $26.39 |
| SRAM320001541 | $360.54 | $26.92 | $0.00 | $26.93 |
| SRAM320002360 | $363.71 | $27.16 | $0.00 | $27.16 |
| SRAM320000740 | $363.71 | $27.16 | $0.00 | $27.16 |
| SRAM320001410 | $374.10 | $27.94 | $0.00 | $27.94 |

# SRAM Indirect Purchaser Litigation
## Recommended Approved Claims with Recommended Payment Amounts
### August 16, 2012

| Gilardi Claim ID | Recommended Approved Claim Amount | Preliminary Payment Amount | Remainder Share Amount | Total Recommended Payment Amount |
|---|---|---|---|---|
| SRAM320002394 | $385.74 | $28.81 | $0.00 | $28.81 |
| SRAM320001150 | $389.79 | $29.11 | $0.00 | $29.11 |
| SRAM320003200 | $392.40 | $29.30 | $0.00 | $29.31 |
| SRAM320003366 | $393.70 | $29.40 | $0.00 | $29.40 |
| SRAM320004168 | $394.57 | $29.47 | $0.00 | $29.47 |
| SRAM320000570 | $394.89 | $29.49 | $0.00 | $29.49 |
| SRAM320001460 | $394.89 | $29.49 | $0.00 | $29.49 |
| SRAM320000685 | $394.89 | $29.49 | $0.00 | $29.49 |
| SRAM320000340 | $394.99 | $29.50 | $0.00 | $29.50 |
| SRAM320004125 | $395.15 | $29.51 | $0.00 | $29.51 |
| SRAM320000057 | $400.00 | $29.87 | $0.00 | $29.87 |
| SRAM320003978 | $405.12 | $30.25 | $0.00 | $30.26 |
| SRAM320001037 | $411.68 | $30.74 | $0.00 | $30.75 |
| SRAM320001053 | $420.00 | $31.36 | $0.00 | $31.37 |
| SRAM320000596 | $431.86 | $32.25 | $0.00 | $32.25 |
| SRAM320002831 | $456.00 | $34.05 | $0.00 | $34.06 |
| SRAM320002815 | $498.80 | $37.25 | $0.00 | $37.25 |
| SRAM320003218 | $512.93 | $38.30 | $0.00 | $38.31 |
| SRAM320001258 | $537.00 | $40.10 | $0.00 | $40.11 |
| SRAM320004303 | $580.00 | $43.31 | $0.00 | $43.32 |
| SRAM320000723 | $650.00 | $48.54 | $0.00 | $48.54 |
| SRAM320000626 | $650.00 | $48.54 | $0.00 | $48.54 |
| SRAM320004370 | $679.00 | $50.71 | $0.00 | $50.71 |
| SRAM320002688 | $700.00 | $52.27 | $0.00 | $52.28 |
| SRAM320001096 | $712.00 | $53.17 | $0.00 | $53.18 |
| SRAM320002734 | $728.88 | $54.43 | $0.00 | $54.44 |
| SRAM320004532 | $740.49 | $55.30 | $0.00 | $55.30 |
| SRAM320000995 | $750.00 | $56.01 | $0.00 | $56.01 |
| SRAM320004095 | $775.00 | $57.88 | $0.00 | $57.88 |
| SRAM320001274 | $780.00 | $58.25 | $0.00 | $58.25 |
| SRAM320002939 | $783.00 | $58.47 | $0.00 | $58.48 |
| SRAM320003498 | $794.20 | $59.31 | $0.00 | $59.31 |
| SRAM320002718 | $795.00 | $59.37 | $0.00 | $59.37 |
| SRAM320000308 | $800.00 | $59.74 | $0.00 | $59.75 |
| SRAM320003986 | $800.00 | $59.74 | $0.00 | $59.75 |
| SRAM320000952 | $825.00 | $61.61 | $0.01 | $61.61 |
| SRAM320004362 | $825.00 | $61.61 | $0.01 | $61.61 |
| SRAM320004990 | $830.00 | $61.98 | $0.01 | $61.99 |
| SRAM320002440 | $850.00 | $63.48 | $0.01 | $63.48 |
| SRAM320003277 | $850.00 | $63.48 | $0.01 | $63.48 |
| SRAM320001606 | $860.92 | $64.29 | $0.01 | $64.30 |
| SRAM320003145 | $871.00 | $65.04 | $0.01 | $65.05 |
| SRAM320003102 | $873.00 | $65.19 | $0.01 | $65.20 |
| SRAM320003129 | $875.00 | $65.34 | $0.01 | $65.35 |
| SRAM320002432 | $875.00 | $65.34 | $0.01 | $65.35 |
| SRAM320001215 | $876.00 | $65.42 | $0.01 | $65.42 |
| SRAM320001800 | $887.00 | $66.24 | $0.01 | $66.25 |
| SRAM320004982 | $890.00 | $66.46 | $0.01 | $66.47 |
| SRAM320000545 | $890.00 | $66.46 | $0.01 | $66.47 |
| SRAM320003170 | $890.89 | $66.53 | $0.01 | $66.54 |
| SRAM320003323 | $892.00 | $66.61 | $0.01 | $66.62 |
| SRAM320001134 | $895.00 | $66.84 | $0.01 | $66.84 |

# SRAM Indirect Purchaser Litigation
## Recommended Approved Claims with Recommended Payment Amounts
### August 16, 2012

| Gilardi Claim ID | Recommended Approved Claim Amount | Preliminary Payment Amount | Remainder Share Amount | Total Recommended Payment Amount |
|---|---|---|---|---|
| SRAM320001797 | $899.00 | $67.14 | $0.01 | $67.14 |
| SRAM320005636 | $900.00 | $67.21 | $0.01 | $67.22 |
| SRAM320000162 | $900.00 | $67.21 | $0.01 | $67.22 |
| SRAM320002297 | $900.00 | $67.21 | $0.01 | $67.22 |
| SRAM320000367 | $900.00 | $67.21 | $0.01 | $67.22 |
| SRAM320000960 | $900.00 | $67.21 | $0.01 | $67.22 |
| SRAM320001940 | $900.00 | $67.21 | $0.01 | $67.22 |
| SRAM320000405 | $900.00 | $67.21 | $0.01 | $67.22 |
| SRAM320002670 | $910.00 | $67.96 | $0.01 | $67.96 |
| SRAM320004230 | $910.00 | $67.96 | $0.01 | $67.96 |
| SRAM320001665 | $917.14 | $68.49 | $0.01 | $68.50 |
| SRAM320002777 | $921.50 | $68.82 | $0.01 | $68.82 |
| SRAM320003900 | $924.00 | $69.00 | $0.01 | $69.01 |
| SRAM320001363 | $925.00 | $69.08 | $0.01 | $69.08 |
| SRAM320002009 | $929.00 | $69.38 | $0.01 | $69.38 |
| SRAM320001746 | $935.26 | $69.84 | $0.01 | $69.85 |
| SRAM320002416 | $935.26 | $69.84 | $0.01 | $69.85 |
| SRAM320000219 | $946.00 | $70.65 | $0.01 | $70.65 |
| SRAM320001916 | $948.00 | $70.80 | $0.01 | $70.80 |
| SRAM320000618 | $950.00 | $70.94 | $0.01 | $70.95 |
| SRAM320000375 | $950.00 | $70.94 | $0.01 | $70.95 |
| SRAM320001045 | $950.00 | $70.94 | $0.01 | $70.95 |
| SRAM320001533 | $950.00 | $70.94 | $0.01 | $70.95 |
| SRAM320001711 | $950.00 | $70.94 | $0.01 | $70.95 |
| SRAM320003315 | $950.00 | $70.94 | $0.01 | $70.95 |
| SRAM320001444 | $950.00 | $70.94 | $0.01 | $70.95 |
| SRAM320005580 | $950.00 | $70.94 | $0.01 | $70.95 |
| SRAM320001061 | $953.81 | $71.23 | $0.01 | $71.23 |
| SRAM320001207 | $955.00 | $71.32 | $0.01 | $71.32 |
| SRAM320000413 | $956.00 | $71.39 | $0.01 | $71.40 |
| SRAM320002769 | $960.00 | $71.69 | $0.01 | $71.70 |
| SRAM320001835 | $961.00 | $71.77 | $0.01 | $71.77 |
| SRAM320002165 | $964.00 | $71.99 | $0.01 | $72.00 |
| SRAM320001959 | $968.00 | $72.29 | $0.01 | $72.29 |
| SRAM320005733 | $969.00 | $72.36 | $0.01 | $72.37 |
| SRAM320001320 | $975.00 | $72.81 | $0.01 | $72.82 |
| SRAM320000022 | $976.00 | $72.89 | $0.01 | $72.89 |
| SRAM320003374 | $978.00 | $73.04 | $0.01 | $73.04 |
| SRAM320000707 | $979.00 | $73.11 | $0.01 | $73.12 |
| SRAM320003617 | $979.00 | $73.11 | $0.01 | $73.12 |
| SRAM320001223 | $980.00 | $73.18 | $0.01 | $73.19 |
| SRAM320003781 | $983.00 | $73.41 | $0.01 | $73.41 |
| SRAM320003412 | $985.00 | $73.56 | $0.01 | $73.56 |
| SRAM320003684 | $985.00 | $73.56 | $0.01 | $73.56 |
| SRAM320003943 | $987.22 | $73.72 | $0.01 | $73.73 |
| SRAM320000855 | $987.22 | $73.72 | $0.01 | $73.73 |
| SRAM320003242 | $987.22 | $73.72 | $0.01 | $73.73 |
| SRAM320001576 | $989.00 | $73.86 | $0.01 | $73.86 |
| SRAM320002637 | $989.00 | $73.86 | $0.01 | $73.86 |
| SRAM320003404 | $990.00 | $73.93 | $0.01 | $73.94 |
| SRAM320001770 | $990.00 | $73.93 | $0.01 | $73.94 |
| SRAM320001894 | $995.00 | $74.31 | $0.01 | $74.31 |

## SRAM Indirect Purchaser Litigation
### Recommended Approved Claims with Recommended Payment Amounts
### August 16, 2012

| Gilardi Claim ID | Recommended Approved Claim Amount | Preliminary Payment Amount | Remainder Share Amount | Total Recommended Payment Amount |
|---|---|---|---|---|
| SRAM320000430 | $995.00 | $74.31 | $0.01 | $74.31 |
| SRAM320001630 | $995.00 | $74.31 | $0.01 | $74.31 |
| SRAM320002270 | $995.00 | $74.31 | $0.01 | $74.31 |
| SRAM320000146 | $997.61 | $74.50 | $0.01 | $74.51 |
| SRAM320000383 | $997.61 | $74.50 | $0.01 | $74.51 |
| SRAM320002327 | $997.61 | $74.50 | $0.01 | $74.51 |
| SRAM320003331 | $997.61 | $74.50 | $0.01 | $74.51 |
| SRAM320002726 | $998.00 | $74.53 | $0.01 | $74.54 |
| SRAM320000324 | $999.00 | $74.60 | $0.01 | $74.61 |
| SRAM320000537 | $999.00 | $74.60 | $0.01 | $74.61 |
| SRAM320000863 | $999.00 | $74.60 | $0.01 | $74.61 |
| SRAM320002092 | $999.00 | $74.60 | $0.01 | $74.61 |
| SRAM320002556 | $999.00 | $74.60 | $0.01 | $74.61 |
| SRAM320000650 | $999.00 | $74.60 | $0.01 | $74.61 |
| SRAM320001690 | $999.76 | $74.66 | $0.01 | $74.67 |
| SRAM320005695 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320004435 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320004460 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320004478 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320005156 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320005148 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320005180 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320004427 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320004443 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320004451 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320005130 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320005164 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320005172 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320006357 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320006349 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320006330 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320006403 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320006527 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320006438 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320006446 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320006543 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320006616 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320006594 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320006551 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320006535 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320006497 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320006608 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320006411 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320006420 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320006390 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320006519 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320006632 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320006462 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320006381 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320006365 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320006586 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320006640 | $1,000.00 | $74.68 | $0.01 | $74.68 |

SRAM Indirect Purchaser Litigation
Recommended Approved Claims with Recommended Payment Amounts
August 16, 2012

| Gilardi Claim ID | Recommended Approved Claim Amount | Preliminary Payment Amount | Remainder Share Amount | Total Recommended Payment Amount |
|---|---|---|---|---|
| SRAM320006578 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320006470 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320006489 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320006373 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320006624 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320006560 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320006500 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320006454 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320006144 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320006136 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320006152 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320006160 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320006179 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320006187 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320006195 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320006241 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320006314 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320006217 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320006225 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320006233 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320006250 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320006268 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320006276 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320006284 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320006292 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320006306 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320006322 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320006101 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320006110 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320006128 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320006039 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320005903 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320005890 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320006047 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320006020 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320005938 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320005814 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320005822 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320005830 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320005849 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320005857 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320005865 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320005873 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320005881 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320005911 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320005920 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320005946 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320005954 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320005962 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320005970 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320005989 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320005997 | $1,000.00 | $74.68 | $0.01 | $74.68 |

SRAM Indirect Purchaser Litigation
Recommended Approved Claims with Recommended Payment Amounts
August 16, 2012

| Gilardi Claim ID | Recommended Approved Claim Amount | Preliminary Payment Amount | Remainder Share Amount | Total Recommended Payment Amount |
|---|---|---|---|---|
| SRAM320006004 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320006012 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320006055 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320006098 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320003234 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320000758 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320000944 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320002840 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320003250 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320003587 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320004249 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320003838 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320003595 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320002076 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320002483 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320000235 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320002025 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320000170 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320000227 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320000251 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320000499 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320000588 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320000669 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320000898 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320000936 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320001231 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320001266 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320001304 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320001339 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320001525 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320001550 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320001568 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320001622 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320002017 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320002068 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320002149 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320002190 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320002424 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320002475 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320002513 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320002521 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320002572 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320002580 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320002599 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320002696 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320002700 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320002785 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320002858 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320002955 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320003757 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320003846 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320003854 | $1,000.00 | $74.68 | $0.01 | $74.68 |

## SRAM Indirect Purchaser Litigation
### Recommended Approved Claims with Recommended Payment Amounts
### August 16, 2012

| Gilardi Claim ID | Recommended Approved Claim Amount | Preliminary Payment Amount | Remainder Share Amount | Total Recommended Payment Amount |
|---|---|---|---|---|
| SRAM320003897 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320004044 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320004575 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320005008 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320000502 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320002661 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320002947 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320003927 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320001010 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320002181 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320000731 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320002319 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320005385 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320004508 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320002254 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320004222 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320003935 | $1,000.00 | $74.68 | $0.01 | $74.68 |
| SRAM320000065 | $1,000.10 | $74.69 | $0.01 | $74.69 |
| SRAM320000561 | $1,745.88 | $130.38 | $0.01 | $130.39 |
| SRAM320004133 | $1,915.62 | $143.06 | $0.01 | $143.07 |
| SRAM320004494 | $4,727.63 | $353.05 | $0.03 | $353.08 |
| SRAM320004397 | $6,814.39 | $508.89 | $0.04 | $508.93 |
| SRAM320005393 | $7,069.59 | $527.95 | $0.04 | $527.99 |
| SRAM320004010 | $7,268.72 | $542.82 | $0.04 | $542.86 |
| SRAM320004974 | $7,995.21 | $597.07 | $0.05 | $597.12 |
| SRAM320005490 | $10,568.00 | $789.20 | $0.06 | $789.27 |
| SRAM320004052 | $11,517.72 | $860.13 | $0.07 | $860.20 |
| SRAM320004354 | $11,595.02 | $865.90 | $0.07 | $865.97 |
| SRAM320004524 | $12,184.23 | $909.90 | $0.07 | $909.97 |
| SRAM320004559 | $16,368.34 | $1,222.36 | $0.10 | $1,222.46 |
| SRAM320004028 | $18,235.35 | $1,361.79 | $0.11 | $1,361.90 |
| SRAM320003650 | $19,595.61 | $1,463.37 | $0.12 | $1,463.49 |
| SRAM320005377 | $19,899.49 | $1,486.06 | $0.12 | $1,486.18 |
| SRAM320005750 | $20,036.66 | $1,496.31 | $0.12 | $1,496.43 |
| SRAM320006209 | $21,101.81 | $1,575.85 | $0.13 | $1,575.98 |
| SRAM320005482 | $27,247.18 | $2,034.78 | $0.17 | $2,034.94 |
| SRAM320004141 | $28,297.48 | $2,113.21 | $0.17 | $2,113.39 |
| SRAM320004192 | $29,938.45 | $2,235.76 | $0.18 | $2,235.94 |
| SRAM320003994 | $31,411.47 | $2,345.76 | $0.19 | $2,345.95 |
| SRAM320005253 | $34,462.80 | $2,573.63 | $0.21 | $2,573.84 |
| SRAM320004958 | $34,863.99 | $2,603.59 | $0.21 | $2,603.80 |
| SRAM320005261 | $42,106.02 | $3,144.41 | $0.26 | $3,144.67 |
| SRAM320004184 | $43,913.80 | $3,279.41 | $0.27 | $3,279.68 |
| SRAM320004214 | $48,845.72 | $3,647.72 | $0.30 | $3,648.02 |
| SRAM320005741 | $49,432.96 | $3,691.58 | $0.30 | $3,691.88 |
| SRAM320004540 | $63,593.39 | $4,749.06 | $0.39 | $4,749.45 |
| SRAM320004206 | $70,023.69 | $5,229.26 | $0.43 | $5,229.69 |
| SRAM320004176 | $81,247.95 | $6,067.47 | $0.50 | $6,067.97 |
| SRAM320005350 | $94,977.40 | $7,092.77 | $0.58 | $7,093.35 |
| SRAM320005296 | $131,415.19 | $9,813.88 | $0.81 | $9,814.69 |
| SRAM320006721 | $133,842.10 | $9,995.12 | $0.82 | $9,995.94 |
| SRAM320004036 | $139,663.44 | $10,429.85 | $0.86 | $10,430.71 |

# SRAM Indirect Purchaser Litigation
## Recommended Approved Claims with Recommended Payment Amounts
### August 16, 2012

| Gilardi Claim ID | Recommended Approved Claim Amount | Preliminary Payment Amount | Remainder Share Amount | Total Recommended Payment Amount |
|---|---:|---:|---:|---:|
| SRAM320004486 | $161,416.81 | $12,054.36 | $0.99 | $12,055.35 |
| SRAM320003722 | $277,279.34 | $20,706.79 | $1.70 | $20,708.49 |
| SRAM320005369 | $277,588.33 | $20,729.87 | $1.70 | $20,731.57 |
| SRAM320005318 | $312,661.97 | $23,349.11 | $1.92 | $23,351.03 |
| SRAM320004150 | $417,904.56 | $31,208.46 | $2.57 | $31,211.03 |
| SRAM320005466 | $432,168.44 | $32,273.67 | $2.65 | $32,276.32 |
| SRAM320004389 | $453,796.55 | $33,888.82 | $2.79 | $33,891.61 |
| SRAM320004567 | $460,639.54 | $34,399.85 | $2.83 | $34,402.67 |
| SRAM320005326 | $845,647.98 | $63,151.68 | $5.19 | $63,156.87 |
| SRAM320005423 | $1,178,583.94 | $88,014.82 | $7.24 | $88,022.06 |
| SRAM320005628 | $1,195,030.38 | $89,243.01 | $7.34 | $89,250.35 |
| SRAM320004400 | $1,536,218.20 | $114,722.39 | $9.43 | $114,731.83 |
| SRAM320005121 | $3,963,309.02 | $295,973.77 | $24.34 | $295,998.11 |
| SRAM320004931 | $4,305,142.60 | $321,501.37 | $26.44 | $321,527.81 |
| SRAM320005474 | $4,793,693.83 | $357,985.61 | $29.44 | $358,015.06 |
| SRAM320005571 | $7,488,802.20 | $559,252.12 | $45.99 | $559,298.12 |
| SRAM320005610 | $13,016,703.39 | $972,067.20 | $79.94 | $972,147.15 |
| SRAM320004940 | $27,276,493.72 | $2,036,966.21 | $167.52 | $2,037,133.74 |
| SRAM320004966 | $28,753,387.06 | $2,147,258.31 | $176.59 | $2,147,434.91 |
| Totals: | $98,698,886.46 | $7,370,679.64 | $606.12 | $7,370,679.64 |

| | |
|---:|---:|
| Net Amount to Distribute | $7,370,679.64 |
| Pro-Rate | 7.468% |
| Sum of Payments Less than $25.00 | $606.12 |
| Sum Payments Greater than $25.00 | $7,370,073.52 |
| Remainder Share Percentage | 0.008% |