1  JOSEPH W. COTCHETT (#36324)
   STEVEN N. WILLIAMS (#175489)
2  **COTCHETT, PITRE & McCARTHY, LLP**
   San Francisco Airport Office Center
3  840 Malcolm Road, Suite 200
   Burlingame, CA  94010
4  Telephone:  (650) 697-6000
   Facsimile:  (650) 697-0577
5  jcotchett@cpmlegal.com
   swilliams@cpmlegal.com
6
7  *Lead Counsel for the Direct Purchaser Class*

8

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                        OAKLAND DIVISION

12
   IN RE STATIC RANDOM ACCESS          )   **Master File No. 4:07-md-01819-CW**
13 MEMORY (SRAM) ANTITRUST             )
   LITIGATION                          )   **MDL No. 1819**
14                                     )
                                       )   **DECLARATION OF MARKHAM**
15                                     )   **SHERWOOD IN SUPPORT OF**
                                       )   **MOTION FOR AN ORDER**
16 This Document Relates to:           )   **AUTHORIZING DISTRIBUTION OF**
                                       )   **SETTLEMENT FUND**
17 ALL DIRECT PURCHASER ACTIONS        )
                                       )   **Date:  March 14, 2013**
18                                     )   **Time:  2:00 p.m.**
                                       )   **Location:  Courtroom 2, 4th Floor**
19                                     )   **Judge:  The Honorable Claudia Wilken**
                                       )
20                                     )

21

22

23

24

25

26

27

28

DECLARATION OF MARKHAM SHERWOOD IN SUPPORT OF MOTION FOR AN
ORDER AUTHORIZING DISTRIBUTION OF SETTLEMENT FUND;
Case No. 4:07-md-01819-CW, MDL No. 1819

I, Markham Sherwood, declare:

1.      I am employed by Gilardi & Co., LLC ("Gilardi"), the court-appointed Claims Administrator for the SRAM Antitrust Litigation Settlement ("Settlement").  I am over 21 years of age and am not a party to this action. I am the Case Manager assigned to this case by Gilardi and have personal knowledge of the facts set forth herein, and if called as a witness, could and would testify competently thereto.

2.      I submit this declaration in order to provide the Court and the parties to the above-captioned litigation with information regarding the dissemination and processing of the Proof of Claim Form ("Claim Form") and allocation and distribution of the Net Settlement Fund (the "Fund") to the Settlement Class.

3.      Pursuant to the Order Approving Notice to the Class Regarding Preliminary Approval of Class Action Settlements with Defendants Samsung and Cypress dated March 28, 2011, Gilardi was appointed the Class Administrator.  Gilardi has overseen, among other things, the process of providing notice about the Settlement and Claim Forms submitted, has calculated the *pro rata* share for each Class Member who filed a valid Claim ("Claimants"), and will distribute the Fund to Claimants.

## DISSEMINATION OF CLAIM FORM

4.      On or before November 17, 2011, pursuant to the November 2, 2011 Order Approving Claim Form and Claim Period for Direct Purchaser Action (Dkt. No. 1416) ("November 2 Order"), Gilardi mailed the Claim Form to 5,255 entities and electronically mailed  a notification that Claim Forms were available ("e-mail notification") to 491 entities.  A copy of the e-mail notification is attached as **Exhibit A**. The claim form was also available on Gilardi's company website, www.gilardi.com/sramcase.  A copy of the Claim Form is attached as **Exhibit B**.

5.      As a result of the mailings of the Notice of Pendency of Class Action and Partial Class Action Settlements, and during the normal course of the administration of the Settlements, the mailing list for the Claim Form changed as a result of the following:

Law Offices
COTCHETT, PITRE
& MCCARTHY

a.  Gilardi manipulated the data to ensure adequate formatting and to remove duplicate name and address records;

b.  Gilardi submitted the names and physical addresses to the United States Postal Service ("USPS") National Change of Address Service ("NCOA") to ensure adequate physical address formatting, obtain current physical addresses and qualify for postal discounts;

c.  Gilardi updated Claimants' addresses pursuant to their written requests;

d.  Gilardi updated Claimant's addresses as a result of receiving forwarding addresses from the USPS or addresses found through a trace processing service;

e.  Gilardi added Claimants and their addresses, per their request for previous Notices;

f.  Gilardi removed Claimants' names from the mailing list due to failure to obtain a deliverable address during the administration of the settlements and failure to receive a deliverable address prior to the Claim Form mailing in the current action; and

6.  Of the 491 e-mail notifications sent, 158 e-mails were returned as undeliverable. Where physical addresses were available, Gilardi mailed Claim Forms by standard first-class mail, postage pre-paid, to these records.

7.  Additional Claim Forms were mailed by standard first-class mail, postage prepaid, to 7 entities, at their request.  The USPS returned 22 Claim Forms as undeliverable with a forwarding address, and Gilardi re-mailed Claim Forms to all forwarding addresses provided.

8.  The USPS returned 1,670 Claim Forms as undeliverable without forwarding addresses.  Gilardi used a trace processing service to obtain updated addresses for Claim Forms returned as undeliverable and received 192 updated addresses. Gilardi subsequently re-mailed Claim Forms to these updated addresses.

---

DECLARATION OF MARKHAM SHERWOOD IN SUPPORT OF MOTION FOR AN ORDER AUTHORIZING DISTRIBUTION OF SETTLEMENT FUND;
Case No. 4:07-md-01819-CW, MDL No. 1819                                            2

9.      On or before November 17, 2011, Gilardi established a toll-free number (866-252-7551) and dedicated a Post Office Box to respond to inquiries and communications from Claimants.

## CLAIMS PROCESSING & AUDITING

10.     Gilardi received and processed 236 Claim Forms. For quality control purposes, each paper and on-line Claim Form submitted was given a unique claim number and entered into Gilardi's proprietary database.

11.     From March 3, 2012 through January 7, 2013, Gilardi reviewed each submitted Claim Form to determine whether it was valid and included all required information.

12.     Of the 236 claims received, Gilardi identified 28 duplicate claims, and 12 claims were withdrawn by Class Members, leaving 196 unique remaining claims. Of these, Gilardi determined that certain Claim Forms were missing information that was necessary to confirm the validity of the claim or a Claimant's *pro rata* share.

13.     Of the unique remaining claims, 10 Claim Forms did not contain purchase information, 107 Claim Forms either did not appear in the sales data provided by the Defendants ("Defendant Records") or indicated purchase totals in excess of the amounts demonstrated in Defendant Records, and 65 Claim Forms fell into both of the above categories (for a total of 182 deficient claims).

14.     On September 25, 2012 Gilardi mailed a Notice of Deficient Claim, Request for Documentation, or Notice of Deficient Claim and Request for Documentation (collectively the "Audit Letters") to these Claimants, advising the Claimants that unless the indicated deficiency was corrected or requested documentation was provided within fourteen (14) days, his or her filing of a Claim Form may be denied. Pre-merge versions of the Audit Letters are attached as **Exhibit C**.

15.     Gilardi reviewed documentation supplied by Claimants in response to the Audit Letters, which was comprised of documentation in the form of invoices, payment confirmations, purchase orders, spreadsheets, and other such documentation.

DECLARATION OF MARKHAM SHERWOOD IN SUPPORT OF MOTION FOR AN ORDER AUTHORIZING DISTRIBUTION OF SETTLEMENT FUND;
Case No. 4:07-md-01819-CW, MDL No. 1819                                3

16.     Ultimately, as a result of Gilardi's document review, 38 claims were approved at or above the amount submitted on their Claim Form; 25 claims were approved at reduced amounts for a variety of reasons including but not limited to: inclusion of foreign purchases, purchases outside the Class Period, purchases made from a company other than a defendant, or purchases that were not SRAM; 8 claims were denied for a variety of reasons including but not limited to: late submission, lack of available records, inclusion of foreign purchases, purchases made from a company other than a defendant, or purchases that were not SRAM; and 125 claims were denied as they provided no response to the Audit Letters. Where possible, Gilardi followed up with these 125 via email one time.

17.     In sum, after the completion of audits, document review, and communications with potential Class Members, 63 claims were approved in their entirety or at reduced amounts. A total of 133 claims are being recommended for denial. A list of claims recommended for denial is attached as **Exhibit D**. To protect the privacy of these Claimants, their names have been redacted.

18.     After the completion of processing and auditing claims, there are 63 Claimants recommended for approval (the "Authorized Claimants").  A list of the Authorized Claimants and their percentages of the Net Settlement Fund are attached as **Exhibit E**. To protect the privacy of the Authorized Claimants, their names have been redacted.

## ALLOCATION OF THE NET SETTLEMENT FUND

19.     Upon the approval of this Court, Gilardi intends to mail Authorized Claimants their *pro rata* portion of the Net Settlement Fund.

I declare under the penalty of perjury of the laws of the United States of America that the foregoing is true and correct.  Executed this 28th day of 2013 at San Rafael, California.


_____*/s/ Markham Sherwood*_____
MARKHAM SHERWOOD

DECLARATION OF MARKHAM SHERWOOD IN SUPPORT OF MOTION FOR AN ORDER AUTHORIZING DISTRIBUTION OF SETTLEMENT FUND;
Case No. 4:07-md-01819-CW, MDL No. 1819                                      4

Law Offices
COTCHETT, PITRE
& MCCARTHY

# EXHIBIT A

From: SRAMD Notice [mail to: sramcase@classactmail.com]
Sent: Thursday, November 17, 2011
To: <<ClassMemberName>>
Subject: SRAM Direct Purchaser Antitrust Litigation – Official Court Ordered Notice -
Important Settlement Information


You may be a class member in the above-entitled lawsuit if you purchased Static Random
Access Memory in the United States between November 1, 1996 and December 31, 2005.
Important information for class members is available in the Settlement Documents by
going to www.sramcase.com. To file a Proof of Claim online, click here.


This message was intended for: <<ClassMemberEmail>>
You were added to the system November 17, 2011. For more information click here.
Update your preferences | Unsubscribe

# EXHIBIT B

**Must Be Postmarked
No Later Than
March 2, 2012**

## PROOF OF CLAIM
### *In re Static Random Access Memory
(SRAM) Antitrust Litigation*
### Case No. 4:07-md-01819-CW



# SRAMD

### Last date to submit Claim is March 2, 2012.

ClaimIDBarCode   ClaimIDBarDisplay
Name1
Name2 Name3
Addr1 Addr2
City, State Zip-Zip4  FCity FCountry

☐ Please check the box if the name or address is different from the information above and complete below:

First Name

Last Name

Address 1 (Please do not use RED INK or pencil.)

Address 2

City

State

Zip Code

Foreign Province

Foreign Postal Code

Foreign Country Name/Abbreviation

## PART 1: IMPORTANT INFORMATION

YOU MAY BE A CLASS MEMBER IN THE ABOVE ENTITLED LAWSUIT IF YOU PURCHASED
STATIC RANDOM ACCESS MEMORY (SRAM) IN THE UNITED STATES BETWEEN
**NOVEMBER 1, 1996 AND DECEMBER 31, 2005**
DIRECTLY FROM ANY OF THE FOLLOWING COMPANIES
(OR THEIR SUBSIDIARIES OR AFFILIATES):

- Cypress Semiconductor
- Etron Technology, Inc.
- Etron Technology America, Inc.
- Hitachi, Ltd.
- Hitachi America, Ltd.
- Hynix Semiconductor Inc.
- Hynix Semiconductor America Inc.
- Integrated Silicon Solution, Inc.
- Micron Technology, Inc.
- Micron Semiconductor Products, Inc.

- Mitsubishi Electric Corporation
- Mitsubishi Electric & Electronics USA, Inc.
- NEC Electronics Corporation
- NEC Electronics America, Inc.
- Renesas Technology Corp.
- Renesas Technology America, Inc.
- Samsung Electronics Company, Ltd.
- Samsung Semiconductor, Inc.
- Toshiba Corporation
- Toshiba America Electronic Components, Inc.



| FOR CLAIMS PROCESSING ONLY | ◯ LC |
|---|---|
| | ◯ OZ |

## THE CLASS INCLUDES:

"All persons and entities who, during the period November 1, 1996 through December 31, 2005, purchased non-custom SRAM in the United States directly from Defendants or any subsidiaries or affiliates thereof. Excluded from the class are Defendants, their parent companies, subsidiaries and affiliates, any co conspirators, and all government entities."

You are a Class member if:

(1) you purchased non-custom SRAM in the United States directly from one or more of the Defendants listed above (or their subsidiaries or affiliates) between November 1, 1996 and December 31, 2005; and,

(2) you did not previously request to exclude yourself from the Class.

Purchasing SRAM in the United States means SRAM that was billed to or shipped to the United States.

## TYPES OF SRAM

For purposes of this lawsuit and the Settlements, SRAM means all types of Static Random Access Memory, including high speed or fast SRAM, low power or slow SRAM, synchronous SRAM, asynchronous SRAM, and pseudoSRAM ("PSRAM").  For purposes of this lawsuit and the Settlements, custom SRAM is:  (1) SRAM that was designed and sold by only one manufacturer in order to meet a set of defined performance characteristics established by only one purchaser; and, (2) that set of defined performance characteristics was not met by SRAM designed or sold by any other manufacturer; and (3) the SRAM was designed as a completely new SRAM or required substantial change to an already existing SRAM.

## PART 2: CLAIMANT INFORMATION

Please type or neatly print all information.  Report all purchases of non-custom SRAM made directly from any Defendant in the United States during the Class Period.  Failure to include all eligible purchases will reduce the amount of your claim.  You **DO NOT** need to attach documentation.  However, you must keep copies of your purchase orders, invoices, or other documentation of your purchases in case verification of your claim is necessary.

Daytime Telephone Number:                    Evening Telephone Number:

Email Address:

Person to Contact if there are questions regarding this claim:



## PART 3: SCHEDULE OF QUALIFYING PURCHASES IN DOLLARS
## FROM NOVEMBER 1, 1996 THROUGH DECEMBER 31, 2005

In the table below, list the total dollar amount (in U.S. dollars) of your purchases of SRAM made directly in the United States from each defendant during the Class Period.  Amounts should be rounded to the nearest dollar.  (Example: $5,252.78 should be entered as $5,253). Do not include transportation charges, rebates, refunds, credits, etc.  If you did not purchase SRAM from a Defendant, or if you settled with a particular Defendant, assigned or transferred your claim, write "No Purchases" in the corresponding Defendant box below.

Cypress Semiconductor, Inc.  . . . . . . . . . .$

Etron[1]  . . . . . . . . . . . . . . . . . . . . . . . . . .$

Hitachi[2]  . . . . . . . . . . . . . . . . . . . . . . . . .$

Hynix[3]  . . . . . . . . . . . . . . . . . . . . . . . . . .$

Integrated Silicon Solutions, Inc.  . . . . . . .$

Micron[4]  . . . . . . . . . . . . . . . . . . . . . . . . . .$

Mitsubishi[5]  . . . . . . . . . . . . . . . . . . . . . . .$

NEC[6]  . . . . . . . . . . . . . . . . . . . . . . . . . . . .$

Renesas[7]  . . . . . . . . . . . . . . . . . . . . . . . . .$

Samsung[8]  . . . . . . . . . . . . . . . . . . . . . . . .$

Toshiba[9]  . . . . . . . . . . . . . . . . . . . . . . . . .$

Pursuant to Court order, the Settlement Fund will be distributed to Class Members based upon the pro rata share of the total amount of eligible SRAM purchases that each Class Member purchased directly from Defendants from November 1, 1996 through December 31, 2005.

## PART 4: SUBMITTING A CLAIM FORM

Mail the completed Claim Form to:

SRAM Antitrust Settlements
c/o Gilardi & Co. LLC
PO Box 8060
San Rafael, CA 94912-8060

— OR —

Submit a completed Claim Form Online:

**CLAIM FORMS MAY BE FILED ON-LINE AT www.sramcase.com**

---

1. "Etron" means Etron Technology, Inc. and Etron Technology America, Inc.
2. "Hitachi" means Hitachi, Ltd. and Hitachi America, Ltd.
3. "Hynix" means Hynix Semiconductor, Inc. and Hynix Semiconductor America, Inc.
4. "Micron" means Micron Technology, Inc. and Micron Semiconductor Products, Inc.
5. "Mitsubishi" means Mitsubishi Electric Corporation and Mitsubishi Electric & Electronics USA, Inc.
6. "NEC" means NEC Electronics Corporation and NEC Electronics America, Inc.
7. "Renesas" means Renesas Technology Corp. and Renesas Technology America, Inc.
8. "Samsung" means Samsung Electronics Company, Ltd. and Samsung Semiconductor, Inc.
9. "Toshiba" means Toshiba Corporation and Toshiba America Electronic Components, Inc.



## PART 5: SUBMISSION TO JURISDICTION OF THE DISTRICT COURT

By signing below, you are verifying that:

1. You have documentation to support your claim and agree to provide additional information to Class Counsel or the Claims Administrator if requested;

2. You have not assigned or transferred (or purported to assign or transfer) or settled for the same purchases or submitted any other claim for the same purchases of SRAM and have not authorized any other person or entity to do so, and know of no other person or entity having done so on your behalf; and

3. The information provided in this Claim Form is accurate and complete.

## PART 6: CERTIFICATION

I (We) certify that I am (we are) NOT subject to backup withholding under the provisions of Section 3406(a)(1)(c) of the Internal Revenue Code because: (a) I am (We are) exempt from backup withholding, or (b) I (We) have not been notified by the I.R.S. that I am (we are) subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the I.R.S. has notified me (us) that I am (we are) no longer subject to backup withholding.

NOTE:  If you have been notified by the I.R.S. that you are subject to backup withholding, please strike out the language that you are not subject to backup withholding in the certification above.

I (WE) DECLARE, UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA, THAT THE INFORMATION PROVIDED IN THIS PROOF OF CLAIM FORM IS TRUE AND CORRECT.

This certification was executed on the _____ of _____ , 2011,
(day)                              (month)

in _____
(city, state, country)

SIGNATURE OF CLAIMANT:  (If this claim is being made on behalf of Joint Claimants, then each must sign).

_____     _____
Signature                                    Type/Print Name

_____     _____
Company's Name                               Capacity of person signing, e.g. President



# EXHIBIT C

**SRAM Direct Purchaser Antitrust Litigation**
c/o Gilardi & Co.
PO Box 8060
San Rafael, CA 94912-8090

## <u>NOTICE OF DEFICIENT CLAIM</u>

September 25, 2012

«Claim Barcode» «ClaimID»
«Company_Name» «Additional_Names»
«Third_Party»
«Contact_Name»
«Addr1» «Addr2»
«City», «State» «Zip»

Dear «Addressee_For_Merge»:

Enclosed is a copy of the Proof of Claim Form which you filed in the above referenced matter on behalf of «Company_Name».  We find your claim to be deficient for the following reason:

**You did not provide the requested purchase data.  Please complete the Part 3 excerpt of the Proof of Claim Form on the reverse of this letter and return it in the envelope provided.**

Please return your corrected claim form along with a copy of this letter within fourteen (14) days from the date of this letter. A return envelope is provided for your convenience. Please note that failure to provide the information or documentation requested within fourteen (14) days may result in the denial of your claim.

Sincerely,

Claims Administrator
Toll Free: 866-252-7551
Email: sramcase@classactmail.com

«ClaimID»

## SRAM DIRECT PURCHASER PROOF OF CLAIM FORM PART 3: SCHEDULE OF QUALIFYING PURCHASES IN DOLLARS FROM NOVEMBER 1, 1996 THROUGH DECEMBER 31, 2005

In the table below, list the total dollar amount (in U.S. dollars) of your purchases of SRAM made directly in the United States from each defendant during the Class Period. Amounts should be rounded to the nearest dollar. (Example: $5,252.78 should be entered as $5,253). Do not include transportation charges, rebates, refunds, credits, etc. If you did not purchase SRAM from a Defendant, or if you settled with a particular Defendant, assigned or transferred your claim, write "No Purchases" in the corresponding Defendant box below.

Cypress Semiconductor, Inc. ………. $ ___ ___ ___, ___ ___ ___, ___ ___ ___

Etron[1] ………………………………... $ ___ ___ ___, ___ ___ ___, ___ ___ ___

Hitachi[2] ………………………………. $ ___ ___ ___, ___ ___ ___, ___ ___ ___

Hynix[3] …………………………………. $ ___ ___ ___, ___ ___ ___, ___ ___ ___

Integrated Silicon Solutions, Inc. …... $ ___ ___ ___, ___ ___ ___, ___ ___ ___

Micron[4] ………………………………… $ ___ ___ ___, ___ ___ ___, ___ ___ ___

Mitsubishi[5] …………………………... $ ___ ___ ___, ___ ___ ___, ___ ___ ___

NEC[6] …………………………………… $ ___ ___ ___, ___ ___ ___, ___ ___ ___

Renesas[7] ……………………………… $ ___ ___ ___, ___ ___ ___, ___ ___ ___

Samsung[8] ……………………………… $ ___ ___ ___, ___ ___ ___, ___ ___ ___

Toshiba[9] ……………………………… $ ___ ___ ___, ___ ___ ___, ___ ___ ___

Pursuant to Court order, the Settlement Fund will be distributed to Class Members based upon the pro rata share of the total amount of eligible SRAM purchases that each Class Member purchased directly from Defendants from November 1, 1996 through December 31, 2005.

---

[1] "Etron" means Etron Technology, Inc. and Etron Technology America, Inc.
[2] "Hitachi" means Hitachi, Ltd. and Hitachi America, Ltd.
[3] "Hynix" means Hynix Semiconductor, Inc. and Hynix Semiconductor America, Inc.
[4] "Micron" means Micron Technology, Inc. and Micron Semiconductor Products, Inc.
[5] "Mitsubishi" means Mitsubishi Electric Corporation and Mitsubishi Electric & Electronics USA, Inc.
[6] "NEC" means NEC Electronics Corporation and NEC Electronics America, Inc.
[7] "Renesas" means Renesas Technology Corp. and Renesas Technology America, Inc.
[8] "Samsung" means Samsung Electronics Company, Ltd. and Samsung Semiconductor, Inc.
[9] "Toshiba" means Toshiba Corporation and Toshiba America Electronic Components, Inc.

**SRAM Direct Purchaser Antitrust Litigation**
c/o Gilardi & Co.
PO Box 8060
San Rafael, CA 94912-8090

## REQUEST FOR DOCUMENTATION

September 25, 2012

«Claim Barcode» «ClaimID»
«Company_Name» «Additional_Names»
«Third_Party»
«Contact_Name»
«Addr1» «Addr2»
«City», «State»  «Zip»

Dear «Addressee_For_Merge»:

We have reviewed your claim in the above referenced matter on behalf of «Company_Name».
On your Proof of Claim Form, you indicated that «Company_Name» purchased a total of
«Submitted_Allowed_Loss» of SRAM in the United States directly from the Defendants during
the Class Period (November 1, 1996 – December 31, 2005). The Defendants' records indicate
that the total purchases made by «Company_Name» of SRAM in the United States during the
Class Period amounts to «Defendant_Records». Thus, your claim indicates a difference of
«Difference» more than what is indicated in the Defendants' records.

If you do not wish to accept the Defendants' records as accurate you must submit sufficient
documentation to substantiate your claim within 14 days of the date of this letter.  An example of
sufficient documentation would be a sampling of actual purchase orders, invoices, or other
records demonstrating purchases made directly from one or more of the Defendants during the
Class Period along with a copy of «Company_Name»'s internal recordkeeping for the entire
class period. No response will indicate your agreement that the Defendants' records are accurate
and shall be used for purposes of calculating your claim and your claim will be revised
accordingly.

Sincerely,

Claims Administrator
Toll Free: 866-252-7551
Email: sramcase@classactmail.com

**SRAM Direct Purchaser Antitrust Litigation**
c/o Gilardi & Co.
PO Box 8060
San Rafael, CA 94912-8090

<u>**NOTICE OF DEFICIENT CLAIM AND REQUEST FOR DOCUMENTATION**</u>

September 25, 2012

«Claim Barcode»   «ClaimID»
«Company_Name» «Additional_Names»
«Third_Party»
«Contact_Name»
«Addr1» «Addr2»
«City», «State»  «Zip»

Dear «Addressee_For_Merge»:

Enclosed is a copy of the Proof of Claim Form which you filed in the above referenced matter on behalf of «Company_Name».  We find your claim to be deficient for the following reason:

> **You did not provide the requested purchase data.  Please complete the Part 3 excerpt of the Proof of Claim Form on the reverse of this letter and return it in the envelope provided.**

Additionally, please note that the Defendants' records indicate that the total purchases made by «Company_Name» of SRAM in the United States during the Class Period amounts to $0.00. As such, you must submit sufficient documentation to substantiate your claim along with the completed Part 3 of the Proof of Claim Form. An example of sufficient documentation would be a sampling of actual purchase orders, invoices, or other records demonstrating purchases made directly from one or more of the Defendants during the Class Period along with a copy of «Company_Name»'s internal recordkeeping for the entire class period.

Please return your corrected claim form along with a copy of this letter and the requested documentation within fourteen (14) days from the date of this letter. A return envelope is provided for your convenience. Please note that failure to provide the information or documentation requested within fourteen (14) days may result in the denial of your claim.

Sincerely,

Claims Administrator
Toll Free: 866-252-7551
Email: sramcase@classactmail.com

«ClaimID»

## SRAM DIRECT PURCHASER PROOF OF CLAIM FORM PART 3: SCHEDULE OF QUALIFYING PURCHASES IN DOLLARS FROM NOVEMBER 1, 1996 THROUGH DECEMBER 31, 2005

In the table below, list the total dollar amount (in U.S. dollars) of your purchases of SRAM made directly in the United States from each defendant during the Class Period. Amounts should be rounded to the nearest dollar. (Example: $5,252.78 should be entered as $5,253). Do not include transportation charges, rebates, refunds, credits, etc. If you did not purchase SRAM from a Defendant, or if you settled with a particular Defendant, assigned or transferred your claim, write "No Purchases" in the corresponding Defendant box below.

Cypress Semiconductor, Inc. .......... $ ___ ___ ___, ___ ___ ___, ___ ___ ___

Etron[1] ……………………………... $ ___ ___ ___, ___ ___ ___, ___ ___ ___

Hitachi[2] ……………………………. $ ___ ___ ___, ___ ___ ___, ___ ___ ___

Hynix[3] …………………………… $ ___ ___ ___, ___ ___ ___, ___ ___ ___

Integrated Silicon Solutions, Inc. …... $ ___ ___ ___, ___ ___ ___, ___ ___ ___

Micron[4] ……………………………. $ ___ ___ ___, ___ ___ ___, ___ ___ ___

Mitsubishi[5] ………………………... $ ___ ___ ___, ___ ___ ___, ___ ___ ___

NEC[6] ……………………………… $ ___ ___ ___, ___ ___ ___, ___ ___ ___

Renesas[7] …………………………… $ ___ ___ ___, ___ ___ ___, ___ ___ ___

Samsung[8] …………………………… $ ___ ___ ___, ___ ___ ___, ___ ___ ___

Toshiba[9] …………………………… $ ___ ___ ___, ___ ___ ___, ___ ___ ___

Pursuant to Court order, the Settlement Fund will be distributed to Class Members based upon the pro rata share of the total amount of eligible SRAM purchases that each Class Member purchased directly from Defendants from November 1, 1996 through December 31, 2005.

---

[1] "Etron" means Etron Technology, Inc. and Etron Technology America, Inc.
[2] "Hitachi" means Hitachi, Ltd. and Hitachi America, Ltd.
[3] "Hynix" means Hynix Semiconductor, Inc. and Hynix Semiconductor America, Inc.
[4] "Micron" means Micron Technology, Inc. and Micron Semiconductor Products, Inc.
[5] "Mitsubishi" means Mitsubishi Electric Corporation and Mitsubishi Electric & Electronics USA, Inc.
[6] "NEC" means NEC Electronics Corporation and NEC Electronics America, Inc.
[7] "Renesas" means Renesas Technology Corp. and Renesas Technology America, Inc.
[8] "Samsung" means Samsung Electronics Company, Ltd. and Samsung Semiconductor, Inc.
[9] "Toshiba" means Toshiba Corporation and Toshiba America Electronic Components, Inc.

# EXHIBIT D

SRAM Direct Purchaser Litigation
Claims Recommended for Denial
1/25/2013

| Gilardi Claim ID | Reason for Denial |
|---|---|
| SRAMD10030760 | Class Member no longer has documentation. |
| SRAMD20001339 | Class Member no longer has documentation. |
| SRAMD40000079 | Class Member no longer has documentation. |
| SRAMD10018271 | Late Claim - No purchase data submitted. |
| SRAMD10003550 | No purchase data submitted. |
| SRAMD20000707 | No response to document requests. |
| SRAMD20000685 | No response to document requests. |
| SRAMD20000405 | No response to document requests. |
| SRAMD20000499 | No response to document requests. |
| SRAMD20000502 | No response to document requests. |
| SRAMD20000561 | No response to document requests. |
| SRAMD20000472 | No response to document requests. |
| SRAMD20000553 | No response to document requests. |
| SRAMD20000537 | No response to document requests. |
| SRAMD20000693 | No response to document requests. |
| SRAMD20000219 | No response to document requests. |
| SRAMD20000243 | No response to document requests. |
| SRAMD40000095 | No response to document requests. |
| SRAMD20000464 | No response to document requests. |
| SRAMD20000642 | No response to document requests. |
| SRAMD20000677 | No response to document requests. |
| SRAMD10039899 | No response to document requests. |
| SRAMD20000669 | No response to document requests. |
| SRAMD20000448 | No response to document requests. |
| SRAMD20000529 | No response to document requests. |
| SRAMD40000400 | No response to document requests. |
| SRAMD40000486 | No response to document requests. |
| SRAMD40000605 | No response to document requests. |
| SRAMD20000170 | No response to document requests. |
| SRAMD40000087 | No response to document requests. |
| SRAMD40000419 | No response to document requests. |
| SRAMD10023500 | No response to document requests. |
| SRAMD40000427 | No response to document requests. |
| SRAMD40000451 | No response to document requests. |
| SRAMD40000435 | No response to document requests. |
| SRAMD40000460 | No response to document requests. |
| SRAMD40000494 | No response to document requests. |
| SRAMD40000532 | No response to document requests. |
| SRAMD40000508 | No response to document requests. |
| SRAMD40000656 | No response to document requests. |
| SRAMD40000443 | No response to document requests. |
| SRAMD20000812 | No response to document requests. |
| SRAMD40000397 | No response to document requests. |
| SRAMD20001398 | No response to document requests. |
| SRAMD20001410 | No response to document requests. |
| SRAMD20001401 | No response to document requests. |
| SRAMD20001380 | No response to document requests. |
| SRAMD20000391 | No response to document requests. |
| SRAMD20000383 | No response to document requests. |
| SRAMD20000235 | No response to document requests. |
| SRAMD20000227 | No response to document requests. |

SRAM Direct Purchaser Litigation
Claims Recommended for Denial
1/25/2013

| Gilardi Claim ID | Reason for Denial |
|---|---|
| SRAMD20000456 | No response to document requests. |
| SRAMD20000545 | No response to document requests. |
| SRAMD20000618 | No response to document requests. |
| SRAMD20000570 | No response to document requests. |
| SRAMD20000596 | No response to document requests. |
| SRAMD20000650 | No response to document requests. |
| SRAMD40000699 | No response to document requests. |
| SRAMD20000480 | No response to document requests. |
| SRAMD20000600 | No response to document requests. |
| SRAMD20000413 | No response to document requests. |
| SRAMD20000430 | No response to document requests. |
| SRAMD20000634 | No response to document requests. |
| SRAMD20000588 | No response to document requests. |
| SRAMD20000421 | No response to document requests. |
| SRAMD20000510 | No response to document requests. |
| SRAMD90000064 | No response to document requests. |
| SRAMD20000260 | No response to document requests. |
| SRAMD20000278 | No response to document requests. |
| SRAMD20000014 | No response to document requests. |
| SRAMD20000022 | No response to document requests. |
| SRAMD20000030 | No response to document requests. |
| SRAMD20000049 | No response to document requests. |
| SRAMD20000057 | No response to document requests. |
| SRAMD20000065 | No response to document requests. |
| SRAMD20000103 | No response to document requests. |
| SRAMD20000111 | No response to document requests. |
| SRAMD20000120 | No response to document requests. |
| SRAMD20000146 | No response to document requests. |
| SRAMD20000154 | No response to document requests. |
| SRAMD20000162 | No response to document requests. |
| SRAMD20000197 | No response to document requests. |
| SRAMD20000375 | No response to document requests. |
| SRAMD20000774 | No response to document requests. |
| SRAMD20000782 | No response to document requests. |
| SRAMD20000790 | No response to document requests. |
| SRAMD20000804 | No response to document requests. |
| SRAMD20000820 | No response to document requests. |
| SRAMD20000839 | No response to document requests. |
| SRAMD20000847 | No response to document requests. |
| SRAMD20000855 | No response to document requests. |
| SRAMD20000863 | No response to document requests. |
| SRAMD20000871 | No response to document requests. |
| SRAMD20000898 | No response to document requests. |
| SRAMD20000910 | No response to document requests. |
| SRAMD20000928 | No response to document requests. |
| SRAMD20000944 | No response to document requests. |
| SRAMD20000952 | No response to document requests. |
| SRAMD20000960 | No response to document requests. |
| SRAMD20000979 | No response to document requests. |
| SRAMD20000987 | No response to document requests. |
| SRAMD20000995 | No response to document requests. |

SRAM Direct Purchaser Litigation
Claims Recommended for Denial
1/25/2013

| Gilardi Claim ID | Reason for Denial |
|---|---|
| SRAMD20001002 | No response to document requests. |
| SRAMD20001010 | No response to document requests. |
| SRAMD20001029 | No response to document requests. |
| SRAMD20001037 | No response to document requests. |
| SRAMD20001045 | No response to document requests. |
| SRAMD20001053 | No response to document requests. |
| SRAMD20001061 | No response to document requests. |
| SRAMD20001070 | No response to document requests. |
| SRAMD20001088 | No response to document requests. |
| SRAMD20001096 | No response to document requests. |
| SRAMD20001100 | No response to document requests. |
| SRAMD20001126 | No response to document requests. |
| SRAMD20001142 | No response to document requests. |
| SRAMD20001150 | No response to document requests. |
| SRAMD20001169 | No response to document requests. |
| SRAMD20001177 | No response to document requests. |
| SRAMD20001185 | No response to document requests. |
| SRAMD20001193 | No response to document requests. |
| SRAMD20001207 | No response to document requests. |
| SRAMD20001215 | No response to document requests. |
| SRAMD20001223 | No response to document requests. |
| SRAMD20001231 | No response to document requests. |
| SRAMD40000320 | No response to document requests. |
| SRAMD40000338 | No response to document requests. |
| SRAMD20001347 | No response to document requests. |
| SRAMD20001363 | No response to document requests. |
| SRAMD20001371 | No response to document requests. |
| SRAMD10028749 | Purchases do not qualify. |
| SRAMD40000664 | Purchases do not qualify. |
| SRAMD40000311 | Purchases do not qualify. |
| SRAMD40000680 | Purchases do not qualify. |

| Breakdown of Reasons for Denial: | |
|---|---|
| Class Member no longer has documentation. | 3 |
| Late Claim - No purchase data submitted. | 1 |
| No purchase data submitted. | 1 |
| No response to document requests. | 124 |
| Purchases do not qualify. | 4 |
| Total: | 133 |

# EXHIBIT E

SRAM Direct Purchaser Litigation
Authorized Claimants
1/28/2013

| ClaimID | Recommended Approved Amount | Recommended Distribution Amount | Percentage of Net Settlement Fund |
|---|---|---|---|
| SRAMD40000346 | $3,475.00 | $50.58 | 0.0001% |
| SRAMD10004165 | $3,640.00 | $52.98 | 0.0001% |
| SRAMD20001134 | $5,200.00 | $75.69 | 0.0002% |
| SRAMD20000740 | $8,991.00 | $130.87 | 0.0003% |
| SRAMD40000389 | $14,026.50 | $204.17 | 0.0004% |
| SRAMD20000901 | $31,500.00 | $458.51 | 0.0009% |
| SRAMD40000370 | $42,897.00 | $624.41 | 0.0012% |
| SRAMD40000060 | $60,423.00 | $879.51 | 0.0017% |
| SRAMD90000056 | $63,900.00 | $930.12 | 0.0018% |
| SRAMD40000478 | $76,225.00 | $1,109.53 | 0.0022% |
| SRAMD10037586 | $126,299.00 | $1,838.40 | 0.0037% |
| SRAMD10027521 | $152,620.00 | $2,221.53 | 0.0044% |
| SRAMD20001258 | $153,438.00 | $2,233.43 | 0.0044% |
| SRAMD20001282 | $218,515.00 | $3,180.69 | 0.0063% |
| SRAMD10026029 | $230,517.00 | $3,355.39 | 0.0067% |
| SRAMD20000138 | $245,378.00 | $3,571.71 | 0.0071% |
| SRAMD20001118 | $344,068.00 | $5,008.23 | 0.0099% |
| SRAMD40000630 | $496,667.30 | $7,229.46 | 0.0144% |
| SRAMD40000290 | $516,569.00 | $7,519.15 | 0.0149% |
| SRAMD20001290 | $516,569.00 | $7,519.15 | 0.0149% |
| SRAMD40000559 | $564,925.00 | $8,223.02 | 0.0163% |
| SRAMD40000524 | $723,843.00 | $10,536.22 | 0.0209% |
| SRAMD20000324 | $759,499.00 | $11,055.22 | 0.0220% |
| SRAMD20001355 | $975,226.00 | $14,195.33 | 0.0282% |
| SRAMD40000036 | $1,037,120.00 | $15,096.26 | 0.0300% |
| SRAMD10023097 | $1,088,404.00 | $15,842.74 | 0.0315% |
| SRAMD40000052 | $1,293,498.00 | $18,828.08 | 0.0374% |
| SRAMD40000354 | $1,669,877.00 | $24,306.63 | 0.0483% |
| SRAMD20000340 | $1,678,555.00 | $24,432.95 | 0.0485% |
| SRAMD40000540 | $1,977,000.00 | $28,777.10 | 0.0571% |
| SRAMD10032991 | $3,232,552.00 | $47,052.84 | 0.0934% |
| SRAMD40000516 | $3,415,466.00 | $49,715.32 | 0.0987% |
| SRAMD10033262 | $3,934,889.43 | $57,276.02 | 0.1137% |
| SRAMD20000880 | $3,943,955.00 | $57,407.98 | 0.1140% |
| SRAMD40000672 | $4,336,953.00 | $63,128.43 | 0.1253% |
| SRAMD10040951 | $4,854,103.00 | $70,656.04 | 0.1403% |
| SRAMD10037098 | $5,313,553.49 | $77,343.77 | 0.1536% |
| SRAMD10034587 | $5,592,338.00 | $81,401.74 | 0.1616% |
| SRAMD20001304 | $6,582,153.00 | $95,809.43 | 0.1902% |
| SRAMD20000723 | $7,197,612.00 | $104,768.02 | 0.2080% |
| SRAMD10034528 | $7,435,970.00 | $108,237.54 | 0.2149% |
| SRAMD40000648 | $9,116,629.00 | $132,701.12 | 0.2635% |
| SRAMD40000230 | $9,763,361.00 | $142,114.91 | 0.2822% |
| SRAMD40000141 | $12,984,933.74 | $189,007.93 | 0.3753% |
| SRAMD40000044 | $13,480,001.00 | $196,214.10 | 0.3896% |
| SRAMD40000109 | $14,038,984.00 | $204,350.62 | 0.4058% |
| SRAMD20000367 | $16,806,791.00 | $244,638.66 | 0.4858% |
| SRAMD10041788 | $30,511,695.00 | $444,126.44 | 0.8819% |
| SRAMD10049967 | $51,507,443.00 | $749,739.31 | 1.4887% |
| SRAMD40000621 | $59,062,271.00 | $859,706.94 | 1.7070% |
| SRAMD10023143 | $64,705,954.02 | $941,856.06 | 1.8702% |
| SRAMD40000362 | $66,535,245.00 | $968,483.11 | 1.9230% |

SRAM Direct Purchaser Litigation
Authorized Claimants
1/28/2013

| ClaimID | Recommended Approved Amount | Recommended Distribution Amount | Percentage of Net Settlement Fund |
|---|---|---|---|
| SRAMD20000766 | $67,705,340.71 | $985,514.95 | 1.9569% |
| SRAMD40000028 | $67,761,223.00 | $986,328.37 | 1.9585% |
| SRAMD20000731 | $71,125,512.00 | $1,035,298.77 | 2.0557% |
| SRAMD10019839 | $86,150,219.00 | $1,253,997.52 | 2.4900% |
| SRAMD20000758 | $89,029,665.00 | $1,295,910.56 | 2.5732% |
| SRAMD10027467 | $133,770,227.00 | $1,947,151.55 | 3.8663% |
| SRAMD40000117 | $156,854,604.00 | $2,283,166.38 | 4.5335% |
| SRAMD10022767 | $195,548,044.35 | $2,846,385.82 | 5.6518% |
| SRAMD20000715 | $274,674,067.00 | $3,998,139.55 | 7.9388% |
| SRAMD10040668 | $506,175,973.75 | $7,367,867.68 | 14.6297% |
| SRAMD10048855 | $1,391,683,163.00 | $20,257,258.19 | 40.2231% |
| | $3,459,909,756.29 | $50,362,242.73 | 100% |

| | | |
|---|---|---|
| Net Settlement Fund | $50,362,242.73 | |
| Pro-Rate | 1.46% | |