JOSEPH W. COTCHETT (#36324)
STEVEN N. WILLIAMS (#175489)
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA  94010
Telephone:  (650) 697-6000
Facsimile:   (650) 697-0577
jcotchett@cpmlegal.com
swilliams@cpmlegal.com

*Lead Counsel for the Direct Purchaser Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| **IN RE STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST LITIGATION** | Master File No. 4:07-md-01819-CW <br><br> MDL No. 1819 <br><br> **DIRECT PURCHASER PLAINTIFFS' FURTHER STATEMENT IN SUPPORT OF MOTION FOR AN ORDER AUTHORIZING DISTRIBUTION OF SETTLEMENT FUND** |
| **This Document Relates to:** <br><br> **ALL DIRECT PURCHASER ACTIONS** | |

**DIRECT PURCHASER PLAINTIFFS' FURTHER STATEMENT IN SUPPORT OF MOTION FOR AN ORDER AUTHORIZING DISTRIBUTION OF SETTLEMENT FUND; Case No. 4:07-md-01819-CW, MDL No. 1819**

Law Offices
COTCHETT, PITRE
& MCCARTHY

On January 31, 2013, Direct Purchaser Plaintiffs filed a Motion for an Order Authorizing Distribution of Settlement Fund (Dkt. No. 1425). No objections to this motion have been filed.

On February 15, 2013, Hewlett-Packard Company ("HP") filed a Motion to Withdraw Request for Exclusion from the Direct Purchaser Class and to Join the Class Settlement (Dkt. No. 429). Direct Purchaser Plaintiffs will be filing a response to this motion on February 28, 2013. The Court has set a hearing on HP's motion for March 28, 2013.

Direct Purchaser Plaintiffs suggest that the Court reserve ruling on the Motion for an Order Authorizing Distribution of the Settlement Fund until HP's Motion to Withdraw Request for Exclusion from the Direct Purchaser Class and to Join the Class Settlement has been decided, as the resolution of HP's motion could affect the claim amounts to be distributed to qualifying class members.

Dated: February 21, 2013                    **COTCHETT, PITRE & McCARTHY, LLP**

By   /s/ Steven N. Williams

JOSEPH W. COTCHETT (#36324)
STEVEN N. WILLIAMS (#175489)
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA  94010
Telephone:  (650) 697-6000
Facsimile:  (650) 697-0577
jcotchett@cpmlegal.com
swilliams@cpmlegal.com

*Lead Counsel for the Direct Purchaser Class*

Law Offices
COTCHETT, PITRE
& MCCARTHY

**DIRECT PURCHASER PLAINTIFFS' FURTHER STATEMENT IN SUPPORT OF MOTION FOR AN ORDER AUTHORIZING DISTRIBUTION OF SETTLEMENT FUND; Case No. 4:07-md-01819-CW, MDL No. 1819**                    1