IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST LITIGATION<br><br>This document relates to:<br><br>ALL DIRECT PURCHASER ACTIONS<br>_____/ | No. C 07-1819 CW<br><br>MDL No. 1819<br><br>ORDER CONCERNING BRIEFING SCHEDULE (Docket Nos. 1425, 1427, 1428) |

On February 14, 2013, Hewlett-Packard Company filed a motion to withdraw its request for exclusion from the Direct Purchaser Class.  It also filed a motion to shorten time, requesting that its motion to withdraw its request for exclusion be heard on March 14, 2013, concurrently with Direct Purchaser Plaintiffs' motion for an order authorizing distribution of the settlement fund.

Having reviewed both of Hewlett-Packard's motions, the Court hereby DENIES Hewlett-Packard's motion to shorten time (Docket No. 1427) and CONTINUES the hearing on the motion for an order authorizing distribution of the settlement fund (Docket No. 1425). The Court will hear Hewlett-Packard's motion to withdraw its request for exclusion (Docket No. 1428) concurrently with Direct Purchaser Plaintiffs' motion for an order authorizing distribution of the settlement fund at 2:00 p.m. on March 28, 2013.  Responses to Hewlett-Packard's motion to withdraw its request for exclusion are due March 7, 2013.  The reply is due March 14, 2013.

IT IS SO ORDERED.

Dated: 2/25/2013

CLAUDIA WILKEN
United States District Judge