JOSEPH W. COTCHETT (#36324)
STEVEN N. WILLIAMS (#175489)
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA  94010
Telephone:  (650) 697-6000
Facsimile:   (650) 697-0577
jcotchett@cpmlegal.com
swilliams@cpmlegal.com

*Lead Counsel for the Direct Purchaser class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| **IN RE STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST LITIGATION** | Master File No. 4:07-md-01819-CW <br><br> MDL No. 1819 <br><br> **SUPPLEMENTAL DECLARATION OF MARKHAM SHERWOOD IN SUPPORT OF MOTION FOR AN ORDER AUTHORIZING DISTRIBUTION OF SETTLEMENT FUND** <br><br> Date:  June 20, 2013 <br> Time:  2:00 p.m. <br> Location:  Courtroom 2, 4th Floor <br> Judge:  The Honorable Claudia Wilken |
| **This Document Relates to:** <br><br> **ALL DIRECT PURCHASER ACTIONS** | |

SUPPLEMENTAL DECLARATION OF MARKHAM SHERWOOD IN SUPPORT OF MOTION FOR AN ORDER AUTHORIZING DISTRIBUTION OF SETTLEMENT FUND;
Case No. 4:07-md-01819-CW, MDL No. 1819

Law Offices
COTCHETT, PITRE
& MCCARTHY

I, Markham Sherwood, declare:

1. I am employed by Gilardi & Co., LLC ("Gilardi"), the court-appointed Claims Administrator for the SRAM Antitrust Litigation Settlement ("Settlement"). I am over 21 years of age and am not a party to this action. I am the Case Manager assigned to this case by Gilardi and have personal knowledge of the facts set forth herein, and if called as a witness, could and would testify competently thereto.

2. I submit this declaration in order to provide the Court and the parties to the above-captioned litigation with information regarding the dissemination and processing of the Proof of Claim Form ("Claim Form") and allocation and distribution of the Net Settlement Fund (the "Fund") to the Settlement Class, which was filed on May 3, 2013 (Dkt No. 1439).

3. Exhibit E to the Declaration of Markham Sherwood in Support of Motion for an Order Authorizing Distribution of Settlement Fund, inadvertently included claimID SRAM90000080 twice.

4. Attached hereto is the corrected Exhibit E removing the duplicate claimID SRAM90000080.

I declare under the penalty of perjury of the laws of the United States of America that the foregoing is true and correct. Executed this 13th day of May 2013 at Washington, DC.

             */s/ Markham Sherwood*
             MARKHAM SHERWOOD

Law Offices
COTCHETT, PITRE
& MCCARTHY

SUPPLEMENTAL DECLARATION OF MARKHAM SHERWOOD IN SUPPORT OF MOTION FOR AN ORDER AUTHORIZING DISTRIBUTION OF SETTLEMENT FUND; Case No. 4:07-md-01819-CW, MDL No. 1819  1

# EXHIBIT E

SRAM Direct Purchaser Litigation
Authorized Claimants
5/13/2013

| ClaimID | Recommended Approved Amount | Recommended Distribution Amount | Percentage of Net Settlement Fund |
|---|---|---|---|
| SRAMD40000346 | $3,475.00 | $49.23 | 0.0001% |
| SRAMD10004165 | $3,640.00 | $51.57 | 0.0001% |
| SRAMD20001134 | $5,200.00 | $73.67 | 0.0001% |
| SRAMD20000740 | $8,991.00 | $127.38 | 0.0003% |
| SRAMD40000389 | $14,026.50 | $198.72 | 0.0004% |
| SRAMD20000901 | $31,500.00 | $446.28 | 0.0009% |
| SRAMD40000370 | $42,897.00 | $607.75 | 0.0012% |
| SRAMD40000060 | $60,423.00 | $856.06 | 0.0017% |
| SRAMD90000056 | $63,900.00 | $905.32 | 0.0018% |
| SRAMD40000478 | $76,225.00 | $1,079.94 | 0.0021% |
| SRAMD10037586 | $126,299.00 | $1,789.37 | 0.0036% |
| SRAMD10027521 | $152,620.00 | $2,162.28 | 0.0043% |
| SRAMD20001258 | $153,438.00 | $2,173.87 | 0.0043% |
| SRAMD20001282 | $218,515.00 | $3,095.86 | 0.0061% |
| SRAMD10026029 | $230,517.00 | $3,265.91 | 0.0065% |
| SRAMD20000138 | $245,378.00 | $3,476.45 | 0.0069% |
| SRAMD20001118 | $344,068.00 | $4,874.67 | 0.0097% |
| SRAMD40000630 | $496,667.30 | $7,036.66 | 0.0140% |
| SRAMD40000290 | $516,569.00 | $7,318.62 | 0.0145% |
| SRAMD20001290 | $516,569.00 | $7,318.62 | 0.0145% |
| SRAMD40000559 | $564,925.00 | $8,003.71 | 0.0159% |
| SRAMD40000524 | $723,843.00 | $10,255.22 | 0.0204% |
| SRAMD20000324 | $759,499.00 | $10,760.39 | 0.0214% |
| SRAMD20001355 | $975,226.00 | $13,816.75 | 0.0274% |
| SRAMD40000036 | $1,037,120.00 | $14,693.65 | 0.0292% |
| SRAMD10023097 | $1,088,404.00 | $15,420.23 | 0.0306% |
| SRAMD40000052 | $1,293,498.00 | $18,325.95 | 0.0364% |
| SRAMD40000354 | $1,669,877.00 | $23,658.39 | 0.0470% |
| SRAMD20000340 | $1,678,555.00 | $23,781.34 | 0.0472% |
| SRAMD40000540 | $1,977,000.00 | $28,009.63 | 0.0556% |
| SRAMD10032991 | $3,232,552.00 | $45,797.97 | 0.0909% |
| SRAMD40000516 | $3,415,466.00 | $48,389.45 | 0.0961% |
| SRAMD10033262 | $3,934,889.43 | $55,748.51 | 0.1107% |
| SRAMD20000880 | $3,943,955.00 | $55,876.95 | 0.1110% |
| SRAMD40000672 | $4,336,953.00 | $61,444.84 | 0.1220% |
| SRAMD10040951 | $4,854,103.00 | $68,771.69 | 0.1366% |
| SRAMD10037098 | $5,313,553.49 | $75,281.07 | 0.1495% |
| SRAMD10034587 | $5,592,338.00 | $79,230.82 | 0.1573% |
| SRAMD20001304 | $6,582,153.00 | $93,254.26 | 0.1852% |
| SRAMD20000723 | $7,197,612.00 | $101,973.93 | 0.2025% |
| SRAMD10034528 | $7,435,970.00 | $105,350.92 | 0.2092% |
| SRAMD40000648 | $9,116,629.00 | $129,162.07 | 0.2565% |
| SRAMD40000230 | $9,763,361.00 | $138,324.81 | 0.2747% |
| SRAMD40000141 | $12,984,933.74 | $183,967.23 | 0.3653% |
| SRAMD40000044 | $13,480,001.00 | $190,981.21 | 0.3792% |
| SRAMD40000109 | $14,038,984.00 | $198,900.74 | 0.3949% |
| SRAMD20000367 | $16,806,791.00 | $238,114.32 | 0.4728% |
| SRAMD10041788 | $30,511,695.00 | $432,281.90 | 0.8583% |
| SRAMD10049967 | $51,507,443.00 | $729,744.30 | 1.4490% |
| SRAMD40000621 | $59,062,271.00 | $836,779.17 | 1.6615% |
| SRAMD10023143 | $64,705,954.02 | $916,737.43 | 1.8203% |
| SRAMD40000362 | $66,535,245.00 | $942,654.36 | 1.8717% |

SRAM Direct Purchaser Litigation
Authorized Claimants
5/13/2013

| ClaimID | Recommended Approved Amount | Recommended Distribution Amount | Percentage of Net Settlement Fund |
|---|---|---|---|
| SRAMD20000766 | $67,705,340.71 | $959,231.98 | 1.9047% |
| SRAMD40000028 | $67,761,223.00 | $960,023.70 | 1.9062% |
| SRAMD20000731 | $71,125,512.00 | $1,007,688.09 | 2.0009% |
| SRAMD10019839 | $86,150,219.00 | $1,220,554.30 | 2.4236% |
| SRAMD20000758 | $89,029,665.00 | $1,261,349.56 | 2.5046% |
| SRAMD90000080 | $94,801,597.00 | $1,343,124.82 | 2.6669% |
| SRAMD10027467 | $133,770,227.00 | $1,895,222.42 | 3.7632% |
| SRAMD40000117 | $156,854,604.00 | $2,222,275.98 | 4.4126% |
| SRAMD10022767 | $195,548,044.35 | $2,770,474.76 | 5.5011% |
| SRAMD20000715 | $274,674,067.00 | $3,891,512.04 | 7.7270% |
| SRAMD10040668 | $506,175,973.75 | $7,171,371.94 | 14.2396% |
| SRAMD10048855 | $1,391,683,163.00 | $19,717,011.68 | 39.1504% |
|  | $3,554,711,353.29 | $50,362,242.73 | 100% |

Net Settlement Fund   $50,362,242.73
Pro-Rate   1.42%